**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

_____
                                                    )
Louise Bailey, Individually and on Behalf of        )
All Other Similarly Situated Medicare Part B        )
Beneficiaries,                                      )
                                                    )
            Plaintiffs                              )        Case No.:  1:06-cv-02144-RCL
                                                    )
            v.                                       )
                                                    )
Mutual of Omaha Insurance Company, et al.,          )
                                                    )
            Defendants                              )
_____)

**PROOF OF SERVICE**

        I hereby certify that I caused a copy of Plaintiffs' Complaint, Summons and related

papers to be delivered via United States certified mail to:


                Alberto R. Gonzales
                Attorney General of the United States
                Department of Justice
                950 Pennsylvania Ave., N.W.
                Washington, D.C. 20530
                SERVED:  December 21, 2006


        Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic

Return Receipt as Proof of Service.

-2-

                                  Respectfully submitted,


                                  /s/ Thomas C. Fox
                                  Thomas C. Fox
                                  DC Bar #4473
                                  REED SMITH LLP
                                  1301 K Street, N.W.
                                  Suite 1100 – East Tower
                                  Washington, DC 20005
                                  (202) 414-9222
                                  Attorney for Plaintiffs


Dated:  January 17, 2007

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto R. Gonzales
Attorney General of the U.S.
Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)            ☐ Yes

2. Article Number
(Transfer from service label)

7002 0510 0000 6900 3430

PS Form 3811, August 2001       Domestic Return Receipt       102595-02-M-1035