UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Louise Bailey, Individually and on Behalf of All Other Similarly Situated Medicare Part B Beneficiaries, | ) ) ) ) ) | |
| Plaintiffs | ) ) | Case No.: 1:06-cv-02144-RCL |
| v. | ) ) | |
| Mutual of Omaha Insurance Company, et al., | ) ) | |
| Defendants | ) ) | |

**PROOF OF SERVICE**

I hereby certify that I caused a copy of Plaintiffs' Complaint, Summons and related papers to be delivered via United States certified mail to:

> Michael O. Leavitt
> Secretary
> United States Department of Health & Human Services
> 200 Independence Ave., S.W.
> Washington, DC 20201
> SERVED: December 26, 2006

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

        Respectfully submitted,


        <u>/s/ Thomas C. Fox</u>
        Thomas C. Fox
        DC Bar #4473
        REED SMITH LLP
        1301 K Street, N.W.
        Suite 1100 – East Tower
        Washington, DC 20005
        (202) 414-9222
        Attorney for Plaintiffs

Dated: January 17, 2007

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael O. Leavitt
Secretary
U.S. Dept. of Health + Human Services
200 Independence Ave. SW
Washington, DC 20201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _LBS_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Lawrence

C. Date of Delivery
12-26-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7002 0510 0000 6900 3409

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035