UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Louise Bailey, Individually and on Behalf of All Other Similarly Situated Medicare Part B Beneficiaries,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>Mutual of Omaha Insurance Company, et al.,<br><br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)　Case No.: 1:06-cv-02144-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROOF OF SERVICE**

I hereby certify that I caused a copy of Plaintiffs' Complaint, Summons and related papers to be delivered via United States certified mail to:

>Martha K. Zajicek, Esq.
>First Vice President & Counsel
>Mutual of Omaha Insurance Co.
>Medicare Division
>P.O. Box 1602
>Omaha, NE 68101
>SERVED: December 22, 2006

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

Respectfully submitted,

/s/ Thomas C. Fox
Thomas C. Fox
DC Bar #4473
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC 20005
(202) 414-9222
Attorney for Plaintiffs

Dated:  January 17, 2007

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>[signature] O'Connor |
| 1. Article Addressed to:<br>Martha K. Zajicek, Esq.<br>First Vice President + Counsel<br>Mutual of Omaha Insurance Co.<br>Medicare Division<br>P.O. Box 1602<br>Omaha, NE 68101 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>DEC 22 2006<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7002 0510 0000 6900 3416 | |
| PS Form 3811, August 2001  Domestic Return Receipt  102595-02-M-1035 | |