UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Louise Bailey, Individually and on Behalf of All Other Similarly Situated Medicare Part B Beneficiaries, ) ) ) ) ) | |
| Plaintiffs ) | Case No.: 1:06-cv-02144-RCL |
| ) v. ) ) | |
| Mutual of Omaha Insurance Company, et al., ) ) | |
| Defendants ) ) | |

## PROOF OF SERVICE

I hereby certify that I caused a copy of Plaintiffs' Complaint, Summons and related papers to be delivered via United States certified mail to:

> Leslie V. Norwalk
> Acting Administrator
> Centers for Medicare & Medicaid Services
> 7500 Security Boulevard
> Baltimore, MD 21244
> SERVED: December 20, 2006

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

          -2-          Respectfully submitted,

/s/ Thomas C. Fox
Thomas C. Fox
DC Bar #4473
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC 20005
(202) 414-9222
Attorney for Plaintiffs

Dated:  January 17, 2007

-2-

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>_[signature]_    1-3-06 |
| 1. Article Addressed to:<br><br>Leslie V. Norwalk<br>Acting Administrator<br>Centers for Medicare + Medicaid Services<br>7500 Security Boulevard<br>Baltimore, MD 21244 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 0510 0000 6900 3447 |
| PS Form 3811, August 2001   Domestic Return Receipt | 102595-02-M-1035 |