# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

_____
|                                                      )
Louise Bailey, Individually and on Behalf of          )
All Other Similarly Situated Medicare Part B          )
Beneficiaries,                                        )
                                                      )
       Plaintiffs                                     )          Case No.:  1:06-cv-02144-RCL
                                                      )
       v.                                             )
                                                      )
Mutual of Omaha Insurance Company, et al.,            )
                                                      )
       Defendants                                     )
_____)

## PROOF OF SERVICE

I hereby certify that I caused a copy of Plaintiffs' Complaint, Summons and related

papers to be delivered via United States certified mail to:

        Jeffrey A. Taylor
        United States Attorney
        United States Attorney's Office for D.C.
        555 4th Street, N.W.
        Washington, DC 20530
        SERVED:  December 22, 2006

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic

Return Receipt as Proof of Service.

Respectfully submitted,


/s/ Thomas C. Fox
Thomas C. Fox
DC Bar #4473
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC 20005
(202) 414-9222
Attorney for Plaintiffs


Dated:  January 17, 2007

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Jeffrey A. Taylor<br>United States Attorney<br>US Attorney's Office for DC<br>555 4th St., NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>   *(Transfer from service label)* | 7002 0510 0000 6900 3423 |

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1035