IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE BAILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-2144 |
| ) | Judge Royce C. Lamberth |
| MUTUAL OF OMAHA INSURANCE ) | |
| COMPANY, MICHAEL O. LEAVITT, ) | |
| and LESLIE V. NORWALK, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sheila M. Lieber and Peter Robbins enter their appearances on behalf of defendant s in the above-captioned matter. Further communications and correspondence in this case should be directed to:

> Peter Robbins
> U.S. Department of Justice
> 20 Massachusetts Ave, NW, Room 7142
> Washington, D.C. 20530

Respectfully submitted,

| | |
|---|---|
| OF COUNSEL: | |
| DANIEL MERON | PETER D. KEISLER |
| General Counsel | Assistant Attorney General |
| | |
| KATHLEEN H. MCGUAN | JEFFREY A. TAYLOR |
| Associate General Counsel | Acting United States Attorney |
| | |
| MARK D. POLSTON | /s/ Peter Robbins |
| Deputy Associate | SHEILA M. LIEBER |
| General Counsel | PETER ROBBINS |
| | Department of Justice |
| WILLIAM A. CONNELLY | 20 Massachusetts Avenue, N.W., Room 7142 |
| Attorney | Washington, D.C. 20530 |
| Department of Health | Tel: (202) 514-3953 |
| and Human Services | Attorneys for Defendants |