IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE BAILEY,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>MUTUAL OF OMAHA INSURANCE  )<br>COMPANY, MICHAEL O. LEAVITT,  )<br>and LESLIE V. NORWALK,  )<br>  )<br>    Defendants.  )<br>_____)  | Case No. 1:06-cv-2144<br>Judge Royce C. Lamberth |

**DEFENDANTS' UNOPPOSED MOTION, AND MEMORANDUM**
**IN SUPPORT THEREOF, FOR AN ENLARGEMENT OF TIME**

Defendants in the above-captioned action respectfully move this Court for an enlargement of time up to and including May 1, 2007 in which to file their answer and/or responsive motion. Defendants' answer or responsive motion is currently due to be filed on March 1, 2007. No enlargement has previously been requested. Plaintiff's complaint, which originally consisted of 69 paragraphs, was served on December 28, 2006. The complaint was amended on February 9, 2007 to include an additional 51 paragraphs. Defendants request this enlargement to give them an opportunity to confer fully with their counsel and to provide the Court with the most complete and useful response to plaintiff's substantially amended complaint. Counsel for defendants have discussed this motion with counsel for plaintiff and are authorized to state that plaintiff does not oppose it. A proposed order is attached.

                                        Respectfully submitted,

OF COUNSEL:
DANIEL MERON                                  PETER D. KEISLER
General Counsel                                Assistant Attorney General

-2-

| | |
|---|---|
| KATHLEEN H. MCGUAN<br>Associate General Counsel | JEFFREY A. TAYLOR<br>Acting United States Attorney |
| MARK D. POLSTON<br>Deputy Associate<br>General Counsel | /s/ Peter Robbins<br>SHEILA M. LIEBER<br>PETER ROBBINS<br>Department of Justice |
| WILLIAM A. CONNELLY<br>Attorney<br>Department of Health<br>and Human Services | 20 Massachusetts Avenue, N.W., Room 7142<br>Washington, D.C. 20530<br>Tel: (202) 514-3953<br>Attorneys for Defendants |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE BAILEY,                )<br>                              )<br>        Plaintiff,             )<br>                              )<br>    v.                        )<br>                              )<br> MUTUAL OF OMAHA INSURANCE     )<br> COMPANY, MICHAEL O. LEAVITT,  )<br> and LESLIE V. NORWALK,        )<br>                              )<br>        Defendants.            )<br>_____) | Case No. 1:06-cv-2144<br>Judge Royce C. Lamberth |

**ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION FOR AN ENLARGEMENT OF TIME**

Upon consideration of defendants' unopposed motion for an enlargement of time, it is hereby

ORDERED that defendants' motion is GRANTED, and defendants shall have up to and including May 1, 2007 in which to file their answer and/or responsive motion in the above-captioned action.

_____
DATE

_____
UNITED STATES DISTRICT COURT