UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOUISE BAILEY,** )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br> **MUTUAL OF OMAHA INSURANCE** )<br> **CO.,** *et al.*, )<br> )<br> Defendant. )<br> ) | Civil Action No. 06-2144 (RCL) |

### ORDER

Upon consideration of defendants' unopposed Motion [10] for an enlargement of time, it is hereby

ORDERED, that defendants' Motion is GRANTED, and defendants shall have to and including May 1, 2007 in which to file their answer and/or responsive motion in the above captioned matter.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, March 6, 2007.