IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE BAILEY, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MUTUAL OF OMAHA INSURANCE )<br>COMPANY, MICHAEL O. LEAVITT, )<br>and LESLIE V. NORWALK, )<br>)<br>    Defendants. )<br>_____) | Case No. 1:06-cv-2144<br>Judge Royce C. Lamberth |

**DEFENDANTS' UNOPPOSED MOTION, AND MEMORANDUM
IN SUPPORT THEREOF, FOR AN ENLARGEMENT OF TIME**

    Defendants in the above-captioned action respectfully move this Court for an enlargement of time up to and including May 8, 2007 in which to file their answer and/or responsive motion. Defendants' answer or responsive motion is currently due to be filed on May 1, 2007. One previous enlargement of 60 days has been previously granted. Defendants intend to file a motion to dismiss and request this enlargement to give them an opportunity to confer fully with their counsel and to provide the Court with the most complete and useful response to plaintiff's complaint. Counsel for defendants have discussed this motion with counsel for plaintiff and are authorized to state that plaintiff does not oppose it. A proposed order is attached.

                                                      Respectfully submitted,

OF COUNSEL:
DANIEL MERON                             PETER D. KEISLER
General Counsel                          Assistant Attorney General

KATHLEEN H. MCGUAN              JEFFREY A. TAYLOR
Associate General Counsel            United States Attorney

-2-

| | |
|---|---|
| MARK D. POLSTON<br>Deputy Associate<br>General Counsel for Litigation | /s/ Peter Robbins<br>SHEILA M. LIEBER<br>PETER ROBBINS<br>Department of Justice |
| WILLIAM A. CONNELLY<br>Attorney<br>Department of Health<br>and Human Services | 20 Massachusetts Avenue, N.W., Room 7142<br>Washington, D.C. 20530<br>Tel: (202) 514-3953<br>Attorneys for Defendants |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE BAILEY,              )<br>                             )<br>     Plaintiff,             )<br>                             )<br>     v.                      )<br>                             )<br>MUTUAL OF OMAHA INSURANCE    )<br>COMPANY, MICHAEL O. LEAVITT, )<br>and LESLIE V. NORWALK,       )<br>                             )<br>     Defendants.            )<br>_____) | Case No. 1:06-cv-2144<br>Judge Royce C. Lamberth |

**ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION FOR AN ENLARGEMENT OF TIME**

Upon consideration of defendants' unopposed motion for an enlargement of time, it is hereby

ORDERED that defendants' motion is GRANTED, and defendants shall have up to and including May 8, 2007 in which to file their answer and/or responsive motion in the above-captioned action.

_____                           _____
DATE                                 UNITED STATES DISTRICT COURT