IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE BAILEY, )<br>)<br>      Plaintiff, )<br>)<br>    v. )<br>)<br>MUTUAL OF OMAHA INSURANCE )<br>COMPANY, MICHAEL O. LEAVITT, )<br>and LESLIE V. NORWALK, )<br>)<br>      Defendants. )<br>                                   ) | Case No. 1:06-cv-2144<br>Judge Royce C. Lamberth |

**DEFENDANTS' UNOPPOSED MOTION, AND MEMORANDUM**
**IN SUPPORT THEREOF, TO EXCEED PAGE LIMITS**

Defendants in the above-captioned action respectfully move this Court for leave to file a memorandum 52 pages in length to support of their motion to dismiss. Defendants request these seven additional pages to provide the Court with the most complete and useful statement of their position. Counsel for defendants have discussed this motion with counsel for plaintiff and are authorized to state that plaintiff has no objection. A proposed order is attached.

|  |  |
|---|---|
|  | Respectfully submitted |
| OF COUNSEL:<br>DANIEL MERON<br>General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| KATHLEEN H. MCGUAN<br>Associate General Counsel | JEFFREY A. TAYLOR<br>United States Attorney |
| MARK D. POLSTON<br>Deputy Associate<br>General Counsel for Litigation | SHEILA M. LIEBER<br>PETER ROBBINS<br>United States<br>Department of Justice |
| WILLIAM A. CONNELLY<br>Attorney<br>Department of Health<br>and Human Services | 20 Massachusetts Avenue, N.W., Room 7142<br>Washington, D.C. 20530<br>Tel: (202) 514-3953<br>Attorneys for Defendants |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE BAILEY, )<br>)<br>　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>MUTUAL OF OMAHA INSURANCE )<br>COMPANY, MICHAEL O. LEAVITT, )<br>and LESLIE V. NORWALK, )<br>)<br>　　　　Defendants. )<br>_____ ) | Case No. 1:06-cv-2144<br>Judge Royce C. Lamberth |

**DEFENDANTS' UNOPPOSED MOTION, AND MEMORANDUM
IN SUPPORT THEREOF, TO EXCEED PAGE LIMITS**

　　　　Defendants in the above-captioned action respectfully move this Court for leave to file a memorandum 52 pages in length to support of their motion to dismiss. Defendants request these seven additional pages to provide the Court with the most complete and useful statement of their position. Counsel for defendants have discussed this motion with counsel for plaintiff and are authorized to state that plaintiff has no objection. A proposed order is attached.

|  | Respectfully submitted |
|---|---|
| OF COUNSEL:<br>DANIEL MERON<br>General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| KATHLEEN H. MCGUAN<br>Associate General Counsel | JEFFREY A. TAYLOR<br>United States Attorney |
| MARK D. POLSTON<br>Deputy Associate<br>General Counsel for Litigation | SHEILA M. LIEBER<br>PETER ROBBINS<br>United States<br>Department of Justice |
| WILLIAM A. CONNELLY<br>Attorney<br>Department of Health<br>and Human Services | 20 Massachusetts Avenue, N.W., Room 7142<br>Washington, D.C. 20530<br>Tel: (202) 514-3953<br>Attorneys for Defendants |