UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE BAILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2144 (RCL) |
| ) | |
| MUTUAL OF OMAHA INSURANCE ) | |
| CO., *et al.*, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of defendants' unopposed Motion [13] for leave to exceed page limits by filing a memorandum of 52 pages in length in support of their motion to dismiss, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, May 7, 2007.