IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| LOUISE BAILEY, 4782 S. Holladay Blvd. Salt Lake City, Utah 84117, Individually, And On Behalf of All Other Similarly Situated Medicare Part B Beneficiaries<br><br>  Plaintiff,<br><br>  v.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, a Medicare Fiscal Intermediary, Medicare Division, P.O. Box 1602, Omaha, NE 68101,<br><br>  and<br><br>MICHAEL O. LEAVITT, SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, 200 Independence Avenue, S.W., Washington, D.C. 20201,<br><br>  and<br><br>LESLIE V. NORWALK, ACTING ADMINISTRATOR, CENTERS FOR MEDICARE & MEDICAID SERVICES, 7500 Security Boulevard, Baltimore, MD 21244<br><br>  Defendants. | Case No. 1:06-cv-2144 |

**JOINT REPORT TO THE COURT PURSUANT TO**
**FED. R. Civ. P. 26(f) AND L.Cv R 16.3**

Pursuant to Fed. R. Civ. P. 26(f) and L Cv R 16.3 of the Rules of this Court, counsel for the parties have conferred and reached the following agreements:

1. The parties currently anticipate that the case may be decided by dispositive motions. The parties propose the following briefing schedule: Defendants shall have until May 8, 2007 in which to file a Motion to Dismiss. At that time, Defendants will file, among other things, the Administrative Record in which Plaintiff Louise Bailey challenged Mutual of Omaha's Local Coverage Determination. Plaintiff shall have 45 days thereafter in which to file a Motion for Summary Judgment and an Opposition to Defendants' Motion to Dismiss. Defendants shall have 45 days thereafter in which to file an Opposition to Plaintiffs' Motion for Summary Judgment and a Reply in Support of Their Motion to Dismiss. Plaintiff shall have 30 days thereafter in which to file a Reply in Support of Her Motion for Summary Judgment.

2. The parties do not anticipate joinder of other parties. No deadline for amendment of pleadings is needed at this time. The parties have agreed to discuss the possibility of stipulation to facts prior to the filing of Plaintiff's Motion for Summary Judgment.

3. The parties do not believe the case should be assigned to a magistrate judge.

4. The parties do not believe there is a realistic possibility for settlement at this time.

5. The parties do not believe that the case would benefit from employing Alternative Dispute Resolution procedures.

6. See answer to paragraph 1 above.

7. The parties stipulate to dispense with initial disclosures.

8. No discovery is anticipated.

9. No use of expert witnesses is contemplated.

10. With respect to class certification, the parties have the following positions:

Plaintiff believes that any proceeding on the class procedures should be deferred until the Court rules on cross motions for summary judgment.

Defendants believe the timing of a motion for class certification need not be scheduled at this time, but that, as a matter of law, any ruling on class certification should not be rendered until after the Court rules on Defendants' Motion to Dismiss for lack of subject-matter jurisdiction and failure to exhaust administrative remedies.

11. The parties do not believe that bifurcation is necessary.

12. If the case remains unresolved following rulings on the cross-motions discussed in paragraph 1, the parties propose

that they submit a scheduling report and proposed order within 30 days following those rulings.

13. No trial date should be set until a pretrial conference.

14. No other matters are proposed at this time for inclusion in a scheduling order.

                                            Respectfully submitted,

| /s/ Thomas C. Fox | /s/ Peter Robbins |
|---|---|
| Thomas C. Fox | Peter Robbins |
| REED SMITH LLP | Trial Attorney |
| 1301 K Street, N.W. | U.S. Department of Justice |
| Suite 1100 - East Tower | 20 Massachusetts Avenue, N.W. |
| Washington D.C. 20005 | Room 7142 |
| (202) 414-9200 | Washington, DC  20530 |
| (202) 414-9299 Facsimile | (202) 514-3953 |
| Attorney for Plaintiff | Attorney for Defendants |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |
|---|---|
| _____ )<br>LOUISE BAILEY, 4782 S. Holladay )<br>Blvd. Salt Lake City, Utah )<br>84117, Individually, And On )<br>Behalf of All Other Similarly )<br>Situated Medicare Part B )<br>Beneficiaries )<br> )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>MUTUAL OF OMAHA INSURANCE )<br>COMPANY, a Medicare Fiscal )<br>Intermediary, Medicare Division, )<br>P.O. Box 1602, Omaha, NE 68101, )<br> )<br>    and )<br> )<br>MICHAEL O. LEAVITT, SECRETARY, )<br>U.S. DEPARTMENT OF HEALTH AND )<br>HUMAN SERVICES, 200 Independence )<br>Avenue, S.W., Washington, D.C. )<br>20201, )<br> )<br>    and )<br> )<br>LESLIE V. NORWALK, ACTING )<br>ADMINISTRATOR, CENTERS FOR )<br>MEDICARE & MEDICAID SERVICES, )<br>7500 Security Boulevard, )<br>Baltimore, MD 21244 )<br> )<br>        Defendants. )<br>_____) | Case No. 1:06-cv-2144 |

**<u>ORDER</u>**

    Upon consideration of the Joint Report of the Parties in the above-captioned action it is hereby ORDERED as follows:

    1. Defendants shall have until May 8, 2007 in which to file a Motion to Dismiss;

    2.   Plaintiff shall have 45 days thereafter in which to file a Motion for Summary Judgment and an Opposition to Defendants' Motion to Dismiss;

    3.   Defendants shall have 45 days thereafter in which to file an Opposition to Plaintiffs' Motion for Summary Judgment and a Reply in Support of Their Motion to Dismiss;

    4.   Plaintiff shall have 30 days thereafter in which to file a Reply in Support of Her Motion for Summary Judgment.

_____        _____
Date                              UNITED STATES DISTRICT JUDGE