UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LOUISE BAILEY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-2144 (RCL) |
| MUTUAL OF OMAHA INSURANCE CO., *et al.*, | ) ) ) ) | |
| Defendant. | ) ) | |

### ORDER

Upon consideration of the Joint Report of the parties in the above-captioned action it is hereby ORDERED as follows:

1. Defendants shall have until May 8, 2007 in which to file a Motion to Dismiss;

2. Plaintiff shall have 45 days thereafter in which to file a Motion for Summary Judgment and an Opposition to Defendants' Motion to Dismiss;

3. Defendants shall have 45 days thereafter in which to file an Opposition to Plaintiff's Motion for Summary Judgment and a Reply in Support of their Motion to Dismiss;

4. Plaintiff shall have 30 days thereafter in which to file a Reply in Support of Her Motion for Summary Judgment.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, May 8, 2007.