IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LOUISE BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cv-2144 |
| | ) | Judge Royce C. Lamberth |
| MUTUAL OF OMAHA INSURANCE | ) | |
| COMPANY, MICHAEL O. LEAVITT, | ) | |
| and LESLIE V. NORWALK, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' ADDITIONAL ATTACHMENTS
## IN SUPPORT OF THEIR MOTION TO DISMISS

Respectfully submitted

OF COUNSEL:
DANIEL MERON
General Counsel

PETER D. KEISLER
Assistant Attorney General

KATHLEEN H. MCGUAN
Associate General Counsel

JEFFREY A. TAYLOR
United States Attorney

MARK D. POLSTON
Deputy Associate
General Counsel for Litigation

SHEILA M. LIEBER
PETER ROBBINS
United States
Department of Justice

WILLIAM A. CONNELLY
Attorney
Department of Health
and Human Services

20 Massachusetts Avenue, N.W., Room 7142
Washington, D.C. 20530
Tel: (202) 514-3953
Attorneys for Defendants

Docket No. C-06-349
A. Ex. 21

**TABLE 11**
**Guidelines for Selecting Oral Antidiabetic Therapy[34]**

| Agent or category of drug | Patient characteristics |
|---|---|
| Metformin | Obese<br>Normal kidney and liver function<br>No CHF or acute illness |
| Thiazolidinediones | Obese, signs of insulin resistance<br>Normal liver function<br>No class III or IV CHF<br>Note: Can be used in renal insufficiency |
| Sulfonylureas,<br>shorter-acting insulin secretagogues | Nonobese/mildly obese<br>Notes:<br>Sulfonylureas are contraindicated in severe liver, cardiac disease and/or severe allergy to sulfas<br>Repaglinide or nateglinide is useful when the sulfonylureas result in hypoglycemia and in patients with postprandial hyperglycemia |
| Alpha-glucosidase inhibitors | Milder disease orientation<br>Predominant symptom is postprandial type hyperglycemia<br>No gastrointestinal symptoms |

### Insulin Therapy

Because type 2 diabetes is characterized by the progressive failure of the pancreas to produce insulin, many long-term-care patients with diabetes will require insulin therapy to manage their disease. Some patients will need insulin on a prolonged basis; for others, insulin may be necessary during an intercurrent illness.

Insulin may be used in combination with one or more oral agents. A wide variety of insulins are available. Insulin may be short acting, ultra-short acting, intermediate acting, long acting, or pre-mixed in various combinations (Table 13). Tables 14 and 15 provide guidance on when to use insulin immediately and when to add insulin to the treatment regimen of a patient who is already taking oral antidiabetic agents.

**TABLE 12**
**Acceptable Choices for Combination Drug Therapy**

- Sulfonylurea and metformin
- Repaglinide and metformin
- Nateglinide and metformin
- Sulfonylurea and alpha-glucosidase inhibitor
- Thiazolidinedione and sulfonylurea
- Thiazolidinedione and metformin

242



Docket No. C-06-349
A. Ex. 21
Page 30 of 54

## TABLE 13
## Types of Insulin and Their Pharmacokinetics

| Category | Insulin type | Onset of action | Peak action | Duration of effect | Maximal duration | Comments |
|---|---|---|---|---|---|---|
| Rapid-acting | Lispro (Humalog "H") | 5–15 min | 1/2–2 hr | 2–4 hr | 3.5 hr | Must be taken 10–15 min before or after a meal |
| | Insulin Aspart | 15 min–20 min | 1/2–3 hr | 3–5 hr | 4.6 hr | |
| Short-acting | Insulin Regular | 0.5–1 hr | 2–3 hr | 3–7 hr | 8 hr | Normally dosed 30 min before a meal. Available in fixed combinations with NPH (e.g., 70/30) |
| Intermediate-acting | NPH Insulin | 1–2 hr | 4–10 hr | 10–24 hr | 24 hr | Normally dosed 30–60 min before a meal |
| | Lente Insulin | 3–4 hr | 4–12 hr | 10–24 hr | 24 hr | Normally dosed 30–60 min before a meal |
| Long-acting | Ultralente | 6–8 hr | Minimal (10–30 hr) | 18–24 hr | 36 hr | Dose once per day at bedtime |
| | Insulin glargine | 4–6 hr | No pronounced peak | 24 hr | 24 hr | Never mix with other insulins. Rotate injection sites |

### Pre-mixed combination insulins

| | NPH and Regular 70/30 or 50/50 | See table above for details on individual products | | | | Normally dosed 30–60 min before a meal |
|---|---|---|---|---|---|---|
| | NPH and Lispro 75/25 | | | | | Normally dosed 15 min before a meal |

### Insulins from animal sources

| Short | Regular | 0.5–2 hr | 3–4 hr | 4–6 hr | 6–8 hr | Less frequently used. Suggest conversion to human insulins with dose adjustments by physician |
|---|---|---|---|---|---|---|
| Intermediate | NPH | 3–6 hr | 6–14 hr | 16–20 hr | 20–24 hr | |
| | Lente | 4–6 hr | 8–14 hr | 16–20 hr | 20–24 hr | |

Sources:
American Association of Clinical Endocrinology Medical Guidelines for the Management of Diabetes Mellitus. The AACE System of Intensive Diabetes Self Management. 2000 Update.
2000;6(1):43–84.
American Academy of Family Physician. The Benefits and Risks of Controlling Blood Glucose Levels in Glycemic Control. April 1999.
Clinical Pharmacology 2000. Gold Standard Multimedia; 2001 edition.
Diabetes Control Program/Diabetes Guidelines Work Group. Massachusetts Guidelines for Adult Diabetes Care. Revised June 2001.
Facts and Comparisons. 2001;(June);49–1–216.
University of Michigan Health System. Diabetes Mellitus [updated September 1998].
Zaffery. DKT Therapeutic Management of Type 2 Diabetes at the Long-term Care Facility. Consultant Pharmacist. 2001;16(7):658–690.
Web sites:
globalrph.com
diabetesmonitor.com/novolog
drugstore.com/cfdatabase/interaction/diabetic insulins (Diabetes Services, Inc. 2001).
info.med.yale.edu/ysd/new/diabetes (Yale Diabetes Center/Diabetes Guidelines).
joslin.harvard.edu (Joslin Diabetes Center).

243

Docket No. C-06-349
A. Ex. 21

**TABLE 14**
**When To Use Insulin Immediately**

Marked hyperglycemia OR
Significant weight loss OR
Severe symptoms OR
>2+ ketonuria OR
Diabetic ketoacidosis, hyperosmolar state OR
Severe intercurrent illness or surgery

As with oral therapy, treatment with insulin must be individualized based on the patient's blood glucose levels, prognosis, and treatment goals. Table 16 suggests insulin regimens to consider in different clinical situations. The treating physician should document in the patient's chart the rationale for the chosen regimen and for any significant subsequent changes in insulin regimens or types.

Although "sliding-scale" insulin is widely used in long-term care facilities, its prolonged use is not recommended. It is frequently ordered for short-term use (e.g., following admission to a long-term care facility or during an episode of acute illness) but the order may remain in effect indefinitely. Widespread use of sliding-scale insulin results in greater patient morbidity and increased nursing time because patients' blood glucose levels must be monitored more frequently and more insulin injections given. As a result, the patient's activities and quality of life may be compromised.

In general, it is recommended that any patient on sliding-scale insulin be re-evaluated within 1 week and switched to fixed daily doses if possible. It has been shown in long-term care facilities that blood glucose control can be achieved with single or multiple daily insulin injections, with few episodes of hypoglycemia.[35]

Caregivers should exercise caution in rotating insulin injection sites and mixing insulins. The previous rule of mixing "clear" (regular or lispro) before "cloudy" (intermediate or long-acting) insulins

**TABLE 15**
**When To Add Insulin**

◆ Diet, exercise, and oral medication combinations have failed to adequately control blood glucose levels.

◆ Oral medications are contraindicated.

◆ Random blood glucose levels are consistently >180 mg/dL and FPG >140 mg/dL (keeping in mind the patient's individualized treatment goals).

◆ Patient wishes to receive insulin as initial treatment.



CLINICAL PRACTICE GUIDELINE





### TABLE 16
### Suggested Insulin Regimens for Different Clinical Situations

| Clinical situation | Suggested insulin regimen |
|---|---|
| Adding insulin to oral agent(s) | • Intermediate-acting insulin q hs (e.g., NPH or lente)<br>• Long-acting or basal qhs (e.g., glargine QHS, ultralente pre-supper or hs)<br>• Pre-supper insulin mixture (e.g., 75/25 lispro or 70/30 insulin) |
| Risk of nocturnal hypoglycemia | • Intermediate-acting insulin (e.g., NPH or lente) at hs instead of before supper<br>• Long-acting or basal q hs (e.g., glargine QHS) |
| Well controlled | • BID insulin mixture (e.g., 70/30 insulin or 75/25 lispro before breakfast and supper)<br>• Split mixed intermediate and short-acting (e.g., NPH + regular bid before breakfast and supper) |
| Poor control | • Split mixed (e.g., NPH + regular bid before breakfast and supper)<br>• Rapid-acting insulin (lispro) ac + NPH 1-2 times a day<br>• Short-acting insulin (regular) ac + NPH 1-2 times a day<br>• Rapid-acting insulin (lispro) ac + long-acting or basal (e.g., glargine) qhs<br>Note: These regimens allow multiple adjustments for various times of the day |
| Tube feeding – continuous | • Intermediate-acting insulin q 12 h (e.g., NPH or lente)<br>• Long-acting or basal QHS (e.g., glargine)<br>• Addition of short-acting insulin (regular) q 6h to achieve initial or long-term control |
| Tube feeding – nocturnal | • Intermediate-acting insulin at supper (e.g., NPH or lente)<br>• Supper time insulin mixture (e.g., 70/30 insulin or 75/25 lispro) |

can no longer be used as a general instruction for nursing staff. Insulin glargine, the new ultra-long-acting insulin, is acidic and clear. *Insulin glargine must not be mixed with any other type of insulin* because its release pattern and effectiveness may be altered.

A blood glucose level of 200 mg/dL over an extended period is an important threshold for the development of diabetes complications. Patients with blood glucose levels >200 mg/dL have worse outcomes after stroke and MI than those with normal levels.[36] When hyperglycemia is uncontrolled, early use of insulin is thought to be beneficial in reversing glucose toxicity and improving insulin sensitivity and secretion. An oral agent may be resumed after 6 to 8 weeks of good control.

## When to Call the Physician

A systematic facility approach to diabetes management can streamline day-to-day care and reduce the frequency of episodes of hypoglycemia, hyperglycemia, and other acute metabolic complications. The following are steps that facilities may consider implementing.

• Designate an appropriately trained nurse to monitor diabetes management throughout the facility (see Monitoring section).



Docket No. C-06-349
A. Ex. 21
Page 77

◆ Develop diabetes care protocols that define the responsibilities of each member of the health care team.
◆ Develop protocols that guide first-line caregivers (nurses and nursing assistants) in deciding when a prompt physician referral is necessary for a diabetes-related problem.
◆ Make use of standing orders that are approved by the primary care physician when the patient is admitted. For example, the physician may write an order stating that he or she is to be notified when an individual patient's blood glucose values are outside of a specified range.

When patients' blood glucose levels are poorly controlled and when patients are extremely frail or cognitively impaired, the physician may wish to note specific individual blood glucose or symptom parameters in the orders. These parameters should be transcribed to the Medication Administration Record and the patient's care plan.

It is recommended that the physician be called as soon as possible when:

◆ The patient has a blood glucose value <60 mg/dL OR <75 mg/dL if the patient has signs and symptoms suggestive of hypoglycemia. (Treatment of symptomatic hypoglycemia should not be delayed.)
◆ The patient has two or more blood glucose values >250 mg/dL IF this is a new or markedly different clinical situation that is accompanied by a change in condition or functional status.
◆ The patient has blood glucose values >300 mg/dL during all or part of 3 consecutive days (unless this represents an improvement from a recently measured value or existing orders specify how the patient's hyperglycemia should be managed).
◆ The patient has not eaten well or consumed sufficient fluids for 2 or more days and has one or more of the following additional symptoms: fever, hypotension, lethargy or confusion, abdominal pain, or respiratory distress.

When the patient shows a consistent pattern of poorly controlled or deteriorating blood glucose levels, notify the physician and expect a response within 24 hours.

### Treating Hypoglycemia

Hypoglycemia is defined as a blood glucose level <60 mg/dL. Symptoms may or may not be present (Table 5). The same threshold should be used to diagnose hypoglycemia in patients with dementia as in those who are not cognitively impaired.





The following conditions are risk factors for severe hypoglycemia:

◆ Age.
◆ Unawareness of hypoglycemia.
◆ High doses of insulin.
◆ "Tight" control of diabetes.
◆ Vigorous sustained exercise.
◆ History of severe hypoglycemia.
◆ Alcohol use.
◆ Terminal illness.
◆ Inconsistent caloric intake.

Hypoglycemia is the most feared short-term complication of treatment for diabetes. If not promptly recognized and treated it can result in long-term disability, particularly in cognitively impaired individuals. Although the frequency of hypoglycemia in long-term care patients is not known, its incidence rises exponentially with age.

It is recommended that all long-term care facilities develop and implement a policy and procedures for treating hypoglycemia. The findings of one recent study suggest that nocturnal hypoglycemia may be more common than was previously thought among nursing facility residents with diabetes, especially those who also have dementia or who have had a recent infection or a change in the dosage of oral medication or insulin.[19] Nocturnal hypoglycemia, cognitive and communication problems, chronic cardiac or liver disease, adrenal or pituitary insufficiency, immobility, and falls all increase hypoglycemia-related morbidity. In patients with any of these risk factors who develop frequent hypoglycemia, the medical practitioner in conjunction with the patient and family member should, whenever possible, consider liberalizing glycemic control and adjusting medical treatment accordingly.

Avoid overtreating patients with hypoglycemia. Overtreatment frequently results in rebound hyperglycemia, making subsequent control difficult to achieve. Studies suggest that optimal treatment consists of 15 g to 20 g of carbohydrate in the form of glucose, sucrose tablets, or juice, combined with a sandwich, crackers, or other light snack containing protein.[17] Patients who are obtunded (incoherent but not comatose) may be treated with oral glucose paste rubbed onto the buccal mucosa, intramuscular glucagon, or intravenous 50% dextrose.

If possible, caregivers should be trained to administer intramuscular glucagon in the facility. Administration of 1 mg glucagon can achieve sufficient clinical recovery to enable safe consumption of

Docket No. C-06-349
A. Ex. 21

oral carbohydrates and may prevent an emergency room visit. In facilities that have staff members who are skilled in intravenous therapy, intravenous 50% dextrose may used as an alternative to glucagon.

### Prevention and Treatment of Diabetic Complications

Vascular complications cause significant morbidity and mortality in patients with diabetes. At diagnosis, between 3% and 21% of patients with diabetes have already developed some complications.[27] The following proactive and systematic measures are suggested to detect, treat, and prevent or slow the progression of diabetic complications.

### Foot Care

Diabetes is a leading cause of foot ulcers and nontraumatic limb amputations. Foot problems are common among all older adults but are particularly prevalent among older adults with diabetes. Twenty to 40% of older adults with diabetes have neuropathy, peripheral vascular disease, or both, putting them at risk for foot complications. Prompt evaluation of ulcerated or infected feet may reduce limb loss in certain individuals. The services of a podiatrist should be requested if one is available. Despite aggressive prevention and good foot care practices, however, not all diabetic foot ulcers or limb amputations are preventable.[37]

### Initial Assessment

◆ Assess foot hygiene and foot care practices, including moisturizing, nail cutting, and callus trimming.
◆ Assess for skin and soft-tissue integrity (e.g., active foot infection or ulceration).
◆ Assess for sensorimotor integrity (numbness) and loss of protective sensation. This assessment may be performed by the physician using a 10-gm monofilament, a standard instrument for testing for loss of protective sensation in the feet.
◆ Assess for vascular insufficiency (pedal pulses).
◆ Assess gait and ability to walk.
◆ Inspect foot shape, shoes, and socks. Assess the need for protective footwear with accommodative insoles. Medicare covers therapeutic shoes if medically necessary.

### Care Plan

◆ Caregivers should inspect the feet visually every time the patient bathes. Look for drainage, open wounds, or discoloration. It is

## TABLE 17
## Foot Care Treatment Plans[34]

| Risk Category | Treatment plan |
|---|---|
| At-risk foot | ◆ Refer for routine podiatric care<br>◆ Train patient and caregivers to perform daily foot care and inspection if possible |
| Current mild infection or ulcer (superficial, no odor, no bone or joint involvement; minimal or no cellulitis; no significant ischemia; no systemic toxicity) | ◆ Local dressings<br>◆ Baseline X-ray for bone integrity or osteomyelitis<br>◆ Podiatry or wound care referral as needed for debridement<br>◆ Foot care |
| Limb-threatening ulcer or infection (deep ulcer, gangrene, >2 cm cellulitis, significant ischemia, bone or joint involvement; foul odor; lymphangitis, systemic toxicity) | ◆ Consider hospitalization<br>◆ Refer to podiatry or vascular surgery for immediate evaluation and treatment |

essential to check between the toes. The role of the nursing assistant and the patient's nurse is crucial in the early detection of ulcers, calluses, and ischemic changes.

◆ The treating physician should examine the feet of all patients with diabetes at all scheduled visits.

◆ A podiatry examination should take place once a year or more frequently in the presence of peripheral vascular disease and/or peripheral neuropathy.

◆ Before foot surgery is performed on a patient with diabetes, consideration should be given to conducting a vascular examination.

### Treatment

Whenever possible, categorize the severity of the condition of the feet. Table 17 suggests treatment plans for three broad risk categories. As always, decision-making should be individualized depending on the patient's disease burden, quality of life, and individual preferences.

Address the patient's need for special footwear. Depth shoes with custom-made insoles are recommended for patients with mild foot problems (no ulcers). Custom-molded shoes and/or accommodative custom orthotics are recommended for patients with partial amputations or severe foot deformities and collapse (Charcot's feet) who are capable of weight bearing and ambulation.

### Eye Care

Diabetes is the leading cause of blindness in the United States. Proliferative retinopathy, macular edema, or both occur in 40% to 50% of patients with type 2 diabetes. Epidemiologic studies suggest that



Docket No. C-06-349
A. Ex. 21
Page 37 of 54

retinopathy begins to develop at least 7 years before the clinical diagnosis of type 2 diabetes is made.[25]

The following recommendations are made for eye care in patients with diabetes in the long-term setting.

- A medical practitioner should evaluate eye infections as soon as possible.
- Significant eye pain not attributable to a readily treatable cause, visual changes, and visual loss should be addressed promptly by an eye care practitioner.
- If appropriate, a comprehensive dilated eye examination should be scheduled when diabetes is diagnosed and once or twice a year thereafter as determined by the eye care practitioner. Consider the patient's individualized treatment goals when determining whether to order this exam.
- Facilitate regular eye exams by reminding the patient's family of the importance of the exams and assisting with transportation arrangements.
- Optimize control of blood glucose, hypertension, and proteinuria (known risk factors for retinopathy).
- Individualize the patient's activity program depending on his or her degree of visual impairment.

### Oral Care

Poor oral hygiene and sustained hyperglycemia increase the risk of prolonged bacterial and fungal infections, accelerated periodontal disease, tooth loss, xerostomia (dry mouth), oral numbness, burning mouth, and altered taste sensation. Tooth decay and loss adversely affect nutritional status by interfering with eating habits and food choices, thus reducing quality of life. Oral complications, though not life-threatening, can undermine good metabolic control.

Nursing assistants are the primary providers of mouth care. Ensure that mouth care is performed daily. Nursing assistants may be trained to recognize mouth infections, mouth pain or eating difficulties and bring these problems to the attention of the interdisciplinary care team.

Facilities have a responsibility to provide patients with access to dental services when indicated, especially in the case of severe periodontal disease, caries, or loose teeth. Consulting a dietitian can be helpful if oral problems are compromising a patient's nutritional status. The treating physician should evaluate glucose control, hydration, and nutritional status, and collaborate with the dentist in scheduling required treatment, timing the administration of medications, and prescribing prophylactic antibiotics.[28]





## Control of Hypertension

People with type 2 diabetes commonly also have hypertension.[38] In the UKPDS, improved blood pressure control, in addition to improved glucose control, reduced the risk of stroke, heart failure, microvascular complications, visual loss, and diabetes-related deaths.[39] The goal of treatment should be to maintain blood pressure as close to recommended values (Table 18) as possible, taking into account the patient's tolerance for medication side effects. However, even modest reductions in blood pressure are associated with reduced diabetic complications; patients in the UKPDS had a mean blood pressure of 144/82 mm Hg. Control of hypertension has been shown to reduce the rate of progression of diabetic nephropathy.

Angiotensin-converting enzyme (ACE) inhibitors are the medication of choice whenever possible for hypertensive patients with diabetes.[40] Because these agents may slow the progression of microalbuminuria to macroalbuminuria, they should also be considered for normotensive patients with diabetes.[41] ACE inhibitors have also been shown to have a beneficial effect on endothelial dysfunction, which is common in people with type 2 diabetes.[42] However, ACE inhibitors are generally contraindicated in patients with more than minimal renal insufficiency.

Recent studies of the angiotensin-receptor blocker irbesartan show that this agent has a protective effect on kidney function.[43] This class of antihypertensive agents may be useful in patients who cannot tolerate ACE inhibitors. Angiotensin-receptor blockers (ARBs) are currently recommended as the initial agents of choice in hypertensive type 2 diabetic patients with microalbuminuria or clinical albuminuria.[44]

Blood pressure should be checked at least monthly and more frequently if it is poorly controlled. Postural blood pressures should be checked if patients have symptoms of orthostatic hypotension. Goals for blood pressure control and the choice of antihypertensive agents should be individualized depending on the side-effect profile of the

---

**TABLE 18**
**Recommended Blood Pressure Goals for Patients with Diabetes**

American Diabetes Association:[44]

   130/80 mm Hg

Joint National Committee on Prevention, Detection, Evaluation and Treatment of High Blood Pressure:[45]

   130/85 mm Hg

   <125/75 mm Hg if proteinuria >1gm/24h



MANAGING DIABETES

Docket No. C-06-349
A. Ex. 21

medication, the patient's comorbidities, the patient's renal function (if ACE inhibitors or ARBs are being considered), and the presence of supine hypertension. No scientific data are available on the effects of "tight" blood pressure control in the very old with diabetes.

*Management of Diabetic Nephropathy*

Diabetes is the leading cause of end-stage renal failure, accounting for one of every three patients who enter dialysis or transplantation programs.[46] Microalbuminuria and macroalbuminuria are early signs of diabetes-related kidney damage and are recognized independent risk factors for CAD in patients with diabetes.

It is recommended that patients with diabetes who have a fair prognosis be evaluated for proteinuria (Table 19) at the time of diagnosis and at least once a year. If the urinalysis is negative for protein, test for microalbuminuria by checking the urine albumin/creatinine (A/C) ratio. At least two out of three urine collections should be positive in a 3- to 6-month period before a patient is designated as having microalbuminuria.

The optimal management strategy for long-term care patients with diabetic nephropathy is unclear. The following guidelines have been formulated for community-dwelling persons with diabetic nephropathy. Practitioners may wish to consider implementing these guidelines in long-term care patients with diabetic nephropathy who have good functional status and fair or better prognosis.

◆ If the patient's creatinine levels are increasing, it is appropriate to consider the suitability of a protein-restricted diet. Protein restriction may delay the onset of dialysis in patients with late-stage renal insufficiency.

◆ If A/C ratio is <30 μg/mg
  – Recheck in 1 year.
  – If feasible, improve glucose management.
  – Lower blood pressure to <130/80 mm Hg by any effective means.
  – Prescribe ACE inhibitors or ARBs if hypertension is present or if proteinuria progresses.

◆ If A/C ratio is >300 μg/mg, recheck in 6 months. A nephrologist may be consulted in the following situations if appropriate in the patient's circumstances:[34]
  – Rapid rise in creatinine.
  – Creatinine >1.8 mg/dL in women, >2.0 mg/dL in men.
  – Severe hypertension.
  – Hyperkalemia.
  – Cause of nephropathy is unclear.



252


Docket No. C-06-349
A. Ex. 21
Page 40 of 54

**TABLE 19**
**Definitions of Proteinuria**

| Category | 24h collection (mg/24h) | Spot collection (g/mg creatinine) |
|---|---|---|
| Normal | <30 | <30 |
| Microalbuminuria | 30–299 | 30–299 |
| Macroalbuminuria | ≥300 | ≥300 |

Adapted from American Diabetes Association[44]

Because ACE inhibitors and ARBs have protective effects on the kidneys, their use should be considered in all patients who have both type 2 diabetes and hypertension. Evidence supports the use of ACE inhibitors in normotensive patients with type 1 diabetes and in normotensive and hypertensive patients with type 2 diabetes.[41]

## Management of Diabetic Neuropathy

Diabetic neuropathy is not a single entity but rather a number of different syndromes. Autonomic and peripheral sensory neuropathies occur in 50% to 60% of patients with type 2 diabetes. Diabetes may also cause focal mononeuropathy, entrapment syndromes, and proximal neuropathy with motor weakness.

Neuropathic complications (Table 20) can cause weakness, pain,

**TABLE 20**
**Possible Neuropathic Complications of Diabetes**

*Autonomic neuropathy*
- Chronic constipation
- Diarrhea (also consider bacterial overgrowth and pancreatic exocrine insufficiency)
- Gastroparesis with vomiting or delayed transition
- Orthostatic hypotension
- Blunted or reversed blood pressure rhythm with overnight or supine hypertension
- Neurogenic bladder with urinary retention and incontinence
- Sexual dysfunction

*Peripheral sensory neuropathy*
- Tingling, burning, and numbness in extremities, especially at night
- Lower extremity ulceration, infections, and limb loss
- Gait difficulties



MANAGING DIABETES

Docket No. C-06-349
A. Ex. 21



sleep disturbance, increased risk of falls, lower extremity ulcerations, infections, and limb loss. It is important to approach these neuropathic symptoms systematically and to consider other conditions that may produce such symptoms in a patient with diabetes (e.g., adverse drug effect, vitamin B12 deficiency, certain malignancies). For treatment of neuropathic pain, see the 1999 AMDA guideline, *Management of Chronic Pain in the Long-Term Care Setting.*[47]

## Management of Dyslipidemia

Heart attacks and strokes occur two to four times more frequently in persons with diabetes than in those without the disease. (1) For this reason, a proactive approach is recommended to the control of cardiovascular and cerebrovascular risk factors in this population.

However, lipid-lowering measures are not appropriate for all patients in the long-term care setting, especially those with limited life expectancy. Dietary restriction to achieve lipid lowering is not recommended in frail elderly patients because it is likely to cause undernutrition. Many frail elderly patients with type 2 diabetes already suffer from undernutrition in addition to other chronic conditions. These individuals often have been receiving lipid-lowering therapy for years, although their lipid levels are subnormal. Currently, no clinical evidence exists concerning the benefit of lipid-lowering agents in the long-term care population with diabetes.

After the initial evaluation for diabetes, assess the patient's history and extent of cardiovascular complications (e.g., CHF, previous MI or stroke, serious arrhythmia, history of bypass surgery, abnormal electrocardiogram or echocardiogram, or documented peripheral vascular disease).

Because hyperlipidemia (especially hypertriglyceridemia) often improves with better glucose control, lipid-lowering treatment may be considered only after measures have been implemented to control blood glucose (e.g., lifestyle modification, oral medications, insulin therapy). Evidence for the benefit of lipid-lowering treatment in the long-term care population with or without diabetes is scarce and drug interactions and adverse effects are possible. For these reasons, lipid-lowering therapy should be discussed with the patient or family before being initiated.

The following approach is recommended for patients in the long-term care setting who have diabetes, hyperlipidemia, and ongoing cardiovascular complications and whose prognosis is considered fair or better:

◆ Test cholesterol, LDL, HDL, and triglyceride values annually (preferably fasting).





◆ If LDL > 100 mg/dL, trial of dietary restriction if appropriate.
◆ If LDL remains > 100 mg/dL after trial of diet, initiate lipid-lowering medication.
◆ Recheck lipid levels 6 weeks after initiation of lipid-lowering therapy.

Currently, four major classes of lipid-lowering drugs are available: statins, fibric acid derivatives, bile acid sequestrants, and nicotinic acid (which may exacerbate hyperglycemia). Table 21 lists recommended lipid values for patients with diabetes.

### Management of Cardiovascular Disease

Cardiovascular disease can be difficult to manage in patients with diabetes because its presentation is sometimes atypical. Patients with diabetes have an increased incidence of sudden death caused by reduced vagal activity, as well as of silent myocardial ischemia or infarction due to loss of sympathetic innervation.

It is advisable to assess the extent and severity of cardiac, cerebrovascular, and peripheral vascular complications in each patient with diabetes. Sources that the medical practitioner might consult in making this assessment include records of the patient's initial history and physical examination and results of electrocardiograms, echocardiogram(s), chest X-rays, arterial doppler studies of the legs, cognitive testing, and CT scanning or brain MRI studies.

The following recommendations by the American Diabetes Association, the Joslin Clinic, and others may be considered when developing secondary prevention strategies for cardiovascular disease in patients with diabetes who have a fair or better prognosis:

◆ Enteric-coated aspirin (81–325 mg qd) is recommended for all patients with type 2 diabetes as antiplatelet therapy to prevent vascular events. Contraindications to antiplatelet therapy include allergy, bleeding tendency, anticoagulation therapy, recent gastrointestinal bleeding, and active liver disease.
◆ For patients who cannot take aspirin, reasonable alternatives may

**TABLE 21**

**Recommended Lipid Values for Patients with Diabetes[44]**

LDL cholesterol: ≤100 mg/dL (Primary goal)
HDL cholesterol: men >45 mg/dL (Secondary goal)
women >55 mg/dL
Triglycerides: <150 mg/dL



Docket No. C-06-349
A. Ex. 21
Page 43 of 54

be clopidogrel (Plavix) or aspirin/extended release dipyridamole (Aggrenox).

◆ Consider beta-blockers for all patients with a history of MI or documented CAD, unless contraindicated.

*Immunization*

Patients with diabetes have abnormalities in immune function. Influenza vaccine is advised yearly for all adults with diabetes. Pneumococcal vaccine is also advised for all adults with diabetes. Because long-term care patients have often received extensive prior medical care, the following may be used a decision-making guide for the vaccination of persons aged ≥ 65 years with pneumococcal vaccine:

◆ Unsure if vaccinated before: Vaccinate.

◆ Aged <65 years at time of last vaccination, ≥ 5 years elapsed: Vaccinate.

◆ Aged <65 years at time of last vaccine, ≤ 5 years elapsed: Vaccination not indicated.

◆ Aged ≥ 65 years at time of last vaccination: Vaccination not indicated.

## Tube Feeding of Patients with Diabetes

In general, patients with diabetes do not require special diabetic formulas. Glycemic control can usually be accomplished with oral agents and/or insulin. (See Table 16 for suggested insulin regimens for patients receiving continuous or nocturnal tube feeding.) When controlling blood glucose in patients with diabetes who are being tube-fed, the physician should be guided by the patient's quality of life, prognosis, and expressed preferences.

## Care of the Terminally Ill Patient with Diabetes

In a patient with diabetes who is terminally ill or has limited life expectancy, maintenance of comfort and control of symptoms such as polydipsia and polyuria are the most appropriate goals of treatment. Hyperglycemia will occur if therapy to control blood glucose is withdrawn. It is most important to carefully document the decision-making process when refraining from active treatment of diabetes in the terminally ill patient. In an end-stage situation when palliative care is being offered, the patient may be offered any food or fluids that are requested or tolerated and blood glucose monitoring may be discontinued.

## STEP 12

Re-evaluate the patient. Reassess the patient's diabetes within 30



256

Docket No. C-06-349
A. Ex. 21
Page 41 of 54



days of admission (for a new patient) or recognition of diabetes (for an established patient). Pay particular attention to glycemic control, skin integrity or wounds, renal function, and the results of any consultations or referrals.

## MONITORING

### STEP 13

Monitor the patient's blood glucose levels. Evidence is lacking to support the establishment of appropriate glucose control goals in the long-term care population. In addition, little evidence exists concerning the optimal frequency and timing of blood glucose monitoring in the long-term care setting. In general, monitoring should be more frequent when glucose is poorly controlled. Monthly FBG testing is ineffective and should be discontinued.

Postprandial glucose monitoring is now thought to play a significant role in diabetes management. Postprandial glucose levels are believed to contribute more than FPG to A1c levels. In the UKPDS, A1c and FPG levels were not closely related. For example, an A1c of 7% corresponded to FPG of 149, with a 95% confidence interval of 83–212 mg/dL. Population studies show that the 2-hour-post challenge glucose is more strongly related to mortality than is FBG.[48,49]

Comprehensive monitoring of every patient with diabetes is inappropriate in the long-term care setting. In the patient who is terminally ill or has limited life expectancy, control of pain and depression and avoidance of severe hypoglycemic and hyperglycemic symptoms should be emphasized. The recommendations outlined below and in Table 22 (for minimally impaired patients) are suggested by practitioners dedicated to the care of long-term care patients. These recommendations should be individualized for each patient and clinical situation.

For the patient on oral medication(s) who is well controlled:

◆ Monitor blood glucose levels at least twice a week (more frequently if there is a change in drugs or drug dosages).
◆ Monitor FBG at least twice a week for patients on sulfonylureas, biguanides, and thiazolidinediones.
◆ If possible, monitor 2h postprandial glucose for patients on alpha-glucosidase inhibitors and shorter-acting insulin secretagogues.
◆ Monitor A1c on admission (if no results from a previous test are available) or when diabetes is recognized and every 6 months thereafter (every 3 months if the patient is anemic or if a change occurs in the patient's treatment plan).

Docket No. C-06-349
A. Ex. 21

## TABLE 22
### Suggested Comprehensive Monitoring of the Minimally Impaired Patient With Diabetes

| Indicator | Suggested monitoring |
|---|---|
| Blood glucose levels | See Step 13 |
| A1c | ◆ Every 6 months if well controlled<br>◆ Every 3 months if poorly controlled |
| Blood pressure | ◆ Monthly<br>◆ More frequently if poor control or dose change<br>◆ Orthostatic vital signs if symptomatic |
| Foot examination | ◆ Daily by patient who is able<br>◆ Weekly by caregivers |
| Urine microalbumin/creatinine ratio | ◆ Annually if <30 μg/mg<br>◆ Every 6 months if >300 μg/mg |
| 24 hour urine protein/creatinine clearance | ◆ If significant decline in renal function<br>◆ If nephrotic syndrome suspected |
| Lipid profile | ◆ Annually<br>◆ 6 weeks after initiating or changing medical treatment |
| Weight | ◆ Monthly<br>◆ More frequently if >5% change (gain or loss) |
| Pain control | ◆ As required |
| Depression | ◆ Annually or as required |
| Cognition | ◆ Annually or as required |

For the patient on oral medication(s) who is poorly controlled:

◆ Monitor blood glucose levels twice to four times daily as needed (FBG or 2h postprandial as indicated above).
◆ Monitor A1c on admission (if no results from a previous test are available) or when diabetes is recognized and every 3 months thereafter until control improves.

For the patient on insulin who is well controlled:

◆ Monitor blood glucose levels twice a day if on b.i.d. insulin (e.g., before breakfast and lunch and as necessary). Monitoring frequency may be decreased on an individual basis depending on glycemic control and patient preference.
◆ Monitor 3 to 4 times a day if on intensive insulin therapy or sliding-scale insulin.
◆ Monitor more frequently if the patient is fasting before a medical procedure, has returned to the facility after a significant absence, or has an acute infection or illness.



### STEP 14

Monitor the patient who is at high risk for diabetes. Patients with IFG and other risk factors for developing diabetes (Table 3) should have an annual FBG to screen for diabetes. Those with signs and symptoms of diabetes (Table 4) should have an FBG at the time of presentation if diabetes is suspected. Patients who have begun treatment with any medication known to be associated with hyperglycemia (Table 7) should be considered for a semi-annual FBG.

### STEP 15

Monitor the facility's management of diabetes. Diabetes is a complex and unrelenting disease that is responsible for much of the medical morbidity and functional impairment evident in many patients who reside in long-term facilities. The success and feasibility of implementing diabetes care protocols can only be established by systematic monitoring of related processes and outcomes. A facility may wish to select several of the indicators in Table 23 that are most relevant to its population and staff for inclusion in its quality improvement process.

## SUMMARY

Type 2 diabetes is a chronic metabolic condition that increases in prevalence with age and that is frequently undiagnosed. Macrovascular and microvascular complications of diabetes cause serious morbidity and mortality. Diabetes is common in the long-term care

### TABLE 23
### Sample Performance Measurement Indicators

*Outcome Indicators*
- Rate of hospitalizations and emergency-room visits for diabetes complications
- Rate of lower-extremity ulcers and infections
- Average A1c levels
- Prevalence of hypoglycemia and symptomatic hyperglycemia

*Process Indicators*
- Appropriate number of evaluations for eye, nutritional, and foot problems
- Appropriate monitoring (A1c, lipid profile and albumin/creatinine ratio if clinically appropriate)
- Appropriately limited prevalence of sliding-scale insulin use
- Appropriate decision-making and care planning based on individualized patient goals
- Appropriate diet orders



259

setting, where functional disabilities and multiple comorbidities increase the complexity of diabetes management.

Strong evidence now exists that a comprehensive approach to diabetes management can improve glycemic control and reduce the risk of complications. Such a comprehensive approach includes careful attention to diet and (when feasible) activity levels, the use of oral medications and insulin injections, and management of cardiovascular risk factors where appropriate. However, intensive treatment of diabetes may not be appropriate for all individuals in the long-term care setting. To maintain the highest quality of life, consideration of therapeutic and diagnostic interventions must take into account the patient's cognitive and functional status, severity of disease, expressed preferences, and life expectancy.

## References

1. Harris MI, Flegal KM, Cowie CC et al. Prevalence of diabetes mellitus, impaired fasting glucose, impaired glucose tolerance in US adults. The Third National Health and Nutrition Examination Survey. Diabetes Care 1998;21:518-524.
2. National Diabetes Fact Sheet. 1998. U.S. Centers for Disease Control and Prevention.
3. Knopland D, Boland L et al. Cardiovascular risk factors and cognitive decline in middle-aged adults. Neurology 2001;56:42-48.
4. Gregg E, Yaffe K et al. Is diabetes associated with cognitive impairment and cognitive decline among older women? Arch. Intern Med 2000;160:174-180.
5. Grodstein F et al. Type 2 diabetes and cognitive function in community-dwelling elderly women. Diabetes Care 2001;24:1060-1065.
6. Peyrot M, Rubin RR. Levels and risks of depression and anxiety symptomatology among diabetic adults. Diabetes Care 1997;20:585-590.
7. Anderson RJ, Freeland KE, Clouse SE, Lustman DJ. The presence of co-morbid depression in adults with diabetes: a meta-analysis. Diabetes Care 2001;24(6):1069-1078.
8. Rosenthal MJ, Fajardo M, Gilmore S et al. Hospitalization and mortality of diabetes in older adults: A 3-year prospective study. Diabetes Care 1998;21:231-235.
9. Isomaa B, Lahti K, Almgren P et al. Cardiovascular morbidity and mortality associated with the metabolic syndrome. Diabetes Care 2001;24(4):683-689.
10. Berger AK, Breall JA, Gerson BJ et al. Effect of diabetes mellitus



CLINICAL PRACTICE GUIDELINE

Docket No. C-06-349
A. Ex. 21



on the diagnosis and classification of diabetes mellitus. Diabetes Care 1998;21(suppl 1):1183-1197.

26. Baker KL (ed). Principles and Practice of Endocrinology and Metabolism, 2nd edition. 1995. Philadelphia: J.B. Lippincott Company.

27. UK Prospective Diabetes Study Group. UK Prospective Diabetes Study VIII: Study design, progress and performance. Diabetologia 1991;34:877-890.

28. Martin WE. Oral health and the older diabetic. Clin Geriatr Med 1999;15(2):339-350.

29. El-Kebbi I and Ziemer D. Comorbidity and glycemic control in patients with type 2 diabetes. Arch Intern Med 2001;161:1295-1300.

30. American Diabetes Association. Position statement: Translation of diabetes nutrition recommendations for health care institutions. Diabetes Care 2000; 23(suppl 1):S47-S49.

31. Tariq SH, Karcic E, Thomas DR et al. The use of no-concentrated sweets diet in the management of type 2 diabetes in nursing homes. J Am Dietetic Assoc 2001;101(12):1463-1466.

32. Clinical Practice Guideline on Altered Nutritional Status. 2001. Columbia, MD: American Medical Directors Association.

33. American Diabetes Association. Position statement: Nutrition recommendations and principles for people with diabetes mellitus. Diabetes Care 2000; 23(suppl 1):S43-S46.

34. Joslin Diabetes Center and Joslin Clinic Inc. Summary of revisions: Clinical guidelines for adults with diabetes 2001.

35. Mooradian AD, Osterweil D et al. Diabetes mellitus in elderly nursing home patients: A survey of clinical characteristics and management. J Am Geriatr Soc 1988;36:391-396.

36. Malmberg K, Ryden L, Efendic S et al on behalf of the DIGAMI Study Group. A randomized trial of insulin-glucose infusion followed by subcutaneous insulin treatment in diabetic patients with acute myocardial infarction: effect on mortality at 1 year. J Am Coll Cardiol 1995; 26: 57-65.

37. Margolis DJ, Kantor J, Berlin JA. Healing of diabetic neuropathic ulcers receiving standard treatment. A meta-analysis. Diabetes Care 1999;22(5):692-695.

38. Hypertension in Diabetes Study (HDS):1. Prevalence of hypertension in newly presenting type 2 diabetic patients and the association with risk factors for cardiovascular and diabetic complications. J Hypertens 1993;11(3):309-17.

39. UK Prospective Diabetes Study Group. Tight blood pressure control and risk of macrovascular and microvascular complications in type 2 diabetes. BMJ 1998;317:703-13.







40. Lewis EJ, Hunsicker LG et al. The Collaborative Study Group. The effect of angiotensin-converting enzyme inhibition on diabetic nephropathy. N Engl J Med 1993;329:1456-1462.

41. Ravid M, Shavin H et al. Long-term stabilizing effect of angiotensin-converting enzyme inhibition on plasma creatinine and on proteinuria in normotensive type II diabetic patients. Ann Intern Med 1993;118:577-581.

42. O'Driscoll G, Green D, Maiorana A et al. Improvement in endothelial function by angiotensin-converting enzyme inhibition in non-insulin dependent diabetes mellitus. J Am Coll Cardiol 1999;33:1506-1511.

43. Lewis EJ, Hunsicker LG, Clarke WR et al. Renoprotective effect of the angiotensin-receptor antagonist irbesartan in patients with nephropathy due to type 2 diabetes. N Engl J Med 2001;345:851-360.

44. American Diabetes Association. Position statement: Standards of medical care for patients with diabetes mellitus. Diabetes Care 2002;25:S33-S49.

45. Black HR, Cohen JD, Kaplan NM et al. The sixth report of the Joint National Committee on Prevention, Detection, Evaluation and Treatment of High Blood Pressure. Arch Intern Med 1997;157:2413-2445.

46. Diabetes Facts and Figures. American Diabetes Association. Available online at www.diabetes.org. July 2000.

47. Clinical Practice Guideline on Chronic Pain Management in the Long-Term Care Setting. 1999. Columbia, MD: American Medical Directors Association.

48. The DECODE Study Group. Glucose control and mortality. Comparison of EHO and American Diabetes Association diagnostic criteria. Lancet 1999;354:617-621.

49. Temelkova-Kurktschiev TS, Koekler C, Henkel E et al. Post challenge plasma glucose and glycemic spikes are more strongly associated with atherosclerosis than fasting glucose or HbA1c levels. Diabetes Care 2000;23(12):1830-1834.

263

Docket No. C-06-349
A. Ex. 21

### Appendix
## Measuring Facility Performance in the Recognition, Assessment, Treatment, and Monitoring of Diabetes: Suggested Process and Clinical Indicators

### General Process Indicators

1. Recognition
   a. Does the admission process, including the physician history and physical examination (H&P), include queries about the patient's history of a diagnosis of diabetes and diabetic complications (e.g., past hospitalizations, previous tests, and previous treatment for diabetes)?
   b. Does the admission process, including the H&P, include an evaluation of the patient for signs and symptoms of and risk factors for possible diabetes and diabetic complications?

2. Assessment
   a. Does the medical record document that an initial work-up for potentially reversible etiologies has been performed or reviewed (Table 8) OR is there a documented explanation for why potentially reversible etiologies were not sought?
   b. Have the cause(s) of the patient's hyperglycemia been identified? Have the nature and severity of diabetic complications been evaluated?
   c. Do designated care providers assess the patient periodically for signs and symptoms of hypo- and hyperglycemia and other consequences of diabetes?

3. Treatment
   a. Has an individualized care plan been developed? Have treatment goals been defined?
   b. Has treatment for the patient's diabetes and coexisting medical conditions, including dietary and pharmacological interventions, been defined?
   c. Have measures been selected to detect, treat, and prevent or slow the progression of diabetic complications?
   d. Does the medical record document that an advance directive has been discussed and that the patient's wishes have been taken into account when developing and implementing the care plan?

4. Monitoring
   a. Has an individualized schedule been established for monitoring the patient's blood glucose levels (according to whether the patient is well controlled, poorly controlled, minimally impaired, at high risk, etc.)?
   b. Does the medical record document that the patient is monitored periodically for symptoms of hypo- and hyperglycemia as well as diabetic complications (e.g., decreased activity levels, lung sounds, peripheral edema)?
   c. Does the medical record document that appropriate laboratory monitoring has been ordered?

### Clinical Process and Outcome Indicators

1. Recognition
   a. In what proportion of residents is diabetes diagnosed urgently or emergently (i.e., not on admis-





264

sion or at periodic assessment)? [numerator = patients diagnosed emergently/urgently; denominator = all patients with diagnosis of diabetes]

b. When members of the direct care team recognize signs and symptoms of diabetes and diabetic complications, are these signs and symptoms communicated in a timely manner to the physician, nurse practitioner, or physician assistant? (Consider auditing a sample of patients with diabetes to determine the extent of congruence between what is recorded in the MDS, discipline-specific progress notes, and the physician's orders.)

2. *Assessment*

a. Have risk factors for diabetic complications been addressed OR is there documentation in the medical record that explains why risk factors are not being addressed?

b. Have reversible causes of diabetic complications been addressed OR does documentation in the medical record explain why reversible causes are not being addressed?

c. Is appropriate monitoring (A1c, lipid profile, albumin/creatinine ratio if clinically appropriate) being conducted on diabetic patients?

3. *Treatment*

a. Are the goals of therapy explicitly stated? For example, "The goal of therapy for this patient is to avoid hypoglycemia and symptomatic hyperglycemia." Or "The goal of therapy for this patient is to achieve A1c levels below 7.0%."

b. Are prescribed pharmacologic agents consistent with the severity of the patient's diabetes, activity level, food preferences, coexisting medical conditions, and advance care directive?

4. *Monitoring*

a. How often is the effect of treatment monitored? How quickly is ineffective treatment modified?

b. Is the patient monitored for adverse drug reactions? How long does it take to respond to potential adverse drug reactions?

c. If treatment continues to be ineffective after several modifications, is the patient referred for an endocrinology consultation or to hospice or palliative care (depending upon the patient's preferences as documented in an advance directive)?



Docket No. C-06-349
A. Ex. 21
Page 53 of 54

The American Medical Directors Association developed this guideline with the support and cooperation of the following individuals and companies:

Larry Lawhorne, MD, CMD, Project Chair
Steven Levenson, MD, CMD, Chair Clinical Practice Committee

**Steering Committee Members:**
Donna Brickley, RN
Lisa Cantrell, RN, C
Charles Cefalu, MD, MS
Joseph Gruber, RPh, FASCP, CCP
Susan M. Levy, MD, CMD
Betty MacLaughlin-Fransden, RN, NHA
Harlan Martin, R.Ph., CCP, FASCP
Geri Mendelson, RN, CNAA, M.Ed, NHA
Evvie F. Munley
Jonathan Musher, MD, CMD
Judith A. Passerini, CNHA, CAS, Fellow
Mary Pat Rapp, MSN, RN
Barbara Resnick, PhD, CRNP
William Simonson, Pharm.D., FASCP, CGP

**Corporate Supporters:**
Aventis Pharmaceuticals
Forest Laboratories, Inc.
GlaxoSmithKline
Janssen Eldercare
LifeScan
Novartis Pharmaceuticals
Pfizer, Inc.
Pharmacia Corporation
Organon, Inc.

**Organizational Participants:**
American Association of Homes and Services for the Aging
American College of Health Care Administrators
American Health Care Association
American Society of Consultant Pharmacists
National Association of Directors of Nursing Administration in Long-Term Care
National Association of Geriatric Nursing Assistants
National Conference of Gerontological Nurse Practitioners



Copyright @2002
American Medical Directors Association



266

JAMA & ARCHIVES

# JAMA®

The Journal of the American Medical Association — To Promote the Science and Art of Medicine and the Betterment of the Public Health

Select Journal or Resource

SEARCH THIS JOURNAL:

GO TO ADVANCED SEARCH >

Institution: **LIBRARY** | Sign In as Individual

**Vol. 284 No. 24, December 27, 2000**
Brief Report

TABLE OF CONTENTS >

**Featured Link**
· E-mail Alerts

# Diurnal Variation in Fasting Plasma Glucose

## Implications for Diagnosis of Diabetes in Patients Examined in the Afternoon

Rebecca J. Troisi, ScD; Catherine C. Cowie, PhD; Maureen I. Harris, PhD, MPH

JAMA. 2000;284:3157-3159.

**Article Options**
· Abstract
· PDF
· Send to a Friend
· Related articles
· Similar articles in this journal

**Literature Track**
· Add to File Drawer
· Download to Citation Manager
· PubMed citation
· Articles in PubMed by
  · Troisi RJ
  · Harris MI
· Articles that cite this article
· ISI Web of Science (16)
· Contact me when this article is cited

**Topic Collections**
· Diabetes Mellitus
· Diagnosis
· Topic Collection Alerts

## ABSTRACT

**Context** Current diagnostic criteria for diabetes are based on plasma glucose levels in blood samples obtained in the morning after an overnight fast, with a value of 7.0 mmol/L (126 mg/dL) or more indicating diabetes. However, many patients are seen by their physicians in the afternoon. Because plasma glucose levels are higher in the morning, it is unclear whether these diagnostic criteria can be applied to patients who are tested for diabetes in the afternoon.

**Objectives** To document diurnal variation in fasting plasma glucose levels in adults not known to have diabetes, and to examine the applicability to afternoon-examined patients of the current diagnostic criteria for diabetes.

**Design, Setting, and Participants** Analysis of data from the US population–based Third National Health and Nutrition Examination Survey (1988-1994) on participants aged 20 years or older who had no previously diagnosed diabetes, who were randomly assigned to morning (n = 6483) or afternoon (n = 6399) examinations, and who fasted prior to blood sampling.

Docket No. C 06 240

**Main Outcome Measures**  Fasting plasma glucose levels in morning vs afternoon-examined participants; diabetes diagnostic value for afternoon-examined participants.

**Results**  The morning and afternoon groups did not differ in age, body mass index, waist-to-hip ratio, physical activity index, glycosylated hemoglobin level, and other factors. Mean (SD) fasting plasma glucose levels were higher in the morning group (5.41 [0.01] mmol/L [97.4 {0.3} mg/dL]) than in the afternoon group (5.12 [0.02] mmol/L [92.4 {0.4} mg/dL]; $P<.001$). Consequently, prevalence of afternoon-examined participants with fasting plasma glucose levels of 7.0 mmol/L (126 mg/dL) or greater was half that of participants examined in the morning. The diagnostic fasting plasma glucose value for afternoon-examined participants that resulted in the same prevalence of diabetes found in morning-examined participants was 6.33 mmol/L (114 mg/dL) or greater.

**Conclusions**  Our results indicate that if current diabetes diagnostic criteria are applied to patients seen in the afternoon, approximately half of all cases of undiagnosed diabetes in these patients will be missed.

## INTRODUCTION

The current recommendations for diagnosis of diabetes emphasize measurement of fasting plasma glucose[1] and are based on studies of plasma glucose measured in the morning after an overnight fast of at least 8 hours. However, many patients are seen by their physicians in the afternoon in an uncertain state of fasting; moreover, plasma glucose has been observed to be higher in the morning.[2-3] Thus, it is unclear whether the current diagnostic criteria for diabetes can be applied to patients examined in the afternoon. We investigated this issue in a large, population-based survey of adults not known to have diabetes.

**Jump to Section**
· Top
· Introduction
· Methods
· Results
· Comment
· Author information
· References

## METHODS

The Third National Health and Nutrition Examination Survey (NHANES III)[4] was conducted between 1988 and 1994, and included a representative sample of the US population. Participants were interviewed for sociodemographic information, medical history, and lifestyle characteristics, then randomly assigned to either a morning or afternoon examination that included anthropometric measurements and phlebotomy. Those assigned to the morning examination were asked to not eat or drink anything other than water after 8:30 PM the day preceding the examination. Those examined in the early afternoon were asked to eat breakfast but to not eat or drink anything other than water after 7:30 AM the day of the examination. Those examined in the late afternoon were asked to eat lunch but to not eat or drink anything other than water after 11:30 AM.

**Jump to Section**
· Top
· Introduction
· Methods
· Results
· Comment
· Author information
· References

Docket No. C-06-349

The survey included 18 825 subjects, aged 20 years or older. We excluded those who had a prior diagnosis of diabetes or were pregnant (n = 1827), did not have plasma glucose measured (n = 2288), or who attended an examination session other than that to which they were assigned (n = 617), as well as morning subjects who fasted fewer than 8 hours and afternoon subjects who fasted fewer than 4 hours (n = 1211). Median fasting time for those examined in the morning (n = 6483) was 13.5 hours; 82% fasted 12 through 16 hours. Median fasting time for those examined in the afternoon (n = 6399) was 7.0 hours; 76% fasted 4 through 10 hours.

Morning and afternoon blood samples were collected and processed identically. Whole blood was collected in vacuum tubes containing potassium oxalate and sodium fluoride and centrifuged immediately at 1500g for 10 minutes. Plasma was frozen at -70°C until analysis. Plasma glucose was measured using a hexokinase reference method (Roche Diagnostics, Montclair, NJ). The coefficient of variation for this method was 1.6% at a glucose concentration of 5.5 mmol/L (100 mg/dL). Plasma was frozen at - concentration of 27.8 mmol/L (500 mg/dL). Fasting plasma glucose levels were used to define undiagnosed diabetes (≥7.0 mmol/L [126 mg/dL]) and impaired fasting glucose (6.1-6.9 mmol/L [110-125 mg/dL]).[3]

Statistical analyses were carried out using SAS (SAS Institute, Cary, NC) with survey sampling weights. Tests of statistical significance were calculated using SUDAAN (Research Triangle Institute, Research Triangle Park, NC). Means were compared using 2-tailed $t$ tests. Trends were tested using linear regression with continuous values for the independent variables. Fasting glucose was log-transformed because of its skewed distribution. The protocol was reviewed and approved by the institutional review board of the National Center for Health Statistics, and informed consent was obtained from all participants.

### RESULTS

Subjects examined in the morning and afternoon were similar in age, sex, race, parental history of diabetes, body mass index, waist-to-hip ratio, physical activity, smoking status, alcohol intake, education, use of medications that may affect glucose levels, and glycosylated hemoglobin levels (Table 1).

**Jump to Section**
· Top
· Introduction
· Methods
· Results
· Comment
· Author information
· References

**View this table:**
[in this window]
[in a new window]

**Table.** Characteristics of Subjects Examined in the Morning and Afternoon*

Mean (SD) fasting plasma glucose levels were higher in the morning group (5.41 [0.01] mmol/L [97.4 {0.3} mg/dL]) than in the afternoon group (5.12 [0.02] mmol/L [92.4 {0.4} mg/dL]; P<.001). Fasting plasma glucose was highest in those examined in the early morning and declined throughout the morning (test for trend, P<.001) (Figure 1). Afternoon fasting glucose values were

03/21/2006

Docket No. C-06-349

more stable and were similar to late-morning levels ($P$ = .57). Length of fast (morning >8 hours; afternoon >4 hours) was not an important factor. In morning subjects, there was a nonsignificant increase in mean plasma glucose from 5.38 mmol/L (97.0 mg/dL) in those who fasted 8 through 12 hours to 5.40 mmol/L (97.3 mg/dL) in those who fasted 16 hours or more. In afternoon subjects, there was a clinically insignificant decrease from 5.13 mmol/L (92.5 mg/dL) in those who fasted 4 through 8 hours, to 5.06 mmol/L (91.2 mg/dL) in those who fasted 12 hours or more.



**Figure.** Median Fasting Plasma Glucose by Hour of Blood Draw

To convert glucose values to mmol/L, multiply by 0.0555.

**View larger version** (10K):
[in this window]
[in a new window]

Fasting plasma glucose increased with age, but morning subjects had higher glucose values at every age compared with afternoon subjects, with an overall mean difference of 0.28 mmol/L (5.0 mg/dL) ($P$<.001). Consequently, prevalence in afternoon subjects of glucose values indicating diabetes (1.4%) was one half that of morning subjects (2.8%). Prevalence of glucose values indicating impaired fasting glucose in afternoon subjects (2.6%) was one third that of morning subjects (7.4%). There was no statistically significant trend by age in these disease prevalence ratios ($P$>.50), even though prevalence of both conditions increased markedly with increasing age. For example, among those aged 60 years or older, the prevalence of undiagnosed diabetes in morning subjects was 7.0%; in afternoon subjects, the prevalence of those with fasting plasma glucose levels of 7.0 mmol/L (126 mg/dL) or greater was only 3.5%.

Because the morning and afternoon groups were virtually identical except for fasting plasma glucose, it would be expected that diabetes prevalence would also be identical in the 2 groups. We used this feature to determine the glucose values that would be diagnostic for diabetes and impaired fasting glucose in afternoon subjects. Under the current diagnostic criteria, derived from subjects examined in the morning, the fasting plasma glucose value distinguishing diabetic from nondiabetic individuals is 7.0 mmol/L (126 mg/dL). In NHANES III, this corresponds to the 97.2th percentile of fasting plasma glucose (diabetes prevalence of 2.8%). For afternoon subjects, the 97.2th percentile value for fasting glucose was 6.33 mmol/L (114 mg/dL). Similarly, the diagnostic value for impaired fasting glucose (6.11 mmol/L [110 mg/dL]) in morning subjects corresponded to the 89.8th percentile; this value in afternoon subjects was 5.66 mmol/L (102 mg/dL).

Docket No. C-06-349
A. Ex. 22

As found for glucose, mean fasting serum insulin and C peptide levels were significantly higher in subjects examined in the morning (61.9 pmol/L and 0.696 nmol/L, respectively), compared with those examined in the afternoon (56.3 pmol/L and 0.635 nmol/L) ($P<.001$ for both analytes).

## COMMENT

These data from a nationally representative sample of adults demonstrate that there are clinically significant differences in fasting plasma glucose levels between subjects examined in the morning and in the afternoon. We estimate that glucose values indicating diabetes for patients tested in the afternoon should be fully 0.67 mmol/L (12 mg/dL) lower than the current diagnostic criterion of 7.0 mmol/L (126 mg/dL) or greater. If the current criterion were applied to afternoon patients, about half the cases of undiagnosed diabetes would be missed in this group. Indeed, because of the consistent decline in fasting plasma glucose throughout the morning, even the difference between 8 AM and 10 AM glucose values can be significant.

Jump to Section
· Top
· Introduction
· Methods
· Results
· Comment
· Author information
· References

Many patients in the ambulatory care setting are seen in the afternoon, and these patients can be asked to fast for at least 4 hours before testing for diabetes. Regardless of the time of day that patients are tested, physicians need to confirm the diagnosis by repeat testing on a different day. For those initially tested in the afternoon, a confirmatory morning test may be advised.

Early morning rises in fasting glucose levels and insulin requirements (the "dawn phenomenon") have been observed in patients with diabetes[2] and in some,[3, 5-6] but not all,[7-9] studies of nondiabetic persons. Nocturnal elevations in growth hormone and early morning increases in cortisol secretion have been explored as contributors to this phenomenon.[10-13] Our data showing higher fasting levels of plasma glucose, serum insulin, and serum C peptide in morning subjects are consistent with the existence of a dawn phenomenon in nondiabetic subjects.

## AUTHOR INFORMATION

**Corresponding Author:** Maureen I. Harris, PhD, MPH, National Institute of Diabetes and Digestive and Kidney Diseases, Room 695, 6707 Democracy Blvd, MSC-5460, Bethesda, MD 20892 (e-mail: mh63q@nih.gov ).

**Author Affiliations:** Social and Scientific Systems Inc, Bethesda, Md (Dr Troisi); and the National Institute of Diabetes and Digestive and Kidney Diseases, Bethesda, Md (Drs Cowie and Harris).

Jump to Section
· Top
· Introduction
· Methods
· Results
· Comment
· Author information
· References

## REFERENCES

03/21/2006

271

Docket No. C-06-349

JAMA -- Diurnal Variation in Fasting Plasma Glucose: Implications for Diagnosis of Diabetes in Patients Examined in the Aft...    Page 6 of 9

1. Expert Committee on the Diagnosis and Classification of Diabetes Mellitus. Report of the Expert Committee on the Diagnosis and Classification of Diabetes Mellitus. *Diabetes Care.* 1997;20:1183-1197. ISI | PUBMED

2. Bolli GB, Gerich JE. The "dawn phenomenon": a common occurrence in both non-insulin-dependent and insulin-dependent diabetes mellitus. *N Engl J Med.* 1984;310:746-750. ABSTRACT

3. Bolli GB, De Feo P, De Cosmo S, et al. Demonstration of a dawn phenomenon in normal human volunteers. *Diabetes.* 1984;33:1150-1153. ABSTRACT

4. Harris MI, Flegal KM, Cowie CC, et al. Prevalence of diabetes, impaired fasting glucose, and impaired glucose tolerance in U.S. adults: The Third National Health and Nutrition Examination Survey, 1988-1994. *Diabetes Care.* 1998;21:518-524. ABSTRACT

5. Schmidt MI, Lin QX, Gwynne JT, Jacobs S. Fasting early morning rise in peripheral insulin: evidence of the dawn phenomenon in nondiabetes. *Diabetes Care.* 1984;7:32-35. ABSTRACT

6. Arslanian S, Ohki Y, Becker DJ, Drash AL. Demonstration of a dawn phenomenon in normal adolescents. *Horm Res.* 1990;34:27-32. ISI | PUBMED

7. Simon C, Brandenberger G, Follenius M. Absence of the dawn phenomenon in normal subjects. *J Clin Endocrinol Metab.* 1988;67:203-205. ABSTRACT

8. Mauras N, Rogol AD, Clarke WL. Failure to detect the "dawn phenomenon" in nondiabetic subjects with markedly different patterns of nocturnal growth hormone secretion. *J Clin Endocrinol Metab.* 1986;62:975-979. ABSTRACT

9. Marin G, Rose SR, Kibarian M, Barnes K, Cassorla F. Absence of dawn phenomenon in normal children and adolescents. *Diabetes Care.* 1988;11:393-396. ABSTRACT

10. Campbell PJ, Bolli GB, Cryer PE, Gerich JE. Pathogenesis of the dawn phenomenon in patients with insulin-dependent diabetes mellitus: accelerated glucose production and impaired glucose utilization due to nocturnal surges in growth hormone secretion. *N Engl J Med.* 1985;312:1473-1479. ABSTRACT

11. Trumper BG, Reschke K, Molling J. Circadian variation of insulin requirement in insulin dependent diabetes mellitus: the relationship between circadian change in insulin demand and diurnal patterns of growth hormone, cortisol and glucagon during euglycemia. *Horm Metab Res.* 1995;27:141-147. ISI | PUBMED

12. Scheen AJ, Van Cauter E. The roles of time of day and sleep quality in modulating glucose regulation: clinical implications. *Horm Res.* 1998;49:191-201. FULL TEXT | ISI | PUBMED

13. Van Cauter E, Polonsky KS, Scheen AJ. Roles of circadian rhythmicity and sleep in human glucose regulation. *Endocr Rev.* 1997;18:716-738. FREE FULL TEXT

**Jump to Section**
· Top
· Introduction
· Methods
· Results
· Comment
· Author Information
· References

**RELATED ARTICLES**

**This Week in *JAMA***
*JAMA.* 2000;284:3095.
FULL TEXT

Docket No. C-06-349

**December 27, 2000**
*JAMA.* 2000;284:3237-3238.
EXTRACT | FULL TEXT

## THIS ARTICLE HAS BEEN CITED BY OTHER ARTICLES

**Preventing Cancer, Cardiovascular Disease, and Diabetes: A Common Agenda for the American Cancer Society, the American Diabetes Association, and the American Heart Association**
Eyre et al.
*Stroke* 2004;35:1999-2010.
ABSTRACT | FULL TEXT

**Preventing Cancer, Cardiovascular Disease, and Diabetes: A Common Agenda for the American Cancer Society, the American Diabetes Association, and the American Heart Association**
Eyre et al.
*CA Cancer J Clin* 2004;54:190-207.
ABSTRACT | FULL TEXT

**Preventing Cancer, Cardiovascular Disease, and Diabetes: A Common Agenda for the American Cancer Society, the American Diabetes Association, and the American Heart Association**
Eyre et al.
*Circulation* 2004;109:3244-3255.
ABSTRACT | FULL TEXT

**Preventing Cancer, Cardiovascular Disease, and Diabetes: A common agenda for the American Cancer Society, the American Diabetes Association, and the American Heart Association**
Eyre et al.
*Diabetes Care* 2004;27:1812-1824.
ABSTRACT | FULL TEXT

**Prevention or Delay of Type 2 Diabetes**
*Diabetes Care* 2004;27:s47-47.
FULL TEXT

**Relations of Serum Ascorbic Acid and {alpha}-Tocopherol to Diabetic Retinopathy in the Third National Health and Nutrition Examination Survey**
Millen et al.
*Am. J. Epidemiol.* 2003;158:225-233.
ABSTRACT | FULL TEXT

273

JAMA -- Diurnal Variation in Fasting Plasma Glucose: Implications for Diagnosis of Diabetes in Patients Examined in the Aft...    Page 8 of 9

**Distribution of Fasting Plasma Insulin, Free Fatty Acids, and Glucose Concentrations and of Homeostasis Model Assessment of Insulin Resistance in a Representative Sample of Quebec Children and Adolescents**
Allard et al.
*Clin Chem* 2003;49:644-649.
ABSTRACT | FULL TEXT

**Laboratory Issues: Use of Nutritional Biomarkers**
Blanck et al.
*J. Nutr.* 2003;133:888S-894.
ABSTRACT | FULL TEXT

**The Prevention or Delay of Type 2 Diabetes**
*Diabetes Care* 2003;26:s62-69.
FULL TEXT

**The Prevention or Delay of Type 2 Diabetes**
*Diabetes Spectr* 2002;15:147-157.
FULL TEXT

**The Prevention or Delay of Type 2 Diabetes**
*Clin Diabetes* 2002;20:109-116.
FULL TEXT

**Prevalence of Low Glomerular Filtration Rate in Nondiabetic Americans: Third National Health and Nutrition Examination Survey (NHANES III)**
Clase et al.
*J Am Soc Nephrol* 2002;13:1338-1349.
ABSTRACT | FULL TEXT

**The Prevention or Delay of Type 2 Diabetes**
American Diabetes Association
*Diabetes Care* 2002;25:742-749.
FULL TEXT

**Guidelines and Recommendations for Laboratory Analysis in the Diagnosis and Management of Diabetes Mellitus**
Sacks et al.
*Clin Chem* 2002;48:436-472.
ABSTRACT | FULL TEXT

Docket No. C-06-349
A. Ex. 22

JAMA -- Diurnal Variation in Fasting Plasma Glucose: Implications for Diagnosis of Diabetes in Patients Examined in the Aft...    Page 9 of 9

HOME | CURRENT ISSUE | PAST ISSUES | COLLECTIONS | CME | CAREERNET | CONTACT US | HELP
CONDITIONS OF USE | PRIVACY POLICY

© 2000 American Medical Association. All Rights Reserved.

http://jama.ama-assn.org/cgi/content/full/284/24/3157

03/21/2006

POSITION STATEMENT

# Standards of Medical Care in Diabetes

AMERICAN DIABETES ASSOCIATION

Diabetes is a chronic illness that requires continuing medical care and patient self-management education to prevent acute complications and to reduce the risk of long-term complications. Diabetes care is complex and requires that many issues, beyond glycemic control, be addressed. A large body of evidence exists that supports a range of interventions to improve diabetes outcomes.

These standards of care are intended to provide clinicians, patients, researchers, payors, and other interested persons with the components of diabetes care, treatment goals, and tools to evaluate the quality of care. While individual preferences, comorbidities, and other patient factors may require modification of goals, targets that are desirable for most patients with diabetes are provided. These standards are not intended to preclude more extensive evaluation and management of the patient by other specialists as needed. For more detailed information, refer to Bode (Ed.): *Medical Management of Type 1 Diabetes* (1), Zimmerman (Ed.): *Medical Management of Type 2 Diabetes* (2), and Klingensmith (Ed): *Intensive Diabetes Management* (3).

The recommendations included are diagnostic and therapeutic actions that are known or believed to favorably affect health outcomes of patients with diabetes. A grading system (Table 1), developed by the American Diabetes Association (ADA) and modeled after existing methods, was utilized to clarify and codify the evidence that forms the basis for the recommendations. The level of evidence that supports each recommendation is listed after each recommendation using the letters A, B, C, or E.

## CLASSIFICATION, DIAGNOSIS, AND SCREENING

### Classification

In 1997, the ADA issued new diagnostic and classification criteria (4); in 2003, modifications were made regarding the diagnosis of impaired fasting glucose (IFG) (5). The classification of diabetes includes four clinical classes:

- Type 1 diabetes (results from β-cell destruction, usually leading to absolute insulin deficiency).
- Type 2 diabetes (results from a progressive insulin secretory defect on the background of insulin resistance).
- Other specific types of diabetes (due to other causes, e.g., genetic defects in β-cell function, genetic defects in insulin action, diseases of the exocrine pancreas, drug or chemical induced).
- Gestational diabetes mellitus (GDM) (diagnosed during pregnancy).

### Diagnosis

Criteria for the diagnosis of diabetes in nonpregnant adults are shown in Table 2. Three ways to diagnose diabetes are available, and each must be confirmed on a subsequent day unless unequivocal symptoms of hyperglycemia are present. Although the 75-g oral glucose tolerance test (OGTT) is more sensitive and mod-estly more specific than fasting plasma glucose (FPG) to diagnose diabetes, it is poorly reproducible and rarely performed in practice. Because of ease of use, acceptability to patients, and lower cost, the FPG is the preferred screening and diagnostic test. It should be noted that the vast majority of people who meet diagnostic criteria for diabetes by OGTT, but not by FPG, will have an A1C value <7.0%. The use of the A1C for the diagnosis of diabetes is not recommended at this time.

Hyperglycemia not sufficient to meet the diagnostic criteria for diabetes is categorized as either IFG or impaired glucose tolerance (IGT), depending on whether it is identified through FPG or an OGTT:

- IFG = FPG 100 mg/dl (5.6 mmol/l) to 125 mg/dl (6.9 mmol/l)
- IGT = 2-h plasma glucose 140 mg/dl (7.8 mmol/l) to 199 mg/dl (11.0 mmol/l)

Recently, IFG and IGT have been officially termed "pre-diabetes." Both categories, IFG and IGT, are risk factors for future diabetes and cardiovascular disease (CVD). Recent studies have shown that modest weight loss and regular physical activity can reduce the rate of progression of IGT to type 2 diabetes (6–8). Drug therapy (metformin [8], acarbose [9], and orlistat [10] and troglitazone [no longer clinically available] [11]) has been shown to be effective in reducing progression to diabetes, though generally not as effectively as intensive lifestyle interventions.

### Screening

Generally, people with type 1 diabetes present with acute symptoms of diabetes and markedly elevated blood glucose levels. Type 2 diabetes is frequently not diagnosed until complications appear, and approximately one-third of all people with diabetes may be undiagnosed. Although the burden and natural history of diabetes is well known and although there is good evidence for benefit from treating cases diagnosed in the context of usual clinical care, there are no randomized trials demonstrating the benefits of early diagnosis through screening of asymptomatic individuals (12). Nevertheless, there is sufficient indirect evidence to jus-

The recommendations in this paper are based on the evidence reviewed in the following publication: Standards of care for diabetes (Technical Review). *Diabetes Care* 17:1514–1522, 1994.

Originally approved 1988. Most recent review/revision, October 2003.

Abbreviations: ABI, ankle-brachial index; ARB, angiotensin receptor blocker; CAD, coronary artery disease; CHD, coronary heart disease; CSII, continuous subcutaneous insulin injection; CVD, cardiovascular disease; FPG, fasting plasma glucose; GCT, glucose challenge test; DCCB, dihydropyridine calcium channel blocker; DCCT, Diabetes Control and Complications Trial; DKA, diabetic ketoacidosis; DRS, Diabetic Retinopathy Study; ECG, electrocardiogram; eGFR, estimated GFR; ESRD, end-stage renal disease; ETDRS, Early Treatment Diabetic Retinopathy Study; GDM, gestational diabetes mellitus; GFR, glomerular filtration rate; HRC, high-risk characteristic; IFG, impaired fasting glucose; IGT, impaired glucose tolerance; MNT, medical nutrition therapy; NPDR, nonproliferative diabetic retinopathy; OGTT, oral glucose tolerance test; PAD, peripheral arterial disease; PDR, proliferative diabetic retinopathy; PPG, postprandial plasma glucose; SMBG, self-monitoring of blood glucose; UKPDS, U.K. Prospective Diabetes Study.

© 2004 by the American Diabetes Association.

*Position Statement*

**Table 1—ADA evidence grading system for clinical practice recommendations**

| Level of evidence | Description |
|---|---|
| A | Clear evidence from well-conducted, generalizable, randomized controlled trials that are adequately powered including:<br>• Evidence from a well-conducted multicenter trial<br>• Evidence from a meta-analysis that incorporated quality ratings in the analysis<br>• Compelling nonexperimental evidence, i.e., "all or none" rule developed by Center for Evidence Based Medicine at Oxford<br>Supportive evidence from well-conducted randomized controlled trials that are adequately powered including:<br>• Evidence from a well-conducted trial at one or more institutions<br>• Evidence from a meta-analysis that incorporated quality ratings in the analysis |
| B | Supportive evidence from well-conducted cohort studies<br>• Evidence from a well-conducted prospective cohort study or registry<br>• Evidence from a well-conducted prospective cohort study<br>• Evidence from a well-conducted meta-analysis of cohort studies<br>Supportive evidence from a well-conducted case-control study |
| C | Supportive evidence from poorly controlled or uncontrolled studies<br>• Evidence from randomized clinical trials with one or more major or three or more minor methodological flaws that could invalidate the results<br>• Evidence from observational studies with high potential for bias (such as case series with comparison to historical controls)<br>• Evidence from case series or case reports<br>Conflicting evidence with the weight of evidence supporting the recommendation |
| E | Expert consensus or clinical experience |

tify opportunistic screening in a clinical setting of individuals at high risk. Criteria for testing for diabetes in asymptomatic, undiagnosed adults are listed in Table 3. The recommended screening test for non-pregnant adults is the FPG. The OGTT is more sensitive for the diagnosis of diabetes and pre-diabetes, but is impractical and expensive as a screening procedure.

The incidence of type 2 diabetes in children and adolescents has increased dramatically in the last decade. Consistent with screening recommendations for adults, only children and youth at increased risk for the presence or the development of type 2 diabetes should be tested (13) (Table 4).

**Detection and diagnosis of GDM**
Risk assessment for GDM should be undertaken at the first prenatal visit. Women with clinical characteristics consistent with a high risk for GDM (those with marked obesity, personal history of GDM, glycosuria, or a strong family history of diabetes) should undergo glucose testing as soon as possible (14). An FPG ≥126 mg/dl or a casual plasma glucose ≥200 mg/dl meets the threshold for the diagnosis of diabetes and needs to be confirmed on a subsequent day unless unequivocal symptoms of hyperglycemia are present. High-risk women not found to have GDM at the initial screening and average-risk women should be tested between 24 and 28 weeks of gestation. Testing should follow one of two approaches:

- One-step approach: perform a diagnostic 100-g OGTT
- Two-step approach: perform an initial screening by measuring the plasma or serum glucose concentration 1 h after a 50-g oral glucose load (glucose challenge test [GCT]) and perform a diagnostic 100-g OGTT on that subset of women exceeding the glucose threshold value on the GCT. When the two-step approach is used, a glucose threshold value ≥140 mg/dl identifies ~80% of women with GDM, and the yield is further increased to 90% by using a cutoff of ≥130 mg/dl.

- Diagnostic criteria for the 100-g OGTT are as follows: ≥95 mg/dl fasting, ≥180 mg/dl at 1 h, ≥155 mg/dl at 2 h, and ≥140 mg/dl at 3 h. Two or more of the plasma glucose values must be met or exceeded for a positive diagnosis. The test should be done in the morning after an overnight fast of 8–14 h. The diagnosis can be made using a 75-g glucose load, but that test is not as well

**Table 2—Criteria for the diagnosis of diabetes**

1. Symptoms of diabetes and a casual plasma glucose 200 mg/dl (11.1 mmol/l). Casual is defined as any time of day without regard to time since last meal. The classic symptoms of diabetes include polyuria, polydipsia, and unexplained weight loss.

OR

2. FPG 126 mg/dl (7.0 mmol/l). Fasting is defined as no caloric intake for at least 8 h.

OR

3. 2-h PG 200 mg/dl (11.1 mmol/l) during an OGTT. The test should be performed as described by the World Health Organization (4a), using a glucose load containing the equivalent of 75-g anhydrous glucose dissolved in water.

In the absence of unequivocal hyperglycemia, these criteria should be confirmed by repeat testing on a different day. The OGTT is not recommended for routine clinical use, but may be required in the evaluation of patients with IFG (see text) or when diabetes is still suspected despite a normal FPG.

277

*Standards of Medical Care*

Table 3—*Criteria for testing for diabetes in asymptomatic adult individuals*

1. Testing for diabetes should be considered in all individuals at age 45 years and above, particularly in those with a BMI 25 kg/m$^2$*, and, if normal, should be repeated at 3-year intervals.
2. Testing should be considered at a younger age or be carried out more frequently in individuals who are overweight (BMI 25 kg/m$^2$*) and have additional risk factors:
   - are habitually physically inactive
   - have a first-degree relative with diabetes
   - are members of a high-risk ethnic population (e.g., African American, Latino, Native American, Asian American, Pacific Islander)
   - have delivered a baby weighing >9 lb or have been diagnosed with GDM
   - are hypertensive (140/90 mmHg)
   - have an HDL cholesterol level 35 mg/dl (0.90 mmol/l) and/or a triglyceride level 250 mg/dl (2.82 mmol/l)
   - have PCOS
   - on previous testing, had IGT or IFG
   - have other clinical conditions associated with insulin resistance (e.g. PCOS or acanthosis nigricans)
   - have a history of vascular disease

*May not be correct for all ethnic groups. PCOS, polycystic ovary syndrome.

validated for detection of at-risk infants or mothers as the 100-g OGTT.

- Low-risk status requires no glucose testing, but this category is limited to those women meeting all of the following characteristics:
  - Age <25 years.
  - Weight normal before pregnancy.
  - Member of an ethnic group with a low prevalence of GDM.
  - No known diabetes in first-degree relatives.
  - No history of abnormal glucose tolerance.
  - No history of poor obstetric outcome.

**Recommendations**

- The FPG is the preferred test to screen for and diagnose diabetes in children and nonpregnant adults. (E)
- Screen for diabetes in high-risk, asymptomatic, undiagnosed adults and children within the health care setting. (E)
- In those with pre-diabetes (IFG/IGT), lifestyle modification should be

strongly recommended and progression of glycemic abnormalities followed by screening at least yearly. (A)

- Screen for diabetes in pregnancy using risk factor analysis and screening tests as noted; the OGTT is the preferred screening test in pregnancy. (E)

**INITIAL EVALUATION**

A complete medical evaluation should be performed to classify the patient, detect the presence or absence of diabetes complications, assist in formulating a management plan, and provide a basis for continuing care. If the diagnosis of diabetes has already been made, the evaluation should review the previous treatment and the past and present degrees of glycemic control. Laboratory tests appropriate to the evaluation of each patient's general medical condition should be performed. A focus on the components of comprehensive care (Table 5) will assist the health care team to ensure optimal management of the patient with diabetes.

**MANAGEMENT**

People with diabetes should receive medical care from a physician-coordinated team. Such teams may include, but are not limited to, physicians, nurse practitioners, physician's assistants, nurses, dietitians, pharmacists, and mental health professionals with expertise and a special interest in diabetes. It is essential in this collaborative and integrated team approach that individuals with diabetes assume an active role in their care.

The management plan should be formulated as an individualized therapeutic alliance among the patient and family, the physician, and other members of the health care team. Any plan should recognize diabetes self-management education as an integral component of care. In developing the plan, consideration should be given to the patient's age, school or work schedule and conditions, physical activity, eating patterns, social situation and personality, cultural factors, and presence of complications of diabetes or

Table 4—*Testing for type 2 diabetes in children*

- Criteria

Overweight (BMI >85th percentile for age and sex, weight for height >85th percentile, or weight >120% of ideal for height)

Plus

Any two of the following risk factors:

Family history of type 2 diabetes in first- or second-degree relative

Race/ethnicity (Native American, African American, Latino, Asian American, Pacific Islander)

Signs of insulin resistance or conditions associated with insulin resistance (acanthosis nigricans, hypertension, dyslipidemia, or PCOS)

Age of initiation: age 10 years or at onset of puberty, if puberty occurs at a younger age

- Frequency: every 2 years
- Test: FPG preferred

Clinical judgment should be used to test for diabetes in high-risk patients who do not meet these criteria. PCOS, polycystic ovary syndrome.

Table 5—*Components of the comprehensive diabetes evaluation*

**Medical history**
- Symptoms, results of laboratory tests, and special examination results related to the diagnosis of diabetes
- Prior A1C records
- Eating patterns, nutritional status, and weight history; growth and development in children and adolescents
- Details of previous treatment programs, including nutrition and diabetes self-management education, attitudes, and health beliefs
- Current treatment of diabetes, including medications, meal plan, and results of glucose monitoring and patients' use of data
- Exercise history
- Frequency, severity, and cause of acute complications such as ketoacidosis and hypoglycemia
- Prior or current infections, particularly skin, foot, dental, and genitourinary infections
- Symptoms and treatment of chronic eye; kidney; nerve; genitourinary (including sexual), bladder, and gastrointestinal function (including symptoms of celiac disease in type 1 diabetic patients); heart; peripheral vascular; foot; and cerebrovascular complications associated with diabetes
- Other medications that may affect blood glucose levels
- Risk factors for atherosclerosis: smoking, hypertension, obesity, dyslipidemia, and family history
- History and treatment of other conditions, including endocrine and eating disorders
- Assessment for mood disorder
- Family history of diabetes and other endocrine disorders
- Lifestyle, cultural, psychosocial, educational, and economic factors that might influence the management of diabetes
- Tobacco, alcohol, and/or controlled substance use
- Contraception and reproductive and sexual history

**Physical examination**
- Height and weight measurement (and comparison to norms in children and adolescents)
- Sexual maturation staging (during pubertal period)
- Blood pressure determination, including orthostatic measurements when indicated, and comparison to age-related norms
- Fundoscopic examination
- Oral examination
- Thyroid palpation
- Cardiac examination
- Abdominal examination (e.g., for hepatomegaly)
- Evaluation of pulses by palpation and with auscultation
- Hand/finger examination
- Foot examination
- Skin examination (for acanthosis nigricans and insulin-injection sites)
- Neurological examination
- Signs of diseases that can cause secondary diabetes (e.g., hemochromatosis, pancreatic disease)

**Laboratory evaluation**
- A1C
- Fasting lipid profile, including total cholesterol, HDL cholesterol, triglycerides, and LDL cholesterol
- Test for microalbuminuria in type 1 diabetic patients who have had diabetes for at least 5 years and in all patients with type 2 diabetes; some advocate beginning screening of pubertal children before 5 years of diabetes
- Serum creatinine in adults (in children if proteinuria is present)
- Thyroid-stimulating hormone (TSH) in all type 1 diabetic patients; in type 2 if clinically indicated
- Electrocardiogram in adults, if clinically indicated
- Urinalysis for ketones, protein, sediment

**Referrals**
- Eye exam, if indicated
- Family planning for women of reproductive age
- MNT, as indicated
- Diabetes educator, if not provided by physician or practice staff
- Behavioral specialist, as indicated
- Foot specialist, as indicated
- Other specialties and services as appropriate

other medical conditions. A variety of strategies and techniques should be used to provide adequate education and development of problem-solving skills in the various aspects of diabetes management.

Implementation of the management plan requires that each aspect is understood and agreed on by the patient and the care providers and that the goals and treatment plan are reasonable.

### Glycemic control

Glycemic control is fundamental to the management of diabetes. Prospective randomized clinical trials such as the Diabetes Control and Complications Trial

**Table 6—Summary of recommendations for adults with diabetes**

| | |
|---|---|
| Glycemic control | |
| A1C | <7.0%* |
| Preprandial plasma glucose | 90–130 mg/dl (5.0–7.2 mmol/l) |
| Postprandial plasma glucose† | <180 mg/dl (<10.0 mmol/l) |
| Blood pressure | <130/80 mmHg |
| Lipids‡ | |
| LDL | <100 mg/dl (<2.6 mmol/l) |
| Triglycerides | <150 mg/dl (<1.7 mmol/l) |
| HDL | >40 mg/dl (>1.1 mmol/l)§ |

Key concepts in setting glycemic goals:
- Goals should be individualized
- Certain populations (children, pregnant women, and elderly) require special considerations
- Less intensive glycemic goals may be indicated in patients with severe or frequent hypoglycemia
- More stringent glycemic goals (i.e. a normal A1C, <6%) may further reduce complications at the cost of increased risk of hypoglycemia (particularly in those with type 1 diabetes)
- Postprandial glucose may be targeted if A1C goals are not met despite reaching preprandial glucose goals

*Referenced to a nondiabetic range of 4.0–6.0% using a DCCT-based assay. †Postprandial glucose measurements should be made 1–2 h after the beginning of the meal, generally peak levels in patients with diabetes. ‡Current NCEP/ATP III guidelines suggest that in patients with triglycerides 200 mg/dl, the "non–HDL cholesterol" (total cholesterol minus HDL) be utilized. The goal is 130 mg/dl (61). §For women, it has been suggested that the HDL goal be increased by 10 mg/dl.

(DCCT) (15) and the U.K. Prospective Diabetes Study (UKPDS) (16,17) have shown that improved glycemic control is associated with sustained decreased rates of retinopathy, nephropathy, and neuropathy (18). In these trials, treatment regimens that reduced average A1C to ~7% (~1% above the upper limits of normal) were associated with fewer long-term microvascular complications; however, intensive control was found to increase the risk of severe hypoglycemia and weight gain (19,20). Epidemiological studies support the potential of intensive glycemic control in the reduction of CVD (15–20).

Recommended glycemic goals for nonpregnant individuals are shown in Table 6. A major limitation to the available data are that they do not identify the optimum level of control for particular patients, as there are individual differences in the risks of hypoglycemia, weight gain, and other adverse effects. Furthermore, with multifactorial interventions, it is unclear how different components (e.g., educational interventions, glycemic targets, lifestyle changes, and pharmacological agents) contribute to the reduction of

complications. There are no clinical trial data available for the effects of glycemic control in patients with advanced complications, the elderly (≥65 years of age), or young children (<13 years of age). Less stringent treatment goals may be appropriate for patients with limited life expectancies, in the very young or older adults, and in individuals with comorbid conditions. Severe or frequent hypoglycemia is an indication for the modification of treatment regimens, including setting higher glycemic goals.

More stringent goals (i.e., a normal A1C, <6%) can be considered in individual patients based on epidemiological analyses that suggest that there is no lower limit of A1C at which further lowering does not reduce risk of complications, at the risk of increased hypoglycemia (particularly in those with type 1 diabetes). However, the absolute risks and benefits of lower targets are unknown. The risks and benefits of an A1C goal of <6% are currently being tested in an ongoing study (ACCORD [Action to Control Cardiovascular Risk in Diabetes]) in type 2 diabetes (21). Elevated postchallenge (2-h OGTT) glucose values have been associated with

increased cardiovascular risk independent of FPG in some epidemiological studies. Postprandial plasma glucose (PPG) levels >140 mg/dl are unusual in nondiabetic individuals, although large evening meals can be followed by plasma glucose values up to 180 mg/dl. There are now pharmacological agents that primarily modify PPG and thereby reduce A1C in parallel. Thus, in individuals who have premeal glucose values within target but who are not meeting A1C targets, consideration of monitoring PPG 1–2 h after the start of the meal and treatment aimed at reducing PPG values <180 mg/dl may lower A1C. However, it should be noted that the effect of these approaches on micro- or macrovascular complications has not been studied (22).

For information on glycemic control for women with GDM, refer to the ADA position statement "Gestational Diabetes Mellitus" (14). For information on glycemic control during pregnancy in women with preexisting diabetes, refer to *Medical Management of Pregnancy Complicated by Diabetes* (3rd ed.) (23).

### Referral for diabetes management

For a variety of reasons, some people with diabetes and their health care providers do not achieve the desired goals of treatment (Table 6). In such instances, additional actions suggested include enhanced diabetes self-management education, comanagement with a diabetes team, change in pharmacological therapy, initiation of or increase in self-monitoring of blood glucose (SMBG), more frequent contact with the patient, and referral to an endocrinologist.

### Intercurrent illness

The stress of illness frequently aggravates glycemic control and necessitates more frequent monitoring of blood glucose and urine or blood ketones. A vomiting illness accompanied by ketosis may indicate diabetic ketoacidosis (DKA), a life-threatening condition that requires immediate medical care to prevent complications and death; the possibility of DKA should always be considered (24). Marked hyperglycemia requires temporary adjustment of the treatment program and, if accompanied by ketosis, frequent interaction with the diabetes care team. The patient treated with oral glucose-lowering agents or medical nutrition therapy (MNT) alone may temporarily require

insulin. Adequate fluid and caloric intake must be assured. Infection or dehydration is more likely to necessitate hospitalization of the person with diabetes than the person without diabetes. The hospitalized patient should be treated by a physician with expertise in the management of diabetes, and recent studies suggest that achieving very stringent glycemic control may reduce mortality in the immediate postmyocardial infarction period (25). Aggressive glycemic management with insulin may reduce morbidity in patients with severe acute illness (26).

For information on management of patients in the hospital, refer to the ADA position statement titled "Hyperglycemic Crises in Diabetes " (24).

### Recommendations

- Lowering A1C has been associated with a reduction of microvascular and neuropathic complications of diabetes. (A)
- Develop or adjust the management plan to achieve normal or near-normal glycemia with an A1C goal of <7%. (B)
- More stringent goals (i.e., a normal A1C, <6%) can be considered in individual patients. (B)
- Lowering A1C may lower the risk of myocardial infarction and cardiovascular death. (B)
- Aggressive glycemic management with insulin may reduce morbidity in patients with severe acute illness, perioperatively and following myocardial infarction. (B)
- Less stringent treatment goals may be appropriate for patients with a history of severe hypoglycemia, patients with limited life expectancies, very young children or older adults, and individuals with comorbid conditions. (E)

## ASSESSMENT OF GLYCEMIC CONTROL

Techniques are available for health providers and patients to assess the effectiveness of the management plan on glycemic control.

### SMBG

The ADA's consensus statements on SMBG provide a comprehensive review of the subject (27,28). Major clinical trials assessing the impact of glycemic control on diabetes complications have included SMBG as part of multifactorial interventions, suggesting that SMBG is a component of effective therapy. SMBG allows

patients to evaluate their individual response to therapy and assess whether glycemic targets are being achieved. Results of SMBG can be useful in preventing hypoglycemia and adjusting medications, MNT, and physical activity.

The frequency and timing of SMBG should be dictated by the particular needs and goals of the patients. Daily SMBG is especially important for patients treated with insulin to monitor for and prevent asymptomatic hypoglycemia. For most patients with type 1 diabetes and pregnant women taking insulin, SMBG is recommended three or more times daily. The optimal frequency and timing of SMBG for patients with type 2 diabetes is not known but should be sufficient to facilitate reaching glucose goals. When adding to or modifying therapy, type 1 and type 2 diabetic patients should test more often than usual. The role of SMBG in stable diet-treated patients with type 2 diabetes is not known.

Because the accuracy of SMBG is instrument- and user-dependent (29), it is important for health care providers to evaluate each patient's monitoring technique, both initially and at regular intervals thereafter. In addition, optimal use of SMBG requires proper interpretation of the data. Patients should be taught how to use the data to adjust food intake, exercise, or pharmacological therapy to achieve specific glycemic goals. Health professionals should evaluate at regular intervals the patient's ability to use SMBG data to guide treatment.

### Recommendations

- SMBG is an integral component of diabetes therapy. (B)
- Include SMBG in the management plan. (E)
- Instruct the patient in SMBG and routinely evaluate the patient's technique and ability to use data to adjust therapy. (E)

### A1C

By performing an A1C test, health providers can measure a patient's average glycemia over the preceding 2–3 months (29) and, thus, assess treatment efficacy. A1C testing should be performed routinely in all patients with diabetes, first to document the degree of glycemic control at initial assessment and then as part of continuing care. Since the A1C test reflects mean glycemia over the preceding 2–3

Table 7—*Correlation between A1C level and mean plasma glucose levels (30)*

| A1C (%) | Mean plasma glucose | |
|---|---|---|
| | mg/dl | mmol/l |
| 6 | 135 | 7.5 |
| 7 | 170 | 9.5 |
| 8 | 205 | 11.5 |
| 9 | 240 | 13.5 |
| 10 | 275 | 15.5 |
| 11 | 310 | 17.5 |
| 12 | 345 | 19.5 |

months, measurement approximately every 3 months is required to determine whether a patient's metabolic control has been reached and maintained within the target range. Thus, regular performance of the A1C test permits detection of departures from the target (Table 6) in a timely fashion. For any individual patient, the frequency of A1C testing should be dependent on the clinical situation, the treatment regimen used, and the judgment of the clinician.

Glycemic control is best judged by the combination of the results of the patient's SMBG testing (as performed) and the current A1C result. The A1C should be used not only to assess the patient's control over the preceding 2–3 months but also as a check on the accuracy of the meter (or the patient's self-reported results) and the adequacy of the SMBG testing schedule. Table 7 contains the correlation between A1C levels and mean plasma glucose levels based on data from the DCCT (30).

### Recommendations

- Perform the A1C test at least two times a year in patients who are meeting treatment goals (and who have stable glycemic control) and quarterly in patients whose therapy has changed or who are not meeting glycemic goals. (E)

## MNT

MNT is an integral component of diabetes management and diabetes self-management education. A review of the evidence and detailed information can be found in the ADA technical review and position statement in this area (31,32). People with diabetes should receive individualized MNT as needed to achieve treatment goals, preferably provided by a registered dietitian familiar with the components of

281

diabetes MNT. Goals of MNT that apply to all persons with diabetes are as follows:

- Attain and maintain recommended metabolic outcomes, including glucose and A1C levels; LDL cholesterol, HDL cholesterol, and triglyceride levels; blood pressure; and body weight (see Table 6).
- Prevent and treat the chronic complications and comorbidities of diabetes. Modify nutrient intake and lifestyle as appropriate for the prevention and treatment of obesity, dyslipidemia, CVD, hypertension, and nephropathy.
- Improve health through healthy food choices and physical activity.
- Address individual nutritional needs, taking into consideration personal and cultural preferences and lifestyle while respecting the individual's wishes and willingness to change.

Goals of MNT that apply to specific situations include the following:

- For youth with type 1 diabetes, provide adequate energy to ensure normal growth and development; integrate insulin regimens into usual eating and physical activity habits.
- For youth with type 2 diabetes, facilitate changes in eating and physical activity habits that reduce insulin resistance and improve metabolic status.
- For pregnant and lactating women, provide adequate energy and nutrients needed for optimal outcomes.
- For older adults, provide for the nutritional and psychosocial needs of an aging individual.
- For individuals treated with insulin or insulin secretagogues, provide self-management education for treatment (and prevention) of hypoglycemia, acute illnesses, and exercise-related blood glucose problems.
- For individuals at risk for diabetes, decrease risk by encouraging physical activity and promoting foods choices that facilitate moderate weight loss or at least prevent weight gain.

Achieving nutrition-related goals requires a coordinated team effort that includes the person with diabetes. Because of the complexity of nutrition issues, it is recommended that a registered dietitian, knowledgeable and skilled in implementing nutrition therapy into diabetes manage-

ment and education, is the team member who provides MNT. However, it is essential that all team members are knowledgeable about nutrition therapy and are supportive of the person with diabetes who needs to make lifestyle changes.

MNT involves a nutrition assessment to evaluate the patient's food intake, metabolic status, lifestyle and readiness to make changes, goal setting, dietary instruction, and evaluation. To facilitate adherence, the plan should be individualized and take into account cultural, lifestyle, and financial considerations. Monitoring of glucose and A1C, blood pressure, and renal status is essential to evaluate nutrition-related outcomes. If goals are not met (Table 6), changes must be made in the overall diabetes care and management plan.

**Recommendations**

- People with diabetes should receive individualized MNT as needed to achieve treatment goals, preferably provided by a registered dietitian familiar with the components of diabetes MNT. (B)

## PHYSICAL ACTIVITY

ADA technical reviews on exercise in patients with diabetes have summarized the value of exercise in the diabetes management plan (33,34). Regular exercise has been shown to improve blood glucose control, reduce cardiovascular risk factors, contribute to weight loss, and improve well-being. Furthermore, regular exercise may prevent type 2 diabetes in high-risk individuals (6–8).

Before beginning a physical activity program, the patient with diabetes should have a detailed medical evaluation with appropriate diagnostic studies. This examination should screen for the presence of macro- and microvascular complications that may be worsened by the physical activity program (see next section regarding coronary heart disease [CHD] screening). Identification of areas of concern will allow the design of an individualized physical activity plan that can minimize risk to the patient.

All levels of physical activity, including leisure activities, recreational sports, and competitive professional performance, can be performed by people with diabetes who do not have complications and have good glycemic control. The ability to adjust the therapeutic regimen (insulin therapy and MNT) to allow safe

participation is an important management strategy.

**Recommendations**

- A regular physical activity program, adapted to the presence of complications, is recommended for all patients with diabetes who are capable of participating. (B)

## PREVENTION AND MANAGEMENT OF DIABETES COMPLICATIONS

### I. CVD: management of risk factors and screening for coronary artery disease

CVD is the major cause of mortality for persons with diabetes. It is also a major contributor to morbidity and direct and indirect costs of diabetes. Type 2 diabetes is an independent risk factor for macrovascular disease, and its common coexisting conditions (e.g., hypertension and dyslipidemia) are also risk factors.

Studies have shown the efficacy of reducing cardiovascular risk factors in preventing or slowing CVD. Evidence is summarized in the following sections and reviewed in detail in the ADA technical reviews on hypertension (35), dyslipidemia (36), aspirin therapy (37), and smoking cessation (38) and in the consensus statement on CHD in people with diabetes (39). Emphasis should be placed on reducing cardiovascular risk factors, when possible, and clinicians should be alert for signs and symptoms of atherosclerosis.

### A. Blood pressure control

Hypertension (blood pressure ≥140/90 mmHg) is a common comorbidity of diabetes, affecting the majority of people with diabetes, depending on type of diabetes, age, obesity, and ethnicity. Hypertension is also a major risk factor for CVD and microvascular complications such as retinopathy and nephropathy. In type 1 diabetes, hypertension is often the result of underlying nephropathy. In type 2 diabetes, hypertension may be present as part of the metabolic syndrome (i.e., obesity, hyperglycemia, dyslipidemia) that is accompanied by high rates of CVD.

Randomized clinical trials have demonstrated the benefit (reduction of CHD events, stroke, and nephropathy) of lowering blood pressure to <140 mmHg systolic and <80 mmHg diastolic in persons

with diabetes (40–43). Epidemiologic analyses show that blood pressures >115/75 mmHg are associated with increased cardiovascular event rates and mortality in persons with diabetes (40,44,45). Therefore, a target blood pressure goal of <130/80 mmHg is reasonable if it can be safely achieved.

Although there are no well-controlled studies of diet and exercise in the treatment of hypertension in persons with diabetes, reducing sodium intake and body weight (when indicated), increasing consumption of fruits, vegetables, and low-fat dairy products, avoiding excessive alcohol consumption, and increasing activity levels have been shown to be effective in reducing blood pressure in nondiabetic individuals (46a). These nonpharmacological strategies may also positively affect glycemia and lipid control. Their effects on cardiovascular events have not been well measured.

Lowering of blood pressure with regimens based on antihypertensive drugs, including ACE inhibitors, angiotensin receptor blockers (ARBs), β-blockers, diuretics, and calcium channel blockers, has been shown to be effective in lowering cardiovascular events. Several studies suggest that ACE inhibitors may be superior to dihydropyridine calcium channel blockers (DCCBs) in reducing cardiovascular events (47,48). Additionally, recent data in people with diabetic nephropathy indicate that ARBs may be superior to DC-CBs for reducing cardiovascular events (49). Conversely, in the recently completed International Verapamil Study (INVEST) of more than 22,000 people with coronary artery disease and hypertension, the nondihydropyridine calcium channel blocker, verapamil, demonstrated a similar reduction in cardiovascular mortality to a β-blocker. Moreover, this relationship held true in the diabetic subgroup (49a).

ACE inhibitors have been shown to improve cardiovascular outcomes in high-cardiovascular-risk patients with or without hypertension (50,51). In patients with congestive heart failure, ACE inhibitors are associated with better outcomes when compared with ARBs. ARBs also improve cardiovascular outcomes in the subset of patients with hypertension, diabetes, and end-organ injury (52). The compelling effect of ACE inhibitors or ARBs in patients with albuminuria or renal insufficiency provide additional ratio-

nale for use of these agents (see section II below).

The ALLHAT (Antihypertensive and Lipid-Lowering Treatment to Prevent Heart Attack Trial), a large randomized trial of different initial blood pressure pharmacological therapies, found no large differences between initial therapy with a chlorthalidone, amlodipine and lisinopril. Diuretics appeared slightly more effective than other agents, particularly for reducing heart failure (53). The α-blocker arm of the ALLHAT was terminated after interim analysis showed that doxazosin was substantially less effective in reducing congestive heart failure than diuretic therapy (54).

Before beginning treatment, patients with elevated blood pressures should have their blood pressure reexamined within 1 month to confirm the presence of hypertension. A systolic blood pressure ≥160 mmHg or a diastolic blood pressure ≥100 mmHg, however, mandates that immediate pharmacological therapy be initiated. Patients with hypertension should be seen as often as needed until the recommended blood pressure goal is obtained and then seen as necessary (40). In these patients, other cardiovascular risk factors, including obesity, hyperlipidemia, smoking, presence of microalbuminuria (assessed before initiation of treatment), and glycemic control, should be carefully assessed and treated. Many patients will require three or more drugs to reach target goals.

## Recommendations

### Screening and diagnosis
- Blood pressure should be measured at every routine diabetes visit. Patients found to have systolic blood pressure ≥130 or diastolic blood pressure ≥80 mmHg should have blood pressure confirmed on a separate day. (C)

### Goals
- Patients with diabetes should be treated to a systolic blood pressure <130 mmHg. (B)
- Patients with diabetes should be treated to a diastolic blood pressure <80 mmHg. (B)

### Treatment
- Patients with hypertension (systolic blood pressure ≥140 or diastolic blood pressure ≥90 mmHg) should receive

drug therapy in addition to lifestyle and behavioral therapy. (A)
- Multiple drug therapy (two or more agents at proper doses) is generally required to achieve blood pressure targets. (B)
- Patients with a systolic blood pressure of 130–139 mmHg or a diastolic blood pressure of 80–89 mmHg should be given lifestyle and behavioral therapy alone for a maximum of 3 months and then, if targets are not achieved, in addition, be treated with pharmacological agents that block the renin-angiotensin system. (E)
- Initial drug therapy for those with a blood pressure >140/90 mmHg should be with a drug class demonstrated to reduce CVD events in patients with diabetes (ACE inhibitors, ARBs, β-blockers, diuretics, and calcium channel blockers). (A)
- All patients with diabetes and hypertension should be treated with a regimen that includes either an ACE inhibitor or ARB. If one class is not tolerated, the other should be substituted. If needed to achieve blood pressure targets, a thiazide diuretic should be added. (E)
- If ACE inhibitors, ARBs, or diuretics are used, monitor renal function and serum potassium levels. (E)
- While there are no adequate head-to-head comparisons of ACE inhibitors and ARBs, there is clinical trial support for each of the following statements:

- In patients with type 1 diabetes, with hypertension and any degree of albuminuria, ACE inhibitors have been shown to delay the progression of nephropathy. (A)
- In patients with type 2 diabetes, hypertension, and microalbuminuria, ACE inhibitors and ARBs have been shown to delay the progression to macroalbuminuria. (A)
- In those with type 2 diabetes, hypertension, macroalbuminuria, and renal insufficiency, ARBs have been shown to delay the progression of nephropathy. (A)

- In elderly hypertensive patients, blood pressure should be lowered gradually to avoid complications. (E)
- Patients not achieving target blood pressure despite multiple drug therapy should be referred to a physician expe-

nienced in the care of patients with hypertension. (E)

• Orthostatic measurement of blood pressure should be performed in people with diabetes and hypertension when clinically indicated. (E)

## B. Lipid management

Patients with type 2 diabetes have an increased prevalence of lipid abnormalities that contributes to higher rates of CVD. Lipid management aimed at lowering LDL cholesterol, raising HDL cholesterol, and lowering triglycerides has been shown to reduce macrovascular disease and mortality in patients with type 2 diabetes, particularly those who have had prior cardiovascular events.

In studies using HMG (hydroxymethylglutaryl) CoA reductase inhibitors (statins), patients with diabetes achieved significant reductions in coronary and cerebrovascular events (55–58). In two studies using the fibric acid derivative gemfibrozil, reductions in cardiovascular end points were also achieved (59,60).

Target lipid levels are shown in Table 6. Lifestyle intervention including MNT, increased physical activity, weight loss, and smoking cessation should allow some patients to reach these lipid levels. Nutrition intervention should be tailored according to each patient's age, type of diabetes, pharmacological treatment, lipid levels, and other medical conditions and should focus on the reduction of saturated fat, cholesterol, and transunsaturated fat intake. Glycemic control can also beneficially modify plasma lipid levels. Particularly in patients with very high triglycerides and poor glycemic control, glucose lowering may be necessary to control hypertriglyceridemia.

Pharmacological treatment is indicated if there is an inadequate response to lifestyle modifications and improved glucose control. However, in patients with clinical CVD and LDL >100 mg/dl, pharmacological therapy should be initiated at the same time that lifestyle intervention is started.

The first priority of pharmacological therapy is to lower LDL cholesterol to a target goal of <100 mg/dl (2.60 mmol/l). For LDL lowering, statins are the drugs of choice (61).

The Heart Protection Study demonstrated that in people with diabetes over the age of 40 with a total cholesterol >135 mg/dl, LDL reduction of ~30%

from baseline with the statin, simvastatin was associated with an ~25% reduction in the first event rate for major coronary artery events independent of baseline LDL, preexisting vascular disease, type or duration of diabetes, or adequacy of glycemic control (58). Therefore, in patients over the age of 40, statin therapy should be routinely considered. In patients with LDL >130 mg/dl, initial therapy with both lifestyle intervention and a statin is indicated. In patients with LDL between 100 mg/dl (2.60 mmol/l) and 129 mg/dl (3.30 mmol/l), a variety of treatment strategies are available, including more aggressive nutrition intervention or pharmacological treatment with a statin. If the HDL is <40 mg/dl and the LDL is between 100 and 129 mg/dl, a fibric acid derivative or niacin might be used.

Niacin is the most effective drug for raising HDL but can significantly increase blood glucose at a high dose. More recent studies demonstrate that at modest doses (750–2,000 mg/day), significant benefit with regards to LDL, HDL, and triglyceride levels are accompanied by modest changes in glucose that are generally amenable to adjustment of diabetes therapy (62,63).

Combination therapy, with a statin and a fibrate or statin and niacin, may be efficacious for patients needing treatment for all three lipid fractions, but this combination is associated with an increased risk for abnormal transaminase levels, myositis, or rhabdomyolysis. The risk of rhabdomyolysis seems to be lower when statins are combined with fenofibrate than gemfibrozil.

In children and adolescents with diabetes, LDL cholesterol should be lowered to <100 mg/dl (2.60 mmol/l) using diet and medications based on LDL level and other cardiovascular risk factors in addition to diabetes (64,65).

## Recommendations

### Screening

• In adult patients, test for lipid disorders at least annually and more often if needed to achieve goals. In adults with low-risk lipid values (LDL <100 mg/dl, HDL >50 mg/dl, and triglycerides <150 mg/dl), repeat lipid assessments every 2 years. (E)

• In children >2 years of age, perform a lipid profile after diagnosis of diabetes and when glucose control has been es-

tablished.

• Type 1 diabetes: Begin prior to puberty, if positive family history of CVD (or if family history is unknown), and at puberty, if family history is known and is negative.

• Type 2 diabetes: Begin at diagnosis, regardless of pubertal status.

• If lipid values are considered low risk, repeat lipid profile every 2–5 years based on CVD risk status.

### Treatment recommendations and goals

• Lifestyle modification focusing on the reduction of saturated fat and cholesterol intake, weight loss, increased physical activity, and smoking cessation has been shown to improve the lipid profile in patients with diabetes. (A)

• Patients who do not achieve lipid goals with lifestyle modifications require pharmacological therapy. (A)

• Lower LDL cholesterol to <100 mg/dl (2.6 mmol/l) as the primary goal of therapy for adults. (B)

• Lowering LDL cholesterol with a statin is associated with a reduction in cardiovascular events. (A)

• In people with diabetes over the age of 40 with a total cholesterol ≥135 mg/dl, statin therapy to achieve an LDL reduction of ~30% regardless of baseline LDL levels may be appropriate. (A)

• In children and adolescents with diabetes, LDL cholesterol should be lowered to <100 mg/dl (2.60 mmol/l) using diet as well as medications based on LDL level and other cardiovascular risk factors in addition to diabetes. (E)

• Lower triglycerides to <150 mg/dl (1.7 mmol/l) and raise HDL cholesterol to >40 mg/dl (1.15 mmol/l). In women, an HDL goal 10 mg/dl higher may be appropriate. (C)

• Lowering triglycerides and increasing HDL cholesterol with a fibrate are associated with a reduction in cardiovascular events in patients with clinical CVD, low HDL and near-normal levels of LDL. (A)

• Combination therapy employing statins and fibrates or niacin may be necessary to achieve lipid targets, but have not been evaluated in outcomes studies for either event reduction or safety. (E)

## C. Anti-platelet agents in diabetes

The use of aspirin in diabetes is reviewed in detail in the ADA technical review (37) and position statement (66) on aspirin therapy. Aspirin has been recommended as a primary (66a,66b) and secondary therapy to prevent cardiovascular events in diabetic and nondiabetic individuals. One large meta-analysis and several clinical trials demonstrate the efficacy of using aspirin as a preventive measure for cardiovascular events, including stroke and myocardial infarction. Many trials have shown an ~30% decrease in myocardial infarction and a 20% decrease in stroke in a wide range of patients, including young and middle-aged patients, patients with and without a history of CVD, males and females, and patients with hypertension.

Dosages used in most clinical trials ranged from 75 to 325 mg/day. There is no evidence to support any specific dose, but using the lowest possible dosage may help reduce side effects. There is no evidence for a specific age at which to start aspirin, but at ages below 30 years, aspirin has not been studied.

Clopidogrel has been demonstrated to reduce CVD rates in diabetic individuals (67). Adjunctive therapy in very high-risk patients or as alternative therapy in aspirin-intolerant patients should be considered.

### Recommendation

- Use aspirin therapy (75–162 mg/day) as a secondary prevention strategy in those with diabetes with a history of myocardial infarction, vascular bypass procedure, stroke or transient ischemic attack, peripheral vascular disease, claudication, and/or angina. (A)
- Use aspirin therapy (75–162 mg/day) as a primary prevention strategy in those with type 2 diabetes at increased cardiovascular risk, including those who are over 40 years of age or who have additional risk factors (family history of CVD, hypertension, smoking, dyslipidemia, albuminuria). (A)
- Use aspirin therapy (75–162 mg/day) as a primary prevention strategy in those with type 1 diabetes at increased cardiovascular risk, including those who are over 40 years of age or who have additional risk factors (family history of CVD, hypertension, smoking, dyslipidemia, albuminuria). (C)
- People with aspirin allergy, bleeding

tendency, receiving anticoagulant therapy, recent gastrointestinal bleeding, and clinically active hepatic disease are not candidates for aspirin therapy. Other antiplatelet agents may be a reasonable alternative for patients with high risk. (E)
- Aspirin therapy should not be recommended for patients under the age of 21 years because of the increased risk of Reye's syndrome associated with aspirin use in this population. People under the age of 30 have not been studied. (E)

## D. Smoking cessation

Issues of smoking in diabetes are reviewed in detail in the ADA technical review (38) and position statement (68) on smoking cessation. A large body of evidence from epidemiological, case-control, and cohort studies provides convincing documentation of the causal link between cigarette smoking and health risks. Cigarette smoking contributes to one of every five deaths in the U.S. and is the most important modifiable cause of premature death. Much of the prior work documenting the impact of smoking on health did not separately discuss results on subsets of individuals with diabetes, suggesting that the identified risks are at least equivalent to those found in the general population. Other studies of individuals with diabetes consistently found a heightened risk of morbidity and premature death associated with the development of macrovascular complications among smokers. Smoking is also related to the premature development of microvascular complications of diabetes and may have a role in the development of type 2 diabetes.

A number of large randomized clinical trials have demonstrated the efficacy and cost-effectiveness of counseling in changing smoking behavior. Such studies, combined with others specific to individuals with diabetes, suggest that smoking cessation counseling is effective in reducing tobacco use (69,70).

The routine and thorough assessment of tobacco use is important as a means of preventing smoking or encouraging cessation. Special considerations should include assessment of level of nicotine dependence, which is associated with difficulty in quitting and relapse.

### Recommendations

- Advise all patients not to smoke. (A)

- Include smoking cessation counseling and other forms of treatment as a routine component of diabetes care. (B)

## E. CHD screening and treatment

CHD screening and treatment are reviewed in detail in the ADA consensus statement on CHD in people with diabetes (39). To identify the presence of CHD in diabetic patients without clear or suggestive symptoms of coronary artery disease (CAD), a risk factor–based approach to the initial diagnostic evaluation and subsequent follow-up is recommended. At least annually, cardiovascular risk factors should be assessed. These risk factors include dyslipidemia, hypertension, smoking, a positive family history of premature coronary disease, and the presence of micro- or macroalbuminuria. Abnormal risk factors should be treated as described elsewhere in these guidelines. Patients at increased CHD risk should receive aspirin and may warrant an ACE inhibitor.

Candidates for a diagnostic cardiac stress test include those with 1) typical or atypical cardiac symptoms and 2) an abnormal resting electrocardiogram (ECG). Candidates for a screening cardiac stress test include those with 1) a history of peripheral or carotid occlusive disease; 2) sedentary lifestyle, age >35 years, and plans to begin a vigorous exercise program; and 3) two or more of the risk factors noted above.

Current evidence suggests that noninvasive tests can improve assessment of future CHD risk. There is, however, no current evidence that such testing in asymptomatic patients with risk factors improves outcomes or leads to better utilization of treatments.

Patients with abnormal exercise ECG and patients unable to perform an exercise ECG require additional or alternative testing. Currently, stress nuclear perfusion and stress echocardiography are valuable next-level diagnostic procedures. A consultation with a cardiologist is recommended regarding further workup.

### Recommendations

- Perform exercise stress testing in asymptomatic diabetic patients based on the criteria outlined above. Consider a risk factor–based strategy for the diagnosis of CAD that might include

stress ECG and/or stress echocardiography and/or perfusion imaging. (E)
- Refer patients with signs and symptoms of CVD or with positive noninvasive test for CAD to a cardiologist for further evaluation. (E)
- In patients with treated congestive heart failure, metformin use is contraindicated. The thiazolidinediones are associated with fluid retention, and their use can be complicated by the development of congestive heart failure. Caution in prescribing thiazolidinediones in the setting of known congestive heart failure or other heart diseases as well as in patients with preexisting edema or concurrent insulin therapy is required. (E)
- In patients >55 years of age, with or without hypertension but with another cardiovascular risk factor (history of CVD, dyslipidemia, microalbuminuria, smoking), an ACE inhibitor (if not contraindicated) should be considered to reduce the risk of cardiovascular events. (A)
- In patients with a prior myocardial infarction or in patients undergoing major surgery, β-blockers, in addition, should be considered to reduce mortality. (A)

## II. Nephropathy screening and treatment

Diabetic nephropathy occurs in 20–40% of patients with diabetes and is the single leading cause of end-stage renal disease (ESRD). Persistent albuminuria in the range of 30–299 mg/24 h (microalbuminuria) has been shown to be the earliest stage of diabetic nephropathy in type 1 diabetes and a marker for development of nephropathy in type 2 diabetes. Microalbuminuria is also a well-established marker of increased CVD risk (71).

Patients with microalbuminuria who progress to macroalbuminuria (≥300 mg/24 h) are likely to progress to ESRD over a period of years (72,73). Over the past several years, a number of interventions have been demonstrated to reduce the risk and slow the progression of renal disease.

Intensive diabetes management with the goal of achieving near normoglycemia has been shown in large prospective randomized studies to delay the onset of microalbuminuria and the progression of micro- to macroalbuminuria in patients with type 1 (74,75) and type 2 diabetes

(16). The UKPDS provided strong evidence that control of blood pressure can reduce the development of nephropathy (41). In addition, large prospective randomized studies in patients with type 1 diabetes have demonstrated that achievement of lower levels of systolic blood pressure (<140 mmHg) achieved with treatment using ACE inhibitors provides a selective benefit over other antihypertensive drug classes in delaying the progression from micro- to macroalbuminuria and can slow the decline in glomerular filtration rate (GFR) in patients with macroalbuminuria (41,76–78).

In addition, ACE inhibitors have been shown to reduce severe CVD (i.e., myocardial infarction, stroke, death), thus further supporting the use of these agents in patients with microalbuminuria (50). ARBs have also been shown to reduce the rate of progression from micro- to macroalbuminuria as well as ESRD in patients with type 2 diabetes (79–81). Some evidence suggests that ARBs have a smaller magnitude of rise in potassium compared with ACE inhibitors in people with nephropathy (82). With regards to slowing the progression of nephropathy, the use of DCCBs as initial therapy is not more effective than placebo. Their use in nephropathy should be restricted to additional therapy to further lower blood pressure in patients already treated with ACE inhibitors or ARBs (49). In the setting of albuminuria or nephropathy, in patients unable to tolerate ACE inhibitors and/or ARBs, consider the use of non-DCCBs, β-blockers, or diuretics for the management of blood pressure (83,84).

A meta-analysis of several small studies has shown that protein restriction may be of benefit in some patients whose nephropathy seems to be progressing despite optimal glucose and blood pressure control (85).

Screening for microalbuminuria can be performed by three methods: 1) measurement of the albumin-to-creatinine ratio in a random, spot collection (preferred method); 2) 24-h collection with creatinine, allowing the simultaneous measurement of creatinine clearance; and 3) timed (e.g., 4-h or overnight) collection.

The analysis of a spot sample for the albumin-to-creatinine ratio is strongly recommended by most authorities (86,87). The other two alternatives (24-h collection and a timed specimen) are rarely necessary. Measurement of a spot

Table 8—*Definitions of abnormalities in albumin excretion*

| Category | Spot collection ($\mu$g/mg creatinine) |
| --- | --- |
| Normal | <30 |
| Microalbuminuria | 30–299 |
| Macro (clinical) albuminuria | 300 |

Because of variability in urinary albumin excretion, two of three specimens collected within a 3- to 6-month period should be abnormal before considering a patient to have crossed one of these diagnostic thresholds. Exercise within 24 h, infection, fever, congestive heart failure, marked hyperglycemia, and marked hypertension may elevate urinary albumin excretion over baseline values.

urine microalbumin by immunoassay or by using a dipstick test specific for microalbumin without simultaneously measuring urine creatinine is less expensive than the recommended methods, but is susceptible to false-negative and false-positive determinations as a result of variation in urine concentration due to hydration and other factors.

At least two of three tests measured within a 6-month period should show elevated levels before a patient is designated as having microalbuminuria. Abnormalities of albumin excretion are defined in Table 8.

Physicians may use the Levey modification of the Cockcroft and Gault equation to calculate estimated GFR (eGFR) from serum creatinine and to stage the patient's renal disease (87,88). The eGFR can easily be calculated by going to www.kidney.org/professionals/dogi/gfr_calculator.cfm.

The role of annual microalbuminuria assessment is less clear after diagnosis of microalbuminuria and institution of ACE inhibitor or ARB therapy and blood pressure control. Most experts, however, recommend continued surveillance to assess both response to therapy and progression of disease. Many experts suggest that managing urine microalbuminuria to reduce it to the normal or near-normal range may improve renal and cardiovascular prognosis; this approach has not been formally evaluated in prospective trials.

Consider referral to a physician experienced in the care of diabetic renal disease either when the GFR has fallen to <60 ml · min$^{-1}$ · 1.73 m$^{-2}$ or if difficulties occur in the management of hyper-

Docket No. C-06-349

286

tension or hyperkalemia. It is suggested that consultation with a nephrologist be obtained when the GFR is <30 ml · min⁻¹ · 1.73 m⁻². Early referral of such patients has been found to reduce cost and improve quality of care and keep people off dialysis longer (89). For a complete discussion on the treatment of nephropathy, see the ADA's position statement "Diabetic Nephropathy" (90).

### Recommendations

#### General recommendations

- To reduce the risk and/or slow the progression of nephropathy, optimize glucose control. (A)
- To reduce the risk and/or slow the progression of nephropathy, optimize blood pressure control. (A)

#### Screening

- Perform an annual test for the presence of microalbuminuria in type 1 diabetic patients with diabetes duration of ≥5 years and in all type 2 diabetic patients, starting at diagnosis. (E)

#### Treatment

- In the treatment of both micro- and macroalbuminuria, either ACE inhibitors or ARBs should be used. (A)

- While there are no adequate head-to-head comparisons of ACE inhibitors and ARBs, there is clinical trial support for each of the following statements:

  - In patients with type 1 diabetes, with hypertension and any degree of albuminuria, ACE inhibitors have been shown to delay the progression of nephropathy. (A)
  - In patients with type 2 diabetes, hypertension, and microalbuminuria, ACE inhibitors and ARBs have been shown to delay the progression to macroalbuminuria. (A)
  - In patients with type 2 diabetes, hypertension, macroalbuminuria, and renal insufficiency (serum creatinine >1.5 mg/dl), ARBs have been shown to delay the progression of nephropathy. (A)
  - If one class is not tolerated, the other should be substituted. (E)

- With presence of nephropathy, initiate protein restriction to ≤0.8 g · kg⁻¹ body wt⁻¹ · day⁻¹ (~10% of daily cal-

ories), the current adult-recommended dietary allowance for protein. Further restriction may be useful in slowing the decline of GFR in selected patients. (B)

- With regards to slowing the progression of nephropathy, the use of DCCBs as initial therapy is not more effective than placebo. Their use in nephropathy should be restricted to additional therapy to further lower blood pressure in patients already treated with ACE inhibitors or ARBs. (B)
- In the setting of albuminuria or nephropathy, in patients unable to tolerate ACE inhibitors and/or ARBs, consider the use of non-DCCBs, β-blockers, or diuretics for the management of blood pressure. (E)
- If ACE inhibitors, ARBs, or diuretics are used, monitor serum potassium levels for the development of hyperkalemia. (B)
- Consider referral to a physician experienced in the care of diabetic renal disease when the eGFR has fallen to <60 ml · min⁻¹ · 1.73 m⁻² or if difficulties occur in the management of hypertension or hyperkalemia. (B)

### III. Diabetic retinopathy screening and treatment

Diabetic retinopathy is a highly specific vascular complication of both type 1 and type 2 diabetes. The prevalence of retinopathy is strongly related to the duration of diabetes. Diabetic retinopathy is estimated to be the most frequent cause of new cases of blindness among adults aged 20–74 years.

Intensive diabetes management with the goal of achieving near normoglycemia has been shown in large prospective randomized studies to prevent and/or delay the onset of diabetic retinopathy (15,16). In addition to glycemic control, several other factors seem to increase the risk of retinopathy. The presence of nephropathy is associated with retinopathy. High blood pressure is an established risk factor for the development of macular edema and is associated with the presence of proliferative diabetic retinopathy (PDR). Lowering blood pressure, as demonstrated by the UKPDS, has been shown to decrease the progression of retinopathy. Several case series and a controlled prospective study suggest that pregnancy in type 1 diabetic patients may aggravate retinopathy (91). During pregnancy and 1 year postpartum, retinopathy may be

transiently aggravated; laser photocoagulation surgery can minimize this risk (92).

Patients with type 1 diabetes should have an initial dilated and comprehensive eye examination by an ophthalmologist or optometrist within 3–5 years after the onset of diabetes. Patients with type 2 diabetes should have an initial dilated and comprehensive eye examination by an ophthalmologist or optometrist shortly after the diagnosis of diabetes. Subsequent examinations for type 1 and type 2 diabetic patients should be repeated annually by an ophthalmologist or optometrist who is knowledgeable and experienced in diagnosing the presence of diabetic retinopathy and is aware of its management. Less frequent exams (every 2–3 years) may be considered with the advice of an eye care professional in the setting of a normal eye exam (93–95). Examinations will be required more frequently if retinopathy is progressing.

One of the main motivations for screening for diabetic retinopathy is the established efficacy of laser photocoagulation surgery in preventing visual loss. Two large National Institutes of Health–sponsored trials, the Diabetic Retinopathy Study (DRS) (96–100) and the Early Treatment Diabetic Retinopathy Study (ETDRS), provide the strongest support for the therapeutic benefit of photocoagulation surgery (101–107).

The DRS tested whether scatter (panretinal) photocoagulation surgery could reduce the risk of vision loss from PDR. Severe visual loss (i.e., best acuity of 5/200 or worse) was seen in 15.9% of untreated vs. 6.4% of treated eyes. The benefit was greatest among patients whose baseline evaluation revealed high-risk characteristics (HRCs) (chiefly disc neovascularization or vitreous hemorrhage with any retinal neovascularization). Of control eyes with HRCs, 26% progressed to severe visual loss vs. 11% of treated eyes. Given the risk of a modest loss of visual acuity and of contraction of visual field from panretinal laser surgery, such therapy has been primarily recommended for eyes approaching or reaching HRCs.

The ETDRS established the benefit of focal laser photocoagulation surgery in eyes with macular edema, particularly those with clinically significant macular edema. In patients with clinically significant macular edema after 2 years, 20% of untreated eyes had a doubling of the visual angle (e.g., 20/50 to 20/100) com-

pared with 8% of treated eyes. Other results from the ETDRS indicate that, provided careful follow-up can be maintained, scatter photocoagulation surgery is not recommended for eyes with mild or moderate nonproliferative diabetic retinopathy (NPDR). When retinopathy is more severe, scatter photocoagulation surgery should be considered, and usually should not be delayed, if the eye has reached the high-risk proliferative stage. In older-onset patients with severe NPDR or less than high-risk PDR, the risk of severe visual loss and vitrectomy is reduced ~50% by laser photocoagulation surgery at these earlier stages.

Laser photocoagulation surgery in both the DRS and the ETDRS was beneficial in reducing the risk of further visual loss, but generally not beneficial in reversing already diminished acuity. This preventive effect and the fact that patients with PDR or macular edema may be asymptomatic provide strong support for a screening program to detect diabetic retinopathy.

For a detailed review of the evidence and further discussion, see the ADA's technical review and position statement on this subject (91,108,109).

### Recommendations

#### General recommendations
- Optimal glycemic control can substantially reduce the risk and progression of diabetic retinopathy. (A)
- Optimal blood pressure control can reduce the risk and progression of diabetic retinopathy. (A)
- Aspirin therapy does not prevent retinopathy or increase the risks of hemorrhage. (A)

#### Screening
- Adults and adolescents with type 1 diabetes should have an initial dilated and comprehensive eye examination by an ophthalmologist or optometrist within 3–5 years after the onset of diabetes. (B)
- Patients with type 2 diabetes should have an initial dilated and comprehensive eye examination by an ophthalmologist or optometrist shortly after the diagnosis of diabetes. (B)
- Subsequent examinations for type 1 and type 2 diabetic patients should be repeated annually by an ophthalmologist or optometrist who is knowledge-

able and experienced in diagnosing the presence of diabetic retinopathy and is aware of its management. Less frequent exams (every 2–3 years) may be considered with the advice of an eye care professional in the setting of a normal eye exam. Examinations will be required more frequently if retinopathy is progressing. (B)
- When planning pregnancy, women with preexisting diabetes should have a comprehensive eye examination and should be counseled on the risk of development and/or progression of diabetic retinopathy. Women with diabetes who become pregnant should have a comprehensive eye examination in the first trimester and close follow-up throughout pregnancy and for 1 year postpartum. This guideline does not apply to women who develop GDM because such individuals are not at increased risk for diabetic retinopathy. (B)

### Treatment
- Laser therapy can reduce the risk of vision loss in patients with HRCs (A)
- Promptly refer patients with any level of macular edema, severe NPDR, or any PDR to an ophthalmologist who is knowledgeable and experienced in the management and treatment of diabetic retinopathy. (A)

### IV. Foot care
Amputation and foot ulceration are the most common consequences of diabetic neuropathy and major causes of morbidity and disability in people with diabetes. Early recognition and management of independent risk factors can prevent or delay adverse outcomes.

The risk of ulcers or amputations is increased in people who have had diabetes >10 years, are male, have poor glucose control, or have cardiovascular, retinal, or renal complications. The following foot-related risk conditions are associated with an increased risk of amputation:

- Peripheral neuropathy with loss of protective sensation.
- Altered biomechanics (in the presence of neuropathy).
- Evidence of increased pressure (erythema, hemorrhage under a callus).
- Bony deformity.

- Peripheral vascular disease (decreased or absent pedal pulses).
- A history of ulcers or amputation.
- Severe nail pathology.

All individuals with diabetes should receive an annual foot examination to identify high-risk foot conditions. This examination should include assessment of protective sensation, foot structure and biomechanics, vascular status, and skin integrity. People with one or more high-risk foot conditions should be evaluated more frequently for the development of additional risk factors. People with neuropathy should have a visual inspection of their feet at every visit with a health care professional. Evaluation of neurological status in the low-risk foot should include a quantitative somatosensory threshold test, using the Semmes-Weinstein 5.07 (10-g) monofilament. The skin should be assessed for integrity, especially between the toes and under the metatarsal heads. The presence of erythema, warmth, or callus formation may indicate areas of tissue damage with impending breakdown. Bony deformities, limitation in joint mobility, and problems with gait and balance should be assessed.

People with neuropathy or evidence of increased plantar pressure may be adequately managed with well-fitted walking shoes or athletic shoes. Patients should be educated on the implications of sensory loss and the ways to substitute other sensory modalities (hand palpation, visual inspection) for surveillance of early problems. People with evidence of increased plantar pressure (e.g., erythema, warmth, callus, or measured pressure) should use footwear that cushions and redistributes the pressure. Callus can be debrided with a scalpel by a foot care specialist or other health professional with experience and training in foot care. People with bony deformities (e.g., hammertoes, prominent metatarsal heads, bunions) may need extra-wide shoes or depth shoes. People with extreme bony deformities (e.g., Charcot foot) that cannot be accommodated with commercial therapeutic footwear may need custom-molded shoes.

Initial screening for peripheral arterial disease (PAD) should include a history for claudication and an assessment of the pedal pulses. Consider obtaining an ankle-brachial index (ABI), as many patients with PAD are asymptomatic. Refer

*Position Statement*

patients with significant or a positive ABI for further vascular assessment and consider exercise, medications, and surgical options (110).

Patients with diabetes and high-risk foot conditions should be educated regarding their risk factors and appropriate management. Patients at risk should understand the implications of the loss of protective sensation, the importance of foot monitoring on a daily basis, the proper care of the foot, including nail and skin care, and the selection of appropriate footwear. The patient's understanding of these issues and their physical ability to conduct proper foot surveillance and care should be assessed. Patients with visual difficulties, physical constraints preventing movement, or cognitive problems that impair their ability to assess the condition of the foot and to institute appropriate responses will need other people, such as family members, to assist in their care. Patients at low risk may benefit from education on foot care and footwear.

For a detailed review of the evidence and further discussion, see the ADA's technical review and position statement in this area (111,112).

Problems involving the feet, especially ulcers and wound care, may require care by a podiatrist, orthopedic surgeon, or rehabilitation specialist experienced in the management of persons with diabetes. For a complete discussion on wound care, see the ADA's consensus statement on diabetic foot wound care (113).

**Recommendations**

- A multidisciplinary approach is recommended for persons with foot ulcers and high-risk feet, especially those with a history of prior ulcer or amputation. (A)
- The foot examination can be accomplished in a primary care setting and should include the use of a Semmes-Weinstein monofilament, tuning fork, palpation, and a visual examination. (B)
- Educate all patients, especially those with risk factors, including smoking, or prior lower-extremity complications, about the risk and prevention of foot problems and reinforce self-care behavior. (B)

Refer high-risk patients to foot care specialists for ongoing preventive care and life-long surveillance. (C)
- Initial screening for PAD should include a history for claudication and an

assessment of the pedal pulses. Consider obtaining an ABI, as many patients with PAD are asymptomatic. (C)
- Refer patients with significant claudication or a positive ABI for further vascular assessment and consider exercise, medications, and surgical options. (C)
- Perform a comprehensive foot examination annually on patients with diabetes to identify risk factors predictive of ulcers and amputations. Perform a visual inspection of patients' feet at each routine visit. (E)

## PREVENTIVE CARE

### I. Preconception care

Major congenital malformations remain the leading cause of mortality and serious morbidity in infants of mothers with type 1 and type 2 diabetes. Observational studies indicate that the risk of malformations increases continuously with increasing maternal glycemia during the first 6–8 weeks of gestation, as defined by first trimester A1C concentrations. There is no threshold for A1C values above which the risk begins or below which it disappears. However, malformation rates above the 1–2% background rate seen in nondiabetic pregnancies appear to be limited to pregnancies in which first trimester A1C concentrations are >1% above the normal range.

Preconception care of diabetes appears to reduce the risk of congenital malformations. Five nonrandomized studies have compared rates of major malformations in infants between women who participated in preconception diabetes care programs and women who initiated intensive diabetes management after they were already pregnant. The preconception care programs were multidisciplinary and designed to train patients in diabetes self-management with diet, intensified insulin therapy, and SMBG. Goals were set to achieve normal blood glucose concentrations, and >80% of subjects achieved normal A1C concentrations before they became pregnant (114–118). In all five studies, the incidence of major congenital malformations in women who participated in preconception care (range 1.0–1.7% of infants) was much lower than the incidence in women who did not participate (range 1.4–10.9% of infants). One limitation of these studies is that participation in preconception care was self-selected by patients

rather than randomized. Thus, it is impossible to be certain that the lower malformation rates resulted fully from improved diabetes care. Nonetheless, the overwhelming evidence supports the concept that malformations can be reduced or prevented by careful management of diabetes before pregnancy.

Planned pregnancies greatly facilitate preconception diabetes care. Unfortunately, nearly two-thirds of pregnancies in women with diabetes are unplanned, leading to a persistent excess of malformations in infants of diabetic mothers. To minimize the occurrence of these devastating malformations, standard care for all women with diabetes who have childbearing potential should include 1) education about the risk of malformations associated with unplanned pregnancies and poor metabolic control and 2) use of effective contraception at all times, unless the patient is in good metabolic control and actively trying to conceive.

Women contemplating pregnancy need to be seen frequently by a multidisciplinary team experienced in the management of diabetes before and during pregnancy. Teams may vary but should include a diabetologist, an internist or a family physician, an obstetrician, a diabetes educator, a dietitian, a social worker, and other specialists as necessary. The goals of preconception care are to 1) integrate the patient into the management of her diabetes, 2) achieve the lowest A1C test results possible without excessive hypoglycemia, 3) assure effective contraception until stable and acceptable glycemia is achieved, and 4) identify, evaluate, and treat long-term diabetic complications such as retinopathy, nephropathy, neuropathy, hypertension, and CAD.

For further discussion, see the ADA's technical review and position statement on this subject (119,120).

**Recommendations**

- A1C levels should be normal or as close to normal as possible (<1% above the upper limits of normal) in an individual patient before conception is attempted. (B)
- All women with diabetes and childbearing potential should be educated about the need for good glucose control before pregnancy. They should participate in family planning. (E)
- Women with diabetes who are contemplating pregnancy should be evaluated

and, if indicated, treated for diabetic retinopathy, nephropathy, neuropathy, and CVD. (E)

• Among the drugs commonly used in the treatment of patients with diabetes, statins are pregnancy category X and should be discontinued before conception if possible. ACE inhibitors and ARBs are category C in the first trimester (maternal benefit may outweigh fetal risk in certain situations), but category D in later pregnancy, and should generally be discontinued before pregnancy. Among the oral antidiabetic agents, metformin and acarbose are classified as category B and all others as category C; potential risks and benefits of oral antidiabetic agents in the preconception period must be carefully weighed, recognizing that sufficient data are not available to establish the safety of these agents in pregnancy. They should generally be discontinued in pregnancy. (E)

## II. Immunization

Influenza and pneumonia are common, preventable infectious diseases associated with high mortality and morbidity in the elderly and in people with chronic diseases. There are limited studies reporting the morbidity and mortality of influenza and pneumococcal pneumonia specifically in people with diabetes. Observational studies of patients with a variety of chronic illnesses, including diabetes, show that these conditions are associated with an increase in hospitalizations for influenza and its complications. Based on a case-control series, influenza vaccine has been shown to reduce diabetes-related hospital admission by as much as 79% during flu epidemics (121). People with diabetes may be at increased risk of the bacteremic form of pneumococcal infection and have been reported to have a high risk of nosocomial bacteremia, which has a mortality rate as high as 50%.

Safe and effective vaccines are available that can greatly reduce the risk of serious complications from these diseases (122,123). There is sufficient evidence to support that people with diabetes have appropriate serologic and clinical responses to these vaccinations. The Centers for Disease Control's Advisory Committee on Immunization Practices recommends influenza and pneumococcal vaccines for all persons over 65 years

of age as well as for all persons of any age with diabetes.

For a complete discussion on the prevention of influenza and pneumococcal disease in people with diabetes, consult the technical review and position statement on this subject (124,125).

### Recommendations

• Annually provide an influenza vaccine to all diabetic patients 6 months of age or older. (C)
• Provide at least one lifetime pneumococcal vaccine for adults with diabetes. A one-time revaccination is recommended for individuals >64 years of age previously immunized when they were <65 years of age if the vaccine was administered >5 years ago. Other indications for repeat vaccination include nephrotic syndrome, chronic renal disease, and other immunocompromised states, such as after transplantation. (C)

## SPECIAL CONSIDERATIONS

### I. Care of older adults with diabetes

Diabetes is an important health condition for the aging population; at least 20% of patients over the age of 65 years have diabetes. The number of older persons with diabetes can be expected to grow rapidly over the coming decades. A recent publication, "Guidelines for improving the care of the older person with diabetes," contains evidence-based guidelines produced in conjunction with the American Geriatric Society. This document contains an excellent discussion of this area, and specific guidelines and language from it have been incorporated below (126). Unfortunately, there are no long-term studies in persons over 65 years of age demonstrating the benefits of tight glycemic control, blood pressure, and lipid control. Older persons with diabetes have higher rates of premature death, functional disability, and coexisting illnesses such as hypertension, CHD, and stroke than those without diabetes. Older adults with diabetes are also at greater risk than other older persons for several common geriatric syndromes, such as polypharmacy, depression, cognitive impairment, urinary incontinence, injurious falls, and persistent pain.

The care of older adults with diabetes is complicated by their clinical and functional heterogeneity. Some older persons developed diabetes in middle age and face

years of comorbidity; others who are newly diagnosed may have had years of undiagnosed comorbidity or few complications from the disease. Some older adults with diabetes are frail and have other underlying chronic conditions, substantial diabetes-related comorbidity, or limited physical or cognitive functioning, but other older persons with diabetes have little comorbidity and are active. Life expectancies are also highly variable for this population. Clinicians caring for older adults with diabetes must take this heterogeneity into consideration when setting and prioritizing treatment goals.

All this having been said, patients who can be expected to live long enough to reap the benefits of long-term intensive diabetes management (~10 years) and who are active, cognitively intact, and willing to undertake the responsibility of self-management should be encouraged to do so and be treated using the stated goals for younger adults with diabetes.

There is good evidence from middle-aged and older adults suggesting that multidisciplinary interventions that provide education on medication use, monitoring, and recognizing hypo- and hyperglycemia can significantly improve glycemic control. Although control of hyperglycemia is important, in older persons with diabetes, greater reductions in morbidity and mortality may result from control of all cardiovascular risk factors rather than from tight glycemic control alone. There is strong evidence from clinical trials of the value of treating hypertension in the elderly. There is less evidence for lipid-lowering and aspirin therapy, although as diabetic patients have such an elevated risk for CVD, aggressive management of lipids and aspirin use when not contraindicated are reasonable interventions.

As noted above, for patients with advanced diabetes complications, life-limiting comorbid illness, or cognitive or functional impairment, it is reasonable to set less intensive glycemic target goals. These patients are less likely to benefit from reducing the risk of microvascular complications and more likely to suffer serious adverse effects from hypoglycemia. Patients with poorly controlled diabetes may be subject to acute complications of diabetes, including hyperglycemic hyperosmolar coma. Older patients can be treated with the same drug regimens as younger patients, but special

care is required in prescribing and monitoring drug therapy. Metformin is often contraindicated because of renal insufficiency or heart failure. Sulfonylureas and other insulin secretagogues can cause hypoglycemia. Insulin can also cause hypoglycemia as well as require good visual and motor skills and cognitive ability of the patient or a caregiver. Thiazolidinediones should not be used in patients with congestive heart failure (New York Heart Association [NYHA] Class III and IV). Drugs should be started at the lowest dose and titrated up gradually until targets are reached or side effects develop. As well as regards blood pressure and lipid management, the potential benefits must always be weighed against potential risks.

## II. Children and adolescents

Approximately three-quarters of all newly diagnosed cases of type 1 diabetes occur in individuals younger than 18 years of age. Care of this group requires integration of diabetes management with the complicated physical and emotional growth needs of children, adolescents, and their families.

Diabetes care for children of this age-group should be provided by a team that can deal with these special medical, educational, nutritional, and behavioral issues.

At the time of initial diagnosis, it is extremely important to establish the goals of care and to begin diabetes self-management education. A firm educational base should be provided so that the individual and family can become increasingly independent in the self-management of diabetes. Glycemic goals may need to be modified to take into account the fact that most children younger than 6 or 7 years of age have a form of "hypoglycemic unawareness," in that they lack the cognitive capacity to recognize and respond to hypoglycemic symptoms and may be at greater risk for the sequelae of hypoglycemia.

Intercurrent illnesses are more frequent in young children. Sick-day management rules, including assessment for ketosis with every illness, must be established and taught to prevent severe hyperglycemia and DKA that requires hospitalization and may lead to severe morbidity and even death (24). MNT should be provided at diagnosis, and at least annually thereafter, by an individual

experienced with the nutritional needs of the growing child and the behavioral issues that have an impact on adolescent diets. Caution must be exercised to avoid overaggressive dietary manipulation in the very young. Assessment of lifestyle needs should be accompanied by possible modifications of the diabetes regimen. For example, an adolescent who requires more flexibility might be switched to a basal/bolus insulin program with preprandial rapidly acting insulin administration or continuous subcutaneous insulin injection (CSII).

A major issue deserving emphasis in this age-group is that of "adherence." No matter how sound the medical regimen, it can only be as good as the ability of the family and/or individual to implement it. Family involvement in diabetes remains an important component of optimal diabetes management throughout childhood and into adolescence. Health care providers who care for children and adolescents, therefore, must be capable of evaluating the behavioral, emotional, and psychosocial factors that interfere with implementation and then must work with the individual and family to resolve problems that occur and/or to modify goals as appropriate.

The incidence of type 2 diabetes in children and adolescents has been shown to be increasing, especially in ethnic minority populations (127,128). Although there are insufficient data to make definitive recommendations, a recent ADA consensus statement provides guidance to the prevention, screening, and treatment of type 2 diabetes in young people. The ideal goal of treatment is normalization of blood glucose and A1C values. Accurate diagnosis and classification of diabetes is crucial in determining appropriate treatment for these patients. Medical management should include MNT, exercise, and lifestyle interventions, but drug therapy, including insulin in many cases, is required. Successful control of comorbidities, such as hypertension and hyperlipidemia, is also important. For further discussion, see the ADA consensus statement "Type 2 Diabetes in Children and Adolescents" (13).

Information should be supplied to the school or day care setting so that school personnel are aware of the diagnosis of diabetes in the student and of the signs, symptoms, and treatment of hypoglycemia. It is desirable that blood glu-

cose testing be performed at the school or day care setting before lunch and when signs or symptoms of abnormal blood glucose levels are present. Many children may require support for insulin administration by either injection or CSII before lunch at school or in day care.

For further discussion, see the ADA's position statement "The Care of Children With Diabetes in the School and Day Care Setting" (129) and the NDEP publication *"Helping the Student with Diabetes Succeed: A Guide for School Personnel"* (National Diabetes Education Program, 2003, www.ndep.nih.gov).

## Strategies for improving diabetes care

The implementation of the standards of care for diabetes is suboptimal in the health care system. The challenge of providing effective diabetes care has thus far defied a simple solution, yet numerous interventions have been implemented with strategies to improve adherence to the recommended standards. Successful programs have published results showing improvement in important outcomes such as A1C measurements as well as process measures such as provision of eye exams. The interventions have been focused at this level of providers, the system, and patients. Features of successful programs reported in the literature include:

- Improving provider education regarding the standards of care through formal and informal provider education program.
- Adoption of practice guidelines, with participation of the providers in the process. Guidelines should be readily accessible at the point of service, such as on patient charts, in examining rooms, or on office computer systems.
- Use of checklists that mirror guidelines have been successful at improving adherence to standard of care.
- Systems changes, such as provision of automated reminders to providers and patients, profiling or reporting of data to providers, and identification of patients at risk because of abnormal target values or a lack of reported values.
- Quality improvement programs combining CQI or other cycles of analysis and intervention with provider performance data.
- Practice changes, such as clustering of

dedicated diabetes visits and group visits.

- Tracking systems either with an electronic medical record or patient registry have been helpful at increasing adherence to standards of care.
- Delivery of diabetes self-management education has been shown to increase adherence to standard of care.
- Availability of case management services, usually by a nurse. Nurses using detailed protocols working under the supervision of physicians. Nurse education calls have been helpful.
- Availability and involvement of expert consultants, such as endocrinologists and diabetes educators.
- Clustering patients with diabetes into specific times within a primary care practice schedule.
- Other nonautomated systems such as mailing reminders to patients, chart stickers, and flow sheets have been useful to prompt both providers and patients.

Because these interventions are generally provided as components of a multifactorial intervention, it is difficult to assess the contribution of each component; however, it is clear that optimal diabetes management requires an organized, systematic approach and involvement of a health care team. Further research to identify improved mechanisms to translate research into practice is necessary. Successful translation will require a multidiscipline approach utilizing a variety of behavioral and technological approaches.

In recent years, numerous health care organizations, ranging from large health care systems such as the U.S. Veteran's Administration to small private practices, have implemented strategies to improve diabetes care. Successful programs have published results showing improvement in important outcomes such as A1C measurements as well as process measures such as provision of eye exams. Features of successful programs reported in the literature include:

- Adoption of practice guidelines, with participation of the providers in the process. Guidelines should be readily accessible at the point of service, such as on patient charts, in examining rooms, or on office computer systems.
- Systems changes, such as provision of automated reminders to providers and

patients, profiling or reporting of data to providers, and identification of patients at risk because of abnormal target values or a lack of reported values.
- Practice changes, such as scheduling of dedicated diabetes visits and group visits.
- Delivery of diabetes self-management education.
- Availability of case management services, usually by a nurse.
- Availability and involvement of expert consultants, such as endocrinologists and diabetes educators.
- Because these interventions are generally provided as components of a multifactorial intervention, it is difficult to assess the contribution of each component; however, it is clear that optimal diabetes management requires an organized, systematic approach and involvement of a health care team.
- Simple tools such as flow charts may be useful in smaller practices.

References
1. Bode BW (Ed.): *Medical Management of Type 1 Diabetes.* 4th ed. Alexandria, VA, American Diabetes Association, 2004
2. Zimmerman BR (Ed.): *Medical Management of Type 2 Diabetes.* 4th ed. Alexandria, VA, American Diabetes Association, 1998
3. Kilingensmith G (Ed.): *Intensive Diabetes Management.* 3rd ed. Alexandria, VA, American Diabetes Association, 2003
4. The Expert Committee on the Diagnosis and Classification of Diabetes Mellitus: Report of the Expert Committee on the Diagnosis and Classification of Diabetes Mellitus. *Diabetes Care* 20:1183–1197, 1997
4a. World Health Organization: *Diabetes Mellitus: Report of a WHO Study Group.* Geneva, World Health Org., 1985 (Tech. Rep. Ser., no. 727)
5. The Expert Committee on the Diagnosis and Classification of Diabetes Mellitus: Follow-up report on the diagnosis of diabetes mellitus. *Diabetes Care* 26:3160–3167, 2003
6. Tuomilehto J, Lindstrom J, Eriksson JG, Valle TT, Hamalainen H, Ilanne-Parikka P, Keinanen-Kiukaaniemi S, Laakso M, Louheranta A, Rastas M, Salminen V, Uusitupa M: Prevention of type 2 diabetes mellitus by changes in lifestyle among subjects with impaired glucose tolerance. *N Engl J Med* 344:1343–1350, 2001
7. Pan XR, Li GW, Hu YH, Wang JX, Yang WY, An ZX, Hu ZX, Lin J, Xiao JZ, Cao HB, Liu PA, Jiang XG, Jiang YY, Wang JP, Zheng H, Zhang H, Bennett PH, Howard BV: Effects of diet and exercise in preventing NIDDM in people with impaired glucose tolerance: the DaQing IGT and Diabetes Study. *Diabetes Care* 20:537–544, 1997
8. The Diabetes Prevention Program Research Group: Reduction in the incidence of type 2 diabetes with lifestyle intervention or metformin. *N Engl J Med* 346:393–403, 2002
9. Chiasson JL, Josse RG, Gomis R, Hanefeld M, Karasik A, Laakso M: Acarbose for prevention of type 2 diabetes mellitus: the STOP-NIDDM randomized trial. *Lancet* 359:2072–2077, 2002
10. Sjostrom L, et al: XENDOS (Xenical in the prevention of diabetes in obese subjects): a landmark study. Poster presented at the International Congress on Obesity (ICO), San Paulo, Brazil, 2002
11. Buchanan TA, Xiang AH, Peters RK, Kjos SL, Marroquin A, Goico J, Ochoa C, Tan S, Berkowitz, Hodis HN, Azen SP: Preservation of pancreatic β-cell function and prevention of type 2 diabetes by pharmacological trewatment of insulin resistance in high-risk hispanic women. *Diabetes* 51:2796–2803, 2002
12. Engelgau ME, Narayan KMV, Herman WH: Screening for type 2 diabetes (Technical Review). *Diabetes Care* 23:1563–1580, 2000 [erratum appears in *Diabetes Care* 23:1868–1869, 2000]
13. American Diabetes Association: Type 2 diabetes in children and adolescents (Consensus Statement). *Diabetes Care* 23:381–389, 2000
14. American Diabetes Association: Gestational diabetes mellitus (Position Statement). *Diabetes Care* 27 (Suppl. 1):S88–S90, 2004
15. The Diabetes Control and Complications Trial Research Group: The effect of intensive treatment of diabetes on the development and progression of long-term complications in insulin-dependent diabetes mellitus. *N Engl J Med* 329:977–986, 1993
16. The UK Prospective Diabetes Study Group: Intensive blood-glucose control with sulphonylureas or insulin compared with conventional treatment and risk of complications in patients with type 2 diabetes (UKPDS 33). *Lancet* 352:837–853, 1998
17. The UK Prospective Diabetes Study Group: Effect of intensive blood-glucose control with metformin on complications in overweight patients with type 2 diabetes (UKPDS 34). *Lancet* 352:854–865, 1998
18. The DCCT/EDIC Research Group: Retinopathy and nephropathy in patients with type 1 diabetes four years after a

trial of intensive therapy. *N Engl J Med* 342:381–389, 2000

19. Lawson ML, Gerstein HC, Tsui E, Zinman B: Effect of intensive therapy on early macrovascular disease in young individuals with type 1 diabetes. *Diabetes Care* 22 (Suppl. 1):B35–B39, 1999

20. Stratton IM, Adler AI, Neil HA, Matthews DR, Manley SE, Cull CA, Hadden D, Turner RC, Holman RR: Association of glycaemia with macrovascular and microvascular complications of type 2 diabetes (UKPDS 35): prospective observational study. *BMJ* 321:405–412, 2000

21. www.accordtrial.org

22. American Diabetes Association: Postprandial blood glucose (Consensus Statement). *Diabetes Care* 24:775–778, 2001

23. Jovanovic L (Ed.): *Medical Management of Pregnancy Complicated by Diabetes.* 3rd ed. Alexandria, VA, American Diabetes Association, 2000

24. American Diabetes Association: Hyperglycemic crises in diabetes (Position Statement). *Diabetes Care* 27 (Suppl. 1): S94–S102, 2004

25. Malmberg K, for the DIGAMI Study Group: Prospective randomized study of intensive insulin treatment on long term survival after myocardial infarction in patients with diabetes. *BMJ* 314:512–515, 1997

26. Van den Berghe G, Wouters P, Weekers F, Verwaest C, Bruyninckx F, Schetz M, Vlasselaers D, Ferdinande P, Lauwers P, Bouillon R: Intensive insulin therapy in critically ill patients. *N Engl J Med* 345: 1359–1367, 2001

27. American Diabetes Association: Self-monitoring of blood glucose (Consensus Statement). *Diabetes Care* 17:81–86, 1994

28. American Diabetes Association: Self-monitoring of blood glucose (Consensus Statement). *Diabetes Care* 10:93–99, 1987

29. Sacks DB, Bruns DE, Goldstein DE, MacLaren NK, McDonald JM, Parrott M: Guidelines and recommendations for laboratory analysis in the diagnosis and management of diabetes mellitus. *Diabetes Care* 25:750–786, 2002

30. Rohlfing CL, Wiedmeyer HM, Little RR, England JD, Tennill A, Goldstein DE: Defining the relationship between plasma glucose and HbA$_{1c}$: analysis of glucose profiles and HbA$_{1c}$ in the Diabetes Control and Complications Trial. *Diabetes Care* 25:275–278, 2002

31. Franz MJ, Bantle JP, Beebe CA, Brunzell JD, Chiasson JL, Garg A, Holzmeister L, Hoogwerf BJ, Mayer-Davis E, Mooradian AD, Purnell JQ, Wheeler M: Evidence-based nutrition principles and recommendations for the treatment and prevention of diabetes and related complications (Technical Review). *Diabetes Care* 25:148–198, 2002

32. American Diabetes Association: Nutrition principles and recommendations in diabetes (Position Statement). *Diabetes Care* 27 (Suppl. 1):S36–S46, 2004

33. Schneider SH, Ruderman NB: Exercise and NIDDM (Technical Review). *Diabetes Care* 13:785–789, 1990

34. Wasserman DH, Zinman B: Exercise in individuals with IDDM (Technical Review). *Diabetes Care* 17:924–937, 1994

35. Arauz-Pacheco C, Parrott MA, Raskin P: The treatment of hypertension in adult patients with diabetes mellitus (Technical Review). *Diabetes Care* 25:134–147, 2002

36. Haffner SM: Management of dyslipidemia in adults with diabetes (Technical Review). *Diabetes Care* 21:160–178, 1998

37. Colwell JA: Aspirin therapy in diabetes (Technical Review). *Diabetes Care* 20:1767–1771, 1997

38. Haire-Joshu D, Glasgow RE, Tibbs TL: Smoking and diabetes (Technical Review). *Diabetes Care* 22:1887–1898, 1999

39. American Diabetes Association: Consensus development conference on the diagnosis of coronary heart disease in people with diabetes (Consensus Statement). *Diabetes Care* 21:1551–1559, 1998

40. Chobanian AV, Bakris GL, Black HR, Cushman WC, Green LA, Izzo JL Jr, Jones DW, Materson BJ, Oparil S, Wright JT Jr, Roccella EJ, the National Heart, Lung, and Blood Institute Joint National Committee on Prevention, Detection, Evaluation, and Treatment of High Blood Pressure, the National High Blood Pressure Education Program Coordinating Committee: The Seventh Report of the Joint National Committee on Prevention, Detection, Evaluation, and Treatment of High Blood Pressure: the JNC 7 report. *JAMA* 289:2560–2572, 2003

41. The UK Prospective Diabetes Study Group: Tight blood pressure control and risk of macrovascular and microvascular complications in type 2 diabetes: UKPDS 38. *BMJ* 317:703–713, 1998

42. Hansson L, Zanchetti A, Carruthers SG, Dahlöf B, Elmfeldt D, Julius S, Menard J, Rahn KH, Wedel H, Westerling S: Effects of intensive blood-pressure lowering and low-dose aspirin on patients with hypertension: principal results of the Hypertension Optimal Treatment (HOT) randomized trial: HOT Study Group. *Lancet* 351:1755–1762, 1998

43. Adler AI, Stratton IM, Neil HA, Yudkin JS, Matthews DR, Cull CA, Wright AD, Turner RC, Holman RR: Association of systolic blood pressure with macrovascular and microvascular complications of type 2 diabetes (UKPDS 36): prospective observational study. *BMJ* 321:412–419, 2000

44. Lewington S, Clarke R, Qizilbash N, Peto R, Collins R: Age-specific relevance of usual blood pressure to vascular mortality: a meta-analysis of individual data for one million adults in 61 prospective studies. *Lancet* 360:1903–1913, 2002

45. Stamler J, Vaccaro O, Neaton JD, Wentworth D: Diabetes, other risk factors, and 12-yr cardiovascular mortality for men screened in the Multiple Risk Factor Intervention Trial. *Diabetes Care* 16: 434–444, 1993

46. Appel LJ, Moore TJ, Obarzanek E, Vollmer WM, Svetkey LP, Sacks FM, Bray GA, Vogt TM, Cutler JA, Windhauser MM, Lin PH, Karanja N: A clinical trial of the effects of dietary patterns on blood pressure: DASH Collaborative Research Group. *N Engl J Med* 336:1117–1124, 1997

46a. Sacks FM, Svetkey LP, Vollmer WM, Appel LJ, Bray GA, Harsha D, Obarzanek E, Conlin PR, Miller ER 3rd, Simons-Morton DG, Karanja N, Lin PH, DASH-Sodium Collaborative Research Group: Effects on blood pressure of reduced sodium and the Dietary Approaches to Stop Hypertension (DASH) diet. *N Engl J Med* 344:3–10, 2001

47. Tatti P, Paahron M, Byington RP, Di Mauro P, Guarisco R, Strollo G, Strollo F: Outcome results of Fosinopril Versus Amlodipine Cardiovascular Events Randomized Trial (FACET) in patients with hypertension and NIDDM. *Diabetes Care* 21:597–603, 1998

48. Estacio RO, Jeffers BW, Hiatt WR, Biggerstaff SL, Gifford N, Schrier RW: The effect of nisoldipine as compared with enalapril on cardiovascular outcomes in patients with non-insulin-dependent diabetes and hypertension. *N Engl J Med* 338:645–654, 1998

49. Berl T, Hunsicker LG, Lewis JB, Pfeffer MA, Porush JG, Rouleau JL, Drury PL, Esmatjes E, Hricik D, Parikh CR, Raz I, Vanhille P, Wiegmann TB, Wolfe BM, Locatelli F, Goldhaber SZ, Lewis EJ: Cardiovascular outcomes in the Irbesartan Diabetic Nephropathy Trial of patients with type 2 diabetes and overt nephropathy. *Ann Intern Med* 138:542–549, 2003

49a. Pepine CJ, Handberg EM, Cooper-DeHoff RM, Marks R, Kowey P, Messerli FH, Mancia G, Cangiano J, Garcia-Barreto D, Keltai M, Erdine S, Bristol HA, Kolb HR, Bakris GL, Cohen JD, Parving HH: A calcium antagonist vs a noncal-

cium antagonist hypertension treatment strategy for patients with coronary artery disease: the International Verapamil-Transdolapril Study (INVEST): a randomized controlled trial. *JAMA* 290: 2805–2816, 2003

50. The Heart Outcomes Prevention Evaluation (HOPE) Study Investigators: Effects of ramipril on cardiovascular and microvascular outcomes in people with diabetes mellitus: results of the HOPE study and MICRO-HOPE study. *Lancet* 355:253–259, 2000

51. The Progress Collaborative Group: Randomized trial of a perindopril-based blood-pressure-lowering regimen among 6,105 individuals with previous stroke or transient ischaemic attack. *Lancet* 358:1033–1041, 2001

52. Lindholm LH, Ibsen H, Dahlof B, Devereux RB, Beevers G, de Faire U, Fyhrquist F, Julius S, Kjeldsen SE, Kristiansson K, Lederballe-Pedersen O, Nieminen MS, Omvik P, Oparil S, Wedel H, Aurup P, Edelman J, Snapinn S: Cardiovascular morbidity and mortality in patients with diabetes in the Losartan Intervention For Endpoint reduction in hypertension study (LIFE): a randomized trial against atenolol. *Lancet* 359:1004–1010, 2002

53. The ALLHAT Study Group: Major outcomes in high-risk hypertensive patients randomized to angiotensin-converting enzyme inhibitor or calcium channel blocker vs diuretic: the Antihypertensive and Lipid-Lowering Treatment to Prevent Heart Attack Trial (ALLHAT). *JAMA* 288:2981–2997, 2002

54. The ALLHAT Collaborative Research Group: Major cardiovascular events in hypertensive patients randomized to doxazosin vs chlorthalidone: the antihypertensive and lipid-lowering treatment to prevent heart attack trial (ALLHAT). *JAMA* 283:1967–1975, 2000

55. Pyorala K, Pedersen TR, Kjeksus J, Faergeman O, Olsson AG, Thorgeirsson G: Cholesterol lowering with simvastatin improves prognosis of diabetic patients with coronary heart disease: a subgroup analysis of the Scandinavian Simvastatin Study (4S). *Diabetes Care* 20:614–620, 1997

56. Sacks FM, Pfeffer MA, Moye LA, Rouleau JL, Rutherford JD, Cole TG, Brown L, Warnica JW, Arnold JM, Wun CC, Davis BR, Braunwald E, for the Cholesterol and Recurrent Events Trial Investigators: The effect of pravastatin on coronary events after myocardial infarction in patients with average cholesterol levels. *N Engl J Med* 335:1001–1009, 1996

57. The Long-Term Intervention with Pravastatin in Ischaemic Disease (LIPID) Study Group: Prevention of cardiovas-

cular events and death with pravastatin in patients with coronary heart disease and a broad range of initial cholesterol levels. *N Engl J Med* 339:1349–1357, 1998

58. The Heart Protection Study Collaborative Group: MRC/BHF Heart Protection Study of cholesterol-lowering with simvastatin in 5963 people with diabetes: a randomised placebo-controlled trial. *Lancet* 361:2005–2016, 2003

59. Frick MH, Elo O, Haapa K, Heinonen OP, Heinsalmi P, Helo P, Huttunen JK, Kaitaniemi P, Koskinen P, Manninen V: Helsinki Heart Study: primary-prevention trial with gemfibrozil in middle-aged men with dyslipidemia: safety of treatment, changes in risk factors, and incidence of coronary heart disease. *N Engl J Med* 317:1237–1245, 1987

60. Rubins HB, Robins SJ, Collins D, Fye CL, Anderson JW, Elam MB, Faas FH, Linares E, Schaefer EJ, Schectman G, Wilt TJ, Wittes J: Gemfibrozil for the secondary prevention of coronary heart disease in men with low levels of high-density lipoprotein cholesterol: Veterans Affairs High-Density Lipoprotein Cholesterol Intervention Trial Study Group. *N Engl J Med* 341:410–418, 1999

61. The National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation and Treatment of High Blood Cholesterol in Adults (Adult Treatment Panel III): Executive summary of the third report of the National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation and Treatment of High Blood Cholesterol in Adults (Adult Treatment Panel III). *JAMA* 285:2486–2497, 2001

62. Elam MB, Hunninghake DB, Davis KB, Garg R, Johnson C, Egan D, Kostis JB, Sheps DS, Brinton EA: Effect of niacin on lipid and lipoprotein levels and glycemic control in patients with diabetes and peripheral arterial disease. *JAMA* 284: 1263–1270, 2000

63. Grundy SM, Vega GL, McGovern ME, Tulloch BR, Kendall DM, Fitz-Patrick D, Ganda OP, Rosenson RS, Buse JB, Robertson DD, Sheehan JP: Efficacy, safety, and tolerability of once-daily niacin for the treatment of dyslipidemia associated with type 2 diabetes. *Arch Intern Med* 162:1568–1576, 2002

64. American Diabetes Association: Management of dyslipidemia in children and adolescents with diabetes (Consensus Statement). *Diabetes Care* 26:2194–2197, 2003

65. Kavey RW, Daniels SR, Lauer RM, Atkins DL, Hayman LL, Taubert K: American Heart Association guidelines for primary prevention of atherosclerotic cardiovascular disease beginning in

childhood. *Circulation* 107:1562–1566, 2003

66. American Diabetes Association: Aspirin therapy in diabetes (Position Statement). *Diabetes Care* 27 (Suppl. 1):S72–S73, 2004

66a. Hayden M, Pignone M, Phillips C: Aspirin for the primary prevention of cardiovascular events: a summary of the evidence for the U.S. Preventive Services Task Force. *Ann Intern Med* 136:161–171, 2002

66b. US Preventive Services Task Force: Aspirin for the primary prevention of cardiovascular events: recommendation and rationale. *Ann Intern Med* 136:157–160, 2002

67. Bhatt DL, Marso SP, Hirsch AT, Ringleb PA, Hacke W, Topol EJ: Amplified benefit of clopidogrel versus aspirin in patients with diabetes mellitus. *Am J Cardiol* 90:625–628, 2002

68. American Diabetes Association: Smoking and diabetes (Position Statement). *Diabetes Care* 27 (Suppl. 1):S74–S75, 2004

69. US Preventive Services Task Force: Counseling to prevent tobacco use. In *Guide to Clinical Preventive Services*. 2nd ed. Baltimore, MD, Williams & Wilkins, 1996, p. 597–609

70. Fiore M, Bailey W, Cohen S: *Smoking Cessation: Clinical Practice Guideline Number 18*. Rockville, MD, U.S. Department of Health and Human Services, Public Health Service, Agency for Health Care Policy and Research, 1996

71. Garg J, Bakris GL: Microalbuminuria: marker of vascular dysfunction, risk factor for cardiovascular disease. *J Vasc Med* 7:35–43, 2002

72. Gall MA, Hougaard P, Borch-Johnsen K, Parving HH: Risk factors for development of incipient and overt diabetic nephropathy in patients with non-insulin dependent diabetes mellitus: prospective, observational study. *BMJ* 314:783–788, 1997

73. Ravid M, Lang R, Rachmani R, Lishner M: Long-term renoprotective effect of angiotensin-converting enzyme inhibition in non-insulin-dependent diabetes mellitus: a 7-year follow-up study. *Arch Intern Med* 156:286–289, 1996

74. Reichard P, Nilsson B-Y, Rosenqvist U: The effect of long-term intensified insulin treatment on the development of microvascular complications of diabetes mellitus. *N Engl J Med* 329:304–309, 1993

75. The DCCT Research Group: Effect of intensive therapy on the development and progression of diabetic nephropathy in the Diabetes Control and Complications Trial (DCCT). *Kidney Int* 47:1703–1720, 1995

*Position Statement*

76. Lewis EJ, Hunsicker LG, Bain RP, Rohde RD, for the Collaborative Study Group: The effect of angiotensin-converting-enzyme inhibition on diabetic nephropathy. *N Engl J Med* 329:1456–1462, 1993

77. Laffel LMB, McGill JB, Gans DJ, the North American Microalbuminuria Study Group (NAMSG): The beneficial effect of angiotensin-converting enzyme inhibition with captopril on diabetic nephropathy in normotensive IDDM patients with microalbuminuria. *Am J Med* 99:497–504, 1995

78. Bakris GL, Williams M, Dworkin L, Elliott WJ, Epstein M, Toto R, Tuttle K, Douglas J, Hsueh W, Sowers J: Preserving renal function in adults with hypertension and diabetes: a consensus approach: National Kidney Foundation Hypertension and Diabetes Executive Committees Working Group. *Am J Kidney Dis* 36:646–661, 2000

79. Lewis EJ, Hunsicker LG, Clarke WR, Berl T, Pohl MA, Lewis JB, Ritz E, Atkins RC, Rohde R, Raz I: Renoprotective effect of the angiotensin-receptor antagonist irbesartan in patients with nephropathy due to type 2 diabetes. *N Engl J Med* 345:851–860, 2001

80. Brenner BM, Cooper ME, de Zeeuw D, Keane WF, Mitch WE, Parving HH, Remuzzi G, Snapinn SM, Zhang Z, Shahinfar S: Effects of losartan on renal and cardiovascular outcomes in patients with type 2 diabetes and nephropathy. *N Engl J Med* 345:861–869, 2001

81. Parving HH, Lehnert H, Brochner-Mortensen J, Gomis R, Andersen S, Arner P: The effect of irbesartan on the development of diabetic nephropathy in patients with type 2 diabetes. *N Engl J Med* 345:870–878, 2001

82. Bakris GL, Siomos M, Richardson D, Janssen I, Bolton WK, Hebert L, Agarwal R, Catanzaro D: ACE inhibition or angiotensin receptor blockade: impact on potassium in renal failure: VAL-K Study Group. *Kidney Int* 58:2084–2092, 2000

83. Black HR, Elliott WJ, Grandits G, Grambsch P, Lucente T, White WB, Neaton JD, Grimm Jr RH, Hansson L, Lacourciere Y, Muller J, Sleight P, Weber MA, Williams G, Wittes J, Zanchetti A, Anders RJ: Principal results of the Controlled Onset Verapamil Investigation of Cardiovascular End Points (CONVINCE) trial. *JAMA* 289:2073–2082, 2003

84. Pepine CJ, Handberg EM, Cooper-DeHoff RM, Marks R, Kowey P, Messerli FH, G Mancia, Cangiano J, Garcia-Barreto D, Keltai M, Erdine S, Bristol HA, Kolb HR, Bakris GL, Cohen JD, Parving HH, Erdine: Main outcomes from a randomized trial of a calcium antagonist (Verapamil-SR) versus a noncalcium antagonist (Atenolol) hypertension treatment strategy for patients with coronary artery disease: the INternational VErapamil-Trandolapril STudy (INVEST). *JAMA*. In Press

85. Anderson S, Tarnow L, Rossing P, Hansen BV, Parving HH: Renoprotective effects of angiotensin II receptor blockade in type 1 diabetic patients with diabetic nephropathy. *Kidney Int* 57:601–606, 2000

86. Eknoyan G, Hostetter T, Bakris GL, Hebert L, Levey AS, Parving HH, Steffes MW, Toto R: Proteinuria and other markers of chronic kidney disease: A position statement of the national kidney foundation (NKF) and the national institute of diabetes and digestive and kidney diseases (NIDDK). *Am J Kidney Dis* 42:617–622, 2003

87. K/DOQI *Clinical Practice Guidelines for Chronic Kidney Disease: Evaluation, Classification, and Stratification.* Kidney Disease Outcome Quality Initiative. *Am J Kidney Dis* 39 (Suppl. 2):S1–S246, 2002

88. Levey S, Bosch J, Lewis B, Greene T, Rogers N, Roth D: A more accurate method to estimate glomerular filtration rate from serum creatinine: a new prediction equation: Modification of Diet in Renal Disease Study Group. *Ann Intern Med* 130:461–470, 1999

89. Levinsky N: Specialist of evaluation in chronic kidney disease: too little, too late. *Ann Intern Med* 137:542–543, 2002

90. American Diabetes Association: Nephropathy in Diabetes (Position Statement). *Diabetes Care* 27 (Suppl. 1):S79–S83, 2004

91. Aiello LP, Gardner TW, King GL, Blankenship G, Cavallerano JD, Ferris FL, Klein R: Diabetic retinopathy (Technical Review). *Diabetes Care* 21:143–156, 1998

92. The Diabetes Control and Complications Trial Research Group: Effect of pregnancy on microvascular complications in the Diabetes Control and Complications Trial. *Diabetes Care* 23:1084–1091, 2000

93. Vijan S, Hofer TP, Hayward RA: Cost-utility analysis of screening intervals for diabetic retinopathy in patients with type 2 diabetes mellitus. *JAMA* 283:889–896, 2000

94. Klein R: Screening interval for retinopathy in type 2 diabetes. *Lancet* 361:190–191, 2003

95. Younis N, Broadbent DM, Vora JF, Harding SP: Incidence of sight-threatening retinopathy in patients with type 2 diabetes in the Liverpool Diabetic Eye Study: a cohort study. *Lancet* 361:195–200, 2003

96. The Diabetic Retinopathy Study Research Group: Preliminary report on effects of photocoagulation therapy. *Am J Ophthalmol* 81:383–396, 1976

97. The Diabetic Retinopathy Study Research Group: Four risk factors for severe visual loss in diabetic retinopathy: the third report of the Diabetic Retinopathy Study. *Arch Opthalmol* 97:654–655, 1979

98. The Diabetic Retinopathy Study Research Group: Design, methods, and baseline results: DRS report no. 6. *Invest Ophthalmol Vis Sci* 21:149–209, 1981

99. The Diabetic Retinopathy Study Research Group: Photocoagulation treatment of proliferative diabetic retinopathy: clinical application of Diabetic Retinopathy Study (DRS) findings: DRS report number 8. *Opthalmology* 88:583–600, 1981

100. The Diabetic Retinopathy Study Research Group: Indications for photocoagulation treatment of diabetic retinopathy: DRS report no. 14. *Int Opthalmol Clin* 27:239–253, 1987

101. The Early Treatment Diabetic Retinopathy Study Research Group: Photocoagulation for diabetic macular edema: ETDRS report no. 1. *Arch Opthalmol* 103:1796–1806, 1985

102. The Early Treatment Diabetic Retinopathy Study Research Group: Treatment techniques and clinical guidelines for photocoagulation of diabetic macular edema: ETDRS report number 2. *Ophthalmology* 94:761–774, 1987

103. The Early Treatment Diabetic Retinopathy Study Research Group: Techniques for scatter and local photocoagulation treatment of diabetic retinopathy: ETDRS report no. 3. *Int Ophthalmol Clin* 27:254–264, 1987

104. The Early Treatment Diabetic Retinopathy Study Research Group: Photocoagulation for diabetic macular edema: ETDRS report no. 4. *Int Opthalmol Clin* 27:265–272, 1987

105. The Early Treatment Diabetic Retinopathy: Study design and baseline patient characteristics: ETDRS report number 7. *Opthalmology* 98:741–756, 1991

106. The Early Treatment Diabetic Retinopathy Study Research Group: Effects of aspirin treatment on diabetic retinopathy: ETDRS report number 8. *Opthalmology* 98 (Suppl.):757–765, 1991

107. The Early Treatment Diabetic Retinopathy Study Research Group. Early photocoagulation for diabetic retinopathy: ETDRS report no. 9. *Opthalmology* 98:766–785, 1991

108. American Diabetes Association: Retinopathy in diabetes (Position Statement). *Diabetes Care* 27 (Suppl. 1):S84–S87, 2004

109. Ciulla TA, Amador AG, Zinman B: Diabetic retinopathy and diabetic macular

edema: pathophysiology, screening, and novel therapies. *Diabetes Care* 26:2653–2664, 2003

110. American Diabetes Association: Peripheral arterial disease in people with diabetes (Consensus Statement). *Diabetes Care* 26:3333–3342, 2003

111. Mayfield JA, Reiber GE, Sanders LJ, Janisse D, Pogach LM: Preventive foot care in people with diabetes (Technical Review). *Diabetes Care* 21:2161–2177, 1998

112. American Diabetes Association: Preventive foot care in diabetes (Position Statement). *Diabetes Care* 27 (Suppl. 1):S63–S64, 2004

113. American Diabetes Association: Consensus Development Conference on Diabetic Foot Wound Care (Consensus Statement). *Diabetes Care* 22:1354–1360, 1999

114. Kitzmiller JL, Gavin LA, Gin GD, Jovanovic-Peterson L, Main EK, Zigrang WD: Preconception care of diabetes: glycemic control prevents excess congenital malformations. *JAMA* 265:731–736, 1991

115. Goldman JA, Dicker D, Feldberg D, Yeshaya A, Samuel N, Karp M: Pregnancy outcome in patients with insulin-dependent diabetes mellitus with preconception diabetic control: a comparative study. *Am J Obstet Gynecol* 155:293–297, 1986

116. Rosenn B, Miodovnik M, Combs CA, Khoury J, Siddiqi TA: Pre-conception management of insulin-dependent diabetes: improvement of pregnancy outcome. *Obstet Gynecol* 77:846–849, 1991

117. Tchobroutsky C, Vray MM, Altman JJ: Risk/benefit ratio of changing late obstetrical strategies in the management of insulin-dependent diabetic pregnancies. *Diabet Metab* 17:287–294, 1991

118. Willhoite MB, Bennert HW Jr, Palomaki GE, Zaremba MM, Herman WH, Williams JR, Spear NH: The impact of preconception counseling on pregnancy outcomes. *Diabetes Care* 16:450–455, 1993

119. Kitzmiller JL, Buchanan TA, Kjos S, Combs CA, Ratner R: Pre-conception care of diabetes, congenital malformations, and spontaneous abortions (Technical Review). *Diabetes Care* 19:514–541, 1996

120. American Diabetes Association: Preconception care of women with diabetes (Position Statement). *Diabetes Care* 27 (Suppl. 1):S76–S78, 2004

121. Colquhoun AJ, Nicholson KG, Botha NT: Effectiveness of influenza vaccine in reducing hospital admissions in people with diabetes. *Epidemiol Infect* 119:335–341, 1997

122. Centers for Disease Control and Prevention: Prevention and control of influenza: recommendations of the Advisory Committee on Immunization Practices (ACIP). *MMWR* 51 (no. RR-3), 2002

123. Centers for Disease Control and Prevention: Prevention and control of pneumococcal disease: recommendations of the Advisory Committee on Immunization Practices (ACIP). *MMWR* 46 (no. RR-08), 1997

124. Smith SA, Poland GA: The use of influenza and pneumococcal vaccines in people with diabetes (Technical Review). *Diabetes Care* 23:95–108, 2000

125. American Diabetes Association: Influenza and pneumococcal immunization in diabetes (Position Statement). *Diabetes Care* 27 (Suppl. 1):S111–S113, 2004

126. The California Healthcare Foundation/American Geriatric Society on Improving Care for Elders with Diabetes: Guidelines for improving the care of the older person with diabetes mellitus. *Am J Geriatric Soc* 51:S265–S280, 2003

127. Fagot-Campagna A, Pettitt DJ, Engelgau MM, Burrows NR, Geiss LS, Valdez R, Beckles GL, Saaddine J, Gregg EW, Williamson DF, Narayan KM: DM2 among North American children and adolescents: an epidemiologic review and a public health perspective. *J Pediatr* 136:664–672, 2000

128. ahagan S, Silverstein J, the American Academy of Pediatrics Committee on Native American Child Health, the American Academy of Pediatrics Section on Endocrinology: Prevention and treatment of type 2 diabetes mellitus in children, with special emphasis on American Indian and Alaska Native children. *Pediatrics* 112:e328, 2003

129. American Diabetes Association: Diabetes care in the school and day care setting (Position Statement). *Diabetes Care* 27 (Suppl. 1):S122–S128, 2004

Use of this content is subject to the Terms and Conditions of the MD Consult web site.

The American Journal of Medicine
Volume 118 • Number 9A • September 2005
Copyright © 2005 Excerpta Medica

# The importance of tight glycemic control

John E. Gerich, MD *

University of Rochester School of Medicine, Rochester, New York, USA

* Requests for reprints should be addressed to John E. Gerich, MD, University of Rochester Medical Center, General Clincal Research Center, 601 Elmwood Avenue, Box Med/CRC, Rochester, New York 14642

E-mail address: johngerich@compuserve.com

Publication of this article was made possible through editorial support from Health Learning Systems and an educational grant from LifeScan, Inc.

PII S0002-9343(05)00683-7

*Macrovascular complications of diabetes are the leading cause of morbidity and mortality in patients with diabetes and may begin well before diabetes is diagnosed. The precise mechanism of how postprandial hyperglycemia contributes to the pathogenesis of cardiovascular disease is not fully known but may be a result of direct effects on the vasculature. Several epidemiologic studies have suggested that increased glycemic exposure, especially postchallenge or postprandial hyperglycemia, is an independent risk factor for macrovascular disease with no apparent upper or lower threshold. Evidence is emerging that this association is also present in the prediabetic and nondiabetic states. In fact, therapies targeting postprandial hyperglycemia have shown reductions in cardiovascular events in patients with impaired glucose tolerance. Meal-related self-monitoring of blood glucose can inform patients and their healthcare providers about postprandial glycemic excursions so that diet, exercise, or medications can be adjusted.*

| Keywords |
| --- |
| Hypoglycemia |
| Macrovascular |
| Postprandial |
| Self-monitoring of blood glucose |

297

Individuals with diabetes (both type 1 and type 2), as well as those with prediabetes (impaired fasting glucose and impaired glucose tolerance), develop complications that decrease their quality of life, reduce their life expectancy,

Docket No. C-06-349
A. Ex. 24
Page 1 of 8

and increase the cost of medical care. Microvascular complications (retinopathy, neuropathy, and nephropathy) begin at the onset of exposure to chronic hyperglycemia. Macrovascular complications (ischemic heart disease, cerebrovascular disease, and peripheral vascular disease) may begin before the onset of diabetes, in the presence of other cardiovascular risk factors, and are the leading cause of morbidity and mortality, especially in patients with type 2 diabetes.[1] Compared with a nondiabetic individual, a person with type 2 diabetes has a 2- to 4-fold greater risk of dying from a myocardial infarction or a stroke and a 10- to 15-fold increased risk of a lower-extremity amputation.[1, 2, 3, 4, 5]

## CONTROL AND COMPLICATIONS

Controlled clinical trials in patients with type 1 and type 2 diabetes have conclusively demonstrated that improved glycemic control (as reflected by hemoglobin $A_{1c}$ [$HbA_{1c}$] levels) reduces the onset of microvascular complications of diabetes, slows their progression, and may improve quality of life.[6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18]

The evidence of the importance of glycemic control for avoiding microvascular complications, based on interventional studies, is stronger than that for macrovascular complications. Nevertheless, numerous in vitro and in vivo studies have provided plausible molecular mechanisms through which hyperglycemia may cause cardiovascular disease.[19, 20, 21, 22, 23, 24, 25, 26, 27, 28] These include interactions between increased glucose fluxes through the polyol and glucosamine pathways, increases in nonenzymatic glycation products and glycosylation of certain proteins, activation of diacylglycerol and protein kinase C, decreased production of nitric oxide, and increases in the generation of free radicals (oxidative stress). Hyperglycemia itself may directly increase protein kinase C and diacylglycerol.[28] Activation of protein kinase C and increased diacylglycerol promote expression, formation, and enhanced activity of transforming growth factor–$\beta$, type IV collagen, fibronectin, vascular endothelial growth factor, endothelin-1, caldesmon, plasminogen activator inhibitor–1, phospholipase $A_2$, prostaglandin $E_2$, and intercellular adhesion molecules. These have been identified as playing a role in basement membrane thickness, extracellular matrix formation, angiogenesis, increased vascular permeability, smooth muscle cell proliferation, increased inflammatory cell adhesion, and decreased fibrinolysis.[26]

In addition, hyperglycemia will lead to glycosylation of extracellular proteins (such as low-density lipoprotein [LDL], which renders it more oxidizable and more atherogenic) and to the generation of free radicals and advanced-glycation end products. Binding of advanced-glycation end products to receptors on endothelial, smooth muscle, and fibroblast cells has been shown to lead to increased vascular permeability, increased coagulability, decreased thrombolysis, cell proliferation, and increased production of extracellular matrix proteins such as fibronectin, type IV collagen, laminin, and proteoglycans.[20] Generation of free radicals by hyperglycemia may promote atherogenesis[20] through peroxidation of LDL leading to a more atherogenic molecule,[29] by oxidation of fibrinogen leading to products that enhance coagulation,[28] by increasing platelet activation by collagen,[22, 28, 29] and by decreasing production of nitric oxide.[22]

Further, 2 independent meta-analyses and a large observational study have concluded that increases in glycemic exposure increase the risk for developing cardiovascular disease.[30, 31, 32] These studies indicate that a 1% increase in $HbA_{1c}$ values above 5% raises the risk for cardiovascular disease by about 20%.[32] In the European Prospective Investigation of Cancer and Nutrition (EPIC)–Norfolk Study, individuals with an $HbA_{1c}$ of 5.0% to 5.5% had a 2.5-fold increased risk of dying from cardiovascular disease, compared with individuals having $HbA_{1c}$ levels ≤5.0%.[33] It seems reasonable to conclude that glycemic exposure is an independent risk factor for macrovascular disease and that it is a continuous risk factor with no apparent threshold.[31, 34, 35] The implication of the last conclusion is that glycemia—even in the nondiabetic range—can promote cardiovascular disease.

There is a lack of consensus with regard to the issues of (1) what should be the recommended targets for glycemic control, (2) how to achieve these targets without unacceptable adverse effects (e.g., hypoglycemia), and (3) the relative roles of fasting versus postprandial hyperglycemia.

## THERAPEUTIC GOALS

298

Docket No. C-06-349
A. Ex. 24
Page 2 of 8

HbA$_{1c}$ values are considered the "gold standard" for evaluating the long-term adequacy of glycemic control in people with diabetes. Recommended HbA$_{1c}$ targets from a variety of diabetes professional associations are discussed in detail in the article by Renard[36] in this supplement. Glycemic targets from selected organizations are presented in Table 1.[37, 38, 39, 40, 41]

**Table 1 . Targets for glycemic control from various professional diabetes associations**

| Organization | Target HbA$_{1c}$ (%) | Target FPG mg/dL (mmol/L) | Target PPG mg/dL (mmol/L) |
|---|---|---|---|
| ADA[37] | <7.0 | 90–130 (5.0–7.2) | <180 (<10.0) |
| CDA[38] | ≤7.0 | Most patients: 70–130 (4.0–7.0) | Most patients: 90–180 (5.0–10.0) |
| | | Normal range: 70–110 (4.0–6.0) | Normal range: 90–145 (5.0–8.0) |
| AACE/ACE[39, 40] | ≤6.5 | <110 (<6.1) | <140 (<7.8) |
| ANAES[41] | ≤6.5 | 90–130 (5.0–7.2) | <180 (<10.0) |

AACE/ACE = American Academy of Clinical Endocrinologists/American College of Endocrinology; ADA = American Diabetes Association; ANAES = Agence Nationale d'Accréditation et d'Evaluation en Santé [French National Agency for Accreditation and Evaluation in Healthcare]; CDA = Canadian Diabetes Association; FPG = fasting plasma glucose; HbA$_{1c}$ = hemoglobin A$_{1c}$; PPG = postprandial glucose.

Attempts to achieve the lowest HbA$_{1c}$ possible without unacceptable adverse effects, which is recommended by the Council for Advancement of Diabetes Research and Education (CADRE) and the Canadian Diabetes Association (CDA) may achieve the best cardiovascular outcomes. Data from the Third National Health and Nutrition Examination Survey (NHANES III) showed that the average HbA$_{1c}$ level in people with normal glucose tolerance was 5.0%, whereas the EPIC-Norfolk Study demonstrated a substantial increase in cardiovascular mortality for individuals with HbA$_{1c}$ values between 5.0% and 5.5% versus those with values <5.0%.[33, 42] These data suggest that earlier interventions than are currently recommended would substantially reduce glycemic exposure in individuals at risk. Thus, unless there are compelling reasons to do otherwise, additional therapeutic steps should be taken if the HbA$_{1c}$ is >6.0%. This recommendation is based on the premise that glycemia is a continuous risk factor for cardiovascular disease—the major cause of morbidity and mortality for patients with type 2 diabetes.

## IMPORTANCE OF FASTING AND POSTPRANDIAL HYPERGLYCEMIA

HbA$_{1c}$ levels reflect total glycemic exposure during the previous 2 to 3 months and include both fasting and postprandial plasma glucose levels.[43] For individuals with HbA$_{1c}$ levels approximately <8.4%, daylong glycemia is largely determined by postprandial plasma glucose levels and contributes more to HbA$_{1c}$ values than do fasting plasma glucose levels.[43, 44, 45] As HbA$_{1c}$ levels increase from 4% to 7%, postprandial glucose levels increase at a rate roughly 4 times faster than fasting plasma glucose levels.[45] Individuals with HbA$_{1c}$ of approximately 6.0% and approximately 7.0% have comparable fasting plasma glucose levels and differ only in their postprandial values.[45] Most individuals who have hyperglycemia after meals (with normal fasting or premeal levels, or impaired fasting glucose) will, on average, have HbA$_{1c}$ levels between 5.0% and 6.0%.[45] Daylong glycemia in individuals with HbA$_{1c}$ values of 5.0% averages approximately 100 mg/dL (5.55 mmol/L) but for individuals with HbA$_{1c}$ values of approximately 7%, daylong glycemia levels are nearly twice as high (i.e., approximately 170 mg/dL [9.44 mmol/L]).[43]

Considerable epidemiologic data indicate that isolated postprandial hyperglycemia increases the risk of cardiovascular disease.[31, 46] There are no data indicating the unique effects of postprandial hyperglycemia on the complications of diabetes.[47] Its importance rests on the fact that it constitutes the bulk of glycemic exposure for most individuals who develop cardiovascular disease, and its control can be the rate-limiting factor for reducing glycemic risk for cardiovascular disease.[33, 45, 48] Moreover, recent studies specifically targeting postprandial

hyperglycemia have demonstrated that reducing postprandial hyperglycemia can reduce cardiovascular events in patients with impaired glucose tolerance.[49,50] Thus, currently recommended HbA$_{1c}$ targets of <6.5% or 7.0% may be inadequate for optimal prevention of cardiovascular disease, and considerable attention should be placed on monitoring and treating postprandial hyperglycemia.[51]Table 1 lists glycemic targets for fasting plasma glucose and postprandial glucose from various professional diabetes associations.[37, 38, 39, 40, 41]

# ACHIEVING GLYCEMIC TARGETS WITHOUT UNACCEPTABLE SIDE EFFECTS

A major issue is whether optimal glycemic control can be achieved without unacceptable adverse effects. Weight gain and hypoglycemia are the major adverse effects observed with attempts to optimize glycemic control. Both the Diabetes Control and Complications Trial (DCCT) and the United Kingdom Prospective Diabetes Study (UKPDS) demonstrated that the beneficial effects of improved glycemic control outweigh the potentially deleterious effects of weight gain.[6, 12] It should be noted, however, that the effects of weight gain were limited to the length of the observation period in both studies and did not extend over the patient's lifetime.

Hypoglycemia can be a major problem for people with type 1 diabetes.[52, 53] However, except for aged individuals and those with renal insufficiency, severe hypoglycemia is extremely uncommon in patients with type 2 diabetes who are treated intensively.[53] For example, in the Kumamoto Study of patients with type 2 diabetes who were intensively treated with a basal bolus insulin regimen (HbA$_{1c}$ approximately 7.0%), no severe hypoglycemia was observed.[14] Moreover, in the recent Treat-to-Target Trial, in which basal insulin was added to oral hypoglycemic agents, HbA$_{1c}$ levels of <7.0% were achieved with only about 2% of patients having an episode of severe hypoglycemia.[54] Finally, in the Veterans Affairs Cooperative Study in Type 2 Diabetes (VA-CSDM), HbA$_{1c}$ levels <7.3% were achieved with no weight gain, and the incidence of severe hypoglycemia (i.e., coma or requiring the assistance of another person for recovery) was only 5% of that observed in the DCCT.[55] Thus, in the vast majority of patients with type 2 diabetes, glycemic control can be treated to target without unacceptable adverse effects.

# A NEW APPROACH IS NEEDED

During the past decade, clinical trials have demonstrated the importance of glycemic control in preventing and reducing the complications of diabetes, and several new therapeutic agents have become available to improve glycemic control in patients with type 2 diabetes. Furthermore, optimization of glycemic control has been shown to be cost-effective.[56, 57] These advances should have translated into improved glycemic control for patients. However, the opposite has actually occurred.[58, 59] Mean HbA$_{1c}$ levels in patients with diabetes have actually increased.[59] Several likely explanations can be cited, including (1) lack of translation of evidence-based results into clinical practice; (2) lack of time and resources due to reimbursement considerations, for physicians to treat patients with diabetes; (3) misguided preconceptions (e.g., that insulin resistance is the primary cause of type 2 diabetes and that hyperinsulinemia causes cardiovascular disease); (4) suboptimal application of current therapeutic modalities; (5) patients' economic, education, and adherence issues; and (6) lack of consensus on treatment goals and assessment methods.

Most clinicians are not aware of emerging data identifying glycemia as a continuous risk factor for cardiovascular disease. This is true for overall hyperglycemia as well as for postprandial glucose elevations. Patients with type 2 diabetes have numerous cardiovascular risk factors (e.g., obesity, hypertension, and hyperlipidemia) that require polypharmacy and counseling. These are time-consuming tasks, and optimal results require a team approach that may not be widely available. Many clinicians do not understand the relatively low risk of hypoglycemia in type 2 diabetes, overestimate the reluctance of patients to inject insulin, and are slow to initiate and accelerate pharmacologic intervention.[60] It is preferable to maintain normoglycemia than to treat hyperglycemia.

For example, it is common to use a stepwise approach to treat type 2 diabetes, irrespective of the initial HbA$_{1c}$ level. Except in the extremely hyperglycemic and symptomatic patient, a regimen of diet and exercise is usually prescribed. Although intellectually appealing because obesity and physical inactivity are largely responsible for the insulin resistance found in patients with type 2 diabetes, adherence and maintenance of recommendations for

300

Docket No. C-06-349
A. Ex. 24
Page 4 of 8

lifestyle changes are poor.[61, 62] Thus, after 3 to 6 months, when adequate glycemic control has not been achieved, a single oral agent is prescribed. After another 3 to 6 months when adequate glycemic control still is not achieved, a second oral agent is added. After another 3 to 6 months, a third oral agent or insulin may be added. Thus, ≥2 years may elapse before a patient is on an adequate regimen.

An alternative approach is to take into consideration the patient's presenting $HbA_{1c}$ level and the effectiveness of therapeutic agents and diet, exercise, and monitoring. In general, oral agent monotherapy will lower $HbA_{1c}$ by 1.5% to 2.0%, and dual oral agent therapy will lower $HbA_{1c}$ by 2.5% to 3.0%.[63] Assuming that the goal is an $HbA_{1c}$ of 6.0%, it therefore follows that a patient with an initial $HbA_{1c}$ of 8.0% may be successfully managed with monotherapy. Those patients with presenting $HbA_{1c}$ levels between 8.0% and 9.0% may require initial dual therapy; those with initial $HbA_{1c}$ levels >9% may require 2 oral agents plus a basal insulin. This new approach can reduce the time to optimize glycemic control and, thus, reduce glycemic exposure. In terms of glucose monitoring in patients with type 2 diabetes, if fasting plasma glucose levels are in range but $HbA_{1c}$ values are not, postprandial hyperglycemia is obviously the problem and needs to be monitored so that specific meal-related therapy can be introduced.

## SUMMARY

In patients with diabetes, failure to achieve metabolic goals—including glycemic control—is associated with serious consequences and substantial costs. Postprandial hyperglycemia is associated with complications in patients with diabetes; controlling postprandial hyperglycemia is particularly important as patients approach normal $HbA_{1c}$ levels. Tight control of blood glucose has been shown to improve clinical outcomes and quality of life in patients with diabetes. Timely attention to these issues is required. According to data from NHANES III, glycemic control in the United States has worsened over the last decade, necessitating a reevaluation of our approach to therapy.[49, 50]

REFERENCES:

1  Laakso M., Lehto S.,  Epidemiology of macrovascular disease in diabetes .  *Diabetes Review* (1997) **5** : pp 294-315 .
2  Stamler J., Vaccaro O., Neaton J.D., Wentworth D.,  Diabetes, other risk factors, and 12-yr cardiovascular mortality for men screened in the Multiple Risk Factor Intervention Trial .  *Diabetes Care* (1993) **16** : pp 434-444 . Abstract
3  Kannel W.B., McGee D.L.,  Diabetes and cardiovascular disease the Framingham study .  *JAMA* (1979) **241** : pp 2035-2038 .  Abstract
4  Most R.S., Sinnock P.,  The epidemiology of lower extremity amputations in diabetic individuals .  *Diabetes Care* (1983) **6** : pp 87-91 .  Abstract
5  Siitonen O.I., Niskanen L.K., Laakso M., Siitonen J.T., Pyorala K.,  Lower-extremity amputations in diabetic and nondiabetic patients a population-based study in eastern Finland .  *Diabetes Care* (1993) **16** : pp 16-20 . Abstract
6  The Diabetes Control and Complications Trial Research Group.  Effect of intensive diabetes management on macrovascular events and risk factors in the Diabetes Control and Complications Trial .  *Am J Cardiol* (1995) **75** : pp 894-903 .
7  The Writing Team for the Diabetes Control and Complications Trial/Epidemiology of Diabetes Interventions and Complications Research Group.  Effect of intensive therapy on the microvascular complications of type 1 diabetes mellitus .  *JAMA* (2002) **287** : pp 2563-2569 .
8  The Diabetes Control and Complications Trial Research Group.  The absence of a glycemic threshold for the development of long-term complications the perspective of the Diabetes Control and Complications Trial . *Diabetes* (1996) **45** : pp 1289-1298 .
9  The relationship of glycemic exposure ($HbA_{1c}$) to the risk of development and progression of retinopathy in the diabetes control and complications trial .  *Diabetes* (1995) **44** : pp 968-983 .
10  Writing Team for the Diabetes Control and Complications Trial/Epidemiology of Diabetes Interventions and

301

Complications Research Group. Sustained effect of intensive treatment of type 1 diabetes mellitus on development and progression of diabetic nephropathy the Epidemiology of Diabetes Interventions and Complications (EDIC) study . JAMA (2003) 290 : pp 2159-2167 .

11 UK Prospective Diabetes Study Group. Tight blood pressure control and risk of macrovascular and microvascular complications in type 2 diabetes UKPDS 38 . BMJ (1998) 317 : pp 703-713 .

12 UK Prospective Diabetes Study Group. Intensive blood-glucose control with sulphonylureas or insulin compared with conventional treatment and risk of complications in patients with type 2 diabetes (UKPDS 33) . Lancet (1998) 352 : pp 837-853 .

13 Shichiri M., Kishikawa H., Ohkubo Y., Wake N., Long-term results of the Kumamoto Study on optimal diabetes control in type 2 diabetic patients . Diabetes Care (2000) 23 : pp B21-B29 . Abstract

14 Ohkubo Y., Kishikawa H., Araki E., et al. Intensive insulin therapy prevents the progression of diabetic microvascular complications in Japanese patients with non-insulin-dependent diabetes mellitus a randomized prospective 6-year study . Diabetes Res Clin Pract (1995) 28 : pp 103-117 . Abstract

15 Stratton I.M., Adler A.I., Neil H.A.W., et al. UK Prospective Diabetes Study Group. Association of glycaemia with macrovascular and microvascular complications of type 2 diabetes (UKPDS 35) prospective observational study . BMJ (2000) 321 : pp 405-412 . Abstract

16 Malmberg K., DIGAMI (Diabetes Mellitus Insulin Glucose Infusion in Acute Myocardial Infarction) Study Group. Prospective randomised study of intensive insulin treatment on long term survival after acute myocardial infarction in patients with diabetes mellitus . BMJ (1997) 314 : pp 1512-1515 . Abstract

17 Eastman R.C., Javitt J.C., Herman W.H., et al. Model of complications of NIDDM. II. Analysis of the health benefits and cost-effectiveness of treating NIDDM with the goal of normoglycemia . Diabetes Care (1997) 20 : pp 735-744 . Abstract

18 Testa M.A., Simonson D.C., Health economic benefits and quality of life during improved glycemic control in patients with type 2 diabetes mellitus a randomized, controlled, double-blind trial . JAMA (1998) 280 : pp 1490-1496 . Abstract

19 King G.L., Wakasaki H., Theoretical mechanisms by which hyperglycemia and insulin resistance could cause cardiovascular diseases in diabetes . Diabetes Care (1999) 22 : pp C31-C37 . Abstract

20 Lebovitz H.E., Effect of the postprandial state on nontraditional risk factors . Am J Cardiol (2001) 88 : pp 20H-25H . Full Text

21 Einhorn D., Rendell M., Rosenzweig J., Pioglitazone 027 Study Group. Pioglitazone hydrochloride in combination with metformin in the treatment of type 2 diabetes mellitus a randomized, placebo-controlled study . Clin Ther (2000) 22 : pp 1395-1409 . Abstract

22 Marfella R., Quagliaro L., Nappo F., Ceriello A., Giugliano D., Acute hyperglycemia induces an oxidative stress in healthy subjects . J Clin Invest (2001) 108 : pp 635-636 . Citation

23 Williams S.B., Goldfine A.B., Timimi F.K., et al. Acute hyperglycemia attenuates endothelium-dependent vasodilation in humans in vivo . Circulation (1998) 97 : pp 1695-1701 . Abstract

24 Title L.M., Cummings P.M., Giddens K., Nassar B.A., Oral glucose loading acutely attenuates endothelium-dependent vasodilation in healthy adults without diabetes an effect prevented by vitamins C and E . J Am Coll Cardiol (2000) 36 : pp 2185-2191 . Abstract

25 Beckman J.A., Goldfine A.B., Gordon M.B., Creager M.A., Ascorbate restores endothelium-dependent vasodilation impaired by acute hyperglycemia in humans . Circulation (2001) 103 : pp 1618-1623 . Abstract

26 Meier M., King G.L., Protein kinase C activation and its pharmacological inhibition in vascular disease . Vasc Med (2000) 5 : pp 173-185 . Abstract

27 Tomkin G.H., Diabetic vascular disease and the rising star of protein kinase C [editorial] . Diabetologia (2001) 44 : pp 657-658 . Citation

28 Lipinski B., Pathophysiology of oxidative stress in diabetes mellitus . J Diabetes Complications (2001) 15 : pp 203-210 . Abstract

29 Yamagishi S.I., Edelstein D., Du X.L., Brownlee M., Hyperglycemia potentiates collagen-induced platelet activation through mitochondrial superoxide overproduction . Diabetes (2001) 50 : pp 1491-1494 . Abstract

30 Selvin E., Marinopoulos S., Berkenblit G., et al. Meta-analysis glycosylated hemoglobin and cardiovascular disease in diabetes mellitus . Ann Intern Med (2004) 141 : pp 421-431 . Abstract

31 Coutinho M., Gerstein H.C., Wang Y., Yusuf S., The relationship between glucose and incident cardiovascular events a metaregression analysis of published data from 20 studies of 95,783 individuals followed for 12.4 years . Diabetes Care (1999) 22 : pp 233-240 . Abstract

32 Khaw K-T., Wareham N., Bingham S., Luben R., Welch A., Day N., Association of hemoglobin A$_{1c}$ with cardiovascular disease and mortality in adults the European Prospective Investigation into Cancer in Norfolk . Ann Intern Med (2004) 141 : pp 413-420 . Abstract

33 Khaw K-T., Wareham N., Luben R., et al. Glycated haemoglobin, diabetes, and mortality in men in Norfolk cohort of European Prospective Investigation of Cancer and Nutrition (EPIC-Norfolk) . BMJ (2001) 322 : pp 15-18 . Abstract

34 Goldberg R.B., Mellies M.J., Sacks F.M., et al. CARE Investigators. Cardiovascular events and their reduction with pravastatin in diabetic and glucose-intolerant myocardial infarction survivors with average cholesterol levels subgroup analyses in the Cholesterol and Recurrent Events (CARE) trial . *Circulation* (1998) 98 : pp 2513-2519 . Abstract

35 Gerstein H.C., Glycosylated hemoglobin finally ready for prime time as a cardiovascular risk factor [editorial] . *Ann Intern Med* (2004) 141 : pp 475-476 . Citation

36 Renard E., Monitoring glycemic control the importance of self-monitoring of blood glucose . *Am J. Med* (2005) 118 : pp 12S-19S . Abstract

37 American Diabetes Association. Summary of revisions for the 2005 clinical practice recommendations . *Diabetes Care* (2005) 28 : pp S3- .

38 Canadian Diabetes Association Clinical Practice Guidelines Expert Committee. Targets for glycemic control . *Canadian Journal of Diabetes* (2003) 27 : pp S18-S20 .

39 American Association of Clinical Endocrinologists and American College of Endocrinology. Implementation conference for ACE outpatient diabetes mellitus consensus conference recommendations position statement 2005 . Available at: http://www.aace.com/pub/odimplementation/index.php. Accessed May 25

40 Corbin R., Davidson J., Ganda O., et al. American College of Endocrinology consensus statement on guidelines for glycemic control . *Endocr Pract* (2002) 8 : pp 5-11 . Abstract

41 Agence Nationale d'Accreditation et d'Evaluation en Sante (ANAES) [French National Agency for Accreditation and Evaluation in Healthcare]. Follow-up of the type 2 diabetic patient excluding follow-up of complications. recommendations of ANAES [in French] . *Diabetes Metab* (1999) 25 : pp 1-64 .

42 Davidson M.B., Schriger D.L., Peters A.L., Lorber B., Relationship between fasting plasma glucose and glycosylated hemoglobin potential for false-positive diagnoses of type 2 diabetes using new diagnostic criteria . *JAMA* (1999) 281 : pp 1203-1210 . Abstract

43 Rohlfing C.L., Wiedmeyer H.M., Little R.R., England J.D., Tennill A., Goldstein D.E., Defining the relationship between plasma glucose and HbA$_{1c}$ analysis of glucose profiles and HbA$_{1c}$ in the Diabetes Control and Complications Trial . *Diabetes Care* (2002) 25 : pp 275-278 . Abstract

44 Monnier L., Lapinski H., Colette C., Contributions of fasting and postprandial plasma glucose increments to the overall diurnal hyperglycemia of type 2 diabetic patients variations with increasing levels of HbA$_{1c}$ . *Diabetes Care* (2003) 26 : pp 881-885 . Abstract

45 Woerle H.J., Pimenta W.P., Meyer C., et al. Diagnostic and therapeutic implications of relationships between fasting, 2-hour postchallenge plasma glucose and hemoglobin A$_{1c}$ values . *Arch Intern Med* (2004) 164 : pp 1627-1632 . Abstract

46 Gerich J.E., Clinical significance, pathogenesis, and management of postprandial hyperglycemia . *Arch Intern Med* (2003) 163 : pp 1306-1316 . Abstract

47 Bruttomesso D., Pianta A., Mari A., et al. Restoration of early rise in plasma insulin levels improves the glucose tolerance of type 2 diabetic patients . *Diabetes* (1999) 48 : pp 99-105 . Abstract

48 Saydah S.H., Loria C.M., Eberhardt M.S., Brancati F.L., Subclinical states of glucose intolerance and risk of death in the US . *Diabetes Care* (2001) 24 : pp 447-453 . Abstract

49 Chiasson J-L., Josse R.G., Gomis R., Hanefeld M., Karasik A., Laakso M., Acarbose treatment and the risk of cardiovascular disease and hypertension in patients with impaired glucose tolerance the STOP-NIDDM trial . *JAMA* (2003) 290 : pp 486-494 . Abstract

50 Hanefeld M., Cagatay M., Petrowitsch T., Neuser D., Petzinna D., Rupp M., Acarbose reduces the risk for myocardial infarction in type 2 diabetic patients meta-analysis of seven long-term studies . *Eur Heart J* (2004) 25 : pp 10-16 . Abstract

51 Stevens R.J., Coleman R.L., Adler A.I., Stratton I.M., Matthews D.R., Holman R.R., Risk factors for myocardial infarction case fatality and stroke case fatality in type 2 diabetes UKPDS 66 . *Diabetes Care* (2004) 27 : pp 201-207 . Abstract

52 The Diabetes Control and Complications Trial Research Group. The effect of intensive treatment of diabetes on the development and progression of long-term complications in insulin-dependent diabetes mellitus . *N Engl J Med* (1993) 329 : pp 977-986 .

53 Gerich J.E., Hypoglycaemia and counterregulation in type 2 diabetes . *Lancet* (2000) 356 : pp 1946-1947 . Citation

54 Riddle M.C., Rosenstock J., Gerich J., Insulin Glargine 4002 Study Investigators. The Treat-to-Target Trial randomized addition of glargine or human NPH insulin to oral therapy of type 2 diabetic patients . *Diabetes Care* (2003) 26 : pp 3080-3086 . Abstract

55 Abraira C., Colwell J.A., Nuttall F.Q., et al. Veterans Affairs Cooperative Study in Type II Diabetes. Veterans Affairs Cooperative Study on glycemic control and complications in type II diabetes (VA CSDM) results of the feasibility trial . *Diabetes Care* (1995) 18 : pp 1113-1123 . Abstract

56 Gray A., Raikou M., McGuire A., et al. United Kingdom Prospective Diabetes Study Group. Cost effectiveness of an intensive blood glucose control policy in patients with type 2 diabetes economic analysis

303

alongside randomised controlled trial (UKPDS 41) . *BMJ* (2000) **320** : pp 1373-1378 .  Abstract
57  CDC Diabetes Cost-effectiveness Group.  Cost-effectiveness of intensive glycemic control, intensified
hypertension control, and serum cholesterol level reduction for type 2 diabetes . *JAMA* (2002) **287** : pp 2542-
2551 .
58  Saydah S.H., Fradkin J., Cowie C.C.,  Poor control of risk factors for vascular disease among adults with
previously diagnosed diabetes . *JAMA* (2004) **291** : pp 335-342 .  Abstract
59  Koro C.E., Bowlin S.J., Bourgeois N., Fedder D.O.,  Glycemic control from 1988 to 2000 among US adults
diagnosed with type 2 diabetes a preliminary report . *Diabetes Care* (2004) **27** : pp 17-20 .  Abstract
60  Brown J.B., Nichols G.A., Perry A.,  The burden of treatment failure in type 2 diabetes . *Diabetes Care*
(2004) **27** : pp 1535-1540 .  Abstract
61  Garber A.J.,  Strategies for better diabetes control in the US . *Drugs* (1999) **58** : pp 61-69 .  Abstract
62  Gerich J.E.,  The genetic basis of type 2 diabetes mellitus impaired insulin secretion versus impaired insulin
sensitivity . *Endocr Rev* (1998) **19** : pp 491-503 .  Abstract
63  Inzucchi S.,  Oral antihyperglycemic therapy for type 2 diabetes scientific review . *JAMA* (2002) **287** : pp 360-
372 .  Abstract

Copyright © 2006 Elsevier Inc. All rights reserved.                                          www.mdconsult.com

Bookmark URL: /das/journal/view/56194800-2/N/15802607?ja=498784&PAGE=1.html&ANCHOR=top&source=MI

**POSITION STATEMENT**

# Tests of Glycemia in Diabetes

AMERICAN DIABETES ASSOCIATION

Monitoring of glycemic status, as performed by patients and health care providers, is considered a cornerstone of diabetes care. Results of monitoring are used to assess the efficacy of therapy and to guide adjustments in medical nutrition therapy (MNT), exercise, and medications to achieve the best possible blood glucose control.

This position statement presents the recommendations of the American Diabetes Association on the tests used most widely in monitoring the glycemic status of people with diabetes and addresses both patient and physician/laboratory-based testing. It does not address tests for diabetes screening and diagnosis. The recommendations are based on the American Diabetes Association's technical review on the subject, which should be consulted for further information (1).

## BLOOD GLUCOSE TESTING BY PATIENTS

Within only a few years, self-monitoring of blood glucose (SMBG) by patients has revolutionized management of diabetes. Using SMBG, patients with diabetes can work to achieve and maintain specific glycemic goals. Given the results of the Diabetes Control and Complications Trial (DCCT) and other studies, there is broad consensus on the health benefits of normal or near-normal blood glucose levels and on the importance, especially in insulin-treated patients, of SMBG in treatment efforts designed to achieve such glycemic goals.

The subject of SMBG has been addressed extensively by two American Diabetes Association Consensus Conferences, which provide a comprehensive review of the subject (2,3).

### Recommendations

1. Based principally on the DCCT results, it is recommended that most individuals with diabetes should attempt to achieve and maintain blood glucose levels as close to normal as is safely possible. Because most patients with type 1 diabetes can achieve this goal only by using SMBG, all treatment programs should encourage SMBG for routine daily monitoring. Daily SMBG is especially important for patients treated with insulin or sulfonylureas to monitor for and prevent asymptomatic hypoglycemia. Frequency and timing of glucose monitoring should be dictated by the needs and goals of the individual patient, but for most patients with type 1 diabetes, SMBG is recommended three or more times daily. The optimal frequency of SMBG for patients with type 2 diabetes is not known, but should be sufficient to facilitate reaching glucose goals. When adding to or modifying therapy, type 1 and type 2 diabetic patients should test more often than usual. The role of SMBG in stable diet-treated patients with type 2 diabetes is not known.

2. SMBG is recommended for all insulin-treated patients with diabetes. SMBG may be desirable in patients treated with sulfonylureas or other insulin secretagogues and in all patients not achieving glycemic goals. Data indicate that only a minority of patients perform SMBG. Efforts should be made to substantially increase appropriate use of SMBG. Barriers to increasing use of SMBG include cost of testing, inadequate understanding by both health care providers and patients about the health benefits and

proper use of SMBG results, patient psychological and physical discomfort associated with finger-prick blood sampling, and inconvenience of testing in terms of time requirements, physical setting, and complexity of the technique.

Given the importance of SMBG to diabetes care, government, third-party payers, and others should strive to make the procedure readily accessible and affordable for all patients who require it. Thus, SMBG should be an important component of any health care benefits package.

3. Because the accuracy of SMBG is instrument and user dependent, it is important for health care providers to evaluate each patient's monitoring technique, both initially and at regular intervals thereafter. Use of calibration and control solutions on a regular basis by patients helps assure accuracy of results. In addition, because laboratory methods measure plasma glucose, many blood glucose monitors approved for home use and some test strips now calibrate blood glucose readings to plasma values. Plasma glucose values are 10–15% higher than whole blood glucose values, and it is crucial that people with diabetes know whether their monitor and strips provide whole blood or plasma results.

4. Optimal use of SMBG requires proper interpretation of the data. Patients should be taught how to use the data to adjust MNT, exercise, or pharmacological therapy to achieve specific glycemic goals. Health professionals should evaluate at regular intervals the patient's ability to use SMBG data to guide treatment. Although a number of SMBG methods store test results and with a computer interface can provide sophisticated analyses of blood glucose data, it is not known whether use of these data management systems yields better glucose control than patient review of results recorded in a logbook.

The recommendations in this paper are based on the evidence reviewed in the following publication: Tests of glycemia in diabetes (Technical Review). *Diabetes Care* 18:896–909, 1995.

The initial draft of this paper was prepared by David E. Goldstein, MD, Chair; Randie R. Little, PhD; Rodney A. Lorenz, MD; John I. Malone, MD; David M. Nathan, MD; and Charles M. Peterson, MD. The paper was peer-reviewed, modified, and approved by the Professional Practice Committee and the Executive Committee, November 1996. Most recent review/revision, 2000.

Abbreviations: DCCT, Diabetes Control and Complications Trial; GSA, glycated serum albumin; GSP, glycated serum protein; MNT, medical nutrition therapy; SMBG, self-monitoring of blood glucose.

# BLOOD GLUCOSE TESTING BY HEALTH CARE PROVIDERS FOR ROUTINE OUTPATIENT MANAGEMENT OF DIABETES

## Recommendations

1. Blood glucose testing (e.g., laboratory glucose or finger-stick glucose) should be available to providers for use as needed. With the availability of SMBG and glycated protein testing, routine laboratory blood glucose testing by health care providers should no longer be used to assess glycemic control except to supplement information obtained from other testing methods and to test the accuracy of SMBG. When adjusting oral glucose-lowering medication(s) in a patient not taking insulin, laboratory testing also may be appropriate.

2. Comparisons between results from patient self-testing of blood glucose in the clinic and simultaneous laboratory testing are useful to assess the accuracy of patient results. If such testing is performed by health care providers using portable capillary blood testing devices rather than standard hospital or clinic laboratory methods, rigorous quality control procedures should be used. Participation in the College of American Pathologists voluntary proficiency testing program for home-use testing devices is recommended.

3. Continuous ambulatory blood glucose monitoring may be used to determine 24-h blood glucose patterns and to detect unrecognized hypoglycemia; however, its role in improving diabetes outcomes remains to be established.

## URINE GLUCOSE

**TESTING** — SMBG has supplanted urine glucose testing for most patients. Urine glucose testing by patients in the home setting consists of semiquantitative measurements based on single voidings or, less often, by more quantitative "blocks" collected over 4-24 h. The rationale is that urinary glucose values reflect mean blood glucose during the period of urine collection. However, despite the relatively low cost and ease of specimen collection, the well-described limitations of urine glucose testing make SMBG the pre-

ferred method of monitoring glycemic status day-to-day.

If patients choose to perform urine glucose testing, they should fully understand the test limitations. Specifically, patients should be taught that although urine glucose measurements correlate with blood glucose measurements, urine glucose testing provides only a rough estimate of prevailing blood glucose levels. Patients should be taught that urine glucose testing provides no information about blood glucose levels below the renal threshold, which for most patients is 180 mg/dl (10 mmol/l).

## Urine/blood ketone testing

Ketone testing is an important part of monitoring in type 1 diabetic patients, in pregnancy with pre-existing diabetes, and in gestational diabetes. The presence of ketones may indicate impending or even established ketoacidosis, a condition that requires immediate medical attention. All people with diabetes should test for ketones during acute illness or stress or when blood glucose levels are consistently elevated (e.g., >300 mg/dl [>16.7 mmol/l]), during pregnancy, or when any symptoms of ketoacidosis, such as nausea, vomiting, or abdominal pain, are present.

Ketones are normally present in urine, but concentrations are usually below the limit of detectability with routine testing methods. However, positive ketone readings are found in normal individuals during fasting and in up to 30% of first morning urine specimens from pregnant women. Urine ketone tests using nitroprusside-containing reagents can give false-positive results in the presence of several sulfhydryl drugs, including the antihypertensive drug captopril. False-negative readings have been reported when test strips have been exposed to air for an extended period of time or when urine specimens have been highly acidic, such as after large intakes of ascorbic acid.

Ketone testing materials should be available in the office/clinic setting. Health care professionals should be aware, however, that currently available urine ketone tests are not reliable for diagnosing or monitoring treatment of ketoacidosis. Blood ketone testing methods that quantify β-hydroxybutyric acid, the predominant ketone body, are available and are preferred over urine ketone testing for diagnosing and monitoring ketoacidosis.

Home tests for β-hydroxybutyric acid are available.

## GLYCATED PROTEIN

**TESTING** — Blood and urine glucose testing and urine ketone testing provide useful information for day-to-day management of diabetes. However, these tests cannot provide the patient and health care team with a quantitative and reliable measure of glycemia over an extended period of time. Measurements of glycated proteins, primarily hemoglobin and serum proteins, have added a new dimension to assessment of glycemia. With a single measurement, each of these tests can quantify average glycemia over weeks and months, thereby complementing day-to-day testing.

## Glycated hemoglobin (GHb) testing

GHb, also referred to as glycohemoglobin, glycosylated hemoglobin, HbA₁c, or HbA₁, is a term used to describe a series of stable minor hemoglobin components formed slowly and nonenzymatically from hemoglobin and glucose. The rate of formation of GHb is directly proportional to the ambient glucose concentration. Since erythrocytes are freely permeable to glucose, the level of GHb in a blood sample provides a glycemic history of the previous 120 days, the average erythrocyte life span. GHb most accurately reflects the previous 2-3 months of glycemic control.

Many different types of GHb assay methods are available to the routine clinical laboratory. Methods differ considerably with respect to the glycated components measured, interferences, and nondiabetic range. Glycated hemoglobin is often reported as hemoglobin A₁c. HbA₁c has become the preferred standard for assessing glycemic control. In referring to this test, the term "A1C test" will be used.

The A1C test has been shown to predict the risk for the development of many of the chronic complications in diabetes, analogous to using cholesterol determinations to predict the risk for development of cardiovascular disease. However, optimal use of the A1C test for this purpose requires the standardization of A1C test assays. Without standardization, reported results between laboratories may not be comparable, even if both laboratories use the same assay method. The National Glycohemoglobin Standardization Program (http://web.missouri.edu/~diabetes/ngsp.html), sponsored in part by the

American Diabetes Association to standardize A1C test determinations to DCCT values, began in mid-1996. On an annual basis, manufacturers of A1C test assay methods are awarded a "certificate of traceability to the DCCT reference method" if their assay method passes rigorous testing criteria for precision and accuracy. It is desirable that laboratories use only A1C test assay methods that have passed certification testing. It is also desirable that all laboratories performing A1C testing participate in the College of American Pathologists proficiency testing survey for A1C testing started in mid-1996, which uses whole-blood specimens. Regardless of the assay method type and specific analyte qualified, all results should be reported as "% HbA$_{1c}$" or "% HbA$_{1c}$ equivalents."

A1C testing should be performed routinely in all patients with diabetes, first to document the degree of glycemic control at initial assessment, then as part of continuing care. Since the A1C test reflects a mean glycemia over the preceding 2–3 months, measurement approximately every 3 months is required to determine whether a patient's metabolic control has reached and been maintained within the target range. Thus, regular A1C testing permits detection of departures from the target range in a timely fashion. For any individual patient, the frequency of A1C testing should be dependent on the treatment regimen used and on the judgment of the clinician. In the absence of well-controlled studies that suggest a definite testing protocol, expert opinion recommends A1C testing at least two times a year in patients who are meeting treatment goals (and who have stable glycemic control) and more frequently (quarterly assessment) in patients whose therapy has changed or who are not meeting glycemic goals.

Proper interpretation of A1C test results requires that health care providers understand the relationship between test results and average blood glucose, kinetics of the A1C test and specific assay limitations. Data are available from the DCCT relating A1C test results to average glycemia, but these data should be used with caution if the A1C test assay method is not certified as traceable to the DCCT reference method.

A1C test values in patients with diabetes are a continuum; they range from normal in a small percentage of patients whose average blood glucose levels are in or close to the normal range to markedly elevated values, e.g., >9.5%, in some patients, reflecting an extreme degree of hyperglycemia. Specific treatment goals should be individualized, but one must take into account the results of studies, such as the DCCT, showing a direct relationship between A1C test values and the risk of many of the chronic complications of diabetes. The American Diabetes Association recommends that the goal of therapy should be an A1C result of <7% and that physicians should reevaluate and, in most cases, significantly change the treatment regimen in patients with A1C test results consistently >8%. Again, these specific A1C values apply only to assay methods that are certified as traceable to the DCCT reference method.

## Glycated serum protein (GSP)

Because the turnover of human serum albumin is much shorter (half-life of 14–20 days) than that of hemoglobin (erythrocyte life span of 120 days), the degree of glycation of serum proteins (mostly albumin) provides an index of glycemia over a shorter period of time than does glycation of hemoglobin. Measurements of total GSP and glycated serum albumin (GSA) correlate well with one another and with measurements of glycated hemoglobin (A1C test). In situations where the A1C test cannot be measured or may not be useful (e.g., hemolytic anemias), the GSP assay may be of value in the assessment of the treatment regimen. Several methods have been described that quantify either total GSP or total GSA. One of the most widely used is called the fructosamine assay. Values for GSP vary with changes in the synthesis or clearance of serum proteins that can occur with acute systemic illness or with liver disease. In addition, there is continuing debate as to whether fructosamine assays should be corrected for serum protein or serum albumin concentrations.

A single measurement of GSP provides an index of glycemic status over the preceding 1-2 weeks, while a single A1C test provides an index of glycemic status over a considerably longer period of time, 2-3 months.

Measurement of GSP (including fructosamine) has been used to document relatively short-term changes (e.g., 1–2 weeks) in glycemic status, such as in diabetic pregnancy or after major changes in therapy. However, further studies are needed to determine if the test provides useful clinical information in these situations.

Simultaneous measurements of GSP and the A1C test might complement one another and provide more useful clinical information than the A1C test alone. However, additional studies are needed to confirm the clinical utility of this approach.

Measurement of GSP, regardless of the specific assay method, should not be considered equivalent to the A1C test, since it only indicates glycemic control over a short period of time. Therefore, GSP assays would have to be performed on a monthly basis to gather the same information as measured by the A1C test three to four times a year. Unlike the A1C test, GSP has not yet been shown to be related to the risk of the development or progression of chronic complications of diabetes.

## References

1. Goldstein DE, Little RR, Lorenz RA, Malone JI, Nathan D, Peterson CM: Tests of glycemia in diabetes (Technical Review). *Diabetes Care* 18:896–909, 1995
2. American Diabetes Association: Self-monitoring of blood glucose (Consensus Statement). *Diabetes Care* 17:81–86, 1994
3. American Diabetes Association: Self-monitoring of blood glucose (Consensus Statement). *Diabetes Care* 10:93–99, 1987

Use of this content is subject to the Terms and Conditions of the MD Consult web site.

Clinics in Geriatric Medicine
Volume 16 • Number 4 • November 2000
Copyright © 2000 W. B. Saunders Company

# SUBACUTE CARE FOR SENIORS

## MANAGEMENT OF ELDERLY DIABETIC PATIENTS IN THE SUBACUTE CARE SETTING

Amy Lee MD

Division of Geriatric Medicine, Department of Internal Medicine, St. Louis University Health Sciences Center and School of Medicine, St. Louis, Missouri

Address reprint requests to
Amy Lee, MD
Division of Geriatric Medicine
Department of Internal Medicine
St. Louis University Health Sciences Center
1402 South Grand Boulevard
St. Louis, MO 63104

Glucose intolerance is age-related, and diabetes currently affects nearly one in five persons aged more than 65 years.[19] Abnormal glucose metabolism in diabetes may synergistically interact with other age-related pathologies to accelerate diabetic complications.[23][43] Diabetes has a major role in accelerating morbidity from atherosclerotic vascular disease and produces substantial mortality. The numbers of cardiovascular and peripheral vascular complications and their associated death rates among older diabetic persons are twice as high as the numbers for nondiabetic persons in the same age range.[19] The National Health and Nutrition Examination Survey (NHANES II),[20] conducted from 1976 through 1980, estimated that hospitalizations were 1.7 times more common for older persons with diabetes than for persons without diabetes. Only 16.5% of individuals without diabetes between 65 and 75 years of age reported hospitalization, whereas 29.9% of older persons with known diabetes had been hospitalized for diabetes-related conditions and other medical reasons.

Individuals aged 65 years and older comprise more than 12% of the US population; by the year 2020, this percentage is projected to exceed 20%.[19] By the year 2030, the number of elderly will more than double to 65 million; therefore, it is expected that an even greater number of older diabetic persons will be hospitalized in the years to come. Subacute care is a program that targets special groups of elderly persons with significant disabilities who are recovering from acute illnesses and provides them with skilled nursing care and appropriate rehabilitative services. The rapid growth of the elderly population, the age-related increase in the prevalence of diabetes, the much higher prevalence of cardiovascular and peripheral vascular complications, and the age-related acceleration of diabetic complications will offer new challenges for subacute care programs.

Subacute care provides assistance and general support for older persons with diabetes who have recent or current acute conditions with moderate instability, diabetes-related comorbidities, and functional dependencies that are complicating or complicated by their acute diabetic condition. To date, diabetic management in subacute care programs has been based for the most part on common sense or on extrapolation from the management in other situations. Limited data examine the general management of diabetes in the subacute care unit, and there has been no major review discussing diabetic management in this setting.

# CLASSIFICATION OF DIABETES IN ELDERLY PATIENTS

Based on treatment modalities, diabetes can be classified as insulin-requiring or non-insulin-requiring. Older adults with diabetes are a heterogeneous group that includes persons with juvenile-onset type 1 insulin-requiring diabetes, adult-onset type 2 insulin-requiring diabetes, and adult-onset type 2 non-insulin-requiring diabetics. In the older population, adult-onset type 2 non-insulin-requiring diabetes is the most common form of diabetes.[19] One must identify the type of diabetes the elderly person has before implementing an appropriate antidiabetic therapy.

The mode of treatment can change over time. One study found that only 50% of type 2 diabetic patients who initially were started on insulin remained on this treatment after 10 years.[42] Diabetic persons not initially started on insulin therapy became insulin-requiring at the rate of 2.5% per year.[38] Such individuals may have episodes of hyperglycemic hyperosmolar nonketotic syndrome (HHNS) or diabetic ketoacidosis (DKA) and do not need lifelong insulin treatment. Others may be started on insulin during periods of infection or perioperatively and may unnecessarily be continued on insulin.[24]

An important issue in insulin-treated elderly diabetic persons is whether insulin therapy can be stopped. Age and relative body weight are used to classify elderly diabetic persons into insulin-requiring and non-insulin-requiring groups. Using age and body weight, approximately 75% of diabetic persons can be correctly classified as insulin-requiring or non-insulin-requiring during a 1-year follow-up.[9] The presence of ketonemia at diagnosis has been shown to be of limited value. Other indicators, such as the effect of previous therapy and the level of blood glucose, accomplish little in the way of predicting insulin dependence.

The most useful biochemical parameter for predicting the potential success of various treatments and the requirement for insulin therapy is an evaluation of B-cell function by C-peptide measurements. The plasma C-peptide reactivity, either fasting or in response to stimulation with intravenous glucagon or oral glucose, has been studied for its ability to distinguish insulin-requiring patients from non-insulin-requiring patients and for its usefulness as an indication to withdraw insulin.[13] [14] [30] [33] [34] [39] [46] [60] Low C-peptide levels in an insulin-treated patient suggest that the person is truly insulin-dependent.[60] A high C-peptide response in a poorly controlled diabetic patient treated with diet and oral antidiabetic agents suggests that dietary instruction and compliance should be reinforced, and that there is no need to initiate insulin therapy. The author and a colleague recently reported that high C-peptide levels reflect sufficient insulin secretory capacity and identify formerly insulin-treated diabetic patients who can tolerate insulin withdrawal and be successfully controlled with combined insulin-sensitizer (metformin plus troglitazone) therapy in a subacute care setting without risks.[34] Data showed that stimulated C-peptide values are most effective in discriminating the insulin-requiring patient from the non-insulin-requiring patient. A cut-off C-peptide value of 0.68 nM after a 100-g glucose challenge administered orally can reliably predict a successful withdrawal from insulin therapy in insulin-treated type 2 diabetic persons. A high fasting C-peptide value (>0.5 nM for the obese patient and >0.38 nM for persons of normal weight) suggests the possibility of discontinuing insulin therapy[33] [34] (Table 1).

TABLE 1 -- BASELINE AND 2-HOUR STIMULATED C-PEPTIDE VALUES DURING THE ORAL GLUCOSE TOLERANCE TEST IN INSULIN-REQUIRING AND NON-INSULIN-REQUIRING TYPE 2 DIABETIC PATIENTS

| Group [‡] | C peptide (nmol/L) | | Glucose (mmol/L) | | |
| | Baseline | 2-Hour | Baseline | 2-Hour | Increase |
| --- | --- | --- | --- | --- | --- |
| Responder (n = 48) (non-insulin-requiring) | 0.54 ± 0.04 | 1.32 ± 0.05 | 8.1 ± 0.3 | 19.1 ± 0.4 | 11.0 ± 0.4 |
| Nonresponder (n = 16) (insulin-requiring) | 0.34 ± 0.03 | 0.59 ± 0.03 | 8.2 ± 0.4 | 21.9 ± 0.5 | 13.7 ± 0.4 |

‡ $P < 0.01$.

Docket No. C-06-349
A. Ex. 26
Page 2 of 14

http://home.mdconsult.com/das/article/...

Adapted from Lee A, Morley J: Classification of type 2 diabetes by clinical response to metformin-troglitazone combination and C-peptide criteria. Endocrine Practice 5:305-313, 1999; with permission.

*Values are shown as means ± SEM.

† The responder or nonresponder group is classified based on treatment response to a metformin and troglitazone combination.

## AGE-RELATED CONSIDERATIONS AND THE GLYCEMIC TARGETS

Although the manifestations of renal, retinal, and neurologic complications of diabetes normally take 10 to 20 years to develop, poor glycemic control and age-related pathology can accelerate degenerative changes in an additive manner. Degenerative processes can be rapidly and adversely affected by hyperglycemia over a relatively short time in elderly diabetic persons. In addition to slowing down the progression of retinopathy, nephropathy, and cataracts, glycemic control can improve dyslipidemia, leading to a lower risk of cardiovascular disease, less nocturia, polyuria, and hypovolemia, fewer infections, and better wound healing.

There are good reasons to achieve euglycemia regardless of advancing age. Newly reported data from the United Kingdom Prospective Diabetes Studies (UKPDS) have demonstrated that type 2 diabetic patients benefit from blood glucose control.[64] [65] [66] [67] This report substantiated the link between hyperglycemia and microvascular complications in type 2 diabetes, consistent with the findings suggested by the Diabetic Control and Complications Trial (DCCT) of type 1 diabetes.[10]

Although treatment is generally more aggressive in elderly diabetic persons, exceptions occur. These exceptions include diabetes occurring in an older person with a limited life expectancy and microvascular complications. It may be beneficial to relax the therapy to prevent hypoglycemia in very old persons living by themselves, in frail institutionalized elderly, in severely demented bed-bound diabetic persons, or in individuals having conditions such as end-stage renal disease, hepatic dysfunction, adrenal or pituitary failure, autonomic insufficiency, psychiatric illness, or alcoholism. Because such persons might sustain serious consequences from hypoglycemia, the risks of strict control outweigh the potential benefits. The American Diabetes Association (ADA) guidelines for blood glucose targets do not take into account the presence or absence of microvascular complications or the patient's life expectancy; however, they do acknowledge that in older adults with diabetes, different treatment goals may be warranted. These alternate guidelines recommend higher HbA$_1$C levels for individuals older than 75 years, with a poor medical prognosis, with compliance problems, or with intellectual deficits. In older diabetic patients with a life span of less than 5 years, with or without microvascular disease, the target HbA$_1$C is less than 9%. When an older diabetic patient has a life span of 5 to 15 years in the absence of microvascular complication or a life span of 5 to 10 years in the presence of microvascular disease, the target HbA$_1$C is less than 8%. When an elderly diabetic patient has a life span of 15 years or more in the absence of microvascular disease or a life span of 10 years or more in the presence of early or moderate microvascular complications, the target HbA$_1$C should be set at less than 7%. [31]

Essential processes of diabetic management in the subacute care unit are as follows:

1. Recognition of hyperglycemia, hypoglycemia, or both by performing frequent glucose monitoring, and overall assessment of the appropriateness of antidiabetic therapies to maintain optimal metabolic control
2. Continued treatment of partially resolved acute conditions or other uncomplicated care
3. Evaluation and management of coexisting cardiovascular and cerebrovascular complications and potential infections
4. Delivery of rehabilitative and restorative therapies

## INITIAL APPROACH AND BASELINE ASSESSMENT

310

A detailed history is the foundation of good diabetes care. Knowledge of the patient's age, body weight, clinical presentation, and previous history can help determine whether the individual has insulin-requiring or non-insulin-requiring diabetes. Diabetic patients should be asked about symptoms, current therapy, family history, and other associated problems and therapies. Particular attention should be paid to a history of coronary artery disease, hypertension, peripheral vascular disease, or renal disease. Dietary history, including meal times and the types and quantities of various foods eaten, should be assessed. This information will help the nutritionist design an appropriate meal plan based on the individual's food preference.

Physical examination is an essential part of the initial evaluation. Special attention should be paid to the patient's height and weight, blood pressure (supine and standing), and vascular status. The carotid and femoral vessels should be assessed for bruits, especially in the older diabetic patient with peripheral vascular disease. Special attention should be paid to the feet, which should be carefully palpated for the dorsalis pedis and posterior tibial, popliteal, and femoral pulses. When the pulses are absent, decisions should be based partially on noninvasive vascular techniques. The Doppler ultrasound sensor can be used to support the diagnosis of ischemia.[44] When the vessels are less compressible or noncompressible owing to medial calcinosis of peripheral arteries, the measurement of pressure within the vessel is artificially increased when compression is the basis of measurement. Because the digital arteries are less likely to be calcified, occlusive-pressure measurements within the digital artery are more reliable. Pulse volume recording, a form of plethysmography, measures the changes in pulse volume over time and can be performed to assess perfusion pressure. Examination of the Doppler waveform, especially its phasic nature, is another test that can provide semiquantitative information on stenosis severity.[8] Transcutaneous oxygen tension measurement has been used in healthy persons and those with occlusive disease as a noninvasive means of determining limb perfusion[12]; however, clinical judgment remains important because noninvasive tests are not definitive. Skeletal abnormalities, such as hallux valgus, bunions, callouses, and hammer toes, must be carefully documented. Neurologic assessment should include a careful evaluation of reflexes and tests of sensation to obtain baseline values.[59] The combination of vascular disease and neuropathy is the major cause of diabetic foot infection and nontraumatic amputation.

In the first evaluation, the minimum laboratory tests required are a complete urinalysis and determinations of blood glucose and glycohemoglobin A, C levels. It is also necessary to add electrolytes and creatinine to measure lipids, liver, and kidney function, and to obtain a complete blood count. Because of the high risk of macrovascular complications, a lipid analysis in a fasting state is an important aspect of diabetes assessment. Measurements of plasma C peptide during fasting and after glucose or glucagon stimulation will help to identify appropriate antidiabetic therapy.[13] [14] [30] [33] [34] [39] [49] [67] In older diabetic patients with hypertension, a baseline electrocardiogram should be performed and a chest roentgenogram obtained as needed.

The initial approach and care for elderly diabetic patients in the subacute care unit should include the following:

Initial evaluation

Complete history (medical, psychosocial, and functional) and comprehensive examination

Geriatric assessment (mini-mental state examination, geriatric depression scale, daily living activities, and gait and balance)

Dietary assessment

Laboratory examination (glycohemoglobin A, C, fasting glucose, fasting lipid profile, urine microalbumin, blood urea nitrogen/creatinine, urinalysis, electrocardiography, and nutritional panel)

Follow-up care

Use of appropriate antidiabetic treatment to meet target glucose control

Assessment with capillary glucose tests two to four times daily as needed to ensure that target glycemic levels are met

Assessment of diabetic complications and potential infections with appropriate management

Assessment of mobility, functional status, and the risk for decubitus ulcers

311

# DIABETIC MANAGEMENT

## Diet

Treatment of diabetes in elderly patients should involve dietary therapy, exercise, oral agents, and insulin. Consultation with a dietician to establish a well-balanced and nutritious diet is generally required. No specific modifications in the diet for elderly diabetic patients have been recommended by the ADA. A diet relatively high in carbohydrate (50% to 60% of total calories), low in fat (<30% of total calories from fat, with 10% saturated fat, 10% polyunsaturated fat, and 10% monosaturated fat), and moderate in protein ($\approx$ 20% of total calories) seems appropriate.[8] In the subacute care setting, such diets should be individually tailored and planned based on the metabolic, nutritional, and physical activity of the patient, especially for malnourished or chronically ill elderly patients. Radical diet modification can be difficult to achieve in the elderly, and dietary changes may have a negative impact on the quality of life. The patient's remaining life expectancy, during which time diabetic complications may or may not develop, and the difficulties of eating behavior modification must be taken into account. The avoidance of simple sugars (i.e., monosaccharides and disaccharides) and the performance of appropriate monitoring of hyperglycemia are the most realistic approaches for elderly diabetic patients in the subacute care unit. Dietary treatment for the prevention of diabetic complications has focused on atherosclerotic risk and generally involves the substitution of low-saturated fat, low-cholesterol diets that have beneficial effects on the lipoprotein profile. Many diets used in subacute care facilities involve alteration of the consistency of the diet, such as a liquid diet, mechanical soft diet, or modified-fiber diet. These diets do not change the availability of required nutrients in a major way but are useful in treating certain gastrointestinal disorders, in preparing the patient for surgical or diagnostic procedures, or in feeding individuals with chewing or swallowing difficulties.[8] Depending on the type and severity of dysphagia, management may require no oral intake, with bypass alimentation such as percutaneous gastrostomy or nasogastric tube feeding.[38]

## Exercise

The initial treatment of type 2 diabetes consists of dietary therapy and exercise. Older persons with diabetes are generally resistant to making changes in their diets. Exercise is a fundamental aspect of therapy and benefits even very elderly diabetic persons.[23] Increased physical activities lower fasting glucose and $HbA_1$ C levels and enhance insulin action together with improved glucose tolerance.[23] In the subacute care unit, some degree of physical exercise under the supervision of a therapist should be part of routine therapy, even if it is limited to simple motion of the extremities, because loss of muscle mass may contribute to deconditioning with lower-extremity weakness and insulin resistance.

## Oral Agents

Oral agents have been a mainstay of treatment for elderly patients with type 2 diabetes in whom hyperglycemia is not sufficiently controlled with diet or exercise. Insulin is indicated when glycemic goals are not met with diet, exercise, and oral medications. Nearly all diabetic persons prefer oral agents over insulin. Insulin therapy for the elderly can be particularly complex and stressful. Impaired manual dexterity, visual impairment, difficulty in drawing and injecting the exact dose of insulin, and difficulties in monitoring blood glucose are potential problems to initiating insulin therapy in this group.[17] Furthermore, functional and cognitive impairment influence these activities and predispose older persons to medication errors that cause hypoglycemia, which can be associated with severe psychomotor deficits and altered counterregulatory hormone responses. Multiple new therapeutic choices can achieve for glycemic control without insulin therapy. Using combined oral agent therapies to delay the need for insulin is an appealing approach to the older population with type 2 diabetes.

### Sulfonylurea and Nonsulfonylurea Insulin Secretagogues

Sulfonylurea drugs have been used as first-line therapy when dietary intervention fails and the $HbA_1$ C is greater than 8%. Sulfonylureas block the ATP-dependent potassium channels in the pancreatic B-cell plasma membrane, thereby maintaining depolarization and augmenting insulin secretion.[15] There are differences in the half-lives of

312

these drugs; however, there are no major differences in their effectiveness. The second-generation sulfonylureas (glyburide and glipizide) are preferred over the first-generation drugs because of fewer drug interactions and a more favorable safety profile.[15] Similar ATP-dependent potassium channels are found in the myocardium and B cells. In the heart, these channels have an important protective role against ischemic damage. Glimepiride (Amaryl),[47] which binds at a different site in the ATP-sensitive potassium channel, has reduced cardiovascular effects when compared with other sulfonylureas. Repaglinide (Prandin),[82] a nonsulfonylurea hypoglycemic agent, binds to ATP-sensitive potassium channels on pancreatic B cells and increases insulin secretion. Its half-life is less than 1 hour. Repaglinide is useful in patients with sulfa allergy and in patients whose erratic eating patterns could increase the risk of hypoglycemia with sulfonylureas.

*Biguanides*

Metformin is currently the only Food and Drug Administration (FDA)-approved biguanide, a class of drugs that predominantly decreases hepatic glucose output and, to a lesser extent, increases muscle glucose uptake.[2] [28] In contrast to sulfonylureas and nonsulfonylurea insulin secretagogues, metformin does not stimulate insulin secretion and does not cause hypoglycemia.[2] Metformin therapy promotes weight loss. It also lowers coronary ischemic risks by lowering triglycerides and low-density lipoprotein (LDL) cholesterol and increasing high-density lipoprotein (HDL) cholesterol.[2] Decreased plasminogen activator inhibitor type 1 and thus increased fibrinolytic activity accompanying the metformin therapy can produce improvements in cardiovascular outcomes.[42]

The most frequent side effects of metformin therapy are abdominal discomfort and diarrhea. These effects are dose-related and tend to occur at the onset of the therapy but are often transient. Metformin should not be used in conditions that are associated with increased generation of lactate or its decreased clearance, such as renal, hepatic, or severe cardiorespiratory insufficiency or alcoholism. The package insert cautions that metformin should not be used when serum creatinine exceeds 1.4 mg/dL in men and 1.2 mg/dL in women. Elderly individuals who have reduced muscle mass can have considerable renal insufficiency while still having serum levels below these values. Estimation of creatinine clearance is appropriate to ensure reasonable renal function (>60 mL/minute) before metformin treatment.[40] [41]

*Alpha-glucosidase Inhibitors*

Alpha-glucosidase inhibitors[27] [32] [59] prevent the breakdown and absorption of complex carbohydrate and disaccharides to the absorbable monosaccharides, attenuate the postprandial blood glucose rise, and cause a modest reduction in HbA, C. Alpha-glucosidase inhibitors can cause mild abdominal discomfort and flatulence. Miglitol,[27] [32] [50] a second-generation alpha-glucosidase inhibitor, is more potent than acarbose and has fewer gastrointestinal side effects. Alpha-glucosidase inhibitors impact on the response of incretin hormones released from the intestine after meals. Among the incretin hormones, glucagonlike peptide 1 is the most potent insulin secretogogue in the enteroinsular axis that may contribute to the extraintestinal effects of alpha-glucosidase inhibitors on glucose use and hepatic glucose production (through suppression of glucagon).[16] [28] The lack of hypoglycemia suggests an advantage in frail and demented elderly.[32]

*Thiazolidinediones*

Thiazolidinediones reduce hyperinsulinemia and enhance insulin sensitivity.[1] [50] [51] They improve insulin action through an increase in glucose use in the skeletal muscle. They also have beneficial effects on lipids, decreasing triglycerides and increasing HDL cholesterol levels. The FDA-approved thiazolidinediones are troglitazone, rosiglitazone, and pioglitazone. These compounds interact with a group of nuclear receptors known as peroxisome proliferator-activated receptors, which are members of the steroid/thyroid hormone receptor superfamily of transcription factors. Frequent monitoring of liver enzymes is recommended because of the concern for hepatic side effects. There has been no case report of fatal hepatic injury with use of the newer-generation thiazolidinediones--rosiglitazone and pioglitazone.

## Insulin Therapy

Elderly patients with type 2 diabetes who fail to control their diabetes with oral agent therapy because of insulinopenia and elderly patients with type 1 diabetes need exogenous insulin to manage hyperglycemia. Analogous to the insulin needs of normal individuals, estimated at 0.6 to 1.2 U/kg/day (35-50 U/day in adults), the daily needs of insulin-dependent diabetic patients can be divided into the basal requirement (40% to 50% of daily

313

insulin need), which is needed to maintain glycemic control between meals and during sleep, and the dietary requirement (50% to 60% of daily insulin need), which is devoted to the control of blood glucose during nutrient intake. The basal requirement should be supplied uninterrupted to avoid diabetic ketoacidosis. The dietary requirement should be adjusted to accommodate meal and activity schedules.

An increase in appetite may be perceived and a weight gain seen after the initiation of insulin treatment. The resistance to insulin action may be severe in some diabetic persons, implying a total insulin requirement of more than 0.8 U/kg/day. The addition of an insulin sensitizer, such as metformin or troglitazone, to restore the insulin sensitivity will decrease the daily insulin need.[26]

When insulin treatment is limited to a single injection of intermediate-acting insulin given in the morning, blood glucose monitorings before breakfast and supper are most useful. Fasting hyperglycemia, with an otherwise acceptable glucose profile, is an indication for distributing or adding 10% to 25% of the total daily insulin dose to a second injection of intermediate-acting insulin given before bedtime or before supper. Late morning or evening hyperglycemia can be treated with rapid-acting insulin given before breakfast or supper, respectively. Dosage adjustments for diabetic patients who receive a second insulin injection should be based on the results of blood glucose monitoring four times daily. In the subacute care unit, sliding scales of regular insulin can be useful to cover hyperglycemia as needed, based on the results of frequent glucose monitoring. No specific form or regimen has been identified as particularly advantageous for elderly diabetic patients. Stable premixed insulins (70% NPH and 30% regular, or 50% of each) can be used by patients who have difficulty mixing insulin because of visual problems or impairment of manual dexterity.

The new insulins permit adaptation to an individual's needs and greater flexibility in dose adjustment. An example is the use of lispro human insulin (Humalog).[3] [25] [57] The glucose-lowering action of lispro human insulin appears within 3 minutes after subcutaneous injection and lasts for 1 to 2 hours, whereas regular insulin requires 15 to 30 minutes to reach the adequate therapeutic level and lasts for 5 to 6 hours. High doses of regular insulin are associated with an extended peak and duration of action, leading to delayed hypoglycemia. In contrast, lispro human insulin remains pharmacokinetically stable with increasing doses. Appropriate adjustment with lispro human insulin has the potential to free diabetic patients from their traditional diet. Regular insulin given in a sufficient amount an hour before a meal containing starches and sweets, such as pizza, soft drinks, or a high-sugar dessert, will probably result in a satisfactory early glycemic response for an elderly diabetic patient; however, invariably, the person will experience delayed hypoglycemia. When the same foods are consumed after the administration of lispro human insulin, the glycemic response will be normalized without delayed hypoglycemia. Because regular insulin given at supper continues to act through the night, without a bedtime snack, hypoglycemia is a real concern. If the same individual is given lispro human insulin before supper, there will be no need for the bedtime snack.

Seventy years after the introduction of insulin, there remains an important compliance issue for diabetic persons who need insulin therapy to control hyperglycemia. Inhaled insulin is extremely effective for restoring glycemic control in insulin-dependent diabetic patients.[6] This mode of delivery may circumvent the resistance that many insulin-requiring diabetic patients express about insulin therapy. Inhaled insulin offers comparable glycemic control but provides improved satisfaction. Studies have shown that inhaled insulin is well tolerated, and that significant hypoglycemia is rare.

With the advent of new insulin options for diabetic persons, it is now feasible to tighten control in the elderly with minimal increased risks of hyperglycemia. In the subacute care unit, the new insulin analogue lispro human insulin can provide additional improvement for elderly diabetic patients with irregular food intake postoperatively or during acute illness. Inhaled insulin can be used for improved control of diabetes in elderly patients who have erratic absorption of insulin owing to fluid shift, hemodynamic changes, and alterations in blood flow to the subcutaneous tissue.[22] Such conditions may complicate glycemic control and are a major factor in treating older patients with insulin therapy in a subacute care unit. Another important factor altering diabetic management in elderly patients is the counterregulatory stress responses of illnesses, such as pain, trauma, sepsis, and mental stresses, causing uncontrolled hyperglycemia. Insulin requirements are often increased. Difficulties in coordinating meals with diagnostic or therapeutic procedures frequently result in hypoglycemic reactions. The effects of narcotics on gut motility and glycemic control in relation to the population in subacute care should be considered.[7] As the result of a mismatching of calories with insulin, similar to that seen with gastroparesis, increased gastric transit time can have deleterious effects on glycemic control. The main principles of treatment of diabetic gastroparesis are the avoidance of drugs that impair gastric emptying; the treatment of associated conditions; the use of gastric prokinetic agents (e.g., metoclopramide, cisapride, and erythromycin) to enhance

314

gastric emptying and reduce gastric stasis; feeding jejunostomy; surgery; and the use of lispro human insulin.[37]

## Acute Complications

### Hyperglycemic Hyperosmolar Nonketotic Syndrome

Hyperglycemic hyperosmolar nonketotic syndrome is a state of acute illness characterized by marked dehydration, increased osmolality (>320 mOsm/kg), severe hyperglycemia (>600 mg/dL), a serum pH greater than 7.3, a bicarbonate level of 20 mEq/L or more, and, occasionally, mild positive or absent ketones. It occurs in individuals with mild or occult diabetes, most of whom are at least middle-aged or elderly.[18] [66] Underlying renal insufficiency and heart failure are common. Certain drugs, such as phenytoin, diuretics, and glucocorticoids, have been implicated in its pathogenesis, as have procedures associated with glucose loadings, such as peritoneal dialysis and parenteral nutrition. HHNS and DKA can be seen in older persons with either type 1 or 2 diabetes. Because type 2 diabetes is the most common form of diabetes, HHNS is more characteristic of the decompensated state seen in older persons. The tendency for HHNS to develop in the elderly can be explained by a combination of age-related impaired maintenance of serum osmolality, decreased sensation of thirst, and decreased access to water, especially in bedridden physically dependent elderly with multiple problems such as infection, myocardial infarction, and stroke. The major mechanisms that explain the occurrence of HHNS instead of DKA in older diabetic patients are the decreased pancreatic insulin reserve, which is inadequate to suppress hepatic glucose production but sufficient to prevent lipolysis, and the much lower levels of stress hormones and free fatty acids to induce lipolysis.[67]

Treatment of HHNS involves frequent and careful monitoring during an attempt to replenish the volume depletion, correct electrolyte imbalances, lower glucose toward normal, and assess and manage precipitating events. Fluid replacement is of paramount importance in treating HHNS. The onset of hyperosmolality is more insidious in older persons without ketosis; lethargy and confusion develop as serum osmolality exceeds 310 mOsm/kg. If hypovolemia is present, fluid therapy should be initiated with isotonic saline. In all other cases, hypotonic saline is preferable because the body fluid is markedly hyperosmolar. Careful monitoring for proper sodium and water replacement should be performed. Once blood glucose reaches 250 mg/dL, fluid replacement should include 5% dextrose in either 0.9% saline or 0.45% saline solution. To reduce the risk for cerebral edema, the rate of dextrose infusion should be adjusted to maintain glycemic levels of 225 to 250 mg/dL. An important endpoint of fluid therapy is to restore urine output to 50 mL/hour or more. In general, less insulin is required to reduce hyperglycemia in individuals with HHNS when compared with patients with DKA. In most cases, an initial dose of 10 to 15 U intravenously or 10 to 15 U subcutaneously of regular insulin is usually efficient. Unlike in DKA, there may be no initial hyperkalemia in HHNS with the absence of acidosis unless it is associated with renal insufficiency. Less severe total potassium depletion occurs in HHNS; therefore, less potassium replacement is needed. Because the serum potassium may decline as a result of the driving effect of insulin on intracellular potassium, a small dose of potassium chloride (10-20 mEq/L) can be added to the initial fluid administration if the serum potassium is not elevated.

### Hypoglycemia

Frail elderly diabetic patients with poor nutritional intake are at greatest risk for hypoglycemia. In addition to the development of diabetic nephropathy or other kidney diseases, the age-related deterioration of kidney function may contribute to hypoglycemia.[11] Because an age-related decline in beta-adrenergic receptor function in some elderly causes loss of the beta-adrenergic response of tachycardia and tremor, aged diabetic patients may be less aware that hypoglycemia is occurring and may be less able to counterregulate hypoglycemia by adrenergic stimulation of glucose production.[21] Elderly with long-standing diabetes may have autonomic neuropathy with impaired epinephrine secretion, which would exacerbate the risk for hypoglycemia. Attempts to normalize glucose are associated with an increased frequency of hypoglycemia in older adults treated with insulin or sulfonylureas. Because hypoglycemia may precipitate stroke, myocardial infarction, or significant injury resulting from trauma during syncope, there is the potential for significant morbidity and even mortality with hypoglycemia. Careful assessment of the nutritional status, kidney and liver function, and the coexistent use of other medications in the elderly is important. Frequent monitoring of blood glucose levels is critical to avoid hypoglycemia and its consequences. Treatment with insulin sensitizers, such as the biguanides (metformin) or thiazolidinediones (troglitazone, rosiglitazone, or pioglitazone),[32] should reduce the general risk for hypoglycemia. Packets of table sugar, a candy roll, or a Dextrosol sugar tablet containing 3 g of glucose per tablet can be used to relieve mild hypoglycemic symptoms. An ample amount of glucagon (1 mg) or 50 mL of 50% dextrose solution should be available for more severe hypoglycemia.    315

Docket No. C-06-349
A. Ex. 26
Page 8 of 14

*Diabetic Ketoacidosis*

Diabetic ketoacidosis can occur in patients with type 2 diabetes who have relative insulin deficiency when severe stress or illness results in the secretion of large quantities of stress hormones (i.e., epinephrine, cortisol, and glucagon). In many elderly diabetic patients, the occurrence of DKA does not necessarily indicate that insulin therapy will be required for life.[58] Most of these individuals can be treated with diet, oral agents, or both once the acute stress or illness subsides. Laboratory findings in DKA include increased serum glucose levels ranging from 200 mg/dL to more than 1000 mg/dL, acidosis (pH <7.2; bicarbonate <15 mEq/L), and elevated ketone concentrations. The blood and urine ketones are usually determined by the Keto-Diastix or Acetest tablets, which detect acetoacetate via the nitroprusside reaction. During the recovery phase of DKA, beta-hydroxybutyrate levels are high, and the actual degree of ketosis is not accurately measured by the nitroprusside reaction. Fluid and insulin treatment of DKA are similar to that for HHNS. Insulin administration should not be discontinued when the serum glucose levels fall because this discontinuation may result in the recurrence of ketosis. Potassium repletion should be started even if the serum potassium levels are normal or slightly elevated in DKA once urine flow is established and renal function is adequate because acidosis shifts potassium from intracellular to extracellular pools and results in increased potassium loss during osmotic diuresis.

## Diabetes-related Geriatric Syndromes

Delirium, weakness/lethargy, possible hip or pelvic fracture, syncope/falling, breast or colon cancer, infection (pneumonia, urinary tract infection, cellulitis, or skin ulcers), chronic obstructive pulmonary disease with exacerbation/respiratory failure, acute myocardial infarction/heart failure, and dehydration/electrolyte imbalance are the most common reasons for acute hospitalization before subacute care. Elderly diabetic patients who are transferred to subacute care units tend to have one or more comorbidities that may be related or unrelated to the primary condition of diabetes. The most common diagnoses in these patients are falls/deconditioning, hypertension, atherosclerotic cardiovascular disease, malnutrition, foot wounds, and uncontrolled hyperglycemia. A general understanding of the nature and magnitude of these syndromes is needed by physicians and nurses because diabetic complications produce, or are associated with, all of these syndromes.

*Falls*

In subacute care units, physicians treating elderly diabetic patients frequently encounter individuals whose chief complaint is falling. Increasing age has been shown to increase postural instability. Increasing disability is associated with a marked increase in the risk for and damage from falls. Fear of falling and restricted mobility pose appreciable limitations on the freedom of movement and quality of life for many older adults. A physician who is asked to evaluate a fall must broaden the differential diagnosis beyond seizure, dehydration, and neurologic or vascular disorders. Approximately 30% of community-dwelling individuals aged more than 65 years will fall at least once a year, and the percentage is greater among hospitalized elderly and nursing home residents.[58] Falls in the elderly rarely occur owing to a single cause. Effective intervention must entail a comprehensive assessment of the patient's intrinsic deficits (usually, medications, alcohol consumption, or impaired sensory input, judgment, blood pressure regulation, reaction time, balance, or gait), of the activity engaged in at the time of the fall, and of environmental obstacles. Other often overlooked but treatable contributors include postprandial hypotension (which peaks 30 to 60 minutes after a meal),[57] insomnia, urinary urgency, and leg edema (which can burden impaired leg strength and gait with an additional 5 to 10 pounds). Because most falls occur in or around the home, a visit by the physician and physical therapist often reaps substantial dividends and is generally reimbursed by third-party payers, including Medicare.

*Hypertension*

Diabetes has a well-established association with hypertension and should be considered an additive risk factor for hypertension. Isolated systolic hypertension causes a two to threefold increase in mortality, especially related to cardiovascular disease and stroke. Recent studies support the value of aggressive antihypertensive treatment in diabetes, which is now emphasized in several guidelines, such those proposed by the Joint National Committee for the Prevention, Detection, Evaluation, and Treatment of High Blood Pressure (JNC VI), Systolic Hypertension in Europe (SysT-Eur), World Health Organization, and Hypertension Optimal Treatment. According to the results of the UKPDS, the largest trial of type 2 diabetes, intensive glycemic control can prevent microvascular and macrovascular complications. Tight blood pressure control offers even more protection against cardiovascular morbidity and mortality than tight blood glucose control.[64] [65] [66] [67] In the UKPDS, aggressive blood pressure control reduced the risk of any diabetes-related endpoint, including the risk for microvascular and macrovascular

316

complications by 24% ($P$ = 0.005), whereas intensive glucose control reduced the risk by 12% ($P$ = 0.03). When compared with patients undergoing conventional antihypertensive treatment (with an average blood pressure of 154/87 mm Hg), diabetic patients with tight blood pressure control (with an average blood pressure of 144/82 mm Hg) showed a one-third reduction in any diabetes-related endpoint, a one-third reduction in diabetes-related death, and a nearly one-half reduction in the risk for stroke over an average follow-up period of 8.4 years. The SysT-Eur[53] trial reported convincing evidence that risk reductions after aggressive control were dramatically greater in the diabetic subgroup when compared with the nondiabetic population.

The rational choice of antihypertensive agents in elderly diabetic patients is based on the lowest dose of an efficacious drug that is unlikely to worsen glycemic control and mask hypoglycemic symptoms. Calcium channel blockers and angiotensin-converting enzyme (ACE) inhibitors are the best choices for hypertension in a diabetic individual. ACE inhibitors may prevent proteinuria even in normotensive diabetics through their actions on intraglomerular pressure and a blockade of renal hypertrophy triggered by elevated angiotensin II; however, not all diabetic persons experience maximal pressure response to ACE inhibitors.[36] Blood pressure control is a key goal regardless of other pharmacologic benefits. Accumulating evidence suggests that, with the exception of the short-acting dihydropyridine agents, most calcium antagonists reduce or stabilize the glomerular filtration rate in diabetic persons. Recent data suggest that calcium antagonists may be superior to ACE inhibitors as potent antihypertensive agents and may exhibit potentially renoprotective properties in addition to decreasing blood pressure.[55] Agents in this class, particularly the long-acting dihydropyridine drugs such as amlodipine (Norvasc) and felodipine (Plendil), should be considered as first-line or adjunctive treatments targeting aggressive blood pressure control.

*Foot Wounds*

Foot ulcers are a major predictor of future lower-extremity amputation in older adults with diabetes. Approximately 14% to 24% of individuals with a foot ulcer will require an amputation. Diabetes is the leading cause of nontraumatic lower-extremity amputation in the United States.[46] Any wound that remains unhealed after 4 weeks is cause for concern and is associated with worse outcomes, including amputation. Foot wounds should be treated in diabetic patients to improve function and quality of life; to control infection; to maintain health status and avoid general deconditioning and psychosocial dysfunction; and to prevent amputation and thereby decrease morbidity, mortality, and financial costs. The diabetic foot ulcer is a chronic wound. Unlike acute wounds, chronic wounds lack an orderly and predictable process of healing and become "stuck" in the inflammatory/proliferative process.[61] The driving forces in the nonhealing or recurrent diabetic foot ulcer are predominantly related to underlying neuropathy with repeated unrecognized trauma, structural abnormalities, and changes in local regulation of inflammation. In addition, the presence of peripheral vascular disease and infection can lead to poor healing of foot wounds and the development of gangrene.[4]

Properly assessing the foot wound is the first step in developing a rational treatment. The key points of a good medical history include (1) identification of the initiating trauma, the duration of the wound, the progression of signs, previous treatment response, comorbidities, and glycemic control; and (2) a specific description of the wound, neurologic findings, vascular evaluation, the presence of soft-tissue infection, and osteomyelitis. Established treatment modalities include off-loading (e.g., total contact casts, castboots, sandals, felted foam dressings), superficial debridement, dressings, the management of infection, deep debridement, vascular reconstruction, and amputation. Adjunctive therapies, such as normalization of blood glucose, the control of comorbid conditions, the treatment of edema, and nutritional support, are important components in treating foot wounds. New technologies include growth factors, living skin equivalents, electrical stimulation, cold laser, and heat. Becaplermin (Regranex) (recombinant platelet-derived growth factor) for the topical treatment of diabetic foot ulcers shows a modest benefit if used with adequate off-loading, debridement, and control of infection. Consideration should be given to revascularization in diabetic individuals whose wounds are primarily ischemic in etiology. In diabetic individuals with extensive tissue loss, maximizing arterial flow by restoring a pulse to the foot through distal revascularization achieves the most rapid and durable healing. Quality-of-life measurements indicate that revascularization in diabetic patients with ischemia helps heal ulceration, eliminates pain, and may allow an elderly patient to return to better function and well-being. Aggressive revascularization has been shown to decrease amputation at all levels, frequently replacing that operation with a foot-sparing procedure. Nevertheless, a well-performed amputation and successful rehabilitation can also improve a person's quality of life. When amputation is needed, the goal should be performance of the most distal amputation that will heal and return the patient to optimal function.

*Malnutrition*

317

Weight loss in older persons is not unusual. Of all residents in long-term care facilities, 30% to 50% have substandard body weight and midarm muscle circumferences and low serum albumin concentrations.[41] [79] There is a direct relationship between the loss of body weight and morbidity and mortality. Cachexia has been associated with increased numbers of infections, decubitus ulcers, and deaths. Cachexia in the elderly may have profound physical, cognitive, and psychiatric consequences. It may diminish self-reliance in activities of daily living and reduce the quality of life, as well as increase the frequency of secondary procedures, institutionalization, and the need for skilled care. Recent studies have shown that cachexia is associated with higher-than-normal concentrations of tumor necrosis factor, interleukin-1, interleukin-6, and interferons.[79] Reduction in the concentrations of these cytokines results in weight gain. Drugs that promote appetite stimulation and weight gain, such as progestational agents, cyproheptadines, and pentoxifylline, may work by decreasing these proinflammatory cytokines.[70] In the subacute care facility, the administration of a progestational agent such as megestrol acetate or anabolic steroids along with specific nutritional manipulation to improve food intake and weight gain is beneficial. Although early studies suggested that growth hormone therapy may reverse severe cachexia,[29] a recent investigation found that it increased fatalities.[56] Further research is needed to evaluate fully the safety and efficacy of these agents in malnourished elderly diabetic patients.

*Depressive Disorders*

Depression is common in the elderly and has been demonstrated to be a major predictive factor of mortality in older diabetic patients.[42] [51] Screening for depression should be required for all older diabetic patients.[54] Treatment can be offered with low cholinergic agents (desipramine or nortriptyline) or selective serotonin reuptake inhibitors.

## SUMMARY

The major goal in the treatment of diabetes in older adults is to optimize blood glucose levels in an attempt to prevent acute and chronic complications. Another goal in the subacute care setting is to minimize the risk for hypoglycemia. Glycemic management should be planned based on the remaining life expectancy of the patient and the presence of microvascular and macrovascular complications. With the advent of new therapeutic options, such as insulin sensitizers, alpha-glucosidase inhibitors, and lispro human insulin, it is feasible to tighten glycemic control in the elderly with minimal increased risks of hypoglycemia. Fasting and stimulated C-peptide measurements can help identify and implement appropriate antidiabetic therapy. A subacute care program requires more than one discipline to meet patients' needs. Interdisciplinary providers must deliver a coordinated package of care. The basic principles of geriatric medicine apply to elderly diabetic patients in a subacute care facility. General recommendations include the early initiation of physical therapy to increase mobility, the judicious use of psychoactive drugs, the restricted use of indwelling catheters, and strict decubitus precautions. In addition, input from rehabilitative therapists, social workers, and medical consultants, such as cardiologists, hematologists, and nephrologists, may be helpful in individual cases to provide a clarification of other conditions.

## References

1. Antonucci T, Whitcomb R, McLain R, et al: Impaired glucose tolerance is normalized by treatment with thiazolidinedione troglitazone. Diabetes Care 20:188-193, 1997   Abstract

2. Bailey CJ: Biguanides and NIDDM. Diabetes Care 15:755-772, 1992   Abstract

3. Benbarka MM, Prescott PT, Aoki TT: Practical guidelines on the use of insulin lispro in elderly diabetic patients. Drugs Aging 12:103-113, 1998   Abstract

4. Caputo GM, Cavanagh PR, Ulbrecht JS, et al: Assessment and management of foot disease in patients with diabetes. N Engl J Med 331:854-860, 1994   Abstract

5. Cerami A, Vlassara H, Brownlee M: Role of advanced glycosylation products in complications of diabetes. Diabetes Care 11(suppl 1):73-79, 1988   Abstract

6. Cefalu WT, Gelfand RA, Kourides I, et al: Treatment of type 2 diabetes mellitus with inhaled human insulin: A 3-month multicenter trial. Diabetes

**Docket No. C-06-349**
**A. Ex. 26**
**Page 11 of 14**  318

47:A61, 1998

7. Chauduri TK, Fink S: Update: Pharmaceuticals and gastric emptying. Am J Gastroenterol 85:223-230, 1990   Abstract

8. Coulston AM, Mandelbaum D, Reaven GM: Dietary management of nursing home residents with non-insulin-dependent diabetes mellitus. Am J Clin Nutr 51:67-71, 1990   Abstract

9. Diabetes Control and Complications Trial Research Group: The effect of intensive treatment of diabetes on the development and progression of long-term complications in insulin-dependent diabetes mellitus. N Engl J Med 329:977-986, 1993   Abstract

10. Darling RC, Raines JK, Berner BJ, et al: Quantitative segmental pulse volume recorder: A clinical tool. Surgery 72:873-887, 1993

11. Fischer KF, Lees JA, Newman JH: Hypoglycemia in hospitalized patients: Causes and outcomes. N Engl J Med 315:1245-1250, 1986   Abstract

12. Franzeck UK, Talke P, Bernstein EF, et al: Transcutaneous $PO_2$ measurements in health and peripheral arterial occlusive disease. Surgery 91:156-163, 1982   Abstract

13. Frazier LM, Murlow CD, Alexaner LT Jr, et al: Need of insulin therapy in type II diabetes mellitus: A randomized trial. Arch Intern Med 147:1085-1089, 1987   Abstract

14. Genuth S: Insulin use in NIDDM. Diabetes Care 13:1240-1264, 1990   Abstract

15. Gerich JE: Oral hypoglycemic agents. N Engl J Med 321:1231-1245, 1989   Citation

16. Goke B, Fuder H, Wieckhorst G, et al: Voglibose (AO-128) is an efficient alpha-glucosidase inhibitor and mobilizes the endogenous GLP-1 reserve. Digestion 56:493-501, 1995   Abstract

17. Goldberg AP, Coon PJ: Diabetes mellitus and glucose metabolism in the elderly. In Hazzard WR, et al (eds): Principles of Geriatric Medicine and Gerontology, ed 3. New York, McGraw-Hill, 1994, pp 825-845

18. Greene DA: Acute and chronic complications of diabetes mellitus in older patients. Am J Med 80:39-53, 1986   Abstract

19. Harris MI, Hadden WC, Knowler WC, et al: Prevalence of diabetes and impaired glucose tolerance and plasma glucose levels in US population aged 20-74 years. Diabetes 36:523-534, 1987   Abstract

20. Harris MI: Epidemiology of diabetes mellitus among the elderly in the United States. Clin Geriatr Med 6:703-719, 1990   Abstract

21. Heinsimer HA, Lefkowitz RJ: The impact of aging on adrenergic receptor function: Clinical and biochemical aspects. J Am Geriatr Soc 33:184-188, 1985   Abstract

22. Hirsch IB, McGill JB: Role of insulin in management of surgical patients with diabetes mellitus. Diabetes Care 13:980-991, 1990   Abstract

23. Howey DC, Bowsher RR, Brunelle RL, et al: Lispro human insulin: A rapidly absorbed analog of human insulin. Diabetes 43:396-402, 1994   Abstract

24. Hogikyan RV, Halter JB: Aging and diabetes. In Porte D Jr, Sherwin RS (eds): Ellenberg & Rifkin's Diabetes Mellitus, ed 5. Stamford, CT, Appleton & Lange, 1997

25. Hother-Nielsen O, Faber O, Sorensen NS, et al: Classification of newly diagnosed diabetic patients as insulin-requiring or non-insulin-requiring based on clinical and biochemical variables. Diabetes Care 11:531-537, 1988   Abstract

26. Inzucchi SE, Maggs DG, Spollett GR, et al: Efficacy and metabolic effects of metformin and troglitazone in type II diabetes mellitus. N Engl J Med 338:867-872, 1998   Abstract

27. Johnston PS, Coniff RF, Hoogwerf BJ, et al: Effects of the carbohydrase inhibitor miglitol in sulfonylurea-treated type 2 diabetes patients. Diabetes Care 17:20-29, 1994   Abstract

28. Joubert PH, Foukaridis GN, Bopape ML: Miglitol may have a blood glucose lowering effect unrelated to inhibition of alpha-glucosidase. Eur J Clin Pharmacol 31:723-724, 1987   Abstract

29. Kaiser FE, Silver AJ, Morley JE: The effect of recombinant human growth hormone on malnourished older individuals. J Am Geriatr Soc 39:235-240, 1991   Abstract

319

Docket No. C-06-349
A. Ex. 26
Page 12 of 14

30. Laakso M, Sarlund H, Korhonen T, et al: Stopping insulin treatment in middle-aged diabetic patients with high postglucagon plasma C-peptide: Effect on glycemic control, serum lipids and lipoproteins. Acta Med Scand 223:61-68, 1988  Abstract

31. Lardinois C: Type 2 diabetes: Glycemic targets and oral therapies for older patients. Geriatrics 53:22-39, 1998  Abstract

32. Lebovitz HE: Alpha-glucosidase inhibitors. Endocrinol Metab Clin North Am 26:539-551, 1997  Full Text

33. Lee A, Bray GA, Morley JE: Stimulated C-peptide and glucose levels as metabolic criteria to use insulin treatment in adult-onset type II diabetes. Endocrine Practice 2:183-190, 1996

34. Lee A, Morley J: Classification of type 2 diabetes by clinical response to metformin-troglitazone combination and C-peptide criteria. Endocrine Practice 5:160-170, 1999

35. Lewis EJ, Hunsicker LG, Bain RP, et al: The effect of angiotensin-converting enzyme inhibition on diabetic nephropathy. N Engl J Med 329:1456-1462, 1993  Abstract

36. Lipkin EW: Enteral/parenteral alimentation. In Hazzard WR, et al (eds): Principles of Geriatric Medicine and Gerontology, ed 3. New York, McGraw-Hill, 1994

37. Loo FD, Palmer DW, Soergel KH, et al: Gastric emptying in patients with diabetes mellitus. Gastroenterology 86:485-494, 1984  Abstract

38. Lyons TJ, Kennedy L, Atkinson AB, et al: Predicting the need for insulin therapy in late onset (40-69 years) diabetes mellitus. Diabetic Medicine 1:105-107, 1984

39. Madsbad S, Krarup T, McNair P, et al: Practical clinical value of the C-peptide response to glucagon stimulation in the choice of treatment in diabetes mellitus. Acta Med Scand 210:153-156, 1981  Abstract

40. Morley JE, Perry HM 3rd: The management of diabetes mellitus in older individuals [review]. Drugs 41:548-565, 1991  Abstract

41. Morley JE: An overview of diabetes mellitus in older persons [review]. Clin Geriatr Med 15:211-224, 1999  Abstract

42. Melton LJ, Palumbo PJ, Chu CP, et al: Incidence of diabetes mellitus by clinical type. Diabetes Care 6:75-86, 1983  Abstract

43. Nagi DK, Yudkin JS: Effects of metformin on insulin resistance, risk factors for cardiovascular disease, and plasminogen activator inhibitor in NIDDM subjects: A study of two ethnic groups. Diabetes Care 16:621-629, 1993  Abstract

44. Naliboff BD, Rosenthal M: Effects of age on complications in adult onset diabetes. J Am Geriatr Soc 37:838-842, 1989  Abstract

45. Ramsey DE, Manke DA, Sumner DS: Toe blood pressure: A valuable adjunct to ankle pressure measurement for assessing peripheral arterial disease. J Cardiovasc Surg 24:43-48, 1983  Abstract

46. Ramsey SD, Newton K, Blough D, et al: Incidence, outcomes, and cost of foot ulcers in patients with diabetes. Diabetes Care 22:382-287, 1999  Abstract

47. Rendell M: C-peptide levels as a criterion in treatment of maturity-onset diabetes. J Clin Endocrinol Metab 57:1198-1206, 1983  Abstract

48. Rosenstock J, Samols E, Muchmore DB, et al: Glimepiride, a new once-daily sulfonylurea. Diabetes Care 19:1194-1199, 1996  Abstract

49. Rosenthal MJ, Fajardo M, Gilmore S, et al: Hospitalization and mortality of diabetes in older adults: A 3-year prospective study. Diabetes Care 21:231-235, 1998  Abstract

50. Saltiel AR, Olefsky JM: Thiazolidinediones in the treatment of insulin resistance in type II diabetes. Diabetes 45:1661-1669, 1996  Abstract

51. Schwartz S, Raskin P, Fonseca V, et al: Effect of troglitazone in insulin-treated patients with type II diabetes mellitus. N Engl J Med 338:861-866, 1998  Abstract

52. Segal P, Felig PU, Schernthaner G, et al: The efficacy and safety of miglitol therapy compared with glibenclamide in patients with type 2 diabetes inadequately controlled by diet alone. Diabetes Care 20:687-691, 1997  Abstract

53. Sheikh JL, Yesavage JA: Geriatric depression scale: Recent evidence and development of a shorter version. Clin Gerontol 5:165-172, 1986

54. Staessen JA, Fagard R, Thijs L, et al: Subgroup and pre-protocol analysis of the randomized European Trial on Isolated Hypertension in the Elderly. Lancet 350:757-764, 1997

55. Takala J, Ruokonen E, Webster NR, et al: Increased mortality associated with growth hormone treatment in critically ill adults. N Engl J Med 341:785-792, 1999   Abstract

56. Tinetti ME: Falls. *In* Hazzard WR, et al (eds): Principles of Geriatric Medicine and Gerontology, ed 3, New York, McGraw-Hill, 1994, pp 1313-1327

57. Torlone E, Modarelli F, Pampanelli S, et al: Effects of the short-acting insulin analog {Lys (B28), Pro(B29)} on postprandial blood glucose control. Diabetes Care 19:945-952, 1996   Abstract

58. Tuomilehto J, Rastenyte D, Birkenhager WH, et al: Effects of calcium-channel blockade in older patients with diabetes and systolic hypertension. N Engl J Med 340:677-684, 1999   Abstract

59. Vaitkevicius PV: Frequency and importance of postprandial blood pressure reduction in elderly nursing-home patients. Ann Intern Med 115:865, 1991   Abstract

60. Vinik AL: Diabetic neuropathies. Diabetes Care 15:1926-1941, 1992   Abstract

61. Welborn TA, Garcia-Webb P, Bonser AM: Basal C-peptide in the discrimination of type I from type II diabetes. Diabetes Care 4:616-619, 1981   Abstract

62. Witte MB, Barbul A: General principles of wound healing. Surg Clin North Am 77:509-527, 1997   Full Text

63. Wolffenbuttel BH, Nijst L, Sels JP, et al: Effects of a new hypoglycemia agent, repaglinide, on metabolic control in sulfonylurea-treated patients with type 2 diabetes. Eur J Clin Pharmacol 45:113-116, 1993   Abstract

64. UK Prospective Diabetes Study (UKPDS) Group: Intensive blood-glucose control with sulfonylurea or insulin compared with conventional treatment and risk of complications in patients with type 2 diabetes (UKPDS 33). Lancet 352:837-853, 1998

65. UK Prospective Diabetes Study (UKPDS) Group: Effect of intensive blood-glucose control with metformin on complications in overweight patients with type 2 diabetes (UKPDS 34). Lancet 352:854-865, 1998

66. UKPDS Group: Tight blood pressure control and risk of macrovascular and microvascular complications in type 2 diabetes (UKPDS 38). BMJ 317:703-713, 1998   Abstract

67. UKPDS Group: Efficacy of atenolol and captopril in reducing risk of macrovascular and microvascular complications in type 2 diabetes (UKPDS 39). BMJ 317:713-720, 1998   Abstract

68. Umpierrez GE, Khajavi M, Kitabchi AE: Review: Diabetic ketoacidosis and hyperglycemic hyperosmolar nonketotic syndrome. Am J Med Sci 311:225-233, 1996   Citation

69. Yesavage JA: Geriatric depression scale. Psychopharmacol Bull 24:709-711, 1988   Citation

70. Yeu SS, Schuster MW: Geriatric cachexia: The role of cytokines. Am J Clin Nutr 70:183-197, 1999   Abstract

Copyright © 2006 Elsevier Inc. All rights reserved.                    www.mdconsult.com

Bookmark URL: /das/journal/view/56192877-2/N/11549422?ja=216249&PAGE=1.html&ANCHOR=top&source=MI

321

Docket No. C-06-349
A. Ex. 26
Page 14 of 14

Skip Navigation

**United States Department of**
# Health & Human Services

- **HHS Home**
- **Questions?**
- **Contact HHS**
- **Site Map**

Search

**This is an archive page. The links are no longer being updated.**

FOR IMMEDIATE RELEASE
Thursday, May 3, 2001

Contact: NIH/NIDDK Press
Office
(301) 496-3583
CDC Press Office
(404) 639-3826
HCFA Press Office
(202) 690-6145

## HHS LAUNCHES DIABETES EDUCATION PROGRAM FOR OLDER AMERICANS

HHS Secretary Tommy G. Thompson will commemorate Older Americans Month by announcing a new campaign Friday to remind older adults with diabetes about the importance of routine blood sugar monitoring to manage their disease and that Medicare benefits are available to help them do so. May is Older Americans Month.

The National Diabetes Education Program (NDEP), a joint federal program run by the National Institutes of Health (NIH) and the Centers for Disease Control and Prevention (CDC), has joined forces with the Health Care Financing Administration (HCFA) to help older adults understand that routine self-monitoring of blood sugar levels can help delay or prevent the complications of diabetes. The NDEP is working with HCFA to reach Americans 65 years and older as well as younger people with disabilities who have diabetes with information on the treatment and benefits available for people with Medicare. An estimated 4.5 million Medicare beneficiaries have diabetes.

"Educating the public, especially older Americans, about diabetes and its complications as well as providing increased access to diabetes treatment are the keys to reducing the risks of this serious public health problem," said Secretary Thompson. "It is so important that we get the word out that people with Medicare can use their benefits to better monitor and manage their diabetes."

Routine self-monitoring of blood sugar levels is crucial to adults with diabetes and their health care providers as they devise a treatment plan for managing their disease. Diabetes is one of the leading causes of death and disability in the United States. Complications from diabetes include kidney disease, heart disease, nerve damage, blindness, and lower limb amputation.

Several years ago Congress expanded the Medicare diabetes benefits to help both insulin and noninsulin-treated people with diabetes pay for the equipment and supplies they need to test their blood sugar levels. To use the benefit, a patient needs to ask the treating physician to prescribe blood sugar testing supplies, including blood sugar test strips, lancets, blood sugar testing monitors, and spring-powered devices for lancets. These supplies are available at little cost to people with Medicare. In addition, the treating physician should certify that the patient or his or her caregiver has been properly trained to use the equipment.

"Patients on fixed incomes often find it hard to purchase blood sugar monitoring equipment and supplies," said Michael McMullan, acting Deputy Administrator of HCFA, the government agency that manages the Medicare program. "Older adults as well as younger people with disabilities who have diabetes -- and their health care providers -- need to know that Medicare benefits are available to help them delay or prevent complications from diabetes."

"The emotional, physical, and financial toll of this disease is devastating, but, fortunately, the complications can be delayed or prevented. That is why it is so vital that people with diabetes, their families, and caregivers actively maintain a proper treatment plan. It is extremely important for people with diabetes to work closely with their health care provider to understand the role that self-monitoring their blood sugar might play in their care," according to Charles M. Clark, M.D., chairman of the NDEP Steering Committee. "With 2,186 new cases of diabetes diagnosed every day in the United States, many of them in older people, we believe that educating people with diabetes is key to controlling this silent killer. We know it is critical to a healthier aging process," he explained.

The department's Administration on Aging, which leads a national network of state and area agencies on aging, tribal organizations, service providers and volunteers, is assisting with the dissemination of the diabetes awareness educational materials.

The latest effort to raise awareness about the importance of routine self-monitoring of blood sugar comes amid renewed concerns about the dramatic increase in cases of diabetes nationwide, especially among ethnic and minority populations. The CDC has called diabetes the epidemic of our time. Currently, approximately 16 million Americans have diabetes, one-third of whom have been undiagnosed.

### ###

---

Note: All HHS press releases, fact sheets and other press materials are available at *www.hhs.gov/news*.

# ReedSmith

# FAX TRANSMITTAL

Reed Smith LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005-3373
202.414.9200
Fax 202.414.9299

**From: Jason M. Healy**
Direct Phone: 202.414.9245
Email: jhealy@reedsmith.com
Date:      June 5, 2006

## Total Number Of Pages Including Cover Page 2

## FAX TO

| Name | Company | Fax Number | Phone Number |
|------|---------|-----------|--------------|
| Tony Smith | HHS Departmental Appeals Board | 202-565-0226 | 202-565-0161 |

**Original will follow via:** ☐ Regular Mail  ☐ Overnight Delivery  ☐ Messenger  ☒ None

**NOTES:**

Tony,

This is the letter from Mutual of Omaha that I received this morning, along with the copy of our May 2 filing that Mutual returned to us.

Jason

**If you do not receive all of the pages, please call us at 202.414.9200.**

Please Transmit Before  ☐9 ☐10 ☐11 a.m. ☐12 ☒1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 p.m.

Client Number: 925557    Matter Number: 20104    Attorney Number: 751
Transmission Time: ____ a.m./p.m.    Finish Time: ____ a.m./p.m.
Operator:

PLEASE NOTE: The information contained in this facsimile message may be privileged and confidential, and is intended only for the use of the individual(s) or entity named above who has been specifically authorized to receive it. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return all pages to the address shown above. Thank you.

NEW YORK ♦ LONDON ♦ LOS ANGELES ♦ PARIS ♦ SAN FRANCISCO ♦ WASHINGTON, D.C. ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND

MUNICH ♦ PRINCETON ♦ FALLS CHURCH ♦ WILMINGTON ♦ NEWARK ♦ MIDLANDS, U.K. ♦ CENTURY CITY ♦ RICHMOND ♦ LEESBURG

**CMS/**
CENTERS for MEDICARE & MEDICAID SERVICES



Mutual of Omaha

MUTUAL of OMAHA INSURANCE COMPANY
Medicare Area
P.O. Box 1602 • Omaha, NE 68101
1-800-MEDICARE (1-800-633-4227)
TTY (Hearing Impaired) 877-486-2048
www.mutualmedicare.com
A CMS Contracted Intermediary

May 31, 2006

RECV

06-349

Jason M. Healy
Reed Smith LLP
1301 K Street N.W.
Suite 1100 - East Tower
Washington, DC 20005-3317

Beneficiary:    Louise Bailey
Health Insurance Claim No.:
Date(s) of Service:    October 1, 2005 through October 31, 2005
Type of Service:    Laboratory services
Provider Name:    Kindred Nursing Centers West LLC
Provider No.:    465109

Attention: Medicare Billing

We are returning the attached request and documentation which was received in our office on May 5, 2006.

Our records show that a claim, with the above dates of service, was partially denied on January 9, 2006.

At this time, we do not show that the first level of appeal, a Part B Redetermination, has ever been completed. The Redetermination is the first step in the appeal process. A request for this level of appeal must be submitted on letterhead, signed, dated and identifying the correct level of appeal. You can also use this opportunity to submit additional documentation that you feel would substantiate the coverage billed.

The submission of the appropriate request does not extend the timely filing limit for your appeal. The corrected request, along with any documentation, must be received within 120 days of denial for a Part B Redetermination request.

If you have any questions, please contact us at 1-866-734-1519.

Sincerely,

Kim Kavan
Medicare Claims Appeals





Mutual *of* Omaha Insurance Company
Medicare Division
P.O. Box 1602 • Omaha, NE 68101
mutualmedicare.com
A CMS Contracted Intermediary

Martha K. Zajicek
1ˢᵗ Vice President & Counsel
*t* 402 351 2421  *f* 402 351 2000
martha.zajicek@mutualofomaha.com

June 14, 2006

**VIA USPS EXPRESS MAIL**
Department of Health & Human Services
Departmental Appeals Board, MS 6132
Civil Remedies Division
330 Independence Avenue, SW
Cohen Building, Room G-644
Washington, DC 20201

      RE:    In re CMS LCD Complaint: Blood Glucose Testing, Docket No. C-06-349

To the Honorable Keith W. Sickendick, Administrative Law Judge:

In accordance with the Order entered in the above-referenced matter on April 19, 2006, Mutual of Omaha Insurance Company, Medicare Division, is providing three copies of its LCD record for Blood Glucose Testing.

Please direct all future service and correspondence on Mutual of Omaha in this matter to my attention.

Very truly yours,

*Martha K Zajicek*

Martha K. Zajicek
First Vice President & Counsel
Law Operation

Attachments

cc:    Elaine Knapp ARNP, CMS Seattle RO (w/o attachments)
       Janet Kyle (w/o attachments)
       Ellen Evans, MD (w/o attachments)

CERTIFICATE OF SERVICE

I hereby certify, on penalty of perjury, that on June 14, 2006, I caused the LCD Record for Blood Glucose Testing issued by Mutual of Omaha Insurance Company to be served by USPS Express Mail, postage prepaid, on:

Mr. Thomas C. Fox, Esq.
Reed Smith LLP
1301 K. Street, N.W.
Suite 1100 – East Tower
Washington, DC 20005-3317

Mr. Jason M. Healy, Esq.
Reed Smith LLP
1301 K. Street, N.W.
Suite 1100 – East Tower
Washington, DC 20005-3317

Martha K. Zajicek
First Vice President & Counsel
Law Operation
Mutual of Omaha Insurance Company
Mutual of Omaha Plaza
Omaha, NE  68175-1008
(402) 351 2421 phone
(402) 351-2000 fax

327

C-06-349
Medicare Contract Carrier's
LCD record for
BLOOD GLUCOSE TESTING

# LMRP APPROVAL FORM

**LMRP FILE NAME:** _Blood Glucose Testing_

**LMRP TITLE:** _Blood Glucose Testing_

**ORIGINATOR:** _Carol Richard RN_

**COST CENTER:** ~~17600~~ _17018_

**Draft** _____    **Final** _✓_____

_____✓_ **LMRP APPROVED**

_____ **LMRP APPROVED WITH REVISIONS**

_____ **DO NOT ISSUE, NEEDS INVESTIGATION**

_7/31/01_
APPROVAL DATE

_Carol Richard RN_
APPROVAL SIGNATURE

_7/31/01_
APPROVAL DATE

_[signature]_
MANAGER APPROVAL (Required in Claims)

**REQUESTED DISTRIBUTION DATE:** _9-4-01_

**ASSIGNED LMRP (required on final only) #:** _2001-B_

**ACTUAL DISTRIBUTION DATE:** _8-3-01 / 8-6-01_  _Done ) mail out_

329

  

MEDICARE AREA
P.O. BOX 1602
OMAHA, NE 68101
(402) 351-2860
www.mutualmedicare.com
A HCFA CONTRACTED INTERMEDIARY

# Local Medical Review Policy

# Subject: Blood Glucose Testing

# Distribution:
# Hospitals
# SNF
# RHC
# ESRD
# CORF

# Date: August 6, 2001

330

J1198

**Contractor Policy Number:**     2001- B

**Contractor Name:**     **Mutual of Omaha Insurance Company**

**Contractor Number:**     **52280**

**Contractor Type:**     **Fiscal Intermediary**

**LMRP Title:**     **Blood Glucose Testing**

Policy Ending Date:            N/A

LMRP Description:             This policy is intended to apply to blood samples used to
                             determine glucose levels. Blood glucose determination may
                             be done using whole blood, serum or plasma. It may be
                             sampled by capillary puncture, as in the fingerstick method,
                             or by vein puncture or arterial sampling. The method for
                             assay may be by color comparison of an indicator stick, by
                             meter assay of whole blood or a filtrate of whole blood,
                             using a device approved for home monitoring, or by using a
                             laboratory assay system using serum or plasma. The
                             convenience of the meter or stick color method allows a
                             patient to have access to blood glucose values in less than a
                             minute or so and has become a standard of care for control
                             of blood glucose, even in the inpatient setting.

Indications & Limitations Of   Blood glucose values are often necessary for the
Coverage And/Or Medical       management of patients with diabetes mellitus, where
Necessity:                    hyperglycemia and hypoglycemia are often present. They
                             are also critical in the determination of control of blood
                             glucose levels in the patient with impaired fasting glucose
                             (FPG 110-125 mg/dL), the patient with insulin resistance
                             syndrome and/or carbohydrate intolerance (excessive rise in
                             glucose following ingestion of glucose or glucose sources of
                             food), in the patient with a hypoglycemia disorder such as
                             nesidioblastosis or insulinoma, and in patients with a
                             catabolic or malnutrition state. In addition to those
                             conditions already listed, glucose testing may be medically
                             necessary in patients with tuberculosis, unexplained chronic
                             or recurrent infections, alcoholism, coronary artery disease
                             (especially in women), or unexplained skin conditions
                             (including pruritis, local skin infections, ulceration and
                             gangrene without an established cause). Many medical
                             conditions may be a consequence of a sustained elevated or
                             depressed glucose level. These include comas, seizures or
                             epilepsy, confusion, abnormal hunger, abnormal weight loss
                             or gain, and loss of sensation. Evaluation of glucose may
                             also be indicated in patients on medications known to affect
                             carbohydrate metabolism.

                             Frequent home blood glucose testing by diabetic patients
                             should be encouraged. In stable, non-hospitalized patients
                             who are unable or unwilling to do home monitoring, it may
                             be reasonable and necessary to measure quantitative blood
                             glucose up to four times annually.

                             Depending upon the age of the patient, type of diabetes,
                             degree of control, complications of diabetes, and other co-
                             morbid conditions, more frequent testing than four times
                             annually may be reasonable and necessary.

82962   Glucose, blood by glucose monitoring device(s) cleared by the FDA specifically for home use.

| | | |
|---|---|---|
| Not Otherwise Classified (NOC) Code: | N/A | |
| ICD-9 Codes That Support Medical Necessity: | 011.00-011.96 | Tuberculosis |
| | 038.0-038.9 | Septicemia |
| | 112.1 | Recurrent vaginal candidiasis |
| | 112.3 | Interdigital candidiasis |
| | 118 | Opportunistic mycoses |
| | 157.4 | Malignant neoplasm of Islets of Langerhans |
| | 158.0 | Malignant neoplasm of retroperitoneum |
| | 211.7 | Benign neoplasm of Islets of Langerhans |
| | 242.00-242.91 | Thyrotoxicosis |
| | 250.00-250.93 | Diabetes mellitus |
| | 251.0-251.9 | Disorders of pancreatic internal secretion |
| | 253.0-253.9 | Disorders of the pituitary gland |
| | 255.0 | Cushing syndrome |
| | 263.0-263.9 | Malnutrition |
| | 271.0-271.9 | Disorders of carbohydrate transport and metabolism |
| | 272.0-272.4 | Disorders of lipoid metabolism |
| | 275.0 | Hemochromotosis |
| | 276.0-276.9 | Disorders of fluid, electrolyte and acid-base balance |
| | 278.3 | Hypercarotinemia |
| | 293.0 | Acute delirium |
| | 294.9 | Unspecified organic brain syndrome |
| | 298.9 | Unspecified psychosis |
| | 300.9 | Unspecified neurotic disorder |
| | 310.1 | Organic personality syndrome |
| | 337.9 | Autonomic nervous system neuropathy |
| | 345.10-345.11 | Generalized convulsive epilepsy |
| | 348.3 | Encephalopathy, unspecified |
| | 355.9 | Neuropathy, not otherwise specified |
| | 356.9 | Unspecified hereditary and idiopathic peripheral neuropathy |
| | 357.9 | Unspecified inflammatory and toxic neuropathy |
| | 362.0 | Unspecified retinal disorders |
| | 362.10 | Background retinopathy |
| | 362.18 | Retinal vasculitis |

| | |
|---|---|
| 730.07-730.27 | Osteomyelitis of tarsal bones |
| 780.01 | Coma |
| 780.02 | Transcient alteration of awareness |
| 780.09 | Alteration of consciousness, other |
| 780.2 | Syncope and collapse |
| 780.39 | Seizures, not otherwise specified |
| 780.4 | Dizziness and giddiness |
| 780.71-780.79 | Malaise and fatigue |
| 780.8 | Hyperhidrosis |
| 782.0 | Loss of vibratory sensation |
| 783.1 | Abnormal weight gain |
| 783.2 | Abnormal loss of weight |
| 783.5 | Polydipsia |
| 785.0 | Tachycardia |
| 785.4 | Gangrene |
| 786.01 | Hyperventilation |
| 786.09 | Dyspnea |
| 786.50 | Chest pain, unspecified |
| 787.6 | Fecal incontinence |
| 787.91 | Diarrhea |
| 788.41-788.43 | Frequency of urination and polyuria |
| 789.1 | Hepatomegaly |
| 790.2 | Abnormal glucose tolerance test |
| 790.6 | Other abnormal blood chemistry (hyperglycemia) |
| 791.0 | Proteinuria |
| 791.5 | Glycosuria |
| 796.1 | Abnormal reflex |
| 799.4 | Cachexia |
| V23.0-V23.9 | Supervision of high risk pregnancy |
| V58.69 | Long term current use of other medication |
| V67.2 | Follow-up examination, following chemotherapy |
| V67.51 | Follow up examination with high-risk medication not elsewhere classified |

| | |
|---|---|
| Diagnosis That Support Medical Necessity: | See "ICD-9 Codes That Support Medical Necessity" |
| ICD-9 Codes That DO NOT Support Medical Necessity: | ICD-9 codes that were not listed previously are considered non-covered |
| Diagnoses That DO NOT Support Medical Necessity: | Diagnoses that were not listed previously are considered non-covered |

Reasons for Denial:

(**Note:** This section was not negotiated by the Negotiated Rulemaking Committee. This section includes HCFA's interpretation of its longstanding policies and is included for informational purposes.)

- A standing order for a covered laboratory service without evidence of signs or symptoms of hyperglycemia or hypoglycemia would not be considered reasonable and necessary and would not be considered for separate payment.

- Lack of documentation of prompt notification of the physician (prompt notification would be the anticipation that the physician would be notified prior to the next blood glucose monitoring with the possible adjustment of medication) would not be considered reasonable and necessary and would not be considered for separate payment.

- Routine monitoring per accucheck of blood sugars done daily, weekly or intermittently without signs or symptoms and/or without physician notification would not be considered reasonable or necessary and would not be considered for separate payment.

- Tests for screening purposes that are performed in the absence of signs, symptoms, complaints, or personal history of disease or injury are not covered except as explicitly authorized by statute. These include exams required by insurance companies, business establishments, government agencies, or other third parties.

- Tests that are not reasonable and necessary for the diagnosis or treatment of an illness or injury are not covered according to the statute.

- Failure to provide documentation of the medical necessity of tests may result in denial of claims.
- Such documentation may include notes documenting relevant signs, symptoms or abnormal findings that substantiate the medical necessity for ordering the tests. In addition, failure to provide independent verification that the test was ordered by the treating physician (or qualified non-physician practitioner) through documentation in the physician's office may result in denial.

| | |
|---|---|
| V16.8 | Family history of malignant neoplasm, other specified malignant neoplasm |
| V16.9 | Family history of malignant neoplasm, unspecified malignant neoplasm |
| V17.0–V17.8 | Family history of certain chronic disabling diseases |
| V18.0– V18.8 | Family history of certain other s specific conditions |
| V19.0–V19.8 | Family history of other conditions |
| V20.0–V20.2 | Health supervision of infant or child |
| V28.0 – V28.9 | Antenatal screenings |
| V50.0-V50.9 | Elective surgery for purposes other than remedying health states |
| V53.2 | Fitting and adjustment of hearing aid |
| V60.0-V60.9 | Housing, household, and economic circumstances |
| V62.0 | Unemployment |
| V62.1 | Adverse effects of work environment |
| V65.0 | Health persons accompanying sick persons |
| V65.1 | Persons consulting on behalf of another person |
| V68.0–V68.9 | Encounters for administrative purposes |
| V70.0–V70.9 | General medical examinations |
| V73.0–V73.99 | Special screening examination for viral and chlamydia diseases |
| V74.0–V74.9 | Special screening examinations for bacterial and spirochetal diseases |
| V75.0–V75.9 | Special screening examination for other infectious diseases |
| V76.0 | Special screening for malignant neoplasms, respiratory organs |
| V76.3–V76.9 | Special screening for malignant neoplasms (sites other than breast and cervix) |
| V77.0–V77.9 | Special screening for endocrine, nutrition, metabolic, and immunity disorders |
| V78.0–V78.9 | Special screening for disorders of blood and blood-forming organs |
| V79.0–V79.9 | Special screening for mental disorders |

♦ A three-digit code is to be used only if it is not further subdivided. Where fourth-digit and/or fifth-digit subclassifications are provided, they must be assigned. A code is invalid if it has not been coded to the full number of digits required for that code. (From Coding Clinic for ICD-9-CM. Fourth Quarter, 1995, page 44)

♦ Diagnoses documented as "probable," "suspected," "questionable," "rule-out," or "working diagnosis" should not be coded as though they exist. Rather, code the condition(s) to the highest degree of certainty for that encounter/visit, such as signs, symptoms, abnormal test results, exposure to communicable disease or other reasons for the visit. (From Coding Clinic for ICD-9-CM, Fourth Quarter 1995, page 45).

♦ When a non-specific ICD-9-CM code is submitted, the underlying sign, symptom, or condition must be related to the indications for the test above.

♦ A diagnostic statement of impaired glucose tolerance must be evaluated in the context of the documentation in the medical record in order to assign the most accurate ICD-9-CM code. An abnormally elevated fasting blood glucose level in the absence of the diagnosis of diabetes is classified to Code 790.6 - other abnormal blood chemistry.
If the provider bases the diagnostic statement of "impaired glucose tolerance" on an abnormal glucose tolerance test, the condition is classified to 790.2-normal glucose tolerance test.

♦ Both conditions are considered indications for ordering glycated hemoglobin or glycated protein testing in the absence of the diagnosis of diabetes mellitus.

♦ When a patient is under treatment for a condition for which the tests in this policy are applicable, the ICD-9-CM code that best describes the condition is most frequently listed as the reason for the test.

♦ When laboratory testing is done solely to monitor response to medication, the most accurate ICD-9-CM code to describe the reason for the test would be V58.69-long term use of medication.

Blood Glucose Testing-September 2001
Mutual of Omaha Insurance Company - Medicare

Compliance program guidelines for laboratory services sets forth conditions under which a physician's order for a repeat laboratory service can qualify as an order for another covered laboratory service. A standing order is not usually acceptable for a covered laboratory service.(PM AB-00-108)

If home -use glucose monitoring devices are used in the nursing home settings, a glucose monitoring service must be performed in accordance with laboratory coverage criteria to qualify for separate payment under the Medicare laboratory benefit. For a laboratory service to be reasonable and necessary, it must be ordered by the physician, the ordering physician must use the result in the management of the beneficiary's specific medical problem, and the laboratory result must be reported to the physician PROMPTLY in order for the physician to use the result and instruct continuation or modification of the patient care.(PM AB-00-108)

Other Comments:                N/A

Sources of Information:         This policy has been adopted from the Medicare National Coverage Decisions for Blood Glucose Testing. This policy was developed through the Medical Coverage Negotiated Rule making process. The sources of information used in developing this policy can be found on the HCFA web site, and are listed below;

- 2000 CPT Physicians' Current Procedural Terminology, American Medical Association

- AACE Guidelines for the Management of Diabetes Mellitus, *Endocrine Practice* (1995)1:149-157. Bower, Bruce F. And Robert E. Moore, Endocrine Function and Carbohydrates.

- Clinical Laboratory Medicine, Kenneth D. McClatchy, editor. Baltimore/Williams & Wilkins, 1994. Pp 321-323.

- Report of the Expert Committee on the Diagnosis and Classification of Diabetes Mellitus, Diabetes Care, Volume 20, Number 7, July 1997, pages 1183 et seq.

- Roberts, H. J., Difficult Diagnoses. W. B. Saunders Co., pp 69-70.

Advisory Committee Notes:      N/A



# MEDICARE
## LMRP



MEDICARE AREA
P.O. BOX 1602
OMAHA, NE  68101
(402) 351-2860
www.mutualmedicare.com
A HCFA CONTRACTED INTERMEDIARY

---

# Local Medical Review Policy

# Subject: Blood Glucose Testing

# Distribution:
# Hospitals
# SNF
# RHC
# ESRD

# Date: April 23, 2001

# DRAFT

347

Contractor Policy Number:     2001- B

Contractor Name:     **Mutual of Omaha Insurance Company**

Contractor Number:     52280

Contractor Type:     **Fiscal Intermediary**

LMRP Title:     **Blood Glucose Testing**

# DATE: April 23, 2001

# DRAFT

348

LMRP Description:

This policy is intended to apply to blood samples used to determine glucose levels. Blood glucose determination may be done using whole blood, serum or plasma. It may be sampled by capillary puncture, as in the fingerstick method, or by vein puncture or arterial sampling. The method for assay may be by color comparison of an indicator stick, by meter assay of whole blood or a filtrate of whole blood, using a device approved for home monitoring, or by using a laboratory assay system using serum or plasma. The convenience of the meter or stick color method allows a patient to have access to blood glucose values in less than a minute or so and has become a standard of care for control of blood glucose, even in the inpatient setting.

Indications & Limitations Of Coverage And/Or Medical Necessity:

Blood glucose values are often necessary for the management of patients with diabetes mellitus, where hyperglycemia and hypoglycemia are often present. They are also critical in the determination of control of blood glucose levels in the patient with impaired fasting glucose (FPG 110-125 mg/dL), the patient with insulin resistance syndrome and/or carbohydrate intolerance (excessive rise in glucose following ingestion of glucose or glucose sources of food), in the patient with a hypoglycemia disorder such as nesidioblastosis or insulinoma, and in patients with a catabolic or malnutrition state. In addition to those conditions already listed, glucose testing may be medically necessary in patients with tuberculosis, unexplained chronic or recurrent infections, alcoholism, coronary artery disease (especially in women), or unexplained skin conditions (including pruritis, local skin infections, ulceration and gangrene without an established cause). Many medical conditions may be a consequence of a sustained elevated or depressed glucose level. These include comas, seizures or epilepsy, confusion, abnormal hunger, abnormal weight loss or gain, and loss of sensation. Evaluation of glucose may also be indicated in patients on medications known to affect carbohydrate metabolism.

Frequent home blood glucose testing by diabetic patients should be encouraged. In stable, non-hospitalized patients who are unable or unwilling to do home monitoring, it may be reasonable and necessary to measure quantitative blood glucose up to four times annually.

Draft for comments-Blood Glucose Testing-April 2001
Mutual of Omaha Insurance Company - Medicare

| 211.7 | Benign neoplasm of Islets of Langerhans |
| 242.00-242.91 | Thyrotoxicosis |
| 250.00-250.93 | Diabetes mellitus |
| 251.0-251.9 | Disorders of pancreatic internal secretion |
| 253.0-253.9 | Disorders of the pituitary gland |
| 255.0 | Cushing syndrome |
| 263.0-263.9 | Malnutrition |
| 271.0-271.9 | Disorders of carbohydrate transport and metabolism |
| 272.0-272.4 | Disorders of lipoid metabolism |
| 275.0 | Hemochromotosis |
| 276.0-276.9 | Disorders of fluid, electrolyte and acid-base balance |
| 278.3 | Hypercarotinemia |
| 293.0 | Acute delirium |
| 294.9 | Unspecified organic brain syndrome |
| 298.9 | Unspecified psychosis |
| 300.9 | Unspecified neurotic disorder |
| 310.1 | Organic personality syndrome |
| 337.9 | Autonomic nervous system neuropathy |
| 345.10-345.11 | Generalized convulsive epilepsy |
| 348.3 | Encephalopathy, unspecified |
| 355.9 | Neuropathy, not otherwise specified |
| 356.9 | Unspecified hereditary and idiopathic peripheral neuropathy |
| 357.9 | Unspecified inflammatory and toxic neuropathy |
| 362.0 | Unspecified retinal disorders |
| 362.10 | Background retinopathy |
| 362.18 | Retinal vasculitis |
| 362.29 | Nondiabetic proliferative retinopathy |
| 362.50-362.57 | Degeneration of macular posterior pole |
| 362.60-362.66 | Peripherial retinal degeneration |
| 362.81-362.89 | Other retinal disorders |
| 365.04 | Borderline glaucoma |
| 365.32 | Corticosteriod-induced glaucoma residual |
| 366.00-366.09 | Presenile cataract |
| 366.10-366.19 | Senile cataract |
| 367.1 | Acute myopia |
| 368.8 | Other specified visual disturbance |
| 373.00 | Blepharitis |
| 377.24 | Pseudopapilledema |

352

| | |
|---|---|
| 648.0 | Diabetes mellitus complicating pregnancy, Childbirth or the puerperium, unspecified as to episode of care or not applicable |
| 648.03 | Diabetes mellitus complicating pregnancy, Childbirth or the puerperium, antipartum condition or complication |
| 648.04 | Diabetes mellitus complicating pregnancy, Childbirth or the puerperium, postpartum condition or complication |
| 648.80 | Abnormal glucose tolerance complicating pregnancy, childbirth or the puerperium, unspecified as to episode of care or not applicable |
| 648.83 | Abnormal glucose tolerance complicating pregnancy, childbirth or the puerperium, antipartum condition or complication |
| 648.84 | Abnormal glucose tolerance complicating pregnancy, childbirth or the puerperium, postpartum condition or complication |
| 656.60-656.63 | Fetal problems affecting management of mother - large for-date of fetus |
| 657.00-657.03 | Polyhydramnios |
| 680.0-680.9 | Carbuncle and furuncle |
| 686.00-686.9 | Infections of skin and subcutaneous tissue |
| 698.0 | Pruritis ani |
| 698.1 | Pruritis of genital organs |
| 704.1 | Hirsutism |
| 705.0 | Anhidrosis |
| 707.0-707.9 | Chronic ulcer of skin |
| 709.3 | Degenerative skin disorders |
| 729.1 | Myalgia |
| 730.07-730.27 | Osteomyelitis of tarsal bones |
| 780.01 | Coma |
| 780.02 | Transcient alteration of awareness |
| 780.09 | Alteration of consciousness, other |
| 780.2 | Syncope and collapse |
| 780.39 | Seizures, not otherwise specified |
| 780.4 | Dizziness and giddiness |

354

Reasons for Denial:

**(Note**: This section was not negotiated by the Negotiated Rulemaking Committee. This section includes HCFA's interpretation of its longstanding policies and is included for informational purposes.)

- Tests for screening purposes that are performed in the absence of signs, symptoms, complaints, or personal history of disease or injury are not covered except as explicitly authorized by statute. These include exams required by insurance companies, business establishments, government agencies, or other third parties.

- Tests that are not reasonable and necessary for the diagnosis or treatment of an illness or injury are not covered according to the statute.

- Failure to provide documentation of the medical necessity of tests may result in denial of claims. Such documentation may include notes documenting relevant signs, symptoms or abnormal findings that substantiate the medical necessity for ordering the tests. In addition, failure to provide independent verification that the test was ordered by the treating physician (or qualified non-physician practitioner) through documentation in the physician's office may result in denial.

- A claim for a test for which there is a national coverage or local medical review policy will be denied as not reasonable and necessary if it is submitted without an ICD-9-CM code or narrative diagnosis listed as covered in the policy unless other medical documentation justifying the necessity is submitted with the claim.

- If a national or local policy identifies a frequency expectation, a claim for a test that exceeds that expectation may be denied as not reasonable and necessary, unless it is submitted with documentation justifying increased frequency.

- Tests that are not ordered by a treating physician or other qualified treating non-physician practitioner acting within the scope of their license and in compliance with Medicare requirements will be denied as not reasonable and necessary.

356

| | |
|---|---|
| V60.0–V60.9 | Housing, household, and economic circumstances |
| V62.0 | Unemployment |
| V62.1 | Adverse effects of work environment |
| V65.0 | Health persons accompanying sick persons |
| V65.1 | Persons consulting on behalf of another person |
| V68.0–V68.9 | Encounters for administrative purposes |
| V70.0–V70.9 | General medical examinations |
| V73.0–V73.99 | Special screening examination for viral and chlamydia diseases |
| V74.0–V74.9 | Special screening examinations for bacterial and spirochetal diseases |
| V75.0–V75.9 | Special screening examination for other infectious diseases |
| V76.0 | Special screening for malignant neoplasms, respiratory organs |
| V76.3–V76.9 | Special screening for malignant neoplasms (sites other than breast and cervix) |
| V77.0–V77.9 | Special screening for endocrine, nutrition, metabolic, and immunity disorders |
| V78.0–V78.9 | Special screening for disorders of blood and blood-forming organs |
| V79.0–V79.9 | Special screening for mental disorders |
| V80.0–V80.3 | Special screening for neurological eye and ear diseases |
| V81.0–V81.6 | Special screening for cardiovascular, respiratory and genitourinary diseases |
| V82.0–V82.9 | Special screening for other conditions |
| 798.0–798.9 | Sudden death, cause unknown |

Non-covered Diagnosis:    Any diagnosis code not previously listed as "covered" will be considered non covered.

Coding Guidelines:    Any claim for a test listed in "HCPCS CODES" above must be submitted with an ICD-9-CM diagnosis code or comparable narrative.

358

♦ When a non-specific ICD-9-CM code is submitted, the underlying sign, symptom, or condition must be related to the indications for the test above.

♦ A diagnostic statement of impaired glucose tolerance must be evaluated in the context of the documentation in the medical record in order to assign the most accurate ICD-9-CM code. An abnormally elevated fasting blood glucose level in the absence of the diagnosis of diabetes is classified to Code 790.6 - other abnormal blood chemistry. If the provider bases the diagnostic statement of "impaired glucose tolerance" on an abnormal glucose tolerance test, the condition is classified to 790.2-normal glucose tolerance test.

♦ Both conditions are considered indications for ordering glycated hemoglobin or glycated protein testing in the absence of the diagnosis of diabetes mellitus.

♦ When a patient is under treatment for a condition for which the tests in this policy are applicable, the ICD-9-CM code that best describes the condition is most frequently listed as the reason for the test.

♦ When laboratory testing is done solely to monitor response to medication, the most accurate ICD-9-CM code to describe the reason for the test would be V58.69-long term use of medication.

♦ Periodic follow-up for encounters for laboratory testing for a patient with a prior history of a disease, who is no longer under treatment for the condition, would be coded with an appropriate code from the V67 category–follow-up examination.

♦ According to ICD-9-CM coding conventions, codes that appear in italics in the Alphabetic and/or Tabular columns of ICD-9-CM are considered manifestation codes that require the underlying condition to be coded and sequenced ahead of the manifestation. For example, the diagnostic statement, "thyrotoxic exophthalmos (376.21)," which appears in italics in the tabular listing, requires that the thyroid disorder (242.0-242.9) is coded and sequenced ahead of thyrotoxic exophthalmos.

360

- Report of the Expert Committee on the Diagnosis and Classification of Diabetes Mellitus, Diabetes Care, Volume 20, Number 7, July 1997, pages 1183 et seq.

- Roberts, H. J., Difficult Diagnoses. W. B. Saunders Co., pp 69-70.

Advisory Committee Notes:     N/A

Start Date Of Comment Period:     N/A

End Date Of Comment Period:     N/A

Start Date Of Notice Period:     N/A

"This policy does not reflect the sole opinion of the contractor or Contractor Medical Director. Although the final decision rests with the carrier, this policy was developed in cooperation with advisory groups, which includes representatives from the CMD Clinical Laboratory Workgroup effective May 29, 1996.

Send comments to:          Carol Richards R.N.C.
                           Medicare Policy Coordinator
                           Mutual of Omaha
                           P.O. Box 1602
                           Omaha, NE    68101


                           www.carol.richards@mutualofomaha.com

362

**Contractor Policy Number:**      2001- B

**Contractor Name:**      **Mutual of Omaha Insurance Company**

**Contractor Number:**      **52280**

**Contractor Type:**      **Fiscal Intermediary**

**LMRP Title:**      **Blood Glucose Testing**

Blood Glucose Testing-August 2001
Mutual of Omaha Insurance Company - Medicare

| AMA CPT Copyright Statement: | "CPT codes, descriptions, and other data only are copyright 2000 American Medical Association (or such other date of publication of CPT). All Rights Reserved Applicable FARS/DFARS Apply." |
|---|---|

HCFA National Coverage Policy:

- Title XVIII of the Social Security Act, section 1862(a)(7).This section excludes routine physical examinations.
- Title XVIII of the Social Security Act, section 1862(a)(1)(A).This section allows coverage and payment for only those services that are considered to be medically reasonable and necessary.
- Title XVIII of the Social Security Act, section 1833 (e). This section prohibits Medicare payment for any claim which lacks the necessary information to process the claim.
- 42 CFR 410.32. diagnostic tests may only be ordered by a treating physician (or other treating practitioner acting within the scope of their license and Medicare requirements).
- National Coverage Decisions (NCDs) on Clinical Diagnostic Laboratory Tests binding all Medicare contractors and administrative law judges.
- Program Memorandum AB-00-99, October 24, 2001.
- Program Memorandum AB-00-108, December 1, 2001.

| Primary Geographic Jurisdiction: | All 50 states |
|---|---|
| HCFA Region: | Region VII |
| HCFA Consortium: | Kansas City and Chicago Regional Offices |
| Policy Effective Date: | August 18, 2001 |
| Revision Effective Date: | N/A |
| Revision Ending Effective Date: | N/A |
| Policy Ending Date: | N/A |

LMRP Description:

This policy is intended to apply to blood samples used to determine glucose levels. Blood glucose determination may be done using whole blood, serum or plasma. It may be sampled by capillary puncture, as in the fingerstick method, or by vein puncture or arterial sampling. The method for assay may be by color comparison of an indicator stick, by meter assay of whole blood or a filtrate of whole blood, using a device approved for home monitoring, or by using a laboratory assay system using serum or plasma. The convenience of the meter or stick color method allows a patient to have access to blood glucose values in less than a minute or so and has become a standard of care for control of blood glucose, even in the inpatient setting.

Indications & Limitations Of Coverage And/Or Medical Necessity:

Blood glucose values are often necessary for the management of patients with diabetes mellitus, where hyperglycemia and hypoglycemia are often present. They are also critical in the determination of control of blood glucose levels in the patient with impaired fasting glucose (FPG 110-125 mg/dL), the patient with insulin resistance syndrome and/or carbohydrate intolerance (excessive rise in glucose following ingestion of glucose or glucose sources of food), in the patient with a hypoglycemia disorder such as nesidioblastosis or insulinoma, and in patients with a catabolic or malnutrition state. In addition to those conditions already listed, glucose testing may be medically necessary in patients with tuberculosis, unexplained chronic or recurrent infections, alcoholism, coronary artery disease (especially in women), or unexplained skin conditions (including pruritis, local skin infections, ulceration and gangrene without an established cause). Many medical conditions may be a consequence of a sustained elevated or depressed glucose level. These include comas, seizures or epilepsy, confusion, abnormal hunger, abnormal weight loss or gain, and loss of sensation. Evaluation of glucose may also be indicated in patients on medications known to affect carbohydrate metabolism.

Frequent home blood glucose testing by diabetic patients should be encouraged. In stable, non-hospitalized patients who are unable or unwilling to do home monitoring, it may be reasonable and necessary to measure quantitative blood glucose up to four times annually.

Depending upon the age of the patient, type of diabetes, degree of control, complications of diabetes, and other co-morbid conditions, more frequent testing than four times annually may be reasonable and necessary.

In some patients presenting with nonspecific signs, symptoms, or diseases not normally associated with disturbances in glucose metabolism, a single blood glucose test may be medically necessary. Repeat testing may not be indicated unless abnormal results are found or unless there is a change in clinical condition. If repeat testing is performed, a specific diagnosis code (e.g., diabetes) should be reported to support medical necessity. However, repeat testing may be indicated where results are normal in patients with conditions where there is a confirmed continuing risk of glucose metabolism abnormality (e.g., monitoring glucocorticoid therapy).

| | |
|---|---|
| HCPCS Section And Benefit Category: | Chemistry/Pathology and Laboratory Diagnostic Testing |
| Type Of Bill Code: | 12X, 13X, 14X, 21X, 22X, 23X, 71X, 72X |
| Revenue Code: | 300, 301 |

HCPCS Codes

**Listing of HCPCs codes contained in this instruction does not assure Coverage of service.  Current coverage criteria still apply.**

82947   Glucose; quantitative

82948   Glucose; blood, reagent strip

82962   Glucose, blood by glucose monitoring device(s) cleared by the FDA specifically for home use.

| | |
|---|---|
| Not Otherwise Classified (NOC) Code: | N/A |

ICD-9 Codes That Support Medical Necessity:

| | |
|---|---|
| 011.00-011.96 | Tuberculosis |
| 038.0-038.9 | Septicemia |
| 112.1 | Recurrent vaginal candidiasis |
| 112.3 | Interdigital candidiasis |
| 118 | Opportunistic mycoses |
| 157.4 | Malignant neoplasm of Islets of Langerhans |
| 158.0 | Malignant neoplasm of retroperitoneum |
| 211.7 | Benign neoplasm of Islets of Langerhans |
| 242.00-242.91 | Thyrotoxicosis |
| 250.00-250.93 | Diabetes mellitus |
| 251.0-251.9 | Disorders of pancreatic internal secretion |
| 253.0-253.9 | Disorders of the pituitary gland |
| 255.0 | Cushing syndrome |

| | |
|---|---|
| 263.0-263.9 | Malnutrition |
| 271.0-271.9 | Disorders of carbohydrate transport and metabolism |
| 272.0-272.4 | Disorders of lipoid metabolism |
| 275.0 | Hemochromotosis |
| 276.0-276.9 | Disorders of fluid, electrolyte and acid-base balance |
| 278.3 | Hypercarotinemia |
| 293.0 | Acute delirium |
| 294.9 | Unspecified organic brain syndrome |
| 298.9 | Unspecified psychosis |
| 300.9 | Unspecified neurotic disorder |
| 310.1 | Organic personality syndrome |
| 337.9 | Autonomic nervous system neuropathy |
| 345.10-345.11 | Generalized convulsive epilepsy |
| 348.3 | Encephalopathy, unspecified |
| 355.9 | Neuropathy, not otherwise specified |
| 356.9 | Unspecified hereditary and idiopathic peripheral neuropathy |
| 357.9 | Unspecified inflammatory and toxic neuropathy |
| 362.0 | Unspecified retinal disorders |
| 362.10 | Background retinopathy |
| 362.18 | Retinal vasculitis |
| 362.29 | Nondiabetic proliferative retinopathy |
| 362.50-362.57 | Degeneration of macular posterior pole |
| 362.60-362.66 | Peripherial retinal degeneration |
| 362.81-362.89 | Other retinal disorders |
| 365.04 | Borderline glaucoma |
| 365.32 | Corticosteriod-induced glaucoma residual |
| 366.00-366.09 | Presenile cataract |
| 366.10-366.19 | Senile cataract |
| 367.1 | Acute myopia |
| 368.8 | Other specified visualdisturbance |
| 373.00 | Blepharitis |
| 377.24 | Pseudopapilledema |
| 377.9 | Autonomic nervous system neuropathy |
| 378.50-378.55 | Paralytic strabiamus |
| 379.45 | Argyll-Robertson pupils |
| 410.00-410.92 | Acute myocardial infarction |
| 414.00-414.19 | Coronary atherosclerosis and aneurysm of heart |

| 425.9 | Secondary Cardiomyopathy, unspecified |
| 440.23 | Arteriosclerosis of extremities with ulceration |
| 440.24 | Arteriosclerosis of extremities with gangrene |
| 440.9 | Arteriosclerosis, not otherwise specified |
| 458.0 | Postural hypotension |
| 462 | Acute pharyngitis |
| 466.0 | Acute bronchitis |
| 480.0-486 | Pneumonia |
| 490 | Recurrent bronchitis, not specified as acute or chronic |
| 491.0-491.9 | Chronic bronchitis |
| 527.7 | Disturbance of salivory secretion (dry mouth) |
| 528.0 | Stomatitis |
| 535.50-535.51 | Gastritis |
| 536.8 | Dyspepsia |
| 571.8 | Other chronic nonalcoholic liver disease |
| 572.0-572.8 | Liver abscess and sequelae of chronic liver disease |
| 574.50-574.51 | Choledocholitiasis |
| 575.0-575.12 | Cholecystitis |
| 576.1 | Cholangitis |
| 577.0 | Acute pancreatitis |
| 577.1 | Chronic pancreatitis |
| 577.8 | Pancreatic multiple calculi |
| 590.00-590.9 | Infections of the kidney |
| 595.9 | Recurrent cystitis |
| 596.4 | Bladder atony |
| 596.53 | Bladder paresis |
| 599.0 | Urinary tract infection, recurrent |
| 607.84 | Impotence of organic origin |
| 608.89 | Other disorders male genital organs |
| 616.10 | Vulvovaginitis |
| 626.0 | Amenorrhea |
| 626.4 | Irregular menses |
| 628.9 | Infertility – female |
| 648.0 | Diabetes mellitus complicating pregnancy, Childbirth or the puerperium, unspecified as to episode of care or not applicable |
| 648.03 | Diabetes mellitus complicating pregnancy, Childbirth or the puerperium, antipartum condition or complication |

| | |
|---|---|
| 648.04 | Diabetes mellitus complicating pregnancy, Childbirth or the puerperium, postpartum condition or complication |
| 648.80 | Abnormal glucose tolerance complicating pregnancy, childbirth or the puerperium, unspecified as to episode of care or not applicable |
| 648.83 | Abnormal glucose tolerance complicating pregnancy, childbirth or the puerperium, antipartum condition or complication |
| 648.84 | Abnormal glucose tolerance complicating pregnancy, childbirth or the puerperium, postpartum condition or complication |
| 656.60-656.63 | Fetal problems affecting management of mother - large for-date of fetus |
| 657.00-657.03 | Polyhydramnios |
| 680.0-680.9 | Carbuncle and furuncle |
| 686.00-686.9 | Infections of skin and subcutaneous tissue |
| 698.0 | Pruritis ani |
| 698.1 | Pruritis of genital organs |
| 704.1 | Hirsutism |
| 705.0 | Anhidrosis |
| 707.0-707.9 | Chronic ulcer of skin |
| 709.3 | Degenerative skin disorders |
| 729.1 | Myalgia |
| 730.07-730.27 | Osteomyelitis of tarsal bones |
| 780.01 | Coma |
| 780.02 | Transcient alteration of awareness |
| 780.09 | Alteration of consciousness, other |
| 780.2 | Syncope and collapse |
| 780.39 | Seizures, not otherwise specified |
| 780.4 | Dizziness and giddiness |
| 780.71-780.79 | Malaise and fatigue |
| 780.8 | Hyperhidrosis |
| 782.0 | Loss of vibratory sensation |
| 783.1 | Abnormal weight gain |
| 783.2 | Abnormal loss of weight |
| 783.5 | Polydipsia |
| 785.0 | Tachycardia |
| 785.4 | Gangrene |
| 786.01 | Hyperventilation |
| 786.09 | Dyspnea |
| 786.50 | Chest pain, unspecified |
| 787.6 | Fecal incontinence |
| 787.91 | Diarrhea |

| | |
|---|---|
| 788.41-788.43 | Frequency of urination and polyuria |
| 789.1 | Hepatomegaly |
| 790.2 | Abnormal glucose tolerance test |
| 790.6 | Other abnormal blood chemistry (hyperglycemia) |
| 791.0 | Proteinuria |
| 791.5 | Glycosuria |
| 796.1 | Abnormal reflex |
| 799.4 | Cachexia |
| V23.0-V23.9 | Supervision of high risk pregnancy |
| V58.69 | Long term current use of other medication |
| V67.2 | Follow-up examination, following chemotherapy |
| V67.51 | Follow up examination with high-risk medication not elsewhere classified |

**Diagnosis That Support Medical Necessity:**

See "ICD-9 Codes That Support Medical Necessity"

**ICD-9 Codes That DO NOT Support Medical Necessity:**

ICD-9 codes that were not listed previously are considered non-covered

**Diagnoses That DO NOT Support Medical Necessity:**

Diagnoses that were not listed previously are considered non-covered

**Reasons for Denial:**

(**Note:** This section was not negotiated by the Negotiated Rulemaking Committee. This section includes HCFA's interpretation of its longstanding policies and is included for informational purposes.)

♦ **A standing order for a covered laboratory service without evidence of signs or symptoms of hyperglycemia or hypoglycemia would not be considered reasonable and necessary and would not be considered for separate payment.**

♦ **Lack of documentation of prompt notification of the physician (prompt notification would be the anticipation that the physician would be notified prior to the next blood glucose monitoring with the possible adjustment of medication) would not be considered reasonable and necessary and would not be considered for separate payment.**

♦ **Routine monitoring per accucheck of blood sugars done daily, weekly or intermittently without signs or symptoms would not be considered reasonable or necessary and would not be considered for separate payment.**

- Tests for screening purposes that are performed in the absence of signs, symptoms, complaints, or personal history of disease or injury are not covered except as explicitly authorized by statute. These include exams required by insurance companies, business establishments, government agencies, or other third parties.

- Tests that are not reasonable and necessary for the diagnosis or treatment of an illness or injury are not covered according to the statute.

- Failure to provide documentation of the medical necessity of tests may result in denial of claims. Such documentation may include notes documenting relevant signs, symptoms or abnormal findings that substantiate the medical necessity for ordering the tests. In addition, failure to provide independent verification that the test was ordered by the treating physician (or qualified non-physician practitioner) through documentation in the physician's office may result in denial.

- A claim for a test for which there is a national coverage or local medical review policy will be denied as not reasonable and necessary if it is submitted without an ICD-9-CM code or narrative diagnosis listed as covered in the policy unless other medical documentation justifying the necessity is submitted with the claim.

- If a national or local policy identifies a frequency expectation, a claim for a test that exceeds that expectation may be denied as not reasonable and necessary, unless it is submitted with documentation justifying increased frequency.

- Tests that are not ordered by a treating physician or other qualified treating non-physician practitioner acting within the scope of their license and in compliance with Medicare requirements will be denied as not reasonable and necessary.

- Failure of the laboratory performing the test to have the appropriate Clinical Laboratory Improvement Act of 1988 (CLIA) certificate for the testing performed will result in denial of claims.

- Tests that require an FDA approval or clearance will be denied as not reasonable and necessary if FDA approval or clearance has not been obtained, except for those having a Category B Investigational Device Exemption (IDE). Coverage of Category B IDE devices is left to contractor discretion. (See Federal Register, volume 60, number 181, BPD-841-FC, addendum.)

| Non-covered ICD-9 Codes: | | |
|---|---|---|
| | V15.85 | Exposure to potentially hazardous body fluids |
| | V16.1 | Family history of malignant neoplasm, trachea, bronchus and lung |
| | V16.2 | Family history of malignant neoplasm, other respiratory and intrathoracic organs |
| | V16.4 | Family history of malignant neoplasms, genital organs |
| | V16.5 | Family history of malignant neoplasm, urinary organs |
| | V16.6 | Family history of malignant neoplasm, leukemia |
| | V16.7 | Family history of malignant neoplasms, other lymphatic and hematopoietic neoplasms |
| | V16.8 | Family history of malignant neoplasm, other specified malignant neoplasm |
| | V16.9 | Family history of malignant neoplasm, unspecified malignant neoplasm |
| | V17.0–V17.8 | Family history of certain chronic disabling diseases |
| | V18.0–V18.8 | Family history of certain other s specific conditions |
| | V19.0–V19.8 | Family history of other conditions |
| | V20.0–V20.2 | Health supervision of infant or child |
| | V28.0–V28.9 | Antenatal screenings |
| | V50.0-V50.9 | Elective surgery for purposes other than remedying health states |
| | V53.2 | Fitting and adjustment of hearing aid |
| | V60.0-V60.9 | Housing, household, and economic circumstances |
| | V62.0 | Unemployment |
| | V62.1 | Adverse effects of work environment |

| V65.0 | Health persons accompanying sick persons |
| V65.1 | Persons consulting on behalf of another person |
| V68.0–V68.9 | Encounters for administrative purposes |
| V70.0–V70.9 | General medical examinations |
| V73.0–V73.99 | Special screening examination for viral and chlamydia diseases |
| V74.0–V74.9 | Special screening examinations for bacterial and spirochetal diseases |
| V75.0–V75.9 | Special screening examination for other infectious diseases |
| V76.0 | Special screening for malignant neoplasms, respiratory organs |
| V76.3–V76.9 | Special screening for malignant neoplasms (sites other than breast and cervix) |
| V77.0–V77.9 | Special screening for endocrine, nutrition, metabolic, and immunity disorders |
| V78.0–V78.9 | Special screening for disorders of blood and blood-forming organs |
| V79.0–V79.9 | Special screening for mental disorders |
| V80.0-V80.3 | Special screening for neurological eye and ear diseases |
| V81.0-V81.6 | Special screening for cardiovascular, respiratory and genitourinary diseases |
| V82.0–V82.9 | Special screening for other conditions |
| 798.0–798.9 | Sudden death, cause unknown |

**Non-covered Diagnosis:**   Any diagnosis code not previously listed as "covered" will be considered non covered.

**Coding Guidelines:**   Any claim for a test listed in "HCPCS CODES" above must be submitted with an ICD-9-CM diagnosis code or comparable narrative.

♦ Codes that describe symptoms and signs, as opposed to diagnoses, should be provided for reporting purposes when a diagnosis has not been established by the physician.(Based on Coding Clinic for ICD-9-CM, Fourth Quarter 1995, Page 43)

- ◆ Screening is the testing for disease or disease precursors so that early detection and treatment can be provided for those who test positive for the disease. Screening tests are performed when no specific sign, symptom, or diagnosis is present and the patient has not been exposed to a disease. The testing of a person to rule out or to confirm a suspected diagnosis because the patient has a sign and/or symptom is a diagnostic test, not a screening. In these cases, the sign or symptom should be used to explain the reason for the test. When the reason for performing a test is because the patient     has had contact with, or exposure to, a communicable disease, the appropriate code from category V01, Contact with or exposure to communicable diseases, should be assigned, not a screening code, but the test may still be considered screening and not covered by Medicare. For screening tests, the appropriate CD-9-CM screening code from categories V28 or V73-V82 (or comparable narrative) should be used.(From Coding Clinic for ICD-9-CM, Fourth  Quarter 1996, pages 50 and 52)

- ◆ A three-digit code is to be used only if it is not further subdivided. Where fourth-digit and/or fifth-digit subclassifications are provided, they must be assigned. A code is invalid if it has not been coded to the full number of digits required for that code. (From Coding Clinic for ICD-9-CM. Fourth Quarter, 1995, page 44)

- ◆ Diagnoses documented as "probable," "suspected," "questionable," "rule-out," or "working diagnosis" should not be coded as though they exist. Rather, code the condition(s) to the highest degree of certainty for that encounter/visit, such as signs, symptoms, abnormal test results, exposure to communicable disease or other reasons for the visit. (From Coding Clinic for ICD-9-CM, Fourth Quarter 1995, page 45).

- ◆ When a non-specific ICD-9-CM code is submitted, the underlying sign, symptom, or condition must be related to the indications for the test above.

- ◆ A diagnostic statement of impaired glucose tolerance must be evaluated in the context of the documentation in the medical record in order to assign the most accurate ICD-9-CM code.  An abnormally elevated fasting blood glucose level in the absence of the diagnosis of diabetes is classified to Code 790.6 - other abnormal blood chemistry.

If the provider bases the diagnostic statement of "impaired glucose tolerance" on an abnormal glucose tolerance test, the condition is classified to 790.2-normal glucose tolerance test.

♦ Both conditions are considered indications for ordering glycated hemoglobin or glycated protein testing in the absence of the diagnosis of diabetes mellitus.

♦ When a patient is under treatment for a condition for which the tests in this policy are applicable, the ICD-9-CM code that best describes the condition is most frequently listed as the reason for the test.

♦ When laboratory testing is done solely to monitor response to medication, the most accurate ICD-9-CM code to describe the reason for the test would be V58.69-long term use of medication.

♦ Periodic follow-up for encounters for laboratory testing for a patient with a prior history of a disease, who is no longer under treatment for the condition, would be coded with an appropriate code from the V67 category--follow-up examination.

♦ According to ICD-9-CM coding conventions, codes that appear in italics in the Alphabetic and/or Tabular columns of ICD-9-CM are considered manifestation codes that require the underlying condition to be coded and sequenced ahead of the manifestation. For example, the diagnostic statement, "thyrotoxic exophthalmos (376.21)," which appears in italics in the tabular listing, requires that the thyroid disorder (242.0-242.9) is coded and sequenced ahead of thyrotoxic exophthalmos.

Therefore, a diagnostic statement that is listed as a manifestation in ICD-9-CM must be expanded to include the underlying disease in order to accurately code the condition.

♦ V codes should be accompanied by a specific primary diagnostic code to support services provided as reasonable and necessary. This will also facilitate consideration and determination of coverage.

Documentation Requirements:    The ordering physician must include evidence in the patient's clinical record that an evaluation of history and physical preceded the ordering of glucose testing and that manifestations of abnormal glucose levels were present to warrant the testing.

Documentation should include:

- Physician's order
- Medical diagnosis
- Signs and symptoms (rationale for lab performed)
- Lab results for dates of service(s) billed
- **Documentation to indicate that the lab results were reported to the physician prior to the next lab testing (including accuchecks)**

Utilization Guidelines:

**Glucose monitoring laboratory service must be performed in accordance with laboratory service coverage criteria including the order and clear use of a laboratory result prior to a similar subsequent laboratory order to qualify for separate payment under the Medicare laboratory benefit.(PM AB-00-108)**

**Compliance program guidelines for laboratory services sets forth conditions under which a physician's order for a repeat laboratory service can qualify as an order for another covered laboratory service.  A standing order is not usually acceptable for a covered laboratory service.(PM AB-00-108)**

**If home -use glucose monitoring devices are used in the nursing home settings, a glucose monitoring service must be performed in accordance with laboratory coverage criteria to qualify for separate payment under the Medicare laboratory benefit.  For a laboratory service to be reasonable and necessary, it must be ordered by the physician, the ordering physician must use the result in the management of the beneficiary's specific medical problem, and the laboratory result must be reported to the physician PROMPTLY in order for the physician to use the result and instruct continuation or modification of the patient care.(PM AB-00-108)**

Other Comments:

N/A

Sources of Information:

This policy has been adopted from the Medicare National Coverage Decisions for Blood Glucose Testing.  This policy was developed through the Medical Coverage Negotiated Rule making process.  The sources of information used in developing this policy can be found on the HCFA web site, and are listed below;

- 2000 CPT Physicians' Current Procedural Terminology, American Medical Association

- AACE Guidelines for the Management of Diabetes Mellitus, *Endocrine Practice* (1995)1:149-157. Bower, Bruce F. And Robert E. Moore, Endocrine Function and Carbohydrates.

- Clinical Laboratory Medicine, Kenneth D. McClatchy, editor. Baltimore/Williams & Wilkins, 1994. Pp 321-323.

- Report of the Expert Committee on the Diagnosis and Classification of Diabetes Mellitus, Diabetes Care, Volume 20, Number 7, July 1997, pages 1183 et seq.

- Roberts, H. J., Difficult Diagnoses. W. B. Saunders Co., pp 69-70.

Advisory Committee Notes:        N/A

Start Date Of Comment Period:    April 23, 2001

End Date Of Comment Period:

                                 June 8, 2001

Start Date Of Notice Period:     July 19, 2001


"This policy does not reflect the sole opinion of the contractor or Contractor Medical Director. Although the final decision rests with the carrier, this policy was developed in cooperation with advisory groups, which includes representatives from the CMD Clinical Laboratory Workgroup effective May 29, 1996.

377

# LMRP DEVELOPMENT REVIEW

POLICY NAME _Blood Glucose Testing_

FINAL _____        DRAFT _____✓_____

REVISION #1
Date to manager for review: _2/2/01_        Comments/Corrections

Date returned by manager: _3/20/01_        Corrected 10/12, 13
                                            See other sheet

                                            Correct pg. 12

REVISION #2
Date to manager for review: _____        Comments/Corrections

Date returned by manager: _____

REVISION #3
Date to manager for review: _____        Comment/Corrections

Date returned by manager: _____

378

**Contractor Policy Number:**  2001-E

**Contractor Name:**  Mutual of Omaha Insurance Company

**Contractor Number:**  52280

**Contractor Type:**  Fiscal Intermediary

**LMRP Title:**  Blood Glucose Testing

379

| | |
|---|---|
| AMA CPT Copyright Statement: | "CPT codes, descriptions, and other data only are copyright 2000 American Medical Association (or such other date of publication of CPT). All Rights Reserved Applicable FARS/DFARS Apply." |
| HCFA National Coverage Policy: | <ul><li>Title XVIII of the Social Security Act, section 1862(a)(7). This section excludes routine physical examinations.</li><li>Title XVIII of the Social Security Act, section 1862(a)(1)(A). This section allows coverage and payment for only those services that are considered to be medically reasonable and necessary.</li><li>Title XVIII of the Social Security Act, section 1833 (e). This section prohibits Medicare payment for any claim which lacks the necessary information to process the claim.</li><li>HCFA Publication 14-3, Medicare Carrier Manual, section 5114.1 – 5114.3</li><li>42 CFR 410.32. diagnostic tests may only be ordered by a treating physician (or other treating practitioner acting within the scope of their license and Medicare requirements).</li><li>National Coverage Decisions (NCDs) on Clinical Diagnostic Laboratory Tests binding all Medicare contractors and administrative law judges.</li></ul> |
| Primary Geographic Jurisdiction: | All states except New York and Alaska |
| HCFA Region: | Region VII |
| HCFA Consortium: | Kansas City and Chicago Regional Offices |
| Policy Effective Date: | N/A |
| Revision Effective Date: | N/A |
| Revision Ending Effective Date: | N/A |
| Policy Ending Date: | N/A |

Draft for comments-Blood Glucose Testing-February 2001
Mutual of Omaha Insurance Company - Medicare

LMRP Description:

This policy is intended to apply to blood samples used to determine glucose levels. Blood glucose determination may be done using whole blood, serum or plasma. It may be sampled by capillary puncture, as in the fingerstick method, or by vein puncture or arterial sampling. The method for assay may be by color comparison of an indicator stick, by meter assay of whole blood or a filtrate of whole blood, using a device approved for home monitoring, or by using a laboratory assay system using serum or plasma. The convenience of the meter or stick color method allows a patient to have access to blood glucose values in less than a minute or so and has become a standard of care for control of blood glucose, even in the inpatient setting.

Indications & Limitations Of Coverage And/Or Medical Necessity:

Blood glucose values are often necessary for the management of patients with diabetes mellitus, where hyperglycemia and hypoglycemia are often present. They are also critical in the determination of control of blood glucose levels in the patient with impaired fasting glucose (FPG 110-125 mg/dL), the patient with insulin resistance syndrome and/or carbohydrate intolerance (excessive rise in glucose following ingestion of glucose or glucose sources of food), in the patient with a hypoglycemia disorder such as nesidioblastosis or insulinoma, and in patients with a catabolic or malnutrition state. In addition to those conditions already listed, glucose testing may be medically necessary in patients with tuberculosis, unexplained chronic or recurrent infections, alcoholism, coronary artery disease (especially in women), or unexplained skin conditions (including pruritis, local skin infections, ulceration and gangrene without an established cause). Many medical conditions may be a consequence of a sustained elevated or depressed glucose level. These include comas, seizures or epilepsy, confusion, abnormal hunger, abnormal weight loss or gain, and loss of sensation. Evaluation of glucose may also be indicated in patients on medications known to affect carbohydrate metabolism.

Frequent home blood glucose testing by diabetic patients should be encouraged. In stable, non-hospitalized patients who are unable or unwilling to do home monitoring, it may be reasonable and necessary to measure quantitative blood glucose up to four times annually.

Depending upon the age of the patient, type of diabetes, degree of control, complications of diabetes, and other co-morbid conditions, more frequent testing than four times annually may be reasonable and necessary.

In some patients presenting with nonspecific signs, symptoms, or diseases not normally associated with disturbances in glucose metabolism, a single blood glucose test may be medically necessary. Repeat testing may not be indicated unless abnormal results are found or unless there is a change in clinical condition. If repeat testing is performed, a specific diagnosis code (e.g., diabetes) should be reported to support medical necessity. However, repeat testing may be indicated where results are normal in patients with conditions where there is a confirmed continuing risk of glucose metabolism abnormality (e.g., monitoring glucocorticoid therapy).

| | |
|---|---|
| HCPCS Section And Benefit Category: | Chemistry/Pathology and Laboratory Diagnostic Testing |
| Type Of Bill Code: | 12X, 13X, 14X, 21X, 22X, 23X, 71X, 72X |
| Revenue Code: | 300, 301 |
| HCPCS Codes | 82947 Glucose; quantitative |
| | 82948 Glucose; blood, reagent strip |
| | 82962 Glucose, blood by glucose monitoring device(s) cleared by the FDA specifically for home use. |
| Not Otherwise Classified (NOC) Code: | N/A |

ICD-9 Codes That Support Medical Necessity:

| | |
|---|---|
| 011.00-011.96 | Tuberculosis |
| 038.0-038.9 | Septicemia |
| 112.1 | Recurrent vaginal candidiasis |
| 112.3 | Interdigital candidiasis |
| 118 | Opportunistic mycoses |
| 157.4 | Malignant neoplasm of Islets of Langerhans |
| 158.0 | Malignant neoplasm of retroperitoneum |
| 211.7 | Benign neoplasm of Islets of Langerhans |
| 242.00-242.91 | Thyrotoxicosis |
| 250.00-250.93 | Diabetes mellitus |

| | |
|---|---|
| 251.0-251.9 | Disorders of pancreatic internal secretion |
| 253.0-253.9 | Disorders of the pituitary gland |
| 255.0 | Cushing syndrome |
| 263.0-263.9 | Malnutrition |
| 271.0-271.9 | Disorders of carbohydrate transport and metabolism |
| 272.0-272.4 | Disorders of lipoid metabolism |
| 275.0 | Hemochromotosis |
| 276.0-276.9 | Disorders of fluid, electrolyte and acid-base balance |
| 278.3 | Hypercarotinemia |
| 293.0 | Acute delirium |
| 294.9 | Unspecified organic brain syndrome |
| 298.9 | Unspecified psychosis |
| 300.9 | Unspecified neurotic disorder |
| 310.1 | Organic personality syndrome |
| 337.9 | Autonomic nervous system neuropathy |
| 345.10-345.11 | Generalized convulsive epilepsy |
| 348.3 | Encephalopathy, unspecified |
| 355.9 | Neuropathy, not otherwise specified |
| 356.9 | Unspecified hereditary and idiopathic peripheral neuropathy |
| 357.9 | Unspecified inflammatory and toxic neuropathy |
| 362.0 | Unspecified retinal disorders |
| 362.10 | Background retinopathy |
| 362.18 | Retinal vasculitis |
| 362.29 | Nondiabetic proliferative retinopathy |
| 362.50-362.57 | Degeneration of macular posterior pole |
| 362.60-362.66 | Peripherial retinal degeneration |
| 362.81-362.89 | Other retinal disorders |
| 365.04 | Borderline glaucoma |
| 365.32 | Corticosteriod-induced glaucoma residual |
| 366.00-366.09 | Presenile cataract |
| 366.10-366.19 | Senile cataract |
| 367.1 | Acute myopia |
| 368.8 | Other specified visual disturbance |
| 373.00 | Blepharitis |
| 377.24 | Pseudopapilledema |
| 377.9 | Autonomic nervous system neuropathy |
| 378.50-378.55 | Paralytic strabiamus |
| 379.45 | Argyll-Robertson pupils |

Draft for comments-Blood Glucose Testing-February 2001
Mutual of Omaha Insurance Company - Medicare

| 410.00-410.92 | Acute myocardial infarction |
| 414.00-414.19 | Coronary atherosclerosis and aneurysm of heart |
| 425.9 | Secondary Cardiomyopathy, unspecified |
| 440.23 | Arteriosclerosis of extremities with ulceration |
| 440.24 | Arteriosclerosis of extremities with gangrene |
| 440.9 | Arteriosclerosis, not otherwise specified |
| 458.0 | Postural hypotension |
| 462 | Acute pharyngitis |
| 466.0 | Acute bronchitis |
| 480.0-486 | Pneumonia |
| 490 | Recurrent bronchitis, not specified as acute or chronic |
| 491.0-491.9 | Chronic bronchitis |
| 527.7 | Disturbance of salivory secretion (dry mouth) |
| 528.0 | Stomatitis |
| 535.50-535.51 | Gastritis |
| 536.8 | Dyspepsia |
| 571.8 | Other chronic nonalcoholic liver disease |
| 572.0-572.8 | Liver abscess and sequelae of chronic liver disease |
| 574.50-574.51 | Choledocholitiasis |
| 575.0-575.12 | Cholecystitis |
| 576.1 | Cholangitis |
| 577.0 | Acute pancreatitis |
| 577.1 | Chronic pancreatitis |
| 577.8 | Pancreatic multiple calculi |
| 590.00-590.9 | Infections of the kidney |
| 595.9 | Recurrent cystitis |
| 596.4 | Bladder atony |
| 596.53 | Bladder paresis |
| 599.0 | Urinary tract infection, recurrent |
| 607.84 | Impotence of organic origin |
| 608.89 | Other disorders male genital organs |
| 616.10 | Vulvovaginitis |
| 626.0 | Amenorrhea |
| 626.4 | Irregular menses |
| 628.9 | Infertility – female |
| 648.0 | Diabetes mellitus complicating pregnancy, Childbirth or the puerperium, unspecified as to episode of care or not applicable |

| 648.03 | Diabetes mellitus complicating pregnancy, Childbirth or the puerperium, antipartum condition or complication |
| 648.04 | Diabetes mellitus complicating pregnancy, Childbirth or the puerperium, postpartum condition or complication |
| 648.80 | Abnormal glucose tolerance complicating pregnancy, childbirth or the puerperium, unspecified as to episode of care or not applicable |
| 648.83 | Abnormal glucose tolerance complicating pregnancy, childbirth or the puerperium, antipartum condition or complication |
| 648.84 | Abnormal glucose tolerance complicating pregnancy, childbirth or the puerperium, postpartum condition or complication |
| 656.60-656.63 | Fetal problems affecting management of mother - large for-date of fetus |
| 657.00-657.03 | Polyhydramnios |
| 680.0-680.9 | Carbuncle and furuncle |
| 686.00-686.9 | Infections of skin and subcutaneous tissue |
| 698.0 | Pruritis ani |
| 698.1 | Pruritis of genital organs |
| 704.1 | Hirsutism |
| 705.0 | Anhidrosis |
| 707.0-707.9 | Chronic ulcer of skin |
| 709.3 | Degenerative skin disorders |
| 729.1 | Myalgia |
| 730.07-730.27 | Osteomyelitis of tarsal bones |
| 780.01 | Coma |
| 780.02 | Transcient alteration of awareness |
| 780.09 | Alteration of consciousness, other |
| 780.2 | Syncope and collapse |
| 780.39 | Seizures, not otherwise specified |
| 780.4 | Dizziness and giddiness |
| 780.71-780.79 | Malaise and fatigue |
| 780.8 | Hyperhidrosis |
| 782.0 | Loss of vibratory sensation |
| 783.1 | Abnormal weight gain |

| | |
|---|---|
| 783.2 | Abnormal loss of weight |
| 783.5 | Polydipsia |
| 785.0 | Tachycardia |
| 785.4 | Gangrene |
| 786.01 | Hyperventilation |
| 786.09 | Dyspnea |
| 786.50 | Chest pain, unspecified |
| 787.6 | Fecal incontinence |
| 787.91 | Diarrhea |
| 788.41-788.43 | Frequency of urination and polyuria |
| 789.1 | Hepatomegaly |
| 790.2 | Abnormal glucose tolerance test |
| 790.6 | Other abnormal blood chemistry (hyperglycemia) |
| 791.0 | Proteinuria |
| 791.5 | Glycosuria |
| 796.1 | Abnormal reflex |
| 799.4 | Cachexia |
| V23.0-V23.9 | Supervision of high risk pregnancy |
| V58.69 | Long term current use of other medication |
| V67.2 | Follow-up examination, following chemotherapy |
| V67.51 | Follow up examination with high-risk medication not elsewhere classified |

Diagnosis That Support Medical Necessity:

See "ICD-9 Codes That Support Medical Necessity"

ICD-9 Codes That DO NOT Support Medical Necessity:

ICD-9 codes that were not listed previously are considered non-covered

Diagnoses That DO NOT Support Medical Necessity:

Diagnoses that were not listed previously are considered noncovered

Reasons for Denial:

(Note: This section was not negotiated by the Negotiated Rulemaking Committee. This section includes HCFA's interpretation of its longstanding policies and is included for informational purposes.)

- Tests for screening purposes that are performed in the absence of signs, symptoms, complaints, or personal history of disease or injury are not covered except as explicitly authorized by statute. These include exams required by insurance companies, business establishments, government agencies, or other third parties.

- Tests that are not reasonable and necessary for the diagnosis or treatment of an illness or injury are not covered according to the statute.

- Failure to provide documentation of the medical necessity of tests may result in denial of claims. Such documentation may include notes documenting relevant signs, symptoms or abnormal findings that substantiate the medical necessity for ordering the tests. In addition, failure to provide independent verification that the test was ordered by the treating physician (or qualified nonphysician practitioner) through documentation in the physician's office may result in denial.

- A claim for a test for which there is a national coverage or local medical review policy will be denied as not reasonable and necessary if it is submitted without an ICD-9-CM code or narrative diagnosis listed as covered in the policy unless other medical documentation justifying the necessity is submitted with the claim.

- If a national or local policy identifies a frequency expectation, a claim for a test that exceeds that expectation may be denied as not reasonable and necessary, unless it is submitted with documentation justifying increased frequency.

- Tests that are not ordered by a treating physician or other qualified treating nonphysician practitioner acting within the scope of their license and in compliance with Medicare requirements will be denied as not reasonable and necessary.

- Failure of the laboratory performing the test to have the appropriate Clinical Laboratory Improvement Act of 1988 (CLIA) certificate for the testing performed will result in denial of claims.

- Tests that require an FDA approval or clearance will be denied as not reasonable and necessary if FDA approval or clearance has not been obtained, except for those having a Category B Investigational Device Exemption (IDE). Coverage of Category B IDE devices is left to contractor discretion. (See Federal Register, volume 60, number 181, BPD-841-FC, addendum.)

| Noncovered ICD-9 Codes: | V15.85 | Exposure to potentially hazardous body fluids |
|---|---|---|
| | V16.1 | Family history of malignant neoplasm, trachea, bronchus and lung |
| | V16.2 | Family history of malignant neoplasm, other respiratory and intrathoracic organs |
| | V16.4 | Family history of malignant neoplasms, genital organs |
| | V16.5 | Family history of malignant neoplasm, urinary organs |
| | V16.6 | Family history of malignant neoplasm, leukemia |
| | V16.7 | Family history of malignant neoplasms, other lymphatic and hematopoietic neoplasms |
| | V16.8 | Family history of malignant neoplasm, other specified malignant neoplasm |
| | V16.9 | Family history of malignant neoplasm, unspecified malignant neoplasm |
| | V17.0–V17.8 | Family history of certain chronic disabling diseases |
| | V18.0– V18.8 | Family history of certain other s specific conditions |
| | V19.0–V19.8 | Family history of other condition economic circumstances |
| | V20.0–V20.2 | Health supervision of infant or child |
| | V28.0 – V28.9 | Antenatal screenings |
| | V50.0-V50.9 | Elective surgery for purposes other than remedying health states |
| | V53.2 | Fitting and adjustment of hearing aid |
| | V60.0-V60.9 | Housing, household, and economic circumstances |
| | V62.0 | Unemployment |
| | V62.1 | Adverse effects of work environment |
| | V65.0 | Health persons accompanying sick persons |
| | V65.1 | Persons consulting on behalf of another person |
| | V68.0–V68.9 | Encounters for administrative other than remedying health hearing aid |
| | V70.0–V70.9 | General medical examinations |

| | |
|---|---|
| V73.0–V73.99 | Special screening examination for viral and chlamydia diseases |
| V74.0–V74.9 | Special screening examinations for bacterial and spirochetal diseases |
| V75.0–V75.9 | Special screening examination for other infectious diseases |
| V76.0 | Special screening for malignant neoplasms, respiratory organs |
| V76.3–V76.9 | Special screening for malignant neoplasms (sites other than breast and cervix) |
| V77.0–V77.9 | Special screening for endocrine, nutrition, metabolic, and immunity disorders |
| V78.0–V78.9 | Special screening for disorders of blood and blood-forming organs |
| V79.0–V79.9 | Special screening for mental disorders |
| V80.0-V80.3 | Special screening for neurological eye and ear diseases |
| V81.0-V81.6 | Special screening for cardiovascular, respiratory and genitourinary diseases |
| V82.0–V82.9 | Special screening for other conditions |
| 798.0–798.9 | Sudden death, cause unknown |

**Noncovered Diagnosis:**   Any diagnosis code not previously listed as "covered" will be considered non covered.

**Coding Guidelines:**

1. Any claim for a test listed in "HCPCS CODES" above must be submitted with an ICD-9-CM diagnosis code or comparable narrative. Codes that describe symptoms and signs, as opposed to diagnoses, should be provided for reporting purposes when a diagnosis has not been established by the physician.

2. Screening is the testing for disease or disease precursors so that early detection and treatment can be provided for those who test positive for the disease. Screening tests are performed when no specific sign, symptom, or diagnosis is present and the patient has not been exposed to a disease. The testing of a person to rule out or to confirm a suspected diagnosis because the patient has a sign and/or symptom is a diagnostic test, not a screening.

In these cases, the sign or symptom should be used to explain the reason for the test. When the reason for performing a test is because the patient has had contact with, or exposure to, a communicable disease, the appropriate code from category V01, Contact with or exposure to communicable diseases, should be assigned, not a screening code, but the test may still be considered screening and not covered by Medicare. For screening tests, the appropriate CD-9-CM screening code from categories V28 or V73-V82 (or comparable narrative) should be used.(From Coding Clinic for ICD-9-CM, Fourth Quarter 1996, pages 50 and 52)

3. A three-digit code is to be used only if it is not further subdivided. Where fourth-digit and/or fifth-digit subclassifications are provided, they must be assigned. A code is invalid if it has not been coded to the full number of digits required for that code. (From Coding Clinic for ICD-9-CM. Fourth Quarter, 1995, page 44)

4. Diagnoses documented as "probable," "suspected," "questionable," "rule-out," or "working diagnosis" should not be coded as though they exist. Rather, code the condition(s) to the highest degree of certainty for that encounter/visit, such as signs, symptoms, abnormal test results, exposure to communicable disease or other reasons for the visit. (From Coding Clinic for ICD-9-CM, Fifth Edition 2000, page 14).

5. When a non-specific ICD-9-CM code is submitted, the underlying sign, symptom, or condition must be related to the indications for the test above.

6. A diagnostic statement of impaired glucose tolerance must be evaluated in the context of the documentation in the medical record in order to assign the most accurate ICD-9-CM code. An abnormally elevated fasting blood glucose level in the absence of the diagnosis of diabetes is classified to Code 790.6 - other abnormal blood chemistry. If the provider bases the diagnostic statement of "impaired glucose tolerance" on an abnormal glucose tolerance test, the condition is classified to 790.2 normal glucose tolerance test.

Draft for comments-Blood Glucose Testing-February 2001
Mutual of Omaha Insurance Company - Medicare

Both conditions are considered indications for ordering glycated hemoglobin or glycated protein testing in the absence of the diagnosis of diabetes mellitus.

7. When a patient is under treatment for a condition for which the tests in this policy are applicable, the ICD-9-CM code that best describes the condition is most frequently listed as the reason for the test.

8. When laboratory testing is done solely to monitor response to medication, the most accurate ICD-9-CM code to describe the reason for the test would be V58.69 long term use of medication.

9. Periodic follow-up for encounters for laboratory testing for a patient with a prior history of a disease, who is no longer under treatment for the condition, would be coded with an appropriate code from the V67 category – follow-up examination.

10. According to ICD-9-CM coding conventions, codes that appear in italics in the Alphabetic and/or Tabular columns of ICD-9-CM are considered manifestation codes that require the underlying condition to be coded and sequenced ahead of the manifestation. For example, the diagnostic statement, "thyrotoxic exophthalmos (376.21)," which appears in italics in the tabular listing, requires that the thyroid disorder (242.0-242.9) is coded and sequenced ahead of thyrotoxic exophthalmos. Therefore, a diagnostic statement that is listed as a manifestation in ICD-9-CM must be expanded to include the underlying disease in order to accurately code the condition.

11. V codes should be accompanied by a specific primary diagnostic code to support services provided as reasonable and necessary. This will also facilitate consideration and determination of coverage.

**Documentation Requirements:**

The ordering physician must include evidence in the patient's clinical record that an evaluation of history and physical preceded the ordering of glucose testing and that manifestations of abnormal glucose levels were present to warrant the testing. Documentation should include:

391

- Physician's order
- Medical diagnosis
- Signs and symptoms (rationale for lab performed)
- Lab results for dates of service(s) billed

Utilization Guidelines:                N/A

Other Comments:                        N/A

Sources of Information:

This policy has been adopted from the Medicare National Coverage Decisions for Blood Glucose Testing. This policy was developed through the Medical Coverage Negotiated Rule making process. The sources of information used in developing this policy can be found on the HCFA web site, www.hcfa.gov/quality/doc/labsd-09.htm and are listed below;

- 2000 CPT Physicians' Current Procedural Terminology, American Medical Association

- AACE Guidelines for the Management of Diabetes Mellitus, *Endocrine Practice* (1995)1:149-157. Bower, Bruce F. And Robert E. Moore, Endocrine Function and Carbohydrates.

- Clinical Laboratory Medicine, Kenneth D. McClatchy, editor. Baltimore/Williams & Wilkins, 1994. Pp 321-323.

- Report of the Expert Committee on the Diagnosis and Classification of Diabetes Mellitus, Diabetes Care, Volume 20, Number 7, July 1997, pages 1183 et seq.

- Roberts, H. J., Difficult Diagnoses. W. B. Saunders Co., pp 69-70.

Advisory Committee Notes:              N/A

Start Date Of Comment Period:          N/A

End Date Of Comment Period:            N/A

Start Date Of Notice Period:    N/A

"This policy does not reflect the sole opinion of the contractor or Contractor Medical Director. Although the final decision rests with the carrier, this policy was developed in cooperation with advisory groups, which includes representatives from the CMD Clinical Laboratory Workgroup effective May 29, 1996.

Send comments to:        Carol Richards R.N.C.
                         Medicare Policy Coordinator
                         Mutual of Omaha
                         P.O. Box 1602
                         Omaha, NE    68101

                         www.carol.richards@mutualofomaha.com

393

# LMRP DEVELOPMENT REVIEW

**POLICY NAME:** _Blood Glucose Testing_

**FINAL** _____     **DRAFT** _____

**REVISION #** ___/_____

_Completed    2/1/00_

Date to manager for review: _1/22/01_

Date returned by manager: _2/1/01_    _SH_

**Comments/corrections:**

pg. 10, 12, 13

394

**Contractor Policy Number:**          2001-E

**Contractor Name:**                   **Mutual of Omaha Insurance Company**

**Contractor Number:**                 **52280**

**Contractor Type:**                   **Fiscal Intermediary**

**LMRP Title:**                        **Blood Glucose Testing**

395

| AMA CPT Copyright Statement: | "CPT codes, descriptions, and other data only are copyright 2000 American Medical Association (or such other date of publication of CPT). All Rights Reserved Applicable FARS/DFARS Apply." |
| --- | --- |
| HCFA National Coverage Policy: | • Title XVIII of the Social Security Act, section 1862(a)(7). This section excludes routine physical examinations.<br>• Title XVIII of the Social Security Act, section 1862(a)(1)(A). This section allows coverage and payment for only those services that are considered to be medically reasonable and necessary.<br>• Title XVIII of the Social Security Act, section 1833 (e). This section prohibits Medicare payment for any claim which lacks the necessary information to process the claim.<br>• HCFA Publication 14-3, Medicare Carrier Manual, section 5114.1 – 5114.3<br>• 42 CFR 410.32. diagnostic tests may only be ordered by a treating physician (or other treating practitioner acting within the scope of their license and Medicare requirements).<br>• National Coverage Decisions (NCDs) on Clinical Diagnostic Laboratory Tests binding all Medicare contractors and administrative law judges. |
| Primary Geographic Jurisdiction: | All states except New York and Alaska |
| HCFA Region: | Region VII |
| HCFA Consortium: | Kansas City and Chicago Regional Offices |
| Policy Effective Date: | N/A |
| Revision Effective Date: | N/A |
| Revision Ending Effective Date: | N/A |
| Policy Ending Date: | N/A |

396

LMRP Description:

This policy is intended to apply to blood samples used to determine glucose levels. Blood glucose determination may be done using whole blood, serum or plasma. It may be sampled by capillary puncture, as in the fingerstick method, or by vein puncture or arterial sampling. The method for assay may be by color comparison of an indicator stick, by meter assay of whole blood or a filtrate of whole blood, using a device approved for home monitoring, or by using a laboratory assay system using serum or plasma. The convenience of the meter or stick color method allows a patient to have access to blood glucose values in less than a minute or so and has become a standard of care for control of blood glucose, even in the inpatient setting.

Indications & Limitations Of Coverage And/Or Medical Necessity:

Blood glucose values are often necessary for the management of patients with diabetes mellitus, where hyperglycemia and hypoglycemia are often present. They are also critical in the determination of control of blood glucose levels in the patient with impaired fasting glucose (FPG 110-125 mg/dL), the patient with insulin resistance syndrome and/or carbohydrate intolerance (excessive rise in glucose following ingestion of glucose or glucose sources of food), in the patient with a hypoglycemia disorder such as nesidioblastosis or insulinoma, and in patients with a catabolic or malnutrition state. In addition to those conditions already listed, glucose testing may be medically necessary in patients with tuberculosis, unexplained chronic or recurrent infections, alcoholism, coronary artery disease (especially in women), or unexplained skin conditions (including pruritis, local skin infections, ulceration and gangrene without an established cause). Many medical conditions may be a consequence of a sustained elevated or depressed glucose level. These include comas, seizures or epilepsy, confusion, abnormal hunger, abnormal weight loss or gain, and loss of sensation. Evaluation of glucose may also be indicated in patients on medications known to affect carbohydrate metabolism.

Frequent home blood glucose testing by diabetic patients should be encouraged. In stable, non-hospitalized patients who are unable or unwilling to do home monitoring, it may be reasonable and necessary to measure quantitative blood glucose up to four times annually.

397

Depending upon the age of the patient, type of diabetes, degree of control, complications of diabetes, and other co-morbid conditions, more frequent testing than four times annually may be reasonable and necessary.

In some patients presenting with nonspecific signs, symptoms, or diseases not normally associated with disturbances in glucose metabolism, a single blood glucose test may be medically necessary. Repeat testing may not be indicated unless abnormal results are found or unless there is a change in clinical condition. If repeat testing is performed, a specific diagnosis code (e.g., diabetes) should be reported to support medical necessity. However, repeat testing may be indicated where results are normal in patients with conditions where there is a confirmed continuing risk of glucose metabolism abnormality (e.g., monitoring glucocorticoid therapy).

| | |
|---|---|
| HCPCS Section And Benefit Category: | Chemistry/Pathology and Laboratory Diagnostic Testing |
| Type Of Bill Code: | 12X, 13X, 14X, 21X, 22X, 23X, 71X, 72X |
| Revenue Code: | 300, 301 |
| HCPCS Codes | 82947 Glucose; quantitative |
| | 82948 Glucose; blood, reagent strip |
| | 82962 Glucose, blood by glucose monitoring device(s) cleared by the FDA specifically for home use. |
| Not Otherwise Classified (NOC) Code: | N/A |

| ICD-9 Codes That Support Medical Necessity: | | |
|---|---|---|
| | 011.00-011.96 | Tuberculosis |
| | 038.0-038.9 | Septicemia |
| | 112.1 | Recurrent vaginal candidiasis |
| | 112.3 | Interdigital candidiasis |
| | 118 | Opportunistic mycoses |
| | 157.4 | Malignant neoplasm of Islets of Langerhans |
| | 158.0 | Malignant neoplasm of retroperitoneum |
| | 211.7 | Benign neoplasm of Islets of Langerhans |
| | 242.00-242.91 | Thyrotoxicosis |
| | 250.00-250.93 | Diabetes mellitus |

| | |
|---|---|
| 251.0-251.9 | Disorders of pancreatic internal secretion |
| 253.0-253.9 | Disorders of the pituitary gland |
| 255.0 | Cushing syndrome |
| 263.0-263.9 | Malnutrition |
| 271.0-271.9 | Disorders of carbohydrate transport and metabolism |
| 272.0-272.4 | Disorders of lipoid metabolism |
| 275.0 | Hemochromotosis |
| 276.0-276.9 | Disorders of fluid, electrolyte and acid-base balance |
| 278.3 | Hypercarotinemia |
| 293.0 | Acute delirium |
| 294.9 | Unspecified organic brain syndrome |
| 298.9 | Unspecified psychosis |
| 300.9 | Unspecified neurotic disorder |
| 310.1 | Organic personality syndrome |
| 337.9 | Autonomic nervous system neuropathy |
| 345.10-345.11 | Generalized convulsive epilepsy |
| 348.3 | Encephalopathy, unspecified |
| 355.9 | Neuropathy, not otherwise specified |
| 356.9 | Unspecified hereditary and idiopathic peripheral neuropathy |
| 357.9 | Unspecified inflammatory and toxic neuropathy |
| 362.0 | Unspecified retinal disorders |
| 362.10 | Background retinopathy |
| 362.18 | Retinal vasculitis |
| 362.29 | Nondiabetic proliferative retinopathy |
| 362.50-362.57 | Degeneration of macular posterior pole |
| 362.60-362.66 | Peripherial retinal degeneration |
| 362.81-362.89 | Other retinal disorders |
| 365.04 | Borderline glaucoma |
| 365.32 | Corticosteriod-induced glaucoma residual |
| 366.00-366.09 | Presenile cataract |
| 366.10-366.19 | Senile cataract |
| 367.1 | Acute myopia |
| 368.8 | Other specified visual disturbance |
| 373.00 | Blepharitis |
| 377.24 | Pseudopapilledema |
| 377.9 | Autonomic nervous system neuropathy |
| 378.50-378.55 | Paralytic strabiamus |
| 379.45 | Argyll-Robertson pupils |

| | |
|---|---|
| 410.00-410.92 | Acute myocardial infarction |
| 414.00-414.19 | Coronary atherosclerosis and aneurysm of heart |
| 425.9 | Secondary Cardiomyopathy, unspecified |
| 440.23 | Arteriosclerosis of extremities with ulceration |
| 440.24 | Arteriosclerosis of extremities with gangrene |
| 440.9 | Arteriosclerosis, not otherwise specified |
| 458.0 | Postural hypotension |
| 462 | Acute pharyngitis |
| 466.0 | Acute bronchitis |
| 480.0-486 | Pneumonia |
| 490 | Recurrent bronchitis, not specified as acute or chronic |
| 491.0-491.9 | Chronic bronchitis |
| 527.7 | Disturbance of salivory secretion (dry mouth) |
| 528.0 | Stomatitis |
| 535.50-535.51 | Gastritis |
| 536.8 | Dyspepsia |
| 571.8 | Other chronic nonalcoholic liver disease |
| 572.0-572.8 | Liver abscess and sequelae of chronic liver disease |
| 574.50-574.51 | Choledocholitiasis |
| 575.0-575.12 | Cholecystitis |
| 576.1 | Cholangitis |
| 577.0 | Acute pancreatitis |
| 577.1 | Chronic pancreatitis |
| 577.8 | Pancreatic multiple calculi |
| 590.00-590.9 | Infections of the kidney |
| 595.9 | Recurrent cystitis |
| 596.4 | Bladder atony |
| 596.53 | Bladder paresis |
| 599.0 | Urinary tract infection, recurrent |
| 607.84 | Impotence of organic origin |
| 608.89 | Other disorders male genital organs |
| 616.10 | Vulvovaginitis |
| 626.0 | Amenorrhea |
| 626.4 | Irregular menses |
| 628.9 | Infertility – female |
| 648.0 | Diabetes mellitus complicating pregnancy, Childbirth or the puerperium, unspecified as to episode of care or not applicable |

Draft for comments-Blood Glucose Testing-January 2001
Mutual of Omaha Insurance Company - Medicare

| | |
|---|---|
| 648.03 | Diabetes mellitus complicating pregnancy, Childbirth or the puerperium, antipartum condition or complication |
| 648.04 | Diabetes mellitus complicating pregnancy, Childbirth or the puerperium, postpartum condition or complication |
| 648.80 | Abnormal glucose tolerance complicating pregnancy, childbirth or the puerperium, unspecified as to episode of care or not applicable |
| 648.83 | Abnormal glucose tolerance complicating pregnancy, childbirth or the puerperium, antipartum condition or complication |
| 648.84 | Abnormal glucose tolerance complicating pregnancy, childbirth or the puerperium, postpartum condition or complication |
| 656.60-656.63 | Fetal problems affecting management of mother - large for-date of fetus |
| 657.00-657.03 | Polyhydramnios |
| 680.0-680.9 | Carbuncle and furuncle |
| 686.00-686.9 | Infections of skin and subcutaneous tissue |
| 698.0 | Pruritis ani |
| 698.1 | Pruritis of genital organs |
| 704.1 | Hirsutism |
| 705.0 | Anhidrosis |
| 707.0-707.9 | Chronic ulcer of skin |
| 709.3 | Degenerative skin disorders |
| 729.1 | Myalgia |
| 730.07-730.27 | Osteomyelitis of tarsal bones |
| 780.01 | Coma |
| 780.02 | Transcient alteration of awareness |
| 780.09 | Alteration of consciousness, other |
| 780.2 | Syncope and collapse |
| 780.39 | Seizures, not otherwise specified |
| 780.4 | Dizziness and giddiness |
| 780.71-780.79 | Malaise and fatigue |
| 780.8 | Hyperhidrosis |
| 782.0 | Loss of vibratory sensation |
| 783.1 | Abnormal weight gain |

| 783.2 | Abnormal loss of weight |
| 783.5 | Polydipsia |
| 785.0 | Tachycardia |
| 785.4 | Gangrene |
| 786.01 | Hyperventilation |
| 786.09 | Dyspnea |
| 786.50 | Chest pain, unspecified |
| 787.6 | Fecal incontinence |
| 787.91 | Diarrhea |
| 788.41-788.43 | Frequency of urination and polyuria |
| 789.1 | Hepatomegaly |
| 790.2 | Abnormal glucose tolerance test |
| 790.6 | Other abnormal blood chemistry (hyperglycemia) |
| 791.0 | Proteinuria |
| 791.5 | Glycosuria |
| 796.1 | Abnormal reflex |
| 799.4 | Cachexia |
| V23.0-V23.9 | Supervision of high risk pregnancy |
| V58.69 | Long term current use of other medication |
| V67.2 | Follow-up examination, following chemotherapy |
| V67.51 | Follow up examination with high-risk medication not elsewhere classified |

Diagnosis That Support
Medical Necessity:

See "ICD-9 Codes That Support Medical Necessity"

ICD-9 Codes That DO NOT
Support Medical Necessity:

ICD-9 codes that were not listed previously are considered non-covered

Diagnoses That DO NOT
Support Medical Necessity:

Diagnoses that were not listed previously are considered noncovered

Reasons for Denial:

(**Note**: This section was not negotiated by the Negotiated Rulemaking Committee. This section includes HCFA's interpretation of its longstanding policies and is included for informational purposes.)

- Tests for screening purposes that are performed in the absence of signs, symptoms, complaints, or personal history of disease or injury are not covered except as explicitly authorized by statute. These include exams required by insurance companies, business establishments, government agencies, or other third parties.

402

- Tests that are not reasonable and necessary for the diagnosis or treatment of an illness or injury are not covered according to the statute.

- Failure to provide documentation of the medical necessity of tests may result in denial of claims. Such documentation may include notes documenting relevant signs, symptoms or abnormal findings that substantiate the medical necessity for ordering the tests. In addition, failure to provide independent verification that the test was ordered by the treating physician (or qualified nonphysician practitioner) through documentation in the physician's office may result in denial.

- A claim for a test for which there is a national coverage or local medical review policy will be denied as not reasonable and necessary if it is submitted without an ICD-9-CM code or narrative diagnosis listed as covered in the policy unless other medical documentation justifying the necessity is submitted with the claim.

- If a national or local policy identifies a frequency expectation, a claim for a test that exceeds that expectation may be denied as not reasonable and necessary, unless it is submitted with documentation justifying increased frequency.

- Tests that are not ordered by a treating physician or other qualified treating nonphysician practitioner acting within the scope of their license and in compliance with Medicare requirements will be denied as not reasonable and necessary.

- Failure of the laboratory performing the test to have the appropriate Clinical Laboratory Improvement Act of 1988 (CLIA) certificate for the testing performed will result in denial of claims.

- Tests that require an FDA approval or clearance will be denied as not reasonable and necessary if FDA approval or clearance has not been obtained, except for those having a Category B Investigational Device Exemption (IDE). Coverage of Category B IDE devices is left to contractor discretion. (See Federal Register, volume 60, number 181, BPD-841-FC, addendum.)

403

Noncovered ICD-9 Codes:

| | | |
|---|---|---|
| V15.85 | Exposure to potentially hazardous body fluids |
| V16.1 | Family history of malignant neoplasm, trachea, bronchus and lung |
| V16.2 | Family history of malignant neoplasm, other respiratory and intrathoracic organs |
| V16.4 | Family history of malignant neoplasms, genital organs |
| V16.5 | Family history of malignant neoplasm, urinary organs |
| V16.6 | Family history of malignant neoplasm, leukemia |
| V16.7 | Family history of malignant neoplasms, other lymphatic and hematopoietic neoplasms |
| V16.8 | Family history of malignant neoplasm, other specified malignant neoplasm |
| V16.9 | Family history of malignant neoplasm, unspecified malignant neoplasm |
| V17.0–V17.8 | Family history of certain chronic disabling diseases |
| V18.0– V18.8 | Family history of certain other s specific conditions |
| V19.0–V19.8 | Family history of other condition economic circumstances |
| V20.0–V20.2 | Health supervision of infant or child |
| V28.0 – V28.9 | Antenatal screenings |
| V50.0-V50.9 | Elective surgery for purposes other than remedying health states |
| V53.2 | Fitting and adjustment of hearing aid |
| V60.0-V60.9 | Housing, household, and economic circumstances |
| V62.0 | Unemployment |
| V62.1 | Adverse effects of work environment |
| V65.0 | Health persons accompanying sick persons |
| V65.1 | Persons consulting on behalf of another person |
| V68.0–V68.9 | Encounters for administrative other than remedying health hearing aid |
| V70.0–V70.9 | General medical examinations |

*[handwritten annotation: "not in 1st revision ? should be in old from web"]*

| V73.0–V73.99 | Special screening examination for viral and chlamydia diseases |
| V74.0–V74.9 | Special screening examinations for bacterial and spirochetal diseases |
| V75.0–V75.9 | Special screening examination for other infectious diseases |
| V76.0 | Special screening for malignant neoplasms, respiratory organs |
| V76.3–V76.9 | Special screening for malignant neoplasms (sites other than breast and cervix) |
| V77.0–V77.9 | Special screening for endocrine, nutrition, metabolic, and immunity disorders |
| V78.0–V78.9 | Special screening for disorders of blood and blood-forming organs |
| V79.0–V79.9 | Special screening for mental disorders |
| V80.0-V80.3 | Special screening for neurological eye and ear diseases |
| V81.0-V81.6 | Special screening for cardiovascular, respiratory and genitourinary diseases |
| V82.0–V82.9 | Special screening for other conditions |
| 798.0–798.9 | Sudden death, cause unknown |

**Noncovered Diagnosis:** Any diagnosis code not previously listed as "covered" will be considered non covered.

**Coding Guidelines:**

1. Any claim for a test listed in "HCPCS CODES" above must be submitted with an ICD-9-CM diagnosis code or comparable narrative. Codes that describe symptoms and signs, as opposed to diagnoses, should be provided for reporting purposes when a diagnosis has not been established by the physician.

2. Screening is the testing for disease or disease precursors so that early detection and treatment can be provided for those who test positive for the disease. Screening tests are performed when no specific sign, symptom, or diagnosis is present and the patient has not been exposed to a disease. The testing of a person to rule out or to confirm a suspected diagnosis because the patient has a sign and/or symptom is a diagnostic test, not a screening.

In these cases, the sign or symptom should be used to explain the reason for the test. When the reason for performing a test is because the patient has had contact with, or exposure to, a communicable disease, the appropriate code from category V01, Contact with or exposure to communicable diseases, should be assigned, not a screening code, but the test may still be considered screening and not covered by Medicare. For screening tests, the appropriate ICD-9-CM screening code from categories V28 or V73-V82 (or comparable narrative) should be used.(From Coding Clinic for ICD-9-CM, Fourth Quarter 1996, pages 50 and 52)

3.  A three-digit code is to be used only if it is not further subdivided. Where fourth-digit and/or fifth-digit subclassifications are provided, they must be assigned. A code is invalid if it has not been coded to the full number of digits required for that code. (From Coding Clinic for ICD-9-CM. Fourth Quarter, 1995, page 44)

4.  Diagnoses documented as "probable," "suspected," "questionable," "rule-out," or "working diagnosis" should not be coded as though they exist. Rather, code the condition(s) to the highest degree of certainty for that encounter/visit, such as signs, symptoms, abnormal test results, exposure to communicable disease or other reasons for the visit. (From Coding Clinic for ICD-9-CM, Fifth Edition 2000, page 14).

5.  When a non-specific ICD-9-CM code is submitted, the underlying sign, symptom, or condition must be related to the indications for the test above.

6.  A diagnostic statement of impaired glucose tolerance must be evaluated in the context of the documentation in the medical record in order to assign the most accurate ICD-9-CM code. An abnormally elevated fasting blood glucose level in the absence of the diagnosis of diabetes is classified to Code 790.6 - other abnormal blood chemistry. If the provider bases the diagnostic statement of "impaired glucose tolerance" on an abnormal glucose tolerance test, the condition is classified to 790.2 normal glucose tolerance test. Both conditions are considered indications for ordering glycated hemoglobin or glycated protein testing in the absence of the diagnosis of diabetes mellitus

mellitus

7. When a patient is under treatment for a condition for which the tests in this policy are applicable, the ICD-9-CM code that best describes the condition is most frequently listed as the reason for the test.

8. When laboratory testing is done solely to monitor response to medication, the most accurate ICD-9-CM code to describe the reason for the test would be V58.69 long term use of medication.

9. Periodic follow-up for encounters for laboratory testing for a patient with a prior history of a disease, who is no longer under treatment for the condition, would be coded with an appropriate code from the V67 category – follow-up examination.

10. According to ICD-9-CM coding conventions, codes that appear in italics in the Alphabetic and/or Tabular columns of ICD-9-CM are considered manifestation codes that require the underlying condition to be coded and sequenced ahead of the manifestation. For example, the diagnostic statement, "thyrotoxic exophthalmos (376.21)," which appears in italics in the tabular listing, requires that the thyroid disorder (242.0-242.9) is coded and sequenced ahead of thyrotoxic exophthalmos. Therefore, a diagnostic statement that is listed as a manifestation in ICD-9-CM must be expanded to include the underlying disease in order to accurately code the condition.

11. V codes should be accompanied by a specific primary diagnostic code to support services provided as reasonable and necessary. This will also facilitate consideration and determination of coverage.

Documentation Requirements:

The ordering physician must include evidence in the patient's clinical record that an evaluation of history and physical preceded the ordering of glucose testing and that manifestations of abnormal glucose levels were present to warrant the testing. Documentation should include:

- Physician's order
- Medical diagnosis
- Signs and symptoms (rationale for lab performed)
- Lab results for dates of service(s) billed

Utilization Guidelines:          N/A

Other Comments:                  N/A

Sources of Information:          This policy has been adopted from the Medicare
                                 National Coverage Decisions for Blood Glucose
                                 Testing.  This policy was developed through the
                                 Medical Coverage Negotiated Rule making process.
                                 The sources of information used in developing this
                                 policy can be found on the HCFA web site,
                                 www.hcfa.gov/quality/doc/labsd-09.htm and are listed below;

- 2000 CPT Physicians' Current Procedural
  Terminology, American Medical Association

- AACE Guidelines for the Management of Diabetes
  Mellitus, *Endocrine Practice* (1995)1:149-157.
  Bower, Bruce F. And Robert E. Moore, Endocrine
  Function and Carbohydrates.

- Clinical Laboratory Medicine, Kenneth D.
  McClatchy, editor. Baltimore/Williams & Wilkins,
  1994. Pp 321-323.

- Report of the Expert Committee on the Diagnosis
  and Classification of Diabetes Mellitus, Diabetes
  Care, Volume 20, Number 7, July 1997, pages
  1183 et seq.

- Roberts, H. J., Difficult Diagnoses. W. B. Saunders
  Co., pp 69-70.

Advisory Committee Notes:        N/A


Start Date Of Comment            N/A
Period:

End Date Of Comment              N/A
Period:


Start Date Of Notice Period:     N/A


408

"This policy does not reflect the sole opinion of the contractor or Contractor Medical Director. Although the final decision rests with the carrier, this policy was developed in cooperation with advisory groups, which includes representatives from the CMD Clinical Laboratory Workgroup effective May 29, 1996.

Send comments to:                Carol Richards R.N.C.
                                 Medicare Policy Coordinator
                                 Mutual of Omaha
                                 P.O. Box 1602
                                 Omaha, NE    68101


                                 www.carol.richards@mutualofomaha.com

409

**Contractor Policy Number:**

**Contractor Name:**  **Mutual of Omaha Insurance Company**

**Contractor Number:**  **52280**

**Contractor Type:**  **Fiscal Intermediary**

**LMRP Title:**  **Blood Glucose Testing**

# DATE: JANUARY 2001

# DRAFT

410

| AMA CPT Copyright Statement: | "CPT codes, descriptions, and other data only are copyright 2000 American Medical Association (or such other date of publication of CPT). All Rights Reserved Applicable FARS/DFARS Apply." |
| --- | --- |

HCFA National Coverage Policy:

- Title XVIII of the Social Security Act, section 1862(a)(7). This section excludes routine physical examinations.
- Title XVIII of the Social Security Act, section 1862(a)(1)(A). This section allows coverage and payment for only those services that are considered to be medically reasonable and necessary.
- Title XVIII of the Social Security Act, section 1833 (e). This section prohibits Medicare payment for any claim which lacks the necessary information to process the claim.
- HCFA Publication 14-3, Medicare Carrier Manual, section 5114.1 – 5114.3
- 42 CFR 410.32. diagnostic tests may only be ordered by a treating physician (or other treating practitioner acting within the scope of their license and Medicare requirements).
- National Coverage Decisions (NCDs) on Clinical Diagnostic Laboratory Tests binding all Medicare contractors and administrative law judges.

| Primary Geographic Jurisdiction: | All states except New York and Alaska |
| --- | --- |
| HCFA Region: | Region VII |
| HCFA Consortium: | Kansas City and Chicago Regional Offices |
| Policy Effective Date: | N/A |
| Revision Effective Date: | N/A |
| Revision Ending Effective Date: | N/A |
| Policy Ending Date: | N/A |

411

LMRP Description:

This policy is intended to apply to blood samples used to determine glucose levels. Blood glucose determination may be done using whole blood, serum or plasma. It may be sampled by capillary puncture, as in the fingerstick method, or by vein puncture or arterial sampling. The method for assay may be by color comparison of an indicator stick, by meter assay of whole blood or a filtrate of whole blood, using a device approved for home monitoring, or by using a laboratory assay system using serum or plasma. The convenience of the meter or stick color method allows a patient to have access to blood glucose values in less than a minute or so and has become a standard of care for control of blood glucose, even in the inpatient setting.

Indications & Limitations Of Coverage And/Or Medical Necessity:

Blood glucose values are often necessary for the management of patients with diabetes mellitus, where hyperglycemia and hypoglycemia are often present. They are also critical in the determination of control of blood glucose levels in the patient with impaired fasting glucose (FPG 110-125 mg/dL), the patient with insulin resistance syndrome and/or carbohydrate intolerance (excessive rise in glucose following ingestion of glucose or glucose sources of food), in the patient with a hypoglycemia disorder such as nesidioblastosis or insulinoma, and in patients with a catabolic or malnutrition state. In addition to those conditions already listed, glucose testing may be medically necessary in patients with tuberculosis, unexplained chronic or recurrent infections, alcoholism, coronary artery disease (especially in women), or unexplained skin conditions (including pruritis, local skin infections, ulceration and gangrene without an established cause). Many medical conditions may be a consequence of a sustained elevated or depressed glucose level. These include comas, seizures or epilepsy, confusion, abnormal hunger, abnormal weight loss or gain, and loss of sensation. Evaluation of glucose may also be indicated in patients on medications known to affect carbohydrate metabolism.

Frequent home blood glucose testing by diabetic patients should be encouraged. In stable, non-hospitalized patients who are unable or unwilling to do home monitoring, it may be reasonable and necessary to measure quantitative blood glucose up to four times annually.

Depending upon the age of the patient, type of diabetes, degree of control, complications of diabetes, and other co-morbid conditions, more frequent testing than four times annually may be reasonable and necessary.

In some patients presenting with nonspecific signs, symptoms, or diseases not normally associated with disturbances in glucose metabolism, a single blood glucose test may be medically necessary. Repeat testing may not be indicated unless abnormal results are found or unless there is a change in clinical condition. If repeat testing is performed, a specific diagnosis code (e.g., diabetes) should be reported to support medical necessity. However, repeat testing may be indicated where results are normal in patients with conditions where there is a confirmed continuing risk of glucose metabolism abnormality (e.g., monitoring glucocorticoid therapy).

| | |
|---|---|
| HCPCS Section And Benefit Category: | Chemistry/Pathology and Laboratory Diagnostic Testing |
| Type Of Bill Code: | 12X, 13X, 14X, 21X, 22X, 23X, 71X, 72X |
| Revenue Code: | 300, 301 |
| HCPCS Codes | 82947  Glucose; quantitative |
| | 82948  Glucose; blood, reagent strip |
| | 82962  Glucose, blood by glucose monitoring device(s) cleared by the FDA specifically for home use. |
| Not Otherwise Classified (NOC) Code: | N/A |

| ICD-9 Codes That Support Medical Necessity: | | |
|---|---|---|
| | 011.00-011.96 | Tuberculosis |
| | 038.0-038.9 | Septicemia |
| | 112.1 | Recurrent vaginal candidiasis |
| | 112.3 | Interdigital candidiasis |
| | 118 | Opportunistic mycoses |
| | 157.4 | Malignant neoplasm of Islets of Langerhans |
| | 158.0 | Malignant neoplasm of retroperitoneum |
| | 211.7 | Benign neoplasm of Islets of Langerhans |
| | 242.00-242.91 | Thyrotoxicosis |
| | 250.00-250.93 | Diabetes mellitus |

| 251.0-251.9 | Disorders of pancreatic internal secretion |
| 253.0-253.9 | Disorders of the pituitary gland |
| 255.0 | Cushing syndrome |
| 263.0-263.9 | Malnutrition |
| 271.0-271.9 | Disorders of carbohydrate transport and metabolism |
| 272.0-272.4 | Disorders of lipoid metabolism |
| 275.0 | Hemochromotosis |
| 276.0-276.9 | Disorders of fluid, electrolyte and acid-base balance |
| 278.3 | Hypercarotinemia |
| 293.0 | Acute delirium |
| 294.9 | Unspecified organic brain syndrome |
| 298.9 | Unspecified psychosis |
| 300.9 | Unspecified neurotic disorder |
| 310.1 | Organic personality syndrome |
| 337.9 | Autonomic nervous system neuropathy |
| 345.10-345.11 | Generalized convulsive epilepsy |
| 348.3 | Encephalopathy, unspecified |
| 355.9 | Neuropathy, not otherwise specified |
| 356.9 | Unspecified hereditary and idiopathic peripheral neuropathy |
| 357.9 | Unspecified inflammatory and toxic neuropathy |
| 362.10 | Background retinopathy |
| 362.18 | Retinal vasculitis |
| 362.29 | Nondiabetic proliferative retinopathy |
| 362.50-362.57 | Degeneration of macular posterior pole |
| 362.60-362.66 | Peripherial retinal degeneration |
| 362.81-362.89 | Other retinal disorders |
| 362.0 | Unspecified retinal disorders |
| 365.04 | Borderline glaucoma |
| 365.32 | Corticosteriod-induced glaucoma residual |
| 366.00-366.09 | Presenile cataract |
| 366.10-366.19 | Senile cataract |
| 367.1 | Acute myopia |
| 368.8 | Other specified visual disturbance |
| 373.00 | Blepharitis |
| 377.24 | Pseudopapilledema |
| 377.9 | Autonomic nervous system neuropathy |
| 378.50-378.55 | Paralytic strabiamus |
| 379.45 | Argyll-Robertson pupils |

414

| | |
|---|---|
| 410.00-410.92 | *Acute myocardial infarction* |
| | ~~Coronary atherosclerosis and~~ |
| | ~~aneurysm of heart~~ |
| 414.00-41~~0.92~~ 4.19 | Coronary atherosclerosis and aneurysm of heart |
| 425.9 | Secondary Cardiomyopathy, unspecified |
| 440.23 | Arteriosclerosis of extremities with ulceration |
| 440.24 | Arteriosclerosis of extremities with gangrene |
| 440.9 | Arteriosclerosis, not otherwise specified |
| 458.0 | Postural hypotension |
| 462 | Acute pharyngitis |
| 466.0 | Acute bronchitis |
| 480.0-486 | Pneumonia |
| 490 | Recurrent bronchitis, not specified as acute or chronic |
| 491.0-491.9 | Chronic bronchitis |
| 527.7 | Disturbance of salivory secretion (dry mouth) |
| 528.0 | Stomatitis |
| 535.50-535.51 | Gastritis |
| 536.8 | Dyspepsia |
| 571.8 | Other chronic nonalcoholic liver disease |
| 572.0-.8 | Liver abscess and sequelae of chronic liver disease |
| 574.50-574.51 | Choledocholitiasis |
| 575.0-575.12 | Cholecystitis |
| 576.1 | Cholangitis |
| 577.0 | Acute pancreatitis |
| 577.1 | Chronic pancreatitis |
| 577.8 | Pancreatic multiple calculi |
| 590.00-590.9 | Infections of the kidney |
| 595.9 | Recurrent cystitis |
| 596.4 | Bladder atony |
| 596.53 | Bladder paresis |
| 599.0 | Urinary tract infection, recurrent |
| 607.84 | Impotence of organic origin |
| 608.89 | Other disorders male genital organs |
| 616.10 | Vulvovaginitis |
| 626.0 | Amenorrhea |
| 626.4 | Irregular menses |
| 628.9 | Infertility - female |
| 648.0 | Diabetes mellitus complicating pregnancy, Childbirth or the puerperium, unspecified as to episode of care or not applicable |

| | |
|---|---|
| 648.03 | Diabetes mellitus complicating pregnancy, Childbirth or the puerperium, antipartum condition or complication |
| 648.04 | Diabetes mellitus complicating pregnancy, Childbirth or the puerperium, postpartum condition or complication |
| 648.80 | Abnormal glucose tolerance complicating pregnancy, childbirth or the puerperium, unspecified as to episode of care or not applicable |
| 648.83 | Abnormal glucose tolerance complicating pregnancy, childbirth or the puerperium, antipartum condition or complication |
| 648.84 | Abnormal glucose tolerance complicating pregnancy, childbirth or the puerperium, postpartum condition or complication |
| 656.60-656.63 | Fetal problems affecting management of mother - large for-date of fetus |
| 657.00-657.03 | Polyhydramnios |
| 680.0-680.9 | Carbuncle and furuncle |
| 686.00-686.9 | Infections of skin and subcutaneous tissue |
| 698.0 | Pruritis ani |
| 698.1 | Pruritis of genital organs |
| 704.1 | Hirsutism |
| 705.0 | Anhidrosis |
| 707.0-707.9 | Chronic ulcer of skin |
| 709.3 | Degenerative skin disorders |
| 729.1 | Myalgia |
| 730.07-730.27 | Osteomyelitis of tarsal bones |
| 780.01 | Coma |
| 780.02 | Transcient alteration of awareness |
| 780.09 | Alteration of consciousness, other |
| 780.2 | Syncope and collapse |
| 780.39 | Seizures, not otherwise specified |
| 780.4 | Dizziness and giddiness |
| 780.71-.79 | Malaise and fatigue |
| 780.8 | Hyperhidrosis |
| 782.0 | Loss of vibratory sensation |
| 783.1 | Abnormal weight gain |

| | |
|---|---|
| 783.2 | Abnormal loss of weight |
| 783.5 | Polydipsia |
| 785.0 | Tachycardia |
| 785.4 | Gangrene |
| 786.01 | Hyperventilation |
| 786.09 | Dyspnea, |
| 786.50 | Chest pain, unspecified |
| 787.6 | Fecal incontinence |
| 787.91 | Diarrhea |
| 788.41-788.43 | Frequency of urination and polyuria |
| 789.1 | Hepatomegaly |
| 790.2 | Abnormal glucose tolerance test |
| 790.6 | Other abnormal blood chemistry (hyperglycemia) |
| 791.0 | Proteinuria |
| 791.5 | Glycosuria |
| 796.1 | Abnormal reflex |
| 799.4 | Cachexia |
| V23.0-.9 | Supervision of high risk pregnancy |
| V67.2 | Follow-up examination, following chemotherapy |
| V67.51 | Follow up examination with high-risk medication not elsewhere classified |
| V58.69 | Long term current use of other medication |

| | |
|---|---|
| Diagnosis That Support Medical Necessity: | See "ICD-9 Codes That Support Medical Necessity" |
| ICD-9 Codes That DO NOT Support Medical Necessity: | ICD-9 codes that were not listed previously are considered non-covered |
| Diagnoses That DO NOT Support Medical Necessity: | Diagnoses that were not listed previously are considered noncovered |
| Reasons for Denial: | **(Note**: This section was not negotiated by the Negotiated Rulemaking Committee. This section includes HCFA's interpretation of its longstanding policies and is included for informational purposes.) |

- Tests for screening purposes that are performed in the absence of signs, symptoms, complaints, or personal history of disease or injury are not covered except as explicitly authorized by statute. These include exams required by insurance companies, business establishments, government agencies, or other third parties.

- Tests that are not reasonable and necessary for the diagnosis or treatment of an illness or injury are not covered according to the statute.

- Failure to provide documentation of the medical necessity of tests may result in denial of claims. Such documentation may include notes documenting relevant signs, symptoms or abnormal findings that substantiate the medical necessity for ordering the tests. In addition, failure to provide independent verification that the test was ordered by the treating physician (or qualified nonphysician practitioner) through documentation in the physician's office may result in denial.

- A claim for a test for which there is a national coverage or local medical review policy will be denied as not reasonable and necessary if it is submitted without an ICD-9-CM code or narrative diagnosis listed as covered in the policy unless other medical documentation justifying the necessity is submitted with the claim.

- If a national or local policy identifies a frequency expectation, a claim for a test that exceeds that expectation may be denied as not reasonable and necessary, unless it is submitted with documentation justifying increased frequency.

- Tests that are not ordered by a treating physician or other qualified treating nonphysician practitioner acting within the scope of their license and in compliance with Medicare requirements will be denied as not reasonable and necessary.

- Failure of the laboratory performing the test to have the appropriate Clinical Laboratory Improvement Act of 1988 (CLIA) certificate for the testing performed will result in denial of claims.

- Tests that require an FDA approval or clearance will be denied as not reasonable and necessary if FDA approval or clearance has not been obtained, except for those having a Category B Investigational Device Exemption (IDE). Coverage of Category B IDE devices is left to contractor discretion. (See Federal Register, volume 60, number 181, BPD-841-FC, addendum.)

Noncovered ICD-9 Codes:

| V15.85 | Exposure to potentially hazardous body fluids |
| V16.2 | Family history of malignant neoplasm, other respiratory and intrathoracic organs |
| V16.4 | Family history of malignant neoplasms, genital organs |
| V16.5 | Family history of malignant neoplasm, urinary organs |
| V16.6 | Family history of malignant neoplasm, leukemia |
| V16.7 | Family history of malignant neoplams, other lymphatic and hematopoietic neoplasms |
| V16.8 | Family history of malignant neoplasm, other specified malignant neoplasm |
| V16.9 | Family history of malignant neoplasm, unspecified malignant neoplasm |
| V17.0 –V17.8 | Family history of certain chronic disabling diseases |
| V18.0 – V18.8 | Family history of certain other s specific conditions |
| V19.0 – V19.8 | Family history of other condition economic circumstances |
| V20.0 – V20.2 | Health supervision of infant or child |
| V28.0 – V28.9 | Antenatal screenings |
| V62.0 | Unemployment |
| V62.1 | Adverse effects of work environment |
| V65.0 | Health persons accompanying sick persons |
| V65.1 | Persons consulting on behalf of another person |
| V68.0 – V68.9 | Encounters for administrative other than remedying health hearing aid |
| V70.0 –V70.9 | General medical examinations |
| V73.0 – V73.99 | Special screening examination for viral and chlamydia diseases |
| V74.0 – V74.9 | Special screening examinations for bacterial and spirochetal diseases |
| V75.0 – V75.9 | Special screening examination for other infectious diseases |
| V76.0 | Special screening for malignant neoplasms, respiratory organs |

| V76.3 – 76.9 | Special screening for malignant neoplasms (sites other than breast and cervix) |
| V77.0 – V77.9 | Special screening for endocrine, nutrition, metabolic, and immunity disorders |
| V78.0 – V78.9 | Special screening for disorders of blood and blood-forming organs |
| V79.0 – V79.9 | Special screening for mental disorders |
| | diseases |
| | cardiovascular, respirator, and genitourinary diseases |
| V82.0 – V82.9 | Special screening for other bronchus, and lung |
| 798.0 – 798.9 | Sudden death, cause unknown |

V80.0-80.3
V81.0-V81.6

**Noncovered Diagnosis:**  Any diagnosis code not previously listed as "covered" will be considered non covered.

**Coding Guidelines:**

1.  Any claim for a test listed in "HCPCS CODES" above must be submitted with an ICD-9-CM diagnosis code or comparable narrative. Codes that describe symptoms and signs, as opposed to diagnoses, should be provided for reporting purposes when a diagnosis has not been established by the physician.

2.  Screening is the testing for disease or disease precursors so that early detection and treatment can be provided for those who test positive for the disease. Screening tests are performed when no specific sign, symptom, or diagnosis is present and the patient has not been exposed to a disease. The testing of a person to rule out or to confirm a suspected diagnosis because the patient has a sign and/or symptom is a diagnostic test, not a screening. In these cases, the sign or symptom should be used to explain the reason for the test. When the reason for performing a test is because the patient has had contact with, or exposure to, a communicable disease, the appropriate code from category V01, Contact with or exposure to communicable diseases, should be assigned, not a screening code, but the test may still be considered screening and not covered by Medicare. For screening tests, the appropriate ICD-9-CM screening code from categories V28 or V73-V82 (or comparable narrative) should be used.

(From Coding Clinic for ICD-9-CM, Fourth Quarter 1996, pages 50 and 52)

3. A three-digit code is to be used only if it is not further subdivided. Where fourth-digit and/or fifth-digit subclassifications are provided, they must be assigned. A code is invalid if it has not been coded to the full number of digits required for that code. (From Coding Clinic for ICD-9-CM. Fourth Quarter, 1995, page 44)

4. Diagnoses documented as "probable," "suspected," "questionable," "rule-out," or "working diagnosis" should not be coded as though they exist. Rather, code the condition(s) to the highest degree of certainty for that encounter/visit, such as signs, symptoms, abnormal test results, exposure to communicable disease or other reasons for the visit. (From Coding Clinic for ICD-9-CM, Fifth Edition 2000, page 14).

5. When a non-specific ICD-9 code is submitted, the underlying sign, symptom, or condition must be related to the indications for the test above.

6. A diagnostic statement of impaired glucose tolerance must be evaluated in the context of the documentation in the medical record in order to assign the most accurate ICD-9-CM code. An abnormally elevated fasting blood glucose level in the absence of the diagnosis of diabetes is classified to Code 790.6 - other abnormal blood chemistry. If the provider bases the diagnostic statement of "impaired glucose tolerance" on an abnormal glucose tolerance test, the condition is classified to 790.2 – normal glucose tolerance test. Both conditions are considered indications for ordering glycated hemoglobin or glycated protein testing in the absence of the diagnosis of diabetes mellitus.

7. When a patient is under treatment for a condition for which the tests in this policy are applicable, the ICD-9-CM code that best describes the condition is most frequently listed as the reason for the test.

8. When laboratory testing is done solely to monitor response to medication, the most accurate ICD-9-CM code to describe the reason for the test would be V58.69 -- long term use of medication.

9. Periodic follow-up for encounters for laboratory testing for a patient with a prior history of a disease, who is no longer under treatment for the condition, would be coded with an appropriate code from the V67 category -- follow-up examination.

10. According to ICD-9-CM coding conventions, codes that appear in italics in the Alphabetic and/or Tabular columns of ICD-9-CM are considered manifestation codes that require the underlying condition to be coded and sequenced ahead of the manifestation. For example, the diagnostic statement, "thyrotoxic exophthalmos (376.21)," which appears in italics in the tabular listing, requires that the thyroid disorder (242.0-242.9) is coded and sequenced ahead of thyrotoxic exophthalmos. Therefore, a diagnostic statement that is listed as a manifestation in ICD-9-CM must be expanded to include the underlying disease in order to accurately code the condition.

11. V codes should be accompanied by a specific primary diagnostic code to support services provided as reasonable and necessary. This will also facilitate consideration and determination of coverage.

Documentation Requirements:

The ordering physician must include evidence in the patient's clinical record that an evaluation of history and physical preceded the ordering of glucose testing and that manifestations of abnormal glucose levels were present to warrant the testing.
Documentation should include:
- Physician's order
- Medical diagnosis
- Signs and symptoms (rationale for lab performed)
- Lab results for dates of service(s) billed

Utilization Guidelines:    N/A

Other Comments:    N/A

Sources of Information:

This policy has been adopted from the Medicare National Coverage Decisions for Blood Glucose Testing. This policy was developed through the Medical Coverage Negotiated Rule making process. The sources of information used in developing this policy can be found on the HCFA web site, www.hcfa.gov/quality/doc/labsd-09.htm and are listed below

- 2000 CPT Physicians' Current Procedural Terminology, American Medical Association

- AACE Guidelines for the Management of Diabetes Mellitus, *Endocrine Practice* (1995)1:149-157. Bower, Bruce F. And Robert E. Moore, Endocrine Function and Carbohydrates.

- Clinical Laboratory Medicine, Kenneth D. McClatchy, editor. Baltimore/Williams & Wilkins, 1994. Pp 321-323.
- Report of the Expert Committee on the Diagnosis and Classification of Diabetes Mellitus, Diabetes Care, Volume 20, Number 7, July 1997, pages 1183 et seq.
- Roberts, H. J., Difficult Diagnoses. W. B. Saunders Co., pp 69-70.

| | |
|---|---|
| Advisory Committee Notes: | N/A |
| Start Date Of Comment Period: | N/A |
| End Date Of Comment Period: | N/A |
| Start Date Of Notice Period: | N/A |

"This policy does not reflect the sole opinion of the contractor or Contractor Medical Director. Although the final decision rests with the carrier, this policy was developed in cooperation with advisory groups, which includes representatives from the CMD Clinical Laboratory Workgroup effective May 29, 1996.

Send comments to:

Carol Richards R.N.C.
Medicare Policy Coordinator
Mutual of Omaha
P.O. Box 1602
Omaha, NE    68101

www.carol.richards@mutualofomaha.com

423

**Contractor Policy Number:**     2001-E

**Contractor Name:**     **Mutual of Omaha Insurance Company**

**Contractor Number:**     **52280**

**Contractor Type:**     **Fiscal Intermediary**

**LMRP Title:**     **Blood Glucose Testing**

*Examples*
*for Attention*
*ie :*

*Karen*

424

| AMA CPT Copyright Statement: | "CPT codes, descriptions, and other data only are copyright 2000 American Medical Association (or such other date of publication of CPT). All Rights Reserved Applicable FARS/DFARS Apply." |
|---|---|
| HCFA National Coverage Policy: | • Title XVIII of the Social Security Act, section 1862(a)(7). This section excludes routine physical examinations.<br>• Title XVIII of the Social Security Act, section 1862(a)(1)(A). This section allows coverage and payment for only those services that are considered to be medically reasonable and necessary.<br>• Title XVIII of the Social Security Act, section 1833 (e). This section prohibits Medicare payment for any claim which lacks the necessary information to process the claim.<br>• HCFA Publication 14-3, Medicare Carrier Manual, section 5114.1 – 5114.3<br>• 42 CFR 410.32. diagnostic tests may only be ordered by a treating physician (or other treating practitioner acting within the scope of their license and Medicare requirements).<br>• National Coverage Decisions (NCDs) on Clinical Diagnostic Laboratory Tests binding all Medicare contractors and administrative law judges. |
| Primary Geographic Jurisdiction: | All states except New York and Alaska |
| HCFA Region: | Region VII |
| HCFA Consortium: | Kansas City and Chicago Regional Offices |
| Policy Effective Date: | N/A |
| Revision Effective Date: | N/A |
| Revision Ending Effective Date: | N/A |
| Policy Ending Date: | N/A |

425

LMRP Description:

This policy is intended to apply to blood samples used to determine glucose levels. Blood glucose determination may be done using whole blood, serum or plasma. It may be sampled by capillary puncture, as in the fingerstick method, or by vein puncture or arterial sampling. The method for assay may be by color comparison of an indicator stick, by meter assay of whole blood or a filtrate of whole blood, using a device approved for home monitoring, or by using a laboratory assay system using serum or plasma. The convenience of the meter or stick color method allows a patient to have access to blood glucose values in less than a minute or so and has become a standard of care for control of blood glucose, even in the inpatient setting.

Indications & Limitations Of Coverage And/Or Medical Necessity:

Blood glucose values are often necessary for the management of patients with diabetes mellitus, where hyperglycemia and hypoglycemia are often present. They are also critical in the determination of control of blood glucose levels in the patient with impaired fasting glucose (FPG 110-125 mg/dL), the patient with insulin resistance syndrome and/or carbohydrate intolerance (excessive rise in glucose following ingestion of glucose or glucose sources of food), in the patient with a hypoglycemia disorder such as nesidioblastosis or insulinoma, and in patients with a catabolic or malnutrition state. In addition to those conditions already listed, glucose testing may be medically necessary in patients with tuberculosis, unexplained chronic or recurrent infections, alcoholism, coronary artery disease (especially in women), or unexplained skin conditions (including pruritis, local skin infections, ulceration and gangrene without an established cause). Many medical conditions may be a consequence of a sustained elevated or depressed glucose level. These include comas, seizures or epilepsy, confusion, abnormal hunger, abnormal weight loss or gain, and loss of sensation. Evaluation of glucose may also be indicated in patients on medications known to affect carbohydrate metabolism.

Frequent home blood glucose testing by diabetic patients should be encouraged. In stable, non-hospitalized patients who are unable or unwilling to do home monitoring, it may be reasonable and necessary to measure quantitative blood glucose up to four times annually.

Depending upon the age of the patient, type of diabetes, degree of control, complications of diabetes, and other co-morbid conditions, more frequent testing than four times annually may be reasonable and necessary.

In some patients presenting with nonspecific signs, symptoms, or diseases not normally associated with disturbances in glucose metabolism, a single blood glucose test may be medically necessary. Repeat testing may not be indicated unless abnormal results are found or unless there is a change in clinical condition. If repeat testing is performed, a specific diagnosis code (e.g., diabetes) should be reported to support medical necessity. However, repeat testing may be indicated where results are normal in patients with conditions where there is a confirmed continuing risk of glucose metabolism abnormality (e.g., monitoring glucocorticoid therapy).

| | |
|---|---|
| HCPCS Section And Benefit Category: | Chemistry/Pathology and Laboratory Diagnostic Testing |
| Type Of Bill Code: | 12X, 13X, 14X, 21X, 22X, 23X, 71X, 72X |
| Revenue Code: | 300, 301 |
| HCPCS Codes | 82947 Glucose; quantitative |
| | 82948 Glucose; blood, reagent strip |
| | 82962 Glucose, blood by glucose monitoring device(s) cleared by the FDA specifically for home use. |
| Not Otherwise Classified (NOC) Code: | N/A |

| ICD-9 Codes That Support Medical Necessity: | | |
|---|---|---|
| | 011.00-011.96 | Tuberculosis |
| | 038.0-038.9 | Septicemia |
| | 112.1 | Recurrent vaginal candidiasis |
| | 112.3 | Interdigital candidiasis |
| | 118 | Opportunistic mycoses |
| | 157.4 | Malignant neoplasm of Islets of Langerhans |
| | 158.0 | Malignant neoplasm of retroperitoneum |
| | 211.7 | Benign neoplasm of Islets of Langerhans |
| | 242.00-242.91 | Thyrotoxicosis |
| | 250.00-250.93 | Diabetes mellitus |

| | |
|---|---|
| 251.0-251.9 | Disorders of pancreatic internal secretion |
| 253.0-253.9 | Disorders of the pituitary gland |
| 255.0 | Cushing syndrome |
| 263.0-263.9 | Malnutrition |
| 271.0-271.9 | Disorders of carbohydrate transport and metabolism |
| 272.0-272.4 | Disorders of lipoid metabolism |
| 275.0 | Hemochromotosis |
| 276.0-276.9 | Disorders of fluid, electrolyte and acid-base balance |
| 278.3 | Hypercarotinemia |
| 293.0 | Acute delirium |
| 294.9 | Unspecified organic brain syndrome |
| 298.9 | Unspecified psychosis |
| 300.9 | Unspecified neurotic disorder |
| 310.1 | Organic personality syndrome |
| 337.9 | Autonomic nervous system neuropathy |
| 345.10-345.11 | Generalized convulsive epilepsy |
| 348.3 | Encephalopathy, unspecified |
| 355.9 | Neuropathy, not otherwise specified |
| 356.9 | Unspecified hereditary and idiopathic peripheral neuropathy |
| 357.9 | Unspecified inflammatory and toxic neuropathy |
| 362.0 | Unspecified retinal disorders |
| 362.10 | Background retinopathy |
| 362.18 | Retinal vasculitis |
| 362.29 | Nondiabetic proliferative retinopathy |
| 362.50-362.57 | Degeneration of macular posterior pole |
| 362.60-362.66 | Peripherial retinal degeneration |
| 362.81-362.89 | Other retinal disorders |
| 365.04 | Borderline glaucoma |
| 365.32 | Corticosteriod-induced glaucoma residual |
| 366.00-366.09 | Presenile cataract |
| 366.10-366.19 | Senile cataract |
| 367.1 | Acute myopia |
| 368.8 | Other specified visual disturbance |
| 373.00 | Blepharitis |
| 377.24 | Pseudopapilledema |
| 377.9 | Autonomic nervous system neuropathy |
| 378.50-378.55 | Paralytic strabiamus |
| 379.45 | Argyll-Robertson pupils |

| | |
|---|---|
| 410.00-410.92 | Acute myocardial infarction |
| 414.00-414.19 | Coronary atherosclerosis and aneurysm of heart |
| 425.9 | Secondary Cardiomyopathy, unspecified |
| 440.23 | Arteriosclerosis of extremities with ulceration |
| 440.24 | Arteriosclerosis of extremities with gangrene |
| 440.9 | Arteriosclerosis, not otherwise specified |
| 458.0 | Postural hypotension |
| 462 | Acute pharyngitis |
| 466.0 | Acute bronchitis |
| 480.0-486 | Pneumonia |
| 490 | Recurrent bronchitis, not specified as acute or chronic |
| 491.0-491.9 | Chronic bronchitis |
| 527.7 | Disturbance of salivory secretion (dry mouth) |
| 528.0 | Stomatitis |
| 535.50-535.51 | Gastritis |
| 536.8 | Dyspepsia |
| 571.8 | Other chronic nonalcoholic liver disease |
| 572.0-572.8 | Liver abscess and sequelae of chronic liver disease |
| 574.50-574.51 | Choledocholitiasis |
| 575.0-575.12 | Cholecystitis |
| 576.1 | Cholangitis |
| 577.0 | Acute pancreatitis |
| 577.1 | Chronic pancreatitis |
| 577.8 | Pancreatic multiple calculi |
| 590.00-590.9 | Infections of the kidney |
| 595.9 | Recurrent cystitis |
| 596.4 | Bladder atony |
| 596.53 | Bladder paresis |
| 599.0 | Urinary tract infection, recurrent |
| 607.84 | Impotence of organic origin |
| 608.89 | Other disorders male genital organs |
| 616.10 | Vulvovaginitis |
| 626.0 | Amenorrhea |
| 626.4 | Irregular menses |
| 628.9 | Infertility – female |
| 648.0 | Diabetes mellitus complicating pregnancy, Childbirth or the puerperium, unspecified as to episode of care or not applicable |

| | |
|---|---|
| 648.03 | Diabetes mellitus complicating pregnancy, Childbirth or the puerperium, antipartum condition or complication |
| 648.04 | Diabetes mellitus complicating pregnancy, Childbirth or the puerperium, postpartum condition or complication |
| 648.80 | Abnormal glucose tolerance complicating pregnancy, childbirth or the puerperium, unspecified as to episode of care or not applicable |
| 648.83 | Abnormal glucose tolerance complicating pregnancy, childbirth or the puerperium, antipartum condition or complication |
| 648.84 | Abnormal glucose tolerance complicating pregnancy, childbirth or the puerperium, postpartum condition or complication |
| 656.60-656.63 | Fetal problems affecting management of mother - large for-date of fetus |
| 657.00-657.03 | Polyhydramnios |
| 680.0-680.9 | Carbuncle and furuncle |
| 686.00-686.9 | Infections of skin and subcutaneous tissue |
| 698.0 | Pruritis ani |
| 698.1 | Pruritis of genital organs |
| 704.1 | Hirsutism |
| 705.0 | Anhidrosis |
| 707.0-707.9 | Chronic ulcer of skin |
| 709.3 | Degenerative skin disorders |
| 729.1 | Myalgia |
| 730.07-730.27 | Osteomyelitis of tarsal bones |
| 780.01 | Coma |
| 780.02 | Transcient alteration of awareness |
| 780.09 | Alteration of consciousness, other |
| 780.2 | Syncope and collapse |
| 780.39 | Seizures, not otherwise specified |
| 780.4 | Dizziness and giddiness |
| 780.71-780.79 | Malaise and fatigue |
| 780.8 | Hyperhidrosis |
| 782.0 | Loss of vibratory sensation |
| 783.1 | Abnormal weight gain |

| | |
|---|---|
| 783.2 | Abnormal loss of weight |
| 783.5 | Polydipsia |
| 785.0 | Tachycardia |
| 785.4 | Gangrene |
| 786.01 | Hyperventilation |
| 786.09 | Dyspnea |
| 786.50 | Chest pain, unspecified |
| 787.6 | Fecal incontinence |
| 787.91 | Diarrhea |
| 788.41-788.43 | Frequency of urination and polyuria |
| 789.1 | Hepatomegaly |
| 790.2 | Abnormal glucose tolerance test |
| 790.6 | Other abnormal blood chemistry (hyperglycemia) |
| 791.0 | Proteinuria |
| 791.5 | Glycosuria |
| 796.1 | Abnormal reflex |
| 799.4 | Cachexia |
| V23.0-V23.9 | Supervision of high risk pregnancy |
| V58.69 | Long term current use of other medication |
| V67.2 | Follow-up examination, following chemotherapy |
| V67.51 | Follow up examination with high-risk medication not elsewhere classified |

| | |
|---|---|
| Diagnosis That Support Medical Necessity: | See "ICD-9 Codes That Support Medical Necessity" |
| ICD-9 Codes That DO NOT Support Medical Necessity: | ICD-9 codes that were not listed previously are considered non-covered |
| Diagnoses That DO NOT Support Medical Necessity: | Diagnoses that were not listed previously are considered noncovered |
| Reasons for Denial: | **(Note**: This section was not negotiated by the Negotiated Rulemaking Committee. This section includes HCFA's interpretation of its longstanding policies and is included for informational purposes.) |

- Tests for screening purposes that are performed in the absence of signs, symptoms, complaints, or personal history of disease or injury are not covered except as explicitly authorized by statute. These include exams required by insurance companies, business establishments, government agencies, or other third parties.

431

- Tests that are not reasonable and necessary for the diagnosis or treatment of an illness or injury are not covered according to the statute.

- Failure to provide documentation of the medical necessity of tests may result in denial of claims. Such documentation may include notes documenting relevant signs, symptoms or abnormal findings that substantiate the medical necessity for ordering the tests. In addition, failure to provide independent verification that the test was ordered by the treating physician (or qualified nonphysician practitioner) through documentation in the physician's office may result in denial.

- A claim for a test for which there is a national coverage or local medical review policy will be denied as not reasonable and necessary if it is submitted without an ICD-9-CM code or narrative diagnosis listed as covered in the policy unless other medical documentation justifying the necessity is submitted with the claim.

- If a national or local policy identifies a frequency expectation, a claim for a test that exceeds that expectation may be denied as not reasonable and necessary, unless it is submitted with documentation justifying increased frequency.

- Tests that are not ordered by a treating physician or other qualified treating nonphysician practitioner acting within the scope of their license and in compliance with Medicare requirements will be denied as not reasonable and necessary.

- Failure of the laboratory performing the test to have the appropriate Clinical Laboratory Improvement Act of 1988 (CLIA) certificate for the testing performed will result in denial of claims.

- Tests that require an FDA approval or clearance will be denied as not reasonable and necessary if FDA approval or clearance has not been obtained, except for those having a Category B Investigational Device Exemption (IDE). Coverage of Category B IDE devices is left to contractor discretion. (See Federal Register, volume 60, number 181, BPD-841-FC, addendum.)

432

| | | |
|---|---|---|
| Noncovered ICD-9 Codes: | V15.85 | Exposure to potentially hazardous body fluids |
| | V16.1 | Family history of malignant neoplasm, trachea, bronchus and lung |
| | V16.2 | Family history of malignant neoplasm, other respiratory and intrathoracic organs |
| | V16.4 | Family history of malignant neoplasms, genital organs |
| | V16.5 | Family history of malignant neoplasm, urinary organs |
| | V16.6 | Family history of malignant neoplasm, leukemia |
| | V16.7 | Family history of malignant neoplasms, other lymphatic and hematopoietic neoplasms |
| | V16.8 | Family history of malignant neoplasm, other specified malignant neoplasm |
| | V16.9 | Family history of malignant neoplasm, unspecified malignant neoplasm |
| | V17.0–V17.8 | Family history of certain chronic disabling diseases |
| | V18.0– V18.8 | Family history of certain other s specific conditions |
| | V19.0–V19.8 | Family history of other condition economic circumstances |
| | V20.0–V20.2 | Health supervision of infant or child |
| | V28.0 – V28.9 | Antenatal screenings |
| | V50.0-V50.9 | Elective surgery for purposes other than remedying health states |
| | V53.2 | Fitting and adjustment of hearing aid |
| | V60.0-V60.9 | Housing, household, and economic circumstances |
| | V62.0 | Unemployment |
| | V62.1 | Adverse effects of work environment |
| | V65.0 | Health persons accompanying sick persons |
| | V65.1 | Persons consulting on behalf of another person |
| | V68.0–V68.9 | Encounters for administrative purposes other than remedying health hearing aid |
| | V70.0–V70.9 | General medical examinations |

| V73.0–V73.99 | Special screening examination for viral and chlamydia diseases |
| V74.0–V74.9 | Special screening examinations for bacterial and spirochetal diseases |
| V75.0–V75.9 | Special screening examination for other infectious diseases |
| V76.0 | Special screening for malignant neoplasms, respiratory organs |
| V76.3–V76.9 | Special screening for malignant neoplasms (sites other than breast and cervix) |
| V77.0–V77.9 | Special screening for endocrine, nutrition, metabolic, and immunity disorders |
| V78.0–V78.9 | Special screening for disorders of blood and blood-forming organs |
| V79.0–V79.9 | Special screening for mental disorders |
| V80.0-V80.3 | Special screening for neurological eye and ear diseases |
| V81.0–V81.6 | Special screening for cardiovascular, respiratory and genitourinary diseases |
| V82.0–V82.9 | Special screening for other conditions |
| 798.0–798.9 | Sudden death, cause unknown |

Noncovered Diagnosis:    Any diagnosis code not previously listed as "covered" will be considered non covered.

Coding Guidelines:

1. Any claim for a test listed in "HCPCS CODES" above must be submitted with an ICD-9-CM diagnosis code or comparable narrative. Codes that describe symptoms and signs, as opposed to diagnoses, should be provided for reporting purposes when a diagnosis has not been established by the physician. (Based on Coding Clinic for ICD-9-CM, Fourth Quarter 1995, page 43.)

2. Screening is the testing for disease or disease precursors so that early detection and treatment can be provided for those who test positive for the disease. Screening tests are performed when no specific sign, symptom, or diagnosis is present and the patient has not been exposed to a disease. The testing of a person to rule out or to confirm a suspected diagnosis because the patient has a sign and/or symptom is a diagnostic test, not a screening.

In these cases, the sign or symptom should be used to explain the reason for the test. When the reason for performing a test is because the patient has had contact with, or exposure to, a communicable disease, the appropriate code from category V01, Contact with or exposure to communicable diseases, should be assigned, not a screening code, but the test may still be considered screening and not covered by Medicare. For screening tests, the appropriate CD-9-CM screening code from categories V28 or V73-V82 (or comparable narrative) should be used.(From Coding Clinic for ICD-9-CM, Fourth Quarter 1996, pages 50 and 52)

3. A three-digit code is to be used only if it is not further subdivided. Where fourth-digit and/or fifth-digit subclassifications are provided, they must be assigned. A code is invalid if it has not been coded to the full number of digits required for that code. (From Coding Clinic for ICD-9-CM. Fourth Quarter, 1995, page 44)

4. Diagnoses documented as "probable," "suspected," "questionable," "rule-out," or "working diagnosis" should not be coded as though they exist. Rather, code the condition(s) to the highest degree of certainty for that encounter/visit, such as signs, symptoms, abnormal test results, exposure to communicable disease or other reasons for the visit. (From Coding Clinic for ICD-9-CM, Fifth Edition 2000, page 14). *different than that.*

5. When a non-specific ICD-9-CM code is submitted, the underlying sign, symptom, or condition must be related to the indications for the test above.

6. A diagnostic statement of impaired glucose tolerance must be evaluated in the context of the documentation in the medical record in order to assign the most accurate ICD-9-CM code. An abnormally elevated fasting blood glucose level in the absence of the diagnosis of diabetes is classified to Code 790.6 - other abnormal blood chemistry. If the provider bases the diagnostic statement of "impaired glucose tolerance" on an abnormal glucose tolerance test, the condition is classified to 790.2 abnormal glucose tolerance test.

435

Both conditions are considered indications for ordering glycated hemoglobin or glycated protein testing in the absence of the diagnosis of diabetes mellitus.

7. When a patient is under treatment for a condition for which the tests in this policy are applicable, the ICD-9-CM code that best describes the condition is most frequently listed as the reason for the test.

8. When laboratory testing is done solely to monitor response to medication, the most accurate ICD-9-CM code to describe the reason for the test would be V58.69 long term use of medication.

9. Periodic follow-up for encounters for laboratory testing for a patient with a prior history of a disease, who is no longer under treatment for the condition, would be coded with an appropriate code from the V67 category – follow-up examination.

10. According to ICD-9-CM coding conventions, codes that appear in italics in the Alphabetic and/or Tabular columns of ICD-9-CM are considered manifestation codes that require the underlying condition to be coded and sequenced ahead of the manifestation. For example, the diagnostic statement, "thyrotoxic exophthalmos (376.21)," which appears in italics in the tabular listing, requires that the thyroid disorder (242.0-242.9) is coded and sequenced ahead of thyrotoxic exophthalmos. Therefore, a diagnostic statement that is listed as a manifestation in ICD-9-CM must be expanded to include the underlying disease in order to accurately code the condition.

11. V codes should be accompanied by a specific primary diagnostic code to support services provided as reasonable and necessary. This will also facilitate consideration and determination of coverage.

Documentation Requirements:

The ordering physician must include evidence in the patient's clinical record that an evaluation of history and physical preceded the ordering of glucose testing and that manifestations of abnormal glucose levels were present to warrant the testing. Documentation should include:

436

- Physician's order
- Medical diagnosis
- Signs and symptoms (rationale for lab performed)
- Lab results for dates of service(s) billed

Utilization Guidelines:        N/A

Other Comments:                N/A

Sources of Information:         This policy has been adopted from the Medicare
                               National Coverage Decisions for Blood Glucose
                               Testing.  This policy was developed through the
                               Medical Coverage Negotiated Rule making process.
                               The sources of information used in developing this
                               policy can be found on the HCFA web site,
                               www.hcfa.gov/quality/doc/labsd-09.htm and are listed below;

                               - 2000 CPT Physicians' Current Procedural
                                 Terminology, American Medical Association

                               - AACE Guidelines for the Management of Diabetes
                                 Mellitus, *Endocrine Practice* (1995)1:149-157.
                                 Bower, Bruce F. And Robert E. Moore, Endocrine
                                 Function and Carbohydrates.

                               - Clinical Laboratory Medicine, Kenneth D.
                                 McClatchy, editor. Baltimore/Williams & Wilkins,
                                 1994. Pp 321-323.

                               - Report of the Expert Committee on the Diagnosis
                                 and Classification of Diabetes Mellitus, Diabetes
                                 Care, Volume 20, Number 7, July 1997, pages
                                 1183 et seq.

                               - Roberts, H. J., Difficult Diagnoses. W. B. Saunders
                                 Co., pp 69-70.

Advisory Committee Notes:      N/A


Start Date Of Comment          N/A
Period:

End Date Of Comment            N/A
Period:
                                                               437

Start Date Of Notice Period:    N/A

"This policy does not reflect the sole opinion of the contractor or Contractor Medical Director. Although the final decision rests with the carrier, this policy was developed in cooperation with advisory groups, which includes representatives from the CMD Clinical Laboratory Workgroup effective May 29, 1996.

Send comments to:         Carol Richards R.N.C.
                          Medicare Policy Coordinator
                          Mutual of Omaha
                          P.O. Box 1602
                          Omaha, NE    68101


                               www.carol.richards@mutualofomaha.com

438

| HCFA | Beneficiaries | Plans & Providers | States | Researchers | Students |
| Medicare | Medicaid | CHIP | Customer Service | FAQs | Search |

# Quality of Care Information
## Coverage Policies

Return to Top

Next

Previous

## Clinical Diagnostic Laboratory Tests

Addendum B--National Coverage Decisions

*Medicare National Coverage Decision for Blood Glucose Testing*

*Description :*    To description in template

This policy is intended to apply to blood samples used to determine glucose levels.

Blood glucose determination may be done using whole blood, serum or plasma. It may be sampled by capillary puncture, as in the fingerstick method, or by vein puncture or arterial sampling. The method for assay may be by color comparison of an indicator stick, by meter assay of whole blood or a filtrate of whole blood, using a device approved for home monitoring, or by using a laboratory assay system using serum or plasma. The convenience of the meter or stick color method allows a patient to have access to blood glucose values in less than a minute or so and has become a standard of care for control of blood glucose, even in the inpatient setting.

*HCPCS Codes*   (Alpha numeric, CPT © AMA):

**Code: Descriptor:**    To HCPC in template

82947 Glucose; quantitative

82948 Glucose; blood, reagent strip

82962 Glucose, blood by glucose monitoring device(s) cleared by the FDA specifically for home use.

*Indications :*    to indication & limitations

Blood glucose values are often necessary for the management of patients with diabetes mellitus, where hyperglycemia and hypoglycemia are often present. They are also critical in the determination of control of blood glucose levels in the patient with impaired fasting glucose (FPG 110-125 mg/dL), the patient with insulin resistance syndrome and/or carbohydrate intolerance (excessive rise in glucose following ingestion of glucose or glucose sources of food), in the patient with a hypoglycemia disorder such as nesidioblastosis or insulinoma, and in patients with a catabolic or malnutrition state. In addition to those conditions already listed, glucose testing may be medically necessary in patients with tuberculosis, unexplained chronic or recurrent infections, alcoholism, coronary artery disease (especially in women), or unexplained skin conditions (including pruritis, local skin infections, ulceration and gangrene without an established cause). Many medical conditions may be a consequence of a sustained elevated or depressed glucose level. These include

comas, seizures or epilepsy, confusion, abnormal hunger, abnormal weight loss or gain, and loss of sensation. Evaluation of glucose may also be indicated in patients on medications known to affect carbohydrate metabolism.

*Limitations* :    *to indications + limitations*

Frequent home blood glucose testing by diabetic patients should be encouraged. In stable, non-hospitalized patients who are unable or unwilling to do home monitoring, it may be reasonable and necessary to measure quantitative blood glucose up to four times annually.

Depending upon the age of the patient, type of diabetes, degree of control, complications of diabetes, and other co-morbid conditions, more frequent testing than four times annually may be reasonable and necessary.

In some patients presenting with nonspecific signs, symptoms, or diseases not normally associated with disturbances in glucose metabolism, a single blood glucose test may be medically necessary. Repeat testing may not be indicated unless abnormal results are found or unless there is a change in clinical condition. If repeat testing is performed, a specific diagnosis code (e.g., diabetes) should be reported to support medical necessity. However, repeat testing may be indicated where results are normal in patients with conditions where there is a confirmed continuing risk of glucose metabolism abnormality (e.g., monitoring glucocorticoid therapy).

*ICD-9-CM Codes Covered by Medicare Program* :

**Code: Description**:

011.00-011.96 Tuberculosis           *to ICD 9 codes that support.*

038.0-038.9 Septicemia

112.1 Recurrent vaginal candidiasis

112.3 Interdigital candidiasis

118 Opportunistic mycoses

157.4 Malignant neoplasm of Islets of Langerhans

158.0 Malignant neoplasm of retroperitoneum

211.7 Benign neoplasm of Islets of Langerhans

242.00-242.91 Thyrotoxicosis

250.00-250.93 Diabetes mellitus

251.0-251.9 Disorders of pancreatic internal secretion

253.0-253.9 Disorders of the pituitary gland

255.0 Cushing syndrome

263.0-263.9 Malnutrition

271.0-271.9 Disorders of carbohydrate transport and metabolism

272.0-272-4 Disorders of lipoid metabolism

275.0 Hemochromotosis

276.0-276.9 Disorders of fluid, electrolyte and acid-base balance

278.3 Hypercarotinemia

293.0 Acute delirium

294.9 Unspecified organic brain syndrome

298.9 Unspecified psychosis

300.9 Unspecified neurotic disorder

310.1 Organic personality syndrome

337.9 Autonomic nervous system neuropathy

345.10-345.11 Generalized convulsive epilepsy

348.3 Encephalopathy, unspecified

355.9 Neuropathy, not otherwise specified

356.9 Unspecified hereditary and idiopathic peripheral neuropathy

357.9 Unspecified inflammatory and toxic neuropathy

362.10 Background retinopathy

362.18 Retinal vasculitis

362.29 Nondiabetic proliferative retinopathy

362.50-362.57 Degeneration of macular posterior pole

362.60-362.66 Peripherial retinal degeneration

362-81-362.89 Other retinal disorders

362.0 Unspecified retinal disorders

365-.04 Borderline glaucoma

365.32 Corticosteriod-induced glaucoma residual

366.00-366.09 Presenile cataract

441

366.10-366.19 Senile cataract

367.1 Acute myopia

368.8 Other specified visual disturbance

373.00 Blepharitis

377.24 Pseudopapilledema

377.9 Autonomic nervous system neuropathy

378.50-378.55 Paralytic strabiamus

379.45 Argyll-Robertson pupils

410.00-410.92 Acute myocardial infarctions

414.00-414.19 Coronary atherosclerosis and aneurysm of heart

425.9 Secondary cardiomyopathy, unspecified

440.23 Arteriosclerosis of extremities with ulceration

440.24 Arteriosclerosis of extremities with gangrene

440.9 Arteriosclerosis, not otherwise specified

458.0 Postural hypotension

462 Acute pharyngitis

466.0 Acute bronchitis

480.0-486 Pneumonia

490 Recurrent bronchitis, not specified as acute or chronic

491.0-491.9 Chronic bronchitis

527.7 Disturbance of salivory secretion (drymouth)

528.0 Stomatitis

535.50-535.51 Gastritis

536.8 Dyspepsia

571.8 Other chronic nonalcoholic liver disease

572.0-.8 Liver abscess and sequelae of chronic liver disease

574.50-574.51 Choledocholitiasis

575.0-575.12 Cholecystitis

576.1 Cholangitis

577.0 Acute pancreatitis

577.1 Chronic pancreatitis

577.8 Pancreatic multiple calculi

590.00-590.9 Infections of the kidney

595.9 Recurrent cystitis

596.4 Bladder atony

596.53 Bladder paresis

599.0 Urinary tract infection, recurrent

607.84 Impotence of organic origin

608.89 Other disorders male genital organs

616.10 Vulvovaginitis

626.0 Amenorrhea

626.4 Irregular menses

628.9 Infertility - female

648.00 Diabetes mellitus complicating pregnancy, Childbirth or the puerperium, unspecified as to episode of care or not applicable

648.03 Diabetes mellitus complicating pregnancy, Childbirth or the puerperium, antipartum condition or complication

648.04 Diabetes mellitus complicating pregnancy, Childbirth or the puerperium, postpartum condition or complication

648.80 Abnormal glucose tolerance complicating pregnancy, childbirth or the puerperium, unspecified as to episode of care or not applicable

648.83 Abnormal glucose tolerance complicating pregnancy, childbirth or the puerperium, antipartum condition or complication

648.84 Abnormal glucose tolerance complicating pregnancy, childbirth or the puerperium, postpartum condition or complication

656.60-656.63 Fetal problems affecting management of mother - large for-date of fetus

657.00-657.03 Polyhydramnios

680.0-680.9 Carbouncle and furuncle

686.00-686.9 Infections of skin and subcutaneous tissue

698.0 Pruritis ani

698.1 Pruritis of genital organs

704.1 Hirsutism

705.0 Anhidrosis

707.0-707.9 Chronic ulcer of skin

709.3 Degenerative skin disorders

729.1 Myalgia

730.07-730.27 Osteomyelitis of tarsal bones

780.01 Coma

780.02 Transcient alteration of awareness

780.09 Alteration of consciousness, other

780.2 Syncope and collapse

780.39 Seizures, not otherwise specified

780.4 Dizziness and giddiness

780.71-.79 Malaise and fatigue

780.8 Hyperhidrosis

782.0 Loss of vibratory sensation

783.1 Abnormal weight gain

783.2 Abnormal loss of weight

783.5 Polydipsia

785.0 Tachycardia

785.4 Gangrene

Case 1:06-cv-02144-RCL    Document 20-7    Filed 05/08/2007    Page 29 of 39
Medicare National Coverage Decision for Blood Glucose Testing

Page 7 of 11

786.01 Hyperventilation

786.09 Dyspnea,

786.50 Chest pain, unspecified

787.6 Fecal incontinence

787.91 Diarrhea

788.41-788.43 Frequency of urination and polyuria

789.1 Hepatomegaly

790.2 Abnormal glucose tolerance test

790.6 Other abnormal blood chemistry (hyperglycemia)

791.0 Proteinuria

791.5 Glycosuria

796.1 Abnormal reflex

799.4 Cachexia

V23.0-.9 Supervision of high risk pregnancy

V67.2 Follow-up examination, following chemotherapy

V67.51 Follow up examination with high-risk medication not elsewhere classified

V58.69 Long term current use of other medication

*Reasons for Denial* :        *no reasons for denial in template*

**Note**: This section was not negotiated by the Negotiated Rulemaking Committee. This section includes HCFA's interpretation of its longstanding policies and is included for informational purposes.

- Tests for screening purposes that are performed in the absence of signs, symptoms, complaints, or personal history of disease or injury are not covered except as explicitly authorized by statute. These include exams required by insurance companies, business establishments, government agencies, or other third parties.

- Tests that are not reasonable and necessary for the diagnosis or treatment of an illness or injury are not covered according to the statute.

- Failure to provide documentation of the medical necessity of tests may result in denial of claims. Such documentation may include notes documenting relevant signs, symptoms or abnormal findings that substantiate the medical necessity for ordering the tests. In addition,

failure to provide independent verification that the test was ordered by the treating physician (or qualified nonphysician practitioner) through documentation in the physician's office may result in denial.

- A claim for a test for which there is a national coverage or local medical review policy will be denied as not reasonable and necessary if it is submitted without an ICD-9-CM code or narrative diagnosis listed as covered in the policy unless other medical documentation justifying the necessity is submitted with the claim.

- If a national or local policy identifies a frequency expectation, a claim for a test that exceeds that expectation may be denied as not reasonable and necessary, unless it is submitted with documentation justifying increased frequency.

- Tests that are not ordered by a treating physician or other qualified treating nonphysician practitioner acting within the scope of their license and in compliance with Medicare requirements will be denied as not reasonable and necessary.

- Failure of the laboratory performing the test to have the appropriate Clinical Laboratory Improvement Act of 1988 (CLIA) certificate for the testing performed will result in denial of claims.

- Tests that require an FDA approval or clearance will be denied as not reasonable and necessary if FDA approval or clearance has not been obtained, except for those having a Category B Investigational Device Exemption (IDE). Coverage of Category B IDE devices is left to contractor discretion. (See Federal Register, volume 60, number 181, BPD-841-FC, addendum.)

_ICD-9-CM Codes Denied_ :

**Code: Description:**          To  ICD 9  Codes that
                                Do NOT Support.

V28.0 - V28.9 Antenatal screenings ✓

V70.0 - V70.9 General medical examinations ✓

V73.0 - V73.99 Special screening examinations for viral and chlamydia diseases ✓

V74.0 - V74.9 Special screening examinations for bacterial and spirochetal diseases ✓

V75.0 - V75.9 Special screening examination for other infectious diseases ✓

V76.0 Special screening for malignant neoplasms, respiratory organs ✓

V76.3 - V76.9 Special screening for malignant neoplasms (sites other than breast and cervix) ✓

V77.0 - V77.9 Special screening for endocrine, nutrition, metabolic, and immunity disorders ✓

V78.0 - V78.9 Special screening for disorders of blood and blood-forming organs ✓

V79.0 - V.79.9 Special screening for mental disorders ✓

V80.0 - V80.3 Special screening for neurological, eye, and ear diseases ✓

V81.0 - V81.6 Special screening for cardiovascular, respiratory, and genitourinary diseases

V82.0 - V82.9 Special screening for other conditions

V16.1 Family history of malignant neoplasm, trachea, bronchus, and lung

V16.2 Family history of malignant neoplasm, other respiratory and intrathoracic organs

V16.4 Family history of malignant neoplasm, genital organs

V16.5 Family history of malignant neoplasm, urinary organs

V16.6 Family history of malignant neoplasm, leukemia

V16.7 Family history of malignant neoplasm, other lymphatic and hematopoietic neoplasms

V16.8 Family history of malignant neoplasm, other specified malignant neoplasm

V16.9 Family history of malignant neoplasm, unspecified malignant neoplasm

V17.0 - V17.8 Family history of certain chronic disabling diseases

V18.0 - V18.8 Family history of certain other specific conditions

V19.0 - V19.8 Family history of other conditions

V60.0 - V60.9 Housing, household, and economic circumstances

V62.0 Unemployment

V62.1 Adverse effects of work environment

V15.85 Exposure to potentially hazardous body fluids

V20.0 - V20.2 Health supervision of infant or child

V65.0 Healthy persons accompanying sick persons

V65.1 Persons consulting on behalf of another person

V68.0 - V68.9 Encounters for administrative purposes

V50.0 - V50.9 Elective surgery for purposes other than remedying health states

V53.2 Fitting and adjustment of hearing aid

798.0 - 798.9 Sudden death, cause unknown

*ICD-9-CM Codes That Do Not Support Medical Necessity* :

**Code: Description:**

447

Any ICD-9-CM code not listed in either of the ICD-9-CM sections above.

*Sources of Information* :

*to Sources info*

AACE Guidelines for the Management of Diabetes Mellitus, *Endocrine Practice* (1995)1:149-157.

Bower, Bruce F. And Robert E. Moore, Endocrine Function and Carbohydrates.

Clinical Laboratory Medicine, Kenneth D. McClatchy, editor. Baltimore/Williams & Wilkins, 1994. Pp 321-323.

Report of the Expert Committee on the Diagnosis and Classification of Diabetes Mellitus, Diabetes Care, Volume 20, Number 7, July 1997, pages 1183 et seq.

Roberts, H. J., Difficult Diagnoses. W. B. Saunders Co., pp 69-70.

*Coding Guidelines* :     *to coding guidelines*

1. Any claim for a test listed in "HCPCS CODES" above must be submitted with an ICD-9-CM diagnosis code or comparable narrative. Codes that describe symptoms and signs, as opposed to diagnoses, should be provided for reporting purposes when a diagnosis has not been established by the physician. (Based on Coding Clinic for ICD-9-CM, Fourth Quarter 1995, page 43.)

2. Screening is the testing for disease or disease precursors so that early detection and treatment can be provided for those who test positive for the disease. Screening tests are performed when no specific sign, symptom, or diagnosis is present and the patient has not been exposed to a disease. The testing of a person to rule out or to confirm a suspected diagnosis because the patient has a sign and/or symptom is a diagnostic test, not a screening. In these cases, the sign or symptom should be used to explain the reason for the test. When the reason for performing a test is because the patient has had contact with, or exposure to, a communicable disease, the appropriate code from category V01, Contact with or exposure to communicable diseases, should be assigned, not a screening code, but the test may still be considered screening and not covered by Medicare. For screening tests, the appropriate ICD-9-CM screening code from categories V28 or V73-V82 (or comparable narrative) should be used. (From Coding Clinic for ICD-9-CM, Fourth Quarter 1996, pages 50 and 52)

3. A three-digit code is to be used only if it is not further subdivided. Where fourth-digit and/or fifth-digit subclassifications are provided, they must be assigned. A code is invalid if it has not been coded to the full number of digits required for that code. (From Coding Clinic for ICD-9-CM. Fourth Quarter, 1995, page 44)

4. Diagnoses documented as "probable," "suspected," "questionable," "rule-out," or "working diagnosis" should not be coded as though they exist. Rather, code the condition(s) to the highest degree of certainty for that encounter/visit, such as signs, symptoms, abnormal test results, exposure to communicable disease or other reasons for the visit. (From Coding Clinic for ICD-9-CM, Fourth Quarter 1995, page 45).

5. When a non-specific ICD-9 code is submitted, the underlying sign, symptom, or condition must be related to the indications for the test above.

6. A diagnostic statement of impaired glucose tolerance must be evaluated in the context of the documentation in the medical record in order to assign the most accurate ICD-9-CM code. An abnormally elevated fasting blood glucose level in the absence of the diagnosis of diabetes is classified to Code 790.6 - other abnormal blood chemistry. If the provider bases the diagnostic

statement of "impaired glucose tolerance" on an abnormal glucose tolerance test, the condition is classified to 790.2 -- normal glucose tolerance test. Both conditions are considered indications for ordering glycated hemoglobin or glycated protein testing in the absence of the diagnosis of diabetes mellitus.

7. When a patient is under treatment for a condition for which the tests in this policy are applicable, the ICD-9-CM code that best describes the condition is most frequently listed as the reason for the test.

8. When laboratory testing is done solely to monitor response to medication, the most accurate ICD-9-CM code to describe the reason for the test would be V58.69 -- long term use of medication.

9. Periodic follow-up for encounters for laboratory testing for a patient with a prior history of a disease, who is no longer under treatment for the condition, would be coded with an appropriate code from the V67 category -- follow-up examination.

10. According to ICD-9-CM coding conventions, codes that appear in italics in the Alphabetic and/or Tabular columns of ICD-9-CM are considered manifestation codes that require the underlying condition to be coded and sequenced ahead of the manifestation. For example, the diagnostic statement, "thyrotoxic exophthalmos (376.21)," which appears in italics in the tabular listing, requires that the thyroid disorder (242.0-242.9) is coded and sequenced ahead of thyrotoxic exophthalmos. Therefore, a diagnostic statement that is listed as a manifestation in ICD-9-CM must be expanded to include the underlying disease in order to accurately code the condition.

_Documentation Requirements_ :

The ordering physician must include evidence in the patient's clinical record that an evaluation of history and physical preceded the ordering of glucose testing and that manifestations of abnormal glucose levels were present to warrant the testing.

 Return to Quality of Care Home Page

Last Updated 6/02/99

| HCFA | Beneficiaries | Plans & Providers | States | Researchers | Students |
|------|---------------|-------------------|--------|-------------|----------|
| Medicare | Medicaid | CHIP | Customer Service | FAQs | Search |

 

This policy has been adopted from the Medicare National Coverage Decisions for Blood Glucose Testing. This policy was developed through the Medical Coverage Negotiated Rule making process. The sources of information used in developing this policy can be found on the HCFA web site, and are listed below;

• 2000 CPT Physicians' Current Procedural Terminology, American Medical Association

• AACE Guidelines for the Management of Diabetes Mellitus, *Endocrine Practice* (1995)1:149-157. Bower, Bruce F. And Robert E. Moore, Endocrine Function and Carbohydrates.

• Clinical Laboratory Medicine, Kenneth D. McClatchy, editor. Baltimore/Williams & Wilkins, 1994. p 321-323.

• Report of the Expert Committee on the Diagnosis and Classification of Diabetes Mellitus, Diabetes Care, Volume 20, Number 7, July 1997, pages 1183 et seq.

• Roberts, H. J., Difficult Diagnoses. W. B. Saunders Co., pp 69-70.

QUARTERLY TREND DATA FOR TOB '33X, HCPC E2962 (BLOOD (GLUCOSE))

| TOB Code | HCPC Code | Description | Years | Quarter | Time Period | # Paid | % Pat Delta | # Pat Rank | # Clms Delta | # Clms Rank Prov | # Pro Delta Rank | Srvc Chrg | $ Srv Chrg Delta | $ Srvc Chrg | $ Srv Chrg Delta Rank | $ Denied | $ Den Delta | # Deny Rank | $ Noncvrd Delta | # Noncvrd Rank | Medicare Payment | Payment Delta |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | 82962 | GLUCOSE BLOOD TEST | 2000 | 2 | 04/00.00 | 8,726 | | 8 | 24,024 | | 788 | | 4% | $4,056,528 | 5% | $208,112 | 41% | $0 | | $0 | |
| 23 | 82962 | GLUCOSE BLOOD TEST | 2000 | 2 | 04/00.00 | 12,696 | | | 46,907 | | 898 | | | $7,414,77 | | $687,605 | | $0 | | $6,258,494 | 12% |
| 22 | 82962 | GLUCOSE BLOOD TEST | 2000 | 3 | 07/00.01 | 9,148 | 5% | 8 | 24,208 | 1% | 819 | 4% | $4,251,956 | 5% | $260,326 | 41% | $0 | | $0 | |
| 23 | 82962 | GLUCOSE BLOOD TEST | 2000 | 3 | 07/00.01 | 14,381 | 11% | | 45,499 | -3% | 990 | 7% | $8,882,074 | 17% | $667,665 | -3% | $0 | | $5,969,954 | -9% |
| 22 | 82962 | GLUCOSE BLOOD TEST | 2000 | 4 | 10/12.00 | 10,288 | 13% | 8 | 30,141 | 25% | 949 | 16% | $5,340,423 | 26% | $327,410 | 13% | $0 | | $0 | |
| 23 | 82962 | GLUCOSE BLOOD TEST | 2000 | 4 | 10/12.00 | 16,991 | 16% | | 62,193 | 37% | 1,137 | 15% | $11,270,510 | 30% | $884,307 | -12% | $0 | | $5,712,804 | -4% |
| 22 | 82962 | GLUCOSE BLOOD TEST | 2001 | 1 | 01/03.01 | 12,809 | 24% | 8 | 36,197 | 20% | 1,088 | 17% | $5,046,803 | -5% | $419,942 | 28% | $0 | | $0 | |
| 23 | 82962 | GLUCOSE BLOOD TEST | 2001 | 1 | 01/03.01 | 17,389 | 4% | | 60,955 | -2% | 1,159 | 2% | $12,677,354 | 12% | $898,766 | 63% | $0 | | $3,713,202 | 1% |
| 22 | 82962 | GLUCOSE BLOOD TEST | 2001 | 2 | 04/06.01 | 17,854 | 39% | 8 | 45,018 | 24% | 1,262 | 16% | $8,874,435 | 32% | $498,537 | 19% | $0 | | $0 | |
| 23 | 82962 | GLUCOSE BLOOD TEST | 2001 | 2 | 04/06.01 | 12,801 | -26% | | 36,944 | -21% | 818 | -24% | $7,196,030 | -43% | $554,839 | -46% | $0 | | $2,122,198 | 43% |
| 22 | 82962 | GLUCOSE BLOOD TEST | 2001 | 3 | 07/09.01 | 18,906 | 6% | 6 | 50,818 | 13% | 1,262 | 6% | $10,047,188 | 13% | $427,020 | 19% | $0 | | $0 | |
| 23 | 82962 | GLUCOSE BLOOD TEST | 2001 | 3 | 07/09.01 | 8,150 | -9% | 4 | 26,223 | -10% | 622 | -24% | $5,551,369 | 23% | $566,731 | 6% | $0 | | $3,944,876 | -7% |
| 22 | 82962 | GLUCOSE BLOOD TEST | 2002 | 1 | 01/03.02 | 20,827 | 7% | 6 | 59,722 | 18% | 1,366 | 2% | $11,700,010 | 18% | $927,020 | 29% | $0 | | $0 | |
| 23 | 82962 | GLUCOSE BLOOD TEST | 2002 | 1 | 01/03.02 | 7,662 | -6% | 4 | 25,981 | -1% | 562 | -5% | $5,246,620 | -5% | $505,943 | -11% | $0 | | $3,681,604 | -7% |
| 22 | 82962 | GLUCOSE BLOOD TEST | 2002 | 2 | 04/06.02 | 20,438 | -2% | 6 | 61,615 | 3% | 1,353 | -1% | $11,359,331 | -3% | $808,803 | 10% | $0 | | $0 | |
| 23 | 82962 | GLUCOSE BLOOD TEST | 2002 | 2 | 04/06.02 | 7,389 | -17% | 3 | 17,518 | -33% | 478 | -15% | $3,742,721 | 1% | $617,810 | 2% | $272,543 | | $3,712,130 | 1% |
| 22 | 82962 | GLUCOSE BLOOD TEST | 2002 | 3 | 07/09.02 | 20,375 | 0% | 6 | 55,817 | -2% | 1,282 | -5% | $9,610,773 | -11% | $703,575 | -31% | $459,088 | 7% | $0 | |
| 23 | 82962 | GLUCOSE BLOOD TEST | 2002 | 3 | 07/09.02 | 3,572 | -44% | 2 | 6,899 | -62% | 359 | -26% | $320,324 | -90% | $65,293 | -37% | $739,530 | 6% | $241,198 | -93% |
| 22 | 82962 | GROWTH TOTALS | | | | | 133% | | | 133% | | | | 137% | | | | | | | |
| 23 | 82962 | GROWTH TOTALS | | | | | -73% | | | -82% | | -60% | | | 24% | | -69% | | 235% | | -99% | |

NOTE: NONCOVERED CHARGES column reflects $0 in time periods where net submit charges specifically identified as 'noncovered'.
MEDICARE PAYMENT and PROVIDER DISBURSEMENT data reflects the 18 month limit for LOLA information. These data are not part of the routine Quarterly Trend Analysis.

DEFINITIONS (LOLA CRITERIA):
# OF PATIENTS - This calculation tells you how many different beneficiaries had claims that met your Focus Area criteria. This calculation is based on unique HIC numbers, so if the same beneficiary appears on more than one claim record, it is only counted once in each summarized grouping.
# OF CLAIMS - This field tells you how many claims matched your Focus Area criteria--it is based on unique ICNs.
# OF PROVIDERS - This calculation tells you how many providers submitted claims that met your Focus Area criteria. This calculation is based on unique provider numbers, so if the same provider appears on more than one claim record, it is only counted once in each summarized grouping.
TOTAL SERVICE CHARGES - This is the charge for each service line as it appeared on the bill.
DENIED CHARGES - This is an internal calculation based on information from the paid claim record, or a line denial code appears on the service line, the denied service charges that appear on the bills. These can be charges for the service line.
NONCOVERED CHARGES - This calculation appears on the service line, the denied service charges equal the total charges for the service line designated as noncovered by the submitting provider or charges that were changed to noncovered by the claim office when the bill was processed.
MEDICARE PAYMENT - The Medicare program payment amount by the wage index for the providers MSA, prior to taking deductible and/or coinsurance.
PROVIDER DISBURSEMENT - This field identifies the system calculated line item amount to be paid to the provider.



QUARTERLY TREND DATA FOR TOB 2. , 23X, HCPC 82962 (BLOOD GLUCOSE)

Growth Charts 82962 Blood Glucose Data
# of Patients

Growth Charts 82962 Blood Glucose Data
# of Providers

Growth Charts 82962 Blood Glucose Data
# of Claims

Growth Charts 82962 Blood Glucose Data
Total Service Charges

g. .../elms/data_stat/Specials/Carol/RO 82962 Growth 22x, 23x.xls

/13/2002



g:\clms\Data_stat\Specialst\Carol RO 82962 Growth 22x 23x.xls

3/2002

Blood Glucose LMRP Effectiveness Analysis

The Blood Glucose LMRP was effective 09/04/2001 then revised 11/25/2002A for TOB 12x, 13x, 14x, 21x, 22x, 23x, 71x, 72x, Rev Codes 300 & 301. Covered HCPCs within all rev codes are 82947, 82948, & 82962. The covered and noncovered ICD9 codes are shown on the worksheet titled 'Glucose Cvd ICD9 List'. A LOLA Detail query was called for paid claims from 09/01/2002 through 05/31/2003 for the LMRP TOB, Rev, and HCPC Criteria. All ICD9 (Principal and Other) codes were returned. The data was retrieved in Access and queries called to ID the covered/noncovered ICD9's and provide ICN counts for the 3 months prior to the revision of the LMRP and the two consecutive 3 month periods after activation. Growth calculations were performed and data is shown in the table. The growth percentage was calculated and charts were prepared to show the change (delta) in number of ICN's billed and change (delta) in Total Service Charges for each of the LMRP's categories. The NCD for Lab Services was effective 01/01/2003 and the data for the Blood Glucose LMRP Effectiveness includes Denied Service Charges and Noncovered Service Charges to reflect effectiveness for both the LMRP and the NCD.

454

1 of 1

Blood Glucose LM

ecliveness Analysis

1 of 1

## TOTAL SERVICE CHARGE TABLE

| Sort | Service Dates | HCPCS | Princ ICD9 | # Of ICN | Total Denied Charges | OTH ICD9 | # Of ICN | Total Subtotal Charges | ADJ # of ICN YES | Delta ICN YES | ADJ # of ICN NO | Delta ICN NO | ADJ Total Service Charges YES | Delta Total Svce YES | ADJ Total Service Charges NO | Delta Total Svce NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | >08/31/2002 &<12/01/2002 | 82647, 82948, 82962 | All | 66,978 | $6,914,851 | inc in Prin # | inc in Prin # | inc in Prin # | | | | | | | | |
| B | >11/30/2028<03/01/2003 | 82647, 82948, 82962 | All | 97,089 | $10,104,328 | inc in Prin # | inc in Prin # | inc in Prin # | | | | | | | | |
| C | >02/28/0038<06/01/003 | 82647, 82948, 82962 | All | 107,434 | $12,231,291 | inc in Prin # | inc in Prin # | inc in Prin # | | | | | | | | |
| A | >08/31/2002 &<12/01/2002 | 82647, 82948, 82962 | YES | 34,552 | $3,729,458 | YES | 25,402 | $706,844 | 59,954 | | 7,024 | | $4,438,303 | | $2,478,549 | |
| B | >11/30/2028<03/01/003 | 82647, 82948, 82962 | NO | 32,426 | $3,185,393 | | | | | | | | | | | |
| B | >11/30/2028<03/01/003 | 82647, 82948, 82962 | YES | 50,408 | $5,961,969 | YES | 41,507 | $1,112,228 | 91,915 | 53% | 5,174 | -20% | $7,074,196 | 59% | $3,030,131 | 22% |
| C | >02/28/0038<06/01/003 | 82647, 82948, 82962 | NO | 46,681 | $4,142,359 | | | | | | | | | | | |
| C | >02/28/0038<06/01/003 | 82647, 82948, 82962 | YES | 56,141 | $7,219,896 | YES | 48,887 | $1,340,057 | 105,028 | 14% | 2,408 | -53% | $8,559,954 | 21% | $3,671,337 | 21% |
| C | >02/28/0038<06/01/003 | 82647, 82948, 82962 | NO | 51,293 | $5,011,394 | | | | | | | | | | | |

## DENIED SERVICE CHARGE TABLE

| Sort | Service Dates | HCPCS | Princ ICD9 | # Of ICN | Denied Charges | OTH ICD9 | # Of ICN | Total Denied Charges | ADJ # of ICN YES | Delta ICN YES | ADJ # of ICN NO | Delta ICN NO | ADJ Denied Service Charges YES | Delta Denied Svce YES | ADJ Denied Service Charges NO | Delta Denied Svce NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | >08/31/2002 &<12/01/2002 | 82647, 82948, 82962 | All | 66,978 | $53,279 | inc in Prin # | inc in Prin # | inc in Prin # | | | | | | | | |
| B | >11/30/2028<03/01/2003 | 82647, 82948, 82962 | All | 97,089 | $75,285 | inc in Prin # | inc in Prin # | inc in Prin # | | | | | | | | |
| C | >02/28/0038<06/01/003 | 82647, 82948, 82962 | All | 107,434 | $93,387 | inc in Prin # | inc in Prin # | inc in Prin # | | | | | | | | |
| A | >08/31/2002 &<12/01/2002 | 82647, 82948, 82962 | YES | 34,552 | $27,572 | YES | 21,081 | $7,899 | 55,633 | | 11,345 | | $35,471 | | $17,808 | |
| B | >11/30/2028<03/01/2003 | 82647, 82948, 82962 | NO | 32,426 | $25,707 | | | | | | | | | | | |
| B | >11/30/2028<03/01/003 | 82647, 82948, 82962 | YES | 50,408 | $50,912 | YES | 33,400 | $12,110 | 83,808 | 51% | 13,281 | 17% | $63,021 | 78% | $12,264 | -31% |
| C | >02/28/0038<06/01/003 | 82647, 82948, 82962 | NO | 46,681 | $24,374 | | | | | | | | | | | |
| C | >02/28/0038<06/01/003 | 82647, 82948, 82962 | YES | 56,141 | $54,195 | YES | 38,346 | $18,426 | 94,487 | 13% | 12,947 | -3% | $72,620 | 15% | $20,767 | 69% |
| C | >02/28/0038<06/01/003 | 82647, 82948, 82962 | NO | 51,293 | $39,982 | | | | | | | | | | | |

## NONCOVERED SERVICE CHARGE TABLE

| Sort | Service Dates | HCPCS | Princ ICD9 | # Of ICN | Nocovd Charges | OTH ICD9 | # Of ICN | Total NonCvd Charges | ADJ # of ICN YES | Delta ICN YES | ADJ # of ICN NO | Delta ICN NO | ADJ Non Cvd Charges YES | Delta Non Cvd YES | ADJ Non Cvd Charges NO | Delta Non Cvd NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | >08/31/2002 &<12/01/2002 | 82647, 82948, 82962 | All | 66,978 | $401,270 | inc in Prin # | inc in Prin # | inc in Prin # | | | | | | | | |
| B | >11/30/2028<03/01/2003 | 82647, 82948, 82962 | All | 97,089 | $1,471,235 | inc in Prin # | inc in Prin # | inc in Prin # | | | | | | | | |
| C | >02/28/0038<06/01/003 | 82647, 82948, 82962 | All | 107,434 | $1,419,509 | inc in Prin # | inc in Prin # | inc in Prin # | | | | | | | | |
| A | >08/31/2002 &<12/01/2002 | 82647, 82948, 82962 | YES | 34,552 | $153,788 | YES | 21,445 | $39,823 | 55,997 | | 10,981 | | $193,609 | | $207,661 | |
| B | >11/30/2028<03/01/2003 | 82647, 82948, 82962 | NO | 32,426 | $247,484 | | | | | | | | | | | |
| B | >11/30/2028<03/01/003 | 82647, 82948, 82962 | YES | 50,408 | $357,004 | YES | 34,185 | $96,220 | 84,573 | 51% | 12,516 | 14% | $453,224 | 134% | $1,018,011 | 390% |
| C | >02/28/0038<06/01/003 | 82647, 82948, 82962 | NO | 46,681 | $1,114,231 | | | | | | | | | | | |
| C | >02/28/0038<06/01/003 | 82647, 82948, 82962 | YES | 56,141 | $310,829 | YES | 39,120 | $90,722 | 95,261 | 13% | 12,173 | -3% | $401,551 | -11% | $1,017,959 | 0% |
| C | >02/28/0038<06/01/003 | 82647, 82948, 82962 | NO | 51,293 | $1,108,686 | YES | | | | | | | | | | |

455

Domino   .#/#Care/Medicare Data Analysis/Medical Review/Medical Director/LMRP Analysis 2009/LMRP Blood Glucose Effectiv... ...03203.xls]

10/06/2003





CHANGE MANAGEMENT PLAN
DOCUMENTATION COVER SHEET                    Attachment D

CR#    1407              TRANSMITTAL/PM #  AB0099

CR TITLE:    Glucose Monitoring

DUE DATE:    11/1/2000

STAFF CONTACT PERSON:    Kathy Cox

STAFF CONTACT PHONE:    2847

IMPLEMENTATION DATE:    11/1/2000

STATEMENT:

We currently have no LMRP re: this. This information has been referred to Data Analysis + the LMRP nurse for research into a possible LMRP to be developed. —

NEWSLETTER ID #: _____         (use 1st provider type number shown
                                      on the newsletter, i.e. HOSP 99-15)

SIGNATURE:    Kathy Cox

DATE:    11/21/00

HCFA REPORTING QUARTER (i.e. 4TH QTR FY99): _____

msoffice/winword/bh028.doc
rev 10/6/99

9                                                        458

| | |
|---|---|
| **Program Memorandum** | **Department of Health and Human Services (DHHS)** |
| **Intermediaries/Carriers** | **HEALTH CARE FINANCING ADMINISTRATION (HCFA)** |

---

**Transmittal AB-00-99**

---

**Date:  OCTOBER 24, 2000**

**CHANGE REQUEST 1407**

**SUBJECT:**       **Glucose Monitoring Note**

This Program Memorandum (PM) briefly notes Medicare policy for glucose monitoring for a patient whose stay is not covered by Medicare Part A but who is eligible for services under Medicare Part B.  Another PM will be issued, Change Request 1362, Glucose Monitoring, to describe further coverage, payment and billing instructions for this service.   Glucose monitoring measures blood sugar levels for the purpose of managing insulin therapy (shots, medication, and diet).  The service often involves the use of an inexpensive hand-held device to evaluate a small sample of the patient's blood acquired through a finger stick.  The device(s) was added to the list of instruments that can be administered by providers registered under the Clinical Laboratory Improvement Amendments (CLIA) including providers registered with only a certificate of waiver.  The Current Procedural Terminology (CPT) code that most often describes the service is 82962 *Glucose, blood by glucose monitoring device(s) cleared by the FDA (Food and Drug Administration) specifically for home use.*

Section 1862(a)(1)(A) of the Social Security Act requires the service to be reasonable and necessary for diagnosis and treatment in order to be covered by Medicare.  Sections 42 Code of Federal Regulations (CFR) 410.32 and 411.15 specify that for a laboratory service to be reasonable and necessary, it must not only be ordered by the physician but the ordering physician must also use the result in the management of the beneficiary's specific medical problem.  Implicitly, the laboratory result must be reported to the physician promptly so that the physician can use the result and instruct continuation or modification of patient care; this includes the physician's order for another laboratory service.  Compliance program guidance for laboratory services permits, but with strict limits, the conditions under which the physician's order for a repeat laboratory service can qualify as an order for another covered laboratory service.

A national coverage policy on blood glucose monitoring has not been promulgated.  Carriers and intermediaries have been responsible for making coverage determinations and many have developed a local coverage policy to assist with payment determinations.  Section 541 of the Skilled Nursing Facility (SNF) Manual explains that when a reasonable and necessary laboratory service is administered for a Part B only patient, the laboratory service is separately payable either on a reasonable cost basis (if the patient is in a certified bed) or under the clinical laboratory fee schedule (if the patient is in a non-certified bed).  If a Part B only patient resides in a nursing home certified bed, a Uniform Bill-92 (UB92) using TOB 22x and revenue code 30x is submitted to the intermediary.  The laboratory cost center of the cost report must

459

reflect the corresponding glucose monitoring costs and charges even when the provider is registered for laboratory testing with only a certificate of waiver from CLIA. The beneficiary is liable for the deductible and coinsurance. If a Part B only patient resides in a non-certified bed, payment is made under the clinical laboratory fee schedule. A UB92 is submitted using TOB 23x and revenue code 30x to the intermediary. The beneficiary is not liable for a deductible or coinsurance.

A glucose monitoring service must meet the reasonable and necessary coverage criteria to qualify for separate payment under the Medicare laboratory benefit. If a glucose monitoring service meets the criteria to be a covered laboratory service for a Part B only patient, regardless of whether the nursing home patient resides in a certified or non-certified bed, payment must be made. Denial of payment for a Part B covered laboratory service cannot be made on the basis that the service is routine care. Routine care determinations are applicable for Part A nursing home services.

**NOTE:** Claims must be processed in accordance with current local medical review policy.

**HCFA-Pub. 60AB**



**Roxanne Westphalen**

12/19/2002 08:14 AM

To: Pat Hann/MutualOMA@Mutual of Omaha
cc: Seniors, Supervisors, Carol Richards
Subject: HCPC 82948

Pat,
Since you are the lab guru, I'm asking for your help!

I have some analysis of HCPC 82948 - glucose reagent strip. I've spoken to one facility who admits to billing this HCPC for the accuchecks.

Carol thinks it may also be the old urine dip sticks to test for glucose.

It is billed under rev code 300. TOB that MoO has paid are 12, 13, 14, 18, 21, 22, 23, 71, 72, 83, 85. I'm looking at 22s & 23s especially.

My questions are:

1. Is the strip a DMERC?
2. Would we look at this HCPC like we did the accu checks?
3. For outpatient claims, would it be a part of the APC or paid separately?

I'm sure I'll have a lot more questions but, this is a start. I'd like to recommend some provider specific probes on this HCPC but need some answers first. I have the breakdowns on the providers who billed it.

Thanks,
Roxanne

*[handwritten note:]* Rox - See attached - Hope it helps are cops is DMERC - (& gets jan started)

*[handwritten initial and date]* 12/19/02

461

# Program Memorandum
# Carriers

**Department of Health & Human Services (DHHS)**
**Centers for Medicare & Medicaid Services (CMS)**

**Transmittal B-02-049**

**Date: JULY 24, 2002**

**CHANGE REQUEST 2156**

**SUBJECT:** **CWF Change for Billing for Glucose Test Strips and Supplies – Follow-up to Change Request 1612**

## Background

Glucose test strips and supplies can be billed for up to 3 months of supplies at a time. Beginning April 1, 2002, claims for test strips and supplies must be submitted with the appropriate "start" and "end" dates. The "start" and "end" dates for each claim can span across 3 months and overlap an inpatient stay in CWF.

## Implementation

CWF must modify the DA09 edit to use only the "from" date for claims containing the following HCPCS code:

A4253 – Blood glucose test or reagent strips for home blood glucose monitor, per 50 strips

CWF must modify the Date of Death (5211), entitlement (5210), and DA02 edits to use only the "from" date for the following HCPCS codes:

A4253 – Blood glucose test or reagent strips for home blood glucose monitor, per 50 strips
A4255 - Platforms for home blood glucose monitor, 50 per box
A4256 - Normal, low, and high calibrator solution/chips
A4259 - Lancets, per box of 100

The *effective date* for this Program Memorandum (PM) is January 1, 2003.

The *implementation date* for this PM is January 1, 2003.

These instructions should be implemented within your current operating budget.

This PM may be discarded after January 1, 2004.

If you have any questions, contact Angie Costello at (410) 786-1554 or acostello@cms.hhs.gov.

**CMS-Pub. 60B**

# Program Memorandum
# Carriers

**Department of Health & Human Services (DHHS) Centers for Medicare & Medicaid Services (CMS)**

**Transmittal B-01-74**

**Date: NOVEMBER 15, 2001**

**CHANGE REQUEST 1612**

**SUBJECT:**   **Supplier Billing for Glucose Test Strips and Supplies (Revised)**

**Scope:**

This Program Memorandum (PM) replaces Transmittal B-01-11 (CR 1300) that was released on February 14, 2001.

**Background:**

Based on a recent OIG report entitled "Blood Glucose Test Strips: Inappropriate Medicare payments and Marketing to Medicare Beneficiaries," it was determined that CMS must require suppliers of test strips to bill using appropriate "start" and "end" dates on their claim forms.

**Implementation:**

1.    DMERCs must develop systems edits for appropriate codes to check the Form HCFA-1500 to make sure that the "start" and "end" dates are complete and dates are not exact duplicates.

2.    The edit will include all blood glucose monitor supplies, including glucose test strips.

3.    The DMERCS should work together to develop a list of specific HCPCS codes for editing purposes.

4.    DMERCs will use reason code 16 – Claim/service lacks information which is needed for adjudication--in the provider remittance advice with one of the remark codes, as appropriate:

     M52 – Incomplete/invalid "from" date(s) of service, and/or remark code
     M59 – Incomplete/invalid "to" date(s) of service, as appropriate

5.    When the "from" and "to" dates are the same, use the following remark code in conjunction with reason code 16:

     N64 – The "from" and "to" dates must be different.

6.    Remarks M52, M59, N64 must be reported at the service level on the claim.

7.    N64 is a new remark code. The DMERCs must notify providers/suppliers of N64 prior to its initial usage in remittance advices.

8.    Contractors must edit for suspect duplicate claims by checking for matching "from" dates in beneficiary history.

9.    CWF logic will reject claims that have exact date of services matches. It will not reject if the dates only overlap, but are not exact.

**CMS-Pub. 60B**

10. DMERCs must deny any claims a beneficiary submits for glucose supplies with dates of service on or after April 1, 2002. DMERCs must notify beneficiaries that suppliers are now required to submit these claims to Medicare.

11. The beneficiary liaison staff at the DMERCs who handle the beneficiary toll free lines will be educated on how to answer beneficiary questions . DMERCs will add language to MSNs and Remittance Advice Notices that suppliers are required to submit claims for the beneficiary.

12. When denying beneficiary-submitted claims, use the following Medicare Summary Notice (MSN) messages:

MSN 16.7 (English): "Your provider must complete and submit your claim."

MSN16.7 (Spanish): "Su proveedor debe completar y someter su reclamacion."

13. DMERCs should add the following message in the Provider Bulletin Block of the Remittance Advice beginning January 7, 2002:

"Supplier/Providers must submit Medicare claims for glucose supplies/test strips for the beneficiary."

"Suppliers must obtain a Supplier Number from the National Supplier Clearinghouse to submit these claims to the DMERC for payment."

## Provider Education:

1. In your next supplier bulletins educate the provider/supplier community on how to properly fill in the "start" and "end" dates on their claims.

2. Also include this information on your web site.

3. Utilize outreach and professional relations staff to alert both beneficiary and provider/supplier communities.

**The effective date for this PM is April 1, 2002.**

**The implementation date for this PM is April 1, 2002.**

**These instructions should be implemented within your current operating budget.**

**This PM  may be discarded after April 2, 2003.**

**If you have any questions, contact Angie Costello at (410) 786-1554 or <u>acostello@hcfa.gov</u>.**

**18640**   Federal Register / Vol. 65, No. 68 / Friday, April 7, 2000 / Rules and Regulations

ADDENDUM B.—HOSPITAL OUTPATIENT DEPARTMENT (HOPD) PAYMENT STATUS BY HCPCS CODE AND RELATED INFORMATION—Continued

| CPT/ HCPCS | HOPD Status Indicator | Description | APC | Relative Weight | Payment Rate | National Unadjusted Coinsurance | Minimum Unadjusted Coinsurance |
|---|---|---|---|---|---|---|---|
| 82657 | A | Enzyme cell activity | | | | | |
| 82658 | A | Enzyme cell activity, ra | | | | | |
| 82664 | A | Electrophoretic test | | | | | |
| 82666 | A | Assay of epiandrosterone | | | | | |
| 82668 | A | Assay of erythropoietin | | | | | |
| 82670 | A | Assay of estradiol | | | | | |
| 82671 | A | Assay of estrogens | | | | | |
| 82672 | A | Assay of estrogen | | | | | |
| 82677 | A | Assay of estriol | | | | | |
| 82679 | A | Assay of estrone | | | | | |
| 82690 | A | Assay of ethchlorvynol | | | | | |
| 82693 | A | Assay of ethylene glycol | | | | | |
| 82696 | A | Assay of etiocholanolone | | | | | |
| 82705 | A | Fats/lipids, feces, qual | | | | | |
| 82710 | A | Fats/lipids, feces, quant | | | | | |
| 82715 | A | Assay of fecal fat | | | | | |
| 82725 | A | Assay of blood fatty acids | | | | | |
| 82726 | A | Long chain fatty acids | | | | | |
| 82728 | A | Assay of ferritin | | | | | |
| 82731 | A | Assay of fetal fibronectin | | | | | |
| 82735 | A | Assay of fluoride | | | | | |
| 82742 | A | Assay of flurazepam | | | | | |
| 82746 | A | Blood folic acid serum | | | | | |
| 82747 | A | Assay of folic acid, rbc | | | | | |
| 82757 | A | Assay of semen fructose | | | | | |
| 82759 | A | Assay of rbc galactokinase | | | | | |
| 82760 | A | Assay of galactose | | | | | |
| 82775 | A | Assay galactose transferase | | | | | |
| 82776 | A | Galactose transferase test | | | | | |
| 82784 | A | Assay of gammaglobulin igm | | | | | |
| 82785 | A | Assay of gammaglobulin ige | | | | | |
| 82787 | A | Igg 1, 2, 3 and 4 | | | | | |
| 82800 | A | Blood pH | | | | | |
| 82803 | A | Blood gases: pH, pO2 & pCO2 | | | | | |
| 82805 | A | Blood gases W/02 saturation | | | | | |
| 82810 | A | Blood gases, O2 sat only | | | | | |
| 82820 | A | Hemoglobin-oxygen affinity | | | | | |
| 82926 | A | Assay of gastric acid | | | | | |
| 82928 | A | Assay of gastric acid | | | | | |
| 82938 | A | Gastrin test | | | | | |
| 82941 | A | Assay of gastrin | | | | | |
| 82943 | A | Assay of glucagon | | | | | |
| 82946 | A | Glucagon tolerance test | | | | | |
| 82947 | A | Assay of glucose, quant | | | | | |
| 82948 | A | Reagent strip/blood glucose | | | | | |
| 82950 | A | Glucose test | | | | | |
| 82951 | A | Glucose tolerance test (GTT) | | | | | |
| 82952 | A | GTT-added samples | | | | | |
| 82953 | A | Glucose-tolbutamide test | | | | | |
| 82955 | A | Assay of g6pd enzyme | | | | | |
| 82960 | A | Test for G6PD enzyme | | | | | |
| 82962 | A | Glucose blood test | | | | | |
| 82963 | A | Assay of glucosidase | | | | | |
| 82965 | A | Assay of gdh enzyme | | | | | |
| 82975 | A | Assay of glutamine | | | | | |
| 82977 | A | Assay of GGT | | | | | |
| 82978 | A | Assay of glutathione | | | | | |
| 82979 | A | Assay, rbc glutathione | | | | | |
| 82980 | A | Assay of glutathiomide | | | | | |
| 82985 | A | Glycated protein | | | | | |
| 83001 | A | Gonadotropin (FSH) | | | | | |
| 83002 | A | Gonadotropin (LH) | | | | | |
| 83003 | A | Assay, growth hormone (hgh) | | | | | |
| 83008 | A | Assay of guanosine | | | | | |
| 83010 | A | Assay of haptoglobin, quant | | | | | |
| 83012 | A | Assay of haptoglobins | | | | | |
| 83013 | A | H pylori breath tst analysis | | | | | |
| 83014 | A | H pylori drug admin/collect | | | | | |
| 83015 | A | Heavy metal screen | | | | | |
| 83018 | A | Quantitative screen, metals | | | | | |
| 83020 | A | Hemoglobin electrophoresis | | | | | |
| 83021 | A | Hemoglobin chromotography | | | | | |
| 83026 | A | Hemoglobin, copper sulfate | | | | | |

*[handwritten note in APC/right columns area]* Toni C. Has this OPPS manual. She says that the item listed is blank under the APC column for it is not covered.

Also the OPPS file file is on line Nov 1 2002 for Jim Cofn.

CPT codes and descriptions only are copyright American Medical Association. All Rights Reserved. Applicable FARS/DFARS Apply.

Copyright American Dental Association. All rights reserved.

[1] Not subject to national coinsurance. Minimum unadjusted coinsurance is 25% of the payment rate. The payment rate is the lower of the HOPD payment rate or the Ambulatory Surgical Center payment.

[2] Not subject to national coinsurance.

[3] Eligible for pass-through payments. See Preamble for payment rate determination. See Addendum K for complete list of pass-through codes.

Blood Glucose Testing (HCPC 82962) claims by Carol's Provider List
# of Claims, # of Patients and Total Service Charges
Paid dates between 06/01/2001 and 05/31/2002
Out of 64 Provider 46 of them have Blood Glucose Testing claims

| Provider Number | # of Claims | # of Patients | Total Service Charges | Charge Per Pt | Claims Per Pt |
|---|---|---|---|---|---|
| | 559 | 106 | $104,829.69 | $988.96 | 5 |
| | 342 | 64 | $95,230.07 | $1,487.97 | 5 |
| | 209 | 53 | $91,107.22 | $1,719.00 | 4 |
| | 205 | 35 | $74,376.00 | $2,125.03 | 6 |
| | 254 | 43 | $66,876.80 | $1,555.27 | 6 |
| | 221 | 23 | $62,946.00 | $2,736.78 | 10 |
| | 242 | 35 | $60,626.42 | $1,732.18 | 7 |
| | 294 | 42 | $59,994.24 | $1,428.43 | 7 |
| | 284 | 39 | $55,361.80 | $1,419.53 | 7 |
| | 141 | 44 | $51,778.47 | $1,176.78 | 3 |
| | 154 | 51 | $50,757.26 | $995.24 | 3 |
| | 134 | 24 | $41,162.87 | $1,715.12 | 6 |
| | 222 | 50 | $40,308.13 | $806.16 | 4 |
| | 185 | 23 | $39,876.28 | $1,733.75 | 8 |
| | 108 | 22 | $37,211.07 | $1,691.41 | 5 |
| | 162 | 37 | $36,696.00 | $991.78 | 4 |
| | 92 | 23 | $32,979.77 | $1,433.90 | 4 |
| | 141 | 26 | $31,216.33 | $1,200.63 | 5 |
| | 91 | 18 | $24,205.43 | $1,344.75 | 5 |
| | 94 | 21 | $23,208.87 | $1,105.18 | 4 |
| | 108 | 25 | $22,585.01 | $903.40 | 4 |
| | 111 | 19 | $22,423.24 | $1,180.17 | 6 |
| | 125 | 17 | $20,085.86 | $1,181.52 | 7 |
| | 139 | 34 | $19,547.56 | $574.93 | 4 |
| | 92 | 22 | $17,253.20 | $784.24 | 4 |
| | 56 | 16 | $14,460.04 | $903.75 | 4 |
| | 67 | 16 | $13,444.77 | $840.30 | 4 |
| | 52 | 13 | $13,246.25 | $1,018.94 | 4 |
| | 146 | 24 | $12,756.03 | $531.50 | 6 |
| | 85 | 24 | $12,720.00 | $530.00 | 4 |
| | 95 | 25 | $10,399.75 | $415.99 | 4 |
| | 61 | 8 | $10,116.93 | $1,264.62 | 8 |
| | 101 | 13 | $10,004.68 | $769.59 | 8 |
| | 100 | 38 | $9,952.20 | $261.90 | 3 |
| | 67 | 12 | $7,985.00 | $665.42 | 6 |
| | 15 | 11 | $5,091.05 | $462.82 | 1 |
| | 16 | 15 | $4,852.40 | $323.49 | 1 |
| | 17 | 5 | $4,311.40 | $862.28 | 3 |
| | 10 | 3 | $3,936.00 | $1,312.00 | 3 |
| | 12 | 6 | $3,524.75 | $587.46 | 2 |
| | 23 | 8 | $3,250.00 | $406.25 | 3 |
| | 11 | 6 | $2,370.00 | $395.00 | 2 |
| | 1 | 1 | $393.30 | $393.30 | 1 |
| | 1 | 1 | $353.97 | $353.97 | 1 |
| | 1 | 1 | $155.00 | $155.00 | 1 |
| | 1 | 1 | $5.00 | $5.00 | 1 |
| TOTAL | 5647 | 1143 | $1,325,972.11 | $1,160.08 | 5 |

466

Blood Glucose Testing (HCPC 82962) claims by Carol's Provider List
# of Claims, # of Patients and Total Service Charges
Paid dates between 06/01/2001 and 05/31/2002
Out of 64 Provider 46 of them have Blood Glucose Testing claims

| Provider Number | # of Claims | # of Patients | Total Service Charges |
|---|---|---|---|
| | 559 | 106 | $104,829.69 |
| | 342 | 64 | $95,230.07 |
| | 209 | 53 | $91,107.22 |
| | 205 | 35 | $74,376.00 |
| | 254 | 43 | $66,876.80 |
| | 221 | 23 | $62,946.00 |
| | 242 | 35 | $60,626.42 |
| | 294 | 42 | $59,994.24 |
| | 284 | 39 | $55,361.80 |
| | 141 | 44 | $51,778.47 |
| | 154 | 51 | $50,757.26 |
| | 134 | 24 | $41,162.87 |
| | 222 | 50 | $40,308.13 |
| | 185 | 23 | $39,876.28 |
| | 108 | 22 | $37,211.07 |
| | 162 | 37 | $36,696.00 |
| | 92 | 23 | $32,979.77 |
| | 141 | 26 | $31,216.33 |
| | 91 | 18 | $24,205.43 |
| | 94 | 21 | $23,208.87 |
| | 108 | 25 | $22,585.01 |
| | 111 | 19 | $22,423.24 |
| | 125 | 17 | $20,085.86 |
| | 139 | 34 | $19,547.56 |
| | 92 | 22 | $17,253.20 |
| | 56 | 16 | $14,460.04 |
| | 67 | 16 | $13,444.77 |
| | 52 | 13 | $13,246.25 |
| | 146 | 24 | $12,756.03 |
| | 85 | 24 | $12,720.00 |
| | 95 | 25 | $10,399.75 |
| | 61 | 8 | $10,116.93 |
| | 101 | 13 | $10,004.68 |
| | 100 | 38 | $9,952.20 |
| | 67 | 12 | $7,985.00 |
| | 15 | 11 | $5,091.05 |
| | 16 | 15 | $4,852.40 |
| | 17 | 5 | $4,311.40 |
| | 10 | 3 | $3,936.00 |
| | 12 | 6 | $3,524.75 |
| | 23 | 8 | $3,250.00 |
| | 11 | 6 | $2,370.00 |
| | 1 | 1 | $393.30 |
| | 1 | 1 | $353.97 |

467

| | | | |
|---|---|---|---|
| ██████████ | 1 | 1 | $155.00 |
| | 1 | 1 | $5.00 |
| TOTAL | 5647 | 1143 | $1,325,972.11 |



**Adam Hanson**

08/05/2002 01:21 PM

To: UR Edit Group
cc: Mike Gillott/MutualOMA@Mutual of Omaha, Scott
    Tomsu/MutualOMA@Mutual of Omaha, Jared
    Holy/MutualOMA@Mutual of Omaha, Asuman
    Kaya/MutualOMA@Mutual of Omaha
Subject: Edit 8CJ

8CJ   SND ALL DOC TO SUPPORT REV 300,301, HCPC 82962 BLOOD GLUCOSE
Edit activated 08/05/02.  This edit will screen 100% of all electronic claims submitted by provider 05-6411
with bill type 22x, rev codes 300 and/or 301 and HCPC 82962.

| TOB | Rev Code | HCPCS | # of Prov | # of Claims | Total Service Charges |
|---|---|---|---|---|---|
| 12 | 300 301 | 82947 | 140 | 356 | $46,605.36 |
| 12 | 300 301 | 82948 | 8 | 744 | $730,012.1 |
| 12 | 300 301 | 82962 | 6 | 202 | $138,698.8 |
| TOTALS | | | 291 | 1,30 | $915,316.3 |
| | | | | | |
| 13 | 300 301 | 82947 | 497 | 11,334 | $354,819.3 |
| 13 | 300 301 | 82948 | 188 | 2,68 | $152,421.3 |
| 13 | 300 301 | 82962 | 177 | 3,76 | $201,646.3 |
| TOTALS | | | 862 | 17,787 | $708,887.0 |
| | | | | | |
| 14 | 300 301 | 82947 | 226 | 4,64 | $124,584.0 |
| 14 | 300 301 | 82948 | 1 | 2 | $489.06 |
| 14 | 300 301 | 82962 | 1 | 4 | $1,295.79 |
| TOTALS | | | 251 | 4,71 | $126,368.9 |
| | | | | | |
| 21 | 300 301 | 82947 | | | $6.7 |
| 21 | 300 301 | 82948 | | | $4,479.00 |
| 21 | 300 301 | 82962 | 1 | 4 | $10,055.54 |
| TOTALS | | | 1 | 4 | $14,541.26 |
| | | | | | |
| 22 | 300 301 | 82947 | 3 | 345 | $82,481.19 |
| 22 | 300 301 | 82948 | 4 | 559 | $229,998.5 |
| 22 | 300 301 | 82962 | 1,12 | 20,562 | $4,035,008.47 |
| TOTALS | | | 1,20 | 21,466 | $4,347,488.17 |
| | | | | | |
| 23 | 300 301 | 82947 | | 1 | $3,618.00 |
| 23 | 300 301 | 82948 | 1 | 231 | $62,482.95 |
| 23 | 300 301 | 82962 | 423 | 7,97 | $1,571,803.47 |
| TOTALS | | | 439 | 8,22 | $1,637,904.42 |
| | | | | | |
| 71 | 300 301 | 82962 | | | $30.00 |
| | | | | | |
| 72 | 300 301 | 82947 | | | $755.30 |
| | | | | | |
| TOTALS - All TOB's | | | 3,07 | 53,551 | $7,751,291.41 |

| Account | Charges | Removal | # Bena | # |
|---|---|---|---|---|
| 300 | $10,673.63 | $472.15 | 17 | 124 |
| 300 | $10,439.17 | $235.98 | 14 | 54 |
| 300 | $10,056.00 | $600.00 | 6 | 32 |
| 301 | $9,848.21 | $1,393.07 | 68 | 80 |
| 300 | $9,805.52 | $0.00 | 11 | 48 |
| 300 | $9,198.85 | $681.72 | 9 | 65 |
| 300 | $9,106.30 | $395.00 | 20 | 99 |
| 300 | $9,084.00 | $2,856.00 | 8 | 32 |
| 300 | $9,078.58 | $1,972.58 | 9 | 84 |
| 300 | $9,020.06 | $0.00 | 16 | 107 |
| 300 | $8,891.81 | $122.36 | 15 | 99 |
| 300 | $8,881.93 | $218.50 | 14 | 107 |
| 300 | $8,337.77 | $275.12 | 16 | 66 |
| 300 | $8,092.67 | $480.13 | 18 | 57 |
| 300 | $8,010.00 | $40.00 | 16 | 73 |
| 300 | $7,780.00 | $0.00 | 8 | 38 |
| 300 | $7,767.39 | $21.85 | 10 | 59 |
| 300 | $6,621.20 | $1,548.73 | 8 | 46 |
| 300 | $6,558.00 | $12.00 | 8 | 23 |
| 300 | $6,353.98 | $393.30 | 9 | 34 |
| 300 | $6,341.25 | $0.00 | 18 | 90 |
| 300 | $5,210.75 | $192.28 | 15 | 67 |
| 300 | $4,421.49 | $144.21 | 11 | 54 |
| 300 | $4,315.00 | $2,260.00 | 9 | 20 |
| 300 | $4,222.37 | $0.00 | 11 | 66 |
| 300 | $3,977.46 | $14.06 | 8 | 29 |
| 300 | $3,714.00 | $78.00 | 13 | 34 |
| 300 | $2,071.19 | $0.00 | 2 | 13 |
| 300 | $1,998.00 | $1,998.00 | 3 | 8 |
| 300 | $1,932.00 | $0.00 | 3 | 7 |
| 300 | $1,750.00 | $0.00 | 10 | 32 |
| 301 | $1,542.25 | $199.50 | 24 | 29 |
| 300 | $1,494.54 | $253.46 | 10 | 10 |
| 300 | $1,158.00 | $0.00 | 3 | 18 |
| 300 | $1,090.60 | $0.00 | 5 | 9 |
| 301 | $910.00 | $0.00 | 6 | 10 |
| 300 | $600.00 | $0.00 | 5 | 1 |
| 300 | $600.00 | $600.00 | 1 | 1 |
| 300 | $600.00 | $340.00 | 1 | 4 |

ALL PROVIDERS IN OKLAHOMA

| ADDRESS | CITY | ZIP | REVCODE | TOTAL CHARGES | DENIED CHARGES | # OF BENEFICIARIES | # OF CLAIMS |
|---|---|---|---|---|---|---|---|
|  |  | 300 |  | $41,520.00 | $174.00 | 19 | 144 |
|  |  | 300 |  | $32,474.42 | $1,093.45 | 42 | 290 |
|  |  | 300 |  | $29,415.00 | $4,350.00 | 30 | 148 |
|  |  | 300 |  | $27,230.23 | $1,144.94 | 33 | 202 |
|  |  | 300 |  | $25,737.40 | $480.70 | 25 | 221 |
|  |  | 300 |  | $24,635.02 | $142.31 | 26 | 215 |
|  |  | 300 |  | $23,769.57 | $217.36 | 15 | 124 |
|  |  | 300 |  | $21,887.62 | $380.19 | 34 | 204 |
|  |  | 300 |  | $21,078.00 | $2,448.00 | 14 | 62 |
|  |  | 300 |  | $19,817.95 | $183.54 | 20 | 84 |
|  |  | 300 |  | $19,540.00 | $0.00 | 25 | 103 |
|  |  | 300 |  | $19,414.01 | $301.72 | 33 | 165 |
|  |  | 300 |  | $18,912.00 | $42.00 | 26 | 127 |
|  |  | 300 |  | $18,612.02 | $930.81 | 30 | 167 |
|  |  | 300 |  | $18,518.16 | $0.00 | 26 | 141 |
|  |  | 300 |  | $18,105.86 | $183.54 | 25 | 170 |
|  |  | 300 |  | $16,778.71 | $96.14 | 19 | 145 |
|  |  | 300 |  | $15,675.71 | $0.00 | 22 | 84 |
|  |  | 300 |  | $15,356.56 | $148.58 | 17 | 122 |
|  |  | 300 |  | $15,266.31 | $0.00 | 21 | 122 |
|  |  | 300 |  | $15,045.72 | $415.15 | 21 | 94 |
|  |  | 300 |  | $14,557.99 | $0.00 | 22 | 125 |
|  |  | 300 |  | $14,437.72 | $279.68 | 18 | 133 |
|  |  | 300 |  | $13,683.80 | $157.32 | 23 | 89 |
|  |  | 300 |  | $13,425.40 | $835.43 | 22 | 85 |
|  |  | 300 |  | $13,101.26 | $707.94 | 16 | 72 |
|  |  | 300 |  | $12,457.92 | $360.89 | 18 | 112 |
|  |  | 300 |  | $12,420.00 | $0.00 | 12 | 54 |
|  |  | 301 |  | $12,196.29 | $428.26 | 16 | 81 |
|  |  | 300 |  | $12,105.00 | $475.00 | 10 | 120 |
|  |  | 300 |  | $12,073.55 | $83.98 | 11 | 105 |
|  |  | 300 |  | $11,544.00 | $0.00 | 11 | 47 |
|  |  | 300 |  | $11,137.99 | $524.40 | 17 | 80 |

472

| | | Total | Renewal Chg | & Pena | & Claim | |
|---|---|---|---|---|---|---|
| 74960 | 300 | $588.00 | $588.00 | | 6 | 7 |
| 73034 | 301 | $550.00 | $0.00 | | 5 | 5 |
| 74362 | 300 | $455.00 | $455.00 | | 1 | 3 |
| 73110 | 301 | $446.68 | $0.00 | | 1 | 1 |
| 74023 | 300 | $405.00 | $0.00 | | 6 | 6 |
| 74354 | 300 | $350.35 | $0.00 | | 4 | 3 |
| 73506 | 301 | $54.00 | $0.00 | | 2 | 3 |
| 74702 | 301 | $46.22 | $10.75 | | 9 | 10 |
| TOTAL | | $835,780.41 | $35,937.08 | | 1 | 1 |
| | | | | | 1201 | 6102 |
| | | | | | 1 | 2 |

473



**"Susan Jesse"**
<SJesse@cms.hhs.go
v>

11/04/2002 12:51 PM

To: "Jacquelyn Stanard" <JStanard@cms.hhs.gov>,
    Carol.Richards@mutualofomaha.com
cc: "Darcy Jakopchek" <DJakopchek@cms.hhs.gov>, "Kathleen De Hart"
    <KDeHart@cms.hhs.gov>, "Kathryn Nichols"
    <KNichols@cms.hhs.gov>, "Rebecca Dillender"
    <RDillender@cms.hhs.gov>
Subject: Fwd: Blood Glucose Testing NCD

I agree with the providers - I think lifting language from AB-00-108 and
AB-00-99 is inappropriate and is in conflict with the NCD. I believe all
items in red should be deleted. Those PMs were written 2 yrs ago - pending a
NCD.
From what I can tell the LMRP is word for word the same as the NCD (with the
exception of the items in red) so I don't see any real need for them to even
have one. If however, they do - it can not go beyond the NCD and some of the
red items do. Also they need to list AB-02-030 and AB-02-110 in the section
that addresses CMS policies.
I am forwarding all of this information to Becky Dillenger (our lab expert) to
see what her opinion of the situation is.

Susan Jesse Pennington
Nurse Consultant
Region VII  - Kansas City
Division of Health Plans and Providers

e-mail:  SJesse@CMS.HHS.GOV
phone:  (816) 426-5783 ext.3420

----- Message from Carol.Richards@mutualofomaha.com on Mon, 28 Oct 2002 11:17:51 -0600 -----

**To:** KDehart@cms.hhs.gov, KNichols@cms.hhs.gov,
    JStanard@cms.hhs.gov

**Subject** Blood Glucose Testing NCD
    :

I have been reviewing Mutual's policies for Lab services and comparing them
to the NCD's that will be final and effective on November 25, 2002. I have
made corrections, additions, and deletions, to codes only, so there is no
conflicting information in all but one policy. The only policy that has
any addition information is the blood glucose testing. I am going to
resend this policy to you for review. The language that appears in RED is
the language from PM AB-00-99 and AB-00-108. There has been some
controversy and some providers indicate that the language from the PM's are
in conflict with the NCD. I do not feel there is any conflict, we address
the frequency, which, when CMS is silent regarding this, the contractor has
the discretion to add. I know from he Baltimore meeting that Administar
had updated their policy, which is more limiting than ours, and had both
their RO and the CO review for conflicting information. There were no
recommendations from either of these offices for change to the language of
Administars policy.

I will include the languge of the other policy, I would like to have you
consider this language as I would like to add this to the existing policy
ONLY IF it would not have to be sent out for a 45 day comment period. This
languge says essentially what Mutual's policy says, only much more clearly.
If this would require the 45 day comment period I will leave the existing
language that has already been out for comment.

Here are sections of the LMRP I would like to add to Mutual's:

474

Clinical examples-Medicare does not provide separate payment in a Skilled
Nursing Facility (SNF) seting for
1.Periodic blood gulcose monitoring in a diabetic such as is routinely
performed in the patient 's own home 2. Periodic blood glucose monitoring
in a diabetic residing in a nursing home for custodial care(not in a SF
covered stay) who receives routine care provided by the nursing home staff,
including periodic blood glucose monitoring services.
Medicare may provide sparate payment for - 1. blood glusoce monitoring
services ordered by a physician.  The physician must be promptly notified
of the results in order to provide active medical care to treat the
patient.   2.  blood glucose monitoring servies for a diabetic who develops
complications that may requrie changes in the patient's diabetic
management.  The physician would order the blood glucose monitoring
service, be promptly notified of the results, and provide active treatment
(such as a medication adjustment) based upon those results.

If home- use glucose monitoring devices are used in thenursing home
settings, a glucos monitoring servie must be performed in accordance with
laboratoyr coverage criteria to qualify for separate payment under the
Medicar laboratory beneftr......for a laboratory service to be reasonabel
and necessay:
    it must be ordered by the physician
    the ordering physician must use the result in the management of the
    beneficiary's specific medical problem; and
    the laborator result must be reported to the physician promptly in order
    for the physician to use the result and instruct continuation or a
    modification of patient care.

I am attaching our blood glucose testing policy.

Thanks(See attached file: Blood  Glucose Testing.doc)

Blood  Glucose Testing.dc Susan Jesse.vcf

475

**Contractor's Policy Number:**

LAB-I-0007 – R2

**Contractor Name:**

AdminaStar Federal

**Contractor Number:**

00332 Ohio

**Contractor Type:**

Intermediary

**LMRP Title:**

Final LMRP for Blood Glucose Monitoring.

**AMA CPT Copyright Statement:**

*CPT codes, descriptions, and other data only are copyright 2000 American Medical Association. All Rights Reserved. Applicable FARS/DFARS Clauses Apply.*

**CMS's National Coverage Policy:**

Unless otherwise specified, *italicized* text represents quotation from one or more of the following CMS sources:

Section 1862(a)(1)(A) of Title XVIII of the Social Security Act excludes expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member.

Section 1833(e) of Title XVIII of the Social Security Act prohibits Medicare payment for any claim which lacks the necessary information to process the claim.

Section 1862(a)(7) of Title XVIII of the Social Security Act excludes routine physical examination. CMS Publication 10, *Medicare Hospital Manual*, Section 437, and CMS Publication 13, *Medicare Intermediary Manual*, Section 3628, describe payment rules for diagnostic laboratory services.

21 CFR 862.1345 describes glucose test systems.

42 CFR 410.32 indicates diagnostic tests may only be ordered by a treating physician (or other treating practitioner acting within the scope of his or her license and Medicare requirements).

42 CFR 410.38 states that a hospital or SNF are not considered a home under this benefit.

CMS Transmittal No. 368, Publication 12, Medicare Skilled Nursing Facility Manual, Change Request #1323, May 24, 2001, contains instructions for the implementation of provisions in the Balanced Budget Act of 1997 that require payment to SNFs for Part B services under a fee schedule.

CMS Transmittal No. 370, Publication 12, Medicare Skilled Nursing Facility Manual, September 21, 2001, provides notification that Transmittal No. 368, change Request #1323 is a final copy.

CMS Transmittal No. AB-00-108, December 1, 2000, provides coverage instruction on glucose monitoring.

Proposed National Coverage Decision (NCD) for Blood Glucose Testing - See "Sources of Information" section.

**Primary Geographic Jurisdiction:**

Ohio

**CMS Region:**

CMS Region V

**CMS Consortium:**

CMS Midwest Consortium

**Original Policy Effective Date:**

10/01/2001

**Original Policy Ending Date:**

Not applicable

**Revision Effective Date:**

10/01/2001 – R2
10/01/2001 – R1

**Revision Ending Date:**

original LMRP is superceded by R1 & R2 with no change in the effective date

**LMRP Description:**

This test is used to diagnose suspected aberrations of glucose levels or for monitoring known diabetes or hypoglycemia.

**Indications and Limitations of Coverage and/or Medical Necessity:**

Indications:

Blood glucose values are often necessary for the management of patients with diabetes mellitus where hyperglycemia and hypoglycemia are often present. Determining glucose values is also critical in the control of blood glucose levels in the patient with impaired fasting glucose (FPG 110-125 mg/dL), the patient with insulin resistance syndrome and/or carbohydrate intolerance (excessive rise in glucose following ingestion of glucose or glucose sources of food), in the patient with a hypoglycemia disorder such as nesidioblastosis or insulinoma, and in the patient with a catabolic or malnutrition state. Many medical conditions may be a consequence of a sustained elevated or depressed glucose level. Evaluation of glucose may also be indicated for patients on medication known to affect carbohydrate metabolism *(Proposed NCD for Blood Glucose Testing)*.

Limitations:

*Section 1862(a)(1)(A) of the Social Security Act requires the service to be reasonable and necessary for diagnosis and treatment in order to be covered by Medicare. Sections 42 CFR 410.32 and 411.15 specify that for a laboratory service to be reasonable and necessary, it must not only be ordered by the physician but the ordering physician must also use the result in the management of the beneficiary's specific medical problem. Implicitly, the laboratory result must be reported to the physician promptly in order for the physician to use the result and instruct continuation or modification of patient care; this includes the physician's order for another laboratory service. Compliance program guidance for laboratory services sets forth conditions under which a physician's order for a repeat laboratory service can qualify as an order for another covered laboratory service. A standing order is not usually acceptable documentation for a covered laboratory service.* (CMS Transmittal No. AB-00-108, Change Request 1362, December 1, 2000)

Therefore, *if home-use glucose monitoring devices are used in the hospital and nursing home settings, a glucose monitoring service must be performed in accordance with laboratory coverage criteria to qualify for separate payment under the Medicare laboratory benefit...for a laboratory service to be reasonable and necessary:*

- *it* [the laboratory service] *must be ordered by the physician\*;*

- *the ordering physician must use the result in the management of the beneficiary's specific medical problem; and*

- *the laboratory result must be reported to the physician promptly in order for the physician to use the result and instruct continuation or a modification of patient care.*

*If a physician separately orders the performance of a glucose monitoring service for a patient who can not self-administer, clinical staff generally will administer a glucose monitoring service along with their other duties. This device is* [included] *on the list of instruments that can be administered by providers registered under the Clinical Laboratory Improvement Amendments of 1988 (CLIA), including providers registered with only a certificate of waiver.* (CMS Transmittal No. AB-00-108, Change Request 1362, December 1, 2000)

Medicare program reimbursement for blood glucose monitoring services requires that the service be medically reasonable and necessary. For blood glucose determinations made with a home-use glucose monitoring device, Medicare will cover medically reasonable and necessary blood glucose monitoring services when the service is ordered by a physician to monitor an unstable diabetic condition, with the physician promptly notified of the test results so that he may provide active treatment of the diabetic condition. Routine blood glucose monitoring services are not covered. \*\*

**For purposes of this policy prompt physician notification means prior to the next blood glucose test or within eight (8) hours, whichever is sooner.**

Clinical Examples:

Medicare does not cover
- periodic blood glucose monitoring in a stable diabetic such as is routinely performed in the patient's own home
- periodic blood glucose monitoring in a stable diabetic residing in a nursing home for custodial care (not in a SNF covered stay) who receives routine care provided by the nursing home staff, including periodic blood glucose monitoring services.

Medicare may cover
- blood glucose monitoring services, ordered by a physician, for a patient with unstable diabetes. In this situation, the physician must be promptly notified of the results in order to provide active medical care to treat the unstable situation.
- blood glucose monitoring services for a stable diabetic who develops an infection (or other condition) that may result in the diabetes becoming unstable. The physician would order the blood glucose monitoring service, be promptly notified of the test results, and provide active treatment (such as a medication adjustment) based upon the results of the test.

Additionally, the use of sliding scale insulin administration in a stable diabetic does not support a Medicare covered blood glucose monitoring service. However, should the same patient develop a condition resulting in an unstable diabetic situation, the physician would order blood glucose monitoring services to evaluate and treat the diabetic situation. In this scenario, prompt physician notification of the test results, followed by active treatment of the patient based on the test results would support a medically necessary Medicare covered blood glucose monitoring service.

*At certain times a physician may also order a separate quantitative blood glucose test to enhance a physician evaluation and management service for the patient. A specimen collection of venous blood may be sent to an independent laboratory for testing and the laboratory reports the result to the provider and ordering physician. This is a separate laboratory service billed with a different code than a home-use glucose monitoring service and is also paid under the laboratory fee schedule.* (CMS Transmittal No. AB-00-108).

\* For outpatient settings other than CORFs, references to "physicians" throughout this policy include non-

physicians, such as nurse practitioners, clinical nurse specialists and physician assistants. Such non-physician practitioners may certify, order and establish the plan of care for blood glucose monitoring services as authorized by State law. (See Sections 1861(s)(2) and 1862(a)(14) of Title XVIII of the Social Security Act; 42 CFR, Sections 410.74, 410.75, 410.76 and 419.22; 58 FR 18543, April 7, 2000.)

** *Medicare Part B may pay for a glucose monitoring device and related disposable supplies under its durable medical equipment benefit if the equipment is used in the home or in an institution that is used as a home. A hospital or SNF is not considered a home under this benefit. §1861(h) of the Social Security Act. §42 Code of Federal Regulations (CFR) 410.38. (CMS Transmittal No. AB-00-108).*

A claim that does not fulfill the coverage requirements described above may be given individual consideration based on review of all pertinent medical information.

## CPT/HCPCS Section & Benefit Category:

Pathology and Laboratory

## Type of Bill Code:

12X, 13X, 14X, 21X, 22X, 23X, 85X

## Revenue Codes:

30X

## CPT/HCPCS Codes:

| | |
|---|---|
| 82947© | Glucose; quantitative, blood (except reagent strip) |
| 82948 | blood; reagent strip |
| 82962 | Glucose, blood by glucose monitoring device(s) cleared by the FDA specifically for home use |

## ICD-9 Codes That Support Medical Necessity:

| | |
|---|---|
| 011.00 | Tuberculosis of lung, infiltrative, unspecified |
| 011.01 | bacteriological or histological examination not done |
| 011.02 | bacteriological or histological examination unknown (at present) |
| 011.03 | tubercle bacilli found (in sputum) by microscopy |
| 011.04 | tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture |
| 011.05 | tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed histologically |
| 011.06 | tubercle bacilli not found by bacteriological or histological examination but tuberculosis confirmed by other methods (inoculation of animals) |
| 011.10 | Tuberculosis of lung, nodular, unspecified |
| 011.11 | bacteriological or histological examination not done |
| 011.12 | bacteriological or histological examination unknown (at present) |
| 011.13 | tubercle bacilli found (in sputum) by microscopy |
| 011.14 | tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture |
| 011.15 | tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed histologically |
| 011.16 | tubercle bacilli not found by bacteriological or histological examination but tuberculosis confirmed by other methods (inoculation of animals) |
| 011.20 | Tuberculosis of lung with cavitation |
| 011.21 | bacteriological or histological examination not done |
| 011.22 | bacteriological or histological examination unknown (at present) |
| 011.23 | tubercle bacilli found (in sputum) by microscopy |
| 011.24 | tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture |
| 011.25 | tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed histologically |
| 011.26 | tubercle bacilli not found by bacteriological or histological examination but tuberculosis confirmed by other methods (inoculation of animals) |
| 011.30 | Tuberculosis of bronchus |

| 011.31 | bacteriological or histological examination not done |
| 011.32 | bacteriological or histological examination unknown (at present) |
| 011.33 | tubercle bacilli found (in sputum) by microscopy |
| 011.34 | tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture |
| 011.35 | tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed histologically |
| 011.36 | tubercle bacilli not found by bacteriological or histological examination but tuberculosis confirmed by other methods (inoculation of animals) |
| 011.40 | Tuberculous fibrosis of lung |
| 011.41 | bacteriological or histological examination not done |
| 011.42 | bacteriological or histological examination unknown (at present) |
| 011.43 | tubercle bacilli found (in sputum) by microscopy |
| 011.44 | tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture |
| 011.45 | tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed histologically |
| 011.46 | tubercle bacilli not found by bacteriological or histological examination but tuberculosis confirmed by other methods (inoculation of animals) |
| 011.50 | Tuberculous bronchiectasis |
| 011.51 | bacteriological or histological examination not done |
| 011.52 | bacteriological or histological examination unknown (at present) |
| 011.53 | tubercle bacilli found (in sputum) by microscopy |
| 011.54 | tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture |
| 011.55 | tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed histologically |
| 011.56 | tubercle bacilli not found by bacteriological or histological examination but tuberculosis confirmed by other methods (inoculation of animals) |
| 011.60 | Tuberculous pneumonia (any form) |
| 011.61 | bacteriological or histological examination not done |
| 011.62 | bacteriological or histological examination unknown (at present) |
| 011.63 | tubercle bacilli found (in sputum) by microscopy |
| 011.64 | tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture |
| 011.65 | tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed histologically |
| 011.66 | tubercle bacilli not found by bacteriological or histological examination but tuberculosis confirmed by other methods (inoculation of animals) |
| 011.70 | Tuberculous pneumothorax |
| 011.71 | bacteriological or histological examination not done |
| 011.72 | bacteriological or histological examination unknown (at present) |
| 011.73 | tubercle bacilli found (in sputum) by microscopy |
| 011.74 | tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture |
| 011.75 | tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed histologically |
| 011.76 | tubercle bacilli not found by bacteriological or histological examination but tuberculosis confirmed by other methods (inoculation of animals) |
| 011.80 | Other specified pulmonary tuberculosis |
| 011.81 | bacteriological or histological examination not done |
| 011.82 | bacteriological or histological examination unknown (at present) |
| 011.83 | tubercle bacilli found (in sputum) by microscopy |
| 011.84 | tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture |
| 011.85 | tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed histologically |
| 011.86 | tubercle bacilli not found by bacteriological or histological examination but tuberculosis confirmed by other methods (inoculation of animals) |
| 011.90 | Pulmonary tuberculosis, unspecified |
| 011.91 | bacteriological or histological examination not done |
| 011.92 | bacteriological or histological examination unknown (at present) |
| 011.93 | tubercle bacilli found (in sputum) by microscopy |
| 011.94 | tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture |
| 011.95 | tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed histologically |
| 011.96 | tubercle bacilli not found by bacteriological or histological examination but tuberculosis confirmed by other methods (inoculation of animals) |
| 038.0 | Streptococcal septicemia |
| 038.10 | Staphylococcal septicemia; unspecified |
| 038.11 | Staphylococcus aureus septicemia |
| 038.19 | Other staphylococcal septicemia |

| | |
|---|---|
| 038.2 | Pneumococcal septicemia [Streptococcus pneumoniae septicemia] |
| 038.3 | Septicemia due to anaerobes |
| 038.40 | Gram-negative organism, unspecified |
| 038.41 | Hemophilus influenzae [H. influenzae] |
| 038.42 | Escherichia coli [E. coli] |
| 038.43 | Pseudomonas |
| 038.44 | Serratia |
| 038.49 | Septicemia due to other gram-negative organisms, other |
| 038.8 | Other specified septicemias |
| 038.9 | Unspecified septicemia |
| 112.0 | Candidiasis, of mouth |
| 112.1 | of vulva and vagina |
| 112.3 | of skin and nails |
| 157.4 | Malignant neoplasm of pancreas, Islets of Langerhans |
| 211.7 | Benign neoplasm of other parts of digestive system, Islets of Langerhans |
| 242.00 | Toxic diffuse goiter, without mention of thyrotoxic crisis or storm |
| 242.01 | with mention of thyrotoxic crisis or storm |
| 242.10 | Toxic uninodular goiter, without mention of thyrotoxic crisis or storm |
| 242.11 | with mention of thyrotoxic crisis or storm |
| 242.20 | Toxic multinodular goiter, without mention of thyrotoxic crisis or storm |
| 242.21 | with mention of thyrotoxic crisis or storm |
| 242.30 | Toxic nodular goiter, unspecified, without mention of thyrotoxic crisis or storm |
| 242.31 | with mention of thyrotoxic crisis or storm |
| 242.40 | Thyrotoxicosis from ectopic thyroid nodule, without mention of thyrotoxic crisis or storm |
| 242.41 | with mention of thyrotoxic crisis or storm |
| 242.80 | Thyrotoxicosis of other specified origin, without mention of thyrotoxic crisis or storm |
| 242.81 | with mention of thyrotoxic crisis or storm |
| 242.90 | Thyrotoxicosis without mention of goiter or other cause, without mention of thyrotoxic crisis or storm |
| 242.91 | with mention of thyrotoxic crisis or storm |
| 250.00 | Diabetes mellitus without mention of complication; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled |
| 250.01 | type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled |
| 250.02 | type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type |
| 250.03 | type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled |
| 250.10 | Diabetes with ketoacidosis; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled |
| 250.11 | type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled |
| 250.12 | type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type |
| 250.13 | type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled |
| 250.20 | Diabetes with hyperosmolarity; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled |
| 250.21 | type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled |
| 250.22 | type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type |
| 250.23 | type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled |
| 250.30 | Diabetes with other coma; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled |
| 250.31 | type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled |
| 250.32 | type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type |
| 250.33 | type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled |
| 250.40 | Diabetes with renal manifestations; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled |
| 250.41 | type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled |
| 250.42 | type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type |
| 250.43 | type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled |
| 250.50 | Diabetes with ophthalmic manifestations; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled |
| 250.51 | type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled |
| 250.52 | type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type |
| 250.53 | type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled |

481

250.60   Diabetes with neurological manifestations; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled
250.61      type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled
250.62      type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type
250.63      type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled
250.70   Diabetes with peripheral circulatory disorders; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled
250.71      type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled
250.72      type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type
250.73      type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled
250.80   Diabetes with other specified manifestations; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled
250.81      type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled
250.82      type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type
250.83      type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled
250.90   Diabetes with unspecified complication; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled
250.91      type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled
250.92      type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type
250.93      type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled
251.0    Hypoglycemic coma
251.1    Other specified hypoglycemia
251.2    Hypoglycemia, unspecified
251.3    Postsurgical hypoinsulinemia
251.4    Abnormality of secretion of glucagon
253.0    Acromegaly and gigantism
271.4    Renal glycosuria
272.0    Pure hypercholesterolemia
272.1    Pure hyperglyceridemia
272.2    Mixed hyperlipidemia
272.3    Hyperchylomicronemia
272.4    Other and unspecified hyperlipidemia
276.0    Hyperosmolality and/ or hypernatremia
276.1    Hyposmolality and/ or hyponatremia
276.2    Acidosis
276.5    Volume depletion
276.7    Hyperpotassemia
276.8    Hypopotassemia
276.9    Electrolyte and fluid disorders not elsewhere classified
293.0    Acute delirium
345.10   Generalized convulsive epilepsy, without mention of intractable epilepsy
345.11      with intractable epilepsy
348.3       Encephalopathy, unspecified
356.9    Idiopathic peripheral neuropathy, unspecified
357.9    Inflammatory and toxic neuropathy, unspecified
362.10   Background retinopathy, unspecified
362.81   Retinal hemorrhage
362.82   Retinal exudates and deposits
368.8    Other specified visual disturbances [blurred vision NOS; heteropsia]
577.0    Acute pancreatitis
577.1    Chronic pancreatitis
607.84   Impotence of organic origin
608.87   Retrograde ejaculation
648.00   Other current conditions in the mother classifiable elsewhere, but complicating pregnancy, childbirth, or the puerperium, diabetes mellitus, unspecified as to episode of care or not applicable
648.03      antepartum condition or complication
648.04      postpartum condition or complication
648.80   Abnormal glucose tolerance; unspecified as to episode of care or not applicable
648.83      antepartum condition or complication                                                    482

| 648.84 | postpartum condition or complication |
| 656.60 | Other fetal and placental problems affecting management of mother; excessive fetal growth; unspecified as to episode of care or not applicable |
| 656.61 | delivered, with or without mention of antepartum condition |
| 656.63 | antepartum condition or complication |
| 780.01 | Alteration of consciousness, coma |
| 780.02 | transient alteration of awareness |
| 780.09 | other |
| 780.2 | Syncope and collapse |
| 780.39 | Other convulsions |
| 780.4 | Dizziness and giddiness |
| 780.71 | Chronic fatigue syndrome |
| 780.79 | Other malaise and fatigue |
| 780.8 | Hyperhidrosis |
| 783.1 | Abnormal weight gain |
| 783.21 | Abnormal loss of weight and underweight; loss of weight |
| 783.5 | Polydipsia |
| 785.0 | Tachycardia, unspecified |
| 785.4 | Gangrene |
| 786.01 | Hyperventilation |
| 788.41 | Urinary frequency |
| 788.42 | Polyuria |
| 788.43 | Nocturia |
| 790.2 | Abnormal glucose tolerance test |
| 790.6 | Other abnormal blood chemistry |
| 791.5 | Glycosuria |
| V58.69 | Long-term (current) use of other medications |
| V67.51 | Following completed treatment with high-risk medications, not elsewhere classified |

It is the responsibility of the provider to code to the highest level specified in the *ICD-9-CM* (*e.g.*, to the fourth or fifth digit). The correct use of an *ICD-9-CM* code listed above does not assure coverage of a service. The service must be reasonable and necessary in the specific case and must meet the criteria specified in the policy.

**Reasons for Denial:**

- Any reason for non-coverage as stated in the "Indications and Limitations of Coverage" section.
- Routine tests or tests for screening purposes that are performed in the absence of signs, symptoms, complaints, or personal history of disease or injury are not covered except as explicitly authorized by statute. These include exams required by insurance companies, business establishments, government agencies, or other third parties.
- Failure to provide documentation of the medical necessity of tests may result in denial of claims. The documentation may include notes documenting relevant signs, symptoms or abnormal findings that substantiate the medical necessity for ordering the test.
- A claim for a test that exceeds frequency standards as written in this policy may be denied as not reasonable and necessary, unless submitted with documentation justifying increased frequency.
- Tests that are not ordered by a treating physician or other qualified treating nonphysician practitioner acting within the scope of his or her license and in compliance with Medicare requirements will be denied as not reasonable and necessary.
- Failure of the laboratory performing the test to have the appropriate Clinical Laboratory Improvement Act of 1988 (CLIA) certificate for the testing performed will result in denial of claims. When a hospital obtains laboratory tests for outpatients or nonpatients under arrangements with independent laboratories or other hospital laboratories, the hospital must be sure that the laboratory performing the services has a CLIA number. (*Medicare Intermediary Manual*, CMS-Pub. 13-3, Transmittal No. 1773, April 1, 1999)
- A claim that does not fulfill the coverage requirements described above may be given individual consideration based on review of all pertinent medical information.

**Noncovered ICD-9 Code(s):**

483

Any code not listed in the "ICD-9 Codes That Support Medical Necessity" section of this policy.

**Coding Guidelines:**

1.    Line item processing requires that each line item of a claim for clinical laboratory tests include the appropriate HCPCS code for each test performed. For every line item that contains a HCPCS code you must also report a date of service, including bills where the "from" and "through" date are equal.

2.    Refer to Correct Coding Initiative (CCI) edits for correct coding requirements prior to billing Medicare. Any claim for a test listed in "CPT/HCPCS Codes" above must be submitted with an *ICD-9-CM* diagnosis code. Codes that describe symptoms and signs, as opposed to diagnoses, should be provided for reporting purposes when a diagnosis has not been established. (Coding Clinic for ICD-9-CM, Fourth Quarter 1995, page 43).

3.    Providers should report the patient's reason for visit (admitting diagnosis) on outpatient bills in form Locator 76 of the UB-92. The patient's reason for visit information should be reported for all unscheduled outpatient visits when revenue codes 45X, 516 or 526 are present. The *ICD-9-CM* diagnosis code describing the patient's stated reason for seeking care (or as stated by the patient's representative) at the time of outpatient registration should be used.

4.    When hospitals obtain laboratory services for outpatients under arrangements with clinical laboratories or other hospital laboratories, only the originating hospital can bill for the arranged service (*Medicare Intermediary Manual*, Section 3628(D)).

5.    Billing of fee-schedule laboratory tests is included with billing for outpatient services to the same beneficiary on a single bill. Hospitals are not to submit separate bills for laboratory tests performed in different departments on the same day (*Medicare Intermediary Manual*, Section 3628).

6.    When laboratory testing is done solely to monitor response to medication, the most accurate *ICD-9-CM* code to describe the reason for the test is V58.69, long term use of medication.

7.    Periodic follow-up for encounters for laboratory testing for a patient with a prior history of a disease, who is no longer under treatment for the condition, should be coded with an appropriate code from the V67 category-follow-up examination.

8.    *If a glucose monitoring service is administered for a patient who is hospitalized and eligible for Medicare Part B but is not in a Part A covered hospital stay, a Form CMS-1450 is submitted to the intermediary using type of bill (TOB) 12X and revenue code 30X and is paid under the clinical laboratory fee schedule.* CMS Publication 13, *Medicare Intermediary Manual*, Sections 3604 and 3628 and CMS Transmittal No. AB-00-108)

9.    *Laboratory services rendered to inpatients not covered under Part A (inpatient Part B services) and outpatients are billed by the SNF or the rendering provider. Part B clinical diagnostic lab services are paid based on the clinical diagnostic lab fee schedule. (CMS Transmittal No. 368, Publication 12, Medicare Skilled Nursing Facility Manual, Change Request #1323, May 24, 2001)*

10.   *If a [Medicare] Part B only patient resides in a nursing home certified bed, a UB-92 using TOB 22X and revenue code 30X is submitted to the intermediary. The laboratory cost center of the cost report must reflect the corresponding glucose monitoring costs and charges even when the provider is registered for laboratory testing with only a certificate of waiver from CLIA.* (CMS Transmittal No. AB-00-108)

11.   *Record charges for patients occupying beds in non-Medicare certified areas as non Medicare charges for the purpose of apportioning the SNF's laboratory costs. Bill as 22X type of bill. Payment is based on the lab fee schedule. Use bill type 22X for lab services to Part B residents and 23X for non residents. Neither deductible nor coinsurance applies to lab fee schedule payments. (CMS Transmittal No. 368, Publication 12, Medicare Skilled Nursing Facility Manual, Change Request #1323, May 24, 2001)*

12.   *When a glucose monitoring service meets the criteria to be a covered laboratory service for a [Medicare] Part B only patient, regardless of whether the nursing home patient resides in a certified or non-certified bed, payment must be made. Denial of payment for a Part B covered laboratory service cannot be made on the basis that the service is routine care. Under Medicare, routine care determinations are applicable only for Part A nursing home services* (CMS Transmittal No. AB-00-108)

13.   *Nursing and physician duties, include observing, ordering, administering and interpreting the patient's health status are paid predominantly under other payments systems, such as the state nursing home payment system or the physician payment system. If home-use glucose monitoring devices are used in the hospital and nursing home settings, a glucose monitoring service must be performed in accordance with laboratory coverage criteria to qualify for separate payment under the Medicare laboratory benefit.* (CMS Transmittal No. AB-00-108)

14.   *Medicare Part B may pay for a glucose monitoring device and related disposable supplies under its durable medical equipment benefit if the equipment is used in the home or in an institution that is used as a home. A hospital or SNF is not considered a home under this benefit.* (42 CFR 410.38)

484

15. Diagnostic clinical laboratory tests are subject to consolidated billing for skilled nursing facility (SNF) residents while in an SNF Part A hospital stay.
16. Freestanding clinics should bill laboratory services to the Part B carrier, and provider-based clinics should bill these services to the fiscal intermediary that serves the main provider (*e.g.*, the hospital's intermediary) (CMS Transmittal No. A-00-30).
17. Payment for certain laboratory tests performed by ESRD facilities, whether performed by the facility or through an independent laboratory, is included in the composite rate. These tests are listed in CMS Publication 13, *Medicare Intermediary Manual*, Sections 3167.3 and §3171.2A. ESRD facilities that are CLIA certified may furnish laboratory services directly and may bill separately for laboratory services that are not included within the composite rate. CLIA-certified ESRD facilities that separately bill for laboratory services must bill their fiscal intermediary. (CMS Publication 13, *Medicare Intermediary Manual*, Section 3644.1).
18. Critical access hospitals (CAHs) (bill type 85X) are paid under a reasonable cost based system, as required under section 1834(g) of the Social Security Act and are excluded from the Outpatient Prospective Payment System. CAHs are required to report HCPCS only for services not paid on a reasonable cost basis (CMS Publication 13, Medicare Intermediary Manual, Section 3627.8).

**Documentation Requirements:**

The ordering physician must include evidence in the patient's clinical record that an evaluation of history and physical preceded the ordering of glucose testing and that manifestations of abnormal glucose levels were present to support the medical necessity (and frequency) of the test as it is covered by Medicare (see "Indications for and Limitations of Coverage"). This documentation includes, but is not limited to, relevant medical history, physical examination, and results of pertinent diagnostic tests or procedures. This information should be available and submitted upon reconsideration or upon request of the intermediary.

**Other Comments:**

After the conclusion of the formal comment period (April 4, 2001 through June 9, 2001), ASF was instructed by CMS to incorporate local interpretation of CMS National Policy (see Program Memorandum No. AB-00-108, December 1, 2000). Specifically, the Blood Glucose Monitoring LMRP is revised to clarify that only diagnostic blood glucose monitoring services are covered, "prompt physician notification" is defined, and clinical examples are added to enhance clarification of Medicare covered blood glucose monitoring services. AdminaStar Federal has received approval from CMS Region V to publish this policy (with an effective date of October 1, 2001) simultaneously with a (second) advice and comment period (from 10/01/2001 through 11/15/2001).

Limitation of liability and refund requirements apply when denials are based on medical necessity. They do not apply when the test, item or procedure is done for screening purposes. The provider must notify the beneficiary in writing if the provider is aware that the test, item or procedure may not be covered by Medicare.

This policy has been developed in response to a demonstrated increase in utilization of glucose monitoring services. The purpose of the policy is to clarify Medicare National Coverage Policy and to provide instruction to providers to ensure that these services are billed and reimbursed correctly.

**Sources of Information and Basis for Decision:**

Draft Medicare National Coverage Decision for Blood Glucose Testing. Retrieved 02/03/2000 from the World Wide Web: http://www.CMS.gov/quality/docs/labsd-09.htm - We augmented our list of covered diagnoses with codes drawn from this draft National Coverage Decision (NCD). In addition, the draft NCD was used as a reference for the language found in the "Description" and "Indications and Limitations of Coverage and/or Medical Necessity" sections of our policy.

Draft Recommended Medicare National Coverage Policy for Blood Glucose Testing (Open for comments through 11/11/1998). Retrieved 11/06/98 from the World Wide Web: http://www.CMS.gov/quality/docs/labs-em3.htm

Ohio carrier LMRP, 08/01/97- This carrier policy serves as the basis for our list of covered *ICD-9-CM* codes.

Other Medicare contractor LMRPs (Illinois carrier [11/15/97], Kentucky intermediary [05/15/98] and Ohio intermediary [07/01/97])

**Advisory Committee Notes:**

Discussion of the draft policy with the Intermediary Advisory Committee (IAC) was conducted via the U.S. Postal Service.

**Start Date of Comment Period:**

Public Comment:        04/20/2001
IAC Comment:           04/20/2001

**End Date of Comment Period:**

Public Comment:        06/09/2001
IAC Comment:           06/09/2001

**Start Date of Notice Period:**

10/01/2001

**Revision History:**

R2 (Effective 10/01/2001): Revised Coding Guidelines #9 and 11 concering 22X and 23X TOB to comply with instructions finalized in CMS Transmittal No. 368, Publication 12, Medicare Skilled Nursing Facility Manual, Change Request #1323, May 24, 2001, as finalized in Transmittal No. 370, September 21, 2001.

R1 (Effective 10/01/2001): ICD-9-CM update added 608.87.


This policy does not reflect the sole opinion of the contractor or Contractor Medical Director.  Although the final decision rests with the contractor, this policy was developed in cooperation with the Intermediary Advisory Group, which includes representatives from laboratory organizations, as well as various state and local provider organizations.

Case 1:06-cv-02144-RCL   Document 20-8   Filed 05/08/2007   Page 32 of 38

# Article for Coverage for Blood Glucose Monitoring in Skilled Nursing Facilities (A22479)

## Contractor Information

| | |
|---|---|
| **Contractor Name** | Mutual of Omaha Insurance Company |
| **Contractor Number** | 52280 |
| **Contractor Type** | FI |

## Article Information

| | |
|---|---|
| **Article Database ID Number** | A22479 |
| **Article Type** | Detailed Article |
| **Article Title** | Coverage for Blood Glucose Monitoring in Skilled Nursing Facilities |
| **Primary Geographic Jurisdiction** | AK AL AZ CA CO CT DE FL GA HI IA ID IL IN KS KY LA MA MD ME MI MN MO MS MT NC ND NE |

*Carol:*

*Uploaded into the Coverage Database today 8/30/04*

*Article To the web 9/04*

487

|  | NH |
|  | NJ |
|  | NM |
|  | NV |
|  | OH |
|  | OK |
|  | OR |
|  | PA |
|  | RI |
|  | SC |
|  | SD |
|  | TN |
|  | TX |
|  | UT |
|  | VA |
|  | VT |
|  | WA |
|  | WI |
|  | WV |
|  | WY |
| **Secondary Geographic Jurisdiction** | AK |
|  | AL |
|  | AZ |
|  | CA |
|  | CO |
|  | CT |
|  | DE |
|  | FL |
|  | GA |
|  | HI |
|  | IA |
|  | ID |
|  | IL |
|  | IN |
|  | KS |
|  | KY |
|  | LA |
|  | MA |
|  | MD |
|  | ME |
|  | MI |
|  | MN |
|  | MO |
|  | MS |
|  | MT |
|  | NC |
|  | ND |
|  | NE |
|  | NH |
|  | NJ |
|  | NM |
|  | NV |
|  | OH |

488

OK
OR
PA
RI
SC
SD
TN
TX
UT
VA
VT
WA
WI
WV
WY

**Article Publication Date**          09/01/2004

**Article Beginning Effective Date**          09/01/2004

**Article Text**          Recent post payment medical review data shows that in spite several educational activities, there are providers that still miss use the blood glucose determination when performed by an FDA monitoring device specifically for home use (CPT 82962) in some Skilled Nursing Facilities (SNFs).

The Centers for Medicare & Medicaid Services (CMS) specifies criteria for blood glucose measurements performed with home-use glucose monitoring devices in situations where the clinical staff performs the glucose monitoring service along with other duties.

The Current Procedural Terminology (CPT) code that most often describes the service is 82962 Glucose, blood by glucose monitoring device(s) cleared by the Federal Drug Administration (FDA) specifically for home use.

Following CMS directives, Mutual of Omaha-Medicare considers that such service will be deemed medically reasonable and necesary under the following circumstances:

1. When ordered by a physician; and

2. The ordering physician must use the result in the management of the beneficiary's specific medical condition. Implicitly, the laboratory result must be reported to the physician promptly in order for the physician to use the result and instruct continuation or modification of patient care; this includes the physician's order for another laboratory service.

3. A standing order (e.g., a sliding scale) is usually not acceptable documentation for a covered laboratory service. A short-term order covering 1-2 days of glucose monitoring and treatment may be indicated.

489

This article complements the curent National Coverage Determination (NCD) for Blood Glucose Testing which may be found at the following CMS website: http://www.cms.hhs.gov/mcd/index_section.asp?ncd_sections=40

**Coverage Topic**  Diagnostic Tests and X-Rays

## Coding Information

| **Bill Type Codes** | 21x | SNF-inpatient (including Part A) |
| | 22x | SNF-inpatient or home health visits (Part B only) |
| | 23x | SNF-outpatient (HHA-A also) |

| **Revenue Codes** | 030X | Laboratory-general classification |
| | 031X | Laboratory pathological-general classification |

| **CPT/HCPCS Codes** | 82962 | |
| | XX000 | Not Applicable |

## Coding Table Information

| CPT/HCPCS Codes - Table Format | Code | Descriptor Generic Name | Descriptor Brand Name | Effective Date | End Date | Comments |
|---|---|---|---|---|---|---|
| | 82962 | GLUCOSE, BLOOD BY GLUCOSE MONITORING DEVICE(S) CLEARED BY THE FDA SPECIFICALLY FOR HOME USE | | | | |

## Other Information

**Detailed Article URL**  http://www.mutualmedicare.com/lmrp/disclaimer.html?status=all

Case 1:06-cv-02144-RCL    Document 20-8    Filed 05/08/2007    Page 36 of 38



491

Centers for Medicare & Medicaid Services

# Confirm a Detailed Article

| Contractor Information | | |
|---|---|---|
| 1 | **\*Contractor Name** | Mutual of Omaha Insurance Company |
| 2 | **\*Contractor Number** | 52280 |
| 3 | **\*Contractor Type** | FI |
| **Article Information** | | |
| 4 | **\*Article Database ID Number** | A22479 |
| 5 | **\*Article Type** | Detailed Article |
| 6 | **\*Article Version Number** | 2 |
| 7 | **\*Article Title** | Coverage for Blood Glucose Monitoring in Skilled Nursing Facilities |
| 9 | **\*Primary Geographic Jurisdiction** | AK<br>AL<br>AZ<br>CA<br>CO<br>CT<br>DE<br>FL<br>GA<br>HI<br>IA<br>ID<br>IL<br>IN<br>KS<br>KY<br>LA<br>MA<br>MD<br>ME<br>MI<br>MN<br>MO<br>MS<br>MT<br>NC<br>ND |

492

| | | NE |
| | | NH |
| | | NJ |
| | | NM |
| | | NV |
| | | OH |
| | | OK |
| | | OR |
| | | PA |
| | | RI |
| | | SC |
| | | SD |
| | | TN |
| | | TX |
| | | UT |
| | | VA |
| | | VT |
| | | WA |
| | | WI |
| | | WV |
| | | WY |
| 10 | **Secondary Geographic Jurisdiction** | AK |
| | | AL |
| | | AZ |
| | | CA |
| | | CO |
| | | CT |
| | | DE |
| | | FL |
| | | GA |
| | | HI |
| | | IA |
| | | ID |
| | | IL |
| | | IN |
| | | KS |
| | | KY |
| | | LA |
| | | MA |
| | | MD |
| | | ME |
| | | MI |
| | | MN |
| | | MO |
| | | MS |
| | | MT |
| | | NC |
| | | ND |
| | | NE |
| | | NH |
| | | NJ |
| | | NM |
| | | NV |
| | | OH |

| | | OK |
| | | OR |
| | | PA |
| | | RI |
| | | SC |
| | | SD |
| | | TN |
| | | TX |
| | | UT |
| | | VA |
| | | VT |
| | | WA |
| | | WI |
| | | WV |
| | | WY |
| 12 | *Article Publication Date | 09/01/2004 |
| 13 | *Article Beginning Effective Date | 09/01/2004 |
| 14 | Article Ending Effective Date | |
| 15 | *Article Text | Recent post payment medical review data shows that in spite several educational activities, there are providers that still miss use the blood glucose determination when performed by an FDA monitoring device specifically for home use (CPT 82962) in some Skilled Nursing Facilities (SNFs). |
| | | The Centers for Medicare & Medicaid Services (CMS) specifies criteria for blood glucose measurements performed with home-use glucose monitoring devices in situations where the clinical staff performs the glucose monitoring service along with other duties. |
| | | The Current Procedural Terminology (CPT) code that most often describes the service is 82962 Glucose, blood by glucose monitoring device(s) cleared by the Federal Drug Administration (FDA) specifically for home use. |
| | | Following CMS directives, Mutual of Omaha-Medicare considers that such service will be deemed medically reasonable and necesary under the following circumstances: |
| | | 1. When ordered by a physician; and |
| | | 2. The ordering physician must use the result in the management of the beneficiary's specific medical condition. Implicitly, the laboratory result must be reported to the physician promptly in order for the physician to use the result and instruct continuation or modification of patient care; this includes the physician's order for another laboratory service. |
| | | 3. A standing order (e.g., a sliding scale) is usually not acceptable |

|    |    | documentation for a covered laboratory service. A short-term order covering 1-2 days of glucose monitoring and treatment may be indicated.<br><br>This article complements the curent National Coverage Determination (NCD) for Blood Glucose Testing which may be found at the following CMS website: http://www.cms.hhs.gov/mcd/index_section.asp?ncd_sections=40 |
|----|----|----|
| 16 | *Coverage Topic | Diagnostic Tests and X-Rays |

## Coding Information

| 19 | Bill Type Codes | 21x<br>22x<br>23x |
|----|----|----|
| 20 | Revenue Codes | 030X<br>031X |
| 21 | CPT/HCPCS Codes | **Paragraph, Group 1:**<br>82962<br>**Codes, Group 1:**<br>XX000 |

## Coding Table Information

| 22 | CPT/HCPCS Codes - Table Format | **Code, Row 1:**<br>82962<br>**Descriptor Generic Name, Row 1:**<br>Auto-Fill<br>**Descriptor Brand Name, Row 1:**<br><br>**Exclusion Effective Date, Row 1:**<br><br>**Exclusion End Date, Row 1:**<br><br>**Comments, Row 1:** |
|----|----|----|
| 23 | Bill Type Codes - Table Format | **Code, Row 1:**<br><br>**Descriptor Name, Row 1:**<br>Auto-Fill<br>**Descriptor Brand Name, Row 1:**<br><br>**Exclusion Effective Date, Row 1:**<br><br>**Exclusion End Date, Row 1:**<br><br>**Comments, Row 1:** |
| 24 | Revenue Codes - Table Format | **Code, Row 1:**<br><br>**Descriptor Name, Row 1:**<br>Auto-Fill<br>**Descriptor Brand Name, Row 1:** |

495

| | | Exclusion Effective Date, Row 1: | |
| | | Exclusion End Date, Row 1: | |
| | | Comments, Row 1: | |
| Other Information | | | |
| 25 | Detailed Article URL | http://www.mutualmedicare.com/lmrp/disclaimer.html?status=all | |
| 26 | Other Comments | | |
| 27 | Does this Article contain a "Least Costly Alternative" provision? | No | |
| 28 | Approval Notes | | |
| 29 | Approve this Article? | Yes | |
| | Related Documents | This Article has no Related Documents. | |
| | Article Attachments | There are no attachments for this Article | |

Back   Save

This website is an official service of the Centers for Medicare & Medicaid Services.

Centers for Medicare & Medicaid Services

# Centers for Medicare & Medicaid Services

Home | About CMS | FAQs | Feedback ✉ ▾ T    Search now    Go

 Professionals ⊙     Governments ⊙     Consumers ⊙     Public Affairs ⊙

**Programs**
★ Medicare
★ Medicaid
★ SCHIP
★ HIPAA
★ CLIA

**Topics**
★ Advisory Committees
★ Coverage
★ Demonstrations
★ Manuals
★ Medicare Modernization Act
★ New Freedom
★ Open Door Forums
★ PRIT
★ Providers
★ Quality Initiatives
★ Quarterly Provider Update
★ Regulations
★ State Waivers
★ Statistics & Data

**Resources**
★ Acronyms
★ Contacts
★ Events
★ Forms
★ Glossary
★ Mailing Lists
★ Search

# Medicare Coverage Database

🏠 coverage home    ❓ help

🛆 **Search**    🛆 **Indexes**    🛆 **Reports**    🛆 **Download**

Have the document ID?
Use the ID Search

Search Home > Search Results > **View Article**

## Article for Consultant's Corner--Coverage for GLUCOSE Monitoring In th Skilled Nursing Facility (A19638)

### Contractor Information

| | |
|---|---|
| **Contractor Name** | Cahaba Government Benefit Administrators Midwest |
| **Contractor Number** | 00011 |
| **Contractor Type** | FI |

*This Coverage 2nd M* (handwritten)

### Article Information

| | |
|---|---|
| **Article ID Number** | A19638 |
| **Article Type** | Detailed Article |
| **Article Title** | Consultant's Corner--Coverage for **GLUCOSE** Monitoring In tl Skilled Nursing Facility |
| **AMA CPT / ADA CDT Copyright Statement** | CPT codes, descriptions and other data only are copyright 20( American Medical Association (or such other date of publicatic CPT). All Rights Reserved. Applicable FARS/DFARS Clauses A| CDT-4 codes and descriptions are © 2002 American Dental Association. All rights reserved. |
| **Primary Geographic Jurisdiction** | Iowa South Dakota |
| **Article Publication** | 05/01/2004 |

497

**Date**

**Article Beginning Effective Date**    05/01/2004

**Article Text**    *For Skilled Nursing Facility/Swingbed Providers*

Consultant's Corner - Coverage for **GLUCOSE** Monitoring In t Skilled Nursing Facility

The following was written by Cahaba GBA's Medical Director t describe criteria we use to provide coverage for **BLOOD GLU** determinations for Medicare beneficiaries who are eligible for but are not in a Part A covered nursing home stay. The criteri based on the Centers for Medicare & Medicaid Services (CMS) Program Memorandum AB-00-108 dated December 1, 2000. applies to **BLOOD GLUCOSE** measurements performed with use **GLUCOSE** monitoring devices in situations where the clir staff performs the **GLUCOSE** monitoring service along with tt other duties. The Current Procedural Terminology (CPT) code most often describes the service is 82962 **GLUCOSE, BLOOD GLUCOSE** monitoring device(s) cleared by the Federal Drug Administration (FDA) specifically for home use.

Criteria

The service must be reasonable for the diagnosis and treatme order to be covered by Medicare. For the service to be reasor and necessary it must be:

- Ordered by a physician; and

- The ordering physician must use the result in the managem the beneficiary's specific medical condition. Implicitly, the lab result must be reported to the physician promptly in order for physician to use the result and instruct continuation or modifi of patient care; this includes the physician's order for another laboratory service.

- A standing order (e.g., a sliding scale) is not usually accepta documentation for a covered laboratory service. A short-term covering 1-2 days of **GLUCOSE** monitoring and treatment ma reasonable and necessary.

To summarize, for a laboratory service to be reasonable and necessary in the case of **BLOOD GLUCOSE** monitoring with t use monitoring devices, it must be ordered by the physician, ordering physician must use the result in the management of beneficiary's specific medical problem, and the laboratory res be reported to the physician promptly in order for the physici. use the result and instruct continuation or modification of pat treatment.

498

A National Coverage Decision (NCD) on **BLOOD GLUCOSE** Te in effect and includes CPT code 82962. This article and the Pr Memorandum on which it is based are intended to clarify the circumstances consistent with the NCD in which **GLUCOSE** monitoring determinations for Part B eligible beneficiaries not covered Part A stay will be covered by Medicare.

Refer the article, February 2004 Medical Review Frequently A Questions found in the April 1, 2004, Medicare A Newsline iss

| | |
|---|---|
| **Coverage Topic** | Skilled Nursing Facility Care |

## Coding Information

**There is no Coding Information in this section of the article. Plea review the "Coding Table Information" section.**

## Coding Table Information

| CPT/HCPCS Codes - Table Format | Code | Descriptor Generic Name | Descriptor Brand Name | Effective Date | End Date | Com |
|---|---|---|---|---|---|---|
| | 82962 | **GLUCOSE, BLOOD** BY **GLUCOSE** MONITORING DEVICE(S) CLEARED BY THE FDA SPECIFICALLY FOR HOME USE | | | | |

## Other Information

| | |
|---|---|
| **Other Comments** | This article is a follow-up to the February 1, 2004 Newsline article 2004 Medical Review Frequently Asked Questions" found on Caha site, at: http://www.iamedicare.com/Provider/newsroom/newslines/2004 |
| | Refer to Cahaba's web site for this article and other important inf at: http://www.iamedicare.com/Provider/newsroom/newslines/2004 |

Read the **Article Disclaimer**

🛒 <u>Add to basket</u>  |  ✉ <u>Email this to a friend</u>  |  📄 <u>New Search</u>



www3

<u>Privacy & Security</u> | <u>Accessibility</u> | <u>FOIA</u> | <u>Help</u> | <u>Email Updates</u> | CMS (
<u>Health and Human Services</u> | <u>Medicare.gov</u> | <u>FirstGov</u>
Equal Employment Opportunity Data Posted Pursuant to the No Fear

**Centers for Medicare & Medicaid Services**
7500 Security Boulevard, Baltimore MD 21244-1850
<u>CMS Telephone Numbers</u>

EMPIRE MEDICARE SERVICES

Issue 2004-2, February 2004                                    *Medicare News Update (Part A)*

[Home / Quick Index] [Search] [Contact Us] [Download Files] [Other Sites] [Help]

# Blood Glucose Testing in Skilled Nursing Facilities (SNF)

**Pub. 100-04, Chapter 7**
**90.1 - Glucose Monitoring**

"Medicare Part B may pay for a glucose monitoring device and related disposable supplies under its durable medical equipment benefit if the equipment is used in the home or in an institution that is used as a home. A hospital or SNF is not considered a home under this benefit (§1861(h) of the Act, 42 CFR 410.38).

Routine glucose monitoring of diabetics is never covered in a SNF, whether the beneficiary is in a covered Part A stay or not. Glucose monitoring may only be covered when it meets all the conditions of a covered laboratory service, including use by the physician modifying the patient's treatment."

In response to a new wave of inappropriate billing and requests from Empire's SNF Association Partners, we are republishing the policy clarification for blood glucose testing in a skilled nursing facility (SNF) that was originally published in *Medicare News Update* 2000-13.

As Empire Medicare Services originally reported in December 2000, *Medicare News Update* (MNU) 2000-13, in certain circumstances, blood glucose testing may be reimbursable for a beneficiary living in a skilled nursing facility under Medicare Part B when the beneficiary is not covered by Part A. *MNU* 2000-13 noted that payment may be made to those providers who are registered under the Clinical Laboratory Improvement Amendments (CLIA), as well as those registered only with a certificate of waiver. The device used to perform the finger-stick blood glucose test has been added to the list of approved devices under CLIA.

Local Coverage Determinations on these tests remain in effect in the absence of a national policy.

The conditions under which intermediaries may reimburse for blood glucose lab tests when provided by finger-stick methodology are:

1. The test must be ordered by a physician.

2. The ordering physician must use the result in the management of the beneficiary's specific medical needs.

3. **The result of the test must be reported to the physician promptly so that the physician can use the result and instruct continuation or modification of patient care.**

Repeated performance of finger-stick blood glucose tests to maintain standing orders for insulin injection does not meet the criteria listed above. The SNF may not bill for repeated laboratory charges unless there is physician involvement based on the results of the individual test.

Whenever this form of lab test results in a physician contact for the SNF to modify patient care, the test can be billed to the intermediary. This requires documentation of the physician intervention and change in orders. In this circumstance, bill the intermediary on a CMS-1450 using bill type 22X for Part B beneficiaries in a certified bed, and bill type 23X for beneficiaries in a non-certified bed. Bill types 22X and 23X will be reimbursed at the lower of billed charges or the laboratory fee schedule rate. Deductible and coinsurance do not apply.

The effective date for this policy clarification is for services beginning November 1, 2000.

*CPT codes and descriptions only are copyright 2002 American Medical Association (or other such date publication of CPT).*

[Home / Quick Index] [Search] [Contact Us] [Download Files] [Other Sites] [Help] [Top of Page]

© **2004 Empire Medicare Services**

http://www.empiremedicare.com





Home | About CMS | FAQs | Feedback ☑  ▼ T

Go                                            Search now

**Professionals** ⊘   **Governments** ⊘   **Consumers** ⊘
**Public Affairs** ⊘

**Programs**
★ Medicare
★ Medicaid
★ SCHIP
★ HIPAA
★ CLIA

**Topics**
★ Advisory Committees
★ Coverage
★ Demonstrations
★ Manuals
★ Medicare Modernization Act
★ New Freedom
★ Open Door Forums
★ PRIT
★ Providers
★ Quality Initiatives
★ Quarterly Provider Update
★ Regulations
★ State Waivers
★ Statistics & Data

**Resources**
★ Acronyms
★ Contacts
★ Events
★ Forms
★ Glossary
★ Mailing Lists
★ Search

# Medicare Coverage Database

🏠 coverage home | ❓ help | 🛒 basket

Search  | Indexes | Reports | Download

**Have the document ID?**
**Use the ID Search** [_____] 🔍

Search Home > Search Results > **View Article**

### Article for Data for BLOOD GLUCOSE Monitoring LMRP (Medical Director's Corner) (A5461)

## Contractor Information

| | |
|---|---|
| **Contractor Name** | AdminaStar Federal, Inc. |
| **Contractor Number** | 00160 |
| **Contractor Type** | FI |

## Article Information

| | |
|---|---|
| **Article ID Number** | A5461 |
| **Article Type** | Basic Article |
| **Article Title** | Data for **BLOOD GLUCOSE** Monitoring LMRP (Medical Director's Corner) |
| **Primary Geographic Jurisdiction** | Kentucky |
| **Secondary Geographic Jurisdiction** | Kentucky |
| **Article Publication** | 09/01/2002 |

| Date | |
|---|---|
| **Article Beginning Effective Date** | 09/01/2002 |
| **Article Text** | The Local Medical Review Policy (LMRP) for **BLOOD GLUCOSE** Monitoring became effective on October 1, 2001. The "Indications and Limitations of Coverage" section of the policy states: |

Medicare program reimbursement for **BLOOD GLUCOSE** monitoring services requires that the service be medically reasonable and necessary. For **BLOOD GLUCOSE** determinations made with a home-use **GLUCOSE** monitoring device, Medicare will cover medically reasonable and necessary **BLOOD GLUCOSE** monitoring services when the service is ordered by a physician to monitor a diabetic condition; with the physician promptly notified of the test results so that he/she may provide active treatment of the diabetic condition. Multiple **BLOOD GLUCOSE** monitoring services, without prompt physician notification, are not covered as a diagnostic laboratory test.

Based on this LMRP, AdminaStar Federal recently analyzed one month of data. All claims for dates of service July 11 through August 11, 2002 (bill types 12X, 13X, 14X, 21X, 22X, 23X and 85X) , and containing HCPCS code 82962 (**GLUCOSE, BLOOD** by **GLUCOSE** monitoring device[s] cleared by the FDA specifically for home use) were identified and counted. Further analysis identified those lines reporting greater than one unit of service per day for code 82962. According to the policy, these services are potential subjects for medical review. The graph below illustrates our findings.

**(See attachment to view Graph)**

Please be advised that AdminaStar Federal will soon be initiating the medical review of claims for **BLOOD GLUCOSE** monitoring services. To ensure proper claims submission and reimbursement, providers are encouraged to review the current Local Medical Review Policy for **BLOOD GLUCOSE** Monitoring, and to modify their utilization and billing practices accordingly.

| **Coverage Topic** | Diabetic Supplies<br>Diabetic Services<br>Diagnostic Tests and X-Rays |
|---|---|
| **Other** | The content found in this article represents |

**Comments**  longstanding local or national coverage and/or instructions. For purposes of the Medicare Articles Database, the effective date is the date this article was published on our contractor Web site.

**Article Attachments**  Data for Blood Glucose (10,190 bytes)


### Other Versions

Updated on 09/08/2003 with effective dates 09/01/2002 - N/A

Updated on 07/03/2003 with effective dates 09/01/2002 - N/A

Updated on 07/03/2003 with effective dates 09/01/2002 - N/A


## Read the **Article Disclaimer**

---

🛒 Add to basket  |  ✉ Email this to a friend  |  📄 New Search

Privacy & Security | Accessibility | FOIA | Help | Email Updates | CMS Careers
Health and Human Services | Medicare.gov | FirstGov
Equal Employment Opportunity Data Posted Pursuant to the No Fear Act



www3

**Centers for Medicare & Medicaid Services**
7500 Security Boulevard, Baltimore MD 21244-1850
CMS Telephone Numbers

*CMS*





Home | About CMS | FAQs | Feedback ✉ ▼ T          Search now
Go

Professionals ◉     Governments ◉     Consumers ◉
Public Affairs ◉

**Programs**
★ Medicare
★ Medicaid
★ SCHIP
★ HIPAA
★ CLIA

**Topics**
★ Advisory Committees
★ Coverage
★ Demonstrations
★ Manuals
★ Medicare Modernization Act
★ New Freedom
★ Open Door Forums
★ PRIT
★ Providers
★ Quality Initiatives
★ Quarterly Provider Update
★ Regulations
★ State Waivers
★ Statistics & Data

**Resources**
★ Acronyms
★ Contacts
★ Events
★ Forms
★ Glossary
★ Mailing Lists
★ Search

# Medicare Coverage Database

🏠 coverage home | ❓ help | 🛒 basket

Search | Indexes | Reports | Download

Have the document ID?
Use the ID Search [                    ] ➡

Search Home > Search Results > **View Article**

## Article for Billing Blood Glucose Monitoring 2002 (A9843)

### Contractor Information

| | |
|---|---|
| **Contractor Name** | Blue Cross and Blue Shield of Arizona |
| **Contractor Number** | 00030 |
| **Contractor Type** | FI |

### Article Information

| | |
|---|---|
| **Article ID Number** | A9843 |
| **Article Type** | Detailed Article |
| **Article Title** | Billing Blood Glucose Monitoring 2002 |
| **AMA CPT / ADA CDT Copyright Statement** | CPT codes, descriptions and other data only are copyright 2003 American Medical Association (or such other date of publication of CPT). All Rights Reserved. Applicable FARS/DFARS Clauses Apply. CDT-4 codes and descriptions are © 2002 American Dental Association. All rights reserved. |
| **Primary Geographic Jurisdiction** | Arizona |

506

Center for Medicare & Medicaid Services

| | |
|---|---|
| **Secondary Geographic Jurisdiction** | Alabama<br>California - Entire State<br>Colorado<br>Texas |
| **Article Publication Date** | 10/15/2002 |
| **Article Beginning Effective Date** | 12/01/2002 |

**Article Text**  When provided to patients whose stay is NOT covered under Medicare Part A, but who is eligible for services under Medicare Part B, Medicare coverage is available for testing.

Often, the test involves the use of an inexpensive, hand-held device to evaluate a small sample of the patient's blood acquired through a finger stick. If a physician separately orders the performance of a glucose monitoring service for a patient who can not self-administer, clinical staff generally will administer a glucose monitoring service along with other duties.

Section 1862(a)(1)(A) of the Social Security Act requires the service to be reasonable and necessary for diagnosis and treatment in order to be covered by Medicare. Sections 42CFR 410.32 and 411.15 specify that for a laboratory service to be reasonable and necessary, it must not only be ordered by the physician but the ordering physician must also use the result in the management of the beneficiary's specific medical problem. Implicitly, the laboratory result must be reported to the physician promptly in order for the physician to use the result and instruct continuation or modification of patient care; this includes the physician's order for another laboratory service. Compliance program guidance for laboratory services sets forth conditions under which a physician's order for a repeat laboratory service can qualify as an order for another covered laboratory service. A standing order is not usually acceptable documentation for a covered laboratory service.

For further information and coding instructions regarding Blood Glucose Monitoring, please refer to Program Memorandum Transmittal AB-00-108, Change Request 1362.

**Coverage Topic**  Custodial Care
Diabetic Services

Centers for Medicare & Medicaid Services

Page 3 of 3

Diagnostic Tests and X-Rays
Non-Physician Health Care Provider Services
Nursing Home Care
Outpatient Hospital Services
Skilled Nursing Facility Care
Lab Services

### Coding Information

**CPT/HCPCS Codes**

The Current Procedural Terminology (CPT) code that most often describes the service is 82962 - Glucose, blood by glucose monitoring device(s) cleared by the FDA (Food and Drug Administration) specifically for home use.

82962    GLUCOSE, BLOOD BY GLUCOSE MONITORING DEVICE(S) CLEARED BY THE FDA SPECIFICALLY FOR HOME USE

### Coding Table Information

**There is no Coding Table Information for this article.**

### Other Information

**Other Comments**    Medicare Update, Vol.8 No.5, Sep/Oct 2002

### Other Versions

Updated on 08/19/2003 with effective dates 12/01/2002 - N/A

## Read the **Article Disclaimer**

---

🛒 Add to basket  |  ✉ Email this to a friend  |  🗋 New Search

Privacy & Security | Accessibility | FOIA | Help | Email Updates | CMS Careers
Health and Human Services | Medicare.gov | FirstGov
Equal Employment Opportunity Data Posted Pursuant to the No Fear Act



**Centers for Medicare & Medicaid Services**
7500 Security Boulevard, Baltimore MD 21244-1850
CMS Telephone Numbers



www4

508

# MEDICAL POLICY

SUBJECT: Glucose Testing (Blood)

POLICY NUMBER: 034

DESCRIPTION:    82947  Glucose:  Quantitative
                82948  Glucose:  Blood reagent strip
                82962  Glucose, blood by glucose monitoring device(s) cleared by the
                       FDA specifically for home use.

- Blood glucose determinations are frequently ordered by physicians for screening purposes in conjunction with various types of examinations.
- Screening on asymptomatic persons are not covered by Medicare (section 1862(a)(7) of the Social Security Act).
- Medicare will reimburse for the above tests when medical necessity has been established.
- Evidence of medical necessity should be established in the patient's record.

HCPCS SECTION: Laboratory

HCPCS CODES: 82947, 82948, 82962

INDICATIONS OF COVERAGE:

1. The patient has symptoms suggestive of hypoglycemia, e.g., impaired consciousness, confusion, diaphoreses, tremor, tachycardia.
2. The patient has symptoms suggestive of hyperglycemia e.g., polyuria, polydipsia, weight loss, polyphagia.
3. The patient has confirmed diabetes mellitus and blood glucose determinations are being done in the course of regulating therapy.
4. The patient has clinical findings, such as peripheral neuropathy or recurrent infection, suggestive of possible diabetes mellitus.
5. The patient is under treatment with a medication (e.g., chronic treatment with glucocorticoids) known to significantly alter blood glucose levels, and evaluation of blood glucose is necessary.
6. The patient is receiving hyperalimentation.
7. The patient has glycosuria discovered on urinalysis.
8. The patient is scheduled to undergo major surgery and blood glucose is being done as part of the preoperative evaluation.
9. The patient is pregnant and blood glucose determination is being done as part of standard prenatal care.
10. The patient has diabetes and periodic evaluations are performed to confirm adequacy of control of blood glucose levels. Random blood glucoses are not a good means to follow most diabetes but are helpful in acute or changing situations and in association with

Glycosalyated hemoglobins. Glycosalyated hemoglobin is the preferred manner in which diabetes should be followed on a routine basis.

Coverage cannot be provided for isolated determinations of blood glucose performed on non-diabetic patients without signs or symptoms suggestive of abnormality of the blood glucose level, or one of the conditions mentioned above. This does not preclude payment for chemistry panel tests which include blood glucose determinations when the performance of such chemistry panel is necessary for the evaluation of other conditions.

Documentation must be maintained in the patient's medical records indicating the medical necessity of blood glucose determinations covered by Medicare.

COVERED ICD-9 CODES:

| | |
|---|---|
| 112.0-112.2 | Candidiasis, mouth, vulva, vagina or other urogenital sites |
| 117.7 | Zgomycosis (1/3/96) |
| 157-157.9 | Malignant neoplasm of pancreas |
| 194.0 | Malignant neoplasm of the adrenal gland |
| 198.7 | Secondary malignant neoplasm of adrenal gland |
| 211.6-211.7 | Benign neoplasm of other parts of the digestive system: Pancreas/Islets of Langerhans |
| 227.0 | Benign neoplasm of adrenal gland |
| 237.0 | Neoplasm of uncertain behavior of adrenal gland |
| 250-250.93 | Diabetes mellitus |
| 251-251.9 | Other disorders of pancreatic internal secretion |
| 252.0 | Disorders of parathyroid gland;hyperparathyroidism |
| 253.0,253.2,253.7 | Disorders of the pituitary gland and its hypothalamic control |
| 255.0, 255.4 | Disorders of adrenal glands |
| 279.9 | Unspecified disorder of immune mechanism |
| 356.9 | Hereditary and idiopathic peripheral neuropathy;unspecified |
| 357.2 | Polyneuropathy in diabetes |
| 357.8-357.9 | Inflammatory and toxic neuropathy |
| 360.30-360.34 | Hypotony of eye |
| 362.0-362.18 | Retinal disorders |
| 362.81 | Retinal hemorrhage |
| 365.0-365.00 | Glaucoma suspect |
| 366.41 | Diabetic cataract |
| 367.81-367.89 | Other disorders of refraction and accomodation |
| 570 | Acute and sub-acute necrosis of liver |
| 571-571.9 | Chronic liver disease and cirrhosis |
| 572-572.8 | Liver abscess and sequelae of chronic liver disease |
| 573-573.9 | Other disorders of liver |
| 577-577.9 | Disease of pancreas |
| 648.0 | Diabetes mellitus in pregnancy (1/3/96) |
| 648.80-648.84 | Abnormal glucose tolerance complicating the pregnant state |
| 695.89 | Granuloma annulare |

| 707.1 | Ulcer of lower limbs, except decubitus |
| 780.0-780.09 | General symptoms; alterations of consciousness |
| 780.2 | Syncope and collapse |
| 780.3 | Convulsions |
| 780.7 | Malaise & Fatigue |
| 781.0 | Tremor |
| 782.0 | Disturbance of skin sensation |
| 783.1-783.2 | Abnormal Weight gain/weight loss |
| 783.5 | Polydipsia |
| 783.6 | Polyphagia |
| 785.0 | Tachycardia |
| 788.4-788.42 | Frequency of urination and polyuria |
| 790.2 | Non-specific findings on examination of blood |
| 791.5 | Non-specific findings on examination of urine; glycosuria |
| 962.3 | Poisoning by insulins and antidiabetic agents (1/3/96) |
| E932.0 | Drugs, medicinal and biological substances causing adverse effects in therapeutic use: Adrenal cortical steroids |
| V22-V22.2 | Normal pregnancy |
| V23-V23.9 | High risk pregnancy |
| V58.69 | Long term (current) use of other (high risk) medications (1/1/96) |
| V67.51 | Following treatment with high risk medication, not elsewhere classified |

E codes and V codes must be billed with the associated primary diagnosis.

| E932.0 | Drugs, medicinal and biological substances causing adverse effects in therapeutic use: Adrenal cortical steroids |
| V22-v22.2 | Persons encountering health services in circumstances related to reproduction and development: Normal pregnancy |
| V67.51 | Persons encountering health services in other circumstances: Follow-up examination following treatment with high-risk medication, not elsewhere classified |

REASONS FOR NON-COVERAGE: Screening or non-medically necessary services

NON-COVERED ICD-9: Those not listed above

SOURCES OF INFORMATION: Other Carriers, other Aetna Carriers, CAC

CODING: Use proper ICD.9 diagnosis coding to establish coverage. The lab tests should be linked to the condition necessitating the test. If it is not linked to an appropriate diagnosis as listed in the policy, the claim will be denied..

DOCUMENTATION REQUIREMENTS: The chart should fully document the above conditions. Include any other pertinent lab results. If monthly testing is performed for insulin dependent diabetes, indicate why the method of testing is being used in lieu of self-testing by the patient. Documentation supporting the medical necessity of this item, such as ICD.9 codes must

be submitted with each claim. Claims submitted without such evidence will be denied as not medically necessary.

OTHER COMMENTS:

RATIONAL FOR CREATING POLICY: Focused Medical Review

CAC NOTES:

This policy does not reflect the sole opinion of the Carrier or Carrier Medical Director. This policy was developed considering comments from the medical community via the Carrier Advisory Committee.

START DATE OF COMMENT PERIOD: 4/27/94

START DATE OF NOTICE PERIOD: 9/94

EFFECTIVE DATE: 10/94

REVISION DATE:

REVISION NUMBER:

# Glucose Testing (Blood)

**COVERED ICD-9 CODES:**

| | |
|---|---|
| 112.0-112.2 | Candidiasis, mouth, vulva, vagina or other urogenital sites |
| 117.7 | Zygomycosis (1/3/96) |
| 157.0-157.9 | Malignant neoplasm of pancreas |
| 194.0 | Malignant neoplasm of adrenal gland |
| 198.7 | Secondary malignant neoplasm of adrenal gland |
| 211.6-211.7 | Benign neoplasm of other parts of the digestive system: Pancreas/Islets of Langerhans |
| 227.0 | Benign neoplasm of adrenal gland |
| 237.2 | Neoplasm of uncertain behavior of adrenal gland |
| 250.00-250.93 | Diabetes mellitus |
| 251.0-251.9 | Other disorders of pancreatic internal secretion |
| 252.0 | Disorders of parathyroid gland; hyperparathyroidism |
| 253.0, 253.2, 253.7 | Disorders of pituitary gland and its hypothalamic control |
| 255.0, 255.4 | Disorders of adrenal gland |
| 279.9 | Unspecified disorder of immune mechanism |
| 356.9 | Hereditary and idiopathic peripheral neuropathy; unspecified |
| 357.2 | Polyneuropathy in diabetes |
| 357.8-357.9 | Inflammatory and toxic neuropathy |
| 360.30-360.34 | Hypotony of eye |
| 362.0-362.18 | Retinal disorders |
| 362.81 | Retinal hemorrhage |
| 365.00 | Glaucoma suspect |
| 366.41 | Diabetic cataract |
| 367.81-367.89 | Other disorders of refraction and accommodation |
| 570 | Acute and sub-acute necrosis of liver |
| 571.0-571.9 | Chronic liver disease and cirrhosis |
| 572.0-572.8 | Liver abscess and sequelae of chronic liver disease |
| 573.0-573.9 | Other disorders of the liver |
| 577.0-577.9 | Diseases of pancreas |
| 648.00-648.04 | Diabetes mellitus in pregnancy (1/3/96) |
| 648.80-648.84 | Abnormal glucose tolerance complicating the pregnant state |
| 695.89 | Granuloma annulare |
| 707.1 | Ulcer of lower limbs, except decubitus |
| 780.01-780.09 | General symptoms; alterations of consciousness |
| 780.2 | Syncope and collapse |
| 780.3 | Convulsions |
| 780.7 | Malaise & Fatigue |
| 781.0 | Tremor |
| 782.0 | Disturbance of skin sensation |
| 783.1-783.2 | Abnormal weight gain/weight loss |
| 783.5 | Polydipsia |
| 783.6 | Polyphagia |
| 785.0 | Tachycardia |
| 788.41-788.42 | Frequency of urination and polyuria |
| 790.2 | Abnormal glucose tolerance test |
| 791.5 | Glycosuria |
| 962.3 | Poisoning by insulins and antidiabetic agents (1/3/96) |
| E932.0 | Drugs, medicinal and biological substances causing adverse effects in therapeutic use: Adrenal cortical steroids |
| V22.0-V22.2 | Normal pregnancy |
| V23.0-V23.9 | High risk pregnancy |
| V58.69 | Long term (current) use of other (high risk) medications (1/1/96) |
| V67.51 | Following treatment with high risk medication, not elsewhere classified |

513

## Ætna Medicare Policy Determination

**TITLE:**    Blood Glucose Testing

**DESCRIPTION:**

| 82947 | Glucose: Quantitative |
| 82948 | Glucose: Blood reagent strip |
| 82962 | Clinical lab test to determine the level of glucose in the blood. |

**HCPCS SECTION:** Laboratory, Chemistry

**HCPCS CODES:** 82947, 82948, 82962

**INDICATIONS OF COVERAGE:**

1. The patient has symptoms suggestive of hypoglycemia, e.g., impaired consciousness, confusion, diaphoreses, tremor, tachycardia.
2. The patient has symptoms suggestive of hyperglycemia, e.g., polyuria, polydipsia, weight loss, polyphagia.
3. The patient has confirmed diabetes mellitus and blood glucose determinations are being done in the course of regulating therapy.
4. The patient has clinical findings, such as peripheral neuropathy or recurrent infection, suggestive of possible diabetes mellitus.
5. The patient is under treatment with a medication (e.g., chronic treatment with glucocorticoids) known to significantly alter blood glucose levels, and evaluation of blood glucose is necessary.
6. The patient is receiving hyperalimentation.
7. The patient has glycosuria discovered on urinalysis.
8. The patient is scheduled to undergo major surgery and blood glucose is being done as part of the preoperative evaluation.
9. The patient is pregnant and blood glucose determination is being done as part of standard prenatal care.
10. The patient has diabetes and periodic evaluations are performed to confirm adequacy of control of blood glucose levels. Random blood glucoses are not a good means to follow most diabetes but are helpful in acute or changing situations and in association with hemoglobins. Glycosylated hemoglobin is the preferred manner in which diabetes should be followed on a routine basis.

Coverage cannot be provided for isolated determinations of blood glucose performed on non-diabetic patients without signs or symptoms suggestive of abnormality of the blood glucose level, or one of the conditions mentioned above. This does not preclude payment for chemistry panel tests which include blood glucose determinations when the performance of such chemistry panel is necessary for the evaluation of other conditions.

Documentation must be maintained in the patient's medical records indicating the medical necessity of blood glucose determinations covered by Medicare.

**Blood Glucose Testing**

## COVERED ICD-9 CODES:

| | |
|---|---|
| 112.0-112.2 | Candidiasis, mouth, vulva, vagina or other urogenital sites |
| 117.7 | Zgomycosis (1/3/96) |
| 157-157.9 | Malignant neoplasm of pancreas |
| 194.0 | Malignant neoplasm of adrenal gland |
| 198.7 | Secondary malignant neoplasm of adrenal gland |
| 211.6-211.7 | Benign neoplasm of other parts of the digestive system; Pancreas/Islets of Langerhans |
| 227.0 | Benign neoplasm of adrenal gland |
| 237.2 | Neoplasm of uncertain behavior of adrenal gland |
| 250.00-250.93 | Diabetes mellitus |
| 251.0-251.9 | Other disorders of pancreatic internal secretion |
| 252.0 | Disorders of parathyroid gland; hyperparathyroidism |
| 253.0, 253.2, 253.7 | Disorders of pituitary gland and its hypothalamic control |
| 255.0, 255.4 | Disorders of adrenal gland |
| 279.9 | Unspecified disorder of immune mechanism |
| 356.9 | Hereditary and idiopathic peripheral neuropathy; unspecified |
| 357.2 | Polyneuropathy in diabetes |
| 357.8-357.9 | Inflammatory and toxic neuropathy |
| 360.30-360.34 | Hypotony of eye |
| 362.0-362.18 | Retinal Disorders |
| 362.81 | Retinal hemorrhage |
| 365.0-365.00 | Glaucoma suspect |
| 366.41 | Diabetic cataract |
| 367.81-367.89 | Other disorders of refraction and accomodation |
| 570 | Acute and sub-acute necrosis of liver |
| 571.0-571.9 | Chronic liver disease and cirrhosis |
| 572.0-572.8 | Liver abscess and sequelae of chronic liver disease |
| 573.0-573.9 | Other disorders of the liver |
| 577.0-577.9 | Diseases of Pancreas |
| 648.00-648.04 | Diabetes mellitus in pregnancy (1/3/96) |
| 648.80-648.84 | Abnormal glucose tolerance complicating the pregnant state |
| 695.89 | Granuloma annulare |
| 707.1 | Ulcer of lower limbs, except decubitus |
| 780.01-780.09 | General symptoms;alterations of consciousness (4/19/96) |
| 780.2 | Syncope and collapse |
| 780.3 | Convulsions |
| 780.7 | Malaise & Fatigue |
| 781.0 | Tremor |
| 782.0 | Disturbance of skin sensation |
| 783.1-783.2 | Abnormal weight gain/weight loss |
| 783.5 | Polydipsia |
| 783.6 | Polyphagia |
| 785.0 | Tachycardia |
| 788.41-788.42 | Frequency of urination and polyuria (4/19/96) |
| 790.2 | Abnormal glucose tolerance test |
| 791.5 | Glycosuria |
| 962.3 | Poisoning by insulins and antidiabetic agents |

**Blood Glucose Testing**

E Codes and V Codes must be billed with associated primary diagnosis

| E932.0 | Drugs, medicinal and biological substances causing adverse effects in therapeutic use: Adrenal cortical steroids |
| V22.0-V22.2 | Normal pregnancy (4/19/96) |
| V23.0-V23.9 | High risk pregnancy (4/19/96) |
| V58.69 | Long-term use of high-risk medication |
| V67.51 | Following treatment with high risk medication, not elsewhere classified |

## REASONS FOR NON-COVERAGE:

None not medically necessary; procedure not covered for any other conditions.

## NON-COVERED ICD-9:  None

## SOURCES OF INFORMATION:

Other Carriers, other Aetna Carriers, CAC

## CODING:

Use proper ICD-9 diagnosis coding to establish coverage.  The lab tests should be linked to the condition necessitating the test.  If it is not linked to an appropriate diagnosis as listed in the policy, the claim will be denied.

## DOCUMENTATION REQUIRED:

The chart should fully document the above conditions.  Include any other pertinent lab results.  If monthly testing is performed for insulin dependent diabetes, indicate why that method of testing is being used in lieu of elf-testing by the patient.  Documentation supporting the medical necessity of this item, such as ICD-9 code(s), must be submitted with each claim.  Claims submitted without such evidence will be denied as not medically necessary.

To develop an appropriate coverage policy for reimbursement of blood glucose testing.

## CAC NOTES:

This policy does not reflect the sole opinion of the Carrier or Carrier Medical Director.  This policy was developed considering comments from the medical communtiy via the Carrier Advisory Committee.

Audit 139
START DATE OF COMMENT:        10/31/94
DATE PUBLISHED:               9/1/95, 1/1/96, 3/96
EFFECTIVE DATE:               10/15/95
REVISION DATE                 8/18/95, 11/15/95, 1/3/96, 1/8/96, 4/19/96

**Blood Glucose Testing**

03-94POL.DOC

516

*De Moines, Iowa*
*Medicare Part A*

## WELLMARK, INC.
## MEDICARE PART A INTERMEDIARY
## MEDICAL POLICY MANUAL

| | |
|---|---|
| **SUBJECT** | BLOOD GLUCOSE TESTING |
| **DESCRIPTION** | Blood glucose testing is performed to: |

Blood glucose testing is performed to:
- diagnose hypoglycemia
- diagnose hyperglycemia
- aid in the management of diabetes mellitus

**POLICY TYPE**  Model Local Medical Review Policy

**HCPCS SECTION BENEFIT CATEGORY**  Pathology and Laboratory
Diagnostic Testing - Title XVIII of the Social Security Act, section 1861(s)(3).

**HCPCS CODES**
82947 Glucose, quantitative
82948       blood, reagent strip
82962 Glucose, blood by glucose monitoring device(s) cleared by the FDA specifically for home use.

**REVENUE CODES**  30X

**HCFA'S NATIONAL POLICY**
- Title XVIII of the Social Security Act, section 1862(a)(7). This section excludes routine physical examinations.
- Title XVIII of the Social Security Act, section (a)(1)(A). This section allows coverage and payment for only those services that are considered to be reasonable and medically necessary.
- Title XVIII of the Social Security Act, section 1833(e). This section prohibits Medicare payment for any claim which lacks the necessary information to process the claim.
- HCFA Publication 14-3, Medicare Carrier Manual, section 5114.1-5114.3.
- 42CFR410.32. Diagnostic tests may only be ordered by a treating physician (or other treating practitioner acting within the scope of their license and Medicare requirements).

**INDICATIONS & LIMITATIONS OF COVERAGE**
Medicare does not pay for routine screening tests. ICD-9-CM code V82.9, (special screening of other conditions, unspecified condition), or comparable narratives should be used to indicate screening tests performed in the absence of a specific sign, symptom, or complaint. Use of V82.9 or comparable narrative will result in the denial of claims as non covered screening services.

Blood glucose testing is not eligible for coverage when performed for:
- screening purposes in asymptomatic individuals
- individuals without signs or symptoms of hypoglycemia or hyperglycemia without diagnoses related to diabetes mellitus
- a diagnostic condition unrelated to hypo- or hyperglycemia or diabetes mellitus

517

WELLMARK, INC.
MEDICARE PART A INTERMEDIARY
MEDICAL POLICY MANUAL

---

COVERED ICD-9 ITEM/SERVICE CODES

Please be aware it is not enough to link the procedure code to a correct, payable ICD-9-CM diagnosis code. The diagnosis must be present for the procedure to be paid, but in addition, the procedure must be reasonable and medically necessary for that diagnosis. Documentation within the beneficiary's medical record must support the medical necessity for the test(s) provided. (See also, Reasons for Denial; Coding Guidelines; and Documentation Requirements below.)

| | |
|---|---|
| V58.69 | Long term (current) use of high risk medication (steroids) |
| V72.84 | Pre-operative examination, unspecified |
| 157.4 | Malignant neoplasm of Islets of Langerhans |
| 211.7 | Benign neoplasm of Islets of Langerhans |
| 250.00-250.93 | Diabetes mellitus |
| 251.0 | Hypoglycemic coma |
| 251.1 | Other specified hypoglycemia |
| 251.2 | Hypoglycemia, unspecified |
| 251.3 | Postsurgical hypoinsulinemia |
| 253.0 | Acromegaly and gigantism |
| 276.0 | Hyperosmolality and/or hypernatremia |
| 276.1 | Hyposmolality and/or hyponatremia |
| 276.5 | Volume depletion |
| 276.7 | Hyperpotassemia |
| 276.8 | Hypopotassemia |
| 276.9 | Electrolyte and fluid disorders not elsewhere classified |
| 279.9 | Unspecified disorder of immune mechanism |
| 345.10-345.11 | Generalized convulsive epilepsy |
| 348.3 | Encephalopathy, unspecified |
| 356.9 | Hereditary and idiopathic peripheral neuropathy |
| 357.2 | Polyneuropathy and diabetes |
| 357.8 | Inflammatory and toxic neuropathy, other |
| 357.9 | Unspecified inflammatory and toxic neuropathy |
| 368.8 | Other specified visual disturbance |
| 577.0 | Acute pancreatitis |
| 577.1 | Chronic pancreatitis |
| 607.84 | Impotence of organic origin |
| 648.00-648.04 | Diabetes mellitus in mother complicating pregnancy, childbirth, or puerperium |
| 648.80-648.84 | Abnormal glucose tolerance in mother complicating pregnancy, childbirth, or puerperium |
| 780.01 | Coma |
| 780.1 | Hallucinations |
| 780.2 | Syncope and collapse |
| 780.31-780.39 | Convulsions |
| 780.4 | Dizziness and giddiness |
| 780.8 | Hyperhydrosis |
| 781.0 | Abnormal involuntary movements |
| 783.2 | Abnormal loss of weight |

518

82947

WELLMARK, INC.
MEDICARE PART A INTERMEDIARY
MEDICAL POLICY MANUAL

| | |
|---|---|
| 783.5 | Polydipsia |
| 783.6 | Polyphagia |
| 785.0 | Tachycardia, unspecified |
| 785.1 | Palpitations |
| 788.41-788.43 | Frequency of urination and polyuria |
| 790.2 | Abnormal glucose tolerance test |
| 790.6 | Other abnormal blood chemistry (hyperglycemia) |
| 791.5 | Glycosuria |
| V22.0-V22.2 | Normal pregnancy |
| V67.51 | Follow up exam following completed treatment with high risk medications, not elsewhere classified |

**REASONS FOR DENIAL**

- Screening tests, in the absence of associated signs, symptoms or complaints are denied under 1862(a)(7).
- A claim for a test listed in "HCPCS CODES" above submitted without ICD-9-CM diagnosis code or comparable narrative will be returned as an incomplete claim under 1833(e).
- A claim for a test not listed in "HCPCS CODES" above submitted with an ICD-9-CM Codes That Support Medical Necessity" will be denied as not medically necessary under 162(a)(1)(A).
- It is understood that any diagnosis information must have (in the patient record) medical justification for components of the test. Subsequent determination that the medical record is lacking such justification will result in a retroactive denial under 1862(a)(1)(A).

Glucose testing performed for indications other than those listed above will be considered not medically necessary or reasonable and will result in denial of coverage.

**NONCOVERED ICD-9 CODE(S)**

Any ICD-9-CM code not listed in "ICD-9-CM Codes That Support Medical Necessity" above.

**SOURCES OF INFORMATION**

- 1995 CPT Physicians' Current Procedural Terminology, American Medical Association Diagnostic Tests Handbook, Springhouse corporation, 1987.
- CMD Clinical Laboratory Workgroup

**CODING GUIDELINES**

- Any claim for a test listed in "HCPCS CODES" above must be submitted with an ICD-9-CM diagnosis code or comparable narrative.
- ICD-9-CM code V82.9, (special screening of other conditions, unspecified condition), or comparable narratives should be used to indicate screening tests performed in the absence of a specific sign, symptom, or complaint. Use of V82.9 or comparable narrative will result in the denial of claims as non covered screening services.
- All ICD-9 diagnosis codes must be coded to the highest level of specificity.

519

82947

WELLMARK, INC.
MEDICARE PART A INTERMEDIARY
MEDICAL POLICY MANUAL

Report either procedure 82947 or 82948 when billing for blood glucose testing.

**DOCUMENTATION REQUIREMENTS**

Documentation supporting the medical necessity of these tests, such as ICD-9 diagnosis codes or comparable narrative must be submitted on the claims. Failure to do so may result in rejection or denial of claims. The patient's clinical record should further indicate changes/alterations in medications prescribed for the treatment of the patient's condition. There must be an attending/treating physician's order for each test documented in the patient's medical/clinical record. Documentation must be submitted to Medicare upon request.

**OTHER COMMENTS**

©Copyright, 1995; 1996 CPT Physicians' Current Procedural Terminology, American Medical Association.

**REVISED DATE**

| | | | | |
|---|---|---|---|---|
| IOWA CARRIER COMMENT PERIOD | 5/9/97 | SD CARRIER COMMENT | INTERMEDIARY COMMENT | NA |
| IOWA CARRIER CAC | 6/12/97 | SD CARRIER CAC | | |
| IOWA CARRIER NOTICE | 9/15/97 | SD CARRIER NOTICE #143 | INTERMEDIARY NOTICE | 8/26/98 |
| IOWA CARRIER FINAL | 10/15/97 | SD CARRIER FINAL 5/1/96 | INTERMEDIARY FINAL | 9/28/98 |

Approved: _John M Olds_   Date: _9/10/98_

82947

*KS/NE/MO*

---

**Medicare Part B - Kansas/Nebraska/Western Missouri**

Blood Glucose Testing

---

This policy was previously published in its entirety in the April/May 1997 Medical Policy Manual. Please insert this "Update" following the last page of the above identified policy in your Medical Policy Manual. Please remove all previous "Update" pages (if any) and replace with this "Update".

**Covered Diagnosis Codes**
Added:
| | | |
|---|---|---|
| | 070.9 | Unspecified viral hepatitis without mention of hepatic coma |
| | 272.4 | Other and unspecified hyperlipidemia |
| | 278.00 | Obesity, unspecified |

**Update I (6/97)**

**Indications & Limitations of Coverage:**
    **The first paragraph was changed to read:**
    Coverage cannot be provided for isolated determinations of blood glucose performed on non-diabetic patients without signs or symptoms suggestive of abnormality of the blood glucose levels. However, a blood glucose level should be allowed in conjunction with a spinal puncture, lumbar, diagnostic. Furthermore this also does not preclude payment for chemistry panel tests which include blood glucose when the performance of such chemistry panel tests are necessary for the evaluation of other conditions.

**Procedure Code Added:**
    62270  Spinal puncture, lumbar, diagnostic

**Update II (5/98)**

**Covered Diagnosis Codes:**
    278.00  Was inadvertently omitted from the 5/98 update

**Update III (6/98)**

**Added Diagnosis Codes:**
| | |
|---|---|
| 244.8 | Other specified acquired hypothyroidism |
| 354.8 | Other mononeuritis of upper limb |
| 354.9 | Mononeuritis of upper limb, unspecified |
| 355.7 | Other mononeuritis of lower limb |
| 355.8 | Mononeuritis of lower limb, unspecified |
| 355.9 | Mononeuritis of unspecified site |
| 356.4 | Idiopathic progressive polyneuropathy |
| 356.9 | Hereditary and idiopathic peripheral neuropathy, unspecified |
| 357.2 | Polyneuropathy in diabetes |
| 780.7 | Malaise and fatigue |

**Procedure Code Removed:**
    62270  Spinal puncture, lumbar, diagnostic

**Coding Techniques:**
**Paragraphs changed to read:**
    Use CPT 82947 or 82948 when billing for blood glucose determination when performed as a separately identifiable laboratory service. However, when blood glucose (82847) is performed as a componenet of a battery of tests, it must be billed as a part of the battery, utilizing automated multichannel testing CPT procedure codes 80002-80019, G0058, G0059, and G0060.

    If a blood sugar is performed In conjunction with a lumbar punture it will be paid for the diagnosis appropriated to the lumbar puncture. The code should be stated that a blood glucose will be reimbursed with a lumbar puncture if the code 62270 is in the narrative field.

**Update IV (9/98)**

---

---

**Medicare Part B - Kansas/Nebraska/Western Missouri**

Blood Glucose Testing

---

This policy was previously published in it's entirety in the April/May 1997 Medical Policy Manual. Please insert this "Update" following the last page of the above identified policy in your Medical Policy Manual. Please remove all previous "Update" pages (if any) and replace with this "Update".

**Covered Diagnosis Codes**
Added:

| | | |
|---|---|---|
| | 070.9 | Unspecified viral hepatitis without mention of hepatic coma |
| | 272.4 | Other and unspecified hyperlipidemia |
| | 278.00 | Obesity, unspecified |

**Update I (6/97)**

---

**Indications & Limitations of Coverage:**
The first paragraph was changed to read:
Coverage cannot be provided for isolated determinations of blood glucose performed on non-diabetic patients without signs or symptoms suggestive of abnormality of the blood glucose levels. However, a blood glucose level should be allowed in conjunction with a spinal puncture, lumbar, diagnostic. Furthermore this also does not preclude payment for chemistry panel tests which include blood glucose when the performance of such chemistry panel tests are necessary for the evaluation of other conditions.

**Procedure Code Added:**
62270  Spinal puncture, lumbar, diagnostic

**Update II(5/98)**

---

**Covered Diagnosis Codes:**
278.00  Was inadvertently omitted from the 5/98 update

**Added Diagnosis Codes:**

| | |
|---|---|
| 244.8 | Other specified acquired hypothyroidism |
| 354.8 | Other mononeuritis of upper limb |
| 354.9 | Mononeuritis of upper limb, unspecified |
| 355.7 | Other mononeuritis lf lower limb |
| 355.8 | Mononeuritis of lower limb, unspecified |
| 355.9 | Mononeuritis of unspecified site |
| 356.4 | Idiopathic progressive polyneuropathy |
| 356.9 | Hereditary and idiopathic peripheral neuropathy, unspecified |
| 357.2 | Polyneuropathy in diabetes |
| 780.7 | Malaise and fatigue |

**Procedure Code Removed:**
62270  Spinal puncture, lumbar, diagnostic

**Coding Techniques:**
**Paragraphs changed to read:**
Use CPT 82947 or 82948 when billing for blood glucose determination when performed as a separately identifiable laboratory service. However, when blood glucose (82847) is performed as a component of a battery of tests, it must be billed as a part of the battery, utilizing automated multichannel testing CPT procedure codes 80002-80019, G0058, G0059, and G0060.

If a blood sugar is performed in conjunction with a lumbar puncture it will be paid for the diagnosis appropriated to the lumbar puncture. The code should be stated that a blood glucose will be reimbursed with a lumbar puncture if the code 62270 is in the narrative field.

**Update IV (9/98)**

## Medicare Part B - Kansas/Nebraska/Western Missouri

Blood Glucose Testing

This policy was previously published in it's entirety in the April/May 1997 Medical Policy Manual. Please insert this "Update" following the last page of the above identified policy in your Medical Policy Manual. Please remove all previous "Update" pages (if any) and replace with this "Update".

**Covered Diagnosis Codes**
Added:
| | | |
|---|---|---|
| | 070.9 | Unspecified viral hepatitis without mention of hepatic coma |
| | 272.4 | Other and unspecified hyperlipidemia |
| | 278.00 | Obesity, unspecified |

Update I (6/97)

**Indications & Limitations of Coverage:**
The first paragraph was changed to read:
Coverage cannot be provided for isolated determinations of blood glucose performed on non-diabetic patients without signs or symptoms suggestive of abnormality of the blood glucose levels. However, a blood glucose level should be allowed in conjunction with a spinal puncture, lumbar, diagnostic. Furthermore this also does not preclude payment for chemistry panel tests which include blood glucose when the performance of such chemistry panel tests are necessary for the evaluation of other conditions.

**Procedure Code Added:**
62270   Spinal puncture, lumbar, diagnostic

**Covered Diagnosis Codes:**                                      Update II (5/98)
278.00  Was inadvertently omitted from the 5/98 update

**Added Diagnosis Codes:**
| | |
|---|---|
| 244.8 | Other specified acquired hypothyroidism |
| 354.8 | Other mononeuritis of upper limb |
| 354.9 | Mononeuritis of upper limb, unspecified |
| 355.7 | Other mononeuritis If lower limb |
| 355.8 | Mononeuritis of lower limb, unspecified |
| 355.9 | Mononeuritis of unspecified site |
| 356.4 | Idiopathic progressive polyneuropathy |
| 356.9 | Hereditary and idiopathic peripheral neuropathy, unspecified |
| 357.2 | Polyneuropathy in diabetes |
| 780.7 | Malaise and fatigue |

**Procedure Code Removed:**
62270   Spinal puncture, lumbar, diagnostic

**Coding Techniques:**
**Paragraphs changed to read:**
Use CPT 82947 or 82948 when billing for blood glucose determination when performed as a separately identifiable laboratory service. However, when blood glucose (82847) is performed as a component of a battery of tests, it must be billed as a part of the battery, utilizing automated multichannel testing CPT procedure codes 80002-80019, G0058, G0059, and G0060.

If a blood sugar is performed in conjunction with a lumbar puncture it will be paid for the diagnosis appropriated to the lumbar puncture. The code should be stated that a blood glucose will be reimbursed with a lumbar puncture if the code 62270 is in the narrative field.

Update IV (9/98)

523

*KS/NE/MO*

---

### Medicare Part B - Kansas/Nebraska/Western Missouri

Blood Glucose Testing

---

This policy was previously published in its entirety in the April/May 1997 Medical Policy Manual. Please insert this "Update" following the last page of the above identified policy in your Medical Policy Manual. Please remove all previous "Update" pages (if any) and replace with this "Update".

**Covered Diagnosis Codes**
Added:     070.9      Unspecified viral hepatitis without mention of hepatic coma
           272.4      Other and unspecified hyperlipidemia
           278.00     Obesity, unspecified

Update I (6/97)

---

**Indications & Limitations of Coverage:**
**The first paragraph was changed to read:**
Coverage cannot be provided for isolated determinations of blood glucose performed on non-diabetic patients without signs or symptoms suggestive of abnormality of the blood glucose levels. However, a blood glucose level should be allowed in conjunction with a spinal puncture, lumbar, diagnostic. Furthermore this also does not preclude payment for chemistry panel tests which include blood glucose when the performance of such chemistry panel tests are necessary for the evaluation of other conditions.

**Procedure Code Added:**
**62270   Spinal puncture, lumbar, diagnostic**

Update II (5/98)

---

**Covered Diagnosis Codes:**
278.00  Was inadvertently omitted from the 5/98 update

Update III (6/98)

---

**Added Diagnosis Codes:**
244.8      Other specified acquired hypothyroidism
354.8      Other mononeuritis of upper limb
354.9      Mononeuritis of upper limb, unspecified
355.7      Other mononeuritis of lower limb
355.8      Mononeuritis of lower limb, unspecified
355.9      Mononeuritis of unspecified site
356.4      Idiopathic progressive polyneuropathy
356.9      Hereditary and idiopathic peripheral neuropathy, unspecified
357.2      Polyneuropathy in diabetes
780.7      Malaise and fatigue

**Procedure Code Removed:**
62270   Spinal puncture, lumbar, diagnostic

**Coding Techniques:**
**Paragraphs changed to read:**
Use CPT 82947 or 82948 when billing for blood glucose determination when performed as a separately identifiable laboratory service. However, when blood glucose (82847) is performed as a componenet of a battery of tests, it must be billed as a part of the battery, utilizing automated multichannel testing CPT procedure codes 80002-80019, G0058, G0059, and G0060.

If a blood sugar is performed In conjunction with a lumbar punture it will be paid for the diagnosis appropriated to the lumbar puncture. The code should be stated that a blood glucose will be reimbursed with a lumbar puncture if the code 62270 is in the narrative field.

Update IV (9/98)

---

# Glucose Testing (Blood)

**DESCRIPTION:**     82947  Glucose:  Quantitative
82948  Glucose:  Blood reagent strip
82962  Glucose: Blood by glucose monitoring device(s) cleared by the
FDA specifically for home use.

- Blood glucose determinations are frequently ordered by physicians for screening purposes in conjunction with various types of examinations.
- Screening of asymptomatic persons are not covered by Medicare (section 1862(a)(7) of the Social Security Act).
- Medicare will reimburse for the above tests when medical necessity has been established.
- Evidence of medical necessity should be established in the patient's record.

**HCPCS SECTION:**  Laboratory

**HCPCS CODES:**  82947, 82948, 82962

**INDICATIONS OF COVERAGE:**

1. The patient has symptoms suggestive of hypoglycemia, e.g., impaired consciousness, confusion, diaphoreses, tremor, tachycardia.
2. The patient has symptoms suggestive of hyperglycemia e.g., polyuria, polydipsia, weight loss, polyphagia.
3. The patient has confirmed diabetes mellitus and blood glucose determinations are being done in the course of regulating therapy.
4. The patient has clinical findings, such as peripheral neuropathy or recurrent infection, suggestive of possible diabetes mellitus.
5. The patient is under treatment with a medication (e.g., chronic treatment with glucocorticoids) known to significantly alter blood glucose levels, and evaluation of blood glucose is necessary.
6. The patient is receiving hyperalimentation.
7. The patient has glycosuria discovered on urinalysis.
8. The patient is scheduled to undergo major surgery and blood glucose is being done as part of the preoperative evaluation.
9. The patient is pregnant and blood glucose determination is being done as part of standard prenatal care.
10. The patient has diabetes and periodic evaluations are performed to confirm adequacy of control of blood glucose levels.  Random blood glucoses are not a good means to follow most diabetes but are helpful in acute or changing situations and in association with glycosylated hemoglobins.  Glycosylated hemoglobin is the preferred manner in which diabetes should be followed on a routine basis.

Coverage cannot be provided for isolated determinations of blood glucose performed on non-diabetic patients without signs or symptoms suggestive of abnormality of the blood glucose level, or one of the conditions mentioned above.  This does not preclude payment for chemistry panel tests which include blood glucose determinations when the performance of such chemistry panel is necessary for the evaluation of other conditions.

Documentation must be maintained in the patient's medical records indicating the medical necessity of blood glucose determinations covered by Medicare.

## COVERED ICD-9 CODES:

| | |
|---|---|
| 112.0-112.2 | Candidiasis, mouth, vulva, vagina or other urogenital sites |
| 117.7 | Zgomycosis (1/3/96) |
| 157.0-157.9 | Malignant neoplasm of pancreas |
| 194.0 | Malignant neoplasm of adrenal gland |
| 198.7 | Secondary malignant neoplasm of adrenal gland |
| 211.6-211.7 | Benign neoplasm of other parts of the digestive system: Pancreas/Islets of Langerhans |
| 227.0 | Benign neoplasm of adrenal gland |
| 237.2 | Neoplasm of uncertain behavior of adrenal gland |
| 250.00-250.93 | Diabetes mellitus |
| 251.0-251.9 | Other disorders of pancreatic internal secretion |
| 252.0 | Disorders of parathyroid gland; hyperparathyroidism |
| 253.0, 253.2, 253.7 | Disorders of pituitary gland and its hypothalamic control |
| 255.0, 255.4 | Disorders of adrenal gland |
| 279.9 | Unspecified disorder of immune mechanism |
| 356.9 | Hereditary and idiopathic peripheral neuropathy; unspecified |
| 357.2 | Polyneuropathy in diabetes |
| 357.8-357.9 | Inflammatory and toxic neuropathy |
| 360.30-360.34 | Hypotony of eye |
| 362.0-362.18 | Retinal Disorders |
| 362.81 | Retinal hemorrhage |
| 365.0-365.00 | Glaucoma suspect |
| 366.41 | Diabetic cataract |
| 367.81-367.89 | Other disorders of refraction and accomodation |
| 570 | Acute and sub-acute necrosis of liver |
| 571.0-571.9 | Chronic liver disease and cirrhosis |
| 572.0-572.8 | Liver abscess and sequelae of chronic liver disease |
| 573.0-573.9 | Other disorders of the liver |
| 577.0-577.9 | Diseases of Pancreas |
| 648.00-648.04 | Diabetes mellitus in pregnancy (1/3/96) |
| 648.80-648.84 | Abnormal glucose tolerance complicating the pregnant state |
| 695.89 | Granuloma annulare |
| 707.1 | Ulcer of lower limbs, except decubitus |
| 780.01-780.09 | General symptoms; alterations of consciousness |
| 780.2 | Syncope and collapse |
| 780.3 | Convulsions |
| 780.7 | Malaise & Fatigue |
| 781.0 | Tremor |
| 782.0 | Disturbance of skin sensation |
| 783.1-783.2 | Abnormal weight gain/weight loss |
| 783.5 | Polydipsia |
| 783.6 | Polyphagia |
| 785.0 | Tachycardia |

| | |
|---|---|
| 788.41-788.42 | Frequency of urination and polyuria |
| 790.2 | Abnormal glucose tolerance test |
| 791.5 | Glycosuria |
| 962.3 | Poisoning by insulins and antidiabetic agents (1/3/96) |
| E932.0 | Drugs, medicinal and biological substances causing adverse effects in therapeutic use: Adrenal cortical steroids |
| V22.0-V22.2 | Normal pregnancy |
| V23.0-V23.9 | High risk pregnancy |
| V58.69 | Long term (current) use of other (high risk) medications (1/1/96) |
| V67.51 | Following treatment with high risk medication, not elsewhere classified |

**REASONS FOR NON-COVERAGE:** Screening or non-medically necessary services.

**NON-COVERED ICD-9:** Those not listed above.

**SOURCES OF INFORMATION:** Other Carriers, other Aetna Carriers, CAC

**CODING:** Use proper ICD.9 diagnosis coding to establish coverage. The lab tests should be linked to the condition necessitating the test. If it is not linked to an appropriate diagnosis as listed in the policy, the claim will be denied.

**DOCUMENTATION REQUIREMENTS:** The chart should fully document the above conditions. Include any other pertinent lab results. If monthly testing is performed for insulin dependent diabetes, indicate why the method of testing is being used in lieu of self-testing by the patient. Documentation supporting the medical necessity of this item, such as ICD.9 codes must be submitted with each claim. Claims submitted without such evidence will be denied as not medically necessary.

**OTHER COMMENTS:**

**RATIONALE FOR CREATING POLICY:** Focused Medical Review

**CAC NOTES:** This policy does not reflect the sole opinion of the Carrier Medical Directors. This policy was developed considering comments from the medical community via the Carrier Advisory Committees.

**DATE COMMENT PERIOD STARTED:** June 3, 1994; May 5, 1995

**DATE NOTICE PERIOD STARTED:** September 1, 1994; September 1, 1995

**POLICY EFFECTIVE DATE:** October 1, 1994; October 16, 1995

**REVISION NUMBER:** 112A

**REVISION DATE:** September 1995

Medicare Part B - Kansas/Nebraska/Western Missouri

**Blood Glucose Testing**

Covered Diagnosis Codes
Added:

| | |
|---|---|
| 070.9 | Unspecified viral hepatitis without mention of hepatic coma |
| 272.4 | Other and unspecified hyperlipidemia |
| 278.00 | Obesity, unspecified |

**Indications & Limitations of Coverage:**                                    Update I (6/1997)

The first paragraph was changed to read:

Coverage cannot be provided for isolated determinations of blood glucose performed on non-diabetic patients without signs or symptoms suggestive of abnormality of the blood glucose levels. However, a blood glucose level should be allowed in conjunction with a spinal puncture, lumbar, diagnostic. Furthermore this also does not preclude payment for chemistry panel tests which include blood glucose when the performance of such chemistry panel tests are necessary for the evaluation of other conditions.

HCPCS/CPT Code Added:

62270     Spinal puncture, lumbar, diagnostic

**Covered Diagnosis Codes:**                                                  Update II (4/1998)

278.00 was inadvertently omitted from the 05/1998 update

**Covered Diagnosis Codes:**                                                  Update III (6/1998)
Added:

| | |
|---|---|
| 244.8 | Other specified acquired hypothyroidism |
| 354.8 | Other mononeuritis of upper limb |
| 354.9 | Mononeuritis of upper limb, unspecified |
| 355.7 | Other mononeuritis of lower limb |
| 355.8 | Mononeuritis of lower limb, unspecified |
| 355.9 | Mononeuritis of unspecified site |
| 356.4 | Idiopathic progressive polyneuropathy |
| 356.9 | Hereditary and idiopathic peripheral neuropathy, unspecified |
| 357.2 | Polyneuropathy in diabetes |
| 780.7 | Malaise and fatigue |

HCPCS/CPT Code Removed:

62270     Spinal puncture, lumbar, diagnostic

Coding Techniques:
Paragraphs changed to read:

Use CPT 82947 or 82948 when billing for blood glucose determination when performed as a separately identifiable laboratory service. However, when blood glucose (82847) is performed as a component of a battery of tests, it must be billed as a part of the battery, utilizing automated multi-channel testing CPT procedure codes 80002-80019, G0058, G0059, and G0060.

If a blood sugar is performed in conjunction with a lumbar puncture it will be paid for the diagnosis appropriated to the lumbar puncture. The code should be stated that a blood glucose will be reimbursed with a lumbar puncture if the code 62270 is in the narrative field.

**Covered Diagnosis Codes:**                                                  Update IV (9/1998)
Added:

| | |
|---|---|
| 511.9 | Unspecified pleural effusion |
| 719.00 | Effusion of joint, site unspecified |
| 789.5 | Ascites |

Indications & Limitations of Coverage:
The first paragraph was changed to read:

528

Coverage cannot be provided for isolated determinations of blood glucose performed on non-diabetic patients without signs or symptoms suggestive of abnormality of the blood glucose levels. However, a quantitative glucose level should be allowed in conjunction with the assessment of body fluids; for example, cerebrospinal fluid from a lumbar puncture or synovial fluid from an arthrocentesis. Furthermore, this also does not preclude payment for chemistry panel tests which include blood glucose when the performance of such chemistry panel tests are necessary for the evaluation of other conditions.

Coding Techniques

CPT procedure codes 80002-80019, G0058, G0059, and G0060 have been eliminated.

---

Covered Diagnosis Codes:                                    Update V (11/1998)
Added:

| | |
|---|---|
| 719.00-719.02 | Effusion of joint, site unspecified |
| 719.06 | Effusion of joint, lower leg |
| 719.09 | Effusion of joint, multiple sites |
| 780.79 | Other malaise and fatigue |

---

Covered Diagnosis Codes:                                    Update VI (2/1999)
Added:

| | |
|---|---|
| 780.71 | Chronic fatigue syndrome |

---

Covered Diagnosis Codes:                                    Update (8/1999)
Deleted as this code requires a 5th digit:

| | |
|---|---|
| 783.2 | Abnormal loss of weight |

Added:

| | |
|---|---|
| 783.21 | Abnormal loss of weight and underweight; loss of weight |
| 783.22 | Abnormal loss of weight and underweight; underweight |
| 783.40 | Lack of expected normal physiological development in childhood; lack of normal physiological development, unspecified |
| 783.41 | Lack of expected normal physiological development in childhood; failure to thrive |
| 783.42 | Lack of expected normal physiological development in childhood; delayed milestones |
| 783.43 | Lack of expected normal physiological development in childhood; short stature |
| 783.7 | Adult failure to thrive |
| V58.83 | Encounter for therapeutic drug monitoring |

---

                                                            Update (11/2000)

529

# Blood Glucose Testing

## BlueCross BlueShield of Tennessee (Riverbend Government Benefits Administrator)

| Contractor Information | |
|---|---|
| **Contractor Name** | BlueCross BlueShield of Tennessee (Riverbend Government Benefits Administrator) |
| **Contractor Number** | 00390 |
| **Contractor Type** | FI |
| **LMRP Information** | |
| **LMRP Database ID Number** | 1316 |
| **LMRP Version Number** | 8 |
| **LMRP Title** | Blood Glucose Testing |
| **Contractor's Policy Number** | 003-96 |
| **AMA CPT Copyright Statement** | CPT codes, descriptions and other data only are copyright 2002 American Medical Association (or such other date of publication of CPT). All Rights Reserved. Applicable FARS/DFARS Clauses Apply. |
| **CMS National Coverage Policy** | Title XVIII of the Social Security Act, section 1862 (a)(7). This section excludes routine physical examinations.<br><br>Title XVIII of the Social Security Act, section 1862 (a)(1)(A). This section allows coverage and payment for only those services that are considered to be reasonable and necessary.<br><br>Title XVIII of the Social Security Act, section 1833(e). This section prohibits Medicare payments for any claim which lacks the necessary information to process the claim.<br><br>HCFA Publication 14-3, Medicare Carrier Manual, section 5114.1-5114.3<br><br>42CFR410.32. Diagnostic tests may only be ordered by a treating physician (or other treating practitioner acting within the scope of their license and Medicare requirements). |
| **Primary Geographic Jurisdiction** | NJ<br>TN |
| **Secondary Geographic Jurisdiction** | AK<br>AL<br>AR<br>AZ<br>CA<br>CO<br>CT<br>FL<br>GA |

Blood Glucose Testing

|  |  |
|---|---|
|  | HI IA ID IL IN KS KY LA MA MD ME MI MN MO MS NC ND NE NJ NM NV NY OH OK OR PA RI SC TN TX UT VA VT WA WI WV WY |
| **Oversight Region** | Region IV |
| **CMS Consortium** | Southern |
| **Original Policy Effective Date** | For services performed on or after 02/20/1997 |
| **Original Policy Ending Date** |  |
| **Revision Effective Date** | For services performed after 01/14/2003 |
| **Revision Ending Date** |  |
| **LMRP Description** | This policy represents RGBA implementation of the National Coverage Decision (NCD) on Blood Glucose Testing and interpretation of the Program Memorandum on Blood Glucose Testing (82962)for Skilled Nursing Facilities. |

| Indications and Limitations of Coverage and/or Medical Necessity | Blood glucose testing is performed to:<br><br>-diagnose hypoglycemia<br><br>-diagnose hyperglycemia<br><br>-aid in the management of diabetes mellitus<br><br>Blood glucose testing is not eligible for coverage when performed for:<br><br>-screening purposes in asymptomatic individuals<br><br>-individuals without signs or symptoms of hypoglycemia or hyperglycemia without diagnoses related to diabetes mellitus<br><br>-a diagnostic condition unrelated to hypo- or hyperglycemia or diabetes mellitus<br><br>The routine or standing order use of a home glucose monitoring device (82962) will only be considered medically necessary as a laboratory procedure when the physician is PROMPTLY informed of the result PRIOR to the next testing episode. Blood glucose monitoring by 82962 without this reporting is part of the patients' self-care. If the patient is in a skilled nursing facility, routine glucose monitoring (including any tests, which are not promptly reported) is a part of routine personal care and is not a separately reportable or billable procedure. (PM AB-00-108 of December 2000). |
| --- | --- |
| CPT/HCPCS Section | Laboratory<br>Blood Glucose Testing |
| Benefit Category | Diagnostic Laboratory Tests |
| Coverage Topic | Lab Services |

**Coding Information**

| Type of Bill Code | 12x | Hospital-inpatient or home health visits (Part B only) |
| --- | --- | --- |
| | 13x | Hospital-outpatient (HHA-A also) (under OPPS 13X must be used for ASC claims submitted for OPPS payment -- eff. 7/00) |
| | 14x | Hospital-other (Part B) |
| | 21x | SNF-inpatient (including Part A) |
| | 22x | SNF-inpatient or home health visits (Part B only) |
| | 23x | SNF-outpatient (HHA-A also) |
| | 71x | Clinic-rural health |
| Revenue Codes | 030X | Laboratory-general classification |
| | 031X | Laboratory pathological-general classification |

| CPT/HCPCS Codes | Laboratory | |
|---|---|---|
| | 82947 | GLUCOSE; QUANTITATIVE, BLOOD (EXCEPT REAGENT STRIP) |
| | 82948 | GLUCOSE; BLOOD, REAGENT STRIP |
| | 82962 | GLUCOSE, BLOOD BY GLUCOSE MONITORING DEVICE(S) CLEARED BY THE FDA SPECIFICALLY FOR HOME USE |
| **Not Otherwise Classified (NOC)** | | |
| **ICD-9 Codes that Support Medical Necessity** | Refer to the Clinical Diagnostic Laboratory Services -National Coverage Decisions (NCDs) for the ICD-9 code requirements. | |
| | XX000 | Not Applicable |
| **Diagnoses that Support Medical Necessity** | | |
| **ICD-9 Codes that DO NOT Support Medical Necessity** | | |
| **Non-Medical Necessity ICD-9 Codes Asterisk Explanation** | | |
| **Diagnoses that DO NOT Support Medical Necessity** | | |
| **Reasons for Denials** | A glucose monitoring laboratory service including 82962 (home glucose monitoring device usage) MUST be performed in accordance with laboratory service coverage criteria including the order and clear use of a laboratory result prior to a similar subsequent laboratory order. Failure to provide documentation of the medical necessity of tests may result in denial of claims. Such documentation may include notes documenting relevant signs, symptoms or abnormal findings that substantiate the medical necessity for ordering the tests. Failure to provide independent verification that the test was ordered by the treating physician or non-physician practitioner. Failure of the laboratory performing the test to have the appropriate Clinical Laboratory Improvement Act of 1988 (CLIA) certificate for the testing performed will result in denial of claims. Tests for screening purposes that are performed in the absence of signs, symptoms, complaints, or personal history of disease or injury. Exams required by insurance companies, business establishments, | |

| | government agencies, or other third parties |
|---|---|
| **Non-covered ICD-9 Codes** | |
| **Non-covered Diagnoses** | |
| **Coding Guidelines** | |
| **General Information** | |
| **Documentation Requirements** | Documentation supporting medical necessity must be submitted if additional documentation is requested. Submit:<br><br>-M.D. orders/progress notes<br>-Diagnosis/Reason for test<br>-Test results<br>-Itemization of charges |
| **Appendices** | **LINK TO QUESTIONS AND ANSWERS (COMMENTS) ABOUT THIS POLICY:**<br>## Frequently Asked Questions |
| **Footnotes** | |
| **Utilization Guidelines** | |
| **Other Comments** | It is expected that glucose testing performed for a sign or symptom [e.g., collapse or giddiness]for which etiology is not clear, is being done to rule out hypoglycemia, etc. |
| **Sources of Information and Basis for Decision** | -1999 CPT Book, American Medical Association<br>-Diagnostic Tests Handbook, Springhouse corporation, 1987.<br>-Carrier Policies |
| **Advisory Committee Meeting Notes** | |
| **Start Date of Comment Period** | 11/27/1996 |
| **End Date of Comment Period** | |
| **Start Date of Notice Period** | 01/20/1997 |
| **Revision History Number** | 003-96m |
| **Revision History Explanation** | 01/14/2003 Deleted non-explanatory information already contained in the NCD on Blood Glucose Testing<br><br>07/08/2002 Clarification of "Treatment under AI" and formatted.<br><br>04/03/2002 Deleted obsolete codes from 01/05/01 revision<br><br>02/08/2002 Revision to ICD-9 Code [2002 ICD-9-CM]<br><br>01/18/2002 Updated codes (Negotiated Rulemaking: Coverage and Administrative Policies for Clinical Diagnostic Laboratory Services; Final |

| | Rule: Nov 2001) |
| | |
| | 01/05/2001 Codes updated with ICD-9 Code Book 2001 and CPT Code Book 2001 |
| | |
| | Clarification of self-care monitoring vs medically necessary laboratory testing |
| **Disclaimer Specialty Name** | This policy does not reflect the sole opinion of the contractor or contractor medical director. Although the final decision rests with the contractor, this policy was developed in cooperation with advisory groups, which includes representatives from appropriate specialties as well as provider (facility) representatives. |

This website is an official service of the Centers for Medicare & Medicaid Services.

# 003-96 Blood Glucose Testing: FAQ

| Question | Answer |
|---|---|
| 06/17/02 Are SNFs required to have the physicians ordering the blood glucose monitoring complete a Certificate of Medical Necessity? Is a doctor's order sufficient? If a CMN is required in addition to their regular order what is the HCFA number of the CMN? | A CMN is not required specifically for this service. A patient who is still being covered by Part A would need only the general certification (note that a need for blood sugar monitoring is NOT sufficient to skill the patient) in accordance with SNF Manual 220.2. A patient who was not eligible for Part A benefits does not need any certification at all except for PT/OT and ST services (SNF 260, 260.1 and 271). A diagnostic blood glucose using a home monitoring device must be specifically ordered by the physician for a medical reason and then be acted (interpreted) by that physician in order to be considered a diagnostic test. Routine glucose monitoring is a self-care activity and is not billable as a diagnostic test. Specific certification is not required in either case.<br><br>220.2 Certification.<br>The certification must clearly indicate that post hospital extended care services were required on an inpatient basis because of the individual's need on a daily basis, for skilled nursing or rehabilitation services, for either a condition for which he/she received inpatient hospital services prior to the transfer to the SNF, or for a condition which arose after transfer while he/she was still in the SNF for treatment of a condition for which he/she received inpatient hospital services. |
| 03/17/2003: Is "monitoring" of a diabetic's blood sugar in SNF essentially treated same as monitoring blood sugar of the patient who is being treated at home? | This is precisely the issue. It is reasonable for the facility to check patients' fingerstick bloodsugars on a routine basis, exactly as would be the case if they were at home. In that regard the supplies (lancets, test strips, etc) are covered medical expenses exactly as they are for any patient, and the facility is entitled to reimbursement for those supplies. However, each check of the blood sugar does not constitute a medically necessary diagnostic test.<br><br>To determine when a fingerstick blood sugar is separately billable as a diagnostic test, you must look at the use of that test. One element is prompt notification of the physician, which in the outpatient setting is generally construed as notification (with acknowledgement) prior to the next test.<br><br>Therefore, when a SNF bills a Part B only patient for lab tests, it is held to the same standards as an outpatient. viz.:<br><br>1) The specific instance of the test must be medically necessary (and distinct from routine monitoring) as distinguished by a set of signs, symptoms or clinical circumstances (such as dizziness, etc) that trigger an |

order from the physician (standing orders, unless conditional--such as "FBS if hard to arouse"--would not be acceptable).

2) The information obtained must, except in very unusual circumstances, be needed by the physician (typically within hours but in all instances prior to the next order for the test) before it is made obsolete by additional diagnostic tests.

3) The decision making process must be medically significant to the patient, so the expectation is that some acknowledgement from the physician must be obtained, at a minimum a determination and communication as to whether subsequent tests (i.e. the next blood sugar) are required.

Please be completely clear that Riverbend is NOT saying that routine monitoring of a diabetic is not required or not medically necessary. That is a standard of care that would be expected of most diabetics. However, the supplies to perform the testing are covered by Medicare as supplies, and the labor involved is a non-skilled routine service provided personally by the beneficiary, their caregivers or, in the case of many of your residents, by the employees who are being paid to render routine personal care on a daily basis. This is not a separately billable diagnostic lab service except in the instances noted above; in all others, such as the ones you describe, it is routine monitoring.

ADMINASTAR FEDERAL
LOCAL MEDICAL REVIEW POLICY
INTERMEDIARY

**Contractor's Policy Number:**

LAB-I-0007 – R1

**Contractor Name:**

AdminaStar Federal

**Contractor Number:**

00130 (Indiana), 00131 (Illinois), 00160 (Kentucky), 00332 (Ohio)

**Contractor Type:**

Intermediary

**LMRP Title:**

Final LMRP for Blood Glucose Monitoring.

**AMA CPT Copyright Statement:**

*CPT codes, descriptions, and other data only are copyright 2000 American Medical Association. All Rights Reserved. Applicable FARS/DFARS Clauses Apply.*

**CMS's National Coverage Policy:**

Unless otherwise specified, *italicized* text represents quotation from one or more of the following CMS sources:

Section 1862(a)(1)(A) of Title XVIII of the Social Security Act excludes expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member.

Section 1833(e) of Title XVIII of the Social Security Act prohibits Medicare payment for any claim which lacks the necessary information to process the claim.

Section 1862(a)(7) of Title XVIII of the Social Security Act excludes routine physical examination. CMS Publication 10, *Medicare Hospital Manual*, Section 437, and CMS Publication 13, *Medicare Intermediary Manual*, Section 3628, describe payment rules for diagnostic laboratory services.

21 CFR 862.1345 describes glucose test systems.

42 CFR 410.32 indicates diagnostic tests may only be ordered by a treating physician (or other treating practitioner acting within the scope of his or her license and Medicare requirements).

Policy No.: LAB-I-0007
File name:ASF_FI_Quad_BldGlucose_ Monitoring_R1
Effective Date: 10/01/2001
Published 10/01/2001 ASF Website; December 2001 Part A News for IL, IN, KY, OH
Edit Tracking No.: QU066

Page 1 of 16

538

**ADMINASTAR FEDERAL**
**LOCAL MEDICAL REVIEW POLICY**
**INTERMEDIARY**

42 CFR 410.38 states that a hospital or SNF are not considered a home under this benefit.

CMS Transmittal No. AB-00-108, December 1, 2000, provides coverage instruction on glucose monitoring.

Proposed National Coverage Decision (NCD) for Blood Glucose Testing - See "Sources of Information" section.

**Primary Geographic Jurisdiction:**

Illinois, Indiana, Kentucky, Ohio

**CMS Region:**

CMS Region V

**CMS Consortium:**

CMS Midwest Consortium

**Original Policy Effective Date:**

10/01/2001

**Original Policy Ending Date:**

Not applicable

**Revision Effective Date:**

10/01/2001 – R1

**Revision Ending Date:**

original LMRP is superceded by R1 with no change in the effective date

**LMRP Description:**

This test is used to diagnose suspected aberrations of glucose levels or for monitoring known diabetes or hypoglycemia.

**Indications and Limitations of Coverage and/or Medical Necessity:**

<u>Indications:</u>

Blood glucose values are often necessary for the management of patients with diabetes mellitus where

Policy No.: LAB-I-0007
File name:ASF_FI_Quad_BldGlucose_ Monitoring_R1
Effective Date: 10/01/2001
Published 10/01/2001 ASF Website; December 2001 Part A News for IL, IN, KY, OH
Edit Tracking No.: QU066

Page 2 of 16

539

ADMINASTAR FEDERAL
LOCAL MEDICAL REVIEW POLICY
INTERMEDIARY

hyperglycemia and hypoglycemia are often present. Determining glucose values is also critical in the control of blood glucose levels in the patient with impaired fasting glucose (FPG 110-125 mg/dL), the patient with insulin resistance syndrome and/or carbohydrate intolerance (excessive rise in glucose following ingestion of glucose or glucose sources of food), in the patient with a hypoglycemia disorder such as nesidioblastosis or insulinoma, and in the patient with a catabolic or malnutrition state. Many medical conditions may be a consequence of a sustained elevated or depressed glucose level. Evaluation of glucose may also be indicated for patients on medication known to affect carbohydrate metabolism *(Proposed NCD for Blood Glucose Testing).*

Limitations:

*Section 1862(a)(1)(A) of the Social Security Act requires the service to be reasonable and necessary for diagnosis and treatment in order to be covered by Medicare. Sections 42 CFR 410.32 and 411.15 specify that for a laboratory service to be reasonable and necessary, it must not only be ordered by the physician but the ordering physician must also use the result in the management of the beneficiary's specific medical problem. Implicitly, the laboratory result must be reported to the physician promptly in order for the physician to use the result and instruct continuation or modification of patient care; this includes the physician's order for another laboratory service. Compliance program guidance for laboratory services sets forth conditions under which a physician's order for a repeat laboratory service can qualify as an order for another covered laboratory service. A standing order is not usually acceptable documentation for a covered laboratory service.* (CMS Transmittal No. AB-00-108, Change Request 1362, December 1, 2000)

Therefore, *if home-use glucose monitoring devices are used in the hospital and nursing home settings, a glucose monitoring service must be performed in accordance with laboratory coverage criteria to qualify for separate payment under the Medicare laboratory benefit...for a laboratory service to be reasonable and necessary:*

- *it* [the laboratory service] *must be ordered by the physician\*;*

- *the ordering physician must use the result in the management of the beneficiary's specific medical problem; and*

- *the laboratory result must be reported to the physician promptly in order for the physician to use the result and instruct continuation or a modification of patient care.*

*If a physician separately orders the performance of a glucose monitoring service for a patient who can not self-administer, clinical staff generally will administer a glucose monitoring service along with their other duties. This device is* [included] *on the list of instruments that can be administered by providers registered under the Clinical Laboratory Improvement Amendments of 1988 (CLIA), including providers registered with only a certificate of waiver.* (CMS Transmittal No. AB-00-108, Change Request 1362, December 1, 2000)

Medicare program reimbursement for blood glucose monitoring services requires that the service be medically reasonable and necessary. For blood glucose determinations made with a home-use glucose monitoring device, Medicare will cover medically reasonable and necessary blood glucose monitoring services when the service is ordered by a physician to monitor an unstable diabetic condition, with the

Policy No.: LAB-I-0007
File name:ASF_FI_Quad_BldGlucose_ Monitoring_R1
Effective Date: 10/01/2001
Published 10/01/2001 ASF Website; December 2001 Part A News for IL, IN, KY, OH
Edit Tracking No.: QU066

Page 3 of 16

540

**ADMINASTAR FEDERAL**
**LOCAL MEDICAL REVIEW POLICY**
**INTERMEDIARY**

physician promptly notified of the test results so that he may provide active treatment of the diabetic condition. Routine blood glucose monitoring services are not covered. **

**For purposes of this policy prompt physician notification means prior to the next blood glucose test or within eight (8) hours, whichever is sooner.**

Clinical Examples:

Medicare does not cover
- periodic blood glucose monitoring in a stable diabetic such as is routinely performed in the patient's own home
- periodic blood glucose monitoring in a stable diabetic residing in a nursing home for custodial care (not in a SNF covered stay) who receives routine care provided by the nursing home staff, including periodic blood glucose monitoring services.

Medicare may cover
- blood glucose monitoring services, ordered by a physician, for a patient with unstable diabetes. In this situation, the physician must be promptly notified of the results in order to provide active medical care to treat the unstable situation.
- blood glucose monitoring services for a stable diabetic who develops an infection (or other condition) that may result in the diabetes becoming unstable. The physician would order the blood glucose monitoring service, be promptly notified of the test results, and provide active treatment (such as a medication adjustment) based upon the results of the test.

Additionally, the use of sliding scale insulin administration in a stable diabetic does not support a Medicare covered blood glucose monitoring service. However, should the same patient develop a condition resulting in an unstable diabetic situation, the physician would order blood glucose monitoring services to evaluate and treat the diabetic situation. In this scenario, prompt physician notification of the test results, followed by active treatment of the patient based on the test results would support a medically necessary Medicare covered blood glucose monitoring service.

*At certain times a physician may also order a separate quantitative blood glucose test to enhance a physician evaluation and management service for the patient. A specimen collection of venous blood may be sent to an independent laboratory for testing and the laboratory reports the result to the provider and ordering physician. This is a separate laboratory service billed with a different code than a home-use glucose monitoring service and is also paid under the laboratory fee schedule. (CMS Transmittal No. AB-00-108).*

* For outpatient settings other than CORFs, references to "physicians" throughout this policy include non-physicians, such as nurse practitioners, clinical nurse specialists and physician assistants. Such non-physician practitioners may certify, order and establish the plan of care for blood glucose monitoring services as authorized by State law. (See Sections 1861(s)(2) and 1862(a)(14) of Title XVIII of the Social Security Act; 42 CFR, Sections 410.74, 410.75, 410.76 and 419.22; 58 FR 18543, April 7, 2000.)

**Medicare Part B may pay for a glucose monitoring device and related disposable supplies under its*

Policy No.: LAB-I-0007
File name:ASF_FI_Quad_BldGlucose_ Monitoring_R1
Effective Date: 10/01/2001
Published 10/01/2001 ASF Website; December 2001 Part A News for IL, IN, KY, OH
Edit Tracking No.: QU066

Page 4 of 16

541

ADMINASTAR FEDERAL
LOCAL MEDICAL REVIEW POLICY
INTERMEDIARY

*durable medical equipment benefit if the equipment is used in the home or in an institution that is used as a home. A hospital or SNF is not considered a home under this benefit. §1861(h) of the Social Security Act. §42 Code of Federal Regulations (CFR) 410.38. (CMS Transmittal No. AB-00-108).*

A claim that does not fulfill the coverage requirements described above may be given individual consideration based on review of all pertinent medical information.

## CPT/HCPCS Section & Benefit Category:

Pathology and Laboratory

## Type of Bill Code:

12X, 13X, 14X, 21X, 22X, 23X, 85X

## Revenue Codes:

30X

## CPT/HCPCS Codes:

82947©Glucose; quantitative, blood (except reagent strip)
82948       blood; reagent strip
82962       Glucose, blood by glucose monitoring device(s) cleared by the FDA specifically for home use

## ICD-9 Codes That Support Medical Necessity:

| | |
|---|---|
| 011.00 | Tuberculosis of lung, infiltrative, unspecified |
| 011.01 | bacteriological or histological examination not done |
| 011.02 | bacteriological or histological examination unknown (at present) |
| 011.03 | tubercle bacilli found (in sputum) by microscopy |
| 011.04 | tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture |
| 011.05 | tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed histologically |
| 011.06 | tubercle bacilli not found by bacteriological or histological examination but tuberculosis confirmed by other methods (inoculation of animals) |
| 011.10 | Tuberculosis of lung, nodular, unspecified |
| 011.11 | bacteriological or histological examination not done |
| 011.12 | bacteriological or histological examination unknown (at present) |
| 011.13 | tubercle bacilli found (in sputum) by microscopy |
| 011.14 | tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture |
| 011.15 | tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed histologically |
| 011.16 | tubercle bacilli not found by bacteriological or histological examination but tuberculosis |

Policy No.: LAB-I-0007
File name:ASF_FI_Quad_BldGlucose_ Monitoring_R1
Effective Date: 10/01/2001
Published 10/01/2001 ASF Website; December 2001 Part A News for IL, IN, KY, OH
Edit Tracking No.: QU066

Page 5 of 16

542

**ADMINASTAR FEDERAL**
**LOCAL MEDICAL REVIEW POLICY**
**INTERMEDIARY**

confirmed by other methods (inoculation of animals)
011.20  Tuberculosis of lung with cavitation
011.21          bacteriological or histological examination not done
011.22          bacteriological or histological examination unknown (at present)
011.23          tubercle bacilli found (in sputum) by microscopy
011.24          tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture
011.25      tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed
                histologically
011.26      tubercle bacilli not found by bacteriological or histological examination but tuberculosis
                confirmed by other methods (inoculation of animals)
011.30  Tuberculosis of bronchus
011.31          bacteriological or histological examination not done
011.32          bacteriological or histological examination unknown (at present)
011.33          tubercle bacilli found (in sputum) by microscopy
011.34          tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture
011.35      tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed
                histologically
011.36      tubercle bacilli not found by bacteriological or histological examination but tuberculosis
                confirmed by other methods (inoculation of animals)
011.40  Tuberculous fibrosis of lung
011.41          bacteriological or histological examination not done
011.42          bacteriological or histological examination unknown (at present)
011.43          tubercle bacilli found (in sputum) by microscopy
011.44          tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture
011.45      tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed
                histologically
011.46      tubercle bacilli not found by bacteriological or histological examination but tuberculosis
                confirmed by other methods (inoculation of animals)
011.50  Tuberculous bronchiectasis
011.51          bacteriological or histological examination not done
011.52          bacteriological or histological examination unknown (at present)
011.53          tubercle bacilli found (in sputum) by microscopy
011.54          tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture
011.55      tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed
                histologically
011.56      tubercle bacilli not found by bacteriological or histological examination but tuberculosis
                confirmed by other methods (inoculation of animals)
011.60  Tuberculous pneumonia (any form)
011.61          bacteriological or histological examination not done
011.62          bacteriological or histological examination unknown (at present)
011.63          tubercle bacilli found (in sputum) by microscopy
011.64          tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture
011.65      tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed
                histologically
011.66      tubercle bacilli not found by bacteriological or histological examination but tuberculosis
                confirmed by other methods (inoculation of animals)

Policy No.: LAB-I-0007
File name: ASF_FI_Quad_BldGlucose_ Monitoring_R1                      Page 6 of 16
Effective Date: 10/01/2001
Published 10/01/2001 ASF Website; December 2001 Part A News for IL, IN, KY, OH
Edit Tracking No.: QU066

543

## ADMINASTAR FEDERAL
## LOCAL MEDICAL REVIEW POLICY
### INTERMEDIARY

| | |
|---|---|
| 011.70 | Tuberculous pneumothorax |
| 011.71 | bacteriological or histological examination not done |
| 011.72 | bacteriological or histological examination unknown (at present) |
| 011.73 | tubercle bacilli found (in sputum) by microscopy |
| 011.74 | tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture |
| 011.75 | tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed histologically |
| 011.76 | tubercle bacilli not found by bacteriological or histological examination but tuberculosis confirmed by other methods (inoculation of animals) |
| 011.80 | Other specified pulmonary tuberculosis |
| 011.81 | bacteriological or histological examination not done |
| 011.82 | bacteriological or histological examination unknown (at present) |
| 011.83 | tubercle bacilli found (in sputum) by microscopy |
| 011.84 | tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture |
| 011.85 | tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed histologically |
| 011.86 | tubercle bacilli not found by bacteriological or histological examination but tuberculosis confirmed by other methods (inoculation of animals) |
| 011.90 | Pulmonary tuberculosis, unspecified |
| 011.91 | bacteriological or histological examination not done |
| 011.92 | bacteriological or histological examination unknown (at present) |
| 011.93 | tubercle bacilli found (in sputum) by microscopy |
| 011.94 | tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture |
| 011.95 | tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed histologically |
| 011.96 | tubercle bacilli not found by bacteriological or histological examination but tuberculosis confirmed by other methods (inoculation of animals) |
| 038.0 | Streptococcal septicemia |
| 038.10 | Staphylococcal septicemia; unspecified |
| 038.11 | Staphylococcus aureus septicemia |
| 038.19 | Other staphylococcal septicemia |
| 038.2 | Pneumococcal septicemia [Streptococcus pneumoniae septicemia] |
| 038.3 | Septicemia due to anaerobes |
| 038.40 | Gram-negative organism, unspecified |
| 038.41 | Hemophilus influenzae [H. influenzae] |
| 038.42 | Escherichia coli [E. coli] |
| 038.43 | Pseudomonas |
| 038.44 | Serratia |
| 038.49 | Septicemia due to other gram-negative organisms, other |
| 038.8 | Other specified septicemias |
| 038.9 | Unspecified septicemia |
| 112.0 | Candidiasis, of mouth |
| 112.1 | of vulva and vagina |
| 112.3 | of skin and nails |
| 157.4 | Malignant neoplasm of pancreas, Islets of Langerhans |
| 211.7 | Benign neoplasm of other parts of digestive system, Islets of Langerhans |

Policy No.: LAB-I-0007
File name: ASF_FI_Quad_BldGlucose_ Monitoring_R1
Effective Date: 10/01/2001
Published 10/01/2001 ASF Website; December 2001 Part A News for IL, IN, KY, OH
Edit Tracking No.: QU066

Page 7 of 16

544

## ADMINASTAR FEDERAL
## LOCAL MEDICAL REVIEW POLICY
### INTERMEDIARY

242.00  Toxic diffuse goiter, without mention of thyrotoxic crisis or storm
242.01          with mention of thyrotoxic crisis or storm
242.10  Toxic uninodular goiter, without mention of thyrotoxic crisis or storm
242.11          with mention of thyrotoxic crisis or storm
242.20  Toxic multinodular goiter, without mention of thyrotoxic crisis or storm
242.21          with mention of thyrotoxic crisis or storm
242.30  Toxic nodular goiter, unspecified, without mention of thyrotoxic crisis or storm
242.31          with mention of thyrotoxic crisis or storm
242.40  Thyrotoxicosis from ectopic thyroid nodule, without mention of thyrotoxic crisis or storm
242.41          with mention of thyrotoxic crisis or storm
242.80  Thyrotoxicosis of other specified origin, without mention of thyrotoxic crisis or storm
242.81          with mention of thyrotoxic crisis or storm
242.90  Thyrotoxicosis without mention of goiter or other cause, without mention of thyrotoxic crisis or storm
242.91          with mention of thyrotoxic crisis or storm
250.00  Diabetes mellitus without mention of complication; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled
250.01          type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled
250.02          type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type
250.03          type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled
250.10  Diabetes with ketoacidosis; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled
250.11          type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled
250.12          type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type
250.13          type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled
250.20  Diabetes with hyperosmolarity; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled
250.21          type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled
250.22          type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type
250.23          type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled
250.30  Diabetes with other coma; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled
250.31          type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled
250.32          type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type
250.33          type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled
250.40  Diabetes with renal manifestations; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled
250.41          type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled
250.42          type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type
250.43          type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled
250.50  Diabetes with ophthalmic manifestations; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled
250.51          type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled
250.52          type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type
250.53          type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled
250.60  Diabetes with neurological manifestations; type II [non-insulin dependent type] [NIDDM]

Policy No.: LAB-1-0007
File name:ASF_FI_Quad_BldGlucose_ Monitoring_R1
Effective Date: 10/01/2001
Published 10/01/2001 ASF Website; December 2001 Part A News for IL, IN, KY, OH
Edit Tracking No.: QU066

Page 8 of 16

545

ADMINASTAR FEDERAL
LOCAL MEDICAL REVIEW POLICY
INTERMEDIARY

[adult onset type] or unspecified type, not stated as uncontrolled
250.61     type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled
250.62     type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type
250.63     type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled
250.70 Diabetes with peripheral circulatory disorders; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled
250.71     type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled
250.72     type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type
250.73     type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled
250.80 Diabetes with other specified manifestations; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled
250.81     type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled
250.82     type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type
250.83     type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled
250.90 Diabetes with unspecified complication; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled
250.91     type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled
250.92     type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type
250.93     type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled
251.0    Hypoglycemic coma
251.1    Other specified hypoglycemia
251.2    Hypoglycemia, unspecified
251.3    Postsurgical hypoinsulinemia
251.4    Abnormality of secretion of glucagon
253.0    Acromegaly and gigantism
271.4    Renal glycosuria
272.0    Pure hypercholesterolemia
272.1    Pure hyperglyceridemia
272.2    Mixed hyperlipidemia
272.3    Hyperchylomicronemia
272.4    Other and unspecified hyperlipidemia
276.0    Hyperosmolality and/ or hypernatremia
276.1    Hyposmolality and/ or hyponatremia
276.2    Acidosis
276.5    Volume depletion
276.7    Hyperpotassemia
276.8    Hypopotassemia
276.9    Electrolyte and fluid disorders not elsewhere classified
293.0    Acute delirium
345.10 Generalized convulsive epilepsy, without mention of intractable epilepsy
345.11    with intractable epilepsy
348.3    Encephalopathy, unspecified
356.9    Idiopathic peripheral neuropathy, unspecified
357.9    Inflammatory and toxic neuropathy, unspecified
362.10 Background retinopathy, unspecified
362.81 Retinal hemorrhage

Policy No.: LAB-I-0007
File name: ASF_FI_Quad_BldGlucose_ Monitoring_R1
Effective Date: 10/01/2001
Published 10/01/2001 ASF Website; December 2001 Part A News for IL, IN, KY, OH
Edit Tracking No.: QU066

Page 9 of 16

546

**ADMINASTAR FEDERAL**
**LOCAL MEDICAL REVIEW POLICY**
**INTERMEDIARY**

362.82  Retinal exudates and deposits
368.8        Other specified visual disturbances [blurred vision NOS; heteropsia]
577.0        Acute pancreatitis
577.1        Chronic pancreatitis
607.84  Impotence of organic origin
608.87  Retrograde ejaculation
648.00  Other current conditions in the mother classifiable elsewhere, but complicating pregnancy, childbirth, or the puerperium, diabetes mellitus, unspecified as to episode of care or not applicable
648.03        antepartum condition or complication
648.04        postpartum condition or complication
648.80  Abnormal glucose tolerance; unspecified as to episode of care or not applicable
648.83        antepartum condition or complication
648.84        postpartum condition or complication
656.60  Other fetal and placental problems affecting management of mother; excessive fetal growth; unspecified as to episode of care or not applicable
656.61        delivered, with or without mention of antepartum condition
656.63        antepartum condition or complication
780.01  Alteration of consciousness, coma
780.02        transient alteration of awareness
780.09        other
780.2        Syncope and collapse
780.39  Other convulsions
780.4        Dizziness and giddiness
780.71  Chronic fatigue syndrome
780.79  Other malaise and fatigue
780.8        Hyperhidrosis
783.1        Abnormal weight gain
783.21  Abnormal loss of weight and underweight; loss of weight
783.5        Polydipsia
785.0        Tachycardia, unspecified
785.4        Gangrene
786.01  Hyperventilation
788.41  Urinary frequency
788.42  Polyuria
788.43  Nocturia
790.2        Abnormal glucose tolerance test
790.6        Other abnormal blood chemistry
791.5        Glycosuria
V58.69  Long-term (current) use of other medications
V67.51  Following completed treatment with high-risk medications, not elsewhere classified

It is the responsibility of the provider to code to the highest level specified in the *ICD-9-CM* (*e.g.*, to the fourth or fifth digit). The correct use of an *ICD-9-CM* code listed above does not assure coverage of a service. The service must be reasonable and necessary in the specific case and must meet the criteria specified in the policy.

Policy No.: LAB-I-0007
File name:ASF_FI_Quad_BldGlucose_ Monitoring_R1                                    Page 10 of 16
Effective Date: 10/01/2001
Published 10/01/2001 ASF Website; December 2001 Part A News for IL, IN, KY, OH
Edit Tracking No.: QU066

547

**ADMINASTAR FEDERAL**
**LOCAL MEDICAL REVIEW POLICY**
**INTERMEDIARY**

**Reasons for Denial:**

- Any reason for non-coverage as stated in the "Indications and Limitations of Coverage" section.
- Routine tests or tests for screening purposes that are performed in the absence of signs, symptoms, complaints, or personal history of disease or injury are not covered except as explicitly authorized by statute. These include exams required by insurance companies, business establishments, government agencies, or other third parties.
- Failure to provide documentation of the medical necessity of tests may result in denial of claims. The documentation may include notes documenting relevant signs, symptoms or abnormal findings that substantiate the medical necessity for ordering the test.
- A claim for a test that exceeds frequency standards as written in this policy may be denied as not reasonable and necessary, unless submitted with documentation justifying increased frequency.
- Tests that are not ordered by a treating physician or other qualified treating nonphysician practitioner acting within the scope of his or her license and in compliance with Medicare requirements will be denied as not reasonable and necessary.
- Failure of the laboratory performing the test to have the appropriate Clinical Laboratory Improvement Act of 1988 (CLIA) certificate for the testing performed will result in denial of claims. When a hospital obtains laboratory tests for outpatients or nonpatients under arrangements with independent laboratories or other hospital laboratories, the hospital must be sure that the laboratory performing the services has a CLIA number. (*Medicare Intermediary Manual*, CMS-Pub. 13-3, Transmittal No. 1773, April 1, 1999)
- A claim that does not fulfill the coverage requirements described above may be given individual consideration based on review of all pertinent medical information.

**Noncovered ICD-9 Code(s):**

Any code not listed in the "ICD-9 Codes That Support Medical Necessity" section of this policy.

**Coding Guidelines:**

1. Line item processing requires that each line item of a claim for clinical laboratory tests include the appropriate HCPCS code for each test performed. For every line item that contains a HCPCS code you must also report a date of service, including bills where the "from" and "through" date are equal.
2. Refer to Correct Coding Initiative (CCI) edits for correct coding requirements prior to billing Medicare. Any claim for a test listed in "CPT/HCPCS Codes" above must be submitted with an *ICD-9-CM* diagnosis code. Codes that describe symptoms and signs, as opposed to diagnoses, should be provided for reporting purposes when a diagnosis has not been established. (Coding Clinic for ICD-9-CM, Fourth Quarter 1995, page 43).
3. Providers should report the patient's reason for visit (admitting diagnosis) on outpatient bills in form Locator 76 of the UB-92. The patient's reason for visit information should be reported for all unscheduled outpatient visits when revenue codes 45X, 516 or 526 are present. The *ICD-9-CM* diagnosis code describing the patient's stated reason for seeking care (or as stated by the patient's representative) at the time of outpatient registration should be used.
4. When hospitals obtain laboratory services for outpatients under arrangements with clinical

Policy No.: LAB-I-0007
File name:ASF_FI_Quad_BldGlucose_ Monitoring_R1
Effective Date: 10/01/2001
Published 10/01/2001 ASF Website; December 2001 Part A News for IL, IN, KY, OH
Edit Tracking No.: QU066

Page 11 of 16

548

ADMINASTAR FEDERAL
LOCAL MEDICAL REVIEW POLICY
INTERMEDIARY

laboratories or other hospital laboratories, only the originating hospital can bill for the arranged service (*Medicare Intermediary Manual*, Section 3628(D)).

5. Billing of fee-schedule laboratory tests is included with billing for outpatient services to the same beneficiary on a single bill. Hospitals are not to submit separate bills for laboratory tests performed in different departments on the same day (*Medicare Intermediary Manual*, Section 3628).

6. When laboratory testing is done solely to monitor response to medication, the most accurate *ICD-9-CM* code to describe the reason for the test is V58.69, long term use of medication.

7. Periodic follow-up for encounters for laboratory testing for a patient with a prior history of a disease, who is no longer under treatment for the condition, should be coded with an appropriate code from the V67 category-follow-up examination.

8. *If a glucose monitoring service is administered for a patient who is hospitalized and eligible for Medicare Part B but is not in a Part A covered hospital stay, a Form CMS-1450 is submitted to the intermediary using type of bill (TOB) 12X and revenue code 30X and is paid under the clinical laboratory fee schedule. CMS Publication 13, Medicare Intermediary Manual, Sections 3604 and 3628 and CMS Transmittal No. AB-00-108)*

9. *If a patient is eligible for* [Medicare] *Part B, but is not in a* [Medicare] *Part A covered nursing home stay, the laboratory service is separately payable either on a reasonable cost basis (if the patient is in a certified bed) or under the clinical laboratory fee schedule (if the patient is in a non-certified bed). (CMS Publication 12, Medicare Skilled Nursing Facility (SNF) Manual, Section 541, and CMS Transmittal No. AB-00-108)*

10. *If a [Medicare] Part B only patient resides in a nursing home certified bed, a UB-92 using TOB 22X and revenue code 30X is submitted to the intermediary. The laboratory cost center of the cost report must reflect the corresponding glucose monitoring costs and charges even when the provider is registered for laboratory testing with only a certificate of waiver from CLIA. The beneficiary is liable for the deductible and coinsurance. (CMS Transmittal No. AB-00-108)*

11. *If a [Medicare] Part B only patient resides in a [nursing home] non-certified bed, payment is made under the clinical laboratory fee schedule. Until further instructions regarding Part B-only patient [s] are implemented, a UB-92 is submitted using TOB 23X and revenue code 30X to the intermediary when the SNF provides a laboratory service either directly or under arrangement with an outside laboratory. The beneficiary is not liable for a deductible or coinsurance. (CMS Transmittal No. AB-00-108)*

12. *When a glucose monitoring service meets the criteria to be a covered laboratory service for a [Medicare] Part B only patient, regardless of whether the nursing home patient resides in a certified or non-certified bed, payment must be made. Denial of payment for a Part B covered laboratory service cannot be made on the basis that the service is routine care. Under Medicare, routine care determinations are applicable only for Part A nursing home services (CMS Transmittal No. AB-00-108)*

13. *Nursing and physician duties, include observing, ordering, administering and interpreting the patient's health status are paid predominately under other payments systems, such as the state nursing home payment system or the physician payment system. If home-use glucose monitoring devices are used in the hospital and nursing home settings, a glucose monitoring service must be performed in accordance with laboratory coverage criteria to qualify for separate payment under the Medicare laboratory benefit. (CMS Transmittal No. AB-00-108)*

14. *Medicare Part B may pay for a glucose monitoring device and related disposable supplies under its durable medical equipment benefit if the equipment is used in the home or in an institution that is used as a home. A hospital or SNF is not considered a home under this benefit. (42 CFR 410.38)*

Policy No.: LAB-I-0007
File name: ASF_FI_Quad_BldGlucose_ Monitoring_R1
Effective Date: 10/01/2001
Published 10/01/2001 ASF Website; December 2001 Part A News for IL, IN, KY, OH
Edit Tracking No.: QU066

Page 12 of 16

549

**ADMINASTAR FEDERAL**
**LOCAL MEDICAL REVIEW POLICY**
**INTERMEDIARY**

15. Diagnostic clinical laboratory tests are subject to consolidated billing for skilled nursing facility (SNF) residents while in an SNF Part A hospital stay.
16. Freestanding clinics should bill laboratory services to the Part B carrier, and provider-based clinics should bill these services to the fiscal intermediary that serves the main provider (*e.g.*, the hospital's intermediary) (CMS Transmittal No. A-00-30).
17. Payment for certain laboratory tests performed by ESRD facilities, whether performed by the facility or through an independent laboratory, is included in the composite rate. These tests are listed in CMS Publication 13, *Medicare Intermediary Manual*, Sections 3167.3 and §3171.2A. ESRD facilities that are CLIA certified may furnish laboratory services directly and may bill separately for laboratory services that are not included within the composite rate. CLIA-certified ESRD facilities that separately bill for laboratory services must bill their fiscal intermediary. (CMS Publication 13, *Medicare Intermediary Manual*, Section 3644.1).
18. Critical access hospitals (CAHs) (bill type 85X) are paid under a reasonable cost based system, as required under section 1834(g) of the Social Security Act and are excluded from the Outpatient Prospective Payment System. CAHs are required to report HCPCS only for services not paid on a reasonable cost basis (CMS Publication 13, Medicare Intermediary Manual, Section 3627.8).

**Documentation Requirements:**

The ordering physician must include evidence in the patient's clinical record that an evaluation of history and physical preceded the ordering of glucose testing and that manifestations of abnormal glucose levels were present to support the medical necessity (and frequency) of the test as it is covered by Medicare (see "Indications for and Limitations of Coverage"). This documentation includes, but is not limited to, relevant medical history, physical examination, and results of pertinent diagnostic tests or procedures. This information should be available and submitted upon reconsideration or upon request of the intermediary.

**Other Comments:**

After the conclusion of the formal comment period (April 4, 2001 through June 9, 2001), ASF was instructed by CMS to incorporate local interpretation of CMS National Policy (see Program Memorandum No. AB-00-108, December 1, 2000). Specifically, the Blood Glucose Monitoring LMRP is revised to clarify that only diagnostic blood glucose monitoring services are covered, "prompt physician notification" is defined, and clinical examples are added to enhance clarification of Medicare covered blood glucose monitoring services. AdminaStar Federal has received approval from CMS Region V to publish this policy (with an effective date of October 1, 2001) simultaneously with a (second) advice and comment period (from 10/01/2001 through 11/15/2001).

Limitation of liability and refund requirements apply when denials are based on medical necessity. They do not apply when the test, item or procedure is done for screening purposes. The provider must notify the beneficiary in writing if the provider is aware that the test, item or procedure may not be covered by Medicare.

This policy has been developed in response to a demonstrated increase in utilization of glucose monitoring services. The purpose of the policy is to clarify Medicare National Coverage Policy and to

Policy No.: LAB-I-0007
File name:ASF_FI_Quad_BldGlucose_ Monitoring_R1
Effective Date: 10/01/2001
Published 10/01/2001 ASF Website; December 2001 Part A News for IL, IN, KY, OH
Edit Tracking No.: QU066

Page 13 of 16

550

ADMINASTAR FEDERAL
LOCAL MEDICAL REVIEW POLICY
INTERMEDIARY

provide instruction to providers to ensure that these services are billed and reimbursed correctly.

## Sources of Information and Basis for Decision:

Draft Medicare National Coverage Decision for Blood Glucose Testing. Retrieved 02/03/2000 from the World Wide Web: http://www.CMS.gov/quality/docs/labsd-09.htm - We augmented our list of covered diagnoses with codes drawn from this draft National Coverage Decision (NCD). In addition, the draft NCD was used as a reference for the language found in the "Description" and "Indications and Limitations of Coverage and/or Medical Necessity" sections of our policy.

Draft Recommended Medicare National Coverage Policy for Blood Glucose Testing (Open for comments through 11/11/1998). Retrieved 11/06/98 from the World Wide Web: http://www .CMS.gov/quality/docs/labs-em3.htm

Ohio carrier LMRP, 08/01/97 - This carrier policy serves as the basis for our list of covered *ICD-9-CM* codes.

Other Medicare contractor LMRPs (Illinois carrier [11/15/97], Kentucky intermediary [05/15/98] and Ohio intermediary [07/01/97])

### Advisory Committee Notes:

Discussion of the draft policy with the Intermediary Advisory Committee (IAC) was conducted via the U.S. Postal Service.

## Start Date of Comment Period:

Public Comment:      04/20/2001
IAC Comment:        04/20/2001

## End Date of Comment Period:

Public Comment:      06/09/2001
IAC Comment:        06/09/2001

## Start Date of Notice Period:

10/01/2001

## Revision History:

R1 (Effective 10/01/2001): ICD-9-CM update added 608.87.

## This Policy Supersedes the Following Intermediary Policies:

Policy No.: LAB-I-0007
File name:ASF_FI_Quad_BldGlucose_ Monitoring_R1
Effective Date: 10/01/2001
Published 10/01/2001 ASF Website; December 2001 Part A News for IL, IN, KY, OH
Edit Tracking No.: QU066

Page 14 of 16

551

# ADMINASTAR FEDERAL
## LOCAL MEDICAL REVIEW POLICY
### INTERMEDIARY

State:                          Kentucky
Publication Date:               04/15/1998
Provider Bulletin:              98-04
Original Effective Date:        05/15/1998

State:                          Ohio
Publication Date:               May 1997
Provider Bulletin:              97-11
Original Effective Date:        07/01/1997

This policy does not reflect the sole opinion of the contractor or Contractor Medical Director. Although the final decision rests with the contractor, this policy was developed in cooperation with the Intermediary Advisory Group, which includes representatives from laboratory organizations, as well as various state and local provider organizations.

Policy No.: LAB-I-0007
File name:ASF_FI_Quad_BldGlucose_ Monitoring_R1                    Page 15 of 16
Effective Date: 10/01/2001
Published 10/01/2001 ASF Website; December 2001 Part A News for IL, IN, KY, OH
Edit Tracking No.: QU066
                                                                              552

**Contractor's Policy Number:**

LAB-I-0007 – R3

**Contractor Name:**

AdminaStar Federal

**Contractor Number:**

00332 Ohio

**Contractor Type:**

Intermediary

**LMRP Title:**

Final LMRP for Blood Glucose Monitoring.

**AMA CPT Copyright Statement:**

*CPT codes, descriptions, and other data only are copyright 2001 American Medical Association (or such other data* [sic] *of publication of CPT). All Rights Reserved. Applicable FARS/DFARS Clauses Apply.*

**CMS National Coverage Policy:**

Unless otherwise specified, *italicized* text represents quotation from one or more of the following CMS sources:

Section 1862(a)(1)(A) of Title XVIII of the Social Security Act excludes expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member.

Section 1833(e) of Title XVIII of the Social Security Act prohibits Medicare payment for any claim which lacks the necessary information to process the claim.

Section 1862(a)(7) of Title XVIII of the Social Security Act excludes routine physical examination.

21 CFR 862.1345 describes glucose test systems.

42 CFR 410.32 indicates diagnostic tests may only be ordered by a treating physician (or other treating practitioner acting within the scope of his or her license and Medicare requirements).

42 CFR 410.38 states that a hospital or SNF is not considered a home under this benefit.

CMS Publication 10, *Medicare Hospital Manual*, Section 437, and CMS Publication 13, *Medicare Intermediary Manual*, Section 3628, describe payment rules for diagnostic laboratory services.

CMS Transmittal No. 368, Publication 12, *Medicare Skilled Nursing Facility Manual*, Change Request #1323, May 24, 2001, contains instructions for the implementation of provisions in the Balanced Budget Act of 1997 that require payment to SNFs for Part B services under a fee schedule.

CMS Transmittal No. 370, Publication 12, *Medicare Skilled Nursing Facility Manual*, September 21, 2001, provides notification that Transmittal No. 368, change Request #1323 is a final copy.

CMS Program Memorandum, Transmittal No. AB-00-108, December 1, 2000, provides coverage instruction on glucose monitoring.

Proposed National Coverage Decision (NCD) for Blood Glucose Testing - See "Sources of Information" section.

**Primary Geographic Jurisdiction:**

Ohio

**Secondary Geographic Jurisdiction:**

This policy also applies to those states that currently have nominated AdminaStar Federal to process their claims.

**CMS Region:**

CMS Region V

**CMS Consortium:**

CMS Midwest Consortium

**Original Policy Effective Date:**

10/01/2001

**Original Policy Ending Date:**

Not applicable

**Revision Effective Date:**

09/01/2002 – R3
10/01/2001 – R2
10/01/2001 – R1

**Revision Ending Date:**

08/31/2002 – R2

**LMRP Description:**

This test is used to diagnose suspected aberrations of glucose levels or for monitoring known diabetes.

**Indications and Limitations of Coverage and/or Medical Necessity:**

Indications:

Blood glucose values are often necessary for the management of patients with diabetes mellitus where hyperglycemia and hypoglycemia are often present. Determining glucose values is also critical in the control of blood glucose levels in the patient with impaired fasting glucose (FPG 110-125 mg/dL), the patient with insulin resistance syndrome and/or carbohydrate intolerance (excessive rise in glucose following ingestion of glucose or glucose sources of food), in the patient with a hypoglycemia disorder such as nesidioblastosis or insulinoma, and in the patient with a catabolic or malnutrition state. Many medical conditions may be a consequence of a sustained elevated or depressed glucose level. Evaluation of glucose may also be indicated for patients on medication known to affect carbohydrate metabolism *(Proposed NCD for Blood Glucose Testing)*.

Limitations:

*Section 1862(a)(1)(A) of the Social Security Act requires the service to be reasonable and necessary for diagnosis and treatment in order to be covered by Medicare. Sections 42 CFR 410.32 and 411.15 specify that for a laboratory service to be reasonable and necessary, it must not only be ordered by the physician but the ordering physician must also use the result in the management of the beneficiary's specific medical problem. Implicitly, the laboratory result must be reported to the physician promptly in order for the physician to use the result and instruct continuation or*

*modification of patient care; this includes the physician's order for another laboratory service. Compliance program guidance for laboratory services sets forth conditions under which a physician's order for a repeat laboratory service can qualify as an order for another covered laboratory service. A standing order is not usually acceptable documentation for a covered laboratory service.* (CMS Transmittal No. AB-00-108, Change Request 1362, December 1, 2000)

Therefore, *if home-use glucose monitoring devices are used in the hospital and nursing home settings, a glucose monitoring service must be performed in accordance with laboratory coverage criteria to qualify for separate payment under the Medicare laboratory benefit...for a laboratory service to be reasonable and necessary:*

- *it* [the laboratory service] *must be ordered by the physician*;*

- *the ordering physician must use the result in the management of the beneficiary's specific medical problem; and*

- *the laboratory result must be reported to the physician promptly in order for the physician to use the result and instruct continuation or a modification of patient care.*

*If a physician separately orders the performance of a glucose monitoring service for a patient who can not self-administer, clinical staff generally will administer a glucose monitoring service along with their other duties. This device is* [included] *on the list of instruments that can be administered by providers registered under the Clinical Laboratory Improvement Amendments of 1988 (CLIA), including providers registered with only a certificate of waiver.* (CMS Transmittal No. AB-00-108, Change Request 1362, December 1, 2000)

Medicare program reimbursement for blood glucose monitoring services requires that the service be medically reasonable and necessary. For blood glucose determinations made with a home-use glucose monitoring device, Medicare will cover medically reasonable and necessary blood glucose monitoring services when the service is ordered by a physician to monitor a diabetic condition, with the physician promptly notified of the test results so that he/she may provide active treatment of the diabetic condition. Multiple blood glucose monitoring services, without prompt physician notification, are not covered as a diagnostic laboratory test. **

**For purposes of this policy prompt physician notification means prior to the next blood glucose test.**

<u>Clinical Examples:</u>

Medicare does not provide separate payment in a Skilled Nursing Facility (SNF) setting for
- periodic blood glucose monitoring in a diabetic such as is routinely performed in the patient's own home
- periodic blood glucose monitoring in a diabetic residing in a nursing home for custodial care (not in a SNF covered stay) who receives routine care provided by the nursing home staff, including periodic blood glucose monitoring services.

Medicare may provide separate payment for
- blood glucose monitoring services ordered by a physician. The physician must be promptly notified of the results in order to provide active medical care to treat the patient.
- blood glucose monitoring services for a diabetic who develops complications that may require changes in the patient's diabetes management. The physician would order the blood glucose monitoring service, be promptly notified of the results, and provide active treatment (such as a medication adjustment) based upon those results.

Additionally, the use of sliding scale insulin administration in a diabetic does not support a Medicare-covered blood glucose monitoring service.

*At certain times a physician may also order a separate quantitative blood glucose test to enhance a physician evaluation and management service for the patient. A specimen collection of venous blood may be sent to an independent laboratory for testing and the laboratory reports the result to the provider and ordering physician. This is a separate laboratory service billed with a different code than a home-use glucose monitoring service and is also paid under the laboratory fee schedule.* (CMS Program Memorandum, Transmittal No. AB-00-108).

* For outpatient settings other than CORFs, references to "physicians" throughout this policy include non-physicians, such as nurse practitioners, clinical nurse specialists and physician assistants. Such non-physician practitioners may certify, order and establish the plan of care for blood glucose monitoring services as authorized by State law. (See    555

http://www.adminastar.com/anthem/affiliates/

Sections 1861(s)(2) and 1862(a)(14) of Title XVIII of the Social Security Act; 42 CFR, Sections 410.74, 410.75, 410.76 and 419.22; 58 FR 18543, April 7, 2000.)

** *Medicare Part B may pay for a glucose monitoring device and related disposable supplies under its durable medical equipment benefit if the equipment is used in the home or in an institution that is used as a home. A hospital or SNF is not considered a home under this benefit. §1861(h) of the Social Security Act. §42 Code of Federal Regulations (CFR) 410.38. (CMS Transmittal No. AB-00-108).*

A claim that does not fulfill the coverage requirements described above may be given individual consideration based on review of all pertinent medical information.

## CPT/HCPCS Section and Benefit Category:

Pathology and Laboratory

## Type of Bill Code:

12X, 13X, 14X, 21X, 22X, 23X, 85X

## Revenue Codes:

30X

## CPT/HCPCS Codes:

82947© Glucose; quantitative, blood (except reagent strip)
82948     blood; reagent strip
82962   Glucose, blood by glucose monitoring device(s) cleared by the FDA specifically for home use

## Not Otherwise Classified (NOC):

Not applicable

## ICD-9 Codes That Support Medical Necessity:

011.00   Tuberculosis of lung, infiltrative, unspecified
011.01     bacteriological or histological examination not done
011.02     bacteriological or histological examination unknown (at present)
011.03     tubercle bacilli found (in sputum) by microscopy
011.04     tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture
011.05     tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed histologically
011.06     tubercle bacilli not found by bacteriological or histological examination but tuberculosis confirmed by
           other methods (inoculation of animals)
011.10   Tuberculosis of lung, nodular, unspecified
011.11     bacteriological or histological examination not done
011.12     bacteriological or histological examination unknown (at present)
011.13     tubercle bacilli found (in sputum) by microscopy
011.14     tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture
011.15     tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed histologically
011.16     tubercle bacilli not found by bacteriological or histological examination but tuberculosis confirmed by
           other methods (inoculation of animals)
011.20   Tuberculosis of lung with cavitation
011.21     bacteriological or histological examination not done
011.22     bacteriological or histological examination unknown (at present)
011.23     tubercle bacilli found (in sputum) by microscopy
011.24     tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture
011.25     tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed histologically
011.26     tubercle bacilli not found by bacteriological or histological examination but tuberculosis confirmed by
           other methods (inoculation of animals)

556

011.30   Tuberculosis of bronchus
011.31      bacteriological or histological examination not done
011.32      bacteriological or histological examination unknown (at present)
011.33      tubercle bacilli found (in sputum) by microscopy
011.34      tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture
011.35      tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed histologically
011.36      tubercle bacilli not found by bacteriological or histological examination but tuberculosis confirmed by
            other methods (inoculation of animals)
011.40   Tuberculous fibrosis of lung
011.41      bacteriological or histological examination not done
011.42      bacteriological or histological examination unknown (at present)
011.43      tubercle bacilli found (in sputum) by microscopy
011.44      tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture
011.45      tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed histologically
011.46      tubercle bacilli not found by bacteriological or histological examination but tuberculosis confirmed by
            other methods (inoculation of animals)
011.50   Tuberculous bronchiectasis
011.51      bacteriological or histological examination not done
011.52      bacteriological or histological examination unknown (at present)
011.53      tubercle bacilli found (in sputum) by microscopy
011.54      tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture
011.55      tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed histologically
011.56      tubercle bacilli not found by bacteriological or histological examination but tuberculosis confirmed by
            other methods (inoculation of animals)
011.60   Tuberculous pneumonia (any form)
011.61      bacteriological or histological examination not done
011.62      bacteriological or histological examination unknown (at present)
011.63      tubercle bacilli found (in sputum) by microscopy
011.64      tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture
011.65      tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed histologically
011.66      tubercle bacilli not found by bacteriological or histological examination but tuberculosis confirmed by
            other methods (inoculation of animals)
011.70   Tuberculous pneumothorax
011.71      bacteriological or histological examination not done
011.72      bacteriological or histological examination unknown (at present)
011.73      tubercle bacilli found (in sputum) by microscopy
011.74      tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture
011.75      tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed histologically
011.76      tubercle bacilli not found by bacteriological or histological examination but tuberculosis confirmed by
            other methods (inoculation of animals)
011.80   Other specified pulmonary tuberculosis
011.81      bacteriological or histological examination not done
011.82      bacteriological or histological examination unknown (at present)
011.83      tubercle bacilli found (in sputum) by microscopy
011.84      tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture
011.85      tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed histologically
011.86      tubercle bacilli not found by bacteriological or histological examination but tuberculosis confirmed by
            other methods (inoculation of animals)
011.90   Pulmonary tuberculosis, unspecified
011.91      bacteriological or histological examination not done
011.92      bacteriological or histological examination unknown (at present)
011.93      tubercle bacilli found (in sputum) by microscopy
011.94      tubercle bacilli not found (in sputum) by microscopy, but found by bacterial culture
011.95      tubercle bacilli not found by bacteriological examination, but tuberculosis confirmed histologically
011.96      tubercle bacilli not found by bacteriological or histological examination but tuberculosis confirmed by
            other methods (inoculation of animals)
038.0    Streptococcal septicemia
038.10   Staphylococcal septicemia; unspecified
038.11   Staphylococcus aureus septicemia

557

038.19   Other staphylococcal septicemia
038.2    Pneumococcal septicemia [Streptococcus pneumoniae septicemia]
038.3    Septicemia due to anaerobes
038.40   Gram-negative organism, unspecified
038.41   Hemophilus influenzae [H. influenzae]
038.42   Escherichia coli [E. coli]
038.43   Pseudomonas
038.44   Serratia
038.49   Septicemia due to other gram-negative organisms, other
038.8    Other specified septicemias
038.9    Unspecified septicemia
112.0    Candidiasis, of mouth
112.1    of vulva and vagina
112.3    of skin and nails
157.4    Malignant neoplasm of pancreas, Islets of Langerhans
211.7    Benign neoplasm of other parts of digestive system, Islets of Langerhans
242.00   Toxic diffuse goiter, without mention of thyrotoxic crisis or storm
242.01   with mention of thyrotoxic crisis or storm
242.10   Toxic uninodular goiter, without mention of thyrotoxic crisis or storm
242.11   with mention of thyrotoxic crisis or storm
242.20   Toxic multinodular goiter, without mention of thyrotoxic crisis or storm
242.21   with mention of thyrotoxic crisis or storm
242.30   Toxic nodular goiter, unspecified, without mention of thyrotoxic crisis or storm
242.31   with mention of thyrotoxic crisis or storm
242.40   Thyrotoxicosis from ectopic thyroid nodule, without mention of thyrotoxic crisis or   storm
242.41   with mention of thyrotoxic crisis or storm
242.80   Thyrotoxicosis of other specified origin, without mention of thyrotoxic crisis or storm
242.81   with mention of thyrotoxic crisis or storm
242.90   Thyrotoxicosis without mention of goiter or other cause, without mention of thyrotoxic crisis or storm
242.91   with mention of thyrotoxic crisis or storm
250.00   Diabetes mellitus without mention of complication; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled
250.01   type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled
250.02   type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type
250.03   type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled
250.10   Diabetes with ketoacidosis; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled
250.11   type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled
250.12   type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type
250.13   type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled
250.20   Diabetes with hyperosmolarity; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled
250.21   type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled
250.22   type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type
250.23   type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled
250.30   Diabetes with other coma; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled
250.31   type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled
250.32   type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type
250.33   type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled
250.40   Diabetes with renal manifestations; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled
250.41   type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled
250.42   type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type
250.43   type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled
250.50   Diabetes with ophthalmic manifestations; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled
250.51   type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled
250.52   type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type

| 250.53 | type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled |
| 250.60 | Diabetes with neurological manifestations; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled |
| 250.61 | type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled |
| 250.62 | type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type |
| 250.63 | type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled |
| 250.70 | Diabetes with peripheral circulatory disorders; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled |
| 250.71 | type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled |
| 250.72 | type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type |
| 250.73 | type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled |
| 250.80 | Diabetes with other specified manifestations; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled |
| 250.81 | type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled |
| 250.82 | type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type |
| 250.83 | type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled |
| 250.90 | Diabetes with unspecified complication; type II [non-insulin dependent type] [NIDDM] [adult onset type] or unspecified type, not stated as uncontrolled |
| 250.91 | type I [insulin dependent type] [NIDDM] [juvenile type], not stated as uncontrolled |
| 250.92 | type II [non-insulin dependent type] [NIDDM] [adult-onset type] or unspecified type |
| 250.93 | type I [insulin dependent type] [NIDDM] [juvenile type], uncontrolled |
| 251.0 | Hypoglycemic coma |
| 251.1 | Other specified hypoglycemia |
| 251.2 | Hypoglycemia, unspecified |
| 251.3 | Postsurgical hypoinsulinemia |
| 251.4 | Abnormality of secretion of glucagon |
| 253.0 | Acromegaly and gigantism |
| 271.4 | Renal glycosuria |
| 272.0 | Pure hypercholesterolemia |
| 272.1 | Pure hyperglyceridemia |
| 272.2 | Mixed hyperlipidemia |
| 272.3 | Hyperchylomicronemia |
| 272.4 | Other and unspecified hyperlipidemia |
| 276.0 | Hyperosmolality and/ or hypernatremia |
| 276.1 | Hyposmolality and/ or hyponatremia |
| 276.2 | Acidosis |
| 276.5 | Volume depletion |
| 276.7 | Hyperpotassemia |
| 276.8 | Hypopotassemia |
| 276.9 | Electrolyte and fluid disorders not elsewhere classified |
| 293.0 | Acute delirium |
| 345.10 | Generalized convulsive epilepsy, without mention of intractable epilepsy |
| 345.11 | with intractable epilepsy |
| 348.3 | Encephalopathy, unspecified |
| 356.9 | Idiopathic peripheral neuropathy, unspecified |
| 357.9 | Inflammatory and toxic neuropathy, unspecified |
| 362.10 | Background retinopathy, unspecified |
| 362.81 | Retinal hemorrhage |
| 362.82 | Retinal exudates and deposits |
| 368.8 | Other specified visual disturbances [blurred vision NOS; heteropsia] |
| 577.0 | Acute pancreatitis |
| 577.1 | Chronic pancreatitis |
| 607.84 | Impotence of organic origin |
| 608.87 | Retrograde ejaculation |
| 648.00 | Other current conditions in the mother classifiable elsewhere, but complicating pregnancy, childbirth, or the puerperium, diabetes mellitus, unspecified as to episode of care or not applicable |
| 648.03 | antepartum condition or complication |
| 648.04 | postpartum condition or complication |
| 648.80 | Abnormal glucose tolerance; unspecified as to episode of care or not applicable |

559

| | |
|---|---|
| 648.83 | antepartum condition or complication |
| 648.84 | postpartum condition or complication |
| 656.60 | Other fetal and placental problems affecting management of mother; excessive fetal growth; unspecified as to episode of care or not applicable |
| 656.61 | delivered, with or without mention of antepartum condition |
| 656.63 | antepartum condition or complication |
| 780.01 | Alteration of consciousness, coma |
| 780.02 | transient alteration of awareness |
| 780.09 | other |
| 780.2 | Syncope and collapse |
| 780.39 | Other convulsions |
| 780.4 | Dizziness and giddiness |
| 780.71 | Chronic fatigue syndrome |
| 780.79 | Other malaise and fatigue |
| 780.8 | Hyperhidrosis |
| 783.1 | Abnormal weight gain |
| 783.21 | Abnormal loss of weight and underweight; loss of weight |
| 783.5 | Polydipsia |
| 785.0 | Tachycardia, unspecified |
| 785.4 | Gangrene |
| 786.01 | Hyperventilation |
| 788.41 | Urinary frequency |
| 788.42 | Polyuria |
| 788.43 | Nocturia |
| 790.2 | Abnormal glucose tolerance test |
| 790.6 | Other abnormal blood chemistry |
| 791.5 | Glycosuria |
| V58.69 | Long-term (current) use of other medications |
| V67.51 | Following completed treatment with high-risk medications, not elsewhere classified |

It is the responsibility of the provider to code to the highest level specified in the *ICD-9-CM* (*e.g.*, to the fourth or fifth digit). The correct use of an *ICD-9-CM* code listed above does not assure coverage of a service. The service must be reasonable and necessary in the specific case and must meet the criteria specified in the policy.

**Diagnoses That Support Medical Necessity:**

Not applicable

**ICD-9 Codes That DO NOT Support Medical Necessity:**

Not applicable

**Reasons for Denials:**

Any reason for non-coverage as stated in the "Indications and Limitations of Coverage" section.

Routine tests or tests for screening purposes that are performed in the absence of signs, symptoms, complaints, or personal history of disease or injury are not covered except as explicitly authorized by statute. These include exams required by insurance companies, business establishments, government agencies, or other third parties.

Failure to provide documentation of the medical necessity of tests may result in denial of claims. The documentation may include notes documenting relevant signs, symptoms or abnormal findings that substantiate the medical necessity for ordering the test.

A claim for a test that exceeds frequency standards as written in this policy may be denied as not reasonable and necessary, unless submitted with documentation justifying increased frequency.

560

Tests that are not ordered by a treating physician or other qualified treating nonphysician practitioner acting within the scope of his or her license and in compliance with Medicare requirements will be denied as not reasonable and

necessary.

Failure of the laboratory performing the test to have the appropriate Clinical Laboratory Improvement Act of 1988 (CLIA) certificate for the testing performed will result in denial of claims. When a hospital obtains laboratory tests for outpatients or nonpatients under arrangements with independent laboratories or other hospital laboratories, the hospital must be sure that the laboratory performing the services has a CLIA number. (*Medicare Intermediary Manual*, CMS-Pub. 13-3, Transmittal No. 1773, April 1, 1999)

A claim that does not fulfill the coverage requirements described above may be given individual consideration based on review of all pertinent medical information.

**Noncovered ICD-9 Codes:**

Any code not listed in the "ICD-9 Codes That Support Medical Necessity" section of this policy.

**Noncovered Diagnosis:**

Not applicable

**Coding Guidelines:**

1.   Line item processing requires that each line item of a claim for clinical laboratory tests include the appropriate HCPCS code for each test performed. For every line item that contains a HCPCS code you must also report a date of service, including bills where the "from" and "through" date are equal.

2.   Refer to Correct Coding Initiative (CCI) edits for correct coding requirements prior to billing Medicare. Any claim for a test listed in "CPT/HCPCS Codes" above must be submitted with an *ICD-9-CM* diagnosis code. Codes that describe symptoms and signs, as opposed to diagnoses, should be provided for reporting purposes when a diagnosis has not been established. (*Coding Clinic for ICD-9-CM*, Fourth Quarter 1995, page 43).

3.   Providers should report the patient's reason for visit (admitting diagnosis) on outpatient bills in form Locator 76 of the UB-92. The patient's reason for visit information should be reported for all unscheduled outpatient visits when revenue codes 45X, 516 or 526 are present. The *ICD-9-CM* diagnosis code describing the patient's stated reason for seeking care (or as stated by the patient's representative) at the time of outpatient registration should be used.

4.   When hospitals obtain laboratory services for outpatients under arrangements with clinical laboratories or other hospital laboratories, only the originating hospital can bill for the arranged service (CMS Publication 13, *Medicare Intermediary Manual*, Section 3628(D)).

5.   Billing of fee-schedule laboratory tests is included with billing for outpatient services to the same beneficiary on a single bill. Hospitals are not to submit separate bills for laboratory tests performed in different departments on the same day (CMS Publication 13, *Medicare Intermediary Manual*, Section 3628).

6.   When laboratory testing is done solely to monitor response to medication, the most accurate *ICD-9-CM* code to describe the reason for the test is V58.69, long term use of medication.

7.   Periodic follow-up for encounters for laboratory testing for a patient with a prior history of a disease, who is no longer under treatment for the condition, should be coded with an appropriate code from the V67 category-follow-up examination.

8.   *If a glucose monitoring service is administered for a patient who is hospitalized and eligible for Medicare Part B but is not in a Part A covered hospital stay, a Form CMS-1450 is submitted to the intermediary using type of bill (TOB) 12X and revenue code 30X and is paid under the clinical laboratory fee schedule. (CMS Publication 13, Medicare Intermediary Manual, Sections 3604 and 3628 and CMS Program Memorandum, Transmittal No. AB-00-108)*

9.   *Laboratory services rendered to inpatients not covered under Part A (inpatient Part B services) and outpatients are billed by the SNF or the rendering provider. Part B clinical diagnostic lab services are paid based on the*

561

*clinical diagnostic lab fee schedule.* (CMS Transmittal No. 368, Publication 12, *Medicare Skilled Nursing Facility Manual*, Change Request #1323, May 24, 2001)

10. *If a* [Medicare] *Part B only patient resides in a nursing home certified bed, a UB-92 using TOB 22X and revenue code 30X is submitted to the intermediary. The laboratory cost center of the cost report must reflect the corresponding glucose monitoring costs and charges even when the provider is registered for laboratory testing with only a certificate of waiver from CLIA.* (CMS Program Memorandum, Transmittal No. AB-00-108)

11. *Record charges for patients occupying beds in non-Medicare certified areas as non Medicare charges for the purpose of apportioning the SNF's laboratory costs. Bill as 22X type of bill. Payment is based on the lab fee schedule. Use bill type 22X for lab services to Part B residents and 23X for non residents. Neither deductible nor coinsurance applies to lab fee schedule payments. (CMS Transmittal No. 368, Publication 12, *Medicare Skilled Nursing Facility Manual*, Change Request #1323, May 24, 2001)

12. *When a glucose monitoring service meets the criteria to be a covered laboratory service for a* [Medicare] *Part B only patient, regardless of whether the nursing home patient resides in a certified or non-certified bed, payment must be made. Denial of payment for a Part B covered laboratory service cannot be made on the basis that the service is routine care. Under Medicare, routine care determinations are applicable only for Part A nursing home services* (CMS Program Memorandum, Transmittal No. AB-00-108)

13. *Nursing and physician duties, include observing, ordering, administering and interpreting the patient's health status are paid predominately under other payments systems, such as the state nursing home payment system or the physician payment system. If home-use glucose monitoring devices are used in the hospital and nursing home settings, a glucose monitoring service must be performed in accordance with laboratory coverage criteria to qualify for separate payment under the Medicare laboratory benefit.* (CMS Program Memorandum, Transmittal No. AB-00-108)

14. *Medicare Part B may pay for a glucose monitoring device and related disposable supplies under its durable medical equipment benefit if the equipment is used in the home or in an institution that is used as a home. A hospital or SNF is not considered a home under this benefit.* (42 CFR 410.38)

15. Diagnostic clinical laboratory tests are subject to consolidated billing for skilled nursing facility (SNF) residents while in an SNF Part A hospital stay.

16. Freestanding clinics should bill laboratory services to the Part B carrier, and provider-based clinics should bill these services to the fiscal intermediary that serves the main provider (*e.g.*, the hospital's intermediary) (CMS Program Memorandum, Transmittal No. A-00-30).

17. Payment for certain laboratory tests performed by ESRD facilities, whether performed by the facility or through an independent laboratory, is included in the composite rate. These tests are listed in CMS Publication 13, *Medicare Intermediary Manual*, Sections 3167.3 and §3171.2A. ESRD facilities that are CLIA certified may furnish laboratory services directly and may bill separately for laboratory services that are not included within the composite rate. CLIA-certified ESRD facilities that separately bill for laboratory services must bill their fiscal intermediary. (CMS Publication 13, *Medicare Intermediary Manual*, Section 3644.1).

18. Critical access hospitals (CAHs) (bill type 85X) are paid under a reasonable cost based system, as required under section 1834(g) of the Social Security Act and are excluded from the Outpatient Prospective Payment System. CAHs are required to report HCPCS only for services not paid on a reasonable cost basis (CMS Publication 13, *Medicare Intermediary Manual*, Section 3627.8).

**Documentation Requirements:**

The ordering physician must include evidence in the patient's clinical record that an evaluation of history and physical preceded the ordering of glucose testing and that manifestations of abnormal glucose levels were present to support the medical necessity (and frequency) of the test as it is covered by Medicare (see "Indications for and Limitations of Coverage"). This documentation includes, but is not limited to, relevant medical history, physical examination, and results of pertinent diagnostic tests or procedures. This information should be available and submitted upon reconsideration or upon request of the intermediary.

http://www.adminastar.com/anthem/affiliates/...

**Other Comments:**

After the conclusion of the formal comment period (April 4, 2001 through June 9, 2001), ASF was instructed by CMS to incorporate local interpretation of CMS National Policy (see CMS Program Memorandum, Transmittal No. AB-00-108, December 1, 2000). Specifically, the Blood Glucose Monitoring LMRP is revised to clarify that only diagnostic blood glucose monitoring services are covered, "prompt physician notification" is defined, and clinical examples are added to enhance clarification of Medicare covered blood glucose monitoring services. AdminaStar Federal has received approval from CMS Region V to publish this policy (with an effective date of October 1, 2001) simultaneously with a (second) advice and comment period (from 10/01/2001 through 11/15/2001).

Limitation of liability and refund requirements apply when denials are based on medical necessity. They do not apply when the test, item or procedure is done for screening purposes. The provider must notify the beneficiary in writing if the provider is aware that the test, item or procedure may not be covered by Medicare.

This policy has been developed in response to a demonstrated increase in utilization of glucose monitoring services. The purpose of the policy is to clarify Medicare National Coverage Policy and to provide instruction to providers to ensure that these services are billed and reimbursed correctly.

**Sources of Information and Basis for Decision:**

Draft Medicare National Coverage Decision for Blood Glucose Testing. Retrieved 02/03/2000 from the World Wide Web: http://www.CMS.gov/quality/docs/labsd-09.htm - We augmented our list of covered diagnoses with codes drawn from this draft National Coverage Decision (NCD). In addition, the draft NCD was used as a reference for the language found in the "Description" and "Indications and Limitations of Coverage and/or Medical Necessity" sections of our policy.

Draft Recommended Medicare National Coverage Policy for Blood Glucose Testing (Open for comments through 11/11/1998). Retrieved 11/06/98 from the World Wide Web: http://www.CMS.gov/quality/docs/labs-em3.htm

Ohio carrier LMRP, 08/01/97 - This carrier policy serves as the basis for our list of covered *ICD-9-CM* codes.

Other Medicare contractor LMRPs (Illinois carrier [11/15/97], Kentucky intermediary [05/15/98] and Ohio intermediary [07/01/97])

**Advisory Committee Notes:**

Discussion of the draft policy with the Intermediary Advisory Committee (IAC) was conducted via the U.S. Postal Service.

**Start Date of Comment Period:**

Public Comment:          04/20/2001
IAC Comment:             04/20/2001

**End Date of Comment Period:**

Public Comment:          06/09/2001
IAC Comment:             06/09/2001

**Start Date of Notice Period:**

10/01/2001

**Revision History:**

R3 (Effective 09/01/2002): Source of revision – Internal/external. The "Indications and Limitations of Coverage" section is revised to clarify fiscal intermediary coverage. This policy is also revised to reflect current *Medicare Program Integrity Manual* requirements and the AdminaStar Federal FI current policy format.

563

Case 1:06-cv-02144-RCL   Document 20-10   Filed 05/08/2007   Page 22 of 49

R2 (Effective 10/01/2001): Revised Coding Guidelines #9 and 11 concerning 22X and 23X TOB to comply with instructions finalized in CMS Transmittal No. 368, Publication 12, Medicare Skilled Nursing Facility Manual, Change Request #1323, May 24, 2001, as finalized in Transmittal No. 370, September 21, 2001.

R1 (Effective 10/01/2001): ICD-9-CM update added 608.87.

**This Policy Supersedes the Following Intermediary Policies:**

| | |
|---|---|
| State: | Ohio |
| Publication Date: | May 1997 |
| Provider Bulletin: | 97-11 |
| Original Effective Date: | 07/01/1997 |

This policy does not reflect the sole opinion of the contractor or Contractor Medical Director. Although the final decision rests with the contractor, this policy was developed in cooperation with advisory groups, which includes [*sic*] the Intermediary Advisory Committee (IAC) and representatives from laboratory organizations, as well as various State and local provider organizations.

http://www.adminastar.com/anthem/affiliates/adminastar/meds/files/ASF_FI_OH_B...

| **Contractor's Policy Number** | 003-96 |
| **Contractor Name** | RIVERBEND GOVERNMENT BENEFITS ADMINISTRATOR |
| **Contractor Number** | 00390 |
| **Contractor Type** | Fiscal Intermediary |
| **LMRP Title** | Blood Glucose Testing |

## AMA CPT Copyright Statement

CPT Codes, descriptions, and other data only are copyright 2002 American Medical Association (or such other date of publication of CPT). All Rights Reserved. Applicable FARS/DFARS Apply.

## CMS National Coverage Policy

Title XVIII of the Social Security Act, section 1862 (a)(7). This section excludes routine physical examinations.

Title XVIII of the Social Security Act, section 1862 (a)(1)(A). This section allows coverage and payment for only those services that are considered to be reasonable and necessary.

Title XVIII of the Social Security Act, section 1862 (e). This section prohibits Medicare payments for any claim which lacks the necessary information to process the claim.

HCFA Publication 14-3, Medicare Carrier Manual, section 5114.1-5114.3

42CFR410.32. Diagnostic tests may only be ordered by a treating physician (or other treating practitioner acting within the scope of their license and Medicare requirements).

## Primary Geographic Jurisdiction

Tennessee, New Jersey

## Secondary Geographic Jurisdiction

Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming

## CMS Region

## CMS Consortium

Southern (Includes Atlanta and Dallas Regions)

**Original Policy Effective Date**

02/20/1997

**Original Policy Ending Date**

N/A

**Revision Effective Date**

03/15/1999, 07/15/1999, 08/06/1999, 12/10/1999, 04/28/2000, 01/05/01, 01/18/02, 02/08/02, 04/03/02

**Revision Ending Date**

N/A

**LMRP Description**

Diagnostic test performed to diagnose hypoglycemia, hyperglycemia, aid in management of diabetes mellitus

**Indications and Limitations of Coverage and/or Medical Necessity**

Blood glucose testing is performed to:

- diagnose hypoglycemia
- diagnose hyperglycemia
- aid in the management of diabetes mellitus

Blood glucose testing is not eligible for coverage when performed for:

- screening purposes in asymptomatic individuals
- individuals without signs or symptoms of hypoglycemia or hyperglycemia without diagnoses related to diabetes mellitus
- a diagnostic condition unrelated to hypo- or hyperglycemia or diabetes mellitus

The routine or standing order use of a home glucose monitoring device (82962) will only be considered medically necessary as a laboratory procedure when the physician is PROMPTLY informed of the result PRIOR to the next testing episode. Blood glucose monitoring by 82962 without this reporting is part of the patients' self-care. If the patient is in a skilled nursing facility, routine glucose monitoring (including any tests, which are not promptly reported) is a part of routine personal care and is not a separately reportable or billable procedure. (PM AB-00-108 of December 2000).

**CPT/HCPCS Section & Benefit Category**

Lab

566

## Type of Bill Codes

12X, 13X, 14X, 21X, 22X, 23X, 71X

## Revenue Codes

30X, 31X

## CPT/HCPCS Codes

Laboratory

| | |
|---|---|
| 82947 | Glucose Quantitative; blood (except reagent strip) |
| 82948 | Blood, reagent strip |
| 82962 | Glucose, blood by glucose monitoring device(s) cleared by the FDA specifically for home. |

## Not Otherwise Classified (NOC)

N/A

## ICD-9 Codes that Support Medical Necessity

| | |
|---|---|
| 011.0-011.96 | Tuberculosis |
| 038.0-038.9 | Septicemia |
| 112.1 | Candidiasis of vulva and vagina |
| 112.3 | Candidiasis of skin and nails |
| 118 | Opportunistic Mycoses |
| 157.4 | Malignancy of pancreas (Islets of Langerhans) |
| 158.0 | Malignant neoplasm of retroperitoneum |
| 211.7 | Benign neoplasm of Islets of Langerhans |
| 242.00-242.91 | Thyrotoxicosis, with or without goiter |
| 250.00-250.93 | Diabetes Mellitus |
| 251.0-251.9 | Disorders of pancreatic internal secretion |
| 253.0-253.9 | Disorders of the pituitary gland |
| 255.0 | Cushing syndrome |
| 53.0-263.9 | Malnutrition |

http://www.riverbendgba.com/vlmrp/003-96.html

| 271.0-271.9 | Disorders of carbohydrate transport and metabolism |
| 272.0-272.4 | Disorders of lipoid metabolism |
| 275.0 | hemochromatosis |
| 276.0-276.9 | Disorders of fluid, electrolyte and acid-base balance. |
| 278.3 | Hypercarotinemia |
| 293.0 | Acute delirium |
| 294.9 | Unspecified organic brain syndrome |
| 298.9 | Unspecified psychosis |
| 300.9 | Unspecified neurotic disorder |
| 310.1 | Organic personality syndrome |
| 337.9 | Autonomic nervous system neuropathy |
| 345.10-345.11 | Generalized convulsive epilepsy |
| 348.3 | Encephalopathy, unspecified |
| 355.9 | Mononeuritis site unspecified |
| 356.9 | Unspecified hereditary and idiopathic peripheral neuropathy |
| 357.9 | Unspecified inflammatory and toxic neuropathy |
| 362.01-362.02 | Diabetic retinopathy, background and proliferative |
| 362.10 | Background retinopathy, unspecified |
| 362.18 | Retinal vasculitis |
| 362.29 | Nondiabetic proliferative retinopathy |
| 362.50-362.57 | Degeneration of macular posterior pole |
| 362.60-362.66 | Peripheral retinal degeneration |
| 362.81-362.89 | Other retinal disorders |
| 365.04 | Ocular hypertension |
| 365.32 | Corticosteriod-induced glaucoma, residual stage |
| 366.00-366.09 | Presenile cataract |
| 366.10-366.19 | Senile cataract |
| 367.1 | Acute myopia |
| ง8.8 | Other specified visual disturbance |

| 373.00 | Blepharitis |
| 377.24 | Pseudopapilledema |
| 377.9 | Unspecified disorder of optic nerve and visual pathways |
| 378.50-378.55 | Paralytic strabismus |
| 379.45 | Argyll-Robertson pupils |
| 410.00-410.92 | Acute myocardial infarctions |
| 414.00-414.19 | Coronary atherosclerosis and aneurysm of heart |
| 425.9 | Secondary cardiomyopathy, unspecified |
| 440.23 | Arteriosclerosis of extremities with ulceration |
| 440.24 | Arteriosclerosis of extremities with gangrene |
| 440.9 | Generalized and unspecified arteriosclerosis |
| 458.0 | Orthostatic hypotension |
| 462 | Acute pharyngitis |
| 466.0 | Acute bronchitis |
| 480.0-486 | Pneumonia |
| ₊90 | Bronchitis, not specified as acute or chronic |
| 491.0-491.9 | Chronic bronchitis |
| 527.7 | Disturbance of salivary secretion |
| 528.0 | Stomatitis |
| 535.50-535.51 | Gastritis |
| 536.8 | Dyspepsia |
| 571.8 | Other chronic nonalcoholic liver disease |
| 572.0-572.8 | Liver abscess and sequelae of chronic live disease |
| 574.50-574.51 | Choledocholitiasis |
| 575.0-575.12 | Cholecystitis |
| 576.1 | Cholangitis |
| 577.0 | Acute pancreatitis |
| 577.1 | Chronic pancreatitis |
| ⁻7.8 | Pancreatic multiple calculi, other specified diseases of pancreas |

| | |
|---|---|
| 590.00-590.9 | Infections of the kidney |
| 595.9 | Cystitis, unspecified |
| 596.1 | Intestinovesical fistula |
| 596.4 | Bladder atony |
| 596.53 | Paralysis of bladder |
| 599.0 | Urinary tract infection, site not specified |
| 607.84 | Impotence of organic origin |
| 608.89 | Other disorders male genital organs |
| 616.10 | Vaginitis and Vulvovaginitis, unspecified |
| 626.0 | Amenorrhea |
| 626.4 | Irregular menses |
| 628.9 | Infertility - female, unspecified origin |
| 648.00 | Diabetes mellitus complicating pregnancy, Childbirth or the puerperium, unspecified as to episode of care or not applicable |
| 648.01 | Diabetes mellitus complicating pregnancy, childbirth or the puerperium, delivered, with or without mention of antepartum condition |
| 648.02 | Diabetes mellitus complicating pregnancy, childbirth or the puerperium, delivered, with mention of postpartum condition |
| 648.03 | Diabetes mellitus complicating pregnancy, Childbirth or the puerperium, antiparty condition or complication |
| 648.04 | Diabetes mellitus complicating pregnancy, Childbirth or the puerperium, postpartum condition or complication |
| 648.80 | Abnormal glucose tolerance complicating pregnancy, childbirth or the puerperium, unspecified as to episode of care or not applicable |
| 648.81 | Abnormal glucose tolerance complicating pregnancy, childbirth, or the puerperium, delivered with or without mention of antepartum condition. |
| 648.82 | Abnormal glucose tolerance complicating pregnancy, childbirth, or the puerperium, delivered with mention of postpartum condition |
| 648.83 | Abnormal glucose tolerance complicating pregnancy, |

570

| | |
|---|---|
| | childbirth or the puerperium, antiparty condition of complication |
| 648.84 | Abnormal glucose tolerance complicating pregnancy, childbirth or the puerperium, postpartum condition or complication |
| 656.60-656.63 | Fetal problems affecting management of mother - large for-date of fetus |
| 657.00-657.03 | Polyhydramnios |
| 680.0-680.9 | Carbuncle and furuncle |
| 686.00-686.9 | Infections of skin and subcutaneous tissue |
| 698.0 | Pruritis ani |
| 698.1 | Pruritis of genital organs |
| 704.1 | Hirsutism |
| 705.0 | Anhidrosis |
| 707.0-707.9 | Chronic ulcer of skin |
| 709.3 | Degenerative skin disorders |
| 729.1 | Myalgia |
| 730.07-730.27 | Osteomyelitis of tarsal bones |
| 780.01 | Coma |
| 780.02 | Transcient alternation of awareness |
| 780.09 | Alteration of Consciousness, other |
| 780.2 | Syncope and collapse |
| 780.31 | Febrile convulsions |
| 780.39 | Seizures, other convulsions |
| 780.4 | Dizziness and giddiness |
| 780.71-780.79 | Malaise and fatigue |
| 780.8 | Hyperhidrosis |
| 781.0 | Abnormal involuntary movements |
| 782.0 | Disturbance of skin sensation |
| 783.1 | Abnormal weight gain |
| 783.21 | Loss of Weight |
| 783.22 | Underweight |

| | |
|---|---|
| 783.5 | Polydipsia |
| 783.6 | Polyphagia |
| 785.0 | Tachycardia |
| 785.4 | Gangrene |
| 786.01 | Hyperventilation |
| 786.09 | Dyspnea and respiratory abnormalities, other |
| 786.50 | Chest pain, unspecified |
| 787.6 | Fecal incontinence |
| 787.91 | Diarrhea |
| 788.41-788.43 | Frequency of urination and polyuria |
| 789.1 | Hepatomegaly |
| 790.2 | Abnormal glucose tolerance test |
| 790.6 | Other abnormal blood chemistry (hyperglycemia) |
| 791.0 | Proteinuria |
| 791.5 | Glycosuria |
| 96.1 | Abnormal reflex |
| 799.4 | Cachexia |
| V23.0-V23.9 | Supervision of high risk pregnancy |
| V67.2 | Follow-up examination, following chemotherapy |
| V58.69 | Long term current use of other medication |
| V67.51 | Follow-up examination following completed treatment with high-risk medications, not elsewhere classified |
| V72.84 | Pre-operative examination, unspecified |

The above list of covered ICD-9-CM diagnoses are not to be considered an all-inclusive list.

## Diagnoses that Support Medical Necessity

N/A

## ICD-9 Codes that DO NOT Support Medical Necessity

N/A

## Diagnoses that DO NOT Support Medical Necessity

N/A

## Reasons for Denials

A glucose monitoring laboratory service including 82962 (home glucose monitoring device usage) MUST be performed in accordance with laboratory service coverage criteria including the order and clear use of a laboratory result prior to a similar subsequent laboratory order.

Failure to provide documentation of the medical necessity of tests may result in denial of claims. Such documentation may include notes documenting relevant signs, symptoms or abnormal findings that substantiate the medical necessity for ordering the tests.

Failure to provide independent verification that the test was ordered by the treating physician or non-physician practitioner.

Failure to submit an ICD-9-CM code or narrative diagnosis listed as covered in the policy unless other medical documentation justifying the necessity is submitted with the claim.

Failure of the laboratory performing the test to have the appropriate Clinical

Laboratory Improvement Act of 1988 (CLIA) certificate for the testing performed will result in denial of claims.

Tests for screening purposes that are performed in the absence of signs, symptoms, complaints, or personal history of disease or injury.

Exams required by insurance companies, business establishments, government agencies, or other third parties

## ICD-9-CM Codes Denied

| 798.0 - 798.9 | Sudden death, cause unknown |
| V15.85 | Exposure to potentially hazardous body fluids |
| V16.1 | Family history of malignant neoplasm / trachea, bronchus, and lung |
| V16.2 | Family history of malignant neoplasm / other respiratory and intrathoracic organs |
| V16.40 - V16.49 | Family history of malignant neoplasm / genital organ unspecified to other |
| V16.51 - V16.59 | Family history of malignant neoplasm / urinary organs, kidney and other |
| V16.6 | Family history of malignant neoplasm / leukemia |
| 16.7 | Family history of malignant neoplasm / other lymphatic and hematopoietic neoplasms |

| V16.8 | Family history of malignant neoplasm / other specified malignant neoplasm |
| V16.9 | Family history of malignant neoplasm / unspecified malignant neoplasm |
| V17.0 - V17.8 | Family history of chronic disabling diseases / psychiatric condition to other musculoskeletal diseases |
| V18.0 - V18.8 | Family history of certain other specific conditions / diabetes mellitus to infectious and parasitic diseases |
| V19.0 - V19.8 | Family history of other conditions, blindness or visual loss, to other condition |
| V20.0 - V20.2 | Health supervision of infant or child / foundling to routine infant or child health check |
| V28.0 - V28.9 | Antenatal screenings |
| V50.0 - V50.9 | Elective surgery for purposes other than remedying health states / hair transplant to unspecified |
| V53.2 | Fitting and adjustment of hearing aid |
| V60.0 - V60.9 | Housing, household, and economic circumstances |
| '62.0 | Unemployment |
| V62.1 | Adverse effects of work environment |
| V65.0 | Healthy persons accompanying sick person |
| V65.1 | Person consulting on behalf of another person |
| V68.0 - V68.9 | Encounters for administrative purposes / issue of medical certificates, to unspecified administrative purpose |
| V70.0 - V70.9 | General medical examinations |
| V72.6 | Laboratory examination, special investigations and examinations |
| V73.0 - V73.99 | Special screening examination for viral and Chlamydial diseases |
| V74.0 - V74.9 | Special screening examination for bacterial and spirochetal diseases |
| V75.0 - V75.9 | Special screening examination for other infectious diseases |
| '6.0 | Special screening for malignant neoplasms / respiratory organs |

| V76.3 | Special screening for malignant neoplasms / bladder |
| V76.42 - V76.9 | Special screening for malignant neoplasms / oral cavity to unspecified |
| V77.0 - V77.99 | Special screening for endocrine, nutritional, metabolic and immunity disorders |
| V78.0 - V78.9 | Special screening for disorders of blood and blood-forming organs |
| V79.0 - V79.9 | Special screening for mental disorders and developmental handicaps |
| V80.0 - V80.3 | Special screening for neurological, eye, and ear diseases |
| V81.0 - V81.6 | Special screening for cardiovascular, respiratory, and genitourinary diseases |
| V82.0 - V82.9 | Special screening for other conditions |

### Noncovered Diagnoses

N/A

### Coding Guidelines

N/A

### Documentation Requirements

Documentation supporting medical necessity must be submitted if additional documentation is requested. Submit:

- M.D. orders/progress notes
- Diagnosis/Reason for test
- Test results
- Itemization of charges

### Utilization Guidelines

N/A

### Other Comments

It is expected that glucose testing performed for a sign or symptom e.g., collapse or giddiness, for which etiology is not clear, is being done to rule out hypoglycemia, etc.

### rces of Information and Basis for Decision

- 1999 CPT Book, American Medical Association
- Diagnostic Tests Handbook, Springhouse corporation, 1987.
- Carrier Policies

## Advisory Committee Notes

N/A

## Start Date of Comment Period

11/27/1996

## End Date of Comment Period

N/A

## Start Date of Notice Period

01/20/1997

## Revision History

04/03/02 Deleted obsolete codes from 01/05/01 revision

02/08/02 Revision to ICD-9 Code [2002 ICD-9-CM]

01/18/02 Updated codes (Negotiated Rulemaking: Coverage and Administrative Policies for Clinical Diagnostic Laboratory Services; Final Rule: Nov 2001)

01/05/01 Codes updated with ICD-9 Code Book 2001 and CPT Code Book 2001

Clarification of self-care monitoring vs medically necessary laboratory testing

Back to LMRPs

# Other Researched Information

**Clinical Studies**:

**Government Publications**:
Medicare intermediary Manual, Transmittal 1879, April 18, 2003

HIPPA Administrative Simplification – Transactions & Code Sets,
http://www.cms.hhs.gov/hippa/hippa2/regulations/transactions/default.asp

Clinical Laboratory Updates – Blood Glucose Tests, Medicare Bulletin – GR 96-4,
July/August 1996

**Journals, Articles:**
King, D., New Diabetes Testing Guidelines Published, www.ADVANCEforMLP.com , March
11, 2002

Sacks, D., Bruns, D., et al, Guidelines and Recommendations for Laboratory Analysis in
the Diagnosis and Management of Diabetes Mellitus, Clinical Chemistry, 48:3, 436-472
(2002)

Sacks et al, Laboratory Analysis in Diabetes Mellitis, Diabetes Care, 25:4, April 2002,
458-472

Blood Glucose Testing, C&S Administrative Services for Medicare, October/November
1996

**Other FI's/ Carriers:**

**Other information:**

# Medicare
# Intermediary Manual
## Part 3 - Claims Process

**Department of Health & Human Services (DHHS)**

**Centers for Medicare & Medicaid Services (CMS)**

Transmittal 1879

Date: APRIL 18, 2003

CHANGE REQUEST 2586

| HEADER SECTION NUMBERS | PAGES TO INSERT | PAGES TO DELETE |
|---|---|---|
| 3628 (Cont.) – 3628.1 (Cont.) | 6-165.2 – 6-166.4a (7 pp.) | 6-165.2 – 6-166.4 (6 pp.) |

MANUALIZATION--*EFFECTIVE DATE:* **Not applicable**

Section 3628, Clinical Diagnostic Laboratory Services Other Than To Inpatients, revises Exhibit 3 to reflect the correct payment methodology for SNF patients.

NEW/REVISED MATERIAL--*EFFECTIVE DATE: July 1, 2003*
*--IMPLEMENTATION DATE: July 1, 2003*

Section 3628.1, Screening Pap Smears and Screening Pelvic Examinations, is revised to include code Q0091 for the billing of screening Pap smears which was inadvertently left out of prior instructions. It also lists the appropriate payment and revenue code for this code. Definitions for the other allowable HCPCS codes are being updated for definition clarification. Also, the 75X bill type has been removed from this benefit.

You must notify providers of this new billing information in your next regularly scheduled bulletin and post on your Web site within two weeks of receiving this instruction.

DISCLAIMER:  The revision date and transmittal number only apply to the redlined material.  All other material was previously published in the manual and



# Centers for Medicare & Medicaid Services

Home | About CMS | FAQs | Feedback  ✉ 🖨 ▼ T          Search now   Go

Professionals ◇   Governments ◇   Consumers ◇   Public Affairs ◇

**Programs**
★ Medicare
★ Medicaid
★ SCHIP
★ HIPAA
★ CLIA

**Topics**
★ Advisory Committees
★ Coverage
★ Manuals
★ New Freedom
★ Open Door Forums
★ PRIT
★ Quality Initiatives
★ Quarterly Provider Update
★ Regulations
★ State Waivers
★ Statistics & Data

**Resources**
★ Acronyms
★ Contacts
★ Forms
★ Glossary
★ Mailing Lists
★ Search

You are here: Administrative Simplification > Regulations > Transactions & Code Sets

## HIPAA Administrative Simplification - Transactions & Code Sets

### Final Rule

- The Final Rule adopting changes to the HIPAA Electronic Transactions and Code Set Standards will be published in the Federal Register on February 20, 2003. This final rule modifies a number of the electronic transactions and code sets adopted as national standards under HIPAA, and eliminates the NDC code set as the standard for all providers except retail pharmacies. It does not adopt a standard reporting drugs and biologics on non-retail pharmacy transactions. Click here to view the Final Rule (PDF 367K). The modifications are published as Addenda to the ASC X12N Implementation Guides and are available through the Washington Publishing Company at www.wpc-edi.com.
- Final Rule published in the Federal Register on August 17, 2000
  - ○ HTML Format (in 2 parts) - Preamble | Regulation Text
  - ○ Complete Rule as published in the Federal Register - HTML Format | PDF Format (472KB)
- Designated Standards Maintenance Organizations announced in the Federal Register, August 17, 2000
  - ○ Announcement in HTML Format
  - ○ HTML Format | PDF Format (115KB)
- Technical corrections published in the Federal Register on November 24, 2000 - HTML Format | PDF Format (117KB)

### Proposed Rule

- Proposed Rule published in the Federal Register on May 7, 1998 - Comment period ended July 6, 1998
  - ○ HTML Format
  - ○ PDF Format (324KB)
  - ○ Text Format

### Implementation Guides

- HIPAA Implementation Guides

### Code Sets

1. Health Care Common Procedure Coding System (HCPCS)
   This file contains the Level II alpha-numeric HCPCS procedure and modifier codes, their long and short descriptions. These codes, which are established by CMS's Alpha-Numeric Editorial Panel, primarily represent items and supplies

and nonphysician services not covered by the American Medical Association's CPT-4 codes. This file does not contain the American Medical Association's CPT-4 codes. CPT-4 codes can be purchased from the American Medical Association at 1-800-621-8335.
Alpha-Numeric HCPCS File (ANHCPC03.ZIP - 836Kb)

2. International Classification of Diseases, 9th revision, Clinical Modification ICD-9-CM Volumes 1 & 2 (diagnosis codes) are maintained by the National Center for Health Statistics, Centers for Disease Control (CDC) in HHS. The diagnosis link is:
www.cdc.gov/nchs/icd9.htm

3. International Classification of Diseases, 9th revision, Clinical Modification ICD-9-CM Volume 3 (procedures) are maintained by CMS. The CMS procedure link is:
www.cms.hhs.gov/paymentsystems/icd9

> *Note:* This page includes links to specialized data and multimedia files. Viewing these files requires the use of a third-party plug-in or viewer. For more information or to test whether your computer can read these files, visit our File Formats and Plug-Ins page.

> *Note:* Some of the files on this page are available only in Adobe Acrobat - Portable Document Format (PDF). To view PDF files, you must have the Adobe Acrobat Reader (minimum version 4, version 5 suggested). You can check here to see if you have the Acrobat Reader installed on your computer. If you do not already have the Acrobat Reader installed, please go to Adobe's Acrobat download page now.

Last Modified on Friday, May 30, 2003



Privacy & Security | Accessibility | FOIA | Help | Email Updates | CMS Careers
Health and Human Services | Medicare.gov | FirstGov  147

## Centers for Medicare & Medicaid Services

7500 Security Boulevard, Baltimore MD 21244-1850
CMS Telephone Numbers

*CMS/*

# Restrictions on Ability to Bill Medicare or to Reopen Claims Where Certain Primary Payers Had Previously Made Primary Payment

Medicare has settled certain claims arising under the Medicare Secondary Payer provisions of the Social Security Act with the following organizations, their subsidiaries, and insurance and third party administration customers: Blue Cross Blue Shield of Michigan (BCBSM), Blue Cross Blue Shield Association (BCBSA) Settling Plans, and The Travelers Insurance Company ("settling entities"). In each of these settlements, these was a mutual forgiveness of debts arising from one party's mistaken primary payment when the other party was supposed to make the primary payment. This provision applies to services provided **on or before** the release dates which are as follows:

| | |
|---|---|
| BCBSM | November 28, 1994 |
| Travelers | June 28, 1995 |
| BCBSA | July 17, 1995 |

You should not submit initial claims or request reopening of claims previously processed by Medicare as Medicare secondary payer for services provided on or before these release dates if a settling entity had previously made a primary payment. This applies even if the settling entity has withdrawn its payment subsequent to the release date.

If a group health plan requests that you refund its prior primary payment and bill Medicare for primary payment, it is your responsibility to determine if the plan was insured or administered by a settling entity <u>before</u> you submit the initial claim or request that a claim be reopened.

If, prior to receipt of this information from Medicare, you did submit such an initial claim or request a reopening of such a claim, and received a primary payment from Medicare, you should repay Medicare within 60 days and rebill the other payer.

Submittal of such an initial claim or request to reopen a claim for which Medicare made secondary payment, or failure to repay Medicare on such known claims could be viewed as the submittal of a false claim upon the United States.

**You may not bill the beneficiary on any assigned claims affected by this restriction.**

You may wish to contact any of the settling entities to determine how the settlement affects your relationship with that entity.

You may contact this Medicare contractor if you wish to discuss this information. [TN/NC EM 96-207]

# Clinical Laboratory Updates

## *Blood Glucose Tests*

When a finger-stick blood glucose test is performed and a glucose monitoring device is used, the procedure code 82962 should be billed. We have found that many providers have been doing a finger-stick blood glucose test and billing the quantitative glucose code 82947. This code (82947) is to be used when there is blood drawn from the patient by means other than a finger-stick and a laboratory method, other than a monitoring device, is used to obtain the test results. The procedure code 82948, should be billed when a finger-stick and a color chart are used to determine tests results. Please verify that when you are performing a finger-stick glucose test and using a monitoring device, that you are billing the correct code of 82962. **NOTE:** when a finger-stick is used to obtain blood for a test, a venipuncture (G0001) may **not** be billed in addition to the laboratory test.

---

## *Automatable Laboratory Tests*

In some instances a physician may need to perform a blood glucose test (82947) and/or potassium test (84132) in his/her office for immediate patient treatment **and** send additional automatable tests to a reference laboratory. To prevent paying for duplicate tests, Medicare will pay for the glucose and/or potassium test performed in the physician's office and additional automatable tests sent to a reference laboratory if the additional automatable tests are ordered individually, as opposed to ordering them as part of a regular panel, **and** a glucose and/or potassium test has not been ordered from the reference laboratory.

The reference laboratory should add the **QP** modifier to the appropriate automated, multichannel test code (80002 through G0059) certifying that the automatable tests were ordered on an individual basis by the physician.

Glucose and/or potassium tests billed by the physician's office will be denied as duplicate tests if the reference laboratory does not use the **QP** modifier when billing for additional automatable tests done on the same day.

Automatable tests, other than glucose and potassium, done in the physician's office will be denied as duplicates if billed on the same day by a reference laboratory.

## *Positive Cultures*

It is considered to be redundant for physicians to perform cultures in their office and also send cultures to the reference laboratory. If cultures are billed by the physician and the reference lab, the physician's bill will be denied. However a gram stain performed in the office plus subsequent cultures sent out to a reference lab will be appropriately paid. ✦

# Independently Practicing Psychologists (Qualified)

The diagnostic services performed by a qualified psychologist practicing independently of an institution, agency, or physician's office are covered as "other diagnostic tests" if a physician orders such testing. A qualified psychologist is an individual who holds a valid credential (as legally specified) for such practice.

A psychologist is considered as practicing independently where:

- He/she renders services on his/her own responsibility, free of administrative and professional control of an employer such as a physician, institution, or agency;
- The persons he/she treats are his/her own patients; and
- He/She has the right to bill directly, collect and retain the fee for his/her services.

A psychologist practicing in an office located in an institution may be considered an independently practicing psychologist when **both** of the following **two** conditions exist:

- The office must be confined to a separately identified part of the facility which is used solely as the psychologist's office and cannot be construed as extending throughout the entire institution; and
- He/She carries on a private practice, i.e., services are rendered to patients from outside the institution as well as to institutional patients.

Procedure code **96100** is used to bill for psychological testing. Time less than a full hour should be billed as a complete hour (i.e., 2½ hours should be billed as 96100 with 3 as the number of services). The documentation to support the reason why testing was ordered must be maintained in the patient's medical record.

Diagnostic psychological services are not subject to the mental health services payment limitation. The psychologist may accept assignment under the usual procedure or may bill the patient and file a nonassigned claim. Under either method, the name and identification number of the physician ordering the test must be shown. MCM 2070.2, 5112.2 ✦

TITLE:                        Blood Glucose, Reagent Strip

CPT/HCPCS CODE(S):   82948

PLACE OF SERVICE:   Physician's office

REASON FOR NEW POLICY: Focused Medical Review (FMR) determined the code to be aberrant due to excessive use without medical justification. Comparison was made with the national average and comparing peers within the specified specialty.

OLD POLICY:   None

DESCRIPTION:   A blood test which reveals the level of sugar and when utilized can be helpful to determine the response to current therapy, stabilization and management of a hyper or hypoglycemic patient.

CODING TECHNIQUES:   The YD modifier should be placed with the CPT code in those specific instances in which frequent blood glucose testing might be medically justified, i.e. Insulin Dependent Diabetes Mellitus or the initial stabilization of newly diagnosed Type II Diabetes Mellitus individuals. This will serve as verification that evidence which supports medical necessity of more frequent blood glucose testing has been retained in the patient's medical record and will be available for review, if needed.

CLINICAL INDICATIONS:   Reagent strip blood glucose will be considered for coverage for the management of Diabetes Mellitus or Hypoglycemia where reasonable and necessary.

   ICD 9 code must reflect the medical necessity for the test performance. Example of related ICD 9 codes include but not limited to are:

   250.00  Adult onset type Diabetes Mellitus without mention of complication
   251.2  Hypoglycemia

COVERAGE LIMITATIONS:   Medical documentation for all blood glucose monitoring, which is covered by Medicare, is expected to indicate the clear and concise medical necessity within the patient's medical record should review become necessary.

   Symptomatology and/or appropriate diagnosis must justify the testing performance.

   Medicare does not cover routine screening tests or testing without appropriate medical necessity.

Medicare may require additional medical information if the services submitted for payment exceed a reasonable amount.

This policy will be used in conducting Focused Medical Reviews and postpayment auditing.

Case 1:06-cv-02144-RCL    Document 20-10    Filed 05/08/2007    Page 42 of 49
Comments and Responses Regarding Blood Glucose Monitoring

Page 1 of 2

## Comments and Responses Regarding Draft Local Medical Review Policy

### Blood Glucose Monitoring

*Richard K. Baer, MD*
*Medical Director, Medicare Part A*

---

As an important part of Medicare Local Medical Review Policy (LMRP) development, AdminaStar Federal solicits comments from the provider community and from members of the public who may be affected by or interested in our LMRPs. The purpose of the advice and comment process is to gain the expertise and experience of those commenting.

**Please be advised that after the conclusion of the formal comment period, AdminaStar Federal was instructed by the Centers for Medicare and Medicaid Services (CMS, formerly HCFA) to incorporate local interpretation of CMS National Policy (see Program Memorandum No. AB-00-108, December 1, 2000) into the Blood Glucose Monitoring LMRP. Specifically, the Blood Glucose Monitoring LMRP is revised to clarify that only diagnostic blood glucose monitoring services are covered, "prompt physician notification" is defined, and clinical examples are added to enhance clarification of Medicare covered blood glucose monitoring services. AdminaStar Federal has received approval from CMS Region V to publish this policy with an effective date of October 1, 2001. AdminaStar Federal will concurrently offer a second comment period from October 1, 2001 through November 15, 2001. Please send all comments to:**

**Richard K. Baer, MD**
**Medical Director, Medicare Part A**
**AdminaStar Federal, Inc.**
**225 North Michigan Avenue**
**22nd Floor, AFCH-85**
**Chicago, Illinois 60601-7601**

I would like to thank the provider community and others who responded to our request for advise and comment. Their comments were helpful in revising the draft policy to its present form. Following are our responses to the comments we received during the first comment period, held from April 20, 2001 through June 9, 2001.

*Comment:* One commenter noted that many of the acceptable diagnoses relate to signs and symptoms that could be associated with diabetes. However, the code for peripheral neuropathy was absent.
*Response:* We have revised the final policy to include the diagnosis code associated with peripheral neuropathy.
*****

*Comment:* Another commenter questioned when, and how many, glucose monitoring services can be billed for a beneficiary during a hospital inpatient stay.
*Response:* Under current reimbursement guidelines, there is no separate Part A reimbursement for glucose monitoring services performed on an inpatient.
*****

*Comment:* One commenter requested clarification regarding physician notification of Accucheck results after each Accucheck.
*Response:* CMS Program Memorandum, Transmittal AB-00-108 clarifies Medicare coverage of blood glucose monitoring services test results. "*Sections 42 CFR 410.32 and 411.15 specify that for a laboratory service to be reasonable and necessary, it must not only be ordered by the physician but the ordering physician must also use the result in the management of the beneficiary's specific medical problem. Implicitly, the laboratory result must be ᵒorted to the physician promptly* in order for the physician to use the result and instruct continuation or ᵈdification of patient care; this includes the physician's order for another laboratory service.*" Further, "*A standing order is not usually acceptable documentation for a covered laboratory service.*" and "*As noted above, for a*

Comments and Responses Regarding Blood Glucose Monitoring

*laboratory service to be reasonable and necessary, it must be ordered by the physician, the ordering physician must use the result in the management of the beneficiary's specific medical problem, and the laboratory result must be reported to the physician promptly in order for the physician to use the result and instruct continuation or modification of patient care."*

\* For purposes of this policy prompt physician notification means prior to the next blood glucose test or within eight (8) hours, whichever is sooner.
\*\*\*\*\*

*Comment:* Several commenters expressed agreement with the draft policy and recommended its implementation.
*Response:* We appreciate the time these commenters spent in reviewing the draft policy and in sending their remarks to us.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Please visit the AdminaStar Federal Web site at www.adminastar.com to view each policy in its entirety.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*CPT codes, descriptions, and other data only are copyright 2000 American Medical Association. All Rights Reserved. Applicable FARS/DFARS Clauses Apply*

July 12, 2001

## Blood Glucose Comment Summary

#1 **Comment:** One commenter felt that the Program Memorandum AB-00-108 had been misinterpreted and that reimbursement of glucose monitoring was essential to the successful implementation of a monitoring program from a funding standpoint. It was felt that the interpretation would interfere with the successful management and treatment of the diabetic disease state and the diabetic patient.

#1 Response: Generally Medicare does not reimburse for routine monitoring of a disease state. This policy does not restrict monitoring of blood glucose in the diabetic patient. If there is documentation to support that the physician is notified (per CLIA guidelines), that the patient has an unstable condition, and that there is active physician involvement in the patients medical management the services would be considered for reimbursement as reasonable and necessary. The decision to perform the blood glucose of a diabetic patient should be based on a standard of care not on reimbursement for a service.

#2 Comment: One commenter felt that the quality of life and care would be endangered if this policy became effective because some of the patients would be unable to communicate some of the signs and symptoms of hyper or hypoglycemia, it is sometimes difficult for staff to see observable signs of hyper or hypoglycemia, and that the staff do not need to spend time on the phone to the physician when there is already and order for daily, QID, or weekly blood sugars via glucometer.

#2 Response: It is not the intent of this policy to endanger a patient's quality of life. This policy gives guidelines published by CMS (HCFA) in the Program Memorandum AB-00-108 which clearly identifies the CLIA guidelines for notification of physician's, and indicates that standing orders are not acceptable. If there is documentation to support that the physician is notified (per CLIA guidelines), that the patient has an unstable condition, and that there is active physician involvement in the patients medical management the services would be considered for reimbursement. Without documentation the services would appear to be routine and therefore not reasonable and necessary.

#3 Comment: Most of the commenters felt that is was not reasonable for a SNF to contact the physician (for a covered lab service) regarding the results of the accuchecks if there were orders for accuchecks to be done on a QID, Daily, etc basis and orders for sliding scale insulin were in place.

#3 Response: As indicated in section 42 CFR 410.32 and 411.15 which specifies that for a laboratory service to be reasonable and necessary, it must not only be ordered by the physician but the ordering physician must also use the results in the management of the beneficiary's specific medical problem. Implicitly, the laboratory results must be reported to the physician promptly in order for the physician to use the results and instruct continuation or modification of patient car; this includes the physician's order for another laboratory service. Without documentation to support physician involvement in the patient's medical management or of an unstable condition the accuchecks could be considered routine/maintenance and therefore would not be considered reasonable and necessary for separate reimbursement.

#4 Comment: One commenter asked if, in a SNF, if a standing order for sliding scale insulin would be acceptable as a physician's order, if the physician would have to be notified of each blood glucose, and if the patient would have to exhibit symptoms of diabetes for each blood glucose reading, or the blood glucose reading be out of the normal range to be billable.

#4 Response: The Program Memorandum AB-00-108 clearly indicates that a standing order is not usually acceptable documentation for a covered laboratory service. If there is no documentation of prompt physician involvement (i.e. communication with the physician for medical management of the presenting condition) sliding scale orders could be considered a standing order. The CFR indicates that the physician must use the results in the management of the medical problem and order subsequent lab testing (i.e. communication with the physician for medical management). The abnormal results of a blood glucose is not necessarily an indication of an unstable condition. Documentation would need to support the service as reasonable and necessary. Nothing in the guidelines of this policy prohibits the performance of blood glucose testing per glucometer on any patient.

**Carol Richards**

05/16/2001 10:14 AM

To: Thelma Oberndorfer/MutualOMA@Mutual of Omaha, Janice Tait/MutualOMA@Mutual of Omaha
cc: Mark Pilley/MutualOMA@Mutual of Omaha
Subject: Re: Draft LMRP Glucose Monitering

I had read all the PM in existance regarding blood glucose monitoring before the LMRP's were ever sent out as a draft. AB-00-109 only address the fact that there was a need for a PM. I again discussed the issue of adding the information in AB -00-108 to the policy with both Dr. Pilley and with Katie Nichols at our RO. We will be adding parts of the PM but I am not quite sure if that will clear the confusion. I will try to explain routine verses non-routine but sometimes the learning curve is pretty high. AB-00-108 also addresses the lab services must be performed in accordance with lab service coverage criteria which would indicate the need for a subsequent lab order after the results were confirmed with the physician to qualify for payment under the Medicare lab benefit. We will attempt to define prompt, but again there is that learrning curve. We will not as a general rule provide payment for routine accuchecks done day after day and month after month for a stable patient . Obviously an unstable patient would have some direct physician involvement and the docuemtation would reflect that. Routine/maintenance non-covered service would also include sliding scale along with the accucheck. Just because insulin is given does not make the patient unstable, and if the MD is not notified promplty the coverage would not be allowed. Sliding scale insulin would be, in my opinion, a standing order. Sliding scale and accuchecks for a newly admitted patient would certainly be looked at differently, however, this patient would most likely be in a Part A bed so it would not be an issue. Prompt will be defined as " It will be anticipated that the MD would be notified prior to the next blood glucose done or adjusment of the medical management, whichever would come first. I am hopeful we can not only add this to the LMRP but clarify this in a newsletter article. As you are perfectly aware the PM did attempt to clarify but didn't quite get the job done. I am not sure how you will convey this information to the providers and there are currently no edits in place. Ther will be soon as we will be addressing this in the next FMR meeting scheduled for the 22nd. I know some of you have been trying to explain to the providers about "routine/maintenance" and how we would interpret that. I think we are all on the same wavelength about coverage. I will try my best to make this clear in the LMRP.
Thanks ladies for the input.
Thelma Oberndorfer

 **Thelma Oberndorfer**

05/11/2001 01:45 PM

To: Carol Richards
cc: Sheryl Torres
Subject: Draft LMRP Glucose Monitering

Carol, I have reviewed the Blood Glucose Testing LMRP and I don't think it addresses the glucose monitoring issues as it relates to SNFs. Yet your provider types lists SNFs as one of those affected by this LMRP. Now, I am not taking issue what you have in the LMRP, only what has been **left out.** It looks as though the LMRP addresses the glucose testing in a Dr.'s office or in the OP setting when the Dr. orders an isolated glucose test.
Program Memorandums AB-00-99, AB-00108 and AB-00109 addresses the issue of glucose monitoring for a patient whose stay is not covered by Part A but who is eligible for services under Part B. Please look at the transmittals. If you want to make some notation about this Draft LMRP addresses non-routine testing rather than routine, physician ordered glucose monitoring activities in SNF setting, that may clear up some of the confusion.
Please call me about this. (972) 386-4061 ext. 227.
Thelma

**Carol Richards**     To: Mcmcnall@aol.com
07/06/2001 07:37 AM     cc:
Subject: Re: CBG's

The instructions that are in the local medical review policy for blood glucose testing are taken from a program memorandum from HCFA. Having several years of SNF experience myself I do not think that the physician should be notified each and every time a ROUTINE blood sugar is performed (as in your example of a QID accucheck and a sliding scale order) As a general rule Medicare does not provide coverage for routine testing, there are a few exceptions, blood glucose testing is not one of them. HCFA, nor Mutual of Omaha, does not intend to restrict the performance of blood glucose testing, but without an indication that there is an unstable condition, and documentation that the physician is aware of the condition and some type of medical management is considered this would not meet the laboratoy guidelines, nor does it show that the accucheck is anything other than routine. This should not discourage repeat testing, that would be a standard of care issue. It would not seem reasonable to not perform accuchecks based on reimbursement for a service.     If there is documentation to support physician involvement and intervention, and an unstable condition the billing of accuchecks would be considered for coverage.

As you are aware diabetic care is not longer considered a skilled service in a SNF unless there is an indication of an unstable condition and physician involvement in the medical management (order changes).

I appreciate your comments regarding this LMRP. Please call (402-351-5102) or e-mail again if you have any other comments or suggestions.

Thank you
Carol Richards R.N.C.
Mcmcnall@aol.com

     **Mcmcnall@aol.com**     To: Carol.richards@mutualofomaha.com
07/05/2001 03:27 PM     cc:
Subject: CBG's

Carol,
I do not believe that a physician should be notified each and every time a CBG result is taken. If a patient is in a SNF and requires testing QID (4x a day) and a sliding scale is in place and the P.O. states to contact the physician if levels are "X" then the facility should contact the doctor. CBG testing is very important - remember it used to be that a diabetic would qualify for catastrophic care in past years (this was considered skilled care) and now if you require calling each time this will discourage repeat testing and/or facilities seeking reimbursement.

Mike McNall

589

**Carol Richards**

07/06/2001 06:33 AM

To: Mcmcnall@aol.com
cc:
cc: Carol.richards@mutualofomaha.com
Subject: Re: CBG's

The instructions that are in the local medical review policy for blood glucose testing are taken from a program memorandum from HCFA. Having several years of SNF experience myself I do not think that the physician should be notified each and every time a ROUTINE blood sugar is performed (as in your example of a QID accucheck and a sliding scale order) As a general rule Medicare does not provide coverage for routine testing, there are a few exceptions, blood glucose testing is not one of them. HCFA, nor Mutual of Omaha, does not intend to restrict the performance of blood glucose testing, but without an indication that there is an unstable condition, and documentation that the physician is aware of the condition and some type of medical management is considered this would not meet the laboratoy guidelines, nor does it show that the accucheck is anything other that routine. This should not discourage repeat testing, that would be a standard of care issue. It would not seem reasonable to not perform accuchecks based on reimbursement for a service.    If there is documentation to support physician involvement and intervention, and an unstable condition the billing of accuchecks would be considered for coverage.

As you are aware diabetic care is not longer considered a skilled service in a SNF unless there is an indication of an unstable condition and physician involvement in the medical management (order changes).

I appreciate your comments regarding this LMRP. Please call or e-mail again if you have any other comments or suggestions.
Mcmcnall@aol.com



**Mcmcnall@aol.com**

07/05/2001 03:27 PM

To: Carol.richards@mutualofomaha.com
cc:
Subject: CBG's

Carol,
I do not believe that a physician should be notified each and every time a CBG result is taken. If a patient is in a SNF and requires testing QID (4x a day) and a sliding scale is in place and the P.O. states to contact the physician if levels are "X" then the facility should contact the doctor. CBG testing is very important - remember it used to be that a diabetic would qualify for catastrophic care in past years (this was considered skilled care) and now if you require calling each time this will discourage repeat testing and/or facilities seeking reimbursement.

Mike McNall



**Janice Tait**
05/11/2001 05:10 PM

To: Carol Richards
cc: Thelma Oberndorfer
Subject: Draft LMRP Glucose Monitoring

Carol

I agree with all of Thelma's comments about the Glucose Monitoring Draft LMRP. When we conducted our SNF Part B Consolidated Billing workshops recently, the most frequently asked question was billing for Glucose Monitoring for patients whose stay is not covered by Part A but is eligible for services under Part B. The providers were attempting to get clarification of the PMs that Thelma has referenced in her email. The Draft LMRP is an excellent resource but not for SNF providers-for them, the LMRP is causing more confusion. PM AB-00-108 has caused misunderstandings in the SNF provider community because of the vagueness of some of the wording which none of us can really do anything about. Thelma's suggestion regarding a notation in the LMRP is an excellent one.

Thank you

Janice

----- Forwarded by Janice Tait/MutualOMA on 05/11/01 04:10 PM -----



**Thelma Oberndorfer**
05/11/01 01:45 PM

To: Carol Richards
cc: Sheryl Torres
Subject: Draft LMRP Glucose Moniteting

Carol, I have reviewed the Blood Glucose Testing LMRP and I don't think it addresses the glucose monitoring issues as it relates to SNFs. Yet your provider types lists SNFs as one of those affected by this LMRP. Now, I am not taking issue what you have in the LMRP, only what has been **left out.** It looks as though the LMRP addresses the glucose testing in a Dr.'s office or in the OP setting when the Dr. orders an isolated glucose test.
Program Memorandums AB-00-99, AB-00108 and AB-00109 addresses the issue of glucose monitoring for a patient whose stay is not covered by Part A but who is eligible for services under Part B. Please look at the transmittals. If you want to make some notation about this Draft LMRP addresses non-routine testing rather than routine, physician ordered glucose monitoring activities in SNF setting, that may clear up some of the confusion.
Please call me about this. (972) 386-4061 ext. 227.
Thelma

H|F
M|C   **HEALTH FACILITIES MANAGEMENT CORP.**

751 NORTH MAIN STREET / P.O. BOX 1216 / SIKESTON, MISSOURI 63801        RECEIVED 01 MAY 2001
(573) 471-1276                                     TELECOPIER (573) 471-6707

Marilyn Hrabovsky
Medicare RN Consultant

15415 Marylae Drive
St. Louis, Missouri, 63017
Phone (314) 487-1240
FAX (314) 482-1762

May 3, 2001

Ms. Carol Richards R.N.C.
Medicare Policy Coordinator
Mutual of Omaha
P. O. Box 1602
Omaha, NE 68101

re: Draft: LMRP Blood Glucose Monitoring

Dear Ms. Richards:

We at Health Facilities Management Corporation have reviewed the draft that was issued on blood glucose monitoring. We also have reviewed Program Memorandum Transmittal AB-00-108 dated December 1, 2000 that was issued by HCFA. This also addresses blood glucose monitoring.

In the Program Memorandum it states that "...for a laboratory service to be reasonable and necessary, it must not only be ordered by the physician but the ordering physician must also use the result in the management of the beneficiary's specific medical problem. Implicitly, the laboratory result must be reported to the physician promptly in order for the physician to use the result and instruct continuation or modification of patient care; this includes the physician's order for any other laboratory service...A standing order is not usually acceptable documentation for a covered laboratory service..."

Our questions are as follows:

1. In the SNF setting under Part B, is a standing order for a sliding scale of insulin based on the blood glucose reading acceptable as the physician order?

2. Will the physician have to be notified of each blood glucose reading when completed even though there is a standing order for sliding scale?

3. Does the resident have to exhibit symptoms of diabetes for each blood glucose reading or must each reading be out of the normal range to be billable?

We feel that the LMRP does not address these issues, especially since they were so clearly spelled out in the Program Memorandum. We would like the LMRP to be more specific in light of the confusion that has surrounded coverage of this issue.

Thank you for your consideration.

Sincerely,

*Marilyn Hrabovsky*

Marilyn Hrabovsky RN, MA
Medicare RN Consultant
Health Facilities Management Corporation

# Program Memorandum Carriers

Department of Health and Human Services (DHHS)
HEALTH CARE FINANCING ADMINISTRATION (HCFA)

Transmittal  B-01-28

Date:  APRIL 19, 2001

CHANGE REQUEST 850

SUBJECT:     Physician Supervision of Diagnostic Tests

## BACKGROUND

This Program Memorandum (PM) sets forth revised levels of physician supervision required for diagnostic tests payable under the Medicare physician fee schedule. Section 410.32(b) of the Code of Federal Regulations, as adopted in the Medicare physician fee schedule final rule of October 31, 1997, requires that diagnostic tests covered under §1861(s)(3) of the Social Security Act and payable under the physician fee schedule, with certain exceptions listed in the regulation, have to be performed under the supervision of an individual meeting the definition of a "physician"(§1861(r) of the Social Security Act) to be considered reasonable and necessary and, therefore, covered under Medicare. The regulation defines these levels of physician supervision for diagnostic tests as follows:

*General supervision* means the procedure is furnished under the physician's overall direction and control, but the physician's presence is not required during the performance of the procedure. Under general supervision, the training of the nonphysician personnel who actually performs the diagnostic procedure and the maintenance of the necessary equipment and supplies are the continuing responsibility of the physician.

*Direct supervision* in the office setting means the physician must be present in the office suite and immediately available to furnish assistance and direction throughout the performance of the procedure. It does not mean that the physician must be present in the room when the procedure is performed.

*Personal supervision* means a physician must be in attendance in the room during the performance of the procedure.

The preamble to the final rule of October 31, 1997 assigned a level of physician supervision to most diagnostic tests payable under the physician fee schedule. Implementation of the levels set forth in the final rule was delayed by a memorandum to the HCFA regional offices dated January 28, 1998. The list provides the required level of physician supervision for tests performed under the provisions of 42 CFR 410.32(b).

Effective July 1, 2001, certain codes in the range of CPT 95860 through 95937 will have new supervision levels (either 21, 22, 6a, 66, 77 or 77a). This implementation date will make it possible for physical therapists to acquire the certification required to perform these services without supervision.

Carriers should place the information on your websites immediately and include this information in your next regularly scheduled bulletin.

NOTE:     Effective July 1, 2001, a physical therapist who is presently certified by the American Board of Physical Therapy Specialties can perform procedures assigned a level of 21, 22, 66, 6a, 77, or 77a without supervision.

HCFA-Pub. 60B

# LEVELS OF PHYSICIAN SUPERVISION OF DIAGNOSTIC TESTS

1 = Procedure must be performed under the general supervision of a physician.

2 = Procedure must be performed under the direct supervision of a physician.

3 = Procedure must be performed under the personal supervision of a physician.

4 = Physician supervision policy does not apply when procedure personally furnished by a qualified, independent psychologist or a clinical psychologist; otherwise must be performed under the general supervision of a physician.

5 = Physician supervision policy does not apply when procedure personally furnished by a qualified audiologist; otherwise must be performed under the general supervision of a physician.

6 = Procedure must be personally performed by a physician OR a physical therapist who is certified by the American Board of Physical Therapy Specialties (ABPTS) as a qualified electrophysiologic clinical specialist and is permitted to provide the service under State law.

# LEVEL OF PHYSICIAN SUPERVISION OF SPECIFIC DIAGNOSTIC TESTS

| CODE | LEVEL | CODE | LEVEL | CODE | LEVEL |
|------|-------|------|-------|------|-------|

## URODYNAMICS

| CODE | LEVEL | CODE | LEVEL | CODE | LEVEL |
|------|-------|------|-------|------|-------|
| 51725 & TC | 2 | 51726 & TC | 2 | 51736 & TC | 2 |
| 51741 & TC | 2 | 51772 & TC | 2 | 51784 & TC | 2 |
| 51785 & TC | 3 | 51792 & TC | 2 | 51795 & TC | 2 |
| 51797 & TC | 2 | | | | |

## MALE GENITAL SYSTEM

| CODE | LEVEL | CODE | LEVEL |
|------|-------|------|-------|
| 54240 & TC | 2 | 54250 & TC | 1 |

## ANTEPARTUM SERVICES

| CODE | LEVEL | CODE | LEVEL |
|------|-------|------|-------|
| 59020 & TC | 2 | 59025 & TC | 1 |

## RESERVOIR/PUMP IMPLANTATION

| CODE | LEVEL | CODE | LEVEL |
|------|-------|------|-------|
| 62367 & TC | 2 | 62368 & TC | 2 |

## DIAGNOSTIC RADIOLOGY

## HEAD AND NECK

| CODE | LEVEL | CODE | LEVEL | CODE | LEVEL |
|------|-------|------|-------|------|-------|
| 70010 & TC | 3 | 70015 & TC | 3 | 70030 & TC | 1 |
| 70100 & TC | 1 | 70110 & TC | 1 | 70120 & TC | 1 |
| 70130 & TC | 1 | 70134 & TC | 1 | 70140 & TC | 1 |
| 70150 & TC | 1 | 70160 & TC | 1 | 70170 & TC | 3 |
| 70190 & TC | 1 | 70200 & TC | 1 | 70210 & TC | 1 |
| 70220 & TC | 1 | 70240 & TC | 1 | 70250 & TC | 1 |
| 70260 & TC | 1 | 70300 & TC | 1 | 70310 & TC | 1 |
| 70320 & TC | 1 | 70328 & TC | 1 | 70330 & TC | 1 |
| 70332 & TC | 3 | 70336 & TC | 2 | 70350 & TC | 1 |
| 70355 & TC | 1 | 70360 & TC | 1 | 70370 & TC | 3 |
| 70371 & TC | 3 | 70373 & TC | 3 | 70380 & TC | 1 |
| 70390 & TC | 3 | 70450 & TC | 1 | 70460 & TC | 2 |
| 70470 & TC | 2 | 70480 & TC | 1 | 70481 & TC | 2 |
| 70482 & TC | 2 | 70486 & TC | 1 | 70487 & TC | 2 |

| 70488 & TC | 2 | 70490 & TC | 1 | 70491 & TC | 2 |
| 70492 & TC | 2 | 70540 & TC | 1 | 70541 & TC | 2 |
| 70551 & TC | 1 | 70552 & TC | 2 | 70553 & TC | 2 |

## CHEST

| 71010 & TC | 1 | 71015 & TC | 1 | 71020 & TC | 1 |
| 71021 & TC | 1 | 71022 & TC | 1 | 71023 & TC | 3 |
| 71030 & TC | 1 | 71034 & TC | 3 | 71035 & TC | 1 |
| 71036 & TC | 3 | 71040 & TC | 3 | 71060 & TC | 3 |
| 71090 & TC | 3 | 71100 & TC | 1 | 71101 & TC | 1 |
| 71110 & TC | 1 | 71111 & TC | 1 | 71120 & TC | 1 |
| 71130 & TC | 1 | 71250 & TC | 1 | 71260 & TC | 2 |
| 71270 & TC | 2 | 71550 & TC | 1 | 71555 & TC | 2 |

## SPINE AND PELVIS

| 72010 & TC | 1 | 72020 & TC | 1 | 72040 & TC | 1 |
| 72050 & TC | 1 | 72052 & TC | 1 | 72069 & TC | 1 |
| 72070 & TC | 1 | 72072 & TC | 1 | 72074 & TC | 1 |
| 72080 & TC | 1 | 72090 & TC | 1 | 72100 & TC | 1 |
| 72110 & TC | 1 | 72114 & TC | 1 | 72120 & TC | 1 |
| 72125 & TC | 1 | 72126 & TC | 2 | 72127 & TC | 2 |
| 72128 & TC | 1 | 72129 & TC | 2 | 72130 & TC | 2 |
| 72131 & TC | 1 | 72132 & TC | 2 | 72133 & TC | 2 |
| 72141 & TC | 1 | 72142 & TC | 2 | 72146 & TC | 1 |
| 72147 & TC | 2 | 72148 & TC | 1 | 72149 & TC | 2 |
| 72156 & TC | 2 | 72157 & TC | 2 | 72158 & TC | 2 |
| 72170 & TC | 1 | 72190 & TC | 1 | 72192 & TC | 1 |
| 72193 & TC | 2 | 72194 & TC | 2 | 72196 & TC | 1 |
| 72200 & TC | 1 | 72202 & TC | 1 | 72220 & TC | 1 |
| 72240 & TC | 3 | 72255 & TC | 3 | 72265 & TC | 3 |
| 72270 & TC | 3 | 72285 & TC | 3 | 72295 & TC | 3 |

## UPPER EXTREMITIES

| 73000 & TC | 1 | 73010 & TC | 1 | 73020 & TC | 1 |
| 73030 & TC | 1 | 73040 & TC | 3 | 73050 & TC | 1 |
| 73060 & TC | 1 | 73070 & TC | 1 | 73080 & TC | 1 |
| 73085 & TC | 3 | 73090 & TC | 1 | 73092 & TC | 1 |
| 73100 & TC | 1 | 73110 & TC | 1 | 73115 & TC | 3 |
| 73120 & TC | 1 | 73130 & TC | 1 | 73140 & TC | 1 |
| 73200 & TC | 1 | 73201 & TC | 2 | 73202 & TC | 2 |
| 73220 & TC | 1 | 73221 & TC | 1 | | |

## LOWER EXTREMITIES

| 73500 & TC | 1 | 73510 & TC | 1 | 73520 & TC | 1 |
| 73525 & TC | 3 | 73530 & TC | 3 | 73540 & TC | 1 |
| 73550 & TC | 1 | 73560 & TC | 1 | 73562 & TC | 1 |
| 73564 & TC | 1 | 73565 & TC | 1 | 73580 & TC | 3 |
| 73590 & TC | 1 | 73592 & TC | 1 | 73600 & TC | 1 |
| 73610 & TC | 1 | 73615 & TC | 3 | 73620 & TC | 1 |
| 73630 & TC | 1 | 73650 & TC | 1 | 73660 & TC | 1 |
| 73700 & TC | 1 | 73701 & TC | 2 | 73702 & TC | 2 |
| 73720 & TC | 1 | 73721 & TC | 1 | 73725 & TC | 2 |

## ABDOMEN

| 74000 & TC | 1 | 74010 & TC | 1 | 74020 & TC | 1 |
| 74022 & TC | 1 | 74150 & TC | 1 | 74160 & TC | 2 |

| 74170 & TC | 2 | 74181 & TC | 1 | 74185 & TC | 2 |
| 74190 & TC | 3 | | | | |

## GASTROINTESTINAL TRACT

| 74210 & TC | 3 | 74220 & TC | 3 | 74230 & TC | 3 |
| 74235 & TC | 3 | 74240 & TC | 3 | 74241 & TC | 3 |
| 74245 & TC | 3 | 74246 & TC | 3 | 74247 & TC | 3 |
| 74249 & TC | 3 | 74250 & TC | 2 | 74251 & TC | 3 |
| 74260 & TC | 3 | 74270 & TC | 3 | 74280 & TC | 3 |
| 74283 & TC | 3 | 74290 & TC | 1 | 74291 & TC | 1 |
| 74300 & TC | 3 | 74301 & TC | 3 | 74305 & TC | 3 |
| 74320 & TC | 3 | 74327 & TC | 3 | 74328 & TC | 3 |
| 74329 & TC | 3 | 74330 & TC | 3 | 74340 & TC | 3 |
| 74350 & TC | 3 | 74355 & TC | 3 | 74360 & TC | 3 |
| 74363 & TC | 3 | | | | |

## URINARY TRACT

| 74400 & TC | 2 | 74410 & TC | 2 | 74415 & TC | 2 |
| 74420 & TC | 3 | 74425 & TC | 3 | 74430 & TC | 3 |
| 74440 & TC | 3 | 74445 & TC | 3 | 74450 & TC | 3 |
| 74455 & TC | 3 | 74470 & TC | 3 | 74475 & TC | 3 |
| 74480 & TC | 3 | 74485 & TC | 3 | | |

## GYNECOLOGICAL AND OBSTETRICAL

| 74710 & TC | 1 | 74740 & TC | 3 | 74742 & TC | 3 |
| 74775 & TC | 3 | | | | |

## HEART

| 75552 & TC | 1 | 75553 & TC | 2 | 75554 & TC | 1 |
| 75555 & TC | 1 | | | | |

## AORTA AND ARTERIES

| 75600 & TC | 3 | 75605 & TC | 3 | 75625 & TC | 3 |
| 75630 & TC | 3 | 75650 & TC | 3 | 75658 & TC | 3 |
| 75660 & TC | 3 | 75662 & TC | 3 | 75665 & TC | 3 |
| 75671 & TC | 3 | 75676 & TC | 3 | 75680 & TC | 3 |
| 75685 & TC | 3 | 75705 & TC | 3 | 75710 & TC | 3 |
| 75716 & TC | 3 | 75722 & TC | 3 | 75724 & TC | 3 |
| 75726 & TC | 3 | 75731 & TC | 3 | 75733 & TC | 3 |
| 75736 & TC | 3 | 75741 & TC | 3 | 75743 & TC | 3 |
| 75746 & TC | 3 | 75756 & TC | 3 | 75774 & TC | 3 |
| 75790 & TC | 3 | | | | |

## VEINS AND LYMPHATICS

| 75801 & TC | 3 | 75803 & TC | 3 | 75805 & TC | 3 |
| 75807 & TC | 3 | 75809 & TC | 3 | 75810 & TC | 3 |
| 75820 & TC | 3 | 75822 & TC | 3 | 75825 & TC | 3 |
| 75827 & TC | 3 | 75831 & TC | 3 | 75833 & TC | 3 |
| 75840 & TC | 3 | 75842 & TC | 3 | 75860 & TC | 3 |
| 75870 & TC | 3 | 75872 & TC | 3 | 75880 & TC | 3 |
| 75885 & TC | 3 | 75887 & TC | 3 | 75889 & TC | 3 |
| 75891 & TC | 3 | 75893 & TC | 3 | | |

## TRANSCATHETER PROCEDURES

| | | |
|---|---|---|
| 75894 & TC 3 | 75896 & TC 3 | 75898 & TC 3 |
| 75900 & TC 3 | 75940 & TC 3 | 75945 & TC 3 |
| 75946 & TC 3 | 75960 & TC 3 | 75961 & TC 3 |
| 75962 & TC 3 | 75964 & TC 3 | 75966 & TC 3 |
| 75968 & TC 3 | 75970 & TC 3 | 75978 & TC 3 |
| 75980 & TC 3 | 75982 & TC 3 | 75984 & TC 3 |
| 75989 & TC 3 | | |

## TRANSLUMINAL ATHERECTOMY

| | | |
|---|---|---|
| 75992 & TC 3 | 75993 & TC 3 | 75994 & TC 3 |
| 75995 & TC 3 | 75996 & TC 3 | |

## OTHER PROCEDURES

| | | |
|---|---|---|
| 76000 & TC 3 | 76001 & TC 3 | 76003 & TC 3 |
| 76010 & TC 1 | 76020 & TC 1 | 76040 & TC 1 |
| 76061 & TC 1 | 76062 & TC 1 | 76065 & TC 1 |
| 76066 & TC 1 | 76070 & TC 1 | 76075 & TC 1 |
| 76076 & TC 1 | 76078 & TC 1 | 76080 & TC 3 |
| 76086 & TC 3 | 76088 & TC 3 | 76093 & TC 1 |
| 76094 & TC 1 | 76095 & TC 3 | 76096 & TC 3 |
| 76098 & TC 1 | 76100 & TC 2 | 76101 & TC 2 |
| 76102 & TC 2 | 76120 & TC 2 | 76125 & TC 2 |
| 76150 1 | 76350 2 | 76355 & TC 3 |
| 76360 & TC 3 | 76365 & TC 3 | 76370 & TC 2 |
| 76375 & TC 1 | 76380 & TC 1 | 76400 & TC 1 |

## DIAGNOSTIC ULTRASOUND

### HEAD AND NECK

| | | |
|---|---|---|
| 76506 & TC 2 | 76511 & TC 3 | 76512 & TC 3 |
| 76513 & TC 3 | 76516 & TC 2 | 76519 & TC 2 |
| 76529 & TC 2 | 76536 & TC 1 | |

### CHEST

| | |
|---|---|
| 76604 & TC 1 | 76645 & TC 1 |

### ABDOMEN AND RETROPERITONEUM

| | | |
|---|---|---|
| 76700 & TC 1 | 76705 & TC 1 | 76770 & TC 1 |
| 76775 & TC 1 | 76778 & TC 1 | |

### SPINAL CANAL

76800 & TC 2

### PELVIS

| | | |
|---|---|---|
| 76805 & TC 2 | 76810 & TC 2 | 76815 & TC 2 |
| 76816 & TC 1 | 76818 & TC 1 | 76825 & TC 2 |
| 76826 & TC 1 | 76827 & TC 1 | 76828 & TC 1 |
| 76830 & TC 1 | 76831 & TC 3 | 76856 & TC 1 |
| 76857 & TC 1 | 76870 & TC 1 | 76872 & TC 1 |

## EXTREMITIES

76880 & TC   1                76885 & TC   2                76886 & TC   1

## VASCULAR STUDIES

### ULTRASONIC GUIDANCE PROCEDURES

| | | |
|---|---|---|
| 76930 & TC   3 | 76932 & TC   3 | 76934 & TC   3 |
| 76936 & TC   3 | 76938 & TC   3 | 76941 & TC   3 |
| 76942 & TC   3 | 76945 & TC   3 | 76946 & TC   3 |
| 76948 & TC   3 | 76950 & TC   3 | 76960 & TC   3 |
| 76965 & TC   3 | | |

## OTHER PROCEDURES

76970 & TC   1                76975 & TC   3                76977 & TC   1
76986 & TC   3

77417        1                ## RADIATION ONCOLOGY

## DIAGNOSTIC NUCLEAR MEDICINE

### ENDOCRINE SYSTEM

| | | |
|---|---|---|
| 78000 & TC   1 | 78001 & TC   1 | 78003 & TC   1 |
| 78006 & TC   1 | 78007 & TC   1 | 78010 & TC   1 |
| 78011 & TC   1 | 78015 & TC   1 | 78016 & TC   1 |
| 78018 & TC   1 | 78070 & TC   1 | 78075 & TC   1 |

### HEMATOPOIETIC, RETICULOENDOTHELIAL, AND LYMPHATIC SYSTEM

| | | |
|---|---|---|
| 78102 & TC   1 | 78103 & TC   1 | 78104 & TC   1 |
| 78110 & TC   1 | 78111 & TC   1 | 78120 & TC   1 |
| 78121 & TC   1 | 78122 & TC   1 | 78130 & TC   1 |
| 78135 & TC   1 | 78140 & TC   1 | 78160 & TC   1 |
| 78162 & TC   1 | 78170 & TC   1 | 78172 & TC   1 |
| 78185 & TC   1 | 78190 & TC   1 | 78191 & TC   1 |
| 78195 & TC   1 | | |

### GASTROINTESTINAL SYSTEM

| | | |
|---|---|---|
| 78201 & TC   1 | 78202 & TC   1 | 78205 & TC   1 |
| 78206 & TC   1 | 78215 & TC   1 | 78216 & TC   1 |
| 78220 & TC   1 | 78223 & TC   1 | 78230 & TC   1 |
| 78231 & TC   1 | 78232 & TC   1 | 78258 & TC   1 |
| 78261 & TC   1 | 78262 & TC   1 | 78264 & TC   1 |
| 78270 & TC   1 | 78271 & TC   1 | 78272 & TC   1 |
| 78278 & TC   1 | 78282 & TC   1 | 78290 & TC   1 |
| 78291 & TC   1 | | |

### MUSCULOSKELETAL SYSTEM

| | | |
|---|---|---|
| 78300 & TC   1 | 78305 & TC   1 | 78306 & TC   1 |
| 78315 & TC   1 | 78320 & TC   1 | 78350 & TC   1 |

## CARDIOVASCULAR SYSTEM

| | | |
|---|---|---|
| 78414 & TC  1 | 78428 & TC  1 | 78445 & TC  1 |
| 78455 & TC  1 | 78457 & TC  1 | 78458 & TC  1 |
| 78460 & TC  1 | 78461 & TC  1 | 78464 & TC  1 |
| 78465 & TC  1 | 78466 & TC  1 | 78468 & TC  1 |
| 78469 & TC  1 | 78472 & TC  1 | 78473 & TC  1 |
| 78478 & TC  1 | 78480 & TC  1 | 78481 & TC  1 |
| 78483 & TC  1 | 78494 & TC  1 | 78496 & TC  1 |

## RESPIRATORY SYSTEM

| | | |
|---|---|---|
| 78580 & TC  1 | 78584 & TC  1 | 78585 & TC  1 |
| 78586 & TC  1 | 78587 & TC  1 | 78588 & TC  1 |
| 78591 & TC  1 | 78593 & TC  1 | 78594 & TC  1 |
| 78596 & TC  1 | | |

## NERVOUS SYSTEM

| | | |
|---|---|---|
| 78600 & TC  1 | 78601 & TC  1 | 78605 & TC  1 |
| 78606 & TC  1 | 78607 & TC  1 | 78610 & TC  1 |
| 78615 & TC  1 | 78630 & TC  1 | 78635 & TC  1 |
| 78645 & TC  1 | 78647 & TC  1 | 78650 & TC  1 |
| 78660 & TC  1 | | |

## GENITOURINARY SYSTEM

| | | |
|---|---|---|
| 78700 & TC  1 | 78701 & TC  1 | 78704 & TC  1 |
| 78707 & TC  1 | 78708 & TC  1 | 78709 & TC  1 |
| 78710 & TC  1 | 78715 & TC  1 | 78725 & TC  1 |
| 78730 & TC  1 | 78740 & TC  1 | 78760 & TC  1 |
| 78761 & TC  1 | | |

## OTHER DIAGNOSTIC NUCLEAR MEDICINE PROCEDURES

| | | |
|---|---|---|
| 78800 & TC  1 | 78801 & TC  1 | 78802 & TC  1 |
| 78803 & TC  1 | 78805 & TC  1 | 78806 & TC  1 |
| 78807 & TC  1 | 78990      1 | |

## MEDICINE

### GASTROINTESTINAL

| | | |
|---|---|---|
| 91000 & TC  3 | 91010 & TC  3 | 91011 & TC  3 |
| 91012 & TC  3 | 91020 & TC  3 | 91030 & TC  3 |
| 91032 & TC  3 | 91033 & TC  3 | 91052 & TC  3 |
| 91055 & TC  3 | 91060 & TC  3 | 91065 & TC  1 |
| 91122 & TC  3 | | |

### SPECIAL OPHTHALMOLOGICAL SERVICES

| | | |
|---|---|---|
| 92060 & TC  1 | 92065 & TC  1 | 92081 & TC  1 |
| 92082 & TC  1 | 92083 & TC  1 | 92135 & TC  1 |
| 92235 & TC  2 | 92240 & TC  2 | 92250 & TC  1 |

### OTHER SPECIALIZED SERVICES

| | | |
|---|---|---|
| 92265 & TC  3 | 92270 & TC  3 | 92275 & TC  3 |
| 92283 & TC  1 | 92284 & TC  1 | 92285 & TC  2 |
| 92286 & TC  3 | | |

## VESTIBULAR FUNCTION TESTS WITH RECORDING

| | | | | | | | | |
|---|---|---|---|---|---|---|---|
| 92541 & TC | 5 | 92542 & TC | 5 | 92543 & TC | 5 |
| 92544 & TC | 5 | 92545 & TC | 5 | 92546 & TC | 5 |
| 92547 | 5 | 92548 & TC | 5 | | |

## AUDIOLOGIC FUNCTION TESTS

| | | | | | |
|---|---|---|---|---|---|
| 92552 | 5 | 92553 | 5 | 92555 | 5 |
| 92556 | 5 | 92557 | 5 | 92561 | 5 |
| 92562 | 5 | 92563 | 5 | 92564 | 5 |
| 92565 | 5 | 92567 | 5 | 92568 | 5 |
| 92569 | 5 | 92571 | 5 | 92572 | 5 |
| 92573 | 5 | 92575 | 5 | 92576 | 5 |
| 92577 | 5 | 92579 | 5 | 92582 | 5 |
| 92583 | 5 | 92584 | 5 | 92585 & TC | 5 |
| 92587 & TC | 5 | 92588 & TC | 5 | 92589 | 5 |
| 92596 | 5 | | | | |

## CARDIOGRAPHY

| | | | | | |
|---|---|---|---|---|---|
| 93000 | 1 | 93005 | 1 | 93012 | 1 |
| 93015 | 2 | 93016 | 2 | 93017 | 2 |
| 93024 & TC | 3 | 93040 | 1 | 93041 | 1 |
| 93224 | 1 | 93225 | 1 | 93226 | 1 |
| 93230 | 1 | 93231 | 1 | 93232 | 1 |
| 93235 | 1 | 93236 | 1 | 93268 | 1 |
| 93270 | 1 | 93271 | 1 | 93278 & TC | 1 |

## ECHOCARDIOGRAPHY

| | | | | | |
|---|---|---|---|---|---|
| 93303 & TC | 1 | 93304 & TC | 1 | 93307& TC | 1 |
| 93308 & TC | 1 | 93312 & TC | 3 | 93313 | 3 |
| 93314 | 3 | 93315 & TC | 3 | 93316 | 3 |
| 93317 | 3 | 93320 & TC | 1 | 93321 & TC | 1 |
| 93325 & TC | 1 | 93350 & TC | 1 | | |

## CARDIAC CATHETERIZATION

| | | | | | |
|---|---|---|---|---|---|
| 93501 & TC | 3 | 93505 & TC | 3 | 93508 & TC | 3 |
| 93510 & TC | 3 | 93511 & TC | 3 | 93514 & TC | 3 |
| 93524 & TC | 3 | 93526 & TC | 3 | 93527 & TC | 3 |
| 93528 & TC | 3 | 93529 & TC | 3 | 93530 & TC | 3 |
| 93531 & TC | 3 | 93532 & TC | 3 | 93533 & TC | 3 |
| 93555 & TC | 3 | 93556 & TC | 3 | 93561 & TC | 3 |
| 93562 & TC | 3 | 93571 & TC | 3 | 93572 & TC | 3 |

## INTRACARDIAC ELECTROPHYSIOLOGICAL PROCEDURES

| | | | | | |
|---|---|---|---|---|---|
| 93600 & TC | 3 | 93602 & TC | 3 | 93603 & TC | 3 |
| 93607 & TC | 3 | 93609 & TC | 3 | 93610 & TC | 3 |
| 93612 & TC | 3 | 93615 & TC | 3 | 93616 & TC | 3 |
| 93618 & TC | 3 | 93619 & TC | 3 | 93620 & TC | 3 |
| 93621 & TC | 3 | 93622 & TC | 3 | 93623 & TC | 3 |
| 93624 & TC | 3 | 93631 & TC | 3 | 93640 & TC | 3 |
| 93641 & TC | 3 | 93642 & TC | 3 | 93660 & TC | 3 |

## OTHER VASCULAR STUDIES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 93720 | 1 | 93721 | 1 | 93724 & TC | 3 |
| 93731 & TC | 2 | 93732 & TC | 2 | 93733 & TC | 1 |
| 93734 & TC | 2 | 93735 & TC | 2 | 93736 & TC | 1 |
| 93737 & TC | 2 | 93738 & TC | 2 | | |
| 93740 & TC | 1 | 93770 & TC | 1 | | |

## CEREBROVASCULAR ARTERIAL STUDIES

| | | | | | |
|---|---|---|---|---|---|
| 93875 & TC | 1 | 93880 & TC | 1 | 93882 & TC | 1 |
| 93886 & TC | 1 | 93888 & TC | 1 | | |

## EXTREMITY ARTERIAL STUDIES

| | | | | | |
|---|---|---|---|---|---|
| 93922 & TC | 1 | 93923 & TC | 1 | 93924 & TC | 1 |
| 93925 & TC | 1 | 93926 & TC | 1 | 93930 & TC | 1 |
| 93931 & TC | 1 | | | | |

## EXTREMITY VENOUS STUDIES

| | | | | | |
|---|---|---|---|---|---|
| 93965 & TC | 1 | 93970 & TC | 1 | 93971 & TC | 1 |

## VISCERAL AND PENILE VASCULAR STUDIES

| | | | | | |
|---|---|---|---|---|---|
| 93975 & TC | 1 | 93976 & TC | 1 | 93978 & TC | 1 |
| 93979 & TC | 1 | 93980 & TC | 1 | 93981 & TC | 1 |

## EXTREMITY ARTERIAL-VENOUS STUDIES

| | |
|---|---|
| 93990 & TC | 1 |

## PULMONARY

| | | | | | |
|---|---|---|---|---|---|
| 94010 & TC | 1 | 94014 | 1 | 94015 | 1 |
| 94060 & TC | 2 | 94070 & TC | 2 | | |
| 94200 & TC | 1 | 94240 & TC | 1 | | |
| 94250 & TC | 1 | 94260 & TC | 1 | | |
| 94360 & TC | 1 | 94370 & TC | 1 | 94350 & TC | 1 |
| 94400 & TC | 2 | 94450 & TC | 2 | 94375 & TC | 1 |
| 94621 & TC | 2 | 94664 | 2 | 94620 & TC | 1 |
| 94680 & TC | 2 | 94681 & TC | 2 | 94665 | 2 |
| 94720 & TC | 1 | 94725 & TC | 1 | 94690 & TC | 1 |
| 94760 | 1 | 94761 | 1 | 94750 & TC | 1 |
| 94770 & TC | 1 | 94772 & TC | 1 | 94762 | 1 |

## ALLERGY

| | | | | | |
|---|---|---|---|---|---|
| 95004 | 2 | 95024 | 2 | 95027 | 2 |
| 95028 | 2 | 95044 | 2 | 95052 | 2 |
| 95056 | 2 | 95060 | 3 | 95065 | 3 |
| 95070 | 3 | 95071 | 3 | | |
| 95078 | 3 | | | | |

**FOR CERTAIN CODES WITHIN THE RANGE OF CPT 95860 THROUGH 95937, THE FOLLOWING ADDITIONAL CRITERIA APPLY.**

NOTE: a    All level of supervision standards for the lead number ("6" or "7") apply; in addition, the PT with ABPTS certification may personally supervise another PT but only the PT with ABPTS certification may bill.

66    May be performed only by PTs with ABPTS certification and certification in this specific procedure, or performed personally by the physician.

77    PT with ABPTS certification (TC & PC), or direct supervision of physician (TC & PC), or technician with certification and general supervision of physician (TC only; PC physician) procedure.

22    May be performed by a technician with on-line real-time contact with physician

21    Procedure may be performed by technician with certification and under general supervision of a physician; otherwise under direct supervision of physician. (TC only; PC always physician).

## NEUROLOGY AND NEUROMUSCULAR PROCEDURES
### SLEEP TESTING

| Code | | Code | | Code | |
|---|---|---|---|---|---|
| 95805 & TC | 1 | 95806 & TC | 1 | 95807 & TC | 1 |
| 95808 & TC | 1 | 95810 & TC | 1 | 95811 & TC | 1 |
| 95812 & TC | 1 | 95813 & TC | 1 | 95816 & TC | 1 |
| 95819 & TC | 1 | 95822 & TC | 1 | 95824 & TC | 1 |
| 95827 & TC | 1 | 95829 & TC | 1 | 95858 & TC | 3 |
| 95860 & TC | 6a | 95861 & TC | 6a | 95863 & TC | 6a |
| 95864 & TC | 6a | 95867 & TC | 6a | 95868 & TC | 6a |
| 95869 & TC | 6a | 95870 & TC | 6a | 95872 & TC | 66 |
| 95875 & TC | 3 | 95900 & TC | 77a | 95903 & TC | 77a |
| 95904 & TC | 77a | 95920 & TC | 22 | 95921 & TC | 2 |
| 95922 & TC | 3 | 95923 & TC | 3 | 95925 & TC | 21 |
| 95926 & TC | 21 | 95927 & TC | 21 | 95930 & TC | 21 |
| 95933 & TC | 77a | 95934 & TC | 77a | 95936 & TC | 77a |
| 59937 & TC | 77a | 95950 & TC | 1 | 95951 & TC | 1 |
| 95953 & TC | 1 | 95954 & TC | 3 | 95955 & TC | 2 |
| 95956 & TC | 1 | 95957 & TC | 1 | 95958 & TC | 3 |
| 95961 & TC | 3 | 95962 & TC | 3 | | |

### CENTRAL NERVOUS SYSTEM ASSESSMENT

| Code | | Code | | Code | |
|---|---|---|---|---|---|
| 96100 | 4 | 96105 | 4 | 96110 | 4 |
| 96111 | 4 | 96115 | 4 | 96117 | 4 |

### ALPHA-NUMERICS

| Code | | Code | | Code | |
|---|---|---|---|---|---|
| G0004 | 1 | G0005 | 1 | G0006 | 1 |
| G0015 | 1 | G0030 & TC | 1 | G0031 & TC | 1 |
| G0032 & TC | 1 | G0033 & TC | 1 | G0034 & TC | 1 |
| G0035 & TC | 1 | G0036 & TC | 1 | G0037 & TC | 1 |
| G0038 & TC | 1 | G0039 & TC | 1 | G0040 & TC | 1 |
| G0041 & TC | 1 | G0042 & TC | 1 | G0043 & TC | 1 |
| G0044 & TC | 1 | G0045 & TC | 1 | G0046 & TC | 1 |
| G0047 & TC | 1 | G0050 | 1 | G0106 & TC | 3 |
| G0125 & TC | 1 | G0126 & TC | 1 | G0130 & TC | 1 |
| G0131 & TC | 1 | G0132 & TC | 1 | G0163 & TC | 1 |
| G0164 & TC | 1 | G0165 & TC | 1 | M0302 & TC | 1 |
| Q0035 & TC | 1 | V5362 | 1 | V5363 | 1 |
| V5364 | 1 | | | | |

The *effective date* for this Program Memorandum (PM) is July 1, 2001.

The *implementation date* for this PM is July 1, 2001.

These instructions should be implemented within your current operating budget.

This PM may be discarded after April 1, 2002.

If you have any questions, please contact Paul W. Kim at (410) 786-7410.

New code 84152 for prostate specific antigen; complexed (direct measurement) requires an instrument analysis of the result for billing.

The CPT Editorial Panel created new codes 86294, 86300, 86301, 86304 and revised code 86316 which provide more specificity for billing tumor marker testing.

The CPT Editorial Panel coding changes for microbiology culture testing (codes 87040 - 87163) also are more complex.

The CPT contains codes for urea breath testing to detect Helicobacter pylori in the stomach. Codes 83013 and 83014 are to be utilized for billing breath tests performed using the Carbon 13 isotope method. Code 83014 was established to report the drug administration and sample collection. Code 83013 reflects the breath test analysis. Effective year 2000, new codes 78267 and 78268 are to be utilized for the Carbon 14 isotope method of testing. Code 78267 (Urea breath test, C-14; acquisition for analysis) is priced at the same rate as code 83014, and code 78268 (Urea breath test, analysis) is priced at the same rate as code 83013. In addition for year 2001, the CPT Editorial Panel has created new code 87339 enzyme immunoassay for Helicobacter pylori.

Questions have arisen regarding the billing for a microbial identification test kit for three organisms: Candida, (code 87480) Gardnerella (code 87510), and Trichomonas (code 87797). When all three organisms are tested using one specimen for the test kit, regardless of the number of medically necessary tests performed, payment should reflect one unit of service using code 87797 and should not be billed individually.

Fetal fibronectin, cervicovaginal secretions, semi-quantitative (code 82731) is a test used to aid in treating obstetric patients to assess the risk of pre-term delivery. Medicare seldom receives claims for this test; however, Medicaid State Agencies should note a year 2001 price adjustment to the Medicare national limitation amount for the code because the amount establishes an upper limit on the Medicaid payment amount.

Organ or Disease Oriented Panels

Similar to prior years, the pricing amount for each organ or disease panel was derived by summing the lower of the fee schedule amount or the NLA for each individual test included in the panel. The local fee amount field and the NLA field on the data file will be zero-filled.

Glucose Monitoring

During the past year, skilled nursing facility and home health providers requested a review of this service. During the course of this review, HCFA determined that a separate PM is warranted to discuss this service and provide instructions for coverage and payment with more precise effective dates. Two separate PM's were prepared, Change Request 1407, Glucose Monitoring Note, AB-00-99, which was issued on October 24, 2000, and Change Request 1362, Glucose Monitoring, AB-00-108. These PM's provide instructions for coverage and payment for glucose monitoring using a home-use device most often billed with CPT code 82962 *Glucose, blood by glucose monitoring device(s) cleared by the FDA specifically for home use.*

2

LMRP Description: *1) webbing*

*to provide a procedure for medical review*

This policy is intended ~~to apply to~~ blood samples used to determine glucose levels. Blood glucose determination may be done using whole blood, serum or plasma. It may be sampled by capillary puncture, as in the fingerstick method, or by vein puncture or arterial sampling. The method for assay may be by color comparison of an indicator stick, by meter assay of whole blood or a filtrate of whole blood, using a device approved for home monitoring, or by using a laboratory assay system using serum or plasma. The convenience of the meter or stick color method allows a patient to have access to blood glucose values in less than a minute or so and has become a standard of care for control of blood glucose, even in the inpatient setting.

*or leave out the LMRP? don't have statement for why policy wrote*

Indications & Limitations Of Coverage And/Or Medical Necessity:

*FBS?*

Blood glucose values are often necessary for the management of patients with diabetes mellitus, where hyperglycemia and hypoglycemia are often present. They are also critical in the determination of control of blood glucose levels in the patient with impaired fasting glucose (FPG 110-125 mg/dL), the patient with insulin resistance syndrome and/or carbohydrate intolerance (excessive rise in glucose following ingestion of glucose or glucose sources of food), in the patient with a hypoglycemia disorder such as nesidioblastosis or insulinoma, and in patients with a catabolic or malnutrition state. In addition to those conditions already listed, glucose testing may be medically necessary in patients with tuberculosis, unexplained chronic or recurrent infections, alcoholism, coronary artery disease (especially in women), or unexplained skin conditions (including pruritis, local skin infections, ulceration and gangrene without an established cause). Many medical conditions may be a consequence of a sustained elevated or depressed glucose level. These include comas, seizures or epilepsy, confusion, abnormal hunger, abnormal weight loss or gain, and loss of sensation. Evaluation of glucose may also be indicated in patients on medications known to affect carbohydrate metabolism.

Frequent home blood glucose testing by diabetic patients should be encouraged. In stable, non-hospitalized patients who are unable or unwilling to do home monitoring, it may be reasonable and necessary to ~~measure~~ quantitative blood glucose up to four times annually.

*fingerstick or venipuncture AA*

*see 4 X a daily after*

**Mark Pilley**
06/11/2001 03:10 PM

To: Carol Richards/MutualOMA@Mutual of Omaha
cc:
Subject: blood glucose testing

Carol, will you please respond to this provider's E-Mail.

----- Forwarded by Mark Pilley/MutualOMA on 06/11/2001 03:09 PM -----

**Valarie Finney**
06/11/2001 10:48 AM

To: Mark Pilley/MutualOMA@Mutual of Omaha, Sue Heng/MutualOMA@Mutual of Omaha
cc:
Subject: blood glucose testing

FYI - I wasn't to sure who else to pass this information on to. Thanks

----- Forwarded by Valarie Finney/MutualOMA on 06/11/2001 10:47 AM -----

"pam burnett" <burnett_pam@hotmail.com> on 06/08/2001 02:26:51 PM

To: medicare@mutualofomaha.com
cc:
Subject: blood glucose testing

FROM:

WE DO NOT AGREE WITH THE PROPOSED RULING ABOUT BLOOD GLUCOSE TESTING. THE ONLY WAY WE HAVE OF ASSESSING THE CONDITION OF SOME OF OUR RESIDENTS IS WITH THE GLUCOMETER.  THEY ARE UNABLE TO COMMUNICATE SOME OF THE SIGNS & SYMPTOMS OF HYPO OR HYPERGLYCEMEIA, & THEIR BODIES DO NOT ALWAYS GIVE THE STAFF THE NEEDED SIGNS.  WE DO NOT FEEL THE STAFF NEED TO SPEND MORE TIME ON THE PHONE BEFORE EACH GLUCOMETER GETTING AN ORDER FROM THE PHYSICIAN WHEN THE PHYSICIAN HAS ALREADY GIVEN THE ORDER FOR DAILY OR QID OR WEEKLY BLOOD SUGARS VIA GLUCOMETER.  QUALITY OF LIFE & CARE WILL BE GRAVELY ENDANGERED WITH THIS RULING IF PASSED.
THANK YOU

Get your FREE download of MSN Explorer at http://explorer.msn.com

*Blood Glucose LMRP*

 **Thelma Oberndorfer**
05/11/2001 01:45 PM

To: Carol Richards
cc: Sheryl Torres
Subject: Draft LMRP Glucose Monitering

Carol, I have reviewed the Blood Glucose Testing LMRP and I don't think it addresses the glucose monitoring issues as it relates to SNFs.  Yet your provider types lists SNFs as one of those affected by this LMRP.  Now, I am not taking issue what you have in the LMRP, only what has been **left out.** It looks as though the LMRP addresses the glucose testing in a Dr.'s office or in the OP setting when the Dr. orders an isolated glucose test.
Program Memorandums AB-00-99, AB-00108 and AB-00109 addresses the issue of glucose monitoring for a patient whose stay is not covered by Part A but who is eligible for services under Part B.  Please look at the transmittals.  If you want to make  some notation about this Draft LMRP addresses non-routine testing rather than routine, physician ordered glucose monitoring activities in SNF setting,  that may clear up some of the confusion.
Please call me about this.  (972) 386-4061 ext. 227.
Thelma

608

 **Roxanne Westphalen**
04/26/2001 06:40
AM

To: Carol Richards
cc:
Subject: Blood Glucose Testing LMRP

Carol,
Under documentation requirements, I think you should add something about "documentation that shows the results were reported to the Dr."
All of the PMs state "Implicitly, the labratory result must be reported to the physician promptly so that the physician can use the result and instruct continuation or modification of patient care." Does that make sense?
I've done 3 claims from 1 NP and denied all three as there is no documentation that the Dr. was informed of the results.
Just a thought.
Roxanne

**Carol Richards**

07/16/2001 10:25 AM

To: KDehart@cms.hhs.gov, KNichols@cms.hha.gov,
JStanard@cms.hha.gov
cc: Mark Pilley/MutualOMA@Mutual of Omaha
Subject: Blood glucose LMRP

I just completed the summary of comments from the providers on blood glucose. Because of the comments I have added to the LMRP again to clarify the reimbursement issues. The comments to this LMRP center around the calling of the physician and the standing order. The general feeling is that we are telling the providers not to do accuchecks when we are accuatlly telling them we will not reimburse separately for what would be considered ROUTINE accuchecks i.e. QID, TID,daily accuchecks without physician involvement. The PM AB-00-108 is pretty clear about notification of the MD and the standing orders, and subsequent testing. One of my concerns is that the providers feel if they are not going to be paid for the accuchecks that they will not do accuchecks. This would appear to be of a standard of care issues. I have assured all that I have personally spoken with, that if **documentation** would support that the services are not routine or screening in nature, that the physician was notified per the CLIA criteria, and there was evidence of medical management the claim would be considered for coverage. I am again sending the blood glucose LMRP, the additions are in bold. and are under the Indications and limitations section.



LMRP Draft Blood Glucose Testing-B.

610

**Carol Richards**

07/16/2001 11:01 AM

To: Mark Pilley/MutualOMA@Mutual of Omaha
cc:
Subject: Blood glucose summary of comments

Dr.

Here is the summary of comments on blood glucose. Do you also want to see the comments? I also cc'd you and resent the blood glucose to HCFA after adding under indications and limitations more of the language from the PM AB-00-108. This should not change the 15 day comment period as I originally sent this to them on the 9th of July and when I talked to Katie last week she had not sent it up to the policy people. I think when this policy is final we will need to have an edit in place starting with claims after Sept. 4th and not at just 30%. These should be quick claims and a lot of $$ saved.

I need your O.K. before these comments can go to the web so let me know as soon as possible if you have changes.



Blood glucose summary of comments

BGM

2/13    Jim Geiger   - Consultant for Reimb Service
BBA
Published + Subject to commentary

- Comment period

3/10/00   In conflict c̄ NCD       Not final until
Final Rule 11/23/01            11/25/02

SSA 1871

Put requirements

Make LMRP consistent c̄ NCD. per
PM. AB-00-108

Carol— Drafts sent to ~~LMRP~~ CMS RO
for their review for contradictions
to rules/NCDs.
Then sent to providers for comment.
Incorpated + back to CMS for review.
Jim argued it's not an LMRP then,
because CMS directs us as to
what to include.

Practice medicine in all 50 states?

CLIA -

612

Entire monitoring is one service, not

42CFR    SNF to be pd. for a test if ordered.
410.32D    LMRP in conflict c̄ This.
        The MD

        Medical necessity - Fed Reg.
        ICD.9 codes

**ReedSmith**

Reed Smith LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005-3373
202.414.9200
Fax 202.414.9299

**Jason M. Healy**
Direct Phone: 202.414.9245
Email: jhealy@reedsmith.com

June 15, 2006



<u>VIA E-MAIL AND OVERNIGHT MAIL</u>

Hon. Keith W. Sickendick
Department of Health & Human Services
Departmental Appeals Board, MS 6132
Civil Remedies Division
330 Independence Avenue, SW
Cohen Building, Room G-644
Washington, D.C. 20201

Re:   *In re* CMS LCD COMPLAINT
Blood Glucose Testing (LCD Database ID No. L19657)
Contractor: Mutual of Omaha Insurance Company (Fiscal Intermediary)
Region VII, Midwest Consortium
Docket No. C-06-349

Dear Judge Sickendick:

Enclosed please find three copies of the following items:

(1)   Aggrieved Party's Motion For Extension Of Time To File Statement And Motion For Summary Judgment; and

(2)   Certificate of Service certifying that service was accomplished upon the contractor (Mutual of Omaha) and CMS.

If you have any questions about these enclosures, please contact me at (202) 414-9245.

Sincerely,

*Jason M. Healy*

Jason M. Healy

Encls.

Departmental Appeals Board
June 15, 2006
Page 2

# ReedSmith

cc:    Mutual of Omaha Insurance Company
Medicare Area
P.O. Box 1602
Omaha, NE 68101

CMS LCD Challenge Staff
Mail Stop C3-02-16
7500 Security Blvd.
Baltimore, MD 21244-1850

DEPARTMENT OF HEALTH AND HUMAN SERVICES

DEPARTMENTAL APPEALS BOARD

CIVIL REMEDIES DIVISION



| | |
|---|---|
| *In Re* LCD Complaint: ) | |
| ) | |
| Blood Glucose Testing ) | |
| (LCD Database ID No. L19657) ) | Docket No. C-06-349 |
| ) | |
| Contractor: Mutual of Omaha Insurance ) | |
| Company (Fiscal Intermediary) ) | |
| ) | |
| Region VII, Midwest Consortium ) | |

## AGGRIEVED PARTY'S MOTION FOR EXTENSION OF TIME TO FILE STATEMENT AND MOTION FOR SUMMARY JUDGMENT

The Aggrieved Party, by and through her undersigned counsel, hereby files the following Motion For Extension Of Time To File Statement And Motion For Summary Judgment in the above-referenced matter.

1.      The ALJ's Order dated April 19, 2006 instructed the contractor, Mutual of Omaha, or the Centers for Medicare & Medicaid Services ("CMS") to file the LCD record with the ALJ and the Aggrieved Party no more than 30 days from the date of the Order. Both Mutual of Omaha and CMS failed to submit the LCD record within this time period and, as of today, still have not filed the LCD record with the ALJ or the Aggrieved Party.

2.      We have been in contact with Ms. Elaine Knapp, with the CMS regional office in Seattle, Washington, regarding the LCD record. It was her belief that CMS and Mutual of Omaha did not receive copies of the Beneficiary's Complaint, which the Aggrieved Party was instructed to provide by the ALJ's April 19 Order. We informed Ms. Knapp that we have signed

certified mail return receipt cards confirming that the Aggrieved Party's May 2, 2006 filing with the marked Beneficiary's Complaint, Aggrieved Party's Motion to Seal, and Certificate of Service was delivered to Mutual of Omaha on May 5, 2006 and to the CMS LCD Challenge Staff in Baltimore, Maryland on May 4, 2006.

3.      We also explained to Ms. Knapp that Mutual of Omaha returned this filing to us by letter dated May 31, 2006 from Kim Kavan, Medicare Claims Appeals at Mutual of Omaha. That letter suggests that Ms. Kavan misunderstood our May 2 filing as a request for a Medicare claims appeal, despite the fact that the filing was made to the Departmental Appeals Board and it clearly references a "CMS LCD COMPLAINT." We offered to re-send the May 2 filing to Mutual of Omaha if Ms. Knapp could provide the appropriate contact information. She asked that we re-send the filing to Martha Zajiceck, First Vice President and Counsel, 3 Law, Mutual of Omaha Plaza, Omaha, NE 68175-1008. We are re-sending that filing to Ms. Zajiceck today. We presume that the CMS LCD Challenge Staff still have their copy of our May 2 filing.

4.      We note that the ALJ's April 19 Order did *not* state that submission of the LCD record by CMS or Mutual was contingent on their receipt of the marked Beneficiary's Complaint. With the April 19 Order in hand, CMS and Mutual should have filed the LCD record with the ALJ and the Aggrieved Party within the allotted 30-day period.

5.      At this time, the Aggrieved Party's Statement in response to the LCD record is due in a few days – by Monday, June 19. The regulation at 42 C.F.R. § 426.425(a) gives the Aggrieved Party 30 days (or more for good cause) after receipt of the LCD record to file a Statement.

6.      In addition, because we still have not received the LCD record, and the filing of the LCD record is beyond our control, we believe this constitutes "good cause" for an extension of time for filing the Aggrieved Party's Statement.

WHEREFORE, the Aggrieved Party respectfully requests that the ALJ grant an extension of time of 30 days from the date we receive the LCD record from CMS or Mutual of Omaha for filing the Aggrieved Party's Statement, as authorized by 42 C.F.R. § 426.425(a), and renew or

-2-

supplement her Motion for Summary Judgment.

Respectfully submitted,

Thomas C. Fox, Esq.
Jason M. Healy, Esq.
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005-3317
(202) 414-9200

Attorneys for the Aggrieved Party

June 15, 2006

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this fifteenth day of June, 2006, one copy of the enclosed

Aggrieved Party's Motion For Extension Of Time To File Statement And Motion For Summary

Judgment was served via Certified Mail to:

Mutual of Omaha Insurance Company
Medicare Area
P.O. Box 1602
Omaha, NE 68101

and

CMS LCD Challenge Staff
Mail Stop C3-02-16
7500 Security Blvd.
Baltimore, MD 21244-1850

Jason M. Healy, Esq.

619

# ReedSmith

**Jason M. Healy**
Direct Phone: 202.414.9245
Email: jhealy@reedsmith.com

Reed Smith LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005-3373
202.414.9200
Fax 202.414.9299

June 15, 2006

VIA CERTIFIED MAIL

Martha Zajiceck
First Vice President and Counsel
3 Law
Mutual of Omaha Plaza
Omaha, NE 68175-1008

Re:  *In re* CMS LCD COMPLAINT
     Blood Glucose Testing (LCD Database ID No. L19657)
     Contractor: Mutual of Omaha Insurance Company (Fiscal Intermediary)
     Region VII, Midwest Consortium
     Docket No. C-06-349

Dear Ms. Zajiceck:

Elaine Knapp with the CMS regional office in Seattle, Washington requested that we re-send to you our May 2, 2006 filing in the above-referenced matter. Mutual of Omaha stamped the filing as received on May 5, 2006. However, the filing was returned to us by Kim Kavan, Medicare Claims Appeals at Mutual of Omaha by letter dated May 31, 2006. We have enclosed a copy of that letter as well.

If you have any questions about these enclosures, please contact me at (202) 414-9245.

Sincerely,

*Jason M. Healy*

Jason M. Healy

Encls.

cc:   Hon. Keith W. Sickendick (without encls.)
      Department of Health & Human Services
      Departmental Appeals Board, MS 6132

LONDON ♦ NEW YORK ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ WASHINGTON, D.C. ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
PRINCETON ♦ FALLS CHURCH ♦ WILMINGTON ♦ NEWARK ♦ MIDLANDS, U.K. ♦ CENTURY CITY ♦ RICHMOND ♦ LEESBURG

r e e d s m i t h . c o m

620

DCLIB-471220.1-JMHEALY 6/15/06 11:56 AM

Departmental Appeals Board
June 15, 2006
Page 2

**ReedSmith**

Civil Remedies Division
330 Independence Avenue, SW
Cohen Building, Room G-644
Washington, D.C. 20201

CMS LCD Challenge Staff (without encls.)
Mail Stop C3-02-16
7500 Security Blvd.
Baltimore, MD 21244-1850

DEPARTMENT OF HEALTH AND HUMAN SERVICES

## DEPARTMENTAL APPEALS BOARD

CIVIL REMEDIES DIVISION

| | |
|---|---|
| *In re* CMS LCD Complaint: | ) |
| | ) |
| Blood Glucose Testing | ) Date: JUN 2 8 2006 |
| (LCD Database ID No. L19657) | ) |
| | ) Docket No. C-06-349 |
| Contractor: Mutual of Omaha Insurance | ) |
| Company (Fiscal Intermediary). | ) |
| | ) |
| Region VII, Midwest Consortium | ) |
| | ) |

## ORDER EXTENDING SCHEDULE FOR FILING

On April 19, 2006, an Acknowledgment of Receipt of Acceptable Complaint; Order to File LCD Record; and Briefing Schedule on the Aggrieved Party's Motion for Summary Judgment (Acknowledgment and Order) was issued at my direction. Pursuant to the Acknowledgment and Order, Mutual of Omaha Insurance Company (the contractor) or the Centers for Medicare & Medicaid Services (CMS) were required to serve a copy of the LCD record upon the aggrieved party within 30 days, i.e. not later than May 19, 2006. CMS and the contractor did not certify service of the LCD record upon the aggrieved party until June 14, 2006. On June 15, 2006, the aggrieved party moved for an extension of 30 days in which to file its statement authorized under 42 C.F.R. § 426.425(a) and to supplement its motion for summary judgment stating as grounds that the LCD record had not yet been received from CMS or the contractor.

2

I find good cause to grant the requested extension. Accordingly, to grant the requested relief the date of the Acknowledgment and Order is amended to May 19, 2006.

**IT IS SO ORDERED.**

Keith W. Sickendick
Administrative Law Judge

Addresses:

Jason M. Healy, Esq.
Reed Smith LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, DC 2005-3317

and

CMS LCD Challenge Staff
Mail Stop C3-02-16
7500 Security Blvd.
Baltimore, Maryland 21244-1850

and

Mutual of Omaha Insurance Company
Medicare Area
P.O. Box 1602
Omaha, Nebraska 68101



**Jason M. Healy**
Direct Phone: 202.414.9245
Email: jhealy@reedsmith.com

Reed Smith LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005-3373
202.414.9200
Fax 202.414.9299

July 18, 2006

RECEIVED
JUL 1 9 2006
CRD

FILE COPY

<u>VIA OVERNIGHT MAIL</u>

Hon. Keith W. Sickendick
Department of Health & Human Services
Departmental Appeals Board, MS 6132
Civil Remedies Division
330 Independence Avenue, SW
Cohen Building, Room G-644
Washington, D.C. 20201

> Re:  *In re* CMS LCD COMPLAINT
> Blood Glucose Testing (LCD Database ID No. L19657)
> Contractor:  Mutual of Omaha Insurance Company (Fiscal Intermediary)
> Region VII, Midwest Consortium
> Docket No. C-06-349

Dear Judge Sickendick:

Enclosed please find three copies of the following items:

(1)    Aggrieved Party's Statement;

(2)    Aggrieved Party's Motion For Summary Judgment; and

(2)    Certificate of Service, certifying that service was accomplished upon the contractor (Mutual of Omaha) and CMS.

If you have any questions about these enclosures, please contact me at (202) 414-9245.

Sincerely,

*Jason M. Healy*

Jason M. Healy

DCLIB-473353.1-JMHEALY 7/17/06 11:40 AM

Departmental Appeals Board
July 18, 2006
Page 2

**ReedSmith**

Encls.

cc:    Martha K. Zajicek, Esq.
        First Vice President & Counsel
        Mutual of Omaha Insurance Company
        Medicare Division
        P.O. Box 1602
        Omaha, NE 68101

        CMS LCD Challenge Staff
        Mail Stop C3-02-16
        7500 Security Blvd.
        Baltimore, MD 21244-1850

DEPARTMENT OF HEALTH AND HUMAN SERVICES

DEPARTMENTAL APPEALS BOARD

CIVIL REMEDIES DIVISION

RECEIVED

JUL 1 3 2006

CRD

| | |
|---|---|
| *In Re* LCD Complaint: ) <br><br> Blood Glucose Testing <br> (LCD Database ID No. L19657) ) <br><br> Contractor: Mutual of Omaha Insurance <br> Company (Fiscal Intermediary) ) <br><br> Region VII, Midwest Consortium ) | Docket No. C-06-349 |

## AGGRIEVED PARTY'S STATEMENT

### INTRODUCTION

On March 28, 2006, the Aggrieved Party (or Beneficiary), by and through her undersigned counsel, filed a Complaint with supporting exhibits challenging the validity of Mutual of Omaha's local coverage determination ("LCD") on blood glucose testing as legal authority for denying Medicare coverage of her blood glucose tests. Although the Order of the administrative law judge ("ALJ") dated April 19, 2006 instructed the contractor, Mutual of Omaha (the "Intermediary"), or the Centers for Medicare & Medicaid Services ("CMS") to file the LCD record with the ALJ and the Aggrieved Party no more than 30 days from the date of the Order, both Mutual of Omaha and CMS failed to submit the LCD record within this time period. Mutual of Omaha filed the LCD record with the Aggrieved Party on June 14, 2006.[1]

---

[1] Because the regulation at 42 C.F.R. § 426.425(a) gives the Aggrieved Party 30 days (or more for good cause) after receipt of the LCD record to file a Statement, on June 15, 2006 we moved for an extension of 30 days to file the Aggrieved Party's Statement. The ALJ issued an Order dated June 28, 2006 extending the schedule for filing the Aggrieved Party's Statement by amending the date of the April 19, 2006 Order to May 19, 2006.

626

The Aggrieved Party now submits this Statement in the above-referenced matter pursuant to 42 C.F.R. § 426.425(a) in support of the Aggrieved Party's request that the LCD at issue be invalidated. Based upon the LCD record submitted (or, more appropriately, the lack of a sufficient record to support the LCD), as required by the regulations, this case presents a very simple and straightforward basis for the ALJ to invalidate the LCD. The LCD record is both incomplete and inadequate to support the validity of the LCD under the reasonableness standard. See 42 C.F.R. § 426.425(a). Significantly, the LCD record presents no dispute as to any material facts. Indeed, there is virtually no documented support for the LCD in the Intermediary's LCD record. For example, the LCD record includes no copies of medical studies or medical articles to support the LCD. The LCD record also shows that the Intermediary was given a clear warning by the CMS regional office that the challenged LCD language should not be included in the LCD because it conflicts with the national coverage determination ("NCD") on blood glucose testing, as alleged by the Aggrieved Party in her Complaint.

When the LCD record is evaluated in light of the requirements for blood glucose testing services in the Medicare statute and regulations, the NCD, accepted medical literature, and good medical practices, it is even more evident that the Aggrieved Party's request to have the LCD declared invalid as a matter of law, upon summary judgment, is fully supported.

## ARGUMENT

### I. THE LCD RECORD IS INCOMPLETE AND INADEQUATE TO SUPPORT THE VALIDITY OF THE LCD

For the reasons discussed below, the LCD record is both incomplete and inadequate to support the validity of the LCD under the reasonableness standard. See 42 C.F.R. § 426.525(a). The reasonableness standard is "the standard that an ALJ or the Board must apply when conducting an LCD or an NCD review." Id. § 426.110. Under the reasonableness standard, an LCD or NCD (or one or more provisions of an LCD or NCD) will only be upheld if "the findings of fact, interpretations of law, and applications of fact to law by the contractor or CMS are

reasonable based on the LCD or NCD record and the relevant record developed before the ALJ or the Board." Id. Because the LCD record in this case is both incomplete and inadequate to support the validity of the LCD under the reasonableness standard, the LCD language challenged in the Aggrieved Party's Complaint must be invalidated.

### A.    The LCD Record Is Deficient for Being Incomplete

The regulations describe the elements of a contractor's LCD record that is furnished to the aggrieved party:

> Except as provided in paragraph (b) of this section, the contractor's LCD record consists of any document or material that the contractor considered during the development of the LCD, including but not limited to the following:
>
> (1) The LCD being challenged.
>
> (2) Any medical evidence considered on or before the date the LCD was issued, including, but not limited to the following:
>
> > (i) Scientific articles.
> >
> > (ii) Technology assessments.
> >
> > (iii) Clinical guidelines.
> >
> > (iv) Statements from clinical experts, medial textbooks, claims data, or other indication of medical standard of practice.
>
> (3) Comment and Response Document (a summary of comments received by the contractor concerning the draft LCD).
>
> (4) An index of documents considered that are excluded under paragraph (b) of this section [proprietary data, privileged information, or new evidence].

42 C.F.R. § 426.418(a) (emphasis added). Accordingly, for the LCD record to be considered complete it must include "any document or material that the contractor considered during the development of the LCD." Id. The regulation specifies four categories of documents that the LCD must include in paragraphs (1) through (4). The "including but not limited to" language in the regulation means that other documents considered by the contractor during the development of the LCD are to be included in the LCD record as well, even though they are not listed in section 426.418(a). Necessarily, then, any document or material that is not included in the LCD record that the Intermediary furnished to the Aggrieved Party was not considered by the

- 3 -

Intermediary in developing the LCD. The only exception is for proprietary data, privileged information, or new evidence, but the Intermediary is directed to provide an index of such documents with the LCD record that is sent to the Aggrieved Party. Id. § 426.418(a)(4),(b). Because no such index was sent to the Aggrieved Party with the LCD record we can conclude that the Intermediary has no proprietary data, privileged information, or new evidence supporting the LCD.

### 1. The LCD Record Does Not Include Any Independent Medical Evidence

The LCD record is incomplete, and therefore defective, because it does not include documents that an LCD record must have to comply with paragraphs (1) through (4) of the regulation. First, the LCD record does not include any independent medical evidence in support of the LCD that the Intermediary considered on or before the date the LCD was issued. See id. § 426.418(a)(2). Such medical evidence can include scientific articles, technology assessments, clinical guidelines, or statements from clinical experts, medical textbooks, claims data, or other indication of medical standard of practice. Id. The Intermediary's listings of sources do not satisfy this standard. See A. Ex. 1. There is some analysis of claims data by the Intermediary, but this could not be considered an independent evaluation of medical evidence. See A. Ex. 3. In fact, these analyses actually show the significant need for coverage of blood glucose testing services.

No clinical studies are included in the LCD record, and none appear to be cited. Two medical texts, one report, and five journal articles appear to be cited, but the LCD record does not include copies of any of these publications. In addition, two of the journal articles cited are actually the same article published in two separate publications,[2] meaning that the Intermediary

---

[2] The two articles that are actually the same article from two different publications are listed in the LCD record under the following cites:

Sacks, D., Bruns, D., et al., Guidelines and Recommendations for Laboratory Analysis in the Diagnosis and Management of Diabetes Mellitis, Clinical Chemistry, 48:3, 436-472 (2002).

Sacks et al, Laboratory Analysis in Diabetes Mellitis, Diabetes Care, 25:4, April 2002, 458-472.

only cites four unique medical articles in support of its LCD. We were not able to locate a number of these sources using the information provided in the LCD record. This leads us to question the existence of the cited sources. But, more importantly, for purposes of this Statement, the lack of copies of these sources in the LCD record suggests that the Intermediary never read these articles or considered them in formulating its policy.

Moreover, the regulation states that medical evidence in the LCD record is to include sources considered on or before the date the LCD was issued. See 42 C.F.R. § 426.418(a)(2). However, three of the medical articles cited were published after the initial version of the LCD was released and thus could not have been considered in the formulation of the original LCD.

Finally, even if all of the articles cited could be located and had been published prior to the issuance of the LCD, there is no indication that they would support the quoted provisions in the LCD. For example, one article we were able to locate states that testing with portable meters for measurement of blood glucose concentrations "should be performed at least four times per day in patients with type 1 diabetes. Monitoring less frequently than four times a day can lead to deterioration of glycemic control." A. Ex. 2, Sacks et al., Guidelines and Recommendations for Laboratory Analysis in the Diagnosis and Management of Diabetes Mellitus, supra, at 444. This recommendation is consistent with the Aggrieved Party's position and actually contradicts the challenged language of the LCD.

### 2. The LCD Record Does Not Include a Comment and Response Document

The LCD record also is incomplete, and therefore defective, because it does not include a Comment and Response Document: a summary of comments received by the Intermediary concerning the draft LCD, as required by the regulation. See 42 C.F.R. § 426.418(a)(3). The record only contains a few emails from public commenters and the Intermediary discussing the draft policy and a Comment and Response Document for the blood glucose policy of a different contractor, AdminaStar Federal. No other document in the record is identified as a Comment and Response Document from the Intermediary regarding its LCD, making the LCD record

- 5 -

incomplete. Without a Comment and Response Document or copies of all the comments in the LCD record, we are also unable to verify that the Intermediary complied with CMS regulations and instructions on notice and comment processes in LCD development, as required by Medicare Program Integrity Manual (CMS Pub. 100-08) § 13.7.2-13.7.4. If the Intermediary did not comply with these processes, the LCD is void.

### 3.    The LCD Record Does Not Include an Index of Withheld Information, Yet Some Documents Were Redacted

The Intermediary has improperly excluded certain information in the LCD record without a claim of privilege and without proper notification to the Aggrieved Party, as required by the regulation, rendering the LCD record defective. Specifically, in the LCD record, the Intermediary has redacted provider names and information in documents regarding blood glucose testing claims, see A. Ex. 3, and in an email commenting on the LCD language, see A. Ex. 4, without providing any explanation or claim of privilege. If the Intermediary wishes to exclude information from the record as proprietary or privileged, it is required to supply an index notifying the Aggrieved Party of such documents. See 42 C.F.R. § 426.418(a)(4),(b). The ALJ's April 19, 2006 order also stated that any protected information must be accompanied by a motion to seal. No such motion was submitted with the LCD record. Therefore, the Aggrieved Party and the ALJ should not treat the redacted information as proprietary or privileged, and new copies of the redacted documents should be provided in unredacted form.

### B.    The LCD Record Is Inadequate to Support the Validity of the LCD

From our review of the LCD record, we believe it is clear that the Intermediary developed the LCD to deny coverage for needed services to a vulnerable patient population of SNF Part B residents without reviewing accepted medical practices and comments from SNF providers and other interested parties. In fact, there is virtually no documented support for the challenged LCD language in the LCD record.

The LCD record is largely a collection of similar policies drafted by other Medicare fiscal intermediaries, which this Intermediary plainly tried to replicate. There is some analysis of

claims data by the Intermediary, but this could not be considered an independent evaluation of medical evidence. See A. Ex. 3. These are data analyses of Medicare claims for blood glucose testing showing the number of services and the amount of aggregate reimbursement each year that would be denied by the LCD. As discussed above, these analyses actually show the significant need for coverage of blood glucose testing services.

There are some CMS transmittals, but the primary transmittal which the Intermediary discusses in internal e-mail communications found in the LCD record and which it relies on in developing its LCD – CMS Program Memorandum AB-00-108 (Dec. 1, 2000), discussed below (see Complaint A. Ex. 14) – is not included in the LCD record. Without a copy of this transmittal in the LCD record it cannot be considered as support for the LCD, per 42 C.F.R. § 426.418(a).

Significantly, after the NCD was published, the Intermediary was given a clear written warning by the CMS Region VII office that the challenged LCD language does not appear in the NCD and should not be included in the LCD because it conflicts with the NCD, as health care providers had argued. See A. Ex. 5. Others who reviewed the draft LCD internally expressed similar concerns about the legitimacy of language in the LCD that does not appear in the NCD and the negative impact the LCD would likely have on patient care by discouraging testing. See A. Ex. 6. The Intermediary chose to ignore these warnings and publish the LCD anyway, and continues to publish the LCD with the same objectionable language, knowing full well that its LCD is not supported by the NCD and that patient care could suffer.

## II. APPLICABLE LEGAL AUTHORITIES AND ACCEPTED MEDICAL PRACTICES SUPPORT INVALIDATING THE LCD

The extent to which the LCD record is inadequate and deficient is even more evident with a proper understanding of the applicable legal authorities and accepted medical practices relating to blood glucose testing.

### A.    The Medicare Statute and Regulations Support Coverage of The Beneficiary's Blood Glucose Tests

The Beneficiary's blood glucose tests meet the requirements in the Social Security Act (the "Act") and the Medicare regulations. The Act is the foremost authority for Medicare Part B coverage for blood glucose testing. The applicable section of the Act is the general requirement that the service be "reasonable and necessary for the diagnosis or treatment of illness or injury." Complaint A. Ex. 9, 42 U.S.C. § 1395y(a)(1)(A). Under this requirement, blood glucose testing is reasonable and necessary for the diagnosis or treatment of diabetes.

In recognition of the fact that Congress provided for Medicare Part B coverage of blood glucose testing services, the Medicare regulations further describe the circumstances under which blood glucose testing is reasonable and necessary. The regulations define blood glucose testing with a device approved for home use as a "diagnostic laboratory test." Complaint A. Ex. 10, 42 C.F.R. § 493.15. For Medicare beneficiaries residing in a SNF, coverage exists for diagnostic laboratory tests if they are "ordered by the physician who is treating the beneficiary, that is, the physician who furnishes a consultation or treats a beneficiary for a specific medical problem and who uses the results in the management of the beneficiary's specific medical problem." Complaint A. Ex. 11, Id. § 410.32(a). Thus, the only requirement in the Medicare regulations for blood glucose testing to be reasonable and necessary is an order by the treating physician for such testing. Nothing in the Medicare regulations imposes any additional requirements.

### B.    The NCD Supports Coverage of The Beneficiary's Blood Glucose Tests

Effective November 23, 2001, CMS promulgated the NCD to address Medicare coverage of blood glucose testing. The NCD specifically encourages frequent testing of blood glucose levels for diabetic patients and acknowledges that it may be reasonable and necessary to measure quantitative blood glucose in stable, non-hospitalized patients who are unable or unwilling to do so. The NCD does not provide any specific limitations to testing. In plain language, the NCD acknowledges that specific diagnosis codes, such as diabetes, support repeat testing, especially

- 8 -

where there is a confirmed continuing risk of glucose metabolism abnormality. Significantly, the NCD has seen both revision and expansion since its effective date of November 23, 2001, but the position both covering and supporting blood glucose testing with a home-use device has not changed.

The NCD notes that using a device approved for home testing has become a standard of care for control of blood glucose, even in the inpatient setting. Importantly, the NCD does not expressly require that treating physicians receive the results of blood glucose tests with the frequency now required by the Intermediary. Nor does the NCD suggest that frequent testing is unreasonable or lacks medical necessity for beneficiaries diagnosed with diabetes. Rather, the NCD merely limits coverage for beneficiaries with "nonspecific signs, symptoms, or diseases not normally associated with disturbances in glucose metabolism" (i.e., patients without a diagnosis of diabetes) to a single test unless the results are abnormal or there is a change in clinical condition. According to the NCD, specific diagnosis codes such as diabetes support repeat testing, especially where there is a "confirmed continuing risk of glucose metabolism abnormality." Diabetes is a disease that is not only "associated with" disturbances in glucose metabolism, but is defined as "a syndrome characterized by hyperglycemia [abnormally high blood glucose] resulting from absolute or relative impairment in insulin secretion and/or insulin action." Complaint A. Ex. 20, The Merck Manual of Diagnosis and Therapy § 2, Ch. 13, pg. 1. Beneficiaries with a diagnosis of diabetes who reside in SNFs almost always have such a continuing risk. Therefore, the NCD supports coverage of claims for regular blood glucose testing of beneficiaries with a diagnosis of diabetes, including this Beneficiary.

Specifically, the NCD states that "[f]requent home blood glucose testing by diabetic patients should be encouraged," and that "[t]he convenience of the meter or stick color method . . . . has become a standard of care for control of blood glucose, even in the inpatient setting." Complaint A. Ex. 3, 66 Fed. Reg. 58846 (Nov. 23, 2001). The NCD also states that "[d]epending upon the age of the patient, type of diabetes, degree of control, complications of diabetes, and other co-morbid conditions, more frequent testing than four times annually may be

reasonable and necessary. . . . [R]epeat testing may be indicated where results are normal in patients with conditions where there is a confirmed continuing risk of glucose metabolism abnormality." Id. Taking into account the health factors of the Beneficiary, nowhere in the NCD are there specific limitations on the frequency of testing, and nowhere is there mention of "prompt" notification. The NCD simply lists the number of maladies that may require blood glucose testing and reiterates that reasonable and necessary tests will be reimbursed. See id. at 58846, 58848.

The Beneficiary's blood glucose testing services meet the NCD criteria in that they are performed on a diabetic beneficiary who has a continued risk of glucose metabolism abnormality. The NCD clearly states that such testing should be encouraged. Thus, limiting blood glucose services to the Beneficiary when she requires daily insulin shots defies the language of the NCD and good medical practice. The Beneficiary's blood glucose testing services also meet the reasonable and necessary criteria. They are ordered by the treating physician, furnished by qualified personnel, in an appropriate setting, and furnished in accordance with accepted standards of medical practice for the treatment of diabetes. All of the tests are performed at a frequency determined by the Beneficiary's treating physician to meet her specific medical needs.

## C.    The NCD Takes Precedence Over the LCD

A NCD is a determination by CMS as to whether or not a particular service is covered nationally by Medicare. See Complaint A. Ex. 12, 42 C.F.R. § 405.1060(a)(1). A NCD is binding on all Medicare contractors, including carriers and fiscal intermediaries, as well as the DAB and its ALJs, among others. See id. § 405.1060(a)(4).

A NCD takes precedence over decisions made on the local level by Medicare contractors, i.e., LCDs, including what were formerly known as Local Medical Review Policies ("LMRPs"), and other non-binding policies. "An LMRP may not conflict with a national coverage decision once the national coverage decision is effective. If a national coverage decision conflicts with a previously established LMRP, the contractor must change its LMRP to conform to the national

coverage decision. . . . The LMRP may not alter the national coverage decision." Complaint A. Ex. 13, 66 Fed. Reg. 58,788 (Nov. 23, 2001) (emphasis added). For this reason, if a LCD conflicts with a NCD, the Medicare contractor must follow the NCD. The Intermediary failed to amend its LCD, first approved on July 31, 2001, after the NCD was effective on November 23, 2001. In fact, the LCD record shows that the Intermediary understood that its LCD included language that was not supported by the NCD (see A. Ex. 5), yet the Intermediary did not amend the LCD.

**D.    The Program Memorandum Provides Some Support for Coverage of the Beneficiary's Blood Glucose Tests, But It Is of Limited Value Because It Preceded Publication of the NCD**

In December 2000, CMS issued a Program Memorandum that specifically recognizes "administration of the [blood glucose testing] service several times a day is common in order to maintain tight control of glucose to prevent heart disease, blindness, and other complications of diabetes." Complaint A. Ex. 14, CMS Program Memorandum AB-00-108 (Dec. 1, 2000), pg. 1. The Program Memorandum also discusses blood glucose testing services for Medicare Part B nursing home patients and states that payment cannot be denied on the basis that the service is routine care, which is only a consideration for Part A nursing home services. See id., pg. 3. This language supports coverage of the Beneficiary's claims for blood glucose testing.

Despite these statements, the Program Memorandum attempts to change longstanding Medicare policy, going well beyond the statute, the regulations, and the NCD to state that glucose testing laboratory services will not qualify for separate payment under Medicare unless the laboratory result is promptly reported to the physician to use the result to continue or modify patient care. The Program Memorandum cites no direct authority for this proposition and simply claims it is "implicit" in Medicare's requirements that services be reasonable and necessary to be covered. The Program Memorandum does not further define the term "prompt."

Although we do not believe the NCD supports a prompt reporting requirement, we note that the frequency that the Beneficiary's blood glucose test results are reported to her physician is not incompatible with the concept in the Program Memorandum concerning prompt reporting

- 11 -

636

of test results. The standard medical practice, where blood glucose test results are reported to the physician on a regular basis (but not immediately) constitutes prompt reporting.

Nevertheless, the ALJ should disregard this Program Memorandum for a number of reasons. First, this Program Memorandum was published before the NCD was published and there is no prompt reporting requirement in the NCD. Accordingly, the NCD does not require prompt reporting, nor should the Intermediary for purposes of coverage. Second, ALJs are not bound by CMS program memoranda and manual instructions. See Complaint A. Ex. 12, 42 C.F.R. § 405.1062(a). Third, the Intermediary's LCD has inappropriately borrowed the concept of prompt reporting of test results from the Program Memorandum and, in its most recent interpretation of its LCD, requires that blood glucose test results be reported to the treating physician before the performance of the next blood glucose test. This restriction on coverage of blood glucose tests for diabetic patients who require regular testing has no basis in the statute, the regulations, the NCD, standard medical practice, or, we would argue, even the Program Memorandum. Therefore, the Program Memorandum should be disregarded for purposes of this appeal.

### E.    The LCD Conflicts With the NCD:  The Intermediary's Interpretation Is Arbitrary and Capricious

The Intermediary's LCD on blood glucose testing, now in its fifth version, had an original effective date of September 4, 2001. The current version of the LCD applies to services performed on or after September 21, 2005. On or about September 2005, the Intermediary posted a newsletter on its web site (the "Intermediary's Newsletter") stating that, as of October 1, 2005, the Intermediary would subject all claims submitted for blood glucose testing services to medical review and/or system edits. See Complaint A. Ex. 15. As a result of this decision, none of the claims for blood glucose testing services for the Beneficiary with dates of service on or after October 1, 2005 will be reimbursed by Mutual of Omaha.

The ALJ should invalidate the Intermediary's LCD as a matter of law because the challenged LCD language conflicts with the NCD in numerous ways. First, the LCD's emphasis

on the word "routine" has the effect of denying coverage of regular blood glucose testing of SNF residents. The LCD also states that routine blood glucose testing services are never covered in a SNF because a SNF is not a home; however, the LCD says that blood glucose testing in a SNF is a covered laboratory service that qualifies for separate payment under the Medicare laboratory benefit. The NCD does not preclude regular blood glucose testing of SNF residents. As an undisputed fact, glucose testing may be covered when it meets all the conditions of a covered laboratory service. Therefore, characterizing blood glucose testing as "routine" cannot foreclose coverage under Part B in a SNF setting. Even the Program Memorandum acknowledges that "[d]enial of payment for a Part B covered laboratory service cannot be made on the basis that the service is routine care." Complaint A. Ex. 14, pg. 3. "Under Medicare, routine care determinations are applicable only for Part A nursing home services." Id.

Second, the LCD states that "routine" blood glucose testing is not reasonable and necessary. According to the LCD, for a laboratory service to be reasonable and necessary, it must be ordered by the physician, the ordering physician must use the result in the management of the beneficiary's specific medical problem, and the laboratory result must be reported to the physician promptly in order for the physician to use the result and instruct continuation or modification of the patient care. This statement is substantially the same as the Program Memorandum. See id. However, as discussed above, the plain language of the Social Security Act, the Medicare regulations, and the NCD do not require "prompt" notification. The NCD sets the Medicare national coverage criteria for blood glucose testing, and it does not require "prompt" notification of laboratory results to the physician. The absence in the NCD of the restrictive notification language, together with the NCD's language encouraging frequent testing and recognizing it as the standard of care, invalidates any "prompt" notification requirement in the LCD.

Third, the LCD states that there can be no standing order for blood glucose testing for such services to be covered. On its face, that restriction contradicts the language in the LCD itself and in the NCD that specifically encourages frequent testing of blood glucose levels for

- 13 -

diabetic patients and acknowledges that it may be reasonable and necessary to measure quantitative blood glucose in stable, non-hospitalized patients who are unable or unwilling to do so. The NCD does not provide any specific limitations to testing. To the contrary, the NCD acknowledges that specific diagnosis codes, such as diabetes, supports repeat testing, especially where there is a confirmed continuing risk of glucose metabolism abnormality. Therefore, a clear and unambiguous reading of the NCD supports the use of physician orders for repeat blood glucose testing; it does not suggest that the physician must sign a separate order for each test.

In addition, the Intermediary's recent interpretation of its LCD is arbitrary and capricious and amounts to substantive changes to its coverage policy that did not undergo a notice and comment period. The Intermediary's Newsletter states that, as of October 1, 2005, all blood glucose testing claims for SNF residents will be subject to medical review and/or system edits. See Complaint A. Ex. 15. This is an abrupt change in the Intermediary's coverage policy that will have a devastating impact on thousands of Medicare Part B beneficiaries who reside in SNFs. The effect of this policy will be to deny claims for such beneficiaries that were previously allowed under the same LCD, with language that has remained substantially the same through five different versions, over the course of four and a half years (the first version of this LCD was effective on September 4, 2001).

Based upon the Intermediary's history of allowing such claims under this LCD, it was reasonable for the Beneficiary to rely upon the Intermediary's long-standing interpretation of its own LCD when she submitted her claims for blood glucose testing services. Because the Beneficiary's blood glucose tests were covered and paid previously by the Intermediary, she had every reason to assume that blood glucose tests would continue to be covered and paid under the same LCD. The ALJ should find that the Intermediary's new interpretation of this LCD constitutes substantive and material changes to this local coverage policy that are invalid for not going through the notice and comment process required by Medicare Program Integrity Manual (CMS Pub. 100-08) § 13.7.2. See Complaint A. Ex. 16. It is inequitable for the Intermediary to

639

discontinue payment for the same services under the same LCD based upon the Beneficiary's reliance.

**F.    The LCD Is Contrary to Good Medical Practice and Not Supported by Accepted Medical Literature**

The LCD record does not include any medical studies or medical articles about blood glucose testing or the health care needs of diabetic patients. Accordingly, the Intermediary's LCD was developed without consideration of current medical literature and clinical authorities, which advocate regular blood glucose testing for patients like this Beneficiary. The LCD also is inconsistent with numerous federal initiatives to combat diabetes and prevent complications of the disease.

Blood glucose testing to monitor glucose levels in the blood, as performed by patients and health care providers, is considered a cornerstone of diabetes care. See Complaint A. Ex. 25, Position Statement: Tests of Glycemia In Diabetes, American Diabetes Association, Diabetes Care 25:S97-S99, Supp. 1 (Jan. 2002), pg. S97. The results of these tests are used to assess the efficacy of therapy and to guide adjustments in medical nutrition therapy, exercise, and medications to achieve the best possible blood glucose control. See id.

Clinical authorities support the use of sliding scale insulin administration supported by glucose testing for nursing home residents, but prolonged use of sliding scale insulin is not recommended. See Complaint A. Ex. 21, Managing Diabetes in the Long-Term Care Setting: Clinical Practice Guideline, American Medical Directors Association (AMDA) (2002), pg. 26. This approach uses a base dose of intermediate or long acting insulin, and regular insulin, supplemented by regular insulin administered by the nurse based on the patient's blood sugar and the treating physician's orders. The established best practice is for the physician to set the frequency of the testing and a range for the blood glucose values of the specific patient. Blood glucose testing (or monitoring), a measurement of glucose in the blood that can be done at any time on a portable machine, has long been used to assess blood glucose levels for diabetics. Blood glucose testing is typically performed by placing a drop of blood on a reagent strip, which

640

uses a chemical substance to react to the amount of glucose in the blood. The portable machine then reads the strip and displays the results as a number on a digital display. Physicians are notified when glucose values go above or below the specified parameters. Adjustments are made to the base (and supplemental) dose when necessary. This treatment protocol is essentially the same whether the patient is being treated at home, as a hospital inpatient, or in a SNF, and is consistent with existing Medicare requirements and the prior Intermediary policy.

This type of glucose testing is particularly important in elderly patients where their age has compromised the body's ability to maintain stability and uniformity on its own. To help elderly diabetics maintain a homeostatic state, the clinical practice model of the AMDA recommends a blood glucose test on admission, bedside glucose testing <u>several times a day</u> (more frequently if the patient's glucose level is poorly controlled), daily blood glucose review, and physician alert when values fall below or above the recommended range or a range indicated in the physician's order. <u>See</u> Complaint <u>A. Ex.</u> 21, Managing Diabetes in the Long-Term Care Setting: Clinical Practice Guideline, American Medical Directors Association (AMDA) (2002), pgs. 11, 27-28, 39-42. The American Diabetes Association also recommends blood glucose testing of type 1 diabetics three or more times daily. <u>See</u> Complaint <u>A. Ex.</u> 23, Standards of Medical Care in Diabetes, American Diabetes Association, Diabetes Care 2004, Vol. 27, pg. S20; Complaint <u>A. Ex.</u> 25, Position Statement: Tests of Glycemia In Diabetes, American Diabetes Association, Diabetes Care 25:S97-S99, Supp. 1 (Jan. 2002), pg. S97. Such glucose testing should <u>not</u> be confused with screening tests, routine or standing orders. Regular testing is medically necessary to avoid certain short and long term complications of diabetes, and to assess the efficacy of ongoing treatment.

The medical literature clearly indicates that day-to-day control of insulin levels reduces the severity of existing consequences of diabetes, and can prevent the onset of new symptoms and complications. Diabetes is common in the nursing home setting, with over 18 percent of nursing home residents with this disease. <u>See</u> Complaint <u>A. Ex.</u> 21, Managing Diabetes in the Long-Term Care Setting: Clinical Practice Guideline, American Medical Directors Association

- 16 -

(AMDA) (2002), pg. 2. The literature demonstrates that nursing home patients have a high prevalence of cognitive and physical impairment and need help in daily activities. The prevalence of these impairments is higher among diabetic nursing home patients than in the nursing home population as a whole, which increases the complexity of diabetes management, and makes it unlikely that these patients can manage their diabetes on their own. See id., pg. 3. Diabetic nursing home residents are susceptible to hyperglycemia (a condition that impairs cognition, decreases pain thresholds, impairs vision, and may increase the risk for falls) and hypoglycemia (which, untreated, can cause falls or permanent neurological impairment). See id. Nursing home residents are frequently unable to perceive or communicate hypoglycemic symptoms. See id. "Frequent monitoring of blood glucose levels is critical to avoid hypoglycemia and its consequences." Complaint A. Ex. 26, Subacute Care for Seniors: Management of Elderly Diabetic Patients In the Subacute Care Setting, A. Lee, MD, Clinics In Geriatric Medicine, 16:4 (Nov. 2000), reprinted at http://home.mdconsult.com, pg. 8.

　　Treatment guidelines for diabetes published by numerous medical societies establish that glucose testing is reasonable and necessary for the treatment of diabetes patients, and leave the frequency of the testing to the medical judgment of the treating physician, based on the patient's individual circumstances. See Complaint A. Ex. 21, Managing Diabetes in the Long-Term Care Setting: Clinical Practice Guideline, American Medical Directors Association (AMDA) (2002), see especially pgs. 39-41. Regular blood glucose testing is part of an overall, individualized treatment care plan for diabetes management, along with a meal plan, activity and physical therapy, treatment with oral antidiabetic agents and/or insulin, foot/wound care, and pain management. See Complaint A. Ex. 21, Managing Diabetes in the Long-Term Care Setting: Clinical Practice Guideline, American Medical Directors Association (AMDA) (2002), pg. 16. Regular monitoring of blood glucose levels helps achieve target ranges for blood glucose control; reduce the risk of lower-extremity infections, ulcers, and limb loss; control pain and neuropathic symptoms; and reduce the progression of other diabetic complications. See id., pgs. 16-17.

The insulin needs of patients with diabetes can vary from one patient to another, from day to day, even from hour to hour. Most nursing home patients have type 2 diabetes but a sizable proportion have combined therapy with insulin orders for treatment. Regular testing is particularly important because blood glucose levels frequently vary depending on the time of day, as demonstrated in a study conducted by the National Institute of Diabetes and Digestive and Kidney Diseases and Social, and Scientific Systems, Inc., published in the December 27, 2000, Journal of the American Medical Association. See Complaint A. Ex. 22, Diurnal Variation in Fasting Plasma Glucose, JAMA (Dec. 27, 2000), pg. 5; see also Complaint A. Ex. 20, The Merck Manual of Diagnosis and Therapy § 2, Ch. 13, pgs. 9-10 (discussing the "dawn phenomenon").

During the past decade, clinical trials have demonstrated the importance of glycemic control, as measured through regular blood glucose testing, to prevent and reduce the complications of diabetes. See Complaint A. Ex. 24, The Importance of Tight Glycemic Control, J.E. Gerich, MD, The American Journal of Medicine, 118:9A (September 2005), reprinted at http://home.mdconsult.com, pg. 4. Several new therapeutic agents have become available to improve and monitor glycemic control in patients with type 2 diabetes, including less painful and continuous monitoring devices. See id. Significantly, the optimization of glycemic control has been shown to be cost-effective. See id. Regular blood glucose testing with a monitoring device is less expensive in the long run than the costs of surgery and other treatments for patients who develop complications due to poor glycemic control. However, despite the advances in monitoring devices and therapeutic agents, at least one study suggests that there has not been a corresponding improvement in glycemic control for diabetic patients. See id. The likely explanations for this include "lack of time and resources due to reimbursement considerations, for physicians to treat patients with diabetes" and other factors. Id. The Intermediary's recent interpretation of its LCD is precisely the type of reimbursement policy that discourages regular blood glucose testing. Rather than encourage the necessary monitoring of blood glucose levels in Part B SNF residents by covering these tests, the LCD

- 18 -

denies coverage, creating a disincentive to perform these tests. As a result, there is an increased likelihood that the Part B beneficiaries who suffer from this debilitating disease will develop blindness, require the amputation of limbs, and experience other complications that require costly medical intervention.

The Intermediary's LCD not only ignores current medical literature and clinical authorities, it is inconsistent with numerous federal initiatives to combat diabetes and prevent complications of the disease. A number of these programs recognize the value of having the physician prescribe supplies and document the frequency of self-testing, without requiring physician review before each testing event. When HHS launched the National Diabetes Education Program ("NDEP") in 2001, a joint federal program run by the National Institutes of Health and the Centers for Disease Control and Prevention, the Secretary emphasized the importance of informing Medicare beneficiaries that they "can use their benefits to better monitor and manage their diabetes." Complaint A. Ex. 27, "HHS Launches Diabetes Education Program for Older Americans," HHS Press Release (May 3, 2001), reprinted at http://www.hhs.gov/news/press/2001pres/20010503.html, pg. 1. The NDEP supports routine self-monitoring of blood sugar levels by diabetics and their health care providers for use in an effective treatment plan for managing their disease. See id. The Intermediary's LCD also runs counter to the recommendations of the American Diabetes Association that, given the importance of blood glucose testing to diabetes care, government and third-party payers "should strive to make the procedure readily accessible and affordable for all patients who require it." Complaint A. Ex. 25, Position Statement: Tests of Glycemia In Diabetes, American Diabetes Association, Diabetes Care 25:S97-S99, Supp. 1 (Jan. 2002), pg. S97.

### G. The LCD Creates Unnecessary Administrative Burdens On Providers And Physicians

Treating diabetes using blood glucose testing in a hospital, SNF, or home, is best managed by trend analysis, not test-to-test adjustments. It is generally pointless to provide individual test results to the physician, except when test results are outside the parameters set by

- 19 -

644

the physician, in which case the physician will be notified immediately. The physician needs to see trends of test results in order to determine whether dosage modification is medically necessary. See Complaint A. Ex. 21, Managing Diabetes in the Long-Term Care Setting: Clinical Practice Guideline, American Medical Directors Association (AMDA) (2002), pgs. 28. This is certainly true with regard to this Beneficiary. Her physician states that:

> It would be impractical and, in my opinion, unnecessary for me to write a separate order for each blood glucose test to be administered to ████, or to be notified of the results of each test. It is my professional opinion, in keeping with standard medical practice, to review ████'s blood glucose test results on a bi-monthly basis and make appropriate adjustment to her plan of care.

Complaint A. Ex. 8, pg. 2, Statement By C. Steven Fehlauer, M.D (with patient identifying information redacted per May 2, 2006 Aggrieved Party's Motion to Seal).

Moreover, the LCD's prompt notification language creates a tremendous burden on SNFs and their nursing staff and fails to take into consideration the realities of caring for Medicare beneficiaries who suffer from this debilitating disease. Most SNF residents have blood glucose testing schedules that follow similar time frames and, thus, will require nurses to call physicians for every diabetic patient at the same time. Further, even if SNF staff were to contact the physician after each test, there is no assurance the physician would promptly respond to the call or, in fact, use the individual test result in care planning. Based upon the written statement by the Beneficiary's physician, it is unlikely that he would do so. See Complaint A. Ex. 8, pg. 2, Statement By C. Steven Fehlauer, M.D. In other words, even if SNFs reported each individual blood glucose test result to each diabetic resident's physician, it is doubtful that this process would meet the Intermediary's purported goal of increasing physician involvement in diabetes management. One can only conclude that the Intermediary is now interpreting the prompt notification language in its LCD to impose an unworkable requirement upon SNF care givers, in a deliberate effort to deny legitimate claims for blood glucose tests.

645

- 20 -

**H.    Two Recent ALJ Decisions Reversing Claims Denials Based Upon Similar LCDs Have Not Been Appealed Nor Has The Secretary Sought To Intervene**

Two ALJs recently accepted arguments similar to the ones asserted by the Beneficiary in recent claims appeals based upon similar LCDs for blood glucose testing. See Complaint A. Ex. 17, Extendicare Health Services v. AdminaStar Federal, Docket Number 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 (Aug. 12, 2004) ("Extendicare I"); Complaint A. Ex. 18, Extendicare Health Services v. AdminaStar Federal, Docket Number 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 (Aug. 24, 2004) ("Extendicare II").3  We submit that these decisions are persuasive authority in this appeal.

Both cases dealt with an LMRP released by AdminaStar that is similar to Mutual of Omaha's LMRP in that it stated that Medicare would only cover medically reasonable and necessary blood glucose testing services when a physician is "promptly notified of the test results so that he/she may provide active treatment . . . .  Multiple blood glucose monitoring services, without prompt physician notification, are not covered . . . ."  See Extendicare II, at 3.  In arguing for Part B coverage of blood glucose tests, Extendicare, in both cases, appealed from determinations that reimbursement was not warranted because the medical records did not reflect that the physician was notified after each test or that the physician used each test result to order a new test.  In neither case did AdminaStar seek appeal of the ALJs' determinations, nor did the Secretary seek to intervene.

In finding for Extendicare, one ALJ stated, "If a service cannot be denied because it is routine,4 it stands to reason that the services may be covered despite the fact that it is routine.  In fact, the purpose of routine, frequent blood glucose testing is to assure that tight control is

---

3 We are aware of one ALJ decision in a claims appeal (appeal number 1-7174101) that reached a different outcome.

4 The ALJ discussed the reference to "routine" in the context of the Hearing Officer's denial of reimbursement for blood glucose testing since such testing was "routine."  The ALJ quoted CMS Program Memorandum AB-00-108, which states "Denial of payment for a Part B covered laboratory service cannot be made on the basis that the service is routine care.  Under Medicare, routine care determinations are applicable only for Part A nursing home services."  Extendicare II, at 7.

- 21 -

646

maintained, and this is precisely the kind of testing which is encouraged and allowed under the [NCD]." Extendicare II, at 7. The other ALJ determined that blood glucose testing is not a "routine" procedure because it requires skilled care, and that "prompt" notification was not defined in the LMRP. Further, the ALJ concluded that "With such lack of specificity, it makes every sense for the doctor to be able to monitor blood sugar after a series of blood tests over a period of a week or so, in order to assess any fluctuations. . . . Expecting a physician to check every day on the results and make changes based on each report in isolation is neither cost-effective nor warranted for good health." Extendicare I, at 2.

We are not aware of any appeal which CMS filed with respect to these decisions with the Medicare Appeals Council of the DAB, which it had the right to do, or any other communication issued by CMS expressing disagreement with the factual findings and legal conclusions of the ALJ.

The Beneficiary's position is similar to the position of Extendicare endorsed by the ALJs. The blood glucose testing services cannot be dismissed as "routine" and they meet the criteria of reasonable and medically necessary services. As the ALJs stated, nothing in the NCD or regulations requires notifying the physician of each and every test result, nor is such notification necessary for effective management of the illness. Indeed, the Beneficiary's blood glucose testing services are necessary and are even encouraged by CMS.

## RELIEF REQUESTED

The ALJ has authority pursuant to the Medicare statute and the regulations at 42 C.F.R. §§ 426.405(c)(18) and 426.425(a) to invalidate the LCD. For the reasons discussed above, the Intermediary's LCD record fails to meet the reasonableness standard and the LCD conflicts with the Medicare statute, the regulations, and the NCD, and is not supported by accepted medical literature and good clinical practices. Therefore, the ALJ should invalidate the challenged LCD language and order the Intermediary to immediately discontinue its practice of denying Medicare claims for these services.

647

Respectfully submitted,

Thomas C. Fox, Esq.
Jason M. Healy, Esq.
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005-3317
(202) 414-9200

Attorneys for the Aggrieved Party

July 18, 2006

648

DEPARTMENT OF HEALTH AND HUMAN SERVICES

DEPARTMENTAL APPEALS BOARD

CIVIL REMEDIES DIVISION

RECEIVED

JUL 1 9 2006

ORD

| | |
|---|---|
| *In Re* LCD Complaint: ) | |
| ) | |
| Blood Glucose Testing ) | |
| (LCD Database ID No. L19657) ) | Docket No. C-06-349 |
| ) | |
| Contractor: Mutual of Omaha Insurance ) | |
| Company (Fiscal Intermediary) ) | |
| ) | |
| Region VII, Midwest Consortium ) | |

## AGGRIEVED PARTY'S MOTION FOR SUMMARY JUDGMENT

The Aggrieved Party, by and through her undersigned counsel, respectfully moves pursuant to 42 C.F.R. § 426.405(c)(18) for summary judgment in the above-referenced matter, on the grounds that there is no material issue of fact in dispute and the Aggrieved Party is entitled to judgment as a matter of law.

Summary judgment is warranted if "there is no genuine issue as to any material fact" and "the moving party is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(c); see also Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 247 (1986). A fact is "material" if it "might affect the outcome of the suit under the governing law." Anderson, 477 U.S. at 248.

In support of her Motion, the Aggrieved Party refers the ALJ to the Aggrieved Party's Statement, which is incorporated herein by reference. A Complaint moving for summary judgment and setting forth the relief requested was previously filed.

For the reasons discussed in the Aggrieved Party's Statement, and based on the Aggrieved Party's review of the record, there are no material facts in dispute. The local

coverage determination ("LCD") record is both incomplete and inadequate to support the validity of the LCD under the reasonableness standard. <u>See</u> 42 C.F.R. §§ 426.110 and 426.425(a). Therefore, the ALJ should invalidate the Intermediary's LCD at this time as a matter of law.

WHEREFORE, the Aggrieved Party respectfully requests that the ALJ grant her Motion for Summary Judgment.

Respectfully submitted,

Thomas C. Fox, Esq.
Jason M. Healy, Esq.
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005-3317
(202) 414-9200

Attorneys for the Aggrieved Party

July 18, 2006

650

# CERTIFICATE OF SERVICE

I hereby certify that on this Eighteenth day of July, 2006, one copy of the Aggrieved Party's Statement and one copy of the Aggrieved Party's Motion For Summary Judgment were served via Certified Mail to:

Martha K. Zajicek, Esq.
First Vice President & Counsel
Mutual of Omaha Insurance Company
Medicare Division
P.O. Box 1602
Omaha, NE 68101

RECEIVED

JUL 19 2006

ORD

and

CMS LCD Challenge Staff
Mail Stop C3-02-16
7500 Security Blvd.
Baltimore, MD 21244-1850

Jason M. Healy, Esq.

651