```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
                       Civil Division
```

|  |  |
|---|---|
| LOUISE BAILEY, Individually, ) <br> And On Behalf of All Other ) <br> Similarly Situated Medicare ) <br> Part B Beneficiaries ) <br> ) <br> ) <br>       Plaintiffs, ) <br> ) <br>   v. ) <br> ) <br> MUTUAL OF OMAHA INSURANCE ) <br> COMPANY, MICHAEL O. LEAVITT, ) <br> SECRETARY, U.S. DEPARTMENT OF ) <br> HEALTH AND HUMAN SERVICES and ) <br> LESLIE V. NORWALK, ACTING ) <br> ADMINISTRATOR, CENTERS FOR ) <br> MEDICARE & MEDICAID SERVICES, ) <br> ) <br>       Defendants. ) <br> ) | Case No. 1:06-cv-2144 <br> Judge Royce C. Lamberth |

**CONSENT MOTION FOR PERMISSION TO FILE MEMORANDUM OF POINTS AND <u>AUTHORITIES IN EXCESS OF PAGE LIMITATION</u>**

Plaintiffs Louise Bailey and other similarly situated Medicare Part B beneficiaries residing in skilled nursing facilities ("SNFs"), by and through their counsel, move the Court for permission to file a memorandum of points and authorities in support of their Opposition to Defendants' Motion to Dismiss and in Support of their Motion for Summary Judgment pursuant to Fed. R. Civ. Pro 56 which exceeds the page limitations imposed by LCvR 7(e).

In support of this Motion, Plaintiffs respectfully refer the Court to the accompanying memorandum of points and authorities.

Counsel for Plaintiffs has conferred with counsel for Defendants pursuant to LCvR 7(m) and counsel for Defendants consents to this Motion.

WHEREFORE, Plaintiffs Louise Bailey and other similarly situated Medicare Part B beneficiaries residing in SNFs request that the Court enter an order permitting them to file a memorandum of points and authorities in support of their Opposition to Defendants' Motion to Dismiss and in Support of their Motion for Summary Judgment which exceeds the page limits imposed by LCvR 7(e).  A proposed Order is attached.

Respectfully submitted,

/s/ Thomas C. Fox
Thomas C. Fox (D.C. Bar #4473)
REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, D.C. 20005
(202) 414-9222
Attorney for Plaintiffs

Counsel:
Carol C. Loepere
Antony B. Klapper
Jason M. Healy
Catherine A. Durkin
Cassia M. McCamon
REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, D.C. 20005
(202) 414-9200


Dated: June 18, 2007

```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
                       Civil Division
```

|  |  |
|---|---|
| LOUISE BAILEY, Individually, ) <br> And On Behalf of All Other ) <br> Similarly Situated Medicare ) <br> Part B Beneficiaries ) <br> ) <br>          Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> MUTUAL OF OMAHA INSURANCE ) <br> COMPANY, MICHAEL O. LEAVITT, ) <br> SECRETARY, U.S. DEPARTMENT OF ) <br> HEALTH AND HUMAN SERVICES and ) <br> LESLIE V. NORWALK, ACTING ) <br> ADMINISTRATOR, CENTERS FOR ) <br> MEDICARE & MEDICAID SERVICES, ) <br> ) <br>          Defendants. ) | Case No. 1:06-cv-2144 <br> Judge Royce C. Lamberth |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR PERMISSION TO FILE MEMORANDUM OF POINTS AND <u>AUTHORITIES IN EXCESS OF PAGE LIMITATION</u>**

On December 15, 2006 Plaintiffs, Louise Bailey and other similarly situated Medicare Part B beneficiaries residing in skilled nursing facilities ("SNFs"), filed a Class Action Complaint for Declaratory and Injunctive Relief against Defendants Mutual of Omaha Insurance Company ("Mutual"), Michael O. Leavitt, Secretary, U.S. Department of Health and Human Services ("HHS"), and Leslie V. Norwalk, Acting

- 3 -

Administrator, Centers for Medicare and Medicaid Services ("CMS"). Plaintiffs amended their Class Action Complaint on February 9, 2007.

