UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOUISE BAILEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2144 (RCL) |
| ) | |
| **MUTUAL OF OMAHA INSURANCE** ) | |
| **CO.,** *et al.*, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of plaintiffs' Consent Motion [22] for permission to file memorandum of points and authorities in excess of page limitations, it is hereby

ORDERED, that the Motion [22] is GRANTED.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, July 5, 2007.