UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| LOUISE BAILEY, Individually,<br>And On Behalf of All Other<br>Similarly Situated Medicare<br>Part B Beneficiaries<br><br>Plaintiffs,<br><br>v.<br><br>MUTUAL OF OMAHA INSURANCE<br>COMPANY, MICHAEL O. LEAVITT,<br>and HERB B. KUHN<br><br>Defendants. | Case No. 1:06-cv-2144<br>Judge Royce C. Lamberth |

## ORDER

Upon consideration of Defendants' Motion to Dismiss, Plaintiffs' Opposition thereto, Plaintiffs' Motion for Summary Judgment, Defendants' Opposition thereto, Plaintiff's Reply in support of summary judgment, and the record herein, it is on this _____ day of _____ 2007:

ORDERED that Defendants' Motion to Dismiss is DENIED, that Plaintiffs' Motion for Summary Judgment is GRANTED, and that judgment shall enter on all claims against Defendants.

_____
DATE

_____
UNITED STATES DISTRICT JUDGE