UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| LOUISE BAILEY, Individually, And On Behalf of All Other Similarly Situated Medicare Part B Beneficiaries,<br><br>  Plaintiffs,<br><br>  v.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, MICHAEL O. LEAVITT, and HERB B. KUHN<br><br>  Defendants. | Case No. 1:06-cv-2144<br>Judge Royce C. Lamberth |

**CONSENT MOTION FOR ORAL ARGUMENT**

Plaintiff Louise Bailey, by and through her counsel, respectfully moves the Court to schedule oral argument under LCvR 7(f) in the above captioned matter on Plaintiff's Motion For Summary Judgment and Opposition to Defendants' Motion To Dismiss.

Counsel for Plaintiff has conferred with counsel for Defendants pursuant to LCvR 7(m) and counsel for Defendant consents to this Motion.

In support of this Motion, Plaintiff respectfully refers the Court to the accompanying memorandum of points and authorities.

WHEREFORE, Plaintiff Louise Bailey requests that the Court enter an order

- 2 -

scheduling oral argument under LCvR (7)(f).  A proposed Order is attached.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  |  |
|  | /s/ Thomas C. Fox |
| Counsel: | Thomas C. Fox (D.C. Bar #4473) |
| Carol C. Loepere | REED SMITH LLP |
| Antony B. Klapper | 1301 K Street, NW |
| Jason M. Healy | Suite 1100 – East Tower |
| Catherine A. Durkin | Washington, D.C. 20005 |
| Cassia M. McCamon | (202) 414-9222 |
| REED SMITH LLP | Attorney for Plaintiffs |
| 1301 K Street, NW |  |
| Suite 1100 – East Tower |  |
| Washington, D.C. 20005 |  |
| (202) 414-9200 |  |

Dated: September 5, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |
|---|---|
| LOUISE BAILEY, Individually, )<br>And On Behalf of All Other )<br>Similarly Situated Medicare )<br>Part B Beneficiaries )<br>  )<br>  )<br>            Plaintiffs, )<br>  )<br>        v. )<br>  )<br>MUTUAL OF OMAHA INSURANCE )<br>COMPANY, MICHAEL O. LEAVITT, )<br>and HERB B. KUHN )<br>  )<br>            Defendants. )<br>  ) | Case No. 1:06-cv-2144<br>Judge Royce C. Lamberth |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
<u>CONSENT MOTION FOR ORAL ARGUMENT</u>**

On December 15, 2006 Plaintiff, Louise Bailey and other similarly situated Medicare Part B beneficiaries residing in skilled nursing facilities ("SNFs"), filed a Class Action Complaint for Declaratory and Injunctive Relief against Defendants Mutual of Omaha Insurance Company ("Mutual"), Michael O. Leavitt, Secretary, U.S. Department of Health and Human Services ("HHS"), and Herb B. Kuhn (replacing Leslie V. Norwalk), Acting Administrator, Centers for Medicare and Medicaid Services ("CMS"). Plaintiffs amended their Class Action Complaint on February 9, 2007.

Plaintiff asserts causes of action against Defendants arising under Title XVIII of the Social Security Act, 42 U.S.C. §§ 1395 <u>et</u> <u>seq.</u> ("Medicare Act") and the Due Process Clause

of the Fifth Amendment to the United States Constitution.

The parties conferred pursuant to Fed. R. Civ. Pro 26(f) and Local Rule LCvR 16.3, agreed to a briefing schedule, and submitted a joint report to the Court on May 8, 2007. The Court ordered the parties to comply with the agreed-upon briefing schedule on May 8, 2007. Pursuant to same, Defendants filed a Motion to Dismiss on May 8, 2007 and Plaintiff filed a Motion for Summary Judgment on June 22, 2007.

Pursuant to Local Rule LCvR 7(f) of the United States District Court for the District of Columbia, the Court has discretion to schedule an oral hearing on Plaintiff's Motion for Summary Judgment and Opposition to Defendant's Motion to Dismiss.

Plaintiffs have sought and obtained the consent of Defendants, through counsel, to the request being sought.

|  | Respectfully submitted, |
|---|---|
|  | /s/ Thomas C. Fox |
| Counsel: | Thomas C. Fox (D.C. Bar #4473) |
| Carol C. Loepere | REED SMITH LLP |
| Antony B. Klapper | 1301 K Street, NW |
| Jason M. Healy | Suite 1100 – East Tower |
| Catherine A. Durkin | Washington, D.C. 20005 |
| Cassia M. McCamon | (202) 414-9222 |
| REED SMITH LLP | Attorney for Plaintiffs |
| 1301 K Street, NW |  |
| Suite 1100 – East Tower |  |
| Washington, D.C. 20005 |  |
| (202) 414-9200 |  |

Dated: September 5, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| LOUISE BAILEY, Individually,<br>And On Behalf of All Other<br>Similarly Situated Medicare<br>Part B Beneficiaries<br><br>             Plaintiffs,<br><br>     v.<br><br>MUTUAL OF OMAHA INSURANCE<br>COMPANY, MICHAEL O. LEAVITT,<br>and HERB B. KUHN<br><br>             Defendants. | Case No. 1:06-cv-2144<br>Judge Royce C. Lamberth |

**<u>ORDER</u>**

Upon consideration of the foregoing Consent Motion for Oral Argument on Plaintiff's Motion for Summary Judgment and Opposition to Defendants' Motion to Dismiss in the above-captioned matter, it is hereby ORDERED that said Motion is GRANTED.

_____          _____
DATE                                               UNITED STATES DISTRICT JUDGE

- 5 -