UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| LOUISE BAILEY, Individually, And On Behalf of All Other Similarly Situated Medicare Part B Beneficiaries,<br><br>Plaintiffs,<br><br>v.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, MICHAEL O. LEAVITT, and HERB B. KUHN,<br><br>Defendants. | Case No. 1:06-cv-2144<br>Judge Royce C. Lamberth |

## PRAECIPE ENCLOSING PROPOSED ORDER

Enclosed is a proposed order for filing in the above-captioned matter and attachment to Plaintiff's Reply To Defendants' Reply In Support Of Their Motion To Dismiss And In Support of Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

/s/ Thomas C. Fox

Counsel:
Carol C. Loepere
Antony B. Klapper
Jason M. Healy
Catherine A. Durkin
Cassia M. McCamon
REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, D.C. 20005
(202) 414-9200

Thomas C. Fox (D.C. Bar #4473)
REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, D.C. 20005
(202) 414-9222
Attorney for Plaintiff

Dated: September 6, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |
|---|---|
| LOUISE BAILEY, Individually,<br>And On Behalf of All Other<br>Similarly Situated Medicare<br>Part B Beneficiaries<br><br>            Plaintiffs,<br><br>   v.<br><br>MUTUAL OF OMAHA INSURANCE<br>COMPANY, MICHAEL O. LEAVITT,<br>and HERB B. KUHN<br><br>            Defendants. | Case No. 1:06-cv-2144<br>Judge Royce C. Lamberth |

## **ORDER**

Upon consideration of Defendants' Motion to Dismiss, Plaintiffs' Opposition thereto, Plaintiffs' Motion for Summary Judgment, Defendants' Opposition thereto, Plaintiff's Reply in support of summary judgment, and the record herein, it is on this ____ day of ____ 2007:

ORDERED that Defendants' Motion to Dismiss is DENIED, that Plaintiffs' Motion for Summary Judgment is GRANTED, and that judgment shall enter on all claims against Defendants.

_____
DATE

_____
UNITED STATES DISTRICT JUDGE