UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOUISE BAILEY, Individually and on Behalf of All Other Similarly Situated Medicare Part B Beneficiaries**,<br><br>    **Plaintiff**,<br><br>    v.<br><br>**MUTUAL OF OMAHA INSURANCE COMPANY**, *et al.*,<br><br>    **Defendants**. | Civil Action No. 06-2144 (RCL) |

## ORDER

This matter comes before the Court on defendants' motion [18] to dismiss, plaintiff Louise Bailey's motion [23] for summary judgment, consent motion [28] for oral argument, and defendants' motion [33] to strike plaintiff's response [30] to defendants' statement of material facts as to which there is a genuine issue. Upon consideration of the motions, the opposition and reply briefs, the entire record herein, and applicable law, it is hereby

ORDERED that defendants' motion to dismiss is GRANTED. It is further hereby

ORDERED that plaintiff's motion for summary judgment is DENIED. It is further hereby

ORDERED that the motion for oral argument is DENIED as moot. It is further hereby

ORDERED that the motion to strike plaintiff's response is DENIED as moot. In deciding to grant dismissal of this matter, the Court had no occasion to rely upon the statement at issue.

This case shall be dismissed with prejudice.

Signed by Royce C. Lamberth, United States District Judge, on February 8, 2008.