Plaintiffs assert causes of action against Defendants arising under Title XVIII of the Social Security Act, 42 U.S.C. §§ 1395 et seq. ("Medicare Act") and the Due Process Clause of the Fifth Amendment to the United States Constitution.

The parties conferred pursuant to Fed. R. Civ. Pro 26(f) and Local Rule LCvR 16.3, agreed to a briefing schedule, and submitted a joint report to the Court on May 8, 2007. The Court ordered the parties to comply with the agreed-upon briefing schedule on May 8, 2007.

Pursuant to this Order, on May 8, 2007, Defendants' filed a Motion to Dismiss the Amended Complaint on the grounds of lack of subject-matter jurisdiction, failure to exhaust administrative remedies, and failure to state a claim.

Plaintiffs oppose Defendants' Motion to Dismiss and intend to move the Court for Summary Judgment. Plaintiffs have multiple grounds for seeking both a denial of Defendant's Motion to Dismiss and Summary Judgment in their favor.

In order to adequately present the legal authority for the numerous grounds for both denial of Defendant's Motion to

Dismiss and for Summary Judgment, the Plaintiffs are preparing a brief which will likely exceed the page limitations set forth LCvR 7(e) but, excluding the table of contents and table of authorities, is not expected to exceed 70 pages.

Pursuant to Local Rule LCvR 7(e) of the United States District Court for the District of Columbia, Plaintiffs seek permission from the Court to file a Memorandum of Points and Authorities in Support of their Opposition to Defendants' Motion to Dismiss and in Support of their Motion for Summary Judgment that is in excess of the 45 page limitation on memoranda in support of such motions but, excluding the table of contents and table of authorities, is not expected to exceed 70 pages.  See LCvR 7(e).

This request is reasonable given that Plaintiffs intend to file one Memorandum of Points and Authorities in support of both their Opposition to Defendants' Motion to Dismiss and their Motion for Summary Judgment rather than filing two separate Memoranda.  Further, this request is reasonable given the numerous bases for seeking denial of Defendants' Motion to Dismiss and given the numerous grounds for seeking Summary Judgment in their favor.

Plaintiffs have sought and obtained the consent of Defendants, through counsel, to the page limitation extension

being sought.

    For the foregoing reasons, Plaintiffs' Consent Motion for Permission to File Memorandum of Points and Authorities in Excess of Page Limitation should be granted.

                                          Respectfully submitted,

                                          /s/ Thomas C. Fox

Counsel:                            Thomas C. Fox (D.C. Bar #4473)
Carol C. Loepere                REED SMITH LLP
Antony B. Klapper             1301 K Street, NW
Jason M. Healy                  Suite 1100 – East Tower
Catherine A. Durkin          Washington, D.C. 20005
Cassia M. McCamon           (202) 414-9222
REED SMITH LLP                Attorney for Plaintiffs
1301 K Street, NW
Suite 1100 – East Tower
Washington, D.C. 20005
(202) 414-9200


Dated: June 18, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |
|---|---|
| LOUISE BAILEY, Individually, And On Behalf of All Other Similarly Situated Medicare Part B Beneficiaries )<br><br>Plaintiffs, )<br>v. )<br>MUTUAL OF OMAHA INSURANCE COMPANY, MICHAEL O. LEAVITT, SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES and LESLIE V. NORWALK, ACTING ADMINISTRATOR, CENTERS FOR MEDICARE & MEDICAID SERVICES, )<br><br>Defendants. ) | Case No. 1:06-cv-2144<br>Judge Royce C. Lamberth |

**ORDER**

Upon consideration of the foregoing Consent Motion for Permission to File Memorandum of Points and Authorities in Excess of Page Limitations, it is hereby

ORDERED that said Motion is GRANTED.

_____          _____
DATE                             UNITED STATES DISTRICT JUDGE

-7